AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Payne et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-08924 |
| De Blasio et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                                                          .

Date:   10/28/2020                                                      /s/ Christopher Dunn
                                                                                   *Attorney's signature*

                                                                    Christopher Dunn, NYS Bar No. 2820579
                                                                         *Printed name and bar number*

                                                                    New York Civil Liberties Union Foundation
                                                                    125 Broad St., 19th Floor
                                                                    New York, NY 10004
                                                                                   *Address*

                                                                            cdunn@nyclu.org
                                                                             *E-mail address*

                                                                            (212) 607-3300
                                                                           *Telephone number*

                                                                            (212) 607-3318
                                                                              *FAX number*