UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

JARRETT PAYNE; ANDIE MALI; CAMILA GINI; VIDAL GUZMAN; VIVIAN MATTHEW KING-YARDE; CHARLIE MONLOUIS-ANDERLE; JAIME FRIED; MICAELA MARTINEZ; JULIAN PHILLIPS; NICHOLAS MULDER; and COLLEEN MCCORMACK-MAITLAND ,

                                 Plaintiffs,

         -against-

MAYOR BILL DE BLASIO; POLICE COMMISSIONER DERMOT SHEA; CHIEF OF DEPARTMENT TERENCE MONAHAN; CITY OF NEW YORK; NYPD OFFICERS JOHN DOE 1-32; NYPD OFFICERS JANE DOE 1-2; NYPD OFFICER DOE RIVERA; NYPD OFFICER DOE HUSBAND; NYPD SERGEANT DOE MANNING; and NYPD SERGEANT DOE CARABALLO,

                                 Defendants.

------------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

No. 20 Civ. 8924 (CM)

      **PLEASE TAKE NOTICE** that **Brachah Goykadosh**, **Esq.**, Senior Counsel, hereby appears as counsel of record on behalf of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, attorney for defendants City of New York and Mayor Bill de Blasio.

      **PLEASE ALSO TAKE NOTICE** that from this date forward, future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated: New York, New York
       October 29, 2020

**GEORGIA M. PESTANA**
ACTING CORPORATION COUNSEL OF THE CITY OF NEW YORK
*Attorney for Defendants City of New York and*
       *Mayor Bill De Blasio*
100 Church Street
New York, New York 10007
(212) 356-3523

By: _____
    Brachah Goykadosh
    *Senior Counsel*
    Special Federal Litigation Division