UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

JARRETT PAYNE; ANDIE MALI; CAMILA GINI;
VIDAL GUZMAN; VIVIAN MATTHEW KING-
YARDE; CHARLIE MONLOUIS-ANDERLE; JAIME
FRIED; MICAELA MARTINEZ; JULIAN PHILLIPS;
NICHOLAS          MULDER;     and     COLLEEN
MCCORMACK-MAITLAND ,

                                                    Plaintiffs,

                        -against-

MAYOR     BILL     DE     BLASIO;     POLICE
COMMISSIONER DERMOT SHEA; CHIEF OF
DEPARTMENT TERENCE MONAHAN; CITY OF
NEW YORK; NYPD OFFICERS JOHN DOE 1-32;
NYPD OFFICERS JANE DOE 1-2; NYPD OFFICER
DOE RIVERA; NYPD OFFICER DOE HUSBAND;
NYPD SERGEANT DOE MANNING; and NYPD
SERGEANT DOE CARABALLO,

                                                    Defendants.

---------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

No. 20-Civ-8924 (CM)

　　　　**PLEASE TAKE NOTICE** that **Dara Lynn Weiss**, **Esq.,** Senior Counsel, hereby appears as counsel of record on behalf of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, attorney for defendants City of New York and Mayor Bill de Blasio.

　　　　**PLEASE ALSO TAKE NOTICE** that from this date forward, future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated: New York, New York
　　　　October 29, 2020

**GEORGIA M. PESTANA**
ACTING CORPORATION COUNSEL OF THE CITY OF NEW YORK
*Attorney for Defendants City of New York and*
　　　　*Mayor Bill De Blasio*
100 Church Street
New York, New York 10007
(212) 356-3517

By:　　*Dara L. Weiss* /s
　　　　―――――――――――――――――――――
　　　　Dara Lynn Weiss
　　　　*Senior Counsel*
　　　　Special Federal Litigation Division