UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

JARRETT PAYNE; ANDIE MALI; CAMILA GINI; VIDAL GUZMAN; VIVIAN MATTHEW KING-YARDE; CHARLIE MONLOUIS-ANDERLE; JAIME FRIED; MICAELA MARTINEZ; JULIAN PHILLIPS; NICHOLAS MULDER; and COLLEEN MCCORMACK-MAITLAND,

                      *Plaintiffs*,

   v.

MAYOR BILL DE BLASIO; POLICE COMMISSIONER DERMOT SHEA; CHIEF OF DEPARTMENT TERENCE MONAHAN; CITY OF NEW YORK; NYPD OFFICERS JOHN DOE 1-32; NYPD OFFICERS JANE DOE 1-2; NYPD OFFICER DOE RIVERA; NYPD OFFICER DOE HUSBAND; NYPD SERGEANT DOE MANNING; and NYPD SERGEANT DOE CARABALLO,

                      *Defendants*.

------------------------------------------------------------ x

**AFFIDAVIT OF SERVICE**

Case No. 1:20-cv-08924-CM

STATE OF NEW YORK    )
COUNTY OF NEW YORK ) ss:

I, JOHN PARASKEVOPOULOS, being duly sworn, depose and say that:

1. I am an employee of the New York Civil Liberties Union, am 18 years of age or older, and am not a party to this case.

2. On the 28th day of October, 2020, at approximately 3:50 p.m., I personally served by electronic mail true and correct copies of the complaint and summonses issued by this Court as to Mayor Bill de Blasio and the City of New York, respectively, upon both parties through their counsel, the New York City Law Department.

1

3. Service was made electronically by means of emailing as-filed digital copies of the complaint and summonses to ServiceECF@law.nyc.gov, an electronic portal set up by the New York City Law Department and Corporation Counsel for the express purpose of receiving service of process during the pendency of the COVID-19 pandemic in New York City. *See* "Service of Process," New York City Law Department, https://www1.nyc.gov/site/law/index.page, last accessed Oct. 30, 2020. Service was acknowledged through the receipt of an email response that day at 3:51 p.m. entitled "Proof of service receipt."

4. Additionally, on the 29th day of October, 2020, I served by first-class mail true and correct copies of the complaint and summonses upon Mayor Bill de Blasio and the City of New York at the following addresses:

City of New York
c/o James E. Johnson
New York City Law Department
100 Church St.
New York, NY 10007

Mayor Bill de Blasio
c/o James E. Johnson
New York City Law Department
100 Church St.
New York, NY 10007

5. On the 29th day of October, 2020, I personally served by hand delivery and first-class mail true and correct copies of the complaint and summonses issued by this Court as to Police Commissioner Dermot Shea and Chief of Department Terence Monahan, upon both parties respectively. Service by means of hand delivery was accepted at approximately 1:38 p.m. by Detective Wazhma Mirza, an agent of the New York City

Police Department. Service by hand delivery and first-class mail was made at the following addresses:

Dermot Shea
Police Commissioner
New York City Police Department
1 Police Plaza
New York, NY 10038

Terence Monahan
Chief of Department
New York City Police Department
1 Police Plaza
New York, NY 10038

Dated: October 30, 2020
New York, N.Y.

_____
(sign name)

JOHN PARASKEVOPOULOS
(print name)

Sworn to before me this
30th day of October, 2020

_____
NOTARY PUBLIC

**JESSICA GRACEANN PERRY**
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02PE6392775
Qualified in Kings County
Commission Expires June 3, 2023

Sworn to me via videoconferencing pursuant to N.Y. Executive Order 202.67.

3