AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| PAYNE et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-08924 |
| DE BLASIO et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                       .

Date:  11/18/2020                                                 /s/ Daniel Lambright
                                                                           *Attorney's signature*

                                                              Daniel Lambright, NYS Bar No. 5558614
                                                                      *Printed name and bar number*

                                                              New York Civil Liberties Union Foundation
                                                              125 Broad St., 19th Fl.
                                                              New York, NY 10004
                                                                           *Address*

                                                              dlambright@nyclu.org
                                                                        *E-mail address*

                                                              (212) 607-3300
                                                                      *Telephone number*

                                                              (212) 607-3318
                                                                         *FAX number*