UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JARRETT PAYNE et al., <br><br> Plaintiffs, <br><br> -against- <br><br> MAYOR BILL DE BLASIO et al., <br><br> Defendants. | No. 20 Civ. 8924 (CM) |
| CHARLES HENRY WOOD, <br><br> Plaintiff, <br><br> -against- <br><br> MAYOR BILL DE BLASIO et al., <br><br> Defendants. | No. 20 Civ. 10541 (CM) |

**ORDER**

McMahon, C.J.:

    The Court *sua sponte* consolidates *Payne et al. v. De Blasio et al.* (20-cv-08924) and *Wood v. De Blasio et al.* (20-cv-10541) for all purposes, and exempts Wood from the Mediation Plan (Local Civil Rule 83.10).

Dated: January 11, 2021
       New York, New York

_____
Chief Judge

BY ECF TO ALL PARTIES