# Exhibit A

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

CHELSEA ELLIOT, ET AL.,

                    Plaintiffs,
                                              12 Civ. 0992 (RWS)
       - against -
                                              O R D E R
CITY OF NEW YORK, ET AL.,

                    Defendants.

------------------------------------------X
```

*This Order relates to:   12 Civ. 992; 12 Civ. 5842; 12 Civ. 5843; 12 Civ. 5844; 12 Civ. 7161; 12 Civ. 7462; 12 Civ. 7165; 12 Civ. 7086*

**Sweet, D.J.**

The above-captioned cases are hereby consolidated for discovery purposes, with all non-<u>Monell</u> fact discovery to be given priority over discovery related to <u>Monell</u> claims. The Section 1983 Plan will not be applied to the above-captioned cases.

A pretrial conference will be held February 6, 2013, at 4:30 P.M. with respect to further scheduling.

It is so ordered.

**New York, NY**
**November 3 0, 2012**

ROBERT W. SWEET
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/12