UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

Jarrett Payne, et al.,


                    Plaintiff(s),              20  Civ. 8924  (CM) (GWG)
                                               20  Civ. 10541
          -against-                            21  Civ. 322


                                                   CALENDAR NOTICE

Mayor Bill De Blasio, et al.,
                    Defendant(s),
---------------------------------------------------X

         Please take notice that the above captioned matter has been **scheduled** for a:

____Pre-trial conference        ____Status conference        __ Oral argument
____Settlement conference       ____Plea Hearing                 (Bankruptcy Appeal)
____Rule (16) conference        ____Final pre-trial conference __ Fairness Hearing
  X Telephone conference        ____Jury Selection and Trial  __ OTSC Hearing
____Non-Jury Trial              ____Inquest


**on Friday, February 5, 2021 at 11:30 A.M. before the Honorable Colleen McMahon,
United States District Judge.** Parties should dial in at 1(888)363-4749, access code (9054506)
to join the conference

         Any scheduling difficulties must be brought to the attention of the Court in writing and
faxed to Chambers at (212) 805-6326.

Dated: January 19, 2021
       New York, New York


                                   So Ordered


                                   Colleen McMahon, Chief U.S.D.J
_____