**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Jarrett Payne, et al,

                Plaintiffs,

   -against-

Bill De Blasio, et al

                Defendants;

No. 20 Civ. 8924 (CM)(GWG)

Related cases:
Wood v. De Blasio, 20-cv-10541
People v. New York, 21-cv-322
Sow v. New York, 21-cv-533

ORDER OF REFERENCE TO MAGISTRATE JUDGE

The above entitled actions are referred to the Honorable Gabriel W. Gorenstein, United States Magistrate Judge for the following purpose(s):

- ☐ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- ☐ Specific non-dispositive motion/dispute:* _____
- ☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)
- ☐ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary instruction)
  Purpose: _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

- ☒ Settlement
- ☐ Inquest after default/damages hearing
- Habeas corpus
- ☐ Social security
- ☐ Dispositive motion (*i.e.*, motion requiring a Report and Recommendation)
  Particular motion: _____
  All such motions: _____

*Do not check if already assigned for general pretrial.

Dated: 2/4/21
New York, NY

SO ORDERED: _____

Hon. Colleen McMahon
Chief United States District Judge