UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

Jarrett Payne, et al.,

        Plaintiff(s),          20 Civ. 8924  (CM) (GWG)
                                                            20 Civ. 10541  (CM) (GWG)
    -against-                    21 Civ. 322  (CM) (GWG)
                                                           21 Civ. 533  (CM) (GWG)

                                                           CALENDAR NOTICE

Mayor Bill De Blasio, et al.,
        Defendant(s),
----------------------------------------------------X

      Please take notice that the above captioned matter has been **scheduled** for a:

| | | |
|---|---|---|
| ___Pre-trial conference | ___Status conference | __ Oral argument |
| ___Settlement conference | ___Plea Hearing |    (Bankruptcy Appeal) |
| _X_ Rule (16) conference | ___Final pre-trial conference | __ Fairness Hearing |
| ___Telephone conference | ___Jury Selection and Trial | __ OTSC Hearing |
| ___Non-Jury Trial | ___Inquest | |

on **Monday, February 22, 2021 at 2:00 P.M. before the Honorable Colleen McMahon, United States District Judge** in Courtroom 24A, U. S. District Court, 500 Pearl Street, New York, New York 10007.

      Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: February 18, 2021
       New York, New York

                                                  So Ordered

                                                  _____
                                                  Colleen McMahon, Chief U.S.D.J