UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Jarrett Payne, et al.,

                Plaintiff(s),         20 Civ. 8924 (CM) (GWG)
                                               20 Civ. 10541 (CM) (GWG)
                                               20 Civ. 10291 (CM) (GWG)
-against-                                    21 Civ. 322 (CM) (GWG)
                                               21 Civ. 533 (CM) (GWG)

**ORDER**

Mayor Bill De Blasio, et al.,

                Defendant(s),
-----------------------------------------------------X

McMahon, C.J.:

      The Court will hold a conference in this matter on Monday, February 22, 2021, at 2:00 P.M. in Courtroom 24A.

      This is an open proceeding, but we have limited space in the courtroom due to the Covid-19 pandemic and social distancing requirements. Members of the public and press may dial in at: 888-363-4749; the Access Code is: 9054506. This line will remain on mute for the duration of the conference.

February 19, 2021

                                                 Colleen McMahon
                                                 Chief Judge