**Kaufman
Lieb
Lebowitz &
Frick**
attorneys at law

(212) 660-2332
10 E. 40th St., Suite 3307
New York, NY 10016
www.kllf-law.com

February 26, 2021

**By ECF**

Hon. Colleen McMahon
Chief Judge
United States District Court
Southern District of New York

     Re:    *In re New York City Policing During Summer 2020 Demonstrations,*
            No. 20-CV-8924 (CM) (GWG)

            *This filing is related to Wood v. City of New York et al.,* No. 20-CV-10541

Your Honor:

     I write on behalf of Plaintiff Charles Henry Wood, with the consent of Defendants, to request a brief extension of the deadline for Mr. Wood to file an amended complaint from March 5, 2021 to March 10, 2021.

     Mr. Wood's original complaint does not include any state-law claims. His hearing pursuant to General Municipal Law § 50-h is scheduled for March 9, 2021.

     By agreement with Defendants, I propose to provide Defendants with a copy of the amended complaint by March 5 so they can begin work on their anticipated motion to dismiss, and then to file the amended complaint once the 50-h hearing has been completed. Proceeding in this manner will avoid the need for another amendment to add Mr. Wood's state-law claims.

     I thank the Court for its consideration of this request.

                                                        Respectfully submitted,

                                                        /s/

                                                        Douglas E. Lieb