STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

March 1, 2021

**VIA ECF**

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   New York City Policing During Summer 2020 Demonstrations
       [*Payne, et al. v. Mayor Bill de Blasio, et al.*, 20 Civ. 8924 (CM)
       *Sierra, et al. v. City of New York, et al.*, 20 Civ. 10291 (CM)
       *Wood v. City of New York, et al.*, 20 Civ. 10541 (CM)
       *People of the State of New York v. City of New York, et al.*, 21 Civ. 322 (CM)
       *Sow, et al. v. City of New York, et al.*, 21 Civ. 533 (CM)]

Dear Judge Gorenstein:

        We represent the plaintiff in *People v. City of New York, et al.*, 21 Civ. 322. Pursuant to
Chief Judge McMahon's order at the February 22, 2021 initial conference, we submit this letter
on behalf of the parties in the above-referenced consolidated actions to propose interim
discovery deadlines.

        The parties have conferred regarding discovery. In addition to agreeing to serve
discovery requests electronically and to confer later this week regarding e-discovery, we propose
the below interim deadlines; the Court-ordered discovery deadlines are included in bold for
reference.

| | |
|---|---|
| March 18, 2021: | Initial Disclosures Due |
| March 25, 2021: | First Request for Documents and First Set of Interrogatories Due |
| April 8, 2021: | Defendants to provide proposed date for completion of document production |
| April 26, 2021: | Objections and Responses due; Rolling production begins |
| **July 1, 2021:** | **Deadline to depose class plaintiffs** |

Hon. Gabriel W. Gorenstein
March 1, 2021
Page 2

**September 1, 2021:   Expert reports must be exchanged**

**September 10, 2021: Class Certification Motions Due**

**December 31, 2021**:   **Deadline for all fact and expert discovery**

The only matter upon which the parties could not agree was whether a deadline should be imposed for depositions.  Plaintiffs maintain that a November 30 deadline to conclude depositions will aid the parties in resolving any disputes and completing discovery on time.  Defendants believe that depositions should be allowed up until the end of discovery on December 31.

Counsel welcome a conference with Your Honor to discuss this proposal and we thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Lillian Marquez*
Jessica Clarke, *Civil Rights Bureau Chief*
Lillian Marquez, *Assistant Attorney General*
Morenike Fajana, *Special Counsel*
Travis England, *Assistant Attorney General*
Gregory Morril, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
Tel.: (212) 416-8250

cc:     All Counsel of Record (by ECF)