UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re: New York City Policing During Summer 2020 Demonstrations  _____  This filing is related to: ALL CASES | 20-cv-8924 (CM) (GWG) |
|---|---|

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Thomas A. Kissane, an attorney admitted to practice in this Court, of the law firm Schlam Stone & Dolan LLP, is appearing in this action as counsel for proposed Intervenor Defendant Police Benevolent Association of the City of New York, Inc. Please take further notice that all papers and correspondence in this proceeding should be directed to this firm.

Dated: New York, NY
       March 3, 2021

**SCHLAM STONE & DOLAN LLP**

By: /s/ Thomas A Kissane__
Thomas A. Kissane
26 Broadway, 19th Floor
New York, New York 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
tkissane@schlamstone.com

*Attorney for proposed Intervenor Defendant Police Benevolent Association of the City of New York, Inc.*