UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――x

In Re: New York City Policing   No. 20 Civ. 8924 (CM) (GWG)
During Summer 2020 Demonstrations
―――――――――――――――――――――――――――x

This filing is related to   No. 21 Civ. 322 (CM) (GWG)
*People v. City of New York et al.*
―――――――――――――――――――――――――――x

## NOTICE OF MOTION BY SERGEANTS BENEVOLENT ASSOCIATION TO INTERVENE UNDER FEDERAL RULE OF CIVIL PROCEDURE 24

PLEASE TAKE NOTICE that Sergeants Benevolent Association ("SBA"), based on the Memorandum of Law in Support of Motion to Intervene Under Federal Rule of Civil Procedure 24, the Declaration of Edward D. Mullins dated March 3, 2021, the Affirmation of Bruce A. Green dated March 2, 2021, and the annexed proposed Answer of SBA to the complaint in *People v. City of New York*, No. 21 Civ. 322 (CM) (GWG), will move this Court before the Honorable Chief Judge Colleen McMahon at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007, for entry of an order granting SBA leave to intervene in this matter, and for such other relief as the Court deems just and proper.

Dated: March 3, 2021                    Respectfully Submitted,
       New York, New York

                                        /s/ Anthony P. Coles
                                        Anthony P. Coles
                                        **DLA PIPER LLP (US)**
                                        1251 6th Avenue,
                                        New York, NY 10020
                                        Telephone: (212) 335-4844
                                        Facsimile: (212) 884-8644
                                        Email: anthony.coles@dlapiper.com

                                        *Attorney for Proposed Intervenor Sergeants Benevolent Association*

*Of Counsel*:
Andrew C. Quinn, Esq.
The Quinn Law Firm
399 Knollwood Road, Suite 220
White Plains, NY 10603
Telephone: (914) 997-0555
Facsimile: (914) 997-0550
Email: aquinn@quinnlawny.com