UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstration | Civil Action No.: 20-CV-8924 (CM) (GWG) |

----------------------------------------------------------------x

| | |
|---|---|
| This filing is related to | Civil Action No.: 21-CV-0322 |
| *People v. City of New York, et al.* | (CM) (GWG) |

----------------------------------------------------------------x

## NOTICE OF MOTION FOR INTERVENTION

**PLEASE TAKE NOTICE** that, upon the annexed Affidavit of Paul DiGiacomo and the exhibits annexed thereto, dated March 3, 2021, the annexed Declaration of Stephen Mc Quade, Esq., dated March 3, 2021, and the exhibits annexed thereto, and the accompanying memorandum of law in support of the motion to intervene, Proposed Intervenor Detectives Endowment Association will move this Court before the Honorable Colleen McMahon at the Daniel Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, for entry of an order granting Proposed Intervenor Detectives Endowment Association's leave to intervene in the above-captioned matter, and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
        March 3, 2021

                                    **PITTA LLP**

                    By: _____
                                    Stephen Mc Quade, Esq.
                                    Vincent F. Pitta, Esq.
                                    *Attorneys for Proposed Intervenor Detectives*
                                        *Endowment Association*
                                    120 Broadway, 28th Floor

{00682865-1}

New York, New York 10271
(212) 652-3885 – *Telephone*
(212) 652-3891 – *Facsimile*
smcquade@pittalaw.com
vpitta@pittalaw.com


TO:   Gregory Morril, Esq.
      Lillian Marie Martinez, Esq.
      Morenike Fajana, Esq.
      Philip Levitz, Esq.
      Travis W. England, Esq.
      Jessica Clarke, Esq.
      New York State Office of the Attorney General
      28 Liberty Street, 14th Floor
      New York, New York 10005
      *Attorneys for Plaintiff*

      Brachah Goykadosh, Esq.
      Dara L. Weiss, Esq.
      New York City Law Department
      100 Church Street
      New York, New York 10007
      *Attorneys for Defendants*

{00682865-1}