AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

In Re: New York City Policing During Summer 2020 Demonstrations   )
)
)  Case No.   20-civ-8924 (CM)(GWG)
This filing is related to:   ALL CASES   )
)

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs in Sow (21-cv-533)   .

Date:   01/21/2021

/s/
*Attorney's signature*

J. Remy Green 5505300
*Printed name and bar number*

1639 Centre St. Ste. 216 Ridgewood, NY 11385

*Address*

remy@femmelaw.com
*E-mail address*

(929) 888-9480
*Telephone number*

(929) 888-9457
*FAX number*