AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations )<br>)<br>This filing is related to: ALL CASES )<br>)<br>) | Case No. 20 Civ. 8924 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All plaintiffs in Sow (21-cv-533).

Date: 03/06/2021

/s/ Luna Droubi
*Attorney's signature*

Luna Droubi (LD-7275)
*Printed name and bar number*

Beldock Levine & Hoffman LLP
99 Park Avenue, Suite PH/26th Floor
New York, NY 10016
*Address*

ldroubi@blhny.com
*E-mail address*

(212) 277-5875
*Telephone number*

(212) 277-5880
*FAX number*