AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

People of the State of New York )
*Plaintiff* )
v. ) Case No. 21-cv-322
City of New York, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, People of the State of New York  .

Date: 03/08/2021

/s/ Jaclyn H. Grodin
*Attorney's signature*

Jaclyn H. Grodin
*Printed name and bar number*
New York State Office of the Attorney General
28 Liberty Street, 23rd Floor
New York, New York 10005

*Address*

jaclyn.grodin@ag.ny.gov
*E-mail address*

(212) 416-6210
*Telephone number*

(212) 416-8139
*FAX number*