UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re: New York City Policing During Summer 2020 Demonstrations  _____  This filing is related to: ALL CASES | 20-cv-8924 (CM) (GWG) |
|---|---|

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Robert S. Smith, an attorney admitted to practice in this Court, of the Law Offices of Robert S. Smith, is appearing in this action as counsel for proposed Intervenor Defendant Police Benevolent Association of the City of New York, Inc. Please take further notice that all papers and correspondence in this proceeding should be directed to this firm.

Dated: New York, NY
       March 10, 2021

**THE LAW OFFICES OF ROBERT S. SMITH**

By: /s/ Robert S. Smith_
Robert S. Smith
7 Times Square, 28th floor
New York, N.Y. 10036
Tel.: (917) 225-4190
Email: robert.smith@rssmithlaw.com

*Attorney for proposed Intervenor Defendant Police Benevolent Association of the City of New York, Inc.*