**Kaufman Lieb Lebowitz & Frick**
attorneys at law

(212) 660-2332
10 E. 40th St., Suite 3307
New York, NY 10016
www.kllf-law.com

March 18, 2021

**By ECF**

Hon. Colleen McMahon
Chief United States District Judge
Southern District of New York

    Re:    *In re: New York City Policing During Summer 2020 Demonstrations*,
           No. 1:20-CV-8924 (CM) (GWG)
           *This Filing Is Related to All Cases*

Your Honor:

      I write on behalf of counsel for all Plaintiffs to respectfully (and apologetically) request the Court's assistance in resolving a docketing issue that is preventing the parties from complying with the Court's February 22 Order, which directs that "[a]ll filings must be made under Docket No. 20 Civ. 8924."

      The ECF system requires that a user filing certain documents "link" them to a previously filed document. For example, an amended complaint must be linked to the original complaint; a motion to dismiss must be linked to the pleading whose dismissal is sought; and opposition and reply briefs must be linked to a motion.

      Because the complaints in these actions were filed before consolidation, they do not appear on the 8924 Docket. For that reason, most of the Plaintiffs could not file their amended complaints on the 8924 Docket either. As a result, any forthcoming motions to dismiss the amended complaints would also likely not appear on the 8924 Docket. Nor would responses and replies to those motions.

      The solution to this problem, we believe, is for the Clerk's office to manually upload all previously filed pleadings in each of the consolidated cases to the 8924 Docket. That way, all subsequent filings concerning the pleadings, including any motions to dismiss, can also be filed on the 8924 Docket. Unfortunately, our diligent efforts to encourage the Clerk's office to take this action have not been successful.

      We therefore respectfully request that the Court direct the Clerk's office to upload all previously filed pleadings to the 8924 Docket, or take some other appropriate action to enable ECF filings in compliance with the Court's February 22 Order going forward.

                                              Respectfully submitted,
                                              /s/
                                              Douglas E. Lieb

cc:    All counsel of record (by ECF)

Alanna Kaufman*  •  Douglas E. Lieb‡  •  David A. Lebowitz  •  Alison Frick

*Also admitted to practice in New Jersey  ‡Also admitted to practice in California