# Exhibit A

# Mass Demonstration Response Recommendation Tracker

As of 3/17/2021

| # | Overview | Report Recommendation | EXTERNAL Progress/ Proposed Next Steps | Status | Source |
|---|---|---|---|---|---|
| 1 | Patrol Guide policy on Protests and First Amendment Activity | NYPD should draft a Patrol Guide policy specific to policing protests and protected First Amendment activity. NYPD should consult on this policy with individuals and entities outside of the Department, including civil rights attorneys, community organizations, and police reform experts. | Policies around policing protests and disorder control are being reviewed regarding First Amendment rights, and a new policy is being drafted. | In Progress | DOI Mass Demonstration Report |
| 2 | Create a Protest Response Unit | NYPD should create a new Protest Response Unit, that does not report to Strategic Response Group, to lead the planning and strategy for response to large protests, to collaborate with the Community Affairs Bureau on community engagement, and to coordinate with other divisions, borough commands, and precincts on response. | NYPD has evaluated existing operational units and is updating organizational structure for a protest response group. | In Progress | DOI Mass Demonstration Report |
| 3 | Reevaluate the role of the Strategic Response Group and Disorder Control Unit | NYPD should reevaluate the central role of the Strategic Response Group and Disorder Control Unit in response to large protests given their orientation to handle counterterrorism, riots, and other serious threats, and better calibrate their use to circumstances that require such specialized force. | NYPD is evaluating current responsibilities of SRG and conducting research into other jurisdictions. | In Progress | DOI Mass Demonstration Report |
| 4 | Document reasons and authority for deploying SRG, DisCon, and other specialized units | NYPD should create internal written records explaining the reasons and documenting authorization for deployment of the Strategic Response Group, Disorder Control Unit, and other specialized units for disorder control purposes at protests. | NYPD is reviewing current procedures related to the deployment of specialized units at protests and documenting reasons for such deployments. | In Progress | DOI Mass Demonstration Report |
| 5 | Develop approach for staging officers in "riot gear" out of sight until necessary | To the extent NYPD deems the assignment of specialized units or officers in "riot gear" or "hard uniforms" potentially necessary to a protest response, it should stage those officers in nearby areas not visible to protesters for deployment only if necessary. | NYPD is reviewing relevant policies and operational guidelines surrounding uniforms and equipment. | In Progress | DOI Mass Demonstration Report |
| 6 | Develop policy on limitations of Disorder Control Tactics | NYPD should develop a written policy outlining reasonable limitations on the use of disorder control tactics, such as encirclement and mass arrests, specific to their use at First Amendment-protected protests. | NYPD is reviewing existing policies surrounding disorder control tactics and is drafting new policy as needed. | In Progress | DOI Mass Demonstration Report |
| 7 | Expand training and policy to differentiate between violent and peaceful protests | Through both training and policies, NYPD should expand incorporation of differentiation methods into their protest policing to reduce reliance on indiscriminate enforcement approaches that fail to distinguish between those engaged in peaceful First Amendment activity and those engaged in violence or property destruction. | NYPD is assessing existing training curricula for recruits, in-service, and leadership in order to develop new content related to protests, first amendment activity, and de-escalation/crowd psychology. | In Progress | DOI Mass Demonstration Report |
| 8 | Standardize internal communications regarding protests | NYPD should employ standardized daily messages or instructions for use by commanders and supervisors during roll calls or briefings involving officers responding to protests, including guidance about the constitutional rights of protesters and the objectives of the response. | The NYPD is drafting guidelines and instruction on appropriate enforcement actions at the scene of a protest. | In Progress | DOI Mass Demonstration Report |
| 9 | LRAD: Deployment Standards | NYPD should play any LRAD dispersal orders or warnings at least three times from multiple locations at large protests and events, unless emergency circumstances do not permit. | The practice of playing the LRAD warning three times has already been put into practice; memorialization in relevant procedures is in progress. | Complete | DOI Mass Demonstration Report |

Draft: Pre-decisional and deliberative
*Further recommendations from the Law Department are currently being assessed by the NYPD.
Page 1 of 3

# Mass Demonstration Response Recommendation Tracker

As of 3/17/2021

| # | Overview | Report Recommendation | EXTERNAL Progress/ Proposed Next Steps | Status | Source |
|---|---|---|---|---|---|
| 10 | LRAD: Documenting deployment | NYPD should audio or video record LRAD dispersal orders or warnings when made at protests both from a location near the device and, if practicable, a location near protesters at the furthest distance from the device. | The practice of recording the LRAD warning has already been put into practice; memorialization in relevant procedures is in progress. | Complete | DOI Mass Demonstration Report |
| 11 | Expand de-escalation and crowd psychology training | NYPD should consider expansion of instruction on de-escalation and crowd psychology in training relating to policing protests. | NYPD is assessing existing training curricula for recruits, in-service, and leadership in order to develop new content related to protests, first amendment activity, and de-escalation/crowd psychology. | In Progress | DOI Mass Demonstration Report |
| 12 | Involve Community Affairs Bureau in development of protest-related trainings | NYPD should involve the Community Affairs Bureau in the development and presentation of training related to policing protests. | The Community Affairs Bureau is regularly included in reviewing and providing feedback and guidance on training content. | Complete | DOI Mass Demonstration Report |
| 13 | Engage community organizations and advocacy groups to develop content of protest-related training | NYPD should consult with community organizations and issue-advocacy groups on the content of protest policing training and consider inviting civilians with relevant experience organizing protests or other First Amendment events to participate in such training. | NYPD is assessing existing training curricula for opportunities to include community partners in protest-related trainings. | In Progress | DOI Mass Demonstration Report |
| 14 | Deploy new protest-related trainings | NYPD should complete the deployment of its new training to officers as soon as possible to ensure that officers deployed to police protests have received recent and consistent training. | NYPD re-trained thousands of UMOs on disorder control tactics in the Summer/Fall of 2020. Once new trainings have been developed (per #13 above), NYPD will train all uniformed members of service. | In Progress | DOI Mass Demonstration Report |
| 15 | Involve Chief of Community affairs in protest-related discussions/strategy | NYPD should ensure that the Chief of the Community Affairs Bureau is involved in discussions and decisions regarding the planning and strategy for policing protests. | The Chief of Community Affairs is participating in the review and discussions surrounding strategy for protest activity. | Complete | DOI Mass Demonstration Report |
| 16 | Formalize use of CAB officers in protest response | NYPD should formalize the use of Community Affairs Bureau officers and individual precinct Community Affairs officers in response to large-scale protests. | NYPD has implemented this use of Community Affairs officers in practice, memorialization in relevant procedures is in progress. | Complete | DOI Mass Demonstration Report |
| 17 | Limit use of CAB officers in patrol/enforcement functions during protests | NYPD should require that the use of Community Affairs officers during protests be solely in a community affairs capacity and separate them from any patrol or enforcement functions, unless their alternative use is necessary due to an emergency, absence of other available personnel when immediate public safety or officer safety needs arise, or other compelling reasons. | NYPD has implemented guidelines for use of Community Affairs officers; memorialization in relevant procedures is in progress. Community Affairs officers at protests will not be assigned patrol/enforcement functions except in exceptional circumstances. The NYPD is drafting guidelines on appropriate enforcement actions at the scene of a protest. | Complete | DOI Mass Demonstration Report |
| 18 | Enhance public communications during protests | NYPD should enhance and expand its public communication during protests, including additional use of social media; such communications should balance concerns about the First Amendment rights of protesters, officer and public safety, and police-community relations. | Public communications practices are being reviewed to identify ways to enhance communications during protests. | In Progress | DOI Mass Demonstration Report |

Draft: Pre-decisional and deliberative
*Futher recommendations from the Law Department are currently being assessed by the NYPD.
Page 2 of 3

# Mass Demonstration Response Recommendation Tracker

As of 3/17/2021

| | Overview | Report Recommendation | EXTERNAL Progress/ Proposed Next Steps | Status | Source |
|---|---|---|---|---|---|
| 19 | **Establish data collection procedures specific to protests** | NYPD should establish data collection procedures to reliably track complete, relevant protest data, including but not limited to arrest data. These procedures may include mechanisms for officers to designate arrests as relating to protest activity and enter such information into NYPD databases accordingly. | NYPD is reviewing existing data collection procedures for purposes of transparency to the public and oversight agencies, in line with Handschu guidelines. | In Progress | DOI Mass Demonstration Report |
| 20 | **Publish responses to DOI recommendations within 90 days** | To promote transparency around NYPD policing of protests, NYPD should report to the public regarding its responses to these recommendations and any additional changes or plans relating to policing of future protests within 90 days. | NYPD will provide regular public updates via this document as it implements the recommendations. | Complete | DOI Mass Demonstration Report |
| 21a | **Consolidate existing police oversight into single agency** | To streamline and strengthen external oversight of the NYPD, and to promote accountability and trust in law enforcement, DOI makes the following recommendations:<br>1. The Mayor and City Council should consider consolidating existing police oversight functions into a single agency, headed by an independent board. | The City has committed to consolidate the Commission to Combat Police Corruption and the NYPD Office of the Inspector General under the Civilian Complaint Review Board in order to strengthen police oversight. A consolidation plan is in development. | In Progress | DOI Mass Demonstration Report |
| 21b | **PC designate senior executive to liaise with civilian oversight agencies** | To streamline and strengthen external oversight of the NYPD, and to promote accountability and trust in law enforcement, DOI makes the following recommendations:<br>2. The Police Commissioner should designate and empower a single senior executive, at the Deputy Commissioner level, to be responsible and accountable for providing civilian oversight agencies with the access to records that the law requires. | Police Commissioner has appointed the Deputy Commissioner of Legal Matters to fulfill this role. | Complete | DOI Mass Demonstration Report |

Draft: Pre-decisional and deliberative
*Further recommendations from the Law Department are currently being assessed by the NYPD.

Page 3 of 3