# Exhibit H



The City of New York
Office of the Mayor
New York, N.Y. 10007

### EXECUTIVE ORDER No. 58

June 20, 2020

### INDEPENDENT INVESTIGATION INTO ENFORCEMENT ACTIONS BY THE NEW YORK CITY POLICE DEPARTMENT IN CONNECTION WITH PROTEST ACTIVITIES

WHEREAS, the tragic death of George Floyd in Minneapolis, MN on May 25, 2020 moved individuals to speak out and protest in the City of New York; and

WHEREAS, fair and impartial policing with respect to all citizens is essential to enforce the law and preserve peace; and

WHEREAS, the right to join with fellow citizens in a peaceful protest is a fundamental right in a free society; and

WHEREAS, there were numerous reports and videos of violent encounters between protesters and NYPD officers and it is necessary to determine the facts underlying these confrontations; and

WHEREAS, it is important to ensure there is accountability for the police who acted inappropriately during these protests, and to help deepen trust between community and police; and

WHEREAS, the Mayor may direct the Commissioner of Investigation to undertake an investigation when the need arises; and

WHEREAS, the Corporation Counsel is the attorney for the City, and provides advice and counsel on matters of law and policies implemented by and affecting the City; and

WHEREAS, the public will benefit from an independent investigation into matters relating to the conduct of officers of the New York City Police Department at protests;

NOW, THEREFORE, by the power vested in me as the Mayor of the City of New York, it is hereby ordered:

Section 1. (a) I hereby direct the Commissioner of Investigation (the "Commissioner") and the Corporation Counsel to conduct a joint review into the response of the New York City Police Department ("NYPD") to the protests that took place throughout the City from May 28, 2020 through the date of this Order (the "Review").

(b) The Review shall culminate in a written public report.

(c) The Review shall consist of (1) an independent investigation by the Commissioner, pursuant to § 803 of the City Charter, including (i) a review and evaluation of the NYPD's planning and response to the protests, and (ii) factual findings about relevant events during the protests after conducting an objective review of statements from NYPD officers and the public as well as any other evidence in the City's possession; (2) a separate analysis by the Corporation Counsel of factors that may have impacted the events at protests during the Review period; and (3) any recommendations the Commissioner or the Corporation Counsel may make in their independent professional judgment about any additional areas of study and engagement worth pursuing.

§ 2. The Commissioner and the Corporation Counsel shall provide a written assessment on the status of the foregoing matters by July 2, 2020 and make best efforts to produce a final report on August 31, 2020.

§ 3. The Review shall be conducted so as to minimize interference with any ongoing misconduct investigations and disciplinary proceedings involving individual officers.

§ 4. I hereby direct the NYPD and all other City agencies to cooperate with the Review and provide, on an expedited basis, information, documents, and witnesses in response to any requests of the Commissioner or the Corporation Counsel related to the Review.

§ 5. This Order shall take effect immediately.

Bill de Blasio,
MAYOR