AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| People of the State of New York | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cv-322 |
| City of New York, et. al, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, People of the State of New York.

Date: 03/29/2021

/s/ Swati Prakash
*Attorney's signature*

Swati R. Prakash (Registration No. 5329354)
*Printed name and bar number*

New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
*Address*

Swati.Prakash@ag.ny.gov
*E-mail address*

(212) 416-6201
*Telephone number*

(212) 416-6030
*FAX number*