

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

April 6, 2021

**VIA ECF**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *In re: New York City Policing During Summer 2020 Demonstrations*,
           No. 20-CV-8924
           *This Filing is Related to All Cases*

Dear Chief Judge McMahon:

      We write on behalf of counsel for Plaintiffs in five of the consolidated matters to respectfully request an extension of time and an enlargement of pages for these Plaintiffs' opposition to Defendants' Motion to Dismiss the Amended Complaints. In the interest of economizing the parties' and the Court's time and resources, Plaintiffs in these five cases[1] intend to submit a single brief in opposition to Defendants' motion. Plaintiffs respectfully request an extension of time of 7 days, from April 16, 2021, to April 23, 2021, and an enlargement of page length by an additional 10 pages, for a total of 35 pages, to permit coordination across these cases and consolidation of participating Plaintiffs' responses to Defendants' arguments.[2] This is Plaintiffs' first request for an extension of time to respond to Defendants' motion to dismiss.

      Plaintiffs have conferred with counsel for Defendants who do not consent to Plaintiffs' request. Defendants take the following position:

---

[1] These cases are: *Payne, et al. v. Mayor Bill de Blasio, et al.*, No. 20-CV-8924; *Sierra, et al. v. City of New York, et al.*, No. 20-CV-10291; *People of the State of New York v. City of New York, et al.*, No. 21-CV- 322; *Wood v. City of New York, et al.*, 20-CV-10541; and *Yates v. City of New York et al*, No. 21-CV-1904.

[2] Plaintiffs in *Sow, et al. v. City of New York, et al.*, 21-CV-533 intend to file separate opposition to Defendants' Motion to Dismiss.

Hon. Colleen McMahon
April 6, 2021
Page 2

> Defendants complied with the Court's order to move to dismiss 6 separate complaints within the 25 page limit and within the very short timeframe permitted. Defendants see no reason why the State of New York, the NYCLU, Legal Aid, and the many law firms representing plaintiffs cannot comply within the same time limitations or need additional pages.

Email from B. Goykadosh to counsel for all Plaintiffs, Apr. 6, 2021 (9:31 am).

Plaintiffs respectfully note that while all Defendants in these coordinated actions are represented by single counsel, there are numerous plaintiffs across the five actions, represented by multiple firms. Plaintiffs are also not aware of any order from this Court precluding Defendants from requesting an extension of time or of page limits; indeed, Defendants requested and received an extension of time to make a motion to dismiss on behalf of the individual defendants, which request was not opposed by Plaintiffs' counsel. *See* Dkt. No. 108.[3]

While this request does not directly affect any other scheduled dates, in the event the Court grants the extension, Plaintiffs would agree to an identical 7-day extension of time for Defendants to submit their reply brief, currently due on April 30, 2021, to May 7, 2021.

We thank the Court for its consideration of this matter.

    Respectfully submitted,

    */s/ Swati Prakash*

| | |
|---|---|
| Corey Stoughton | Jessica Clarke, *Civil Rights Bureau Chief* |
| Jennvine Wong | Lillian Marquez, *Assistant Attorney General* |
| THE LEGAL AID SOCIETY | Travis England, *Assistant Attorney General* |
| 199 Water Street | Gregory Morril, *Assistant Attorney General* |
| New York, NY 10038 | Jaclyn Grodin, *Assistant Attorney General* |
| (212) 577-3367 | Swati R. Prakash, *Assistant Attorney General* |
| cstoughton@legal-aid.org | Office of the New York State Attorney General |
| jwong@legal-aid.org | 28 Liberty Street, 20th Floor |
| | New York, NY 10005 |
| Jessica Perry | (212) 416-6201 |
| Molly K. Biklen | Swati.Prakash@ag.ny.gov |
| Daniel R. Lambright | |
| Lisa Laplace | *Counsel for Plaintiffs in People of the State of* |
| Christopher T. Dunn | *New York v. City of New York, et al., No. 21-* |
| New York Civil Liberties Union Foundation | *CV- 322* |

---

[3] In addition to this extension the defendants received to answer for the individual defendants, Defendants had the benefit of a substantial extension of time to respond to several of the complaints, including the Complaint in *Sierra, et al. v. City of New York, et al.*, No. 20-CV-10291—filed on January 26, 2021—and the Complaint in *Payne, et al. v. Mayor Bill de Blasio, et al.*, No. 20-CV-8924, filed on October 26, 2020.

Hon. Colleen McMahon
April 6, 2021
Page 3

125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3300
jperry@nyclu.org

*Counsel for Plaintiffs in Payne v. De Blasio, No. 20-CV-8924*

Douglas E. Lieb
Kaufman Lieb Lebowitz & Frick LLP
10 East 40th Street, Suite 3307
New York, NY 10016
dlieb@kllf-law.com
(212) 660-2332

*Counsel for Plaintiff in Wood v. City of New York, No. 20-CV-10541*

Joshua S. Moskovitz, Esq.
14 Wall Street, Suite 1603
New York, New York 10005
(212) 380-7040
josh@moskovitzlaw.com

*Counsel for Plaintiffs in Sierra, et al. v. City of New York, et al., No. 20-CV-10291*

Andrew B. Stoll
Stoll, Glickman & Bellina, LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
(718) 852-3710
astoll@stollglickman.com

*Counsel for Plaintiff in Yates v. City of New York et al, No. 21-CV-1904.*

cc:     All Counsel of Record (by ECF)