AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Payne et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-08924-CM |
| De Blasio et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the plaintiffs                                                                                                        .

Date:   04/12/2021                                              /s/ Robert Hodgson
                                                                        *Attorney's signature*

                                                        Robert Hodgson (SDNY Bar No. RH6460)
                                                            *Printed name and bar number*
                                                        New York Civil Liberties Union Foundation
                                                        125 Broad St.
                                                        19th Floor
                                                        New York, NY 10004
                                                                        *Address*

                                                        rhodgson@nyclu.org
                                                                    *E-mail address*

                                                        (212) 607-3300
                                                                *Telephone number*

                                                        (212) 607-3318
                                                                    *FAX number*