IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JARRETT PAYNE; ANDIE MALIL CAMILA GINI; VIDAL GUZMAN, ET AL<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>MAYOR BILL DE BLASIO; ET AL<br><br>Defendant/Respondent | Hearing Date:<br><br>INDEX NO:    1:20-CV-08924<br>Index Date:   03/05/2021<br>AFFIDAVIT OF SERVICE OF:<br>SUMMONS; COMPLAINT |

Received by **Feisal Abdelrahman**, on the **1st day of April, 2021 at 7:42 PM** to be served upon **Lieutenant Michael Butler** at **1 Police Plaza, New York, New York County, NY 10038**.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **7th day of April, 2021 at 5:39 PM** at the address of **164 East 102 Street, New York, New York County, NY 10029-5721**, this affiant served the above described documents upon **Lieutenant Michael Butler** in the manner described below:

**SUBSTITUTE SERVICE**, by leaving **1** true and correct copy(ies) of the above described documents, with the date and hour of service endorsed thereon by this affiant, with **Detective Daryll Nesbitt**, a person of suitable age and discretion who stated they reside at the defendant's usual place of abode listed above.
On the date of _____4/8/2021_____, affiant then deposited in the United States mail, in the county where the property is situated, the above described documents in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served. This was mailed with proper postage to:

Lieutenant Michael Butler
164 East 102 Street
New York, NY 10029-5721

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Detective Daryll Nesbitt, CO-WORKER**, who accepted service with direct delivery, with identity confirmed by subject stating their name, a black-haired black male approx. 25-35 years of age, 5'8"-5'10" tall and weighing 180-200 lbs.

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and defendant and/or present occupant refused to indicate.

Executed on _____4/8_____, 20_21_.

_____
Feisal Abdelrahman, Reg. # 2053231, DCA NY, NY
ABC Legal Services, Inc.
DCA Lic. #1380619 Exp. 02/28/22
147 Prince St, Suite 4-6, Brooklyn, NY 11201

STATE OF NEW YORK COUNTY OF __Kings__
SWORN TO AND SUBSCRIBED BEFORE ME THIS _8_ OF _Apr_ 20 _21_ BY __Feisal A__ (AFFIANT NAME)

_____
SIGNATURE OF NOTARY PUBLIC

_____
PRINT, TYPE OR STAMP NOTARY'S COMMISSIONED NAME

PERSONALLY KNOWN __✓__ OR PRODUCED IDENTIFICATION _____
TYPE OF IDENTIFICATION PRODUCED_____

*Notary stamp: ABEDALRAHMAN QUNDAR, Notary Public - State of New York, NO. 01QU6404555, Qualified in Kings County, My Commission Expires Feb. 24, 20__*

Page 1 of 1
FOR: **New York Civil Liberties Union**
REF: **REF-7762217**

Tracking #: **0067929232**