## IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JARRETT PAYNE; ET AL** <br> Plaintiff/Petitioner <br> vs. <br> **MAYOR BILL DE BLASIO; ET AL** <br> Defendant/Respondent | Hearing Date: <br> INDEX NO:  **1:20-CV-08924** <br> Index Date:  **03/08/2021** <br> AFFIDAVIT OF SERVICE OF: <br> **AMENDED COMPLAINT; SUMMONS** |

Received by **Ebrahim Eliwa**, on the **31st day of March, 2021 at 10:04 PM** to be served upon **Lieutenant Thomas R. Hardell** at **179 Wilson Avenue, NEW YORK, Kings County, NY 11237**.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **1st day of April, 2021 at 10:30 AM** at the address of **179 Wilson Avenue, NEW YORK, Kings County, NY 11237**, this affiant served the above described documents upon **Lieutenant Thomas R. Hardell** in the manner described below:

**PERSONAL SERVICE**, by personally delivering **1** true and correct copy(ies) of the above described documents, with the date and hour of service endorsed thereon by this affiant, to the named defendant.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Lieutenant Thomas R. Hardell**, Who accepted service with direct delivery, with identity confirmed by subject saying yes when named, a blonde-haired white male approx. 35-45 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and was told defendant and/or present occupant was not.

Executed on 4/01/21 , 20 21 .

Ebrahim Eliwa, Reg. # 1346489, NYC Department of consumer affairs , NY
ABC Legal Services, Inc.
DCA Lic. #1380619 Exp, 02/28/22
147 Prince St, Suite 4-6, Brooklyn, NY 11201

STATE OF NEW YORK COUNTY OF Kings
SWORN TO AND SUBSCRIBED BEFORE ME THIS 1 OF Apr 20 21 BY Ebrahim Eliwa (AFFIANT NAME)

_____
SIGNATURE OF NOTARY PUBLIC

PRINT, TYPE OR STAMP NOTARY'S COMMISSIONED NAME
PERSONALLY KNOWN ✓ OR PRODUCED IDENTIFICATION_____
TYPE OF IDENTIFICATION PRODUCED_____

ABEDALRAHMAN QUNBAR
Notary Public - State of New York
NO. 01QU6404555
Qualified in Kings County
My Commission Expires Feb 24, 2024

