IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **PAYNE ET AL** | Plaintiff/Petitioner | Hearing Date: |
| vs. | | INDEX NO:   **20 CV 8924** |
| **CITY OF NEW YORK, ET AL** | | Index Date:   **03/08/2021** |
| | Defendant/Respondent | AFFIDAVIT OF SERVICE OF: **SUMMONS; AMENDED COMPLAINT** |

Received by **Andry Florentino**, on the **31st day of March, 2021 at 5:27 PM** to be served upon **Officer Aaron Husbands** at **263 Tompkins Avenue, BROOKLYN, Kings County, NY 11216**.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **1st day of April, 2021 at 1:28 PM** at the address of **263 Tompkins Avenue, BROOKLYN, Kings County, NY 11216**, this affiant served the above described documents upon **Officer Aaron Husbands** in the manner described below:

**SUBSTITUTE SERVICE**, by leaving **1** true and correct copy(ies) of the above described documents, with the date and hour of service endorsed thereon by this affiant, with **Officer Danielle**, a person of suitable age and discretion who stated they reside at the defendant's usual place of abode listed above.
On the date of _____**APR 05 2021**_____, affiant then deposited in the United States mail, in the county where the property is situated, the above described documents in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served. This was mailed with proper postage to:

**Officer Aaron Husbands
263 Tompkins Avenue
BROOKLYN, NY 11216**

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Officer Danielle, PERSON AUTHORIZED TO ACCEPT SERVICES**, who accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away), with identity confirmed by subject stating their name, a brown-haired black female approx. 45-55 years of age, 5'4"-5'6" tall and weighing 80-120 lbs.

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and was told defendant and/or present occupant was not.
Executed on ___4/8___, 20_21_.

_____
**Andry Florentino, Reg. # 2067872DCA, New York
Consumer Affairs, NY**
ABC Legal Services, Inc.
DCA Lic. #1380619 Exp. 02/28/22
147 Prince St, Suite 4-6, Brooklyn, NY 11201
STATE OF NEW YORK COUNTY OF __Kings__
SWORN TO AND SUBSCRIBED BEFORE ME THIS _8_ OF _April_ 20_21_ BY _A Florentino_ (AFFIANT NAME)

_____
SIGNATURE OF NOTARY PUBLIC

_____
PRINT, TYPE OR STAMP NOTARY'S COMMISSIONED NAME
PERSONALLY KNOWN_____ OR PRODUCED IDENTIFICATION_____
TYPE OF IDENTIFICATION PRODUCED_____

**CHRISTINE C. IMBRIALE
Notary Public, State of New York
NO. 01IM6255974
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES FEB 21, 2024**