IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **PAYNE ET AL** | Plaintiff/Petitioner | Hearing Date:<br>INDEX NO: **20 CIV 8924**<br>Index Date: **03/08/2021** |
| VS.<br>**CITY OF NEW YORK, ET AL** | Defendant/Respondent | AFFIDAVIT OF SERVICE OF:<br>**AMENDED COMPLAINT; SUMMONS** |

Received by **Anthony Yannucci**, on the **3rd day of April, 2021 at 10:11 AM** to be served upon **Officer Matthew L. Perry** at **30 Ralph Ave, Brooklyn, Kings County, NY 11221**.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **5th day of April, 2021 at 4:45 PM** at the address of **30 Ralph Ave, Brooklyn, Kings County, NY 11221**, this affiant served the above described documents upon **Officer Matthew L. Perry** in the manner described below:

**SUBSTITUTE SERVICE**, by leaving **1** true and correct copy(ies) of the above described documents, with the date and hour of service endorsed thereon by this affiant, with **P.O Singh**, a person of suitable age and discretion who stated they reside at the defendant's usual place of abode listed above.
On the date of ___4/6/21___, affiant then deposited in the United States mail, in the county where the property is situated, the above described documents in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served. This was mailed with proper postage to:

Officer Matthew L. Perry
30 Ralph Ave
Brooklyn, NY 11221

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**P.O Singh, OFFICER AT DESK, CO-RESIDENT,** who accepted service with direct delivery, with identity confirmed by subject stating their name, a black-haired Middle Eastern male approx. 25-35 years of age, 5'6"-5'8" tall and weighing 160-180 lbs. Police Officer Singh at front desk accepted on behalf badge number 30788

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and was told defendant and/or present occupant was not.
Executed on ___4/7___, 20_21_.

_____
Anthony Yannucci, Reg. # 2066954-DCA, NYC DCA, NY
ABC Legal Services, Inc.
DCA Lic. #1380619 Exp, 02/28/22
147 Prince St, Suite 4-6, Brooklyn, NY 11201

STATE OF NEW YORK COUNTY OF __Suffolk__
SWORN TO AND SUBSCRIBED BEFORE ME THIS __7th__ OF __Apr.__ 20_21_ BY __Alan Feldman__ (AFFIANT NAME)

_____
SIGNATURE OF NOTARY PUBLIC

PRINT, TYPE OR STAMP NOTARY'S COMMISSIONED NAME
PERSONALLY KNOWN __✓__ OR PRODUCED IDENTIFICATION_____
TYPE OF IDENTIFICATION PRODUCED_____

BRETT PASTERNACK
Notary Public, State of New York
No. 01PA6396017
Qualified in Suffolk County
Commission Expires August 12, 2023