IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **PAYNE ET AL** | Plaintiff/Petitioner | Hearing Date:<br>INDEX NO:  **20 CIV 8924**<br>Index Date:  **03/10/2021** |
| vs. | | AFFIDAVIT OF SERVICE OF: |
| **CITY OF NEW YORK ET AL** | Defendant/Respondent | **AMENDED COMPLAINT; SUMMONS** |

Received by **Andry Florentino**, on the **31st day of March, 2021 at 5:27 PM** to be served upon **Sergeant Keith Cheng** at **421 Empire Boulevard, NEW YORK, Kings County, NY 11225**.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **1st day of April, 2021 at 1:51 PM** at the address of **421 Empire Boulevard, NEW YORK, Kings County, NY 11225**, this affiant served the above described documents upon **Sergeant Keith Cheng** in the manner described below:

**SUBSTITUTE SERVICE**, by leaving **1** true and correct copy(ies) of the above described documents, with the date and hour of service endorsed thereon by this affiant, with **Officer Lau**, a person of suitable age and discretion who stated they reside at the defendant's usual place of abode listed above.
On the date of _____ **APR 05 2021** _____, affiant then deposited in the United States mail, in the county where the property is situated, the above described documents in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served. This was mailed with proper postage to:

**Sergeant Keith Cheng**
**421 Empire Boulevard**
**NEW YORK, NY 11225**

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Officer Lau, OFFICER AUTHORIZED TO ACCEPT**, who accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away), with identity confirmed by subject stating their name, a black-haired Asian male approx. 35-45 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with glasses.

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and was told defendant and/or present occupant was not.

Executed on __4/8__, 20_21_.

_____

**Andry Florentino, Reg. # 2067872DCA, New York**
**Consumer Affairs, NY**
ABC Legal Services, Inc.
DCA Lic. #1380619 Exp, 02/28/22
147 Prince St, Suite 4-6, Brooklyn, NY 11201
STATE OF NEW YORK COUNTY OF __Queens__
SWORN TO AND SUBSCRIBED BEFORE ME THIS _18_ OF _April_ 20_21_ BY _A Florentino_ (AFFIANT NAME)

_____
SIGNATURE OF NOTARY PUBLIC

PRINT, TYPE OR STAMP NOTARY'S COMMISSIONED NAME
PERSONALLY KNOWN ____ OR PRODUCED IDENTIFICATION _____
TYPE OF IDENTIFICATION PRODUCED _____

**CHRISTINE C. IMBRIALE**
Notary Public, State of New York
NO. 01IM6256974
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES FEB 21, 2024

Page 1 of 1
FOR: **New York Civil Liberties Union**
REF: **REF-7762396**

Tracking #: 0067680287