UNITED STATES DISTRICT COURT; SOUTHERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
Payne, et al
**Defendant / Respondent:**
City of New York, et al

**AFFIDAVIT OF SERVICE**
Index No:
20 CIV. 8924

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and located at 590 Madison Ave 21st floor, New York, NY 10022 . That on Fri, Apr 02 2021 AT 07:46 AM AT 524 2 42ND ST, NEW YORK, NY 10036 deponent served the within SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL on OFFICER MATTHEW TARANGELO - STRATEGIC RESPONSE GROUP 1

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** By serving the above on _____ a domestic corporation, by delivering a true copy thereof to _____ who is the _____ , a person authorized to accept service.

[ ] **Business:** By serving the above on _____ by delivering a true copy thereof to _____ _____ a person authorized to accept service.

[X] **Suitable Person:** By delivering a true copy thereof to SGT JONES a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode in the state, and mailing, as indicated below.

[ ] **Conspicuous Service:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, _____ , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____ .

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of NY, in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I have that the defendant is not in the military service of NY, or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Mar 30, 2021, 4:07 pm EDT at 524 2 42ND ST, NEW YORK, NY 10036 received by P.O. HALLER.

2) Successful Attempt: Apr 2, 2021, 7:46 am EDT at 524 2 42ND ST, NEW YORK, NY 10036 received by SGT JONES.
Served upon party authorized to accept.

**Description:**
Age: 45      Skin Color: Caucasian      Gender: Male      Weight: 180
Height: 6'      Hair: Black      Relationship:
Other

Sworn to before me on 4·14·21

_____ 4.14.21
Michael Gorman
1381333

Notary Public

BRIAN B. RICKS
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2022

# AFFIDAVIT OF SERVICE BY MAIL

United States District Court; Southern District of New York, COUNTY OF
Plaintiff / Petitioner: **Payne, et al**
vs.
Defendant / Respondent: **City of New York, et al**

CASE NO: 20 CIV. 8924

I Nasim Dehghani being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on Fri, Apr 02, 2021 deponent served the within:
**SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** on **OFFICER MATTHEW TARANGELO - STRATEGIC RESPONSE GROUP 1** at the address **524 2 42ND ST, NEW YORK, NY 10036** by enclosing a copy of same in a postpaid wrapper properly addressed to the above recipient and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Services, Mailed on 04/02/2021 via:

First Class Mail Envelope marked **"Personal and Confidential"**.

*(check all that apply)*

[X] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"
[ ] CERTIFIED MAILING certified mail marked "Personal and Confidential" Receipt Number (          )
[ ] RETURN RECEIPT REQUESTED marked "Personal and Confidential" Receipt Number (          )
[ ] OVERNIGHT MAILING marked "Personal and Confidential" Receipt Number (          )

Sworn to me on the 4·14·21

*Notary Public*

BRIAN B. RICKS
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2022

Nasim Dehghani   4·14·21

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022