UNITED STATES DISTRICT COURT; SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff / Petitioner:** Payne, et al | **AFFIDAVIT OF SERVICE** |
| **Defendant / Respondent:** City of New York, et al | Index No: 20 CIV. 8924 |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and located at <u>590 Madison Ave 21st floor, New York, NY 10022</u>. That on Mon, Apr 12 2021 AT 07:24 PM AT 2816 Collis Pl, Bronx, NY 10465 deponent served the within <u>SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL</u> on <u>DETECTIVE DAMIAN RIVERA</u>

[X] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** By serving the above on _____ a domestic corporation, by delivering a true copy thereof to _____ who is the _____, a person authorized to accept service.

[ ] **Business:** By serving the above on _____ by delivering a true copy thereof to _____ a person authorized to accept service.

[ ] **Suitable Person:** By delivering a true copy thereof to _____ a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode in the state, and mailing, as indicated below.

[ ] **Conspicuous Service:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of NY, in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I have that the defendant is not in the military service of NY, or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Apr 12, 2021, 7:24 pm EDT at 2816 Collis Pl, Bronx, NY 10465 received by DETECTIVE DAMIAN RIVERA. Served personally, verbal identification received from the recipient at time of service.

**Description:**
Age: 50-55    Skin Color: Hispanic    Gender: Male    Weight: 240+
Height: 5'8"    Hair: Bald    Relationship:
Other

Sworn to before me on 4·14·21

_Christopher Williams_    4·14·21
Christopher Williams
2085987

Notary Public

BRIAN B. RICKS
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2022