

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Acting Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | |

April 23, 2021

**By ECF**
Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

      In Re: New York City Policing During Summer 2020 Demonstration
      *This document is related to*, 20 Civ. 10291, 21 Civ. 0533, 21 Civ. 1904

Your Honor:

      I am a Senior Counsel in the Office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, and one of the attorneys assigned to represent defendants City of New York and certain other defendants in the three above-referenced matters. In that capacity, I write to respectfully inform the Court that although pursuant to Your Honor's Order of March 29, 2021, this office was to move or answer on behalf of the named officers (other than Mayor de Blasio, Commissioner Shea and Chief Monahan) in the consolidated cases, only 13 of the 21[1] named officers were properly served with process. As such, this office can, and is, filing answers on behalf of those 13 officers only. We will make representation determinations pursuant to Section 50-k of the New York General Municipal Law with respect to the remaining individual defendants if, and when, they are properly served, and move or answer on their behalf promptly if this office does represent them.

---

[1] All the individual officers in *Payne* were served, only one officer, Chief Lehr, in *Sierra* was served, the one officer named in *Wood* was served, the one officer in *Yates* was not served, and none of the officers named in *Sow* were served. The *People* complaint does not name any individual officers.

Thank you for your consideration herein.

        Respectfully submitted,

        *Dara L. Weiss s/*

        Dara Weiss
        *Senior Counsel*
        Special Federal Litigation Division

cc:    ALL COUNSEL (via ECF only)