**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____X

In Re: New York City Policing During Summer 2020     Index ##:
Demonstrations                                       20cv8924(CM)(GWG)
                                                     20cv10291(CM)(GWG)
                                                     20cv10541(CM)(GWG)
                                                     21cv322(CM)(GWG)
This filing relates to: all cases.                   21cv533(CM)(GWG)
                                                     21cv1904(CM)(GWG)


_____X


## STIPULATION


        This matter coming to be heard by agreement of the parties, the Parties hereby stipulate

and agree:

1.  The defendants in the above captioned cases will turn over its video production to the
    Plaintiffs without any confidentiality designation; and

2.  The plaintiffs will not publicly file or publish the video for two months from the date
    of this stipulation; and

3.  The plaintiffs will not disclose in any other way, such as speaking or writing about,
    what is in the disclosed footage for two months from the date of this stipulation
    except, counsel may disclose footage in a submission to, or during a conference with,
    the Court; and

4.  Within two months of the date of this stipulation, the defense can continue to review
    all of the video, and if it identifies a portion of any video that should be redacted, the
    defense can then designate that particular video as confidential and produce the same
    video with the redaction to the plaintiff; and

5.  If plaintiff disagrees with the confidential designation, it can follow the process set
    out in the protective order (See Docket    ) to object to the confidentiality designation.

Dated: May 10, 2021
      New York, NY

**NYC CITY LAW DEPARTMENT**

Dara L. Weiss
**Attorney for Defendants**
100 Church Street
New York, New York 10007
(212) 356 3517
Daweiss@law.nyc.gov

NEW YORK CIVIL LIBERTIES UNION
FOUNDATION

/s/

*Co-Counsel for Plaintiffs in Payne v. De
Blasio, No. 20-cv-8924*
Molly Biklen
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3300
mbiklen@nyclu.org

THE LEGAL AID SOCIETY
/s/

*Co-Counsel for Plaintiffs in Payne v. De
Blasio, No. 20-cv-8924*
Jennvine Wong
199 Water Street
New York, NY 10038
(212) 577-3367
jwong@legal-aid.org

HAMILTON CLARKE LLP

/s/

Michael L. Spiegel, Esq.
*Co-Counsel for Plaintiffs in Sierra et al v.
City of New York, No. 20-cv-10291*
48 Wall Street, Suite 1100
New York, NY 10005
(212) 729-0952

**WYLIE STECKLOW PLLC**

Wylie M. Stecklow
*Co-Counsel for Plaintiffs in Sow v. City of NY*
231 W. 96th Street
Professional Suites 2B-#3
New York, NY 10025
(212) 566 8000
ecf@wylielaw.com

LETITIA JAMES
*Attorney General of the State of New York*

By: /s/

*Counsel for Plaintiff in People of the State of
New York v. City of New York, No. 21-cv-322*
Travis England, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
(212) 416-8250
travis.england@ag.ny.gov

KAUFMAN LIEB LEBOWITZ & FRICK LLP

/s/

Douglas E. Lieb
*Counsel for Plaintiff in Wood v. de Blasio, et al,
No. 20-cv-10541*
10 East 40th Street, Suite 3307
New York, NY 10016
(212) 660-2332
dlieb@kllf-law.com

STOLL, GLICKMAN & BELLINA, LLP
/s/

Andrew B. Stoll
*Counsel for Plaintiff Yates, No. 21-cv-1904*
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
(718) 852-3710
astoll@stollglickman.com

SO ORDERED & ENTERED:

_____
Hon. Chief Judge Gabriel G. Gorenstein