# Exhibit J

 **Police Reform and Reinvention Collaborative** **INITIATIVE TRACKER**

| ID | Initiative | Status | Progress to Date |
|---|---|---|---|
| **Transparency and Accountability** | | | |
| * | **NYPD will ensure that at-risk officers are identified and that swift, appropriate interventions occur.** | | |
| 1 | Build upon the Early Intervention Program and commit to a continuous review to identify at-risk officers. | Complete | NYPD's Early Intervention Committee has been established and convenes monthly to assess officers and implement remedial action for those who have hit enumerated performance thresholds. |
| 2 | Design new interventions, including amplified re-training and senior leader mentorship programs, to reduce risk to the public, the officer, and the Department. | In progress | Additional thresholds are being added and the system further developed. Incremental enhancements will be added throughout the year. Further development of internal databases and more sophisticated and robust analytics will be rolled out in fiscal year 2022. |
| 3 | Publish annual reports on the Early Intervention Program and accompanying data on the Department's website. | Complete | Posted on NYPD website: https://www1.nyc.gov/site/nypd/stats/reports-analysis/early-intervention-program-reports.page |
| 4 | **Hold police officers accountable for misconduct through internal NYPD disciplinary decisions that are transparent, consistent, and fair.** | In progress | This is an ongoing effort and also captured in initiatives #5, #6, #7, and #8 below. |
| * | **Monitor implementation of the Discipline Matrix and enhance transparency regarding its use.** | | |
| 5 | The City commits to a more frequent, semi-annual review in the first year. Any changes that result from the review would require a 30-day public comment period, and all reviews will be made public. | In progress | NYPD and CCRB are evaluating the Discipline Matrix as they use it.  Semi-annual review process will begin in July 2021 and a revised version will be posted for public comment by Fall 2021. |
| 6 | The NYPD will provide a minimum 30-day public comment period for future changes to the Discipline Matrix. The revised Matrix will be posted by the NYPD on or before the date at which it takes effect. | In progress | NYPD and CCRB are evaluating the Discipline Matrix. Any revisions will be posted for 30-day public comment. |
| 7 | Hold police officers accountable for "failure to take police action." An oversight entity will review these cases to better understand the types of misconduct which fall under this category and its consequences, followed by a determination regarding the appropriateness of this penalty range. | In progress | The Commission to Combat Police Corruption has begun to review relevant disciplinary cases and expects to make any recommendations for edits to the Discipline Matrix during the upcoming Matrix review process. |
| 8 | NYPD will make public "deviation letters" that set out the Police Commissioner's specific rationale for exercising his discretion to deviate from guidelines set by the new disciplinary matrix. | In progress | This is an ongoing effort. Any Future deviation letters will be posted on the NYPD website. |
| * | **The David Dinkins Plan: Expand and Strengthen CCRB.** | | |
| 9 | Facilitate timely and necessary access to Body Worn Camera footage and officers' disciplinary histories for CCRB cases. | In progress | CCRB-NYPD MOUs in place to accomplish these objectives. "Clean Room" for Body Worn Camera access will go live as soon as permitted by COVID restrictions. |
| 10 | Give CCRB authority to investigate instances of biased-based policing. | Complete | Int 2212-2021, clarifying CCRB's authority to investigate instances of bias-based policing became law in April 2021. Investigations are anticipated to begin in 2021. |
| 11 | Allow CCRB to initiate investigations on its own. | In progress | Legislation is drafted and the City will work with legislative partners in the City Council to introduce and pass it in 2021. |
| 12 | Establish the Patrol Guide Review Committee. | In development | The CCRB will Chair the Patrol Guide Review Committee. Review is expected to begin in 2021. |
| 13 | **Consolidate and strengthen NYPD oversight by expanding CCRB's authority to incorporate the powers of NYC's Department of Investigation Office of the Inspector General for the NYPD and the Commission to Combat Police Corruption.** | In progress | The City is exploring options for an initial phase of consolidating and strengthening police oversight. Implementation is expected to begin Fall 2021. |
| 14 | **Support a State law change that would broaden access to sealed records for specified entities, including CCRB, charged with investigating police misconduct, especially biased-policing investigations.** | In progress | Legislation is being drafted to be introduced in State legislature this year. |
| 15 | **CCRB occupies a critical role in the accountability system, which sh ould be evaluated for potential further expansion to additional NY PD employees.** | In progress | The City has begun an evaluation to be completed in 2021. |
| 16 | **Support a State Law change to increase the 30-day cap in unpaid suspensions for certain egregious cases of misconduct by police officers.** | In progress | The City is working with State legislative partners to advance legislation to increase the 30-day cap. |
| 17 | **Support a State law change to create a pension reduction or forfeiture remedy for the most egregious misconduct cases.** | In progress | The City is working with State legislative partners to advance legislation this year. |
| * | **Ensure the Special Victims Division is a model for national best practice.** | | |
| 18 | The Division's policies and procedures for investigating sexual assault cases will be independently reviewed to ensure alignment with best practices, particularly focusing on victim-centered and trauma-informed techniques. | In progress | A contract for this assessment has been signed.  The vendor is currently conducting interviews and focus groups.  This is expected to be complete by Fall 2021. |

| 19 | NYPD will provide annual "trauma-informed interviewing" training for all detectives under the Special Victims Division to ensure respectful and professional communication with victims of trauma and abuse. | In progress | NYPD is developing a scope of work to provide refresher training annually in preparation for procurement. |
|---|---|---|---|
| 20 | The Administration is committed to siting new locations for Brooklyn and Queens SVD facilities while continuing to ensure our existing facilities meet the needs of those we serve. | In progress | Working closely with DCAS, NYPD is reviewing possible lease locations for relocation. |
| 21 | **End Qualified Immunity at the local level for police officers.** | In progress | Int 2220-2021, creating a local right of action for excessive force and search and seizure for which qualified immunity is not a defense, became law in April 2021. |
| 22 | **Create a Citywide policy to strengthen transparency and accountability in the use of biometric technology.** | In progress | A policy is being drafted and will be available for public comment by Summer 2021. It is expected to be finalized by September 2021. |
| * | **The City will implement public and comprehensive reporting on key police reform metrics** | | |
| 23 | Launch a website providing information about members' discipline history, including charges, penalties, and trial decisions. | Complete | Posted on NYPD website here: https://nypdonline.org/link/1026 |
| 24 | Issue annual reports on the implementation of the discipline matrix. | In progress | NYPD is compiling the data. The next report is expected to be released in July 2021. |
| 25 | NYPD policy changes that are identified as having a potential public impact and that aren't otherwise statutorily mandated will be subjected to public comment. | In progress | This is an ongoing effort. Any future policy changes with a potential public impact will be posed for public comment. |
| * | **NYPD must improve transparency about personal data that is collected and how it is used, which is critical to earning and maintaining the trust of the community.** | | |
| 26 | The City will ensure the POST Act is working to achieve its stated objectives, including complete and thorough mandatory oversight audits of systems including but not limited to the NYPD criminal group database. | In progress | This is an ongoing effort.  Existing technology impact and use policies were posted for public comment on January 2021 and final impact and use policies were published in April 2021 - here: https://www1.nyc.gov/site/nypd/about/about-nypd/public-comment.page |
| 27 | **Equip NYC Sheriff's Deputies with Body-Worn Cameras.** | In development | Project launched in April 2021. Funding request has been for Adopted Budget. Estimated completion is in December 2021. |
| 28 | **Provide more insight into the NYPD's budget during the FY 2022 Executive Budget by including a more particularized breakdown of the agency's spending.** | In progress | The City is working with the Council to establish additional units of appropriation. |
| **Community Representation and Partnership** | | | |
| 29 | **Work with communities to implement NYC Joint Force to End Gun Violence.** | In progress | This collaboration is underway and shooting reviews will begin this spring. |
| 30 | **Expand community-based interventions - double the size of the Cure Violence workforce (triple by summer 2022).** | In progress | Contracts have been submitted to vendors. MOCJ is working with vendors to update budgets, contract documents, and working on organizational assessment and implementation. This will launch on 5/1/2021. |
| 31 | **Expand the Community Solutions Program.** | In progress | NYPD has expanded the program and will continue implementing across the City. Currently, 18 precincts have implemented this program. |
| 32 | **Pilot the Advance Peace Model, a new approach to helping youth who are at risk for involvement with gun violence.** | In progress | MOCJ has identified the main vendor as well as the sub-vendors for each borough. Contract negotiations are in progress. |
| 33 | **Assess and ameliorate the impacts of militarization.** | In progress | NYPD is assessing and reviewing current policies.  This is estimated to be complete by June 2021. |
| * | **Consistently solicit real-time feedback from members of the community and implement programs that enhance precinct-based customer experiences.** | | |
| 34 | Launch a series of tools to collect public feedback. | In progress | Customer service surveys have been launched in the precincts.  Additional tools to collect public feedback are expected to be launched in Summer 2021. |
| 35 | Routinely, actively, and systematically survey members of the community. | In progress | This is currently being done and will be an ongoing effort. |
| * | **Elevate the feedback of the community through CompStat and Enhanced Neighborhood Policing.** | | |
| 36 | Expand customer service pilot to all Public Service Areas and transit Districts. | Complete | Customer service feedback surveys were expanded to all precincts, housing and transit districts in March 2021. |
| 37 | Require commanding officers to report customer-service and neighborhood-focused metrics through CompStat and the Neighborhood Strategy Meeting. | In progress | This is currently being done and will be an ongoing effort. |
| 38 | Engage community representatives in reviewing the customer survey and other neighborhood data to inform new metrics agency-wide. | In progress | This is being done at the Precinct Commander's Advisory Council meetings and will be an ongoing effort. |
| * | **Invest in enhancing productive partnerships with community members and organizations and increasing officers' cultural competence.** | | |
| 39 | Develop strategies to encourage members of service with satisfactory performance evaluation histories to remain in their commands. | In progress | NYPD has begun the process of developing these strategies. |
| 40 | Facilitate the immersion of new officers in the neighborhoods they serve through undergoing an intensive course, including field training, to better understand the neighborhood. | In progress | Cultural immersion curriculum and templates are currently being developed. This is estimated to be complete by September 2021. |
| 41 | Require executive staff to provide transition plans when leaving a command. | In progress | The transition plan template is anticipated to be developed by August 2021. |
| 42 | **Incorporate direct community participation through Precinct Councils in the selection of Precinct Commanders.** | Complete | NYPD has developed a process to pilot for 90 days beginning in April 2021.  This process is being conducted in the 75, 83, and 115 precincts. |

| * | Ensure that the composition of NYPD's workforce is reflective of the community it serves at all levels of the organization. | | |
|---|---|---|---|
| 43 | Engage community-based organizations in partnership with City Council to implement a paid recruitment campaign and strategies to increase the diversity of the NYPD applicant pool, including a specific focus on outreach to African American candidates. | In development | The City is exploring options for partnering with community-based organizations in paid recruitment campaigns. |
| 44 | Facilitate hiring and application workshops in communities most affected by the criminal justice system. | In progress | The exam filing fee has been waived for the upcoming Police Officer exam.  NYPD is currently holding workshops for the PO exam in various communities affected by the criminal justice system. |
| 45 | Establish partnerships with groups most affected by the criminal justice system to broaden the recruitment candidate pool. | In progress | NYPD is partnering with community groups to spread the word about the PO exam. Examples include various clergy leaders throughout NYC, Urban Upbound, Daughters4Justice, etc. This is an ongoing effort. |
| 46 | Implement mentoring, leadership, and professional development programs to support officers from underrepresented populations early in their careers. | In progress | Leadership and professional development programs are continuously being offered by NYPD's Office of Professional Development.  NYPD is working with ISLG on developing a mentorship curriculum. |
| 47 | **Expand the People's Police Academy to five precincts.** | In progress | NYPD has hosted (3) 90 minute roundtable sessions. Training for the five precincts will begin in April, concluding in June 2021. |
| 48 | **Launch the Neighborhood Policing App and expand training to steady sector officers.** | In progress | App is currently being developed for expansion in Fall 2021. |
| 49 | **Expand the Precinct Commander's Advisory Councils.** | In progress | Phase 2 expansion is underway - 14 commands have been selected for expansion.  This is expected to be complete by June 2021. |
| 50 | **Expand Pop Up with a Cop.** | In progress | Phase 2 expansion is underway - 14 commands have been selected for expansion.  This is expected to be complete by June 2021. |
| 51 | **Support and expand the Citizen's Police Academy by doubling participation in the next year.** | In progress | NYPD is developing a plan for expanding participation. Additional class is being planned for Summer 2021. |
| 52 | **Expand the Youth Leadership Councils to 18 precincts and 9 PSAs, bringing the total to 85.** | Complete | There are currently 76 precincts with YLCs and 9 PSA YLCs, which totals to 85. |
| 53 | **Expand the Law Enforcement Explorers Program from 2,200 to 3,000 Explorers with enhanced programming.** | In progress | The number of Explorers have gone down in the last year due to COVID.  NYPD is developing a plan to increase recruitment and expand programming for Summer 2021. |
| * | Transform public space to improve community safety. | | |
| 54 | Gather community input for the NYPD Community Center in East New York. | In progress | New vendors started to create a group of service offerings for March - June 2021. Community outreach to identify the new vision of the center will be conducted through Hester Street starting at the end of April 2021.  This is expected to be completed by September 2021. |
| 55 | Rehabilitate NYCHA basketball courts. | In progress | NYCHA is planning to break ground on initial basketball courts in Spring 2021. |
| 56 | Rehabilitate the basketball courts and soccer pitch at Colonel Charles Young Park in Harlem (Summer 2021). | In progress | The renovation of the courts should be done in June 2021. |
| 57 | Expand Saturday Night Lights to 100 gyms. | In progress | NYPD is working with DYCD and the Manhattan DA's office to select the 100 sites. Currently, 20 locations have been identified. The remaining locations will be identified in May.  The expanded program is expected to begin July 2021. |
| 58 | **Respect the right to protest and improve policing of this essential civic activity.** | In progress | See link to Mass Demonstration Response Tracker: https://www.1.nyc.gov/assets/nypd/downloads/pdf/public_information/mass-demonstration-recommendations-status-as-of-03172021.pdf |
| 59 | **Work with the Mayor's Office for People with Disabilities to expand the reach and scope of services provided by the NYPD Disability Services Facilitator.** | In progress | NYPD is reviewing the final version of the AccessibleNYPD document, which is estimated to be complete by May 2021. |
| * | Improve relationships with NYC's immigrant communities through increasing language access. | | |
| 60 | Support those seeking NYPD services regardless of their immigration status. | In progress | The department continues to implement ways to support those seeking NYPD services, such as through the newly-created Hate Crimes Civilian Panel. |
| 61 | Continue to better the relationship between NYPD and the Muslim Communities. | In progress | This is an ongoing effort with many initiatives underway. The department met with various Muslim community advocates in April 2021 and is continuing to develop processes to engage with Muslim communities. |
| 62 | **Codify and strengthen the Mayor's Office to Prevent Gun Violence.** | In progress | The City is working with legislative partners to codify the Mayor's Office to Prevent Gun Violence. |
| **Recognition and Continual Examination of the Historical and Modern-Day Racialized Policing in New York City** | | | |
| * | The City will create a dedicated process to acknowledge, address, and repair past and present injustices and trauma caused by the practice of racialized policing. | | |
| 63 | Devise and execute an authentic, participatory acknowledgment and reconciliation process at the city and precinct levels. | In development | The Racial Equity and Inclusion Task force is coordinating with MOCJ to build out the review process. The work is expected to be underway in the next few months. |
| 64 | Produce a comprehensive report documenting the past and present history of racialized policing in New York City. | In development | The Racial Equity and Inclusion Task force is coordinating with MOCJ to build out the review process. The work is expected to be underway in the next few months. |
| 65 | Acknowledge and investigate past harms brought to light during the reconciliation process. | In development | The Racial Equity and Inclusion Task force is coordinating with MOCJ to build out the review process. The work is expected to be underway in the next few months. |
| 66 | Work with relevant stakeholders to explore, develop, and champion a reparative justice policy. | In development | The Racial Equity and Inclusion Task force is coordinating with MOCJ to build out the review process. The work is expected to be underway in the next few months. |
| 67 | Develop and implement educational materials based on the findings of the reconciliation and restorative justice process. | In development | The timeline for this recommendation is based on the findings of the reconciliation process. |
| 68 | Develop and implement training materials to educate new recruit classes of officers on the history, effect, and legacy of racialized policing in New York City. | In progress | New training materials are now included in the recruit training, and NYPD will continue to develop more training in conjunction with the reconciliation process. |

| | | | |
|---|---|---|---|
| * | Participate in a comprehensive, independent review to identify and assess persistent structures of racism within the Department. | | |
| 69 | Contract an independent entity to conduct a top to bottom review of: public-facing NYPD policies, and internal NYPD systems to identify areas in which structural racism affects the Department and its employees. | In progress | Contract should be in place by July 2021. MOCJ and REI task force will lead on review process. |
| 70 | The City will require reporting on traffic stops. | In progress | NYPD began preliminary discussions on how data will be collected for annual reporting. First report due to NYC Council April 2022. |
| * | Require supervisors to proactively monitor discretionary officer activity for indications of biased-based policing and take corrective measures immediately. | | |
| 71 | The NYPD Disciplinary Matrix will be updated to clarify that failure to report biased-motivated or prejudiced policing are subject to applicable progressive discipline. | In progress | NYPD is currently reviewing and plans to incorporate changes in the next round of updates to the matrix in Summer 2021. |
| * | Augment racial bias training for NYPD leadership. | | |
| 72 | Explore providing additional racial bias trainings for all executives in the rank of Captain and above. | In progress | Funding has been approved and NYPD is reviewing options to conduct this training. |
| 73 | Eliminate the use of unnecessary force by changing culture through policy, training, accountability, and transparency. | In progress | This is an ongoing effort and also captured in initiatives #1, #5-8, #23-25, and #75 below. |
| * | Educate NYPD leadership and NCOs on restorative justice processes, and design processes to repair relationships with communities. | | |
| 74 | Partner with a community based organization to work with all NCOs, especially those in the most impacted communities, to institutionalize restorative justice and reconciliation practices. | In progress | Some practices are already incorporated in MOCJ's current contracts, with a policy to expand and consolidate current work under development. |
| 75 | Train all officers on Active Bystandership in Law Enforcement (ABLE). | In progress | Training began in March 2021.  Goal is to train all UMOS by end of Q1 2022. |
| 76 | Enhance positive reinforcement, formally and informally, to change culture ("Shout Out a Co-Worker"). | Complete | NYPD launched program on 4/12/2021. |
| 77 | Consistently assess and improve practices and policies through accreditation (CALEA). | In progress | This review process has started.  Credentialing for Use of Force Guidelines is almost complete.  The entire accreditation process is estimated to be complete in January 2024. |
| **The Decriminalization of Poverty** | | | |
| * | Systematically examine and end policies that lead to over-policing lower-income and people of color communities, perpetuating the cycle of impoverishment and incarceration. | | |
| 78 | Assess current summons practices to determine if and how they are disproportionately affecting low-income and/or minority communities and make all data used in this analysis public. | In progress | MOCJ has a racial disparities research team identifying multiple partners and developing study design. |
| 79 | Assess disparities in the use and impact of different enforcement tools such as warnings, summonses, arrests, and desk appearance tickets, among others, for comparable offenses. This assessment will also include review of the practices of the District Attorneys' Offices. | In progress | MOCJ has a racial disparities research team identifying multiple partners and developing study design. |
| 80 | Systematically examine policies that affect low-income New Yorkers' access to public transportation, and may result in contacts with the criminal justice system. | In progress | MOCJ has a racial disparities research team identifying multiple partners and developing study design. |
| 81 | The City has abolished all fees and mandatory surcharges associated with supervision and diversion programs, and will develop a policy to ensure that no such fees are charged. | In progress | MOCJ has conducted an internal assessment and no current vendor charges fees or surcharges.  MOCJ is developing a policy to institutionalize this practice for all of its criminal justice contracts.  MOCJ is in conversation with city partners to develop citywide policy applicable to all criminal justice related contracts |
| 82 | The City supports legislation to amend the administrative code of the City of New York, in relation to prohibiting housing discrimination on the basis of arrest or criminal record. | In progress | The City is working with legislative partners to support this local legislation. |
| 83 | The City supports the reimagination of State parole supervision via the passage of the Less is More: Community Supervision Revocation Reform Act. | In progress | The City is working with legislative partners to support this State legislation. |
| 84 | Analyze the collateral consequences of drug-related arrests or convictions, including City agency policies regarding findings of drug use or to discovery of drug convictions or arrests. | In progress | MOCJ has a racial disparities research team identifying multiple partners and working to procure additional funding, and develop study design. |
| 85 | The City will expand SYEP by adding 5,000 new spots this summer for CUNY Students. | In progress | CUNY is currently working on developing jobs and enrolling students for SYEP this summer. |
| * | Prioritize principles of budget justice and provide key services to support low-income individuals, families, and communities, and reduce the likelihood of justice involvement. | | |
| 86 | Create an Ending Poverty to Prison Pipeline initiative to connect low income and justice-involved clients and their families with streamlined services. | In progress | NYC Opportunity is taking the lead on initiative and planning is underway. Estimated start date is July 2021. |
| 87 | Issue an Executive Order requiring City agencies to establish service plans to ensure access to health and human services for individuals and families affected by the criminal justice system. | In progress | NYC Opportunity is taking the lead on initiative and planning is underway to meet the July 1, 2021 commitment. |
| 88 | Explore structural opportunities to ensure that health and human services are provided in a supportive, and client centric manner. | In progress | NYC Opportunity is taking the lead on initiative and planning is underway. Estimated start date is July 2021. |
| 89 | Ensure that health and human services Requests for Proposals include score components. | In progress | NYC Opportunity is taking the lead on initiative and planning is underway. Estimated start date is July 2021. |
| 90 | Standardize service entry-points to develop a "no wrong door" approach. | In progress | NYC Opportunity is taking the lead on initiative and planning is underway. Estimated start date is July 2021. |

| 91 | Build a trauma-informed health and human services sector to prevent justice system contact. | In progress | NYC Opportunity is taking the lead on initiative and planning is underway. Estimated start date is July 2021. |
|---|---|---|---|
| 92 | Commit $15 million to allow the Council to fund programs to fund critical anti-violence, social safety net, and hate violence prevention programming. | In progress | The Administration is working with legislative partners to include in the ongoing budget process |
| 93 | Restore funding for vital agencies that are critical to the social and emotional well-being of New Yorkers, including the Department of Parks and Recreation and the Department of Youth and Community Development. | In progress | The Administration is working with legislative partners to include in the ongoing budget process |
| * | **Prioritize the health and wellbeing of youth while minimizing potential exposure to trauma in City schools through the investment in human resources and trauma-informed practices, moving school safety agents from NYPD to the Department of Education and retraining them, and revising policies that govern school safety.** | | |
| 94 | Invest at least $30 million to ensure that every school can effectively support students' social emotional and behavioral needs with a trauma-informed approach. | Complete | The Mayor and First Lady along with Schools Chancellor Porter, and Speaker Johnson announced historic expansion of mental health supports for all schools on April 27, 2021. This includes $91M to ensure every school has mental health supports through either a DOE social worker or mental health clinic, as well as $12M to expand Restorative Justice programs to all Middle and High Schools. |
| 95 | Redesign the role of school safety agents and prioritize the specific needs of the school community. | In progress | The transition process is underway and on track to be complete by the end of fiscal year 2022. |
| 96 | Critically review all policies related to school safety officers' use of physical interventions on students. | In progress | The transition process, includes a review of intervention policies, is underway and on track to be complete by the end of fiscal year 2022. |
| * | **Develop a health-centered response to mental health crises.** | | |
| 97 | Implement B- HEARD. | In progress | Planning is underway for the initial rollout and training will begin soon. Last month, the City announced that the program would be expanded citywide. |
| 98 | Launch of a new intensive case management program, in underserved communities, called CONNECT2T to provide both mobile and site-based care based on intensive, ongoing engagement. | In progress | Program design and planning are underway. Implementation will begin in FY 2022. |
| 99 | Double the investment for the expansion of Intensive Mobile Treatment (IMT) Teams for FY 2022. | In progress | Program design and planning are underway. Implementation will begin in FY 2022. |
| * | **The City supports adopting important new public health approaches to reducing overdoses.** | | |
| 100 | Renew the call for New York State to allow the Overdose Prevention Center pilot. | In progress | The City is engaging with local, state, and federal partners to advance this initiative. |
| * | **Pursue new approaches to safety, outreach, and regulation through civilian agencies.** | | |
| 101 | Transition homeless outreach from NYPD to DHS. | Complete | Transition completed in 2020. |
| 102 | Transition street vending from NYPD to DCWP. | In progress | DCWP is receiving all street vending complaints through 311, electeds, and other community groups.  Transition is estimated to be complete in September 2021. |
| 103 | Transition press credentialing from NYPD to MOME. | In progress | MOME has begun to meet with stakeholders to receive input on any changes to the process and rules. Press credentialing will be transferred completely from NYPD to MOME by the deadline of 1/20/2022. |
| * | **Establish a crash investigation and analysis unit within the Department of Transportation.** | | |
| 104 | Int. No. 2224 (sponsored by Council Members Ydanis Rodriguez and Speaker Corey Johnson) centers DOT as the agency responsible for ensuring street safety in New York City by expanding their role in serious traffic crashes. | Complete | This legislation has been passed. |
| * | **Consolidate the coordination of all crime victim service programs into one agency to better support crime victims.** | | |
| 105 | Transition management of the Crime Victims Assistance Program from the NYPD to the Office of Crime Victims Services at the Mayor's Office of Criminal Justice. | In progress | Coordinated with ACCOs to assign contract and draft notice to vendor. |
| * | **Improve support for victims of domestic, gender-based and family violence through access to critical resources and customized training for officers.** | | |
| 106 | Invest in community-based resources and supports for addressing family violence. | In progress | ENDGBV is leading on this initiative and planning is underway. |
| 107 | "Review services for survivors with a view to decoupling them from the criminal justice system: Analyze barriers to survivors in accessing services and develop recommended strategies for reducing these barriers." | In progress | ENDGBV is leading on this initiative. Estimated completion is January 21, 2022. |
| 108 | Mandate training for officers to provide advanced skills to support survivors of and communities affected by domestic- and gender-based violence. | In progress | ENDGBV and NYPD have begun meetings on initiatives. ENDGBV working group is in formation. |
| * | **Develop more responsive and consistent approaches to helping survivors of domestic, family and gender-based violence.** | | |
| 109 | Work with ENDGBV to create a formalized structure to receive community feedback, enhance transparency and support accountability to survivors and their communities. | In progress | ENDGBV and NYPD have begun meetings on initiatives. ENDGBV working group is in formation. |
| 110 | Work with partners to examine interactions with survivors and change the protocols for reporting to minimize the number of times that a survivor has to tell their story throughout the course of an investigation. | In development | ENDGBV working group is in formation. This work will begin in November 2021 and end in June 2022. |

| | | | |
|---|---|---|---|
| 111 | The Department will develop these training modules in collaboration with the ENDGBV Training Team and community partners, including survivors, who have engaged with NYPD and domestic and gender-based violence service providers and advocates. ENDGBV and the NYPD Counseling Unit will collaborate to provide training and capacity building to the NYPD staff to support both survivors of domestic and gender-based violence, and people who have caused harmed in their intimate partner relationships. | In progress | NYPD and ENDGBV are leading on this initiative and work is underway. The target completion date is 12/31/2021. |
| * | **The City will develop new policies and approaches to combatting sex trafficking which focus on the traffickers and do not entangle victims or those selling sex in the criminal justice system.** | | |
| 112 | Support changes in State Law that would expand the number of crimes that will cause a victim of sex or labor trafficking to have their conviction vacated. | In progress | The City is working with legislative partners to support changes in State Law. |
| 113 | Launch Task Force on Health and Safety Needs of Sex Workers to develop recommendations to expand supportive community-based services for sex workers. | In development | Led by ENDGBV and Unity Project as co-chairs. Estimated start date is 6/1/2021. |
| 114 | Task Force on Health and Safety Needs will issue recommendations. | In development | Led by ENDGBV and Unity Project as co-chairs. Estimated start date is 6/1/2021. |
| 115 | The Task Force will explore and refine proposals related to sex work programs and services, especially sex worker led health, employment, and safety programs. | In development | Led by ENDGBV and Unity Project as co-chairs. Estimated start date is 6/1/2021. |
| 116 | The Task Force will identify and support new partnerships outside of law enforcement that focus on labor exploitation and trafficking as well as supporting affected communities. | In development | Led by ENDGBV and Unity Project as co-chairs. Estimated start date is 6/1/2021. |
| 117 | The Task Force will create strategies to address racialized policing of sex work. | In development | Led by ENDGBV and Unity Project as co-chairs. Estimated start date is 6/1/2021. |
| 118 | The Task Force will review what efforts are being made to identify where labor exploitation may be contributing to or co-occurring in trafficking cases and will establish procedures including referrals to labor rights and immigration services. | In development | Led by ENDGBV and Unity Project as co-chairs. Estimated start date is 6/1/2021. |
| 119 | The Task Force will evaluate ongoing reforms to the Vice Enforcement Division, which has shifted focus from policing sex work to policing trafficking and create proposals to address allegations of past misconduct and abuse, coercion and exploitation of sex workers. | In development | Led by ENDGBV and Unity Project as co-chairs. Estimated start date is 6/1/2021. |
| 120 | Develop new strategies to combat trafficking while working to eliminate arrests for selling sex. | In development | Led by ENDGBV and Unity Project as co-chairs. Estimated start date is 6/1/2021. |
| 121 | Review policies and procedures for identifying and investigating human trafficking to develop alternative methods that focus on arresting traffickers without further criminalizing and harming those directly involved in the sex trade. | In development | Led by ENDGBV and Unity Project as co-chairs. Estimated start date is 6/1/2021. |
| 122 | NYPD, ENDGBV, the Unity Project, and other experts will support officer training on identifying people who are being trafficked or exploited as well as improving engagement with members of the sex work community. | In development | Led by ENDGBV and Unity Project as co-chairs. Estimated start date is 6/1/2021. |
| 123 | The NYPD will work with ENDGBV to create a formalized structure to receive community feedback, enhance transparency and support accountability to survivors and their communities. | In development | Led by ENDGBV and Unity Project as co-chairs. Estimated start date is 6/1/2021. |
| * | **The City will enhance community-based approaches to combatting bias and hate crimes.** | | |
| 124 | Report data on "Crimes with Bias Elements" that do not otherwise constitute Hate Crimes. | In progress | NYPD has begun internal discussions on the documentation of "Crimes with Bias Elements." |
| * | **Create a pilot program to assist families with children at risk of homelessness earlier in the housing instability spectrum before their housing situation reaches a crisis point.** | | |
| 125 | Fund $1.28 million for the Department of Social Services Homebase budget for a two-year pilot to expand prevention services. | In development | Proposed model has been developed. |
| **A Diverse, Resilient, and Supported NYPD** | | | |
| 126 | **Make residence in NYC a more significant factor in hiring police officers.** | Complete | This has been implemented. |
| 127 | **Examine barriers to recruitment.** | | |
| 128 | Recruit officers who reflect the communities they serve by examining the impact of the qualification process on the diversity of recruits (including minor criminal convictions or violations and the college credit requirement). | In progress | Candidate assessment data has been analyzed and is being reviewed to examine the qualification process.  Assessment should be complete by Summer 2021. |
| * | **Reform the discretionary promotions process to center on transparency and fairness.** | | |
| 129 | Issue an executive order to ensure that a diverse candidate pool is considered for top NYPD promotions. | Complete | Mayor signed executive order to expand diversity in the NYPD hiring process on 3/31/2021. NYPD will be required to interview at least one diverse candidate for each available position. |
| 130 | Commit to overhauling the discretionary promotion system, in accordance with best practices across law enforcement and in partnership with experts. | In progress | Working group has been convened to review and redesign this process by Summer 2021. |

| | | | |
|---|---|---|---|
| 131 | Systematically incorporate accountability into the decision-making process before a member of service is entrusted with additional responsibility. | In progress | Working group has been convened to review and redesign this process by Summer 2021. |
| 132 | Implement systemic checks within the discretionary and civil service promotion processes to identify disparities. | In progress | Working group has been convened to review and redesign this process by Summer 2021. |
| 133 | **Build a culture that encourages use of coping tools through the Critical Incident Stress Management Program.** | In progress | With the recent approval to hire psychologists, NYPD will be going through the hiring process to expand the Department's Critical Incident Stress Management Program. |
| 134 | **Support professional development through the Commander's Course and leadership development programs.** | In progress | NYPD is working on a proposal for the Commander's Course.  Leadership development is an ongoing effort through NYPD's Office of Professional Development. |
| 135 | **Commit to an updated Patrol Guide that is more user friendly, less complex for officers, and transparent to the public.** | In progress | Work has started with the initial set of changes to be posted this month.  This is an ongoing effort through the end of 2021. |