UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations | No. 20-CV-8924 (CM) (GWG) |
| This filing is related to: *Charles Henry Wood, on behalf of himself and all others similarly situated, v. City of New York et al.*, No. 20-CV-10541 | **NOTICE OF APPEARANCE (*WOOD*)** |

   PLEASE TAKE NOTICE that Alison Frick of KAUFMAN LIEB LEBOWITZ & FRICK LLP hereby appears as counsel for Plaintiff Charles Henry Wood, on behalf of himself and all others similarly situated, in Case No. 20 Civ. 10541, and requests that all papers filed through the ECF system be served upon her by e-mail at africk@kllf-law.com.

Dated: May 24, 2021
New York, New York

            KAUFMAN LIEB LEBOWITZ &
            FRICK LLP

            By: _____/s/_____
              Alison Frick
            10 East 40th Street, Suite 3307
            New York, New York 10016
            (212) 660-2332

            *Attorneys for Plaintiff*