U.S. DISTRICT CT NORTHERN DISTRICT OF NY

| | | |
|---|---|---|
| ADAMA SOW, ET AL<br><br>vs<br><br>THE CITY OF NEW YORK, ET AL | *Plaintiff*<br><br><br><br>*Defendant* | N<br>COURT DATE & TIME: AT<br>INDEX #: 1:21-CV-00533-CM<br>DATE FILED: 04/30/2021<br>Job #: 556788<br>Client File# 8443.01<br><br>BELDOCK LEVINE & HOFFMAN LLP<br>99 PARK AVENUE PH 26TH FL<br>NEW YORK, NY 10016-1601 |

CLIENT'S FILE NO.: 8443.01

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NASSAU ss:

DWIGHT MORANT, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.
That on 5/13/2021 at 7:35 PM at 421 EMPIRE BLVD, BROOKLYN, NY 11225 deponent served the within SUMMONS IN A CIVIL ACTION, FIRST AMENDED CLASS ACTION COMPLAINT JURY DEMAND, & SUPPORTING DOCUMENTS on NYPD OFFICER TALHA AHMAD (SHIELD NO. 21358) C/O NYPD 71st PRECINCT therein named
After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with OFFICER "JOHN" DELFONSE CO-WORKER a person of suitable age and discretion at 421 EMPIRE BLVD, BROOKLYN, NY 11225 said premises being the recipient's actual place of business within the State of New York.
Deponent completed service by depositing a copy of the documents listed above on 05/17/2021 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 421 EMPIRE BLVD, BROOKLYN, NY 11225
Deponent previously attempted to serve the above named individual on

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age:** 35-50, **Approx Weight:** Over 200 Lbs., **Approx Height:** 5ft 4in - 5ft 8in, **Sex:** Male, **Approx Skin:** Black, **Approx Hair:** Bald
**Other:**
REFUSED TO GIVE FIRST NAME.
Deponent spoke to OFFICER "JOHN" DELFONSE
Inquired as to the NYPD OFFICER TALHA AHMAD (SHIELD NO. 21358) C/O NYPD 71st PRECINCTs place of business and received a positive reply and confirmed the above address of NYPD OFFICER TALHA AHMAD (SHIELD NO. 21358) C/O NYPD 71st PRECINCT and asked whether NYPD OFFICER TALHA AHMAD (SHIELD NO. 21358) C/O NYPD 71st PRECINCT was in active military service of the United States or the State of New York in any capacity, or is a dependant of anyone in the military and received a negative reply and that the NYPD OFFICER TALHA AHMAD (SHIELD NO. 21358) C/O NYPD 71st PRECINCT always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the NYPD OFFICER TALHA AHMAD (SHIELD NO. 21358) C/O NYPD 71st PRECINCT is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

Sworn to before me on 05/17/2021
JEFFREY WITTENBERG #01WI4906457
Notary Public State of New York
Nassau County, Commission Expires 8/22/22

_____
DWIGHT MORANT

SUPREME JUDICIAL SERVICES, INC. 371 MERRICK ROAD - ROCKVILLE CENTRE, N.Y. 11570 LIC# 1092373