UNITED STATESS DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In Re: New York City Policing During Summer 2020 Demonstrations

This filing is related to:

*Charles Henry Wood, on behalf of himself and all others similarly situated, on behalf of themselves and all others similarly situated, v. City of New York, et al.*, No. 20-CV-10541

**NOTICE OF APPEARANCE**

20-CV-8924 (CM)(GWG)

-------------------------------------------------------------------x

    **PLEASE TAKE NOTICE** that **Amy Robinson**, Special Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, attorney for defendant City of New York.

    **PLEASE ALSO TAKE NOTICE** that from this date forward, future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:  New York, New York
         May 26, 2021

                                  **GEORGIA M. PESTANA**
                                  ACTING CORPORATION COUNSEL OF THE CITY OF NEW YORK
                                  *Attorney for Defendant City of New York*
                                  100 Church Street
                                  New York, New York 10007
                                  (212) 356-3518

                                  By:    *Amy Robinson* /s/
                                                   Amy Robinson