```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In Re: New York City Policing During Summer    :         ORDER
2020 Demonstrations
                                                                         20 Civ. 8924 (CM) (GWG)
                                                              :
---------------------------------------------------------------X
                                                              :
This filing is related to
                                                              :
ALL CASES:
                                                              :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      In preparing for the discovery conference scheduled for today, the Court noticed for the first time that an interrogatory and document request from plaintiffs served on defendants earlier in this case had sought information regarding the activities of personnel in the Mayor's Office of Criminal Justice.

      The Court wishes the parties to be aware that the Court's first cousin, Elizabeth Glazer, served as director of that office during the time period of the protests that are the subject of this lawsuit. The Court has never discussed these events with Ms. Glazer and has no plans to do so. The Court has no knowledge of whether Ms. Glazer is a witness as to any events in this matter. On the assumption that she is not a witness, the Court believes without reservation that it can be completely impartial in this matter but wished the parties to be aware of this circumstance.

Dated: June 24, 2021
       New York, New York

                                      _____
                                      GABRIEL W. GORENSTEIN
                                      United States Magistrate Judge