```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: New York City Policing During Summer    :       ORDER
2020 Demonstrations                                    20 Civ. 8924 (CM) (GWG)
                                                :
-----------------------------------------------------------------X
                                                :
This filing is related to
                                                :
ALL CASES:
                                                :
-----------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     A discovery conference to resolve the disputes raised in Docket # 178 shall take place on <u>Friday, July 2, 2021, at 10:30 a.m.</u> A responsive letter must be filed in accordance with paragraph 2.A of this Court's Individual Practices. It is the Court's intention to decide the disputes based on the parties' letters unless a party has shown good cause in advance of the conference why formal briefing should be required.

     The attorneys should use the phone number to dial in to the conference that was previously used for the Court's conferences. The public may listen to the conference by dialing 877-810-9415 and using access code: 4086346. The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

     Only one attorney for plaintiff and one attorney for defendant will be permitted to address the Court with respect to the disputes. When addressing the Court, counsel must <u>not</u> use a speakerphone.

     Each attorney is directed to ensure that all other attorneys on the case are aware of the oral argument date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's Individual Practices (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

     SO ORDERED.

Dated: June 30, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge