UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

In Re: New York City Policing During Summer 2020
Demonstrations

**UNSEALING ORDER**

20-CV-8924(CM)(GWG)

This filing is related to:

*Payne v. DeBlasio*, 20-CV-8924
*People v. City of New York*, 21-CV-322
*Sierra v. City of New York*, 20-CV-10291
*Wood v. De Blasio*, 20-CV-10541
*Yates v. New York City*, 21-CV-1904
*Sow v. City of New York*, 21-CV-533

-----------------------------------------------------------------------X

**UPON THE APPLICATION OF DEFENDANTS IN THE ABOVE CAPTIONED MATTER, WITH PLAINTIFFS' CONSENT,** for the unsealing of records pertaining to the stops and/or arrests and/or prosecutions of non-party individuals that might otherwise be protected from disclosure by New York Criminal Procedure Law ("CPL") §§ 160.50 and/or 160.55;

**WHEREAS,** the Court has the authority to unseal these records in connection with these actions;

**IT IS HEREBY ORDERED** that the records pertaining to the stops and/or arrests and/or prosecutions of any non-parties that were produced to the New York State Attorney General's Office; the New York City Department of Investigation; or the Corporation Counsel of the City of New York; in connection with those entities' investigations of the protests in May and June, 2020; or other records pertaining to the stops and/or arrests and/or prosecution of any non-parties that are otherwise unduly burdensome to separate from responsive records and are sealed pursuant to CPL §§ 160.50 and 160.55 are hereby unsealed for use in these civil actions consistent with this Order;

**IT IS FURTHER ORDERED** that the City of New York shall not be subject to the statutory sealing requirements of CPL §§ 160.50 and 160.55 as to sealed records that are in the entity's possession, related to reviewing such records for potential disclosure and disclosing such records to counsel for the parties in the course of discovery in the above-captioned matters;

**IT IS FURTHER ORDERED** that records unsealed pursuant to this Order and produced by the entities listed above to counsel for the parties in the above-captioned matters shall be produced without redaction of personally identifying information; and

**IT IS FURTHER ORDERED** that records produced pursuant to this Order and the information contained in them shall not be deemed Confidential Materials under the Protective Order entered and filed April 2, 2021 in these consolidated actions (Document 115) ("the Protective Order") as a result of this Order, except that personally identifying information of non-parties (other than employees of the Defendant City of New York) contained in such records, including their names, pedigree information (including dates of birth and social security numbers), and contact information (including addresses, phone numbers, and e-mail addresses), shall be treated as Confidential Materials under the Protective Order.

DATED:   New York, NY
         July 14, 2021

_____
GABRIEL W. GORENSTEIN, U.S.M.J.