```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In Re: New York City Policing During Summer    :    ORDER
2020 Demonstrations                                  20 Civ. 8924 (CM) (GWG)
                                                :
---------------------------------------------------------------X
                                                :
This filing is related to
                                                :
ALL CASES:
                                                :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

As stated in Judge McMahon's order of February 22, 2021 (Docket # 40), "All filings must be made under Docket No. 20 Civ. 8924, which is the lowest-numbered case." (Docket # 40 at 3.)

Since that time, the parties have made filings relating to discovery in each of the consolidated docket numbers (that is, identical filings in all docket numbers). Because discovery has been consolidated, the Court directs that any filings relating to discovery applications shall be made <u>exclusively</u> in 20 Civ. 8924 and not in any other case. The Court's rulings on discovery similarly will be filed exclusively in 20 Civ. 8924.

SO ORDERED.

Dated: July 14, 2021
       New York, New York

                                        _____
                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge