```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In Re: New York City Policing During Summer    :    ORDER
2020 Demonstrations
                                                                    20 Civ. 8924 (CM) (GWG)
                                                                :
---------------------------------------------------------------X
                                                                :
This filing is related to
                                                                :
ALL CASES:
                                                                :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

The Court hereby gives notice that at the conference scheduled for Tuesday, July 20, 2021, at 5:00 p.m., it may elect to address the dispute raised in Docket # 197.

The Court notes also that the defendants' recent filings have not complied with the instructions in Docket # 195. The defendants are directed to comply with that Order in the future.

SO ORDERED.

Dated: July 19, 2021
       New York, New York

                                                                    _____
                                                                    GABRIEL W. GORENSTEIN
                                                                    United States Magistrate Judge