UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

IN RE: NEW YORK CITY POLICING DURING
SUMMER 2020 DEMONSTRATIONS

**AFFIDAVIT OF DANIEL
LUEDTKE IN SUPPORT OF
MOTION FOR ADMISSION
PRO HAC VICE**

-------------------------------------------------------------------- x   20-CV-8924 (CM)

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Eastern Districts of New York, I, DANIEL LUEDTKE, declare the following facts are true:

1.      As shown in the Certificate of Good Standing annexed to this filing, I am a member

in good standing of the bar of the state of New York.

2.      I have never been convicted of a felony.

3.      I have never been censured, suspended, disbarred or denied admission or

readmission by any court.

4.      There are no pending disciplinary proceedings against me in any state or federal

court.

Dated:  July 27, 2021                                Respectfully Submitted,

Lisa Lyons O'Connor
Notary Public, State of New York
No. 01LY6146957
Qualified in Richmond County
Commission Expires May 30, 20_22_

DANIEL LUEDTKE
New York City Law Department
100 Church Street
New York, New York 10007
(212) 356-8753
dluedtke@law.nyc.gov