UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

IN RE: NEW YORK CITY POLICING DURING SUMMER 2020 DEMONSTRATIONS

**MOTION FOR ADMISSION PRO HAC VICE**

20-CV-8924 (CM)

------------------------------------------------------------------- x

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, MALINI DHANRAJ hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for defendant City of New York in the above-captioned action.

I am in good standing of the bar of the state of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 28, 2021

Respectfully Submitted,

*Malini Dhanraj*

Malini Dhanraj
New York City Law Department
100 Church Street
New York, New York 10007
718-558-2177
MDhanraj@law.nyc.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

IN RE: NEW YORK CITY POLICING DURING SUMMER 2020 DEMONSTRATIONS

**AFFIDAVIT OF MALINI DHANRAJ IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

20-CV-8924 (CM)

-------------------------------------------------------------------- x

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, MALINI DHANRAJ, declare the following facts are true:

1. As shown in the Certificate of Good Standing annexed to this filing, I am a member in good standing of the bar of the state of New York.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: July 28, 2021

Respectfully Submitted,

*/s/ Malini Dhanraj*

Malini Dhanraj
New York City Law Department
100 Church Street
New York, New York 10007
718-558-2177
MDhanraj@law.nyc.gov

Sworn to before me this 28TH day of July, 2021

*/s/ Michelle Bassett*

MICHELLE L. BASSETT
Notary Public, State of New York
No. 01BA5072925
Qualified in Queens County
Commission Expires Feb. 10, 2023



*Appellate Division of the Supreme Court
of the State of New York
Second Judicial Department*

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Malini Dhanraj

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **December 21, 2017**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on June 7, 2021.

*Clerk of the Court*

CertID-00017814