UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

IN RE: NEW YORK CITY POLICING DURING SUMMER 2020 DEMONSTRATIONS

**MOTION FOR ADMISSION PRO HAC VICE**

20-CV-8924 (CM)

------------------------------------------------------------------- x

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, MALINI DHANRAJ hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for defendant City of New York in the above-captioned action.

I am in good standing of the bar of the state of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 28, 2021

Respectfully Submitted,

*Malini Dhanraj*

Malini Dhanraj
New York City Law Department
100 Church Street
New York, New York 10007
718-558-2177
MDhanraj@law.nyc.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

IN RE: NEW YORK CITY POLICING DURING SUMMER 2020 DEMONSTRATIONS

**AFFIDAVIT OF MALINI DHANRAJ IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

-------------------------------------------------------------------- x  20-CV-8924 (CM)

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, MALINI DHANRAJ, declare the following facts are true:

1. As shown in the Certificate of Good Standing annexed to this filing, I am a member in good standing of the bar of the state of New York.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: July 28, 2021

Respectfully Submitted,

*Malini Dhanraj*

Malini Dhanraj
New York City Law Department
100 Church Street
New York, New York 10007
718-558-2177
MDhanraj@law.nyc.gov

Sworn to before me this
28TH day of July, 2021

*Michelle Bassett*

MICHELLE L. BASSETT
Notary Public, State of New York
No. 01BA5072925
Qualified in Queens County
Commission Expires Feb. 10, 2023