UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

IN RE: NEW YORK CITY POLICING DURING SUMMER 2020 DEMONSTRATIONS

ORDER FOR ADMISSION
PRO HAC VICE

20-CV-8924 (CM)

-------------------------------------------------------------------- x

The motion of NOAH BECKER for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar of the state of New York; and that his/her contact information is as follows:

Applicant's Name:   Noah Becker

Firm Name:   New York City Law Department

Address:   100 Church Street

City / State / Zip:   New York-, New York 10007

Telephone / Fax:   718-834-4199

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for defendant City of New York in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court- are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                      _____

United States District / Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

IN RE: NEW YORK CITY POLICING DURING
SUMMER 2020 DEMONSTRATIONS

**MOTION FOR ADMISSION PRO HAC VICE**

20-CV-8924 (CM)

---------------------------------------------------------------- x

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Noah Becker hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for defendant City of New York in the above-captioned action.

    I am in good standing of the bar of the state of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 30, 2021

Respectfully Submitted,

*Noah M. Becker*

Noah Becker
New York City Law Department
100 Church Street
New York, New York 10007
718-834-4199
nobecker@law.nyc.gov