UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

IN RE: NEW YORK CITY POLICING DURING SUMMER 2020 DEMONSTRATIONS

**MOTION FOR ADMISSION PRO HAC VICE**

20-CV-8924 (CM)

------------------------------------------------------------------ x

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, ANTHONY SCHAEFER hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for defendant City of New York in the above-captioned action.

I am in good standing of the bar of the state of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 30, 2021

Respectfully Submitted,

*Anthony Schaefer*
Anthony Schaefer
New York City Law Department
100 Church Street
New York, New York 10007
929-486-5584
aschaefe@law.nyc.gov