UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

IN RE: NEW YORK CITY POLICING DURING SUMMER 2020 DEMONSTRATIONS

**AFFIDAVIT OF AUSTIN HEE IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

------------------------------------------------------------------ x   20-CV-8924 (CM)

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Austin Hee, declare the following facts are true:

1. As shown in the Certificate of Good Standing annexed to this filing, I am a member in good standing of the bar of the state of New York.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: July 29, 2021

Respectfully Submitted,

SWORN BEFORE ME
THIS 29TH DAY OF
JULY, 2021

*Corey Stephen Shoock*
COREY STEPHEN SHOOCK
NOTARY PUBLIC
QUALIFIED IN THE
COUNTY OF NEW YORK

AUSTIN HEE
New York City Law Department
100 Church Street
New York, New York 10007
212-356-2323
Ahee@law.nyc.gov

Commission No. 02SH6206804
EXP. DATE 05/25/2025