UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re: New York City Policing During Summer 2020 Demonstrations   :   ORDER
    20 Civ. 8924 (CM) (GWG)
    :
------------------------------------------------------------X
    :
This filing is related to
    :
ALL CASES:
    :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    A discovery conference to resolve the disputes raised in Docket # 219 shall take place on Monday, August 9, 2021, at 11:00 a.m. A responsive letter must be filed in accordance with paragraph 2.A of this Court's Individual Practices. It is the Court's intention to decide the disputes based on the parties' letters unless a party has shown good cause in advance of the conference why formal briefing should be required.

    The attorneys should use the dial-in number they were previously provided. The public may listen to the conference by dialing 877-810-9415 and using access code: 4086346. The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

    Only one attorney for plaintiff and one attorney for defendant will be permitted to address the Court with respect to any dispute. When addressing the Court, counsel must <u>not</u> use a speakerphone.

    Each attorney is directed to ensure that all other attorneys on the case are aware of the oral argument date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

    SO ORDERED.

Dated: August 4, 2021
       New York, New York

                                                  _____
                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge