UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

IN RE: NEW YORK CITY POLICING DURING SUMMER 2020 DEMONSTRATIONS

ORDER FOR ADMISSION PRO HAC VICE

20-CV-8924 (CM)

------------------------------------------------------------ x

The motion of NOAH BECKER for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar of the state of New York; and that his/her contact information is as follows:

Applicant's Name: Noah Becker
Firm Name: New York City Law Department
Address: 100 Church Street
City / State / Zip: New York-, New York 10007
Telephone / Fax: 718-834-4199

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for defendant City of New York in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court- are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __August 4, 2021__

*Gabriel W. Gorenstein*
Gabriel W. Gorenstein
United States Magistrate Judge