UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

IN RE: NEW YORK CITY POLICING DURING SUMMER 2020 DEMONSTRATIONS

**AFFIDAVIT OF MADJEEN GARCON IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

----------------------------------------------------------------- x   20-CV-8924 (CM)

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, MADJEEN GARCON, declare the following facts are true:

1. As shown in the Certificate of Good Standing annexed to this filing, I am a member in good standing of the bar of the state of New York.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: 8/4/21

Respectfully Submitted,

MADJEEN GARCON
New York City Law Department
100 Church Street
New York, New York 10007
718-834-4164
MGARCON@LAW.NYC.GOV

BRIAN D PAHK
NOTARY PUBLIC-STATE OF NEW YORK
Registration No. 01PA6246720
Qualified in Kings County
Commission Exp September 19, 2023