AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| People of the State of New York, | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 21-cv-322 |
| City of New York, et. al, | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, People of the State of New York.

Date:  08/05/21

/s/ Conor Duffy
*Attorney's signature*

Conor Duffy (CD0408)
*Printed name and bar number*

New York State Office of the Attorney General
28 Liberty Street, 20th Fl.
New York, NY 10005
*Address*

conor.duffy@ag.ny.gov
*E-mail address*

(212) 416-8637
*Telephone number*

(212) 416-8139
*FAX number*