```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK

In re:                                :
                                            Docket #20cv8924
 IN RE NEW YORK CITY POLICING         :
 DURING SUMMER 2020 DEMONSTRATIONS
                                      : New York, New York
                                        August 9, 2021
------------------------------------: TELEPHONE CONFERENCE

                        PROCEEDINGS BEFORE
            THE HONORABLE GABRIEL W. GORENSTEIN,
                UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Sow Plaintiffs:       GIDEON ORION OLIVER
                          BY:  GIDEON OLIVER, ESQ.
                          277 Broadway, Suite 1501
                          New York, New York 10007

For Payne Plaintiffs:     NEW YORK CIVIL LIBERTIES UNION
                          BY:  DANIEL LAMBRIGHT, ESQ.
                          125 Broad Street, Suite 19
                          New York, New York 10004

For Sierra Plaintiffs:    RICKNER PLLC
                          BY:  ROB RICKNER, ESQ.
                          14 Wall Street, Suite 1603
                          New York, New York 10005

For Plaintiff People      NEW YORK STATE OFFICE OF
of the State of New       THE ATTORNEY GENERAL
York:                     BY:  TRAVIS ENGLAND, ESQ.
                          28 Liberty Street
                          New York, New York 10005




Transcription Service: Carole Ludwig, Transcription Services
                       155 East Fourth Street #3C
                       New York, New York 10009
                       Phone:  (212) 420-0771
                       Email:  Transcription420@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.
```

APPEARANCES (CONTINUED):

For Defendants:          NEW YORK CITY LAW DEPARTMENT
                         BY:  DARA WEISS, ESQ.
                         100 Church Street
                         New York, New York 10007

APPEARANCES (CONTINUED):

**INDEX**

**E X A M I N A T I O N S**

| **Witness** | **Direct** | **Cross** | **Re-Direct** | **Re-Cross** | **Court** |
|---|---|---|---|---|---|
| None | | | | | |

**E X H I B I T S**

| **Exhibit Number** | **Description** | **ID** | **In** | **Voir Dire** |
|---|---|---|---|---|
| None | | | | |

```
 1                          PROCEEDINGS                        4
 2              THE CLERK:  This is In Re:  New York City
 3   Policing During Summer 2020 Demonstrations, 20cv8924.
 4              Counsel, please state your appearances for the
 5   record, starting with plaintiff.
 6              MR. ROB RICKNER:   Hello, this is Rob Rickner for
 7   the Sierra plaintiffs. I'll be handling argument today.
 8   Good morning, Your Honor.
 9              MR. DANIEL LAMBRIGHT:  Good morning, Your Honor,
10   this is Daniel Lambright on behalf of the Payne
11   plaintiffs.
12              MR. TRAVIS ENGLAND: Good morning, Your Honor,
13   this is Travis England on behalf of the People.
14              MR. GIDEON OLIVER:  Good morning, Your Honor,
15   Gideon Oliver on behalf of the Sow plaintiffs.
16              HONORABLE GABRIEL W. GORENSTEIN (THE COURT):  And
17   for defendants?
18              MS. DARA WEISS:  This is Dara Weiss on behalf of
19   defendants, good morning, Your Honor.
20              THE COURT:  Okay, welcome, everyone, we're being
21   recorded for purposes of preparing a transcript; however,
22   any other recording of the proceeding is forbidden, as is
23   any dissemination.
24              We're here based on letters dated August 3rd and
25   August 5th.  I have to say, I have never been more confused
```

```
 1                          PROCEEDINGS                      5
 2   about what's going on.  And just to cut to the chase, is it
 3   correct, Ms. Weiss, that you have all the documents sitting
 4   there ready to go, ready to be inspected and copied?
 5              MS. WEISS:  They are in a computer in the Office
 6   of the Corporation Counsel ready to be inspected. That is
 7   the closed CCRB files and the IAB files that were part of
 8   the Department of Investigation files. The open CCRB files
 9   which are due for production on the, at the end of this
10   week, are half on a computer at the Office of the
11   Corporation Counsel, they were actually bigger, the files
12   were bigger than the computer could hold so we had to get,
13   and I'm not hugely technologically savvy but it's my
14   understanding that they had to get another drive to
15   transfer the rest of the open files. But hopefully that
16   will be done by tomorrow.
17              So the plaintiffs are welcome to arrange a day
18   and time to come and inspect the files and let us know
19   which they would like copied. There's an enormous amount of
20   information and a great deal of it is duplicative of what
21   they've already got.
22              THE COURT:  So I'm not talking about the open
23   files, I'm talking about the ones that were due on the
24   31st, are they ready to be, I gather they're ready to be
25   inspected, are they ready to be --
```

```
 1                         PROCEEDINGS                      6
 2          MS. WEISS:  Yeah.
 3          THE COURT:  Okay, what's stopping the plaintiffs
 4   from just saying copy them all?
 5          MS. WEISS:  We're hoping that they don't want
 6   them all because they've got a majority of them, it's --
 7          THE COURT:  Why do you care?
 8          MS. WEISS:  Because it's burdensome to copy them.
 9   Again, it's time consuming, it's costly --
10          THE COURT:  I don't understand what the time,
11   these are not paper files, I assume?
12          MS. WEISS:  No, they're not, but it's my
13   understanding from what I've heard from more
14   technologically savvy folks in my office, it's taking days
15   to get them copied, it's not just pop in, you know, a disk
16   or whatever it is and copy them, it's enormous amounts of
17   materials. And it's time consuming and it takes person
18   hours and computer hours, and we're trying to get
19   depositions scheduled and done and produce documents in
20   advance of those depositions pursuant to Your Honor's
21   orders at the last conference we've had, and get those
22   done. And it's yet another thing that we're hoping to
23   get down to, to not have to reproduce materials that
24   have been produced already and letting the plaintiffs
25   come and see what they actually need and want and tell
```

```
 1                        PROCEEDINGS                        7
 2   us that.
 3             THE COURT:  Mr. Rickner, do you have any
 4   problem with getting all of it?
 5             MR. RICKNER:  Well, I want all of it. I don't
 6   see the --
 7             THE COURT:  You just answered my question,
 8   that's fine.
 9             MR. RICKNER:  I want all of it.
10             THE COURT:  Yes.  Ms. Weiss, the objection on
11   burdensomeness is conclusory and makes no sense to me,
12   it's not going to take any attorney time. I don't
13   understand what the expense it.  Maybe it takes a few
14   hours or whatever it is of sitting there for it to get
15   copied, but the claim of burden is completely
16   conclusory. So I'm overruling it, you should produce
17   it, a copy to the plaintiffs. If, you know, you want
18   to make them pay for the external drive, that's fine
19   but, you know, unless there is something I'm missing,
20   that's it.
21             Anything else, Ms. Weiss?
22             MS. WEISS:  No, Your Honor.
23             THE COURT:  Okay.  Anything else from
24   plaintiffs?
25             MR. RICKNER:  Just one thing, Your Honor.
```

```
1                         PROCEEDINGS                        8
2    What we would ask is that they simply produce the
3    documents to us rather than going through their data
4    processing system which could be quite lengthy.  We
5    will take on the burden of Bates stamping them. All
6    they have to do is take the materials that they have
7    right now, provide it to the Attorney General's Office
8    as soon as possible at 28 Liberty, and then we will
9    handle the rest of the steps that ordinarily go on,
10   because we need these materials yesterday.
11             THE COURT:  Yes, no, there should be no delay.
12   Ms. Weiss, any reason? I mean if this isn't going to
13   happen by, you know, two or three days from now, then
14   there is going to be a problem.
15             MS. WEISS:  I'm not quite sure what Mr. Rickner
16   means by having him Bates stamp, but we can produce it
17   without Bates stamping it, but I would object to having
18   plaintiffs Bates stamp it.  Because we're in the process of
19   Bates stamping other materials and that would certainly
20   interfere with our stamping and I fear that there would be,
21   you know, several documents with the same numbers. If they
22   want to identify documents in some other way, I have no
23   objection to that.
24             THE COURT:  Well they can use their own Bates
25   stamp numbering system, none of us can stop them from doing
```

```
 1                        PROCEEDINGS                      9
 2   that.
 3            MS. WEISS:  No, they can certainly do as they
 4   please with that, as long as it doesn't interfere with the
 5   Bates stamping that the defendants have been using.
 6            THE COURT:  Well I assume the plaintiffs are using
 7   a different numbering system or a different
 8   identifier, is that right?
 9            MR. RICKNER:  We can avoid this problem
10   through a simple meet and confer. What's important is
11   we get the date ASAP.
12            THE COURT:  Okay.  All right, any questions
13   about my ruling, Mr. Rickner?
14            MR. RICKNER:  No, Your Honor, thank you.
15            THE COURT:  Ms. Weiss, anything?
16            MS. WEISS:  No, Your Honor.
17            THE COURT:  Okay.  Thank you, everyone, good-
18   bye.
19            (Whereupon the matter is adjourned.)
20
21
22
23
24
25
```

```
                                                               10
 1
 2                         C E R T I F I C A T E
 3
 4          I, Carole Ludwig, certify that the foregoing
 5  transcript of proceedings in the United States District
 6  Court, Southern District of New York, In Re: New York
 7  Policing During Summer 2020 Demonstrations, docket
 8  #20cv8924, was prepared using PC-based transcription
 9  software and is a true and accurate record of the
10  proceedings.
11
12
13
14
15  Signature      Carole Ludwig
                 _____
16
17  Date:  August 12, 2021
18
19
20
21
22
23
24
25
```