UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: New York City Policing During Summer 2020 Demonstrations  :   ORDER

20 Civ. 8924 (CM) (GWG)
:
-----------------------------------------------------------------X
:
This filing is related to
:
ALL CASES:
:
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     A discovery conference to resolve the disputes raised in Docket # 230 shall take place on Thursday, August 19, 2021, at 10:30 a.m. A responsive letter must be filed in accordance with paragraph 2.A of this Court's Individual Practices. It is the Court's intention to decide the disputes based on the parties' letters unless a party has shown good cause in advance of the conference why formal briefing should be required.

     The attorneys should use the dial-in number they were previously provided. The public may listen to the conference by dialing 877-810-9415 and using access code: 4086346. The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

     The parties may elect to have two different attorneys address the two disputes raised. When addressing the Court, counsel must <u>not</u> use a speakerphone.

     Each attorney is directed to ensure that all other attorneys on the case are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

     SO ORDERED.

Dated: August 16, 2021

New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge