UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF NEW YORK, et al, <br><br> Defendants. | CIVIL ACTION NO. 1:21-CV-00322 <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Colleen K. Faherty, duly admitted to practice in this court, hereby appears in this action on behalf of the plaintiff the PEOPLE OF THE STATE OF NEW YORK. Please direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
July 15, 2021

                                                LETITIA JAMES
                                                Attorney General of the
                                                 State of New York
                                                <u>Attorney for the Plaintiff People of</u>
                                                 <u>the State of New York</u>

                                                 By:

                                           /s/ <u>Colleen K. Faherty</u>
                                                  Colleen K. Faherty (CF3855)
                                                  Assistant Attorney General
                                                  28 Liberty Street, 18th Floor
                                                  New York, New York 10005
                                                  P: 212.416.6046
                                                  F: 212.416.6009
                                                  Colleen.Faherty@ag.ny.gov

To:    Counsel of record (via ECF)