

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK , NEW YORK 10007

**DARA L. WEISS**
*Senior Counsel*
daweiss@law.nyc.gov
Phone:  (212) 356-3517
Fax:  (212) 356-1148

**By ECF**  August 18, 2021

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

>In Re: *New York City Policing During Summer 2020 Demonstrations*,
>No. 20 Civ. 8924 (CM) (GWG)
>This filing is related to all cases

Your Honor:

I am a Senior Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York and I am among counsel for the defense in the above-referenced matter. I write in accordance with Your Honor's directives of August 17th 2021 (Dkt 234).

Defendants wish to have their letter (Dkt 232) and its attachments constitute their motion to quash, and do not require formal briefing.

Thank you for your consideration herein.

>Respectfully submitted,
>
>*Dara L. Weiss s/*
>Dara L. Weiss
>*Senior Counsel*
>Special Federal Litigation Division