

| GEORGIA M. PESTANA<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK , NEW YORK 10007 | DARA L. WEISS<br>*Senior Counsel*<br>daweiss@law.nyc.gov<br>Phone: (212) 356-3517<br>Fax: (212) 356-1148 |
|---|---|---|

**By ECF**  
Honorable Gabriel W. Gorenstein  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

August 18, 2021

## MEMORANDUM ENDORSEMENT

In Re: *New York City Policing During Summer 2020 Demonstrations*,  
No. 20 Civ. 8924 (CM) (GWG)  
This filing is related to all cases

Your Honor:

I am a Senior Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York and I am among counsel for the defense in the above-referenced matter. I write in accordance with Your Honor's directives of August 17th 2021 (Dkt 234).

Defendants wish to have their letter (Dkt 232) and its attachments constitute their motion to quash, and do not require formal briefing.

Thank you for your consideration herein.

Respectfully submitted,

*Dara L. Weiss* s/  
Dara L. Weiss  
*Senior Counsel*  
Special Federal Litigation Division

**The Court regrets if it was not clear. As contemplated by paragraph 2.B of the Court's Individual Practices, the Court still requires that the parties inform the Court, at their earliest convenience, of the due date of the opposition and reply as agreed to by the parties pursuant to paragraph 2.B.**

GABRIEL W. GORENSTEIN  
United States Magistrate Judge

08/18/2021