**Kaufman Lieb Lebowitz & Frick**
attorneys at law

(212) 660-2332
10 E. 40th St., Suite 3307
New York, NY 10016
www.kllf-law.com

August 18, 2021

**Via ECF**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York

  Re: *In re: New York City Policing During Summer 2020 Demonstrations*,
    No. 20-CV-8924
    *This Filing is Related to All Cases*

Dear Judge Gorenstein:

  We write on behalf of counsel for all Plaintiffs in these consolidated actions and jointly with Defendants. After conferring today, the parties agree that Plaintiffs will have until Friday, August 27, 2021 to respond to Defendants' motion to quash (Dkts. #232, #237) and Defendants shall have until Friday, September 3, 2021 to file a reply.

        Respectfully submitted,

        /s/Alison Frick
        Alison Frick
        Douglas E. Lieb

        *Counsel for Plaintiff Charles Henry Wood, on behalf of All Plaintiffs*

CC: All counsel of record (by ECF)

Alanna Kaufman*  •  Douglas E. Lieb‡  •  David A. Lebowitz  •  Alison Frick*  •  Adam Strychaluk (Associate)

*Also admitted to practice in New Jersey  ‡Also admitted to practice in California and Connecticut