# BODY WORN CAMERA METADATA

```
{
  "evidenceId": "███████████████████████",
  "status": "Active",
  "title": "AXON Body 2 Video ██████████",
  "idExternal": "█████████",
  "description": null,
  "dateUploaded": "████████████████████",
  "dateModified": "████████████████████",
  "dateRecordStart": "████████████████",
  "dateRecordEnd": null,
  "dateDeleted": null,
  "daysBetweenCreateAndUploadDate": █,
  "evidenceType": "Video",
  "flag": "N",
  "contentType": "mp4",
  "sizeMb": ██████████████,
  "durationSeconds": "███",
  "ownerFirstName": "█████",
  "ownerLastName": "█████",
  "ownerBadgeId": "███",
  "ownerRole": "Admin",
  "ownerGroups": [
    "Queens DA Intake"
  ],
  "updatedByFirstName": "",
  "updatedByLastName": "",
  "updatedByBadgeId": "",
  "updatedByRole": "",
  "deletedByFirstName": "",
  "deletedByLastName": "",
  "deletedByBadgeId": "",
  "deletedByRole": "",
  "uploadedByFirstName": "████████",
  "uploadedByLastName": "██████████",
  "uploadedByBadgeId": "██████",
  "uploadedByRole": "████████████████████",
  "gps": {
    "latitude": ████████,
    "longitude": ████████
  },
  "deviceId": null,
  "serialNumber": null,
  "notes": [],
  "categories": [],
  "tags": [],
  "cases": [
    "█████████"
  ],
  "viewCount": 0,
  "lastViewedOn": null,
  "isReassigned": false,
  "authenticatedShareCount": 0,
  "deletionType": "",
  "checksum": "{sha2}████████████████████████████████████████████████████████████",
  "downloadCount": 0,
  "isRestricted": false,
  "evidenceGroup": null,
  "ownerEvidenceGroup": null
```