| # | | **NYPD Data** (*Blue Color Indicates Changed Text*) | **DANY Data** |
|---|---|---|---|
| # | File Id | | |
| # | EvidenceId | | |
| # | File Name | AXON Body 2 Video 2020-09-18 1859 | AXON Body 2 Video 2020-09-18 1859 |
| # | Create Date | 9/18/2020 10:59:05 PM | 9/18/2020 10:59:05 PM |
| # | Upload Date | 9/18/2020 10:33:39 PM | 9/18/2020 10:33:39 PM |
| # | User | | |
| # | Unit | | |
| # | Tags | 1. Arrest Category (NYPD) | 1. Arrest Category (NYPD) |
| # | Map Location | 40.729139,-73.997671 | 40.729139,-73.997671 |
| # | Comment | NYPD Categories: 1. Arrest Category | NYPD Categories: 1. Arrest Category |
| # | Duration | 00:08:04 | 00:08:04 |
| # | Category | | |
| # | Report Number | | |
| # | Event Number | | |
| # | Video Flags | | |
| # | Storage File Name | | |
| # | EvidenceUnit | | |
| # | TaxID | | |