**Bronx District Attorney's Office - NY**

**NEW YORK, NY, US**

*Document generated: ██ ██ 2021 - █:█:█ -04:00 by Bronx District Attorney's Office - NY(N/A)*



## EVIDENCE AUDIT TRAIL

**Evidence**

| | |
|---|---|
| Evidence ID | **B██████** |
| Categories | |
| Title | **AXON Body 2 Video 2021-█-█ ████ B██████** |
| CheckSum | **Sha2-** |
| | **██████████████████████████████** |
| | **██████** |
| Record Start | **██ ██ 2021 █:█:█** |
| Uploaded | **██ ██ 2021 █:█:█** |
| Uploader | **POM ██████████ (Badge ID: ██████)** |
| Unique ID | ██████████████████ |
| Evidence Serial Number | ██████ |

**Source**

| | |
|---|---|
| Device Type | **Axon Body 2** |
| Device Name | ██████ |
| Serial Number | ██████ |

**Usage**

| | |
|---|---|
| Page views | |
| File downloads | |
| Video playbacks | |
| Last Viewed Or Downloaded On | ██ ██ 2021 █:█:█ |

| # | Date | Time | User | Activity |
|---|---|---|---|---|
| 1 | ██ ██ 2021 | ██████ (-05:00) | **System** | Evidence Record Added to Case 'B██████ |
| 2 | ██ ██ 2021 | ██████ (-05:00) | **System** | Evidence copy created at agency Bronx District Attorney's Office - NY |
| 3 | ██ ██ 2021 | ██████ (-05:00) | **API_FOR_ALL_INFO (API client ID: ████████)** | ██████████ (Badge ID: BXDA██████) was granted Role-based access. Access expires: no expiration |
| 4 | ██ ██ 2021 | ██████ (-05:00) | **API_FOR_ALL_INFO (API client ID: ████████)** | ██████████ (Badge ID: BXDA██████) was granted Role-based access. Access expires: no expiration |
| 5 | ██ ██ 2021 | ██████ (-05:00) | **API_FOR_ALL_INFO (API client ID: ████████)** | ██████████ (Badge ID: BXDA██████) was granted Role-based access. Access expires: no expiration |
| 6 | ██ ██ 2021 | ██████ (-05:00) | **API_FOR_ALL_INFO (API client ID: ████████)** | Tag 'BXDA-BWC-UNIT: B██████' Added |
| 7 | ██ ██ 2021 | ██████ (-05:00) | **API_FOR_ALL_INFO (API client ID: ████████)** | Evidence title updated to 'AXON Body 2 Video 2021-█-█ 0███ B██████' |
| 8 | ██ ██ 2021 | ██████ (-04:00) | ██████████ T (Badge ID: BXDA██████) Username: ██████@bronxda.nyc.gov User ID: ██████ | Initiated bulk evidence download link including this evidence to ██████@legal-aid.org, ██████@legal-aid.org; including audit trails. Included Optional Message: People v. ██████, Dkt. #██████ |