

**Report generated by:**

| | |
|---|---|
| User | Shapsis, Rita (rshapsis) |
| Username | rshapsis |
| Department | NYC Law Department |
| Local Timezone | America/New_York |
| Generated on | Jun 23, 2021 10:29 AM |

| Evidence ID | ID | Title | Evidence Group | Owner | Uploaded by | Uploaded on | Recorded on | Duration | Category | Status | Shared To | Shared From | Evidence Serial Number | Custom Metadata |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| bdb96080dfe6467bbf874d97c6decbb4 | FLOYD-2020-May-31 | AXON Body 2 Video 2020-05-31 2131 | | Hupper, Jack (111) | FESMIRE, BEAU (954806) | 01 Jun 2020 04:44:01 | 31 May 2020 21:31:16 | 1m 19s | - | Active | - | NYPD | W5ZKM | |
| 9f564d08a529420daac990b61e32eb42 | None | AXON Body 2 Video 2020-05-31 2130 | | Hupper, Jack (111) | PLUNKETT, PATRICK (937297) | 01 Jun 2020 04:42:58 | 31 May 2020 21:30:51 | 3m 3s | - | Active | - | NYPD | W5ZIT | |
| b993b8a8f5fe44c5807dac84b1a4c014 | Floyd-2020-05-31 | AXON Body 2 Video 2020-05-31 2130 | | Hupper, Jack (111) | MURPHY, ERROL (953161) | 01 Jun 2020 04:55:25 | 31 May 2020 21:30:41 | 5m 1s | - | Active | - | NYPD | W62WP | |
| 496d437ef9ab4aeaa75bc91419995b89 | Floyd-2020-05-31 | AXON Body 2 Video 2020-05-31 2129 | | Hupper, Jack (111) | CENTORE, STEPHEN (936328) | 01 Jun 2020 04:45:03 | 31 May 2020 21:29:56 | 5m 10s | - | Active | - | NYPD | W5YUK | |
| ad7d6ae65f5e4527af52aa2d20eeb6d3 | None | Axon Body 3 Video 2020-05-31 2121 | | Hupper, Jack (111) | HORAN, MATTHEW (956741) | 01 Jun 2020 05:33:13 | 31 May 2020 21:21:07 | 39s | - | Active | - | NYPD | W6C0G | |
| b6dd3665df354aeb8d18fe1a50c8dcc6 | None | Axon Body 3 Video 2020-05-31 2120 | | Hupper, Jack (111) | HORAN, MATTHEW (956741) | 01 Jun 2020 05:33:06 | 31 May 2020 21:20:17 | 1m 22s | - | Active | - | NYPD | W6C9U | |
| 91e1a145a5404cd9936aa21a5ad79d06 | 4444263177 | AXON Body 2 Video 2020-05-31 2119 | | Hupper, Jack (111) | BUENO, RANDEL (964409) | 01 Jun 2020 06:55:09 | 31 May 2020 21:19:37 | 15m 36s | - | Active | - | NYPD | W765E | |
| f12fe6eb115348cb88ea4fa7b22fade9 | floyd-2020-05-31 | AXON Body 2 Video 2020-05-31 2119 | | Hupper, Jack (111) | DAVI, MICHAEL (940053) | 01 Jun 2020 06:34:42 | 31 May 2020 21:19:13 | 7m 52s | - | Active | - | NYPD | W6Y33 | |
| 9e41ebdad6634d3c893e6427a8b3070c | None | AXON Body 2 Video 2020-05-31 2119 | | Hupper, Jack (111) | SCHIVEK, JUSTIN (957141) | 01 Jun 2020 06:32:59 | 31 May 2020 21:19:01 | 6m 11s | - | Active | - | NYPD | W6W2W | |
| 5af1a0a3613 | None | Axon Body 3 | | Hupper, Jack | HORAN, | 01 Jun 2020 | 31 May 2020 | 1m 5s | - | Active | - | NYPD | W6C00 | |

| Evidence ID | ID | Title | Evidence Group | Owner | Uploaded by | Uploaded on | Recorded on | Duration | Category | Status | Shared To | Shared From | Evidence Serial Number | Custom Metadata |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4474baf400e91af5cb203 | | Video 2020-05-31 2118 | | (111) | MATTHEW (956741) | 05:32:58 | 21:18:38 | | | | | | | |
| 63bf6101a7844d0aa513d14bfbbd2e0a | None | Axon Body 3 Video 2020-05-31 2117 | | Hupper, Jack (111) | OGANDO, ANGEL (952065) | 01 Jun 2020 06:58:28 | 31 May 2020 21:17:07 | 2m 16s | - | Active | - | NYPD | W763F | |
| b15ed94e351249a1a0fe3195440c58c9 | None | Axon Body 3 Video 2020-05-31 2117 | | Hupper, Jack (111) | BRUCCOLERI, NICHOLAS (960288) | 01 Jun 2020 07:00:24 | 31 May 2020 21:17:05 | 2m 20s | - | Active | - | NYPD | W77HM | |
| 643c941f4ea74d3ca14e798cff3a2f2e | None | Axon Body 3 Video 2020-05-31 2117 | | Hupper, Jack (111) | CAREW, PATRICK (941675) | 01 Jun 2020 06:09:55 | 31 May 2020 21:17:01 | 8m 21s | - | Active | - | NYPD | W6PLL | |
| 943c857b0297485e9e71643d9fbb9a06 | None | AXON Body 2 Video 2020-05-31 2116 | | Hupper, Jack (111) | DARCEY, KARA (952638) | 31 May 2020 23:38:33 | 31 May 2020 21:16:41 | 10m 18s | - | Active | - | NYPD | W44PW | |
| 5e2a99ea2ecc449fab90d0274c7fee9c | None | AXON Body 2 Video 2020-05-31 2116 | | Hupper, Jack (111) | BROOKS, DAMON (932367) | 01 Jun 2020 06:56:22 | 31 May 2020 21:16:26 | 10m 58s | - | Active | - | NYPD | W759V | |
| 478c71cd04084bb2bddb81e52b12f4af | None | AXON Body 2 Video 2020-05-31 2115 | | Hupper, Jack (111) | OHARE, ROBERT (916960) | 31 May 2020 23:23:46 | 31 May 2020 21:15:51 | 19m 35s | - | Active | - | NYPD | W417J | |
| 4014a97ceb3e45859f40c1c84aebb81a | None | Axon Body 3 Video 2020-05-31 2113 | | Hupper, Jack (111) | NELSEN, BRIAN (930825) | 01 Jun 2020 00:39:47 | 31 May 2020 21:13:47 | 9m 15s | - | Active | - | NYPD | W4IVH | |