

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ELISSA B. JACOBS**
*Senior Counsel*
ejacobs@law.nyc.gov
Phone: (212) 356-3540
Fax: (212) 356-1148

August 24, 2021

**By ECF**
Honorable Garbirel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      In Re: *New York City Policing During Summer 2020 Demonstrations*, 20-cv-8924-CM-GWG

    I am a Senior Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York and I write on behalf of defendants in the above-referenced matters. I write to request an extension of time to respond to plaintiffs' second letter dated August 23, 2021 (ECF No. 242) from tomorrow, August 25th, 2021 until Friday, August 27th, 2021. This is the first request for an extension of this deadline. Plaintiffs' counsel consents to the request.

    Plaintiffs filed two letters yesterday, the first of which (ECF No. 241) defendants intend to respond to by tomorrow in accordance with Your Honor's Individual rules. However, given that both letters were filed at 9 p.m. last night, defendants are requesting a brief extension of time in order to respond to the second such letter. In addition, a number of attorneys working on these consolidated cases are on vacation this week. Therefore, defendants are requesting an additional two days to fully respond to this letter.

    Thank you for your attention to this matter.

                                            Sincerely,

                                            *Elissa B Jacobs*

                                            Elissa B. Jacobs
                                            *Senior Counsel*
                                            Special Federal Litigation Division