UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: New York City Policing During Summer 2020 Demonstrations       :       ORDER

20 Civ. 8924 (CM) (GWG)
                                                                     :
-----------------------------------------------------------------X
                                                                     :
This filing is related to
                                                                     :
ALL CASES:
                                                                     :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The dial-in information for the public for the discovery conference scheduled for Tuesday, August 31, 2021, at 10:30 a.m. has changed. The new dial-in information for the public is:

888-363-4749
Access code: 7185839

The attorneys should use the dial-in number they were previously provided.

      The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

      SO ORDERED.

Dated: August 26, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge