# Rickner PLLC

Rob Rickner | rob@ricknerpllc.com

June 29, 2021

**Via Email**

Dara Weiss
Anthony M. DiSenso
Rachel Kaufman
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007

    Re:    In re: New York City Policing During Summer 2020 Demonstrations,
              1:20-CV-8924 (CM) (GWG)
              This Letter Relates to All Cases

Dara, Anthony, and Rachel:

    Plaintiffs write pursuant to Judge McMahon's Rules Governing Electronic Discovery ("ESI Rules"), and our June 23, 2021 meet and confer to provide additional terms for use in searching certain electronically stored information[1] ("ESI").

    As we discussed during the meet and confer, this proposal as to additional searches for Defendants to conduct beyond the searches Defendants have already conducted or plan to conduct in response to Plaintiffs' discovery demands is aimed primarily at e-mails and other electronic communications stored in a few of the ESI Sources Defendants have identified. Nothing in this proposal to conduct these additional searches relieves Defendants of their discovery obligations under the Federal Rules of Civil Procedure or Judge McMahon's ESI Rules, including their obligations to conduct diligent searches for and produce discoverable documents and information in their possession, custody or control of which they are reasonably aware in a timely manner, irrespective of whether such documents or information are returned by the additional searches proposed herein. For example, while Defendants were required to "search their documents…and produce responsive electronic documents in accordance with Fed.R.Civ.P. 26(b)(2)", *see* ¶ 4(a) of Judge McMahon's ESI Rules, within 30 days of receiving Plaintiffs' March 25, 2021 document requests, *see* Fed.R.Civ.P. 34(b)(2)(A), those searches and productions are overdue. Nothing in this proposal to conduct certain additional searches relieves Defendants of their responsibilities to provide full and complete responses to Plaintiffs' outstanding document requests and to comply with

---

[1] As used herein, ESI includes, but is not limited to, emails and attachments, voicemail, instant messaging and other electronic communications, word processing documents, text files, hard drives, spreadsheets, graphics, audio and video files, databases, calendars, telephone logs, transaction logs, Internet usage files, offline storage or information on removable media, and information contained on laptops, tablet computers, or other portable devices.

other, similar obligations under the Federal Rules of Civil Procedure or Judge McMahon's ESI Rules.

**Custodians:**

Defendants should collect and review for responsiveness **all** ESI created, sent, or received from May 25, 2020 to July 25, 2020 contained in (i) Commissioner Dermot Shea's Email and Personal Devices, and (ii) Terrence Monahan's Email and Personal Devices.

For the other custodians identified by Defendants, Defendants should use the below terms to search ESI in the possession, custody or control of all of the NYPD and Office of the Mayor ("OTM") custodians listed on the ESI disclosures provided by Defendants and attached here as Exhibit A.

**Sources:**

| **NYPD** | - Department Email (O356)<br>- Department Network Drives<br>- Department iPhones and iPads (text messages, video, photos)<br>- Finest Online Records Management System (FORMS)<br>- Microsoft Teams Chats |
|---|---|
| **OFFICE OF THE MAYOR** | - OTM Email (o365)<br>- OTM Network Drives<br>- OTM Mobile Devices<br>- Personal Mobile Devices<br>- Personal Email Accounts |

**Searches:**

Defendants, through a trained professional, must run the following Boolean search terms across the specified data sources in the possession, custody, or control of the specified custodians, limited to the date range **May 25, 2020-July 25, 2020**:

| | | |
|---|---|---|
| protest* | cinder* | spic |
| demonstrat* | fire | bitch |
| curfew | vandal* | wetback |
| dispers* | Molotov | chin* |
| assembl* | "air mail" | kike |
| march* | hammer* | n1g* |
| srg | firework* | sp1c |
| parade | bottle* | "illegal immigrant" |

Rickner PLLC

| | | |
|---|---|---|
| blm | rock* | cunt |
| "black lives matter" | brick | fag* |
| anarch! | flex* | queer |
| "anti-cop" | zip* | dyke |
| "anti-police" | cuff* | tranny |
| defund | baton | trannie |
| abolish | "oc" | misconduct |
| ftp! | arrest | abus* |
| acab | kettl* | beat* |
| floyd | encirc* | "back the blue" |
| taylor | MAPC | "thin blue line" |
| FTP | pepper | "blue wall" |
| "fuck the police" | spray | "blue lives" |
| "say her name" | TARU | mourning |
| "mott haven" | aviation | "national lawyers" |
| agit! | DCU | nlg |
| anarc! | "disorder control" | "green hat" |
| disor! | legal | deterr! |
| incit! | LRAD | antifa |
| infil! | stingray | |
| loot* | fuck | |
| riot* | nigg* | |

Defendants should provide Plaintiffs with the number of hits, unique hits, and bytes returned by each search term.

In the event Defendants determine after performing these searches that it would be unduly burdensome to review all information returned by these searches, they must so notify Plaintiffs in writing, including a statement demonstrating the number of hits for the objected to term, as well as proposal(s) to narrow the search. Regardless, Defendants shall load all responsive documents onto their electronic discovery platform.

**De-Duplication, Format, and Bates numbering**:

Duplicates may be removed from any productions, but any duplicate ESI that is not produced shall be preserved. Defendants shall produce the documents in accordance with the previously agreed to ESI Production Specifications. Each page shall be branded with a Bates number on the face of the image.

Sincerely,

/s/

Rob Rickner
*Co-Counsel for Plaintiffs in Sierra et al v. City of New York, No. 20-cv-10291*

LETITIA JAMES
*Attorney General of the State of New York*

By: /s/ Jessica Clarke
Jessica Clarke, *Chief of Civil Rights Bureau*
Lillian Marquez, *Assistant Attorney General*
Swati Prakash, *Assistant Attorney General*
Travis England, *Assistant Attorney General*
Jaclyn Grodin, *Assistant Attorney General*
Gregory Morril, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8250
Jessica.Clarke@ag.ny.gov

*Counsel for Plaintiff in People of the State of New York v. City of New York, No. 21-cv-322*

NEW YORK CIVIL LIBERTIES UNION FOUNDATION

/s/ Molly Biklen
Molly Biklen
Jessica Perry
Daniel R. Lambright
Robert Hodgson
Lisa Laplace
Christopher T. Dunn
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3300
mbiklen@nyclu.org

*Co-Counsel for Plaintiffs in Payne v. De Blasio, No. 20-cv-8924*

THE LEGAL AID SOCIETY

/s/ Corey Stoughton
Corey Stoughton
Jennvine Wong
199 Water Street
New York, NY 10038
(212) 577-3367
cstoughton@legal-aid.org

*Co-Counsel for Plaintiffs in Payne v. De Blasio, No. 20-cv-8924*

Rickner PLLC

HAMILTON CLARKE LLP

/s/ Lance A. Clarke
Lance A. Clarke, Esq.
Jason Clark, Esq.
William Guilford, Esq.
48 Wall Street, Suite 1100
New York, NY 10005
(212) 729-0952
lc@hamiltonclarkellp.com

*Co-Counsel for Plaintiffs in Sierra et al v. City of New York, No. 20-cv-10291*

THE LAW OFFICE OF JOSHUA MOSKOVITZ, P.C.

/s/ Joshua S. Moskovitz
Joshua S. Moskovitz, Esq.
14 Wall Street, Suite 1603
New York, NY 10005
(212) 380-7040
josh@moskovitzlaw.com

*Co-Counsel for Plaintiffs in Sierra et al v. City of New York, No. 20-cv-10291*

THE LAW OFFICE OF MICHAEL L. SPIEGEL

/s/ Michael L. Spiegel
Michael L. Spiegel, Esq.
48 Wall Street, Suite 1100
New York, New York 10005
(212) 587-8558
mikespieg@aol.com

*Co-Counsel for Plaintiffs in Sierra et al v. City of New York, No. 20-cv-10291*

KAUFMAN LIEB LEBOWITZ & FRICK LLP

/s/ Douglas E. Lieb
Douglas E. Lieb
10 East 40th Street, Suite 3307
New York, NY 10016
(212) 660-2332
dlieb@kllf-law.com

*Counsel for Plaintiff in Wood v. de Blasio, et al, No. 20-cv-10541*

Rickner PLLC

STOLL, GLICKMAN & BELLINA, LLP

/s/ Andrew B. Stoll
Andrew B. Stoll
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
(718) 852-3710
astoll@stollglickman.com

*Counsel for Plaintiff in Yates v. New York City, No. 21-cv-1904*

BELDOCK LEVINE & HOFFMAN LLP

/s/ Jonathan C. Moore
Jonathan C. Moore
David B. Rankin
Luna Droubi
Marc Arena
Deema Azizi
Rebecca Pattiz
Katherine "Q" Adams
Regina Powers
99 Park Avenue, PH/26th Floor
New York, New York 10016
t: 212-490-0400
f: 212-277-5880
e: jmoore@blhny.com drankin@blhny.com ldroubi@blhny.com
   marena@blhny.com dazizi@blhny.com rpattiz@blhny.com qadams@blhny.com
   rpowers@blhny.com

*Co-Counsel for Plaintiffs in Sow et al. v. New York City, No. 21-cv-533*

GIDEON ORION OLIVER

/s/ Gideon Orion Oliver
Gideon Orion Oliver
277 Broadway, Suite 1501
New York, NY  10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

*Co-Counsel for Plaintiffs in Sow et al. v. New York City, No. 21-cv-533*

Rickner PLLC

COHEN&GREEN P.L.L.C.

/s/ Elena L. Cohen
Elena L. Cohen
J. Remy Green
Jessica Massimi
1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385
t: (929) 888-9480
f: (929) 888-9457
e: elena@femmelaw.com remy@femmelaw.com jessica@femmelaw.com

*Co-Counsel for Plaintiffs in Sow et al. v. New York City, No. 21-cv-533*

WYLIE STECKLOW PLLC

/s/ Wylie Stecklow
Wylie Stecklow
Wylie Stecklow PLLC
231 West 96th Street
Professional Suites 2B3
New York, NY 10025
t: 212 566 8000
Ecf@wylielaw.com

*Co-Counsel for Plaintiffs in Sow et al. v. New York City, No. 21-cv-533*

LORD LAW GROUP PLLC

/s/ Masai I. Lord
Masai I. Lord
14 Wall St., Ste 1603
New York, NY 10005
P: 718-701-1002
E: lord@nycivilrights.nyc

*Co-Counsel for Plaintiffs in Sow et al. v. New York City, No. 21-cv-533*

**Exhibit A**

| Title, Bureau, or Precinct | Name |
|---|---|
| Mayor | Mayor Bill de Blasio |
| First Deputy Mayor | Dean Fuleihan |
| Chief of Staff to the First Deputy Mayor | Freya Rigterink |
| Deputy Chief of Staff to the Mayor | Kayla Arslanian |
| Deputy Mayor for Administration and Chief of Staff to the Mayor | Emma Wolfe |
| Senior Advisor, Justice Initiatives and Community Reinvestment, Mayor's Officeof Criminal Justice<br><br>Former Acting Commissioner, Community Affairs Unit | America Canas |
| Senior Legislative Representative | Persephone Tan |
| Assistant Commissioner and Senior Community Liaison, Community AffairsUnit | Pinchas Ringel |
| Former Commissioner, Community Affairs Unit | Marco Carrion |
| Former Chief of Staff, State Legislative Affairs | Jenny Sobelman |
| Office of the Chief of Department Operations Commander | Deputy Chief Edward Mullane |
| Chief of Patrol | Chief Fausto Pichardo |
| Patrol Borough Manhattan South Commanding Officer | Assistant Commissioner Stephen Hughes |
| Patrol Borough Manhattan South Executive Officer | Deputy Chief James Kehoe |
| Patrol Borough Manhattan South Special Events Inspector | Inspector Brian McGinn |
| World Trade Center Command - Commanding Officer | Deputy Inspector Kenneth Aube |

| | |
|---|---|
| Operations Executive Officer | Deputy Chief Inspector Salvatore Comodo |
| Borough Administrator | Deputy Inspector Elias Nikas |
| Patrol Borough Manhattan North Commanding Officer | Assistant Commissioner Kathleen O'Reilly |
| 28th Precinct Executive Officer | Captain Edison Gutierrez |
| 34th Precinct Executive Officer | Captain Thomas Palmer |
| 30th Precinct Commanding Officer | Deputy Inspector Lourdes Soto |
| Patrol Borough Bronx Commanding Officer | Assistant Commissioner Kenneth Lehr |
| 40th Precinct Commanding Officer | Deputy Inspector Robert Gallitelli |
| 40th Precinct Executive Officer | Captain James Hynes |
| 45th Precinct Commanding Officer | Captain Thomas Fraser |
| 44th Precinct Executive Officer | Captain Denis O'Hanlon |
| 48th PCT Executive Officer | Captain Anthony Lombardo |
| Patrol Borough Brooklyn South | Assistant Commissioner Brian Conroy |
| Patrol Borough Brooklyn South, Operations Executive Officer | Deputy Chief Timothy Bugge |
| 70th Precinct Executive Officer | Captain Vitaliy Zelikov |
| 66th Precinct Commanding Officer | Captain Jason Hagestad |
| 69th Precinct Commanding Officer | Captain Robert Conwell |
| Patrol Borough Brooklyn North Commanding Officer | Bureau Commissioner Jeffrey Maddrey |
| 81st Precinct Commanding Officer | Deputy Inspector William Glynn |
| 75th Precinct Commanding Officer | Deputy Inspector John Mastronardi |
| 79th Precinct Commanding Officer | Deputy Inspector Timothy Skretch |
| Patrol Borough Brooklyn North Special Projects | Inspector Rafael Mascol |
| 112th Precinct Executive Officer | Captain Tony Wong |

| | |
|---|---|
| Patrol Borough Queens South Commanding Officer | Assistant Commissioner Reuben Beltran |
| Patrol Borough Queens North Commanding Officer | Assistant Commissioner Galen Frierson |
| Patrol Borough Staten Island | Assistant Commissioner Kenneth Corey |
| SRG Commanding Officer | Deputy Chief John D'Adamo |
| SRG 3 Brooklyn | Captain Joseph Taylor |
| Disorder Control Unit Commanding Officer | Captain David Miller |
| Police Commissioner's Office | Lt. Denis McAuliffe |
| Office of the Chief of Department | Detective Michael Smeritek |
| Detective Bureau | Inspector Christopher McIntosh |
| Housing Bureau | Sgt. John Shad  Det. Nancy Ripollcid |
| Transportation Bureau | Sgt. Keith Luk |
| Training Bureau | Sgt. Andy Neuman Sgt. Kristen Botta |
| Personnel Bureau | Sgt. Young Yoo |
| Information Technology Bureau | DCIT Matthew Fraser |
| Support Services Bureau: Fleet Services | Operations Supervisor Douglas Brenner |
| Support Services Bureau: Property Clerk Division | Sgt. Feliciana Rodriguez |
| DC Management and Budget | Sgt. Bryan De La Rosa |
| DC Public Information | Executive Agency Counsel Lisa Bland |
| Criminal Justice Bureau | Lt. Christopher Czark |
| Operations Division | Lt. John-Patrick Devine |
| Medical Division | Inspector Anthony Gazis |

| | |
|---|---|
| Patrol Services Bureau | Francisco Munoz |
| | Matthew Bailey |
| | John Seidl |
| | Salvatore Anselmo |
| | Luis Machado |
| | Donny Ramoutar |
| | Michael Gaon |
| Manhattan South/14th Precinct | Robert Cattani |
| 18th Precinct | Robert Murray |
| 19th Precinct | Anthony Battaglia |
| 20th Precinct | Chris McDonald |
| Central Park | Michael Fisher |
| 23rd Precinct | Michael Butler |
| 24th Precinct | Chris Ferarra |
| 25th Precinct | Mario Deras |
| 26th Precinct | Mylene Medrano |
| 28th Precinct | Thomas Kelly |
| 30th Precinct | Liliana Prendergast |
| 32nd Precinct | Emma Rodriguez |
| 33rd Precinct | Katherine Tavares |
| 34th Precinct | Tancredo Contreas |
| Patrol Borough Bronx | Enoch Law |
| 40th Precinct | Lauren Diaz |
| 41st Precinct | Phillip Connor |
| 42nd Precinct | Yoel Hidalgo |
| 43rd Precinct | Eric Heeran |
| 44th Precinct | Andrew Hatki |
| 45th Precinct | Michael Piper |
| 46th Precinct | Albert Rodriguez |
| 47th Precinct | Shaun Tablante |
| 48th Precinct | Joaquin Disla |
| 49th Precinct | Lanier Glenn |

| | |
|---|---|
| 50th Precinct | John Trotta |
| 52nd Precinct | Christopher Ryan |
| Patrol Borough Brooklyn South | Joseph Antonio |
| 60th Precinct | Frank Abbriano |
| 61st Precinct | Johnny Wong |
| 62nd Precinct | Nicholas Peragine |
| 63rd Precinct | Anil George |
| 66th Precinct | Michael Bergenbaum |
| 67th Precinct | Michael Spagnuolo |
| 68th Precinct | Billy Morales |
| 69th Precinct | Hussein Abdullraha |
| 70th Precinct | Michael Bergamo |
| 71st Precinct | Victoria Beauvoir |
| 72nd Precinct | Paul Melendez |
| 76th Precinct | Kristin Galeone |
| 78th Precinct | Eduard Silva |
| Patrol Borough Brooklyn North | Michael Martire |
| 73rd Precinct | Ali Cheikhali |
| 75th Precinct | Richard Tussie |
| 79th Precinct | Thomas Pavic |
| 81st Precinct | John Rojecki |
| 83rd Precinct | Herbert Johnston |
| 84th Precinct | Scott Miline |
| 88th Precinct | Colin Delaney |
| 90th Precinct | Jonathan Lusky |
| 94th Precinct | Matthew Delaney |
| Patrol Borough Queens South | John Schuman |
| 100th Precinct | LaDatra Turner |
| 101st Precinct | Christopher Bivona |
| 102nd Precinct | Kimberly Maldonado |
| 103rd Precinct | John Diaz |

| | |
|---|---|
| 105th Precinct | Richard Pimental |
| 106th Precinct | Luis Rodriguez |
| 107th Precinct | Robert Pace |
| 113th Precinct | Jarek Bubrowiecki |
| Patrol Borough Queens North | Christopher Schlanger |
| 104th Precinct | Thomas Maloney |
| 108th Precinct | Jai Won Kim |
| 109th Precinct | Christopher Zollino |
| 110th Precinct | Patrick Welsh |
| 111th Precinct | Keith King |
| 112th Precinct | Jason Forgione |
| 114th Precinct | Miguel Figueroa |
| 115th Precinct | John Ruiz |
| 120th Precinct | Steven Nicholas |
| 121st Precinct | Ahmed Aiman |
| 122nd Precinct | Steven Hect |
| 123rd Precinct | Joseph Delsante |