UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: New York City Policing During Summer    :    ORDER
2020 Demonstrations
                                                                         20 Civ. 8924 (CM) (GWG)
                                                                    :
-----------------------------------------------------------------X
                                                                    :
This filing is related to
                                                                    :
ALL CASES:
                                                                    :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      A discovery conference to resolve the dispute raised in Docket # 256 shall take place on Monday, September 20, 2021, at 3:00 p.m.  If plaintiffs wish to file a reply to defendants' letter, they may do so by September 15, 2021.  It is the Court's intention to decide the disputes based on the parties' letters unless a party has shown good cause in advance of the conference why formal briefing should be required.

      The attorneys should use the dial-in number they were previously provided.  The public may listen to the conference by dialing 877-810-9415 and using access code: 4086346.  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

      Only one attorney for plaintiff and one attorney for defendant will be permitted to address the Court with respect to any dispute.  When addressing the Court, counsel must <u>not</u> use a speakerphone.

      Each attorney is directed to ensure that all other attorneys on the case are aware of the oral argument date and time.  In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

      SO ORDERED.

Dated: September 10, 2021
       New York, New York

                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge