| Privilege Log ID | Custodian | Document Time and Date | File Name | File Type | Privilege Type | Document Description |
|---|---|---|---|---|---|---|
| Priv-WIF-00001 | DOI | 9/16/2020 10:57 | Attachment A - Request for Footage for Protest Incidents (JR Adds) (2).xlsx | Microsoft 2007 Excel Spreadsheet | AWP | Log containing thoughts and impressions and links to various NYPD incidents |
| Priv-WIF-00002 | DOI | 9/11/2020 11:22 | Chief Harry Wedin - Special Operations - 9.2.2020.mp4 | MPEG-4 Video File | DP; LE | Video Interview by DOI of Chief Harry Wedin |
| Priv-WIF-00003 | DOI | 11/17/2020 14:31 | GMT20201117-153047_Chief-Lehr.m4a | MPEG-4 Video File | DP; LE | Audio recording of Interview by DOI of Chief Lehr |
| Priv-WIF-00004 | DOI | 11/17/2020 14:31 | GMT20201117-153047_Chief-Lehr_640x360.mp4 | MPEG-4 Video File | DP; LE | Video recording of DOI Interview of Chief Lehr |
| Priv-WIF-00005 | DOI | 11/24/2020 14:02 | GMT20201124-150322_Chief-Jeff.m4a | MPEG-4 Video File | DP; LE | Audio recording of DOI Interview of Chief Madry |
| Priv-WIF-00006 | DOI | 11/24/2020 14:04 | GMT20201124-150322_Chief-Jeff_1760x860.mp4 | MPEG-4 Video File | DP; LE | Video recording of DOI Interview with Chief Madry |
| Priv-WIF-00007 | DOI | 12/1/2020 15:05 | Community Affairs Section (12.1.20).docx | Microsoft 2007 Word Document | DP | Draft with comments of portion of DOI Report |
| Priv-WIF-00008 | DOI | 10/18/2020 16:20 | Community Affairs Section_Protest Report (10.18.20).docx | Microsoft 2007 Word Document | DP | Draft with comments and revisions of DOI Report |
| Priv-WIF-00009 | DOI | 12/9/2020 22:21 | Data Collection Findings (AB).docx | Microsoft 2007 Word Document | DP | Draft with comments and revisions of DOI Report |
| Priv-WIF-00010 | DOI | 12/14/2020 15:04 | DOI Report_NYPD_Floyd Protests (12.14.20 Draft).docx | Microsoft 2007 Word Document | DP | Draft of DOI Report |
| Priv-WIF-00011 | DOI | 12/16/2020 15:41 | Draft Report Formatted.12.16.2020 (CT cite edit up Part 2) AB edits.docx | Microsoft 2007 Word Document | DP | Draft of DOI Report |
| Priv-WIF-00012 | DOI | 12/16/2020 12:17 | Draft Report Formatted.12.16.2020_AB_inc MG scan.docx | Microsoft 2007 Word Document | DP | Draft with revisions and comments of DOI Report |
| Priv-WIF-00013 | DOI | 12/16/2020 20:22 | Draft Report Formatted.12.16.2020_AB_inc MG scan.LBD.Justyn.CT_AB_MG2 824.docx | Microsoft 2007 Word Document | DP | Draft with revisions and comments of DOI Report |
| Priv-WIF-00014 | DOI | 12/17/2020 18:06 | NYPD Protest Review Draft(12.17.20) 6 07.docx | Microsoft 2007 Word Document | DP | Draft with revisions and comments of DOI Report |
| Priv-WIF-00015 | DOI | 12/17/2020 19:13 | NYPD Protest Review Draft(12.17.20) 6 50 pm.docx | Microsoft 2007 Word Document | DP | Draft of DOI Report |
| Priv-WIF-00016 | DOI | 12/17/2020 19:13 | NYPD Protest Review Draft(12.17.20) 7 13 pm.docx | Microsoft 2007 Word Document | DP | Draft of DOI Report |
| Priv-WIF-00017 | DOI | 12/17/2020 18:48 | NYPD Protest Review Draft(12.17.20) after 6 23.docx | Microsoft 2007 Word Document | DP | Draft with revisions and comments of DOI Report |
| Priv-WIF-00018 | DOI | 12/3/2020 11:58 | NYPD Protest Review Report (11.27.20).docx | Microsoft 2007 Word Document | DP | Draft with revisions and comments of DOI Report |
| Priv-WIF-00019 | DOI | 12/11/2020 0:01 | NYPD Protest Review Report (12.10.20).docx | Microsoft 2007 Word Document | DP | Draft with revisions and comments of DOI Report |
| Priv-WIF-00020 | DOI | 12/14/2020 0:06 | NYPD Protest Review Report (12.13.20).docx | Microsoft 2007 Word Document | DP | Draft with revisions and comments of DOI Report |
| Priv-WIF-00021 | DOI | 12/14/2020 15:00 | NYPD Protest Review Report (12.14.20).docx | Microsoft 2007 Word Document | DP | Draft with revisions and comments of DOI Report |
| Priv-WIF-00022 | DOI | 12/17/2020 15:12 | NYPD Protest Review Report (12.17.20)_3 20 pm.docx | Microsoft 2007 Word Document | DP | Draft with revisions and comments of DOI Report |
| Priv-WIF-00023 | DOI | 12/4/2020 17:49 | NYPD Protest Review Report (12.4.20 draft for MG).docx | Microsoft 2007 Word Document | DP | Draft with revisions and comments of DOI Report |
| Priv-WIF-00024 | DOI | 12/4/2020 17:31 | NYPD Protest Review Report (12.4.20).docx | Microsoft 2007 Word Document | DP | Draft with revisions and comments of DOI Report |
| Priv-WIF-00025 | DOI | 12/10/2020 14:31 | NYPD Protest Review Report (12.7.20).docx | Microsoft 2007 Word Document | DP | Draft with revisions and comments of DOI Report |
| Priv-WIF-00026 | DOI | 10/27/2020 14:39 | Questions for Chief Monahan (AB edits).docx | Microsoft 2007 Word Document | DP | Draft with revisions and comments of DOI Report |
| Priv-WIF-00027 | DOI | 12/8/2020 14:55 | Questions for Chief Mullane - 12.8.2020 (AB).docx | Microsoft 2007 Word Document | AWP; DP | Draft with revisions and comments of questions to ask Chief Mullane |
| Priv-WIF-00028 | DOI | 11/9/2020 15:55 | Questions for Commissioner Shea - DRAFT (11.9.20).docx | Microsoft 2007 Word Document | AWP; DP | Draft with revisions and comments of questions to ask Commissioner Shea |
| Priv-WIF-00029 | DOI | 12/17/2020 19:51 | Report changes responsive NYPD comments (12.17.20).docx | Microsoft 2007 Word Document | DP | List of changes made to a portion of DOI Report |
| Priv-WIF-00030 | DOI | 12/4/2020 18:11 | Report Cut Text.docx | Microsoft 2007 Word Document | DP | Changes and comments to portion of DOI Report |
| Priv-WIF-00031 | DOI | 10/18/2020 15:18 | Training Section_Protest Report (10.17.20 AB comments).docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00032 | DOI | 11/24/2020 13:05 | Significant Criminal Incidents during Violent Protest Activity (chron) + APPENDIX OF INCIDENTS_suggested redactions.pdf | Portable Document Format | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00033 | DOI | 11/28/2020 11:52 | Intel 2.0.docx | Microsoft 2007 Word Document | AWP; DP | Revisions to DOI Report on Intel |
| Priv-WIF-00034 | DOI | 12/2/2020 18:33 | Intel 2.1.docx | Microsoft 2007 Word Document | AWP; DP | Comments and revisions to DOI Report on Intel |
| Priv-WIF-00035 | DOI | 12/10/2020 6:49 | Intel 2.2.docx | Microsoft 2007 Word Document | AWP; DP | Comments and revisions to DOI Report on Intel |
| Priv-WIF-00036 | DOI | 10/7/2020 15:31 | NYPD Protest Review Report Initial Outline (10.7.20) (1).docx | Microsoft 2007 Word Document | DP | Comments and Revisions to draft of DOI Report |
| Priv-WIF-00037 | DOI | 8/12/2020 17:30 | Draft-LAW-Questions-DOI-NYPD-DCU-Briefing (with DOI additions).docx | Microsoft 2007 Word Document | AWP | Draft of DOI questions |
| Priv-WIF-00038 | DOI | 8/12/2020 13:52 | Draft-LAW-Questions-DOI-NYPD-DCU-Briefing.docx | Microsoft 2007 Word Document | AWP; DP | Draft of DOI questions |
| Priv-WIF-00039 | DOI | 8/12/2020 17:48 | Draft Querstions - 8.12.2020 - DCU (MG Adds).docx | Microsoft 2007 Word Document | AWP; DP | Draft with comments and revisions of DOI questions |
| Priv-WIF-00040 | DOI | 8/12/2020 18:55 | Draft Questions - 8.12.2020 - DCU (JR Adds).docx | Microsoft 2007 Word Document | AWP; DP | Draft with revisions and comments of DOI questions |

| | | | | | | |
|---|---|---|---|---|---|---|
| Priv-WIF-00041 | DOI | 12/9/2020 13:51 | NYPD Protest Review Report 12.9.20 w MG edits.docx | Microsoft 2007 Word Document | DP | Draft with comments and revisions of DOI Report |
| Priv-WIF-00042 | DOI | 12/12/2020 1:11 | NYPD Protest Review Report 12.11.20 w MG edits (3).docx | Microsoft 2007 Word Document | DP | Draft with revisions and comments of DOI Report |
| Priv-WIF-00043 | DOI | 12/12/2020 12:24 | NYPD Protest Review Report 12.11.20 w MG2 Edits (12-12-20 1230 hours).docx | Microsoft 2007 Word Document | DP | Draft with revisions and comments of DOI Report |
| Priv-WIF-00044 | DOI | 12/14/2020 11:39 | NYPD Protest Review Report (12.14.20 1140 hours) (MG2 Edits).docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00045 | DOI | 12/14/2020 9:33 | NYPD Protest Review Report (12.14.20) (MG2 Edits).docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00046 | DOI | 12/14/2020 15:32 | NYPD Protest Review Report (12.14.20).docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00047 | DOI | 12/16/2020 16:56 | Check on Quotes Sections (12-16-20).docx | Microsoft 2007 Word Document | AWP; DP | Comments on draft of quotes in part of DOI Report |
| Priv-WIF-00048 | DOI | 12/16/2020 12:53 | Draft Report Formatted.12.16.2020 - JR Edits 1.1.docx | Microsoft 2007 Word Document | DP | Draft with revisions and comments of DOI Report |
| Priv-WIF-00049 | DOI | 12/16/2020 10:18 | Draft Report Formatted.12.16.2020.docx | Microsoft 2007 Word Document | DP | Draft with revisions and comments of DOI Report |
| Priv-WIF-00050 | DOI | 12/16/2020 21:40 | Draft Report Formatted.12.16.2020_AB_inc MG scan.LBD.Justyn.CT_AB_MG2_JR 940.docx | Microsoft 2007 Word Document | DP | Draft with revisions and comments of DOI Report |
| Priv-WIF-00051 | DOI | 12/17/2020 9:36 | Draft Report Formatted.12.17.2020 (9.30am).docx | Microsoft 2007 Word Document | DP | Draft with revisions and comments to DOI Report |
| Priv-WIF-00052 | DOI | 10/14/2020 15:25 | Police Use of Force in New York City.docx | Microsoft 2007 Word Document | DP | Revisions and comments to portions of DOI Report |
| Priv-WIF-00053 | DOI | 12/6/2020 19:53 | Data (Arrests, Injuries to Patients - Officers, Damage to Dept Vehicles, Misc).docx | Microsoft 2007 Word Document | AWP | Organization of data for DOI report |
| Priv-WIF-00054 | DOI | 12/13/2020 11:23 | Data - Officer Injuries, Protester Injuries, Damage to Dept Vehicles (12-13-20).docx | Microsoft 2007 Word Document | AWP; DP | Organization of data on officer injuries, protester injuries, and damage to vehicles for DOI report |
| Priv-WIF-00055 | DOI | 12/4/2020 12:11 | Notes for Inclusion in Background Section.docx | Microsoft 2007 Word Document | AWP; DP | Notes for DOI Report |
| Priv-WIF-00056 | DOI | 12/10/2020 19:35 | Data Section EO58 (MG2) 12-10-20 1936 hours.docx | Microsoft 2007 Word Document | DP | Revisions and Comments to portion of DOI Report |
| Priv-WIF-00057 | DOI | 12/10/2020 18:08 | Curfew Enforcement Section 12.10.10 1810 hours (MG2).docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00058 | DOI | 12/9/2020 12:31 | NYPD Lacked a Consistent Data Collection System (12-09-20 1233 hours).docx | Microsoft 2007 Word Document | DP | Revisions to portion of DOI Report |
| Priv-WIF-00059 | DOI | 12/9/2020 14:55 | NYPD Lacked a Consistent Data Collection System (12-09-20 1454 hours) JR Edits.docx | Microsoft 2007 Word Document | DP | Revisions to portion of DOI Report |
| Priv-WIF-00060 | DOI | 12/9/2020 15:31 | NYPD Lacked a Consistent Data Collection System (12-09-20 1533 hours).docx | Microsoft 2007 Word Document | DP | Revisions to portion of DOI Report |
| Priv-WIF-00061 | DOI | 12/10/2020 9:29 | Data Collection Findings (MG) 12-10-20 0925 hours.docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00062 | DOI | 10/8/2020 9:44 | Disorder Control Plans_Summary.docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00063 | DOI | 10/16/2020 11:07 | Draft Training Section of NYPD Protest Polcing Report_10-16-20.docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00064 | DOI | 10/19/2020 12:12 | Training Section_Protest Report (10.17.20 AB comments).docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00065 | DOI | 11/13/2020 10:37 | Training Section_Protest Report (10.20.20 MG).docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00066 | DOI | 11/23/2020 10:20 | Training Section_Protest Report (11.13.20 MG).docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00067 | DOI | 11/25/2020 11:35 | Training Section_Protest Report (11.24.20 MG).docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00068 | DOI | 11/25/2020 12:02 | Training Section_Protest Report (11.25.20 MG).docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00069 | DOI | 12/4/2020 10:20 | Training section (12.4.2020 MG).docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00070 | DOI | 12/10/2020 13:43 | Training Section Draft (From 12-09 MG1 Draft)_Source Check.docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00071 | DOI | 6/23/2020 18:56 | Protest Review Investigative Plan v2- 6.23.2020 (MG).docx | Microsoft 2007 Word Document | AWP; DP | DOI Investigative Plan |
| Priv-WIF-00072 | DOI | 6/24/2020 10:47 | Protest Review Investigative Plan v3- 6.24.2020 (MG).docx | Microsoft 2007 Word Document | AWP; DP | DOI Investigative Plan |
| Priv-WIF-00073 | DOI | 10/7/2020 15:31 | NYPD Protest Review Report Initial Outline (10.7.20).docx | Microsoft 2007 Word Document | AWP; DP | DOI Protest Review Initial Report Outline |
| Priv-WIF-00074 | DOI | 9/29/2020 11:43 | Questions for Chief Galati - DRAFT.docx | Microsoft 2007 Word Document | AWP | Draft of questions to Chief Galati |
| Priv-WIF-00075 | DOI | 10/28/2020 8:36 | Questions for Chief Monahan - DRAFT.docx | Microsoft 2007 Word Document | AWP | Draft with revisions and comments of questions to ask Chief Monahan |
| Priv-WIF-00076 | DOI | 8/18/2020 16:32 | Questions for Chief Shortell - DRAFT.docx | Microsoft 2007 Word Document | AWP | Draft with revisions and comments of questions to ask Chief Shortell |
| Priv-WIF-00077 | DOI | 9/2/2020 10:20 | Questions for Chief Wedin - DRAFT.docx | Microsoft 2007 Word Document | AWP | Draft with revisions and comments of questions to ask Chief Wedin |
| Priv-WIF-00078 | DOI | 11/12/2020 9:00 | Questions for Commissioner Shea - DRAFT - 11.11.2020 with MG edits.docx | Microsoft 2007 Word Document | AWP | Draft with revisions and comments of questions to ask Commissioner Shea |

| Priv-WIF-00079 | DOI | 12/2/2020 21:12 | Community Affairs Section (12.2.20).docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00080 | DOI | 10/20/2020 10:12 | Community Affairs Section Draft.docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00081 | DOI | 11/25/2020 19:50 | Community Affairs Section Protest Report (11.25.20).docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00082 | DOI | 10/21/2020 11:27 | Community Affairs Section_Protest Report (10.20.20).docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00083 | DOI | 10/15/2020 19:08 | Community Affairs Section Draft.docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00084 | DOI | 12/10/2020 18:18 | Curfew Enforcement Section 12.10.10 1810 hours (MG2).docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00085 | DOI | 12/10/2020 19:09 | Curfew Enforcement Section 12.10.10 1910 hours.docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00086 | DOI | 12/10/2020 16:39 | Curfew Enforcement Section 12.10.10.docx | Microsoft 2007 Word Document | DP | Revisions and comments to portion of DOI Report |
| Priv-WIF-00087 | DOI | 12/2/2020 12:08 | Carrion Interview - MJ Notes.docx | Microsoft 2007 Word Document | AWP | Notes from DOI Interview of Carrion |
| Priv-WIF-00088 | DOI | 12/10/2020 14:30 | Questions for Chief Galati - MJ Notes.docx | Microsoft 2007 Word Document | AWP; LE | DOI Notes from interview with Chief Galati |
| Priv-WIF-00089 | DOI | 11/10/2020 15:50 | Questions for Chief Monahan - MJ Notes.docx | Microsoft 2007 Word Document | AWP | Notes from DOI Interview with Chief Monahan |
| Priv-WIF-00090 | DOI | 11/23/2020 15:55 | Questions for Chief Williams - MJ Notes.docx | Microsoft 2007 Word Document | AWP; DP | Notes and comments for interview with Chief Williams |
| Priv-WIF-00091 | DOI | 11/12/2020 14:31 | Questions for Commissioner Shea - MJ Notes.docx | Microsoft 2007 Word Document | AWP; DP | DOI Notes from Interview with Commissioner Shea |
| Priv-WIF-00092 | DOI | 12/7/2020 11:56 | NYPD Protest Review Report (12.4.20 draft for MG).docx | Microsoft 2007 Word Document | DP | Revisions to portion of DOI Report |
| Priv-WIF-00093 | DOI | 11/20/2020 12:11 | Questions for Assistant Chief Kenneth Lehr - MJ Notes.docx | Microsoft 2007 Word Document | AWP | DOI Notes from Interview with Chief Lehr |