

| GEORGIA M. PESTANA | THE CITY OF NEW YORK | DARA L. WEISS |
|---|---|---|
| *Corporation Counsel* | **LAW DEPARTMENT** | *Senior Counsel* |
| | 100 CHURCH STREET | daweiss@law.nyc.gov |
| | NEW YORK , NEW YORK 10007 | Phone: (212) 356-3517 |
| | | Fax: (212) 356-1148 |

**By ECF**                                                   September 30, 2021

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       In Re:  *New York City Policing During Summer 2020 Demonstrations*,
              No. 20 Civ. 8924 (CM) (GWG)

Your Honor:

      I am a Senior Counsel in the Office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York and I am among counsel for the defense in the above-referenced matter. I write in accordance with Rule 2.A of the Court's Individual Practices to respectfully advise the Court, that with consent from counsel for the *Payne* plaintiffs, Defendants will be submitting a letter in opposition to their September 29, 2021 Letter Motion for Local Rule 37.2 Conference (Dkt. # 277) on Tuesday, October 5, 2021.

      Thank you for your consideration herein.

                            Respectfully submitted,

                            *Dara L. Weiss s/*

                            Dara Weiss
                            Senior Counsel
                            Special Federal Litigation Division

    cc:     ALL COUNSEL (via ECF only)