```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: New York City Policing During Summer        :        ORDER
2020 Demonstrations
                                                   :        20 Civ. 8924 (CM) (GWG)
                                                   :
-----------------------------------------------------------------X
                                                   :
This filing is related to
                                                   :
ALL CASES:
                                                   :
-----------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

  A discovery conference to resolve the disputes raised in Docket # 277 shall take place on Tuesday, October 19, 2021, at 2:30 p.m.  It is the Court's intention to decide the disputes based on the parties' letters unless a party has shown good cause in advance of the conference why formal briefing should be required.

  The attorneys should use the dial-in number they were previously provided.  The public may listen to the conference by dialing 877-810-9415 and using access code: 4086346.  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

  Only one attorney for plaintiff and one attorney for defendant will be permitted to address the Court with respect to any dispute.  When addressing the Court, counsel must <u>not</u> use a speakerphone.

  Each attorney is directed to ensure that all other attorneys on the case are aware of the oral argument date and time.  In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

  SO ORDERED.

Dated: October 12, 2021
    New York, New York

                 _____
                 GABRIEL W. GORENSTEIN
                 United States Magistrate Judge