UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

----------------------------------------------------------- x
In Re: New York City Policing During Summer 2020 Demonstrations : 20 Civ. 8924 (CM)(GWG)
----------------------------------------------------------- :
This filing is related to: :
:
ADAM GRAY, JASON DONNELLY, DIANA ZEYNEB LHINDAWI, JEMELL D. COLE, and AMR ALFIKY, : 21 Civ. 6610 (CM)(GWG)
:
Plaintiffs, :
:
- against - :
:
CITY OF NEW YORK, SERGEANT WILLIAM E. BALUNAS, OFFICER SEAN P. ROBINSON, LIEUTENANT RICHARD MACK, OFFICER BRIANA CARLO, JOHN DOES 1-7, and JANE DOE 1, :
:
Defendants. :
----------------------------------------------------------- x

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 26(d)(1), Plaintiffs Adam Gray, Jason Donnelly, Diana Zeyneb Alhindawi, Jemell D. Cole, and Amr Alfiky (the "Gray Plaintiffs") and Defendant City of New York (the "City"), who constitute the only parties that have appeared to date in civil action 21 Civ. 6610 (CM)(GWG), by and through their undersigned counsel, hereby stipulate and agree that the Gray Plaintiffs and the City may immediately seek and serve discovery, including third party discovery, relating to the claims, defenses, and issues in civil action 21 Civ. 6610 (CM)(GWG).

Dated:  October 15, 2021
         New York, New York

2

| **DAVIS WRIGHT TREMAINE LLP** | **NYC CITY LAW DEPARTMENT** |
|---|---|
| By: /s/ Robert D. Balin | By: /s/ Dara L. Weiss |
| Robert D. Balin | Dara L. Weiss |
| Abigail B. Everdell | Jenny Weng |
| Kathleen Farley | 100 Church Street |
| Nimra Azmi | New York, New York, 10007 |
| 1251 Avenue of the Americas, 21st Floor | (212) 356-3517 |
| New York, NY  10020 | Phone: (212) 356-3517 |
| Phone: (212) 489-8230 | Fax: (212) 356-3509 |
| Fax: (212) 489-8340 | Daweiss@law.nyc.gov |
| robbalin@dwt.com | jweng@law.nyc.gov |

-and-

*Attorneys for Defendant City of New York*

*Mickey H. Osterreicher, Esq.*
70 Niagara Street
Buffalo, NY 14202
Phone: (716) 983-7800
lawyer@nppa.org

*Attorneys for Gray Plaintiffs*