UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------------- x

In Re: New York City Policing During Summer 2020 Demonstrations

-----------------------------------------------------------

This filing is related to:

ADAM GRAY, JASON DONNELLY, DIANA ZEYNEB LHINDAWI, JEMELL D. COLE, and AMR ALFIKY,

                Plaintiffs,

- against -

CITY OF NEW YORK, SERGEANT WILLIAM E. BALUNAS, OFFICER SEAN P. ROBINSON, LIEUTENANT RICHARD MACK, OFFICER BRIANA CARLO, JOHN DOES 1-7, and JANE DOE 1,

                Defendants.

------------------------------------------------------------------- x

20 Civ. 8924 (CM)(GWG)

21 Civ. 6610 (CM)(GWG)

  PLEASE TAKE NOTICE that Robert D. Balin, an attorney with the law firm of DAVIS WRIGHT TREMAINE LLP, hereby enters his appearance as counsel for Plaintiffs Adam Gray, Jason Donnelly, Diana Zeyneb Alhindawi, Jemell D. Cole, and Amr Alfiky in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned attorney at the address stated below. I certify that I am admitted to practice in this Court.

Dated: New York, New York
    October 19, 2021

                    Respectfully submitted,

                    **DAVIS WRIGHT TREMAINE LLP**

                    By: /s/ *Robert D. Balin*
                      Robert D. Balin, SDNY Bar No. 2126860
                    1251 Avenue of the Americas
                    21st Floor
                    New York, NY  10020
                    Phone: (212) 603-6440
                    robbalin@dwt.com

*Attorney for Plaintiffs Adam Gray, Jason Donnelly, Diana Zeyneb Alhindawi, Jemell D. Cole, and Amr Alfiky*