UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------------x

In Re: New York City Policing During Summer 2020 Demonstrations

20 Civ. 8924 (CM)(GWG)

------------------------------------------------------

21 Civ. 6610 (CM)(GWG)

This filing is related to:

ADAM GRAY, JASON DONNELLY, DIANA ZEYNEB LHINDAWI, JEMELL D. COLE, and AMR ALFIKY,

                        Plaintiffs,

              - against -

CITY OF NEW YORK, SERGEANT WILLIAM E. BALUNAS, OFFICER SEAN P. ROBINSON, LIEUTENANT RICHARD MACK, OFFICER BRIANA CARLO, JOHN DOES 1-7, and JANE DOE 1,

                      Defendants.

------------------------------------------------------------------x

      PLEASE TAKE NOTICE that Mickey H. Osterreicher, an attorney with the National Press Photographers Association, hereby enters his appearance as counsel for Plaintiffs Adam Gray, Jason Donnelly, Diana Zeyneb Alhindawi, Jemell D. Cole, and Amr Alfiky in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned attorney at the address stated below. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
         October 19, 2021

                                      Respectfully submitted,

                                      **NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION**

                                      By: /s/ *Mickey H. Osterreicher*
                                      Mickey H. Osterreicher, SDNY Bar No. 2938678
                                      70 Niagara Street
                                      Buffalo, NY  14202
                                      Phone: (716) 566-1484
                                      lawyer@nppa.org

*Attorney for Plaintiffs Adam Gray, Jason Donnelly, Diana Zeyneb Alhindawi, Jemell D. Cole, and Amr Alfiky*