UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In Re: New York City Policing During
Summer 2020 Demonstrations

NOTICE OF APPEARANCE

No. 20 Civ. 8924 (CM) (GWG)

-----------------------------------------------------------x

**PLEASE TAKE NOTICE** that **STEPHANIE M. BRESLOW**, Senior Counsel, hereby appears as counsel of record on behalf of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for defendant City of New York. I certify that I am admitted to practice before this Court. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated: New York, New York
       October 25, 2021

                                                  GEORGIA M. PESTANA
                                                Corporation Counsel of the City of New York
                                                *Attorney for Defendant City of New York*
                                                100 Church Street
                                                New York, New York 10007
                                                (212) 356-2660
                                                sbreslow@law.nyc.gov

                                              By:   *Stephanie M. Breslow*/S
                                                        Stephanie M. Breslow
                                                         *Senior Counsel*
                                                         Special Federal Litigation Division