# Exhibit D

| | |
|---|---|
| **From:** | Weiss, Dara (Law) |
| **To:** | Marquez, Lillian; Morril, Gregory; sow-legal@blhny.com; Sierra Team; AG-NYPDLitigation; Andrew Stoll; Payne Litigation Team; wood@kllflaw.com |
| **Cc:** | Robinson, Amy (LAW); Goykadosh, Brachah (Law); Jacobs, Elissa (Law); Lax, Joshua (Law) |
| **Subject:** | RE: Depositions |
| **Date:** | Tuesday, July 20, 2021 2:55:38 PM |

Sgt. Saleh will not be produced tomorrow because, as we've discussed, unilateral demands for dates are not acceptable, and we will let you know when he can be made available.

Dara L. Weiss
Senior Counsel
New York City Law Department
Special Federal Litigation
100 Church Street
New York, New York 10007
(212) 356-3517 (phone)
(212) 356-3509 (fax)
Daweiss@law.nyc.gov

**From:** Marquez, Lillian [Lillian.Marquez@ag.ny.gov]
**Sent:** Tuesday, July 20, 2021 1:08 PM
**To:** Weiss, Dara (Law); Morril, Gregory; sow-legal@blhny.com; Sierra Team; AG-NYPDLitigation; Andrew Stoll; Payne Litigation Team; wood@kllflaw.com
**Cc:** Robinson, Amy (LAW); Goykadosh, Brachah (Law); Jacobs, Elissa (Law); Lax, Joshua (Law)
**Subject:** RE: Depositions

Dara,

Defendants never communicated to us that they would not be producing Sgt. Saleh for deposition tomorrow, Wed., July 21.

We initially rescheduled the July 13 deposition that Defendants improperly canceled to July 19, a Monday. Defendants stated that they would not produce Sgt. Saleh on that date because he was not working that day. While preserving our objection to that basis for seeking an adjournment, and because Defendants still have not provided any dates of availability for Sgt. Saleh or any other deponent for *People*, we noticed Sgt. Saleh's deposition for tomorrow, starting at 10 a.m., in an email last Friday (attached). Defendants did not object or otherwise respond to that notice until now.

Please provide the reason for not producing Sgt. Saleh tomorrow.

Regards,

**Lillian Marquez | Assistant Attorney General**
New York State Office of the Attorney General, Civil Rights Bureau
28 Liberty St., New York, NY  10005
Tel: 212-416-6401 | www.ag.ny.gov
Pronouns: She/Her/Hers

**From:** Weiss, Dara (Law) <daweiss@law.nyc.gov>

**Sent:** Tuesday, July 20, 2021 12:19 PM
**To:** Morril, Gregory <Gregory.Morril@ag.ny.gov>; sow-legal@blhny.com; Sierra Team <SierraTeam@moskovitzlaw.com>; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Andrew Stoll <astoll@stollglickman.com>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; wood@kllflaw.com
**Cc:** Robinson, Amy (LAW) <arobinso@law.nyc.gov>; Goykadosh, Brachah (Law) <bgoykado@law.nyc.gov>; Jacobs, Elissa (Law) <ejacobs@law.nyc.gov>; Lax, Joshua (Law) <jlax@law.nyc.gov>
**Subject:** RE: Depositions

Sgt. Quigley will appear for deposition tomorrow.
As previously advised, Sgt. Saleh will not be appearing for deposition tomorrow.

---

Dara L. Weiss
Senior Counsel
New York City Law Department
Special Federal Litigation
100 Church Street
New York, New York 10007
(212) 356-3517 (phone)
(212) 356-3509 (fax)
Daweiss@law.nyc.gov

---

**From:** Morril, Gregory [Gregory.Morril@ag.ny.gov]
**Sent:** Tuesday, July 20, 2021 10:41 AM
**To:** Weiss, Dara (Law); sow-legal@blhny.com; Sierra Team; AG-NYPDLitigation; Andrew Stoll; Payne Litigation Team; wood@kllflaw.com
**Cc:** Robinson, Amy (LAW); Goykadosh, Brachah (Law); Jacobs, Elissa (Law); Lax, Joshua (Law)
**Subject:** Re: Depositions

Dara,

Please confirm that Defendants will be ready to proceed with the two depositions scheduled for tomorrow at 10 a.m.:

(1) Sgt. Patrick Quigley, who you scheduled for tomorrow in your email of July 2.

https://nyoag.webex.com/nyoag/j.php?MTID=mf5dc57bfdf0d1f285f05876e14bed6a4

(2) Sgt. Majer Saleh, who was scheduled for tomorrow in an amended deposition notice sent by the AG's Office on July 16. (In your email of July 2, you originally scheduled Sgt. Saleh's deposition for July 13 only to cancel it at 3:14 p.m. the day prior. On July 14, the AG's Office sent an amended notice of the deposition for July 19, but you stated that Defendants would not be producing Sgt. Saleh because he was not scheduled to work that day.)

https://nyoag.webex.com/nyoag/j.php?MTID=m29a3932b1bda6e2d6ea12d4308966b21

Also, we have yet to receive the documents needed for the depositions, as outlined most recently in Elena Cohen's July 13 email to you and which is attached again for reference. All such documents were also requested previously in Plaintiffs' Requests for Production of Documents.

Please provide those documents for tomorrow's depositions by 2 p.m. today.

Thank you,


**Greg Morril | Assistant Attorney General**

New York State Office of the Attorney General

Public Integrity Bureau

28 Liberty Street | New York, NY 10005

Office: (212) 416-6020 |Mobile: (917) 344-9323

---

**From:** Morril, Gregory <Gregory.Morril@ag.ny.gov>
**Sent:** Wednesday, July 14, 2021 11:07 AM
**To:** Weiss, Dara (Law) <daweiss@law.nyc.gov>; sow-legal@blhny.com <SierraTeam@moskovitzlaw.com>; AG-NYPDLitigation <astoll@stollglickman.com>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; wood@kllflaw.com <wood@kllflaw.com>
**Cc:** Robinson, Amy (LAW) <bgoykado@law.nyc.gov>; Jacobs, Elissa (Law) <ejacobs@law.nyc.gov>
**Subject:** Re: Depositions

Dara,

Below is the video conference link for the deposition of Sgt. Patrick Quigley on Wednesday, July 21, at 10 a.m. Please confirm that Defendants will be ready to proceed at that time and date.

**Join from the meeting link**
https://nyoag.webex.com/nyoag/j.php?MTID=mf5dc57bfdf0d1f285f05876e14bed6a4


**Join by meeting number**
Meeting number (access code): 1613 18 3338

Meeting password: 7qGg2jpX2k6

Thank you,

**Greg Morril | Assistant Attorney General**
New York State Office of the Attorney General
Public Integrity Bureau
28 Liberty Street | New York, NY 10005
Office: (212) 416-6020 |Mobile: (917) 344-9323

---

**From:** Weiss, Dara (Law) <daweiss@law.nyc.gov>
**Date:** Friday, July 2, 2021 at 2:34 PM
**To:** sow-legal@blhny.com>, Sierra Team <AG.NYPDLitigation@ag.ny.gov>, Andrew Stoll <PayneLitigationTeam@nyclu.org>, wood@kllflaw.com <wood@kllflaw.com>
**Cc:** Robinson, Amy (LAW) <bgoykado@law.nyc.gov>, Jacobs, Elissa (Law) <ejacobs@law.nyc.gov>
**Subject:** Depositions

**[EXTERNAL]**

Counselors:

Defendants will produce the first 10 witnesses for deposition on the following dates, all at 10:00 am:

July 8: Debora Matias
July 12:  Ismael Hernandez Carpio
July 13: Majer Saleh
July 14: Andre Jeanpierre
July 15: Harish Mansharama
July 16: Kevin Agro
July 19: Katarina Pjetri
July 20: Emmanuel Montesino
July 21: Patrick Quigley
July 22: Matthew Tarangelo

Best,
Dara Weiss

_____
Dara L. Weiss
Senior Counsel
New York City Law Department
Special Federal Litigation
100 Church Street
New York, New York 10007
(212) 356-3517 (phone)
(212) 356-3509 (fax)
Daweiss@law.nyc.gov

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential,

privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.