UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------ x
ADAM GRAY, et al.,

               Plaintiffs,

       - against -

CITY OF NEW YORK, et al.,

               Defendants.

------------------------------------------------------------ x

20 Civ. 8924 (CM)(GWG)

21 Civ. 6610 CM

**MOTION FOR ADMISSION PRO HAC VICE**

Having been admitted pro hac vice to 21 Civ. 6610 Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Alicia Calzada hereby moves this Court for an Order for admission to practice Pro Hac Vice to be admitted to appear as counsel for Adam Gray, Jason Donnelly, Diana Zeyneb Alhindawi, Jemell D. Cole, and Amr Alfiky, in the consolidated action 20 Civ. 8924. I am in good standing of the bars of the states of Texas and Connecticut and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the required affidavit pursuant to Local Rule 1.3.

                                           Respectfully Submitted,

                                           */s/ Alicia Calzada*
                                             Alicia Wagner Calzada
                                             Alicia Wagner Calzada, PLLC
                                             Deputy General Counsel
                                             National Press Photographers Association
                                             12023 Radium, Suite B1
                                             San Antonio, TX 78216
                                             Tel: (210) 825-1449
                                             Alicia@calzadalegal.com