UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------- x

ADAM GRAY, JASON DONNELLY, DIANA ZEYNEB ALHINDAWI, JEMELL D. COLE, and AMR ALFIKY,

                    Plaintiffs,

          - against -

CITY OF NEW YORK, SERGEANT WILLIAM E. BALUNAS, OFFICER SEAN P. ROBINSON, LIEUTENANT RICHARD MACK, OFFICER BRIANNA CARLO, JOHN DOES 1–7, and JANE DOE 1,

                    Defendants.

------------------------------------------------------------- x

21 Civ. _____

**AFFIDAVIT OF**

**ALICIA CALZADA**

**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

**STATE OF TEXAS** §
§
**COUNTY OF BEXAR** §

    BEFORE ME, the undersigned authority on this day personally appeared Alicia Calzada, who, being by me duly sworn on oath stated:

    1.    "My name is Alicia Calzada. I am over the age of eighteen (18) years. I have never been convicted of a felony or a crime involving moral turpitude, am under no disabilities, and am fully competent and qualified to make this affidavit.

    2.    I am submitting this affidavit in support of my motion to practice Pro Hac Vice to appear as counsel for <u>Adam Gray, Jason Donnelly, Diana Zeyneb Alhindawi, Jemell D. Cole, and Amr Alfiky,</u> in the above-captioned action.

    3.    I am in good standing of the bars of the states of Texas and Connecticut and there are no pending disciplinary proceedings against me in any state or federal court. In accordance with Local Rule 1.3, I hereby declare (1) I have never been convicted of a felony. (2) I have never been censured, suspended, disbarred or denied admission or readmission by any court. (3) there are no disciplinary proceedings presently against me.

FURTHER AFFIANT SAYETH NOT."

DATED this 3rd day of August, 2021.

                                                _____
                                                ALICIA CALZADA

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on this the 3rd day of August, 2021, to certify which witness my hand and official seal.



Notary Public In and For
The State of Texas

My Commission Expires: 07-02-2025