UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------- x

ADAM GRAY, JASON DONNELLY, DIANA ZEYNEB ALHINDAWI, JEMELL D. COLE, and AMR ALFIKY,

                Plaintiffs,

       - against -

CITY OF NEW YORK, SERGEANT WILLIAM E. BALUNAS, OFFICER SEAN P. ROBINSON, LIEUTENANT RICHARD MACK, OFFICER BRIANNA CARLO, JOHN DOES 1–7, and JANE DOE 1,

                Defendants.

---------------------------------------------------------- x

20 Civ. 8924 (CM)(GWG)

21 Civ. 6610 CM

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

    The motion of Alicia Calzada, for admission to practice Pro Hac Vice in the above captioned action, and specifically, in the consolidated action 20 Civ. 8924 is granted.

    Applicant has declared that she is a member in good standing of the bars of the states of Texas and Connecticut; and that her contact information is as follows:

>  Alicia Calzada
>  Alicia Wagner Calzada, PLLC
>  Deputy General Counsel
>  National Press Photographers Association
>  12023 Radium, Suite B1
>  San Antonio, TX 78216
>  Tel: (210) 825-1449
>  Alicia@calzadalegal.com

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Adam Gray, Jason Donnelly, Diana Zeyneb Alhindawi, Jemell D. Cole, and Amr Alfiky, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District/ Magistrate Judge