

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK , NEW YORK 10007

November 1, 2021

**By ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    In Re: *New York City Policing During Summer 2020 Demonstrations*,
     No. 20 Civ. 8924 (CM) (GWG)

Your Honor:

    I am a Senior Counsel in the Office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York and I am among counsel for the defense in the above-referenced matter. I write in accordance with Rule 2.A of the Court's Individual Practices to respectfully advise the Court, that with consent from counsel for the plaintiffs, Defendants will be submitting a letter in opposition to their October 28, 2021 Letter Motion for Local Rule 37.2 Conference (Dkt. # 306) on Thursday, November 4, 2021.

    Thank you for your consideration herein.

                                           Respectfully submitted,

                                           *Dara L. Weiss s/*

                                           Dara Weiss
                                           Senior Counsel
                                           Special Federal Litigation Division

cc:    ALL COUNSEL (via ECF only)