UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------ x

ADAM GRAY, JASON DONNELLY, DIANA
ZEYNEB ALHINDAWI, JEMELL D. COLE,
and AMR ALFIKY,

         Plaintiffs,

    - against -

CITY OF NEW YORK, SERGEANT
WILLIAM E. BALUNAS, OFFICER SEAN P.
ROBINSON, LIEUTENANT RICHARD
MACK, OFFICER BRIANNA CARLO, JOHN
DOES 1–7, and JANE DOE 1,

         Defendants.

------------------------------------------------------------ x

20 Civ. 8924 (CM)(GWG)

21 Civ. 6610 CM

**ORDER GRANTING MOTION
FOR ADMISSION PRO HAC VICE**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2021

The motion of Alicia Calzada, for admission to practice Pro Hac Vice in the above captioned action, and specifically, in the consolidated action 20 Civ. 8924 is granted.

Applicant has declared that she is a member in good standing of the bars of the states of Texas and Connecticut; and that her contact information is as follows:

    Alicia Calzada
    Alicia Wagner Calzada, PLLC
    Deputy General Counsel
    National Press Photographers Association
    12023 Radium, Suite B1
    San Antonio, TX 78216
    Tel: (210) 825-1449
    Alicia@calzadalegal.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Adam Gray, Jason Donnelly, Diana Zeyneb Alhindawi, Jemell D. Cole, and Amr Alfiky, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 11/2/2021

_____
United States District/~~Magistrate Judge~~