UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In Re: New York City Policing During
Summer 2020 Demonstrations

NOTICE OF MOTION

No. 20 Civ. 8924 (CM) (GWG)

---------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the Declaration of Gavin B. Mackie dated November 1, 2021 and the exhibits annexed thereto; the Declaration of Elissa B. Jacobs dated November 4, 2021; the accompanying Memorandum of Law dated November 4, 2021; and upon the prior pleadings and proceedings had herein, Defendants will move this Court before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, on a date and time to be determined by the Court, for a decision and order disqualifying Dr. Edward Maguire as an expert witness for Plaintiffs, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to agreement of the parties and in accordance with the Court's Individual Practices at Rule 2(B), Plaintiffs' opposition is due by November 22, 2021; and Defendants' Reply, if any, must be filed no later than December 3, 2021.

Dated:     New York, New York
              November 4, 2021

                                      GEORGIA M. PESTANA
                                      Corporation Counsel of the City of New York
                                      *Attorney for Defendants*
                                       100 Church Street
                                       New York, New York 10007
                                       (212) 356-2648
                                       jweng@law.nyc.gov

                              By:    *Jenny Weng*  /s
                                       Jenny Weng
                                       *Senior Counsel*
                                       Special Federal Litigation Division

To:     All Counsel (Via ECF)