UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

In Re: New York City Policing During Summer 2020 Demonstrations

----------------------------------------------------------

INDEX  20-CV-8924 (CM)(GWG)

ECF CASE

ADAM GRAY, JASON DONNELLY, DIANA ZEYNEB ALHINDAWI, JEMELL D. COLE, and AMR ALFIKY,

Plaintiffs,

- against -

CITY OF NEW YORK, OFFICER NICHOLAS TERRETT, OFFICER LUIGI TIRRO, OFFICER ADAM MUNIZ, OFFICER LEONEL GIRON, DETECTIVE ROBERT ALTIERI, LIEUTENANT KEITH GALLAGHER, CAPTAIN GZIM PALAJ, OFFICER BRIANNA CARLO, SERGEANT WILLIAM E. BALUNAS, OFFICER STEPHANIE ALBA, OFFICER SEAN P. ROBINSON, SERGEANT DANIEL SLEVIN, JOHN DOE 1, and JOHN DOE 2,

Defendants.

-------------------------------------------------------------------------X

Notice of Appearance

21-cv-6610 (CM)(GWG)

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for PLAINTIFFS - ADAM GRAY, JASON DONNELLY, DIANA ZEYNEB ALHINDAWI, JEMELL D. COLE, and AMR ALFIKY ], and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
        November 5, 2021 ,

                       /s/wylie stecklow_____
                      Wylie M. Stecklow, Esq.
                      Wylie Stecklow PLLC
                      Attorneys for Plaintiffs
                      Carnegie Hall Tower
                      152 W. 57th Street 8th Floor
                      New York, New York 10019
                      (212) 566-8000

TO: All Counsel (By ECF)