AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| People of the State of New York, | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 21-CV-322 |
| City of New York, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, People of the State of New York.

Date: 11/05/2021

/s/ Gina M. Bull
*Attorney's signature*

Gina M. Bull, Bar #5745617
*Printed name and bar number*
New York State Office of the Attorney General
28 Liberty Street, 23rd Fl.
New York, NY 10005

*Address*

gina.bull@ag.ny.gov
*E-mail address*

(646) 574-2180
*Telephone number*

(212) 416-6030
*FAX number*