

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small><br>**L<small>AW</small> D<small>EPARTMENT</small>**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **JENNY WENG**<br>*Senior Counsel*<br>jweng@law.nyc.gov<br>Phone: (212) 356-2648<br>Fax: (212) 356-1148 |

November 12, 2021

**VIA E.C.F.**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      In Re: *New York City Policing During Summer 2020 Demonstrations*,
      No. 20 Civ. 8924 (CM) (GWG)
      This filing is related to all cases

Your Honor:

      I am a Senior Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter. I write to respectfully request a brief extension of time from today, November 12, 2021 until November 19, 2021 to produce a complete set of responsive emails from the Office of the Mayor (OTM). This is defendants' first request for this extension and plaintiffs take no position on this application.[1] This extension will not require a change in other scheduled dates.

      The reason for the request is because during the final phase of the pre-production quality control (QC) process, defendants identified an issue in the OTM production set. As a result, defendants determined that it would be necessary to conduct targeted re-review and perform additional QC measures to ensure that privileged documents are correctly tagged and excluded from the production set (or produced with redactions). An email was promptly sent to plaintiffs on November 10, 2021 informing them of the issue and that it would delay part of the OTM production set. The Law Department case team and managed review team have been diligently working to develop the targeted search criteria and conduct the necessary re-review. About half of the OTM email will be produced either later this evening or early tomorrow and the remaining email will be produced on or before November 19.

---

[1] Specifically, plaintiffs' note that "Plaintiffs take no position on this application. Defendants have broadly asserted that they have encountered 'issues' in producing the documents, without any further explanation of what those issues are -- or why they were not anticipated or baked into Defendants' schedule, particularly given Defendants' claim that they had a successful validation on the first try. Given that, in an absence of information, Plaintiffs cannot evaluate whether the delay is reasonable."

For the foregoing reason, defendants respectfully request an extension of time from November 12, 2021 until November 19, 2021 to produce a complete set of responsive emails from OTM.

Thank you for your consideration herein.

Respectfully submitted,

*Jenny Weng* /s

Jenny Weng
*Senior Counsel*
Special Federal Litigation Division

cc:     ALL COUNSEL