# Edward R. Maguire

*Arizona State University * School of Criminology & Criminal Justice*
*411 North Central Avenue, Suite 600 * Phoenix, AZ 85004*
(Phone) 602-496-2016
edmaguire@asu.edu
www.edmaguire.net

## EDUCATION

**Ph.D.** in Criminal Justice, Rockefeller College of Public Affairs and Policy, University at Albany, SUNY (1997).  Dissertation: "Context, Complexity, and Control in Large Municipal Police Organizations."

**M.A.** in Criminal Justice, University at Albany, SUNY (1992).

**B.S.** (Magna cum Laude) in Criminal Justice, University of Massachusetts at Lowell (1991).

## PROFESSIONAL EXPERIENCE

Professor, Arizona State University, School of Criminology and Criminal Justice (*2016 - present*). Associate Director, Center for Violence Prevention and Community Safety.

Professor, American University, Department of Justice, Law and Criminology *(2008-2016; Department Chair, 2010-2012; Associate Professor, 2008-2012)*. Affiliate faculty, Center for Latin American and Latino Studies.

Associate Professor, George Mason University, Administration of Justice Department *(2000 to 2008; tenured 2002)*.  Affiliate faculty, Center for Social Complexity.

Assistant Professor, University of Nebraska at Omaha, Department of Criminal Justice *(1997 to 2000; Instructor, 1996-97)*.

Social Science Analyst, United States Department of Justice, Office of Community Oriented Policing Services (COPS), Washington, DC *(1994 to 1996)*.

Associate Social Affairs Officer, United Nations Crime Prevention and Criminal Justice Branch, Vienna, Austria.  Responsible for the management and analysis of data from the Fourth United Nations World Crime Survey (*April-August, 1994*).

Research Assistant, School of Criminal Justice and the Center for Human Services Research, University at Albany, SUNY *(1991-1993)*.

# CREATIVE ACTIVITY

## BOOKS & MONOGRAPHS, AUTHORED

Maguire, E.R. (2003).  Organizational Structure in American Police Agencies: Context, Complexity, and Control.  Albany, NY: SUNY Press.

Maguire, E.R. and M. Oakley (In press). Policing Protests: Lessons from the Occupy Movement and Beyond. New York: Harry Frank Guggenheim Foundation.

## BOOKS & MONOGRAPHS, EDITED

Giles, H., E.R. Maguire, and S. Hill (in process). Handbook of Policing, Communication, and Society. Lanham, MD: Rowman and Littlefield.

Katz, C.M. and E.R. Maguire (in process). Transforming Police: Thirteen Key Reforms. Long Grove, IL: Waveland Press.

Brookman, F., E.R. Maguire, and M. Maguire, editors (2017). The Handbook of Homicide. Malden, MA: John Wiley and Sons.

Maguire, E.R. and D. Duffee, editors (2015).  Criminal Justice Theory: Explaining the Nature and Behavior of Criminal Justice, 2nd edition.  New York: Routledge [1st edition published in 2007].

Maguire, E.R. and W. Wells, editors (2009).  Implementing Community Policing: Lessons from Twelve Agencies.  Washington, DC: Office of Community Oriented Policing Services.

## JOURNAL ARTICLES

(62) Snipes. J.B., E.R. Maguire, and X. Wang (In press). "A Successive Threat Theory of Police Expenditures." Crime and Delinquency.

(61) Snipes, J.B., E.R. Maguire, and D.H. Tyler (In press). "The Effects of Procedural Justice on Civil Disobedience: Evidence from Protesters in Three Cities" Journal of Crime and Justice.

(60) Adams, E., P. Morris, and E.R. Maguire (In press). "The Impact of Gangs on Community Life in Trinidad." Race and Justice.

(59) Brookman, F., E.R. Maguire, and M. Maguire (In press). "What Factors Influence Whether Homicide Cases are Solved? Qualitative Evidence from Great Britain and the USA." Homicide Studies.

(58) Maguire, E.R., M. Barak, W.H. Wells, and C. Katz (2018). "Attitudes toward the use of Violence against Police among Occupy Wall Street Protesters." <u>Policing: A Journal of Policy and Practice</u>. Advance online publication: doi.org/10.1093/police/pay003.

(57) Maguire, E.R., M. Barak, K. Cross, and K. Lugo (2018). "Attitudes among Occupy DC Participants about the Use of Violence against Police." <u>Policing and Society: An International Journal of Research and Policy</u>, 28(5): 526-540.

(56) Maguire, E.R. (2018). "New Frontiers in Research on Procedural Justice and Legitimacy in Policing." <u>Police Practice and Research: An International Journal</u>, 19(2): 107-110.

(55) Woo, Y., E.R. Maguire, and J. Gau (2018). "Direct and Indirect Effects of Procedural Justice on Cooperation and Compliance: Evidence from South Korea." <u>Police Practice and Research: An International Journal</u>, 19(2): 168-185.

(54) Tyler, D.H., M. Barak, E.R. Maguire, and W.H. Wells (2018). "The Effects of Procedural Injustice on the Use of Violence Against Police by Occupy Wall Street Protesters." <u>Police Practice and Research: An International Journal</u>, 19(2): 138-152.

(53) Campbell, B., J. Nix, and E.R. Maguire (2018). "Is the Number of Citizens Fatally Shot by Police Increasing in the Post-Ferguson Era?" <u>Crime and Delinquency</u>, 64(3): 398–420.

(52) Maguire, E.R., D. Johnson, J. Kuhns, and R. Apostolos (2017). "The Effects of Community Policing on Fear of Crime and Perceived Safety: Findings from a Pilot Project in Trinidad and Tobago." <u>Policing and Society: An International Journal of Research and Policy</u>. Published online ahead of print (doi: 10.1080/10439463.2017.1294177).

(51) Johnson, D., D.B. Wilson, E.R. Maguire, and B. Lowrey (2017). "Race and Perceptions of Police: Experimental Results on the Impact of Procedural (In)justice." <u>Justice Quarterly</u>, 34(7): 1184-1212.

(50) Pryce, D., D. Johnson, and E.R. Maguire (2017). "Procedural Justice, Obligation to Obey, and Cooperation with Police in a Sample of Ghanaian Immigrants." <u>Criminal Justice and Behavior</u>, 44(5): 733-755.

(49) Maguire, E.R., J. Nix, and B.A. Campbell (2017). "A War on Cops? The Effects of Ferguson on the Number of U.S. Police Officers Murdered in the Line of Duty." <u>Justice Quarterly</u>, 34(5): 739-758.

(48) Matusiak, M.C., W.R. King, and E.R. Maguire (2017). "How Perceptions of the Institutional Environment Shape Organizational Priorities: Findings from a Survey of Police Chiefs." <u>Journal of Crime and Justice</u>. 40(1): 5-19.

*Reprinted in <u>Contemporary Research on Police Organizations</u>, edited by George W. Burruss, Matthew J. Giblin, and Joseph A. Schafer (NY: Routledge, 2018).

(47) Maguire, E.R., B. Lowrey, and D. Johnson (2017). "Evaluating the Relative Impact of Positive and Negative Encounters with Police: A Randomized Experiment." Journal of Experimental Criminology, 13(3): 367-391.

(46) Maguire, E.R., T. Armstrong, and D. Johnson (2017). "The Structure of Citizen Perceptions of Crime and Disorder: New Evidence from a Developing Nation." Journal of Quantitative Criminology. 33(4): 675-699.

(45) Lowrey, B., E.R. Maguire, and R.R. Bennett (2016). "Testing the Effects of Procedural Justice and Overaccommodation in Traffic Stops: A Randomized Experiment." Criminal Justice and Behavior, 43(10): 1430-1449.

(44) Sah, S., D. Tannenbaum, H. Cleary, Y. Feldman, J. Glaser, A. Lerman, R. MacCoun, E.R. Maguire, P. Slovic, B. Spellman, C. Spohn, and C. Winship (2016). "Combating Biased Decision Making and Promoting Justice and Equal Treatment." Behavioral Science & Policy, 2(2): 79-87.

(43) Johnson, D., E.R. Maguire, S.A. Maass, and J. Hibdon (2016). "Systematic Observation of Disorder and other Neighborhood Conditions in a Distressed Caribbean Community." Journal of Community Psychology, 44(6): 729-746.

(42) Maguire, E.R. (2016). "New Directions in Protest Policing." Saint Louis University Public Law Review. 35(1): 67-108.

(41) Maguire, E.R., W.R. King, M.C. Matusiak, and B. Campbell (2016). "Testing the Effects of People, Processes, and Technology on Ballistic Evidence Processing Productivity." Police Quarterly, 19(2): 199-215.

(40) Maguire, E.R., and D.H. Fishbein (2016). "The Influence of Family Characteristics on Problem Behaviors in a Sample of High-Risk Caribbean Adolescents." Family Relations, 65: 120-133.

(39) Morris, P.K., and E.R. Maguire (2015). "Political Culture, Neighborhood Structure, and Homicide in Urban Jamaica." The British Journal of Criminology, 56(5): 919-936.

(38) Maguire, E.R. and D. Johnson (2015). "The Structure of Public Opinion on Crime Policy: Evidence from Seven Caribbean Nations." Punishment & Society, 17(4): 502-530.

(37) Maguire. E.R., W.R. King, W.H. Wells, and C.M. Katz (2015). "Potential Unintended Consequences of the Movement toward Forensic Laboratory Independence." Police Quarterly, 18(3): 272-292.

(36) Maguire, E.R., C.D. Uchida, and K. Hassell (2015). "Problem-Oriented Policing in Colorado Springs: A Content Analysis of 753 Cases." Crime and Delinquency, 61(1): 71-95.

(35) Johnson, D., E.R. Maguire, and J.B. Kuhns (2014). "Public Perceptions of the Legitimacy of the Law and Legal Authorities: Evidence from the Caribbean." Law and Society Review, 48(4): 947-978.

(34) Maguire, E.R. and W. King (2013). "Transferring Criminal Investigation Methods from Developed to Developing Nations." <u>Policing and Society: An International Journal of Research and Policy</u>, 23(3): 346-361.

(33) Maguire, E.R. (2013). "Exploring Family Risk and Protective Factors for Adolescent Problem Behaviors in the Caribbean." <u>Maternal and Child Health Journal,</u> 17(8): 1488-1498.

(32) Cao, L. and E.R. Maguire (2013). "A Test of the Temperance Hypothesis: Class, Religiosity, and Tolerance of Prostitution." <u>Social Problems</u>, 60(2): 188-205.

(31) Kuhns, J.B. and E.R. Maguire (2012). "Drug and Alcohol Use by Homicide Victims in Trinidad and Tobago, 2001-2007." <u>Forensic Science, Medicine, and Pathology</u>, 8(3): 243-251.

(30) Maguire, E.R., W. Wells, and C.M. Katz (2011). "Measuring Community Risk and Protective Factors for Adolescent Problem Behaviors: Evidence from a Developing Nation." <u>Journal of Research in Crime and Delinquency</u>, 48(4): 594-620.

(29) Katz, C.M., E.R. Maguire, and D. Choate (2011). "A Cross-National Comparison of Gangs in the United States and Trinidad and Tobago." <u>International Criminal Justice Review</u>, 21(3): 243-262.

(28) Kuhns, J.B., D.B. Wilson, T. Clodfelter , E.R. Maguire, and S. Ainsworth (2011). "A Meta-Analysis of Alcohol Toxicology Study Findings among Homicide Victims." <u>Addiction</u>, 106(1): 62-72.

(27) Maguire, E.R. and D. Johnson (2010). "Measuring Public Perceptions of the Police." <u>Policing: An International Journal of Police Strategies and Management</u>, 33(4): 703-730.

> *Reprinted in <u>New Perspectives in Policing: Stress, Public Perception, and Leadership</u> (Bingley, UK: Emerald Group Publishing, 2015).

(26) Maguire, E.R., W.R. King, D. Johnson, and C.M. Katz (2010). "Why Homicide Clearance Rates Decrease: Evidence from the Caribbean." <u>Policing and Society: An International Journal of Research and Policy</u>, 20(4): 373-400.

(25) Henderson, H.M., W. Wells, E.R. Maguire, and J. Gray (2010). "Evaluating the Measurement Properties of Procedural Justice in a Correctional Setting." <u>Criminal Justice and Behavior</u>, 37(4): 384-399.

(24) King, W.R. and E.R. Maguire (2009). "Assessing the Performance of Systems Designed to Process Criminal Forensic Evidence." <u>Forensic Science Policy & Management: An International Journal</u>, 1(3): 159-170.

(23) Kuhns, J.B., D.B. Wilson, E.R. Maguire, S. Ainsworth, and T. Clodfelter (2009). "A Meta-Analysis of Marijuana, Cocaine, and Opiate Toxicology Study Findings among Homicide Victims." <u>Addiction</u>, 104(7): 1122-1131.

(22) Maguire, E.R. (2009). "Police Organizational Structure and Child Sexual Abuse Case Attrition." <u>Policing: An International Journal of Police Strategies and Management</u>, 32(1): 157-179.

(21) Maguire, E.R. and R.R. Bennett (2008). "Introduction: Special Issue on Criminal Justice Research in Trinidad and Tobago." <u>Caribbean Journal of Criminology and Public Safety</u>, 13(1&2): xii-xxxiv.

(20) Maguire, E.R., J.A. Willis, J. Snipes, and M. Gantley (2008). "Spatial Concentrations of Violence in Trinidad and Tobago." <u>Caribbean Journal of Criminology and Public Safety</u>, 13(1&2): 44-83.

(19) Kuhns, J.B., E.R. Maguire, and S.M. Cox. (2007). "Public Safety Concerns of Small Police Agencies in Suburban and Rural America." <u>Police Quarterly</u>, 10(4): 429-454.

(18) Wells, W., J. Horney, and E.R. Maguire (2005). "Patrol Officer Responses to Citizen Feedback: An Experimental Analysis." <u>Police Quarterly</u>, 8(2): 171-205.

(17) Maguire, E.R. and W. King (2004). "Trends in the Policing Industry." <u>The Annals of the American Academy of Political and Social Science</u>, 593(1): 15-41.

(16) Zhao, J., K.D. Hassell, and E.R. Maguire (2003). "Structural Arrangements in Large Municipal Police Organizations: Revisiting Wilson's Theory of Local Political Culture." <u>Policing: An International Journal of Police Strategies and Management</u>. 26(2): 231-250.

(15) Maguire, E.R., Y. Shin, J. Zhao, and K.D. Hassell (2003). "Structural Change in Large Police Agencies During the 1990s." <u>Policing: An International Journal of Police Strategies and Management</u>. 26(2): 251-275.

(14) He, N., L. Cao, W. Wells, and E.R. Maguire (2003). "Forces of Production and Direction: Testing an Expanded Model of Suicide and Homicide." <u>Homicide Studies: An Interdisciplinary and International Journal</u>, 7(1): 36-57.

(13) Maguire, E.R. (2002). "Multiwave Establishment Surveys of Police Organizations." <u>Justice Research and Policy</u>, 4 (Fall Issue): 39-60.

(12) Katz, C., E.R. Maguire, and D.W. Roncek (2002). "The Creation of Specialized Police Gang Units: Testing Contingency, Social Threat, and Resource Dependency Explanations." <u>Policing: An International Journal of Police Strategies and Management</u>. 25(3): 472-506.

(11) Maguire, E.R. and C. Katz (2002). "Community Policing, Loose Coupling, and Sensemaking in American Police Agencies." <u>Justice Quarterly</u>, 19(3): 501-534.

(10) Archbold, C. and E.R. Maguire (2002). "Studying Civil Suits against the Police: A Serendipitous Finding of Sample Selection Bias." <u>Police Quarterly</u>, 5(2): 222-249.

(9) Maguire, E.R. and R. Schulte-Murray (2001). "Issues and Patterns in the Comparative International Study of Police Strength." International Journal of Comparative Sociology XLII (1-2): 75-100 (by invitation).

(8) Maguire, E.R. and S.D. Mastrofski (2000). "Patterns of Community Policing in the United States." Police Quarterly, 3(1): 4-45.

(7) Maguire, E.R., G. Howard, and G. Newman (1998). "Measuring the Performance of National Criminal Justice Systems." International Journal of Comparative and Applied Criminal Justice, 22(1): 31-59.

(6) Maguire, E.R., Snipes, J.B., Uchida, C.D., and Townsend, M. (1998). "Counting Cops: Estimating the Number of Police Officers and Police Agencies in the United States." Policing: An International Journal of Police Strategies and Management, 21(1):97-120.

(5) Maguire, E.R. (1997). "Structural Change in Large Municipal Police Organizations during the Community Policing Era." Justice Quarterly, 14(3): 701-730.

> *Reprinted in The Police in America: Classic and Contemporary Readings, edited by Stephen G. Brandl and David E. Barlow (Belmont Springs, CA: Wadsworth, 2004).

(4) Maguire, E.R., J.B. Kuhns, C.D. Uchida, and S. Cox. (1997). "Patterns of Community Policing in Nonurban America." Journal of Research in Crime and Delinquency, 34(3):368-394.

(3) Snipes, J.B. and E.R. Maguire (1995). "Country Music, Suicide and Spuriousness." Social Forces, 74(1): 327-329.

(2) Maguire, E.R. and J.B. Snipes (1994). "Re-assessing the Link between Country Music and Suicide." Social Forces 72(4): 1239-1243.

(1) Maguire, E.R. (1993). "The Professionalization of Police in Child Sexual Abuse Cases." Journal of Child Sexual Abuse 2(3): 107-116.


## BOOK CHAPTERS

(23) Brookman, E.R., Maguire, E.R., and Maguire M. (2017). "Introduction: Homicide in Global Perspective." In The Handbook of Homicide, edited by F. Brookman, E.R. Maguire, and M. Maguire. Malden, MA: John Wiley and Sons.

(22) Maguire, E.R. (2017). "Preventing Homicide." In The Handbook of Homicide, edited by F. Brookman, E.R. Maguire, and M. Maguire. Malden, MA: John Wiley and Sons.

(21) Maguire, E.R. and Gordon, J. (2015). "Faith-Based Interventions to Reduce Gang Violence in the Caribbean: Reflections from a Professor and a Priest." In Gangs in the Caribbean: Responses of State and Society, edited by A. Harriott and C.M. Katz. Kingston, Jamaica: University of the West Indies Press.

(20) Katz, C.M. and Maguire, E.R. (2015). "Diagnosing Gang Violence in the Caribbean." In <u>Gangs in the Caribbean: Responses of State and Society</u>, edited by A. Harriott and C.M. Katz. Kingston, Jamaica: University of the West Indies Press.

(19) Maguire, E.R. (2014). "Police Organizations and the Iron Cage of Rationality." In <u>Oxford Handbook of Police and Policing</u>, edited by M.D. Reisig and R.J. Kane. New York: Oxford University Press.

(18) Maguire, E.R. (2012). "Criminal Justice Systems." Pp. 115-139 in <u>Caribbean Human Development Report, 2012: Human Development and the Shift to Better Citizen Security</u>. New York: The United Nations Development Program.

(17) Maguire, E.R. and W.R. King (2011). "Federal-Local Coordination in Homeland Security." Pp. 322-356 in <u>Criminologists on Terrorism</u>, edited by B. Forst, J. Greene, and J. Lynch. New York: Cambridge University Press.

(16) Maguire, E.R. (2010). "A Journey through the World of Police Use of Force." Pp. 199-211 in <u>Police Use of Force: A Global Perspective</u>, edited by J. Kuhns and J. Knutsson. Westport, Connecticut: Praeger Security International.

(15) Maguire, E.R. (2009). "Taking Implementation Seriously: Response to Mastrofski, Weisburd, and Braga." Pp. 265-268 in N.A. Frost, J.D. Freilich, and T.R. Clear (Eds.). <u>Contemporary Issues in Criminal Justice Policy: Papers from the American Society of Criminology Conference</u>. Belmont, CA: Wadsworth.

> *Reprinted in <u>Criminal Justice Policy & Planning</u> (4th edition), edited by W.N. Welsh and P.W. Harris (Waltham, MA: Anderson, 2013).

(14) Wells, W., and E.R. Maguire (2009). "Introduction: Making Sense of Community Policing." Pp. xv-xxiii in <u>Implementing Community Policing: Lessons from 12 Agencies</u>, edited by E.R. Maguire and W. Wells. Washington, DC: Office of Community Oriented Policing Services.

(13) Wells, W., and E.R. Maguire (2009). "Internal and External Communications." Pp. 79-96 in <u>Implementing Community Policing: Lessons from 12 Agencies</u>, edited by E.R. Maguire and W. Wells. Washington, DC: Office of Community Oriented Policing Services.

(12) Maguire, E.R., C. Huneycutt, and M. Gantley (2009). "Newport News, Virginia." Pp. 153-160 in <u>Implementing Community Policing: Lessons from 12 Agencies</u>, edited by E.R. Maguire and W. Wells. Washington, DC: Office of Community Oriented Policing Services.

(11) Maguire, E.R., and M. Gantley (2009). "Specialist and Generalist Models." Pp. 45-56 in <u>Implementing Community Policing: Lessons from 12 Agencies</u>, edited by E.R. Maguire and W. Wells. Washington, DC: Office of Community Oriented Policing Services.

(10) Maguire, E.R., and M. Gantley (2009). "Decentralization and Geographic Accountability." Pp. 35-44 in <u>Implementing Community Policing: Lessons from 12 Agencies</u>, edited by E.R. Maguire and W. Wells. Washington, DC: Office of Community Oriented Policing Services.

(9) Maguire, E.R., and W. Wells (2009). "The Future of Community Policing." Pp. 173-184 in Implementing Community Policing: Lessons from 12 Agencies, edited by E.R. Maguire and W. Wells. Washington, DC: Office of Community Oriented Policing Services.

(8) Maguire, E.R. and W.R. King (2007). "The Changing Landscape of American Police Organizations." Pp. 337-371 in Policing 2020: Exploring the Future of Crime, Communities, and Policing, edited by J.A. Schafer. Washington, DC: Federal Bureau of Investigation.

(7) Snipes, J.B. and E.R. Maguire (2007). "Foundations of Criminal Justice Theory." Pp. 27-50 in Criminal Justice Theory, edited by David Duffee and Edward Maguire. New York: Routledge.

(6) Maguire, E.R. and C.D. Uchida (2007). "Explaining Police Organizations." Pp. 93-120 in Criminal Justice Theory, edited by D. Duffee and E.R. Maguire. New York: Routledge.

(5) Duffee, D.E., A.P. Worden, and E.R. Maguire (2007). "Directions for Theory and Theorizing in Criminal Justice." Pp. 291-320 in Criminal Justice Theory, edited by D. Duffee and E.R. Maguire. New York: Routledge.

(4) Maguire, E.R. and W. Wells (2002). "Community Policing as Communication Reform." Pp. 33-66 in Law Enforcement, Communication and Community, edited by H. Giles. NY: John Benjamins Publishers.

(3) Maguire, E.R. and C.D. Uchida (2000). "Measurement and Explanation in the Comparative Study of American Police Organizations." Pp. 491-557 in Criminal Justice 2000, Volume 4: Measurement and Analysis of Crime and Justice, edited by D. Duffee. Washington, DC: National Institute of Justice (Refereed).

(2) Eck, J. and E.R. Maguire (2000). "Have Changes in Policing Reduced Violent Crime? An Assessment of the Evidence." Pp. 207-265 in The Crime Drop in America, edited by A. Blumstein and J. Wallman. New York: Cambridge University Press.

(1) Maguire, E.R. (2000). "La Función Policial Orientada a La Resolución De Problemas" ["Problem-Oriented Policing"]. Pp. 99-113 in Seguridad Pública y Policía en el Comienzo del Siglio XXI [Public Security and the Police in the 21st Century]. Publicaciones de la Fundación Policia Española, Colección Estudios de Seguridad, Madrid, Spain.


ENCYCLOPEDIA ENTRIES

Maguire, E.R. (2006). "Crime Control Strategies: More Police." Pp. 315-318 in Encyclopedia of Police Science, 3rd edition, edited by J.R. Greene. New York: Routledge.

Maguire, E.R. (2006). "Authority within Police Organizations." Pp. 84-86 in Encyclopedia of Police Science, 3rd edition, edited by Jack R. Greene. New York: Routledge.

Maguire, E.R. and K. Hassell (2001). "Prevention: Police Role." Pp. 1155-1161 in Encyclopedia of Crime and Justice, 2nd Edition, edited by J. Dressler. New York: Macmillan Reference USA.

Maguire, E.R. and C. Archbold (2001). "Police: Organization and Management." Pp. 1083-1091 in Encyclopedia of Crime and Justice, 2nd Edition, edited by J. Dressler. New York: Macmillan Reference USA.

## OTHER PUBLICATIONS

King, W.R., W. Wells, C. Katz, E.R. Maguire, and J. Frank (2014). "Research in Brief: Using NIBIN Ballistic Imaging Hits for the Strategic Targeting of Violent Criminal Networks." The Police Chief, 81(May): 14.

Maguire, E.R. and Kuhns J.B. (2011). "Implementing Community Policing." Security Studies (the official scientific police research journal for Qatar's Ministry of the Interior), 4: 178-190.

Maguire, E.R. (2010). "The Effects of Community Policing on Crime, Disorder, and Fear." Security Studies (the official scientific police research journal for Qatar's Ministry of the Interior), 3.

Maguire, E.R. (2004). "Police Departments as Learning Laboratories." Ideas in American Policing lecture series. Washington, DC: Police Foundation. Online copy available at: http://www.policefoundation.org/pdf/Ideas-Maguire.pdf

Maguire, E.R. (2004). "Measuring the Performance of Law Enforcement Agencies: Part Two." Article in CALEA Update, Volume 84. Fairfax, VA: Commission on Accreditation for Law Enforcement Agencies. Online copy available at: http://www.calea.org/newweb/newsletter/No84/maguirepart2.htm

> *Reprinted in Law Enforcement Executive Forum (January 2005).

Maguire, E.R. (2003). "Measuring the Performance of Law Enforcement Agencies: Part One." Pp. 1-30 in CALEA Update, Volume 83 (September). Fairfax, VA: Commission on Accreditation for Law Enforcement Agencies. Online copy available at: http://www.calea.org/newweb/newsletter/No83/measurement.htm

> *Reprinted in Law Enforcement Executive Forum (January 2005).

## BOOK / SOFTWARE REVIEWS

Maguire, E.R. (2001) Software Review of "MicroFACT 1.1, A Microcomputer Factor Analysis Program for Dichotomous and Ordered Polytomous Data and Mainframe Sized Problems." Structural Equation Modeling, 8(1): 150-156.

Maguire, E.R. (1997). Book Review of "Planning Community Policing: Goal Specific Cases and Exercises," by Victor G. Strecher (Prospect Heights, IL: Waveland Press, 1997). Journal of Contemporary Criminal Justice, 14(1): 94-95.

Maguire, E.R. (1997). Book Review of "Policing Space: Territoriality and the Los Angeles Police Department," by Steve Herbert (Minneapolis: University of Minnesota Press, 1997). Policing: An International Journal of Police Strategies and Management, 16(3):590-591.

Maguire, E.R. (1993). Book Review of "The Police in Los Angeles: Reform and Professionalization," by Gerald Woods (NY: Garland, 1993). The Criminologist, 18(4):15.


UNPUBLISHED REPORTS[1]

Maguire, E.R., M. Oakley, and N. Corsaro (2018). Cure Violence in Trinidad and Tobago: Final Report. Report submitted to the Inter-American Development Bank (106 pages).

Maguire, E.R., N. Corsaro, and M. Oakley (2016). Cure Violence in Trinidad and Tobago: Midterm Evaluation. Report submitted to the Inter-American Development Bank (77 pages).

Kuhns, J.B., E.R. Maguire, N.R. Leach, and D.W. Stephens (2015). Understanding and Promoting Health, Safety, and Wellness in Law Enforcement: Four Case Studies of Promising Programs. Report submitted to the Office of Community Oriented Policing Services (66 pages).

Kuhns, J.B., D. Dolliver, E. Bent, and E.R. Maguire (2015). Understanding and Reducing Firearms Assaults against Law Enforcement Officers in the United States. Report submitted to the Office of Community Oriented Policing Services (63 pages).

Maguire, E.R. (2014). A Review of Global and Regional Crime Trends Likely to Impact the Dutch Caribbean. Report submitted to the Recherche Samenwerkings Team (Dutch police task force) (31 pages). http://www.rst-politie.net/file/Onderzoeksrapport_maguire.pdf

King, W.R., W. Wells, C. Katz, E.R. Maguire, and J. Frank (2013). Opening the Black Box of NIBIN: A Process and Outcome Evaluation of the use of NIBIN and its Effects on Criminal Investigations. Final report submitted to the National Institute of Justice (116 pages). https://www.ncjrs.gov/pdffiles1/nij/grants/243875.pdf

Maguire, E.R., and M. Gantley (2010). Wave 3 Assessment for Project Lantern. Final report submitted to the International Justice Mission.

Maguire, E.R., M. Gantley, and J.B. Snipes (2009). Wave 2 Assessment for Project Lantern. Report submitted to the International Justice Mission.

Maguire, E.R. and J.B. Snipes (2007). Baseline Assessment for Project Lantern. Report submitted to the International Justice Mission.

---

[1] I produced numerous unpublished reports during my project in Trinidad and Tobago (2004-2010), but most of them were considered confidential under the terms of our contract, therefore I do not list them here.

Maguire, E.R., R. Stiftar, K. Simmons, M.C. Ibar, B. Alsbaugh, and S. Bryant, S. (2004). Measuring the Perceived Service Quality Of the Police. Administration of Justice Honors Program (2002-2003), George Mason University (May, 84 pages).

Maguire, E.R. and M. Gantley (2004). National Survey of Accredited and Non-Accredited Public Safety Communications Centers. Final Report to CALEA (May, 53 pages).

Maguire, E.R. and M. Gantley (2004). National Survey of Accredited and Non-Accredited Law Enforcement Agencies. Final Report to CALEA (May, 107 pages).

Uchida, C.D., E.R. Maguire, S.E. Solomon, and M. Gantley (2003). Safe Kids, Safe Schools: Evaluating the Use of Iris Recognition Technology in New Egypt, NJ. Final report submitted to the National Institute of Justice (146 pages).
http://www.ncjrs.org/pdffiles1/nij/grants/208127.pdf

Maguire, E.R., S.E. Solomon, and C.D. Uchida (2003). National Evaluation of School-Based Partnerships: Reducing Disputes in Spartanburg, South Carolina. Report submitted to the Office of Community Oriented Policing Services (March, 83 pages).

Maguire, E.R., J. Schnobrich-Davis, S.E. Solomon, and C.D. Uchida (2003). National Evaluation of School-Based Partnerships: Reducing Bullying, Threats, and Intimidation in Westwood, Massachusetts. Report submitted to the Office of Community Oriented Policing Services (March, 77 pages).

Maguire, E.R. (2003). A White Paper on Police Agency Performance Measures. Report prepared for the Commission on Accreditation for Law Enforcement Agencies (January, 47 pages).

Maguire, E.R. (2002). Causal Factors Influencing Police Organizations. Report prepared for the National Research Council, Committee to Review Research on Police Policy and Practice (July; 96 pages).

Maguire, E.R., K.D. Hassell, and C.D. Uchida (2001). Problem Oriented Policing in Colorado Springs. Report submitted to the Colorado Springs Police Department (October; 50 pages).

Hassell, K.D., E.R. Maguire, and C.D. Uchida (2001). The Colorado Springs Juvenile Offender Unit: A Process and Impact Evaluation. Report Submitted to the Colorado Springs Police Department (October; 73 pages).

Gallagher, C., E.R. Maguire, S.D. Mastrofski, and M.D. Reisig (2001). The Public Perception of the Police Image, Final Report submitted to the International Association of Chiefs of Police (September; 142 pages).

Koper, C.S., E.R. Maguire, and G.E. Moore (2001). A National Study of Police Hiring and Retention Issues in Police Agencies. Report submitted to the National Institute of Justice (94 pages).

Uchida, C.D., S.E. Solomon, and E.R. Maguire (2000). <u>Neighborhood-Based Policing, "Austin Style": An Assessment</u>. Report submitted to the Austin Police Department (September; 51 pages).

Uchida, C.D., S.E. Solomon, and E.R. Maguire (2000). <u>Evaluating Fort Lauderdale's Community Policing Demonstration Center</u>. Report submitted to the Fort Lauderdale Police Department (May).

Maguire, E.R. and S.D. Mastrofski (1998). <u>The Utility of Existing COPS Office Data for Learning about Community Policing and Organizational Change</u>. Report prepared for the Office of Community Oriented Policing Services (81 pages).

Maguire, E.R. and K. Schechinger (1998). <u>A Process Evaluation of the Lincoln Police Department's Problem-Solving Partnerships Grant</u>. Report prepared for the Lincoln (NE) Police Department and the Office of Community Oriented Policing Services (28 pages).


**PAPERS UNDER EXTERNAL REVIEW / REVISION AT REFEREED JOURNALS**

Maguire, E.R. and D. Johnson. "Rethinking the Structure of Public Perceptions of Police Legitimacy." [R&R; under revision]

Maguire, E.R. and J. Chanin. "Criminology, Criminal Justice, and Public Administration: Overlaps and Opportunities." [R&R; under revision]

Maguire, E.R., M. Barak, and C.M. Katz. "The Nature and Structure of MS-13 in the United States and El Salvador: Evidence from Three Metropolitan Areas." [R&R; under revision]

Maguire, E.R., B. Lowrey, and D. Johnson. "The Effects of Procedural Justice on Perceptions of Police Bias: Evidence from Two Randomized Experiments." [R&R; under revision]

Johnson, D., K. Wozniak, and E.R. Maguire. "Support for Punitive, Progressive, and Extrajudicial Criminal Justice Policies in the Caribbean." [R&R; under revision].

Maguire, E.R., C. Atkin-Plunk, and W.H. Wells. "The Effects of Procedural Justice on Cooperation and Compliance among Inmates in a Work-Release Program." [R&R; under revision].

Barak, M., K.S. Leon, T. Hay, and E.R. Maguire. "Empirical and Conceptual Obstacles in Defining MS-13: Law-Enforcement Perspectives from a Federally-Funded Study." [R&R; under revision].

Shjarback, J. and E.R. Maguire. "Extending Research on the 'War on Cops': The Effects of Ferguson on Non-Fatal Assaults against U.S. Police Officers." [under 1st round of review].

Tyler, D.H. and E.R. Maguire. "Newsworthiness of Police: Changes in Print Media Coverage of Police Post-Ferguson." [under 1st round of review].

Brookman, F., S. Pike, and E.R. Maguire. "Dancing around Miranda: The Effects of Legal Reform on Homicide Detectives in the US and the UK." [under 1st round of review].

# PROFESSIONAL ACTIVITIES

## GRANTS AND CONTRACTS

*Note: I have served as Principal or Co-Principal Investigator on dozens of externally funded projects totaling just over **$9 million**. Listed below are projects with a total amount of $25,000 or greater.*

2014-2018. Principal Investigator on a study funded by the Inter-American Development Bank entitled: "Evaluation of the CureViolence Program in Trinidad and Tobago" (~$380,000).

2014-2017. Principal Investigator (in partnership with American University's Center for Latin American and Latino Studies) on a study funded by the National Institute of Justice entitled: "Assessing the Transnational Criminal Capacity of MS-13 in the U.S. and El Salvador" (~$671,000).

2014-2015. Subcontractor on a study of police officer health, wellness, and safety funded by the Bureau of Justice Assistance (primary contract awarded to the Major City Chiefs Association) (~$28,000).

2014-2015. Principal Investigator on a study funded by the Inter-American Development Bank to evaluate a crime reduction project in Montevideo, Uruguay ($70,000).

2012-2015. Principal Investigator on a study funded by the Office of Community Oriented Policing Services entitled "Policing Protest: The Role of Community Policing in the Occupy Movement" (~$400,000).

2011-2013. Subcontractor on a study of police processing of ballistic evidence funded by the National Institute of Justice (Principal Investigator was William King at Sam Houston State University) (~$57,000).

2008-2010. Co-Principal Investigator on a violence prevention project funded by the Ministry of Education in Trinidad and Tobago (~$152,000)

2008-2010. Principal Investigator on a project funded by the Ministry of National Security of Trinidad and Tobago entitled "Implementing Strategic Crime Control in Trinidad and Tobago" (~$1.3 million).

2006-2010. Principal Investigator on a study of sexual trafficking in minors funded by the International Justice Mission entitled "Assessment of Project Lantern" (~$528,000).

2005-2008. Co-Principal Investigator and Project Director on a research and technical assistance project funded by the Ministry of National Security of Trinidad and Tobago entitled "Improving Crime Control Capacity in the Trinidad and Tobago Police Service" (~$4.6 million).

1999-2004. Principal Investigator on a study funded by the Office of Community Oriented Policing Services entitled "How Police Organizations Implement Community Policing" ($192,885).

1998-2000. Principal Investigator on a study funded by the Office of Community Oriented Policing Services and the National Institute of Justice entitled "Measuring Community Policing at the Precinct and Agency Levels" ($199,491).

1998-2000. Project Director and Co-Principal Investigator (with Jihong Zhao) on a study funded by the National Institute of Justice entitled "The Structure of Large Municipal Police Organizations during the Community Policing Era" ($177,159).


**INVITED PRESENTATIONS** *(international presentations denoted with an asterisk)*

Inter-American Development Bank, "Final Results from the Evaluation of Cure Violence in Trinidad and Tobago." Washington, DC (January 24, 2019).

*Inter-American Development Bank, Citizen Security Week: "Final Results from the Evaluation of Cure Violence in Trinidad and Tobago." Santiago, Chile (November 28, 2018).

International Association of Crime Analysts Annual Conference, "Research Evidence on Violence Reduction Programs, Practices, and Strategies." Newport Beach, CA (September 21, 2018).

University of Arizona, Symposium on Constitutional Issues in Higher Education, "Plenary: New Directions in Protest Policing." Tucson, AZ (June 21, 2018).

*Stockholm Criminology Symposium, "Can Problem Oriented Policing Reduce Fear of Crime and Perceived Physical and Social Disorder? Results from a Quasi-Experiment in Trinidad & Tobago." Stockholm, Sweden (June 13, 2018).

University at Albany, State University of New York, School of Criminal Justice, Undergraduate Commencement Address. Albany, NY (May 19, 2018).

*United States Agency for International Development, Conference on the Cure Violence Public Health Model in Latin America and the Caribbean, "Preliminary Results from the Evaluation of Cure Violence in Trinidad and Tobago." Ciudad Juarez, Mexico (April 20, 2018).

Bureau of Justice Assistance, National Public Safety Partnership Meeting on Enhancing Crime Analysis Capacity, "Research Evidence on Violence Reduction Programs, Practices, and Strategies." Charlotte, NC (April 16, 2018).

*Unidos por la Justicia, Forum on Promising Practices in Community Policing, "International Research Evidence on Police Effectiveness." San Pedro Sula, Honduras (March 23, 2018).

*Inter-American Development Bank, Citizen Security Week: "Preliminary Results from the Evaluation of Cure Violence in Trinidad and Tobago." Medellin, Colombia (December 1, 2017).

Office of Juvenile Justice and Delinquency Prevention, webinar on Law Enforcement and Youth Research Gaps and Needs: "Research Evidence in CrimeSolutions.gov on Policing Youth." Washington, DC (October 12, 2017).

Inter-American Development Bank, webinar on "Restoring Paradise in the Caribbean: Combatting Violence with Numbers" (one of three panelists). Washington, DC (May 19, 2017).

*Inter-American Development Bank, Workshop on Crime and Violence in Jamaica: "Evaluating Cure Violence in Trinidad and Tobago." Kingston, Jamaica (May 2, 2017).

Sam Houston State University, College of Criminal Justice. Beto Memorial Lecture: "New Directions in Procedural Justice Research." Huntsville, TX (April 13, 2017).

John Jay College of Criminal Justice, National Network for Safe Communities. "Implementing Crime Control Reform in Developing Nations: Lessons from Trinidad and Tobago." Tarrytown, NY (March 27, 2017).

*Keele University, Workshop on Evidence Based Practice in the Policing of Crowds. Keynote address: "New Directions in Protest Policing in the USA?" Staffordshire, England (March 13, 2017).

Texas Major Cities Police Chief Leadership Series. "Protest Policing: Procedural Justice, Legitimacy, and Values" (Session 2). San Antonio, TX (May 1, 2015).

Florida International University, School of International and Public Affairs. "Protest Policing in the United States: Lessons from the Occupy Movement." Miami, FL (March 27, 2015).

American University / International Association of Chiefs of Police Town Hall Meeting on Community-Police Relations (one of 6 panelists). Washington, DC (March 25, 2015).

Texas Major Cities Police Chief Leadership Series. "Protest Policing: Procedural Justice, Legitimacy, and Values" (Session 1). San Antonio, TX (March 20, 2015).

St. Louis University School of Law. "Improving Protest Policing." St. Louis, MO (February 20, 2015).

U.S. Department of Justice / Major City Chiefs Association. "Learning about Felonious Assaults against Police Using LEOKA Data." Washington, DC (December 18, 2014).

* Recherche Samenwerkings Team (Dutch police task force). "Gangs and Organized Crime in the Caribbean." Willemstad, Curaçao (October 22, 2014).

*Government of Curaçao. "Group- and Gang-Related Crime in Curaçao." Willemstad, Curaçao (October 21, 2014).

*Symposium on the Future of Policing. "Policing Mass Events." Griffith University, Brisbane, Australia (September 8, 2014).

*Dana Saroop Seetahal Symposium: Re-engineering the Criminal Justice System, "Reflections on Gangs and Gang Violence in Trinidad and Tobago." University of the West Indies, St. Augustine, Trinidad (June 14, 2014).

Woodrow Wilson International Center for Scholars and the World Bank. "Research Evidence, Theory, and Speculation on Gang Truces." Washington, DC (October 30, 2013).

*Inter-American Development Bank. "Some Reflections on Community Policing." Montevideo, Uruguay (October 14, 2013).

*Recherche Samenwerkings Team (Dutch police task force). "Understanding and Preventing Gang Violence in the Caribbean." Aruba (June 28, 2013).

*Recherche Samenwerkings Team (Dutch police task force). "Understanding and Preventing Gang Violence in the Caribbean." Curacao (June 27, 2013).

Workshop on Gangs and Governance in the Caribbean. "Faith-Based Interventions to Reduce Gang Violence in the Caribbean." Miami, Florida (April 25, 2013).

*Recherche Samenwerkings Team (Dutch police task force). "Understanding and Preventing Gang Violence in the Caribbean." St. Maarten (April 5, 2013).

Washington Office on Latin America (panel discussion on the anniversary of the gang truce in El Salvador). "The Effects of Gang Truces." Washington, DC (March 29, 2013).

*Summit on the Economics of Policing. "Research, Policing, and Crime Reduction." Ottawa, Canada (January 17, 2013).

*Embassy of the Federation of Saint Kitts and Nevis. "Understanding and Reducing Violence in St. Kitts and Nevis" (Presentation to Her Excellency, Ambassador Jacinth L. Henry-Martin). Washington, DC (September 28, 2012).

Police Executive Leadership Workshop. "Police Innovation and Problem-Oriented Policing." Springfield, Illinois (September 19, 2012).

*Royal St. Kitts and Nevis Police Force. "Diagnosing and Preventing Gang Violence in St. Kitts and Nevis: Problems and Prospects." Basseterre, St. Kitts (July 3, 2012).

*Caribbean Anti-Gang Conference. Breakout Session: "Gang Violence in the Caribbean: A Focused Deterrence Approach." St. Thomas, U.S. Virgin Islands (June 20, 2012).

*Caribbean Anti-Gang Conference.  Keynote Address: "Diagnosing and Preventing Gang Violence in the Caribbean." St. Thomas, U.S. Virgin Islands (June 19, 2012).

Symposium on Gangs and Gang Violence in the Caribbean.  "Diagnosing and Preventing Gang Violence in the Caribbean." Washington, DC (February 17, 2012).

International Association of Chiefs of Police.  "Three Gaps in Research on Policing."  Chicago, IL (October 23, 2011).

National Institute of Justice Research Conference.  "A Review of Law Enforcement Programs in *CrimeSolutions.gov*."  Arlington, VA (June 20, 2011).

*Homicide and Major Crime Investigation Symposium, University of Glamorgan.  "Transferring Criminal Investigation Methods from Developed to Developing Nations."  Cardiff, Wales (June 5, 2011).

*Qatar Ministry of Interior.  "The Worldwide Spread of Community Policing."  Doha, Qatar (October 5, 2010)

*Zhejiang Police College: Sino-US Gang/Youthful Misbehavior Research Collaboration Roundtable. "Recent Developments in American Police Responses to Crime."  Hongzhou, China (June 10, 2008).

*Organized Crime: A Threat to the Caribbean (A symposium hosted by the Organization of American States).  "Diagnosing Gangs in the Caribbean."  Montego Bay, Jamaica (With Charles M. Katz; March 21, 2007).

*St. Martin de Porres Church. "Community Approaches to Reducing Gang Violence." Gonzales, East Port of Spain, Trinidad (May 12, 2006).

Virginia Commonwealth University. "Policing: Using Trust as a Tool to Reduce Crime." Richmond, VA (April 25, 2006).

*Trinidad and Tobago Police Service. "Reducing Violent Crime in Trinidad and Tobago." Port of Spain, Trinidad (March 14, 2006).

George Mason University, on the Visit of the Honorable Martin Joseph, Minister of National Security, Trinidad and Tobago. "Reducing Violent Crime in Trinidad and Tobago." Manassas, VA (February 4, 2006)

Administration of Justice Advisory Board, George Mason University.  "Reducing Violent Crime in Trinidad and Tobago."  Fairfax, Virginia (December 16, 2005).  [The Chairman of this Advisory Board was Edwin Meese III, former Attorney General of the United States].

*Association of Caribbean Commissioners of Police.  "Police Reform Intervention Strategies." Hastings, Barbados (December 7, 2005).

*Trinidad and Tobago Ministry of National Security.  "Improving the Capacity of the Inter-Agency Task-Force to Reduce Violent Crime."  Port of Spain, Trinidad (June 3, 2005).

*Edmonton Police Service. "Organizational Structure and Performance Measurement in Policing." Edmonton, Canada (March, 2005).

Police Executive Research Forum. "Performance Measures for Consent Decrees." Washington, DC (February 11, 2005).

*U.S. State Department. "Preventing Crime: Research Evidence on Effective Crime Policy." American Embassy, Curitiba and Sao Paulo, Brazil (5 talks given during lecture tour from September 15-17, 2004).

*4th IACP South American Executive Policing Conference. "Data Analysis as a Management Tool." Porto Alegre, Brazil (September 14, 2004).

Commission on Accreditation for Law Enforcement Agencies. "Findings from Four National CALEA Surveys." Fairfax, VA (May 18, 2004; with Megan Gantley).

*First Nations Chiefs of Police Association. "How to Measure Your Agency's Performance." Calgary, Alberta, Canada (May 14, 2004).

*U.S. State Department. "Preventing and Responding to Urban Violence." American Embassy, Rio De Janeiro and Brasilia, Brazil (3 talks given during lecture tour from March 24-26, 2004).

Police Foundation. "Police Organizations as Learning Laboratories." *Ideas in American Policing* lecture series. Washington, DC (February 17, 2004).

Commission on Accreditation for Law Enforcement Agencies. "Measuring the Performance of Law Enforcement Agencies." Talk repeated four times: Orlando, FL (March, 2003); Detroit, MI (July, 2003); Colorado Springs, CO (November 2003); and Pasadena, CA (March, 2004).

Coalition of Justice Associations. "The Public Image of the Police." Alexandria, VA (March 12, 2003).

Commission on Accreditation for Law Enforcement Agencies, Performance Measurement Committee. "A White Paper on Police Agency Performance." Alexandria, VA (September, 2002).

Southern Illinois University at Carbondale, Third annual Elmer and Carol Johnson Criminal Justice Career Fair. Guest Panelist (April, 2002).

National Research Council, Committee to Review Research on Police Policy and Practice. "Multiwave Establishment Surveys of Police Organizations." Washington, DC (April 11, 2002).

*International Association of Chiefs of Police, Image and Ethics Committee. "The Public Image of the Police." Toronto, Canada (May, 2001).

Southern Illinois University at Carbondale, First annual Elmer and Carol Johnson Criminal Justice Career Fair. Guest Panelist (April, 2000).

*Complutense University of Madrid, El Escorial, Spain. "La Función Policial Orientada a la Resolución de Problemas" with simultaneous translation into Spanish (June, 1999).

Police Executive Research Forum, 1998 Annual Meeting. "Research Evidence on the Spread of Community Policing" (April, 1998). San Antonio, TX.

### PAPERS/POSTERS PRESENTED AT PROFESSIONAL MEETINGS (PAST 10 YEARS ONLY)

*Key:* *ASC = American Society of Criminology annual conference*
*ACJS=Academy of Criminal Justice Sciences annual conference*
*NIJ= National Institute of Justice annual research conference*

Johnson, D., E.R. Maguire, and J. Kuhns. "Evaluating the Effects of Community Policing on Perceived Disorder in a Developing Nation." Paper presented at ASC: Philadelphia, PA (November 15, 2017).

Maguire, E.R., B. Lowrey, and D. Johnson. "The Effects of Procedural Justice on Perceptions of Police Bias: Evidence from Two Randomized Experiments." Paper presented at ASC: New Orleans, LA (November 17, 2016).

Campbell, B.A., J. Nix, and E.R. Maguire. "Civilians Killed by Police Pre- and Post-Ferguson: A Time Series Analysis." Paper presented at ASC: New Orleans, LA (November 16, 2016).

Kuhns, J.B., E.R. Maguire, D. Dolliver, E. Bent, and J. Cambareri. "Understanding Firearms Assaults against Law Enforcement Officers in the United States." Paper presented at ACJS: Denver, CO (April 1, 2016).

Maguire, E.R., D. Johnson, and B.V. Lowrey. "Evaluating the Relative Impact of Positive and Negative Encounters with Police." Paper presented at ACJS: Denver, CO (March 31, 2016).

Bennett, R.R. and E.R. Maguire. "Constructing a Conceptual Model of Police Accountability." Paper presented at the European Society of Criminology: Porto, Portugal (September 3, 2015).

Lowrey, B., E.R. Maguire, and R.R. Bennett. "Optimal Levels of Procedural Justice in Traffic Stops." Paper presented at ACJS: Orlando, FL (March 4, 2015).

Maguire, E.R., J. Hibdon, D. Johnson, and J. Kuhns. "Community Policing and Crime Reduction: A New View from Trinidad and Tobago." Paper presented at ASC: San Francisco, CA (November 21, 2014).

Maguire, E.R., M. Vriniotis, and A. Harriott. "Correlates of Bullying Victimization among Adolescents in the English-Speaking Caribbean." Paper presented at ASC: San Francisco, CA (November 20, 2014).

Maguire, E.R. "The Role of Community Policing in the Occupy Movement." Paper presented at ASC: Atlanta, GA (November 21, 2013).

Johnson, D. and E.R. Maguire. "Explaining Support for Punitive, Rehabilitative, and Preventive Criminal Justice Policies in the Caribbean." Paper presented at ASC: Atlanta, GA (November 20, 2013).

Maguire, E.R. "Support for Punitive and Progressive Crime Policies in the Caribbean." Paper presented at ACJS: Dallas, TX (March 21, 2013).

Maguire, E.R. "The Antecedents of Informal Social Control in the Caribbean." Paper presented at ASC: Chicago, IL (November 14, 2012).

Maguire, E.R. "Perceptions of Police Among Occupy DC Participants." Paper presented at the International Conference on Justice, Security and Human Rights at John Jay College: New York, NY (June 9, 2012).

Maguire, E.R. "The Structure of Adolescent Attitudes toward Police." Paper presented at ASC: Washington, DC (November 17, 2011).

Maguire, E.R. "A Review of Law Enforcement Programs in CrimeSolutions.gov." Paper presented at NIJ: Arlington, VA (June 20, 2011).

Maguire, E.R. "The Effects of School Commitment on Adolescent Problem Behavior in Trinidad and Tobago." Paper presented at ACJS: Toronto, Canada (March 4, 2011).

King, W.R. and E.R. Maguire. "Predictors of Homicide Investigation Success in a Developing Nation: A Multi-Method Study." Paper presented at ASC: San Francisco, CA (November 17, 2010).

Maguire, E.R. "Explaining Executive Succession in Policing." Paper presented at ACJS: San Diego, CA (February 25, 2010).

Maguire, E.R. "Changes in Gang Territory, Alliances, and Conflicts." Poster presented at ASC: Philadelphia, PA (November, 2009).

Maguire, E.R. "Taking Implementation Seriously: A Response to Mastrofski, Weisburd, and Braga." Paper Presented at ASC: Philadelphia, PA (November, 2009).


## SERVICE & PARTICIPATION

Editorial Positions
- *Police Practice and Research (*Guest editor for special issue on procedural justice and legitimacy*, 2018)*
- *Police Quarterly* (Editorial Board member, 2017 - present)
- *Caribbean Journal of Criminology & Public Safety* (Guest Co-Editor, Volume 13, 2008)
- *Justice Quarterly* (Associate Editor, 1999-2002 term)
- *Sicurezza e scienze sociali* (International Scientific Board member)

- *Encyclopedia of Police Science* (Editorial Board member)
- *Transnational Crime and Global Security* (Advisory Board member)

<u>Manuscript Reviewer</u> (Books)
- Ashgate (2015); Cambridge University Press (2005); Cengage Learning (2013); Greenwood Press (2001); McGraw Hill (2002); Oxford (2018); Prentice-Hall (1997-2003); Routledge (2005-2018); Sage (2010); SUNY Press (1997-1998); University of California Press (2014); University Press of New England (2005); Wadsworth (1999-2004)

<u>Manuscript Reviewer</u> (Journals)
- American Journal of Criminal Justice (2018)
- Bulletin of the World Health Organization (2016)
- Children and Youth Services Review (2018)
- Crime and Delinquency (2007-2013)
- Crime, Law and Social Change (2018)
- Criminal Justice and Behavior (2015-2018)
- Criminology (2000-2019)
- Criminology and Criminal Justice (2016)
- Criminology, Criminal Justice, Law & Society (2017-2018)
- European Journal of Criminology (2013-2017)
- Evaluation Review (2012)
- Homicide Studies (2015)
- International Criminal Justice Review (2015-2018)
- International Journal of Comparative and Applied Criminal Justice (2000-2019)
- International Journal of Conflict and Violence (2015)
- International Journal of Peace and Development Studies (2015)
- International Journal of Police Science and Management (2017)
- Journal of Crime and Justice (2011-2018)
- Journal of Criminal Justice (2004-2015)
- Journal of Criminal Justice and Popular Culture (1998-1999)
- Journal of Criminology (2014)
- Journal of Experimental Criminology (2016-2018)
- Journal of Police and Criminal Psychology (2013)
- Journal of Quantitative Criminology (2002-2019)
- Journal of Research in Crime and Delinquency (1999-2018)
- Justice Quarterly (1998-2017)
- Justice Research and Policy (2004)
- Journal of Scandinavian Studies in Criminology and Crime Prevention (2017)
- Law and Society Review (2003-2016)
- Mobilization: An International Quarterly (2017)
- PLOS One (2018)
- Police Practice and Research: An International Journal (2000-2018)
- Police Quarterly (1998-2017)
- Policing: A Journal of Policy and Practice (2017-2018)

- Policing: An International Journal of Police Strategies and Management (1997-2019)
- Policing and Society (2012-2018)
- Public Administration Review (2013-2016)
- Punishment and Society (2019)
- Race and Justice (2014-2016)
- Social Development (2012)
- Social Problems (2003-2004)
- Social Science Quarterly (2003)
- Social Science Research (2012)
- Substance Abuse and Rehabilitation (2015)
- Western Criminology Review (2010)

Manuscript / Grant Proposal Reviewer (Agencies/Nonprofits)
- National Institute of Justice (1998-2015)
- Office of Community Oriented Policing Services (2002-2015)
- Department of Homeland Security (2006)
- National Science Foundation (2004-2017)
- Israel Science Foundation (2012-2018)
- Social Sciences and Humanities Research Council, Canada (2014-2018)
- British Academy / Leverhulme Trust, United Kingdom (2014-2018)
- Campbell Collaboration (2018)
- Economic and Social Research Council, United Kingdom (2018)

Thesis and Dissertation Committees

*Chair, Ph.D. Dissertation Committee*
- Belén Lowrey, American University; Justice, Law & Criminology (2017).
- Kenneth Sebastian Leon, American University; Justice, Law & Criminology (2017).

*Member / Reader, Ph.D. Dissertation Committee*
- Charles Katz, University of Nebraska at Omaha; Criminal Justice (1998).
- Jeffrey Spears, University of Nebraska at Omaha; Criminal Justice (1999).
- William Wells, University of Nebraska at Omaha; Criminal Justice (1999).
- Paula Kautt, University of Nebraska at Omaha; Criminal Justice (2000).
- David Muhlhausen, University of Maryland, Baltimore County; Policy Studies (2004).
- Joshua Chanin, American University; Public Administration (2011).
- Rebecca Welch, American University; Justice, Law & Society (2012).
- Jane Palmer, American University; Justice, Law & Society (2012).
- Francisco DaCunha, American University; Education (2013).
- Hyon Namgung, Univ. of Missouri-St. Louis; Criminology & Criminal Justice (2013).
- Allison Brooks, American University; Justice, Law & Society (2014).
- Gokhan Aksu, American University; Justice, Law & Society (2014).
- Daniel Pryce, George Mason University; Criminology, Law & Society (2014).
- Keith Williams, American University; Justice, Law & Criminology (2015).
- Joel Hunt, American University; Justice, Law & Criminology (2016).

- Kris Lugo, American University; Justice, Law & Criminology (2016).
- Erin Kearns, American University; Justice, Law & Criminology (2016).
- Erik Alda, American University; Justice, Law & Criminology (2017).
- David Tyler, Arizona State University; Criminology & Criminal Justice (in progress).

*External Examiner, Ph.D. Dissertation (Commonwealth nations)*
- Stephen Darroch, Griffith University; Criminology & Criminal Justice (2009).
- Oluwagbenga Akinlabi, Griffith University; Criminology & Criminal Justice (2016).
- Laura Bedford, University of Queensland; Institute for Social Science Research (2017).
- Tarik Weekes, University of the West Indies – Mona, Jamaica (in progress).

*External Examiner, Master's Thesis (Commonwealth nations)*
- Akeila Greene, University of the West Indies – St. Augustine, Trinidad (2018)

*Chair, M.A. Thesis Committee*
- Kimberly Hassell, University of Nebraska at Omaha, Criminal Justice, 1999.
- Rachel Baumgartner, Arizona State University, Criminology & Criminal Justice (in progress).
- Audrey Puckett, Arizona State University, Criminology & Criminal Justice (in progress).


**MEMBERSHIP IN PROFESSIONAL ASSOCIATIONS**
Academy of Criminal Justice Sciences (ACJS)
American Society of Criminology (ASC)
   *Member of Program Committee (2002, 2005, 2006, 2008, 2011)
International Association of Chiefs of Police (IACP, membership lapsed)


**COURSES TAUGHT** (B=Bachelor's, M=Master's, D=Doctoral)
Community Policing (B)
Criminal Justice Program Evaluation (B)
Criminal Justice Planning and Program Evaluation (M)
Critical Issues in Justice (B)
Honors Seminar in Police Legitimacy (B)
Prevention and Deterrence of Crime (B)
Police Administration and Management (B)
Survey of Criminal Justice (B)
Terrorism and Local Policing (B)
Strategic Crime Control (B)
Research Methods (B,M,D)
Crime Policy (M)
Criminal Justice Planning and Change (M)
Police and Society (M)
Statistics I & II (M)
Advanced Research in Policing (D)
Justice Organization and Administration (D)
Proseminar in Justice (D)

## HONORS & AWARDS

Distinguished Alumni Award, School of Criminal Justice, University at Albany (2018).

Chair, Research Advisory Board, Police Executive Research Forum (2018-present).

Inaugural Member, Research Advisory Board, Police Executive Research Forum (2015-present).

Special Advisory Member, Government of Uruguay's Scientific Advisory Committee on marijuana legalization (2014-2015).

Standing Review Panel, National Institute of Justice (2012-2014).

National Advisory Group, International Association of Chiefs of Police homicide investigation project (2012-2013).

Advisory Board, Houston Police Department Eyewitness Identification Experiment (2012-2014).

Emerald Literati Club's "2011 Highly Commended Award" for a paper published in Policing: An International Journal of Police Strategies and Management.

Advisory Board, Center for Violence Prevention and Community Safety, Arizona State University (2010-2016).

Research Advisory Board, Police Foundation (2004-2006).

Emerald Literati Club's "2003 Highly Commended Award" for a paper published in Policing: An International Journal of Police Strategies and Management.

Board of Mentors, Wadsworth Publishers (2001).

Member, National Community Oriented Policing Resource Board, an advisory committee to the U.S. Justice Department's Office of Community Oriented Policing Services (1998).

University at Albany "President's Distinguished Doctoral Dissertation Award" (1998).

U.S. Department of Justice, Office of Community Oriented Policing Services, Cash Award for Outstanding Performance, $1,500 (1995).

Graduate Fellowship, School of Criminal Justice, University at Albany (1991-92).

First prize, Alpha Phi Sigma (Criminal Justice Honor Society) National Student Paper Competition.  Award presented at the annual ACJS meeting in Nashville, Tennessee (1991).