UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations | 20 Civ. 8924 (CM)(GWG) |
| This filing is related to: | |
| KRYSTIN HERNANDEZ, NATALIE BAKER, ETHAN CHIEL, KYLA RASKIN, REX SANTUS, ROXANNE ZECH, RAFAEL-LEV GILBERT, SARAH MILLS-DIRLAM, AUGUST LEINBACH, JALEN MATNEY, JONATHAN DAVIS, and DAVID HOLTON, | 21 Civ. 7406 (CM)(GWG) |
| Plaintiffs, | |
| - against - | |
| THE CITY OF NEW YORK; NEW YORK CITY MAYOR BILL DE BLASIO; NEW YORK POLICE DEPARTMENT ("NYPD") COMMISSIONER DERMOT SHEA; NYPD CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD DEPUTY COMMISSIONER FOR LEGAL MATTERS ERNEST F. HART; NYPD ASSISTANT CHIEF KENNETH LEHR; NYPD LEGAL BUREAU SERGEANT KENNETH RICE; NYPD STRATEGIC RESPONSE GROUP ("SRG") MEMBER FIRST NAME UNKNOWN ("FNU") RABEL; NYPD SUPERVISOR FNU HYLAND; and NYPD MEMBERS JOHN AND JANE DOES 1-157, | |
| Defendants. | |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 26(d)(1), Plaintiffs Krystin Hernandez, Natalie Baker, Ethan Chiel, Kyla Raskin, Rex Santus, Roxanne Zech, Rafael-Lev Gilbert, Sarah Mills-Dirlam, August Leinbach, Jalen Matney, Jonathan Davis, and David Holton (the *Hernandez* Plaintiffs) and Defendants agree that the *Hernandez* Plaintiffs and Defendants may

immediately seek and serve discovery, including third-party discovery, relating to the claims, defenses, and issues in *Hernandez,* civil action 21 Civ. 7406 (CM)(GWG). The parties further agree that:

1. All parties will abide by the protective order entered as Docket 115 in civil action 20 Civ. 8924 (CM)(GWG) in this matter; and

2. All discovery that has been and will be conducted in the consolidated cases will be deemed part of *Hernandez*, without the need for either party to re-disclose it, respecting any confidentiality designations that are in place.

Dated:  December 15 , 2021
New York, New York

[SIGNATURES ON FOLLOWING PAGE]

| | |
|---|---|
| **COHEN&GREEN P.L.L.C.** | **NYC CITY LAW DEPARTMENT** |
| By: _____Remy Green_____<br>Elena L. Cohen<br>J. Remy Green<br>Jessica Massimi | By: ___*Dara L. Weiss s/*___<br>Dara L. Weiss<br>100 Church Street<br>New York, New York, 10007<br>(212) 356-3517<br>Phone: (212) 356-3517<br>Fax: (212) 356-3509<br>Daweiss@law.nyc.gov |
| 1639 Centre Street, Suite 216<br>Ridgewood (Queens), NY 11385<br>   t: (929) 888-9480<br>   f: (929) 888-9457<br>   e: elena@femmelaw.com<br>      remy@femmelaw.com<br>      jessica@femmelaw.com | *Attorney for Defendants* |

-and-

Gideon Orion Oliver
277 Broadway, Suite 1501
New York, NY  10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

*Attorneys for Hernandez Plaintiffs*

3