UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: New York City Policing During Summer    :          ORDER
2020 Demonstrations
                                                          20 Civ. 8924 (CM) (GWG)
                                                :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

   The Court has reviewed the plaintiffs' application relating to aviation unit video (Docket # 331) and defendants' response (Docket # 332).

   In light of the plaintiffs' obvious interest in all the videos (and their request for all the videos), the Court does not understand how the City ended up believing that the plaintiffs were interested in only the Mott Haven video. But that is water under the bridge now. The complete aviation videos must be produced as promptly as possible. The Court has searched the City's letter in vain for any explanation as to why it cannot state how long it should reasonably take to accomplish this task. The need for a 4-terabyte hard drive is hardly an impediment as such hard drives cost less than $150.

   Accordingly, and in light of the holidays, the Court orders that the complete videos be produced on or before January 7, 2022. The Court will not entertain any application for an extension of this deadline in the absence of sworn affidavits from individuals with personal knowledge as to the technological impediments to meeting the January 7, 2022 deadline. That being said, this deadline may be extended by the parties agreement without Court order.

   SO ORDERED.

Dated:  December 16, 2021
        New York, New York

                                          _____
                                          GABRIEL W. GORENSTEIN
                                          United States Magistrate Judge