

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **DARA L. WEISS**<br>*Senior Counsel*<br>daweiss@law.nyc.gov<br>Phone: (212) 356-3517<br>Fax: (212) 356-1148 |

**By ECF**  January 5, 2022

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      In Re:  *New York City Policing During Summer 2020 Demonstrations*,
             No. 20 Civ. 8924 (CM) (GWG)

Your Honor:

      I am a Senior Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York and I am among counsel for the defense in the above-referenced matter. I write in accordance with Rule 2.A of the Court's Individual Practices to respectfully advise the Court, that without objection from plaintiffs' counsel, Defendants will be submitting a letter in opposition to their January 3, 2022 Letter Motion for Local Rule 37.2 Conference (Dkt. #337) on Friday, January 7, 2022.

      Thank you for your consideration herein.

      Respectfully submitted,

      *Dara L. Weiss s/*

      Dara Weiss
      Senior Counsel
      Special Federal Litigation Division

cc:  ALL COUNSEL (via ECF only)