UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

----

In Re: New York City Policing During Summer 2020 Demonstrations

20 Civ. 8924 (CM)(GWG)

----

This filing is related to:

RYAN MINETT,

     Plaintiff,

- against -

THE CITY OF NEW YORK, et al.,

     Defendants.

21 Civ. 8161 (CM)(GWG)

MEMORANDUM ENDORSED

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 26(d)(1), Plaintiff Ryan Minett and Defendants agree that Plaintiff and Defendants may immediately seek and serve discovery, including third-party discovery, relating to the claims, defenses, and issues in *Minett,* civil action 21 Civ. 8161 (CM)(GWG). The parties further agree that:

1. All parties will abide by the Stipulation and Order Regarding Clawback Agreement entered as Docket 333 in civil action 20 Civ. 8924(CM)(GWG) in this matter;

2. All parties will abide by the protective order entered as Docket 115 in civil action 20 Civ. 8924 (CM)(GWG) in this matter; and

3. All discovery that has been and will be conducted in the consolidated cases will be deemed part of *Minett*, without the need for either party to re-disclose it, respecting any confidentiality designations that are in place.

[SIGNATURES ON FOLLOWING PAGE]

1

Dated:  January 6, 2022
       New York, New York

| **COHEN&GREEN P.L.L.C.** | **NYC CITY LAW DEPARTMENT** |
|---|---|
| By:   /s/ Remy Green | By:   /s/ Dara Weiss |
| Elena L. Cohen | Dara L. Weiss |
| J. Remy Green | 100 Church Street |
| Jessica Massimi | New York, New York, 10007 |
|  | (212) 356-3517 |
| 1639 Centre Street, Suite 216 | Phone: (212) 356-3517 |
| Ridgewood (Queens), NY 11385 | Fax: (212) 356-3509 |
| t: (929) 888-9480 | Daweiss@law.nyc.gov |
| f: (929) 888-9457 |  |
| e: elena@femmelaw.com | *Attorney for Defendants* |
| remy@femmelaw.com |  |
| jessica@femmelaw.com |  |

-and-

Gideon Orion Oliver
277 Broadway, Suite 1501
New York, NY  10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

*Attorneys for Plaintiff*

SO ORDERED.

*[signature]*

GABRIEL W. GORENSTEIN
United States Magistrate Judge

January 6, 2022