\\



| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **DARA L. WEISS**<br>*Senior Counsel*<br>daweiss@law.nyc.gov<br>Phone: (212) 356-3517<br>Fax: (212) 356-1148 |

**By ECF**                                            January 10, 2022

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        In Re:   *New York City Policing During Summer 2020 Demonstrations*,
                 No. 20 Civ. 8924 (CM) (GWG)

Your Honor:

        I am a Senior Counsel in the Office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York and I am among counsel for the defense in the above-referenced matter. I write in accordance with Rule 2.A of the Court's Individual Practices to respectfully advise the Court, that without objection from counsel for the plaintiffs, Defendants will be submitting a letter in opposition to their January 6, 2022 Letter Motion for Local Rule 37.2 Conference (Dkt. # 341) on Wednesday, January 12, 2022. Defendants require two additional days to respond to plaintiffs' letter due to absences because of illnesses on our team.

        Thank you for your consideration herein.

                                                                     Respectfully submitted,

                                                                     *Dara L. Weiss s/*

                                                                     Dara Weiss
                                                                     Senior Counsel
                                                                     Special Federal Litigation Division

        cc:       ALL COUNSEL (via ECF only)