

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **DARA L. WEISS**<br>*Senior Counsel*<br>daweiss@law.nyc.gov<br>Phone: (212) 356-3517<br>Fax: (212) 356-1148 |

**By ECF**     January 20, 2022

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    In Re:  *New York City Policing During Summer 2020 Demonstrations*,
            No. 20 Civ. 8924 (CM) (GWG)

Your Honor:

    I am a Senior Counsel in the Office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York and I am among counsel for the defense in the above-referenced matter. I write in accordance with Rule 2.A of the Court's Individual Practices to respectfully advise the Court that Defendants will be submitting a letter in opposition to their January 18, 2022 Letter Motion for Local Rule 37.2 Conference (Dkt. # 354) on Monday, January 24, 2022.

    Plaintiffs do not object to this request, and state:

    "Plaintiffs do not oppose Defendants' request to have until Monday to respond. That said, Plaintiffs are seriously concerned that Defendants' continued delay in resolving this matter and finalizing document production is jeopardizing their ability to timely begin and ultimately complete on schedule the higher level depositions."

    Thank you for your consideration herein.

                                        Respectfully submitted,

                                        *Dara L. Weiss s/*

                                        Dara Weiss
                                        Senior Counsel
                                        Special Federal Litigation Division

    cc:    ALL COUNSEL (via ECF only)