

January 24, 2022

**Via ECF**

Hon. Colleen McMahon
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *In re New York City Policing During Summer 2020 Protests*,
No. 20-CV-8924 (CM) (GMG)
This filing relates to *Wood v. City of New York*, No. 20-CV-10541

Your Honor,

    We represent Plaintiff Henry Wood, individually and on behalf of all others similarly situated. We write with consent of Defendants to respectfully request that the Court extend the deadline to serve Defendants Julio Delgado, Thomas Mosher, and Thomas Garguilo with Plaintiff's Second Amended Complaint until 30 days after entry of the Court's order.

    Plaintiff filed his Second Amended Complaint on August 26, 2021, naming Delgado, Mosher, and Garguilo as defendants. Corporation Counsel needed time to determine the service status and its representation of those officers. After extensive discussion, Corporation Counsel confirmed to Plaintiff on Friday, January 21, 2022 that it anticipated it would be representing all three officers as of early this week and would be willing at that point to accept service of the complaint on their behalf.

    Accordingly, we ask the Court to extend the deadline to serve the Second Amended Complaint, at which time Plaintiff will promptly file requests for the issuance of summonses and serve Corporation Counsel with the summonses and complaint.

    Respectfully submitted,

    /s/

    Alison Frick

Alanna Kaufman*  •  Douglas E. Lieb‡  •  David A. Lebowitz  •  Alison Frick*

Adam Strychaluk  •  Alyssa Isidoridy

*Also admitted to practice in New Jersey  ‡Also admitted to practice in California and Connecticut