

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK , NEW YORK 10007

**DARA L. WEISS**
*Senior Counsel*
daweiss@law.nyc.gov
Phone: (212) 356-3517
Fax: (212) 356-1148

**By ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

January 24, 2022

  In Re:  *New York City Policing During Summer 2020 Demonstrations*,
     No. 20 Civ. 8924 (CM) (GWG)
     This filing is related to all cases

Your Honor:

  I am a Senior Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York and I am among counsel for the defense in the above-referenced matter. I write in accordance with Rule 2.A of the Court's Individual Practices to respectfully oppose plaintiffs' January 18, 2022 letter motion pursuant to Local Civil Rule 37.2 (Dkt. # 354).

  First, defendants take issue with plaintiffs' statement that the "conferral process has largely fallen apart." A number of conferrals took place, and defendants have, via email, provided responses to the issues raised by plaintiffs. Moreover, most, if not all of plaintiffs' concerns raises in the instant letter have been addressed during myriad other meet-and-confers in these cases, and in defendants' discovery responses to the many other duplicative requests served by their co-plaintiffs.

  As plaintiffs point out in their letter, last month additional information was provided, yet again. Updated responses were provided. Defendants are unsure what, if anything plaintiffs claim is outstanding, or what they just seek further information/confirmation of. Plaintiffs are simply incorrect in their assertions that certain documents which were previously provided only included documents whish were provided for the OAG/DOI investigations, as explained on numerous occasions to counsel. Independent searches were done, and are continuing in response to the numerous meet-and-confers recently held in these consolidated cases.

  Defendants are happy to engage in another meet and confer, which was never requested prior to providing their proposed letter. In fact, plaintiffs did not contact this office regarding these issues, or a desire to further explore any concerns after Defendants' December 2, 2021 update. Unfortunately, the undersigned was involved in another lengthy, court-ordered meet and confer in

this matter on the day that defendants served a draft of the instant letter, and then had a family medical issue, so their email did not come to my attention until the letter was filed on the docket. Defendants will schedule a meet-and-confer promptly, so plaintiffs can better explain their issues, and defendants can reiterate their position, and hopefully point plaintiffs to additional information that they may find useful in responding to their issues.

      Based upon the forgoing Defendants respectfully request that Plaintiffs' motion be denied in its entirety and that Defendants be permitted to schedule a meet-and-confer to explore the issues herein.

      Thank you for your consideration herein.

      Respectfully submitted,

*Dara L. Weiss s/*

Dara Weiss
Senior Counsel
Special Federal Litigation Division

cc:    ALL COUNSEL (via ECF only)