UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re: New York City Policing During Summer :       <u>ORDER</u>
2020 Demonstrations       20 Civ. 8924 (CM) (GWG)
                                                                         :
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      With regard to Docket # 354, the City must keep plaintiffs apprised of the status of document requests. The Court directs the City to immediately meet and confer as to all categories of documents, to identify for plaintiffs which documents will and will not be produced, and to provide firm dates by which any production will be made. If the plaintiffs are dissatisfied with the results of the meet and confer, they are free to send a new letter.

      Separately, the Court orders that the City produce the example audit trail logs identified in the plaintiffs' letter (page 6) on or before February 2, 2022.

      SO ORDERED.

Dated: January 25, 2022
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge