UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations<br><br><br>This filing is related to:<br>ALL CASES | CIVIL ACTION NO. 20 Civ. 8924 (CM)(GWG)<br><br><br>**STIPULATION AND [PROPOSED] ORDER** |

      WHEREAS the People of the State of New York, by Letitia James, Attorney General of the State of New York ("OAG"), and other plaintiffs in the above-captioned consolidated actions (the "Litigation") served a notice of deposition of witness Sergeant Majer Saleh on counsel for Defendant the City of New York, the Corporation Counsel for the City of New York ("Corporation Counsel") on June 6, 2021;

      WHEREAS Sgt. Saleh has canceled numerous depositions, as outlined in court filings;

      WHEREAS Corporation Counsel failed to provide a deposition date for Sgt. Saleh by the Court-ordered deadline of December 24, 2021;

      WHEREAS on January 11, 2022, the OAG served a subpoena to testify at a deposition on January 27, 2022, in these consolidated civil actions (the "Subpoena") and sufficient witness fee by delivering those papers to a person of suitable age and discretion at Sgt. Saleh's actual place of business, and mailing them to Sgt. Saleh's last known residence on January 13, 2022;

      WHEREAS upon receiving notice of the Subpoena, Sgt. Saleh communicated through the undersigned counsel and Corporation Counsel that he was on vacation dealing with a family medical issue and unequivocally would not appear for his deposition on January 27, 2021; and

WHEREAS the OAG and individual counsel agree to adjourn the deposition of Sgt. Saleh in order to permit counsel time to adequately prepare and meet with the witness;

Therefore, IT IS HEREBY STIPULATED AND AGREED by the undersigned Parties, through their counsel, that:

1. Sgt. Saleh, through the undersigned counsel, acknowledges proper service of process of the Subpoena and waives any objection or defense concerning service of process;

2. Sgt. Saleh, through the undersigned counsel, accepts service of process of the attached new testimonial subpoena;

3. The parties agree to conduct Sgt. Saleh's deposition on March 1, 2022 at 10:00 a.m.

4. The deposition shall be taken remotely and in accordance with the Remote Deposition Stipulation entered by the parties in the above-captioned cases. A videoconference link for the deposition shall be provided to all counsel at least two days prior to the deposition.

Dated: New York, New York
       January 26, 2022

**STIPULATED AND AGREED:**

| **THE QUINN LAW FIRM PLLC** | **LETITIA JAMES**<br>**Attorney General of the State of New York** |
|---|---|
| By: /s/ Matthew K. Schieffer<br>Matthew K. Schieffer<br>Associate<br>The Quinn Law Firm<br>399 Knollwood Road, Suite 220<br>White Plains, NY 10603<br>Phone: (914) 997-0555<br>mschieffer@quinnlawny.com | By: /s/ Lillian M. Marquez<br>Lillian M. Marquez<br>Assistant Attorney General<br>New York State Attorney General's Office<br>28 Liberty St., 20th Floor<br>New York, NY 10005<br>Phone: (212) 416-8250<br>Lillian.Marquez@ag.ny.gov |
| *Attorney for Sgt. Majer Saleh* | *Attorneys for People of the State of New York* |

**SO ORDERED:**

Dated: _____          _____
       New York, New York            Hon. Gabriel Gorenstein