

**CONFIDENTIAL**

REPORT UNDE
DCU-A002/02

DRAFT

POLICE DEPARTMENT
CITY OF NEW YORK

March 4, 2002

From: Commanding Officer, Disorder Control Unit

To: Chief of Department

Subject: **AFTER ACTION REPORT ON WORLD ECONOMIC FORUM MEETINGS AND DEMONSTRATIONS**

1. On January 30th through February 4th the World Economic Forum held meetings at the Waldoff-Astoria hotel. As a result a number of demonstrations against the World Economic Forum occurred. The following observations and recommendations include those made by Task Forces and Narcotics supervisors that participated in this detail.

3. **Observations**

- Early intelligence was poor. The Intelligence Division gave out very little information. At meetings they claimed they could not remember the web addresses of protester sites. A week prior there was still no information. Members of the service assigned to the detail were given little or no information as to what they were up against.

CONFIDENTIAL

- [redacted]

- No information developed from monitoring the demonstrators' radios was forth coming fro the Intelligence Division to the Task Forces. This information only came from the Task Force Field Command Post. Information from sources within the crowd proved to be good information.

- [redacted]

- The amount of confrontation and number of arrests were lower than expected [redacted]

- The staging of large amounts of personnel and equipment that was observed by protesters was a deterrent.

- [redacted]

- [redacted]

- [redacted]

- [redacted]

- [redacted]

- [redacted]

- [redacted]

- [redacted]

# CONFIDENTIAL

- [redacted]

- This event proved that the wearing of disorder helmets is not offensive; in fact, it proved that wearing helmets is a deterrent to confrontation.

- [redacted]

- The arrests made at West 59th Street and 5th Avenue set a "tone" with the demonstrators and their possible plans at other demonstrations.

- [redacted]

- [redacted]

- [redacted]

- There was no central log observed at the processing facility. Two inquiries were made as to the number of prisoners being processed and the answer both times was "I have no idea"

- [redacted]

- [redacted]

- [redacted]

- The urgency, in some cases to "scoop up" arrests and remove them from the scene proved to work against the situation. This hastened the process adding to the confusion and increasing the potential for mistakes to be made.

CONFIDENTIAL

4. **Recommendations**

- Bicycle units assigned to the detail should be used for reconnaissance (locating and followin protesters), messenger service and crowd control. Scooters can also perform this role.

**CONFIDENTIAL**

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- Utilize undercover officers to distribute misinformation within the crowds.
- [redacted]
- [redacted]
- [redacted]
- [redacted]

**CONFIDENTIAL**

- [redacted]

5. For your information

Thomas Graham
Inspector

TG/pmc

**POLICE DEPARTMENT**
**CITY OF NEW YORK**

February 08, 2002

**From:** Commanding Officer, Queens North Task Force

**To.** Commanding Officer, Disorder Control Unit

**Subject:** **CRITIQUE OF WORLD ECONOMIC FORUM**

WEF12139 C

D. <u>Proactive arrest policy:</u>

It should be noted that a large part of the success in policing the major demonstration on Saturday February 02, 2002 was due in part to the proactive arrest policy that was instituted at the start of the march at 59th St. and 5th Ave., and directed toward demonstrators who were obviously potential rioters.

2. For your information and consideration.

CAPT Robert L. Bonifaci

Robert L. Bonifaci
Captain

POLICE DEPARTMENT
CITY OF NEW YORK

February 8, 2002

From: Commanding Officer, Narcotics Borough Manhattan South

To: Commanding Officer, Disorder Control Unit

Subject: **CRITIQUE OF WORLD ECONOMIC FORUM DETAIL**

1. It is the opinion of the undersigned that the plans developed and implemented for the World Economic Forum were highly effective and deserving of the accolades it has received. I do however offer the following comments:

**A) Positive Aspects of Plan**

- [redacted]
- [redacted]
- The staging of massive amounts of equipment in the key areas (e.g. armored vehicles, command posts, prisoner wagons, Department of Correction buses, city buses). Any reconnaissance undertaken by protesters would cause them to be alarmed at the level of police readiness.
- [redacted]
- [redacted]
- [redacted]
- The use of undercover personnel in the ranks of the protesters.
- The use of Anti-Crime personnel to follow smaller groups leaving the area.
- [redacted]

**B) Negative Aspects of Plan**

- [redacted]

C) **Recommendation**

2. For your review.

Elm/

Michael E. Shortell
**DEPUTY INSPECTOR**

WEF12135 C

POLICE DEPARTMENT
CITY OF NEW YORK

February 5, 2001

From:      Commanding Officer Queens South Task Force

To:        Commanding Officer Disorder Control Unit

Subject:   CRITIQUE OF WORLD ECONOMIC FORUM

1. A review of Task Force operations during the period of February 1 through February 4, 2002 yields the following comments/recommendations:

Positive:

< Planning. The Disorder Control Unit did an outstanding job in preparation for the Forum. The packages supplied far exceeded anything any other members of the service received. The emails with links to protestors' homepages supplied by Sgt. Schwach were particularly helpful.

< Intelligence. The use of undercovers from narcotics provided useful information.

< Corrections Buses. It was useful to have buses with correction officers on hand. They also had a powerful psychological effect.

Negative:



Recommendations:



WFF12137



Timothy J. Hardiman
Captain

WEF12138 C

**POLICE DEPARTMENT**
**CITY OF NEW YORK**

February 7, 2002

From: Commanding Officer, 32 Precinct

To: Commanding Officer, Disorder Control Unit

Subject: **CRITIQUE OF WORLD ECONOMIC FORUM DISORDER CONTROL / TASK FORCE DETAILS**

1. On Wednesday, January 30, 2002, through Monday, February 4, 2002, the World Economic Forum was held in New York City. The following is a critique of the Disorder Control Unit / Task Forces assigned to this event:

E. Bicycle details should be under the command of the Disorder Control Unit Command Post. The bicycle patrols would be an effective tool when monitoring smaller groups.



3. "For your information."

Vincent M. Coogan
DEPUTY INSPECTOR

KJG:am