# EXHIBIT B

JARRETT PAYNE; ANDIE MALI; CAMILA
GINI; VIDAL GUZMAN; VIVIAN
MATTHEW KING-YARDE; CHARLIE
MONLOUIS-ANDERLE; JAIME FRIED;
MICAELA MARTINEZ; JULIAN PHILLIPS;
NICHOLAS MULDER; and COLLEEN
MCCORMACK-MAITLAND,

Plaintiffs,

v.

MAYOR BILL DE BLASIO; POLICE
COMMISSIONER DERMOT SHEA; CHIEF
OF DEPARTMENT TERENCE MONAHAN;
CITY OF NEW YORK; SERGEANT GYPSY
PICHARDO; SERGEANT KEITH CHENG;
OFFICER MATTHEW TARANGELO;
OFFICER MATTHEW L. PERRY;
LIEUTENANT THOMAS R. HARDELL;
DETECTIVE DAMIAN RIVERA; OFFICER
JACQUELINE VARGAS; OFFICER JOSEPH
DECK; LIEUTENANT MICHAEL BUTLER;
OFFICER AARON HUSBANDS; SERGEANT
THOMAS E. MANNING; OFFICERS JOHN
DOE 1-26; OFFICER JANE DOE 1; OFFICER
DOE ESPOSITO; and NYPD SERGEANT DOE
CARABALLO,

Defendants.

1:20-cv-08924 (CM) (GWG)

## PLAINTIFFS' THIRD SUPPLEMENTAL SET OF INTERROGATORIES AND REQUEST FOR THE PRODUCTION OF DOCUMENTS TO ALL DEFENDANTS

Pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure and Local

Civil Rules 26.3 and 33.3 of the Southern District of New York, Plaintiffs Jarrett Payne,

Andie Mali, Camila Gini, Vidal Guzman, Vivian Matthew King-Yarde, Charlie Monlouis-

Anderle, Jaime Fried, Micaela Martinez, Julian Phillips, Nicholas Mulder, and Colleen

McCormack-Maitland hereby request that defendants City of New York, Mayor Bill De Blasio, Chief of Department Terence A. Monahan, Sergeant Gypsy Pichardo, Sergeant Keith Cheng, Officer Matthew Tarangelo, Officer Matthew L. Perry, Lieutenant Thomas R. Hardell, Detective Damian Rivera, Officer Jacqueline Vargas, Officer Joseph Deck, Lieutenant Michael Butler, Officer Aaron Husbands, Sergeant Thomas E. Manning, NYPD Officers John Doe 1-26, NYPD Officer Jane Doe 1, Officer Doe Esposito, and Sergeant Doe Caraballo (collectively, "Defendants"), produce documents and answer the following interrogatories under oath, and separately and fully in writing, within thirty (30) days of service hereof, or such shorter time as the Court orders or the parties stipulate. Defendants are required to answer the Interrogatories separately and fully in writing, under oath, and are further required to serve a copy of their answers and objections to these Interrogatories within thirty (30) days of service by electronic delivery to Plaintiffs' counsel via means of secure electronic transfer, with notice to paynelitigationteam@nyclu.org.

The Interrogatories and Discovery Requests shall be deemed continuing, and if Defendants or their counsel discovers, between the time answers are made and the conclusion of trial, additional information as to matters inquired of in the Interrogatories, supplemental or amended answers must be made at the earliest practicable date informing counsel for Plaintiffs of such information.

## DEFINITIONS

1. Plaintiffs incorporate by reference herein the Uniform Definitions in Discovery Requests set out in Rule 26.3 of the Local Civil Rules of the United States District Court for the Southern and Eastern Districts of New York (the "Local Civil Rules").

2. "Concern," "concerning," "evidence," "evidencing," "refer," "relate to," referring," or "relating to" any given subject means all documents which assess, concern, constitute, contain, describe, discuss, embody, evidence, identify, record, reflect, regard, show, state, or refer or relate, directly or indirectly, in any way, to the subject matter identified.

3. "Date" means the exact day and time, month, and year if ascertainable, or if not, the best approximation (including relationship to other events).

4. "Defendants" include each of the Defendants listed in the Complaints: City of New York, Mayor Bill de Blasio, Chief of Department Terence A. Monahan, Sergeant Gypsy Pichardo, Sergeant Keith Cheng, Officer Matthew Tarangelo, Officer Matthew L. Perry, Lieutenant Thomas R. Hardell, Detective Damian Rivera, Officer Jacqueline Vargas, Officer Joseph Deck, Lieutenant Michael Butler, Officer Aaron Husbands, Sergeant Thomas E. Manning, NYPD Officers John Doe 1-26, NYPD Officer Jane Doe 1, Officer Doe Esposito, and Sergeant Doe Caraballo.

5. "Identify" means, in addition to any specific instructions or requested information in an Interrogatory, the response must state:

   a. when referring to an oral communication, the date, subject matter, communicator, recipient of the communication, nature of the communication, whether it was recorded, and identity of any witness thereto.

   b. when referring to a document, the type of document (e.g. letter, memorandum, email, excel chart, etc.), date, author or originator, addressee(s), signatories, title or subject matter, present location, and the name and address of the current custodian of such document or, if unknown, the present custodian of any copy thereof and the last known address of each such custodian.

c. when referring to a person, to the extent known, the person's full name, present or last known complete address, and, in addition, when referring to a natural person, the person's present or last known place of employment or business affiliation (including complete address), position, and the person's place of employment during the relevant time period, defined in the Instructions below.

6. "Officer" means a member of service of the NYPD, regardless of rank, including but not limited to any and all officers, detectives, sergeants, lieutenants, captains, chiefs, and/or deputy commissioners.

7. "Person" means any natural person, association, business, group, organization, legal entity, government entity, or other entity.

8. "Schedule A" refers to Schedule A attached to Plaintiffs' First Consolidated Discovery Requests.

9. "Relevant time period" refers to May 28, 2020-January 18, 2021.

## **INTERROGATORIES**

### **Interrogatory No. 18**

Identify the following police officers related to plaintiff Charlie Monlouis-Anderle and the protest that took place on June 3, 2020, at or near Cadman Plaza in Brooklyn, New York:

a. The police officer in a black or blue uniform and helmet standing to the left of plaintiff Charlie Monlouis-Anderle in the screenshot attached as Exhibit A, taken from the body-worn camera video produced by Defendants and identified in the September 8, 2021 deposition of Officer Taylor Corcoran as Corcoran Exhibit 5 (Police Officer Taylor Corcoran body-worn camera footage, 2020-06-03, Axon Body 3 X60306945), Corcoran Exhibit 6 (Police Officer Maxime Archange body-worn camera footage, 2020-06-04,

Axon Body 2 X81459639), and the Axon log related to Charlie-Monlouis-Anderle (Axon

Body 3 Video 2020-06-03 2117 and Axon Body 2 Video 2020-06-03 2115), attached as

Exhibit B;

b. The police officer in a white shirt who walked up to plaintiff Charlie Monlouis-Anderle

and is pointing with their left hand in the screenshot attached as Exhibit C, taken from the

body-worn camera video produced by Defendants and identified in the September 8,

2021 deposition of Officer Taylor Corcoran as Corcoran Exhibit 6 (Police Officer

Maxime Archange body-worn camera footage, 2020-06-04, Axon Body 2 X81459639)

and the Axon log related to Charlie-Monlouis-Anderle (Axon Body 2 Video 2020-06-03

2115), attached as Exhibit B; and

c. The police officer in a black or blue uniform and helmet who walked up to plaintiff

Charlie Monlouis-Anderle and is depicted standing in front of them in the screenshot

attached as Exhibit D, taken from the body-worn camera video produced by Defendants

and identified in the September 8, 2021 deposition of Officer Taylor Corcoran as

Corcoran Exhibit 5 (Police Officer Taylor Corcoran body-worn camera footage, 2020-06-

03, Axon Body 3 X60306945) and the Axon log related to Charlie-Monlouis-Anderle

(Axon Body 3 Video 2020-06-03 2117), attached as Exhibit B.

**Interrogatory No. 19**

Identify all officers that are depicted in TARU video footage at 12:14 to 13:14 engaged in

arresting and/or interacting with any civilian or protestor, taken at the protest that took place on

June 4, 2020 in the Mott Haven neighborhood of the Bronx, New York, and identified as

DEFVID_000000427 and the screenshots attached as Exhibit E, including each officer's name,

shield number, and tax identification number.

**Interrogatory No. 20**

Identify the following police officers related to plaintiff Vivian Matthew King-Yarde and the protest that took place on May 31, 2020, at or near the intersection of 12th Street and Broadway, near Union Square, in Manhattan, New York:

a. The plain-clothes lieutenant who handed the arrested plaintiff Vivian Matthew King-Yarde to Officer Bryan Rozanski on May 31, 2020 at approximately 10 pm near the intersection of 12th Street and Broadway before heading south on Broadway. The lieutenant was described as a white male, approximately in his mid-thirties, who had his lieutenant's badge on his waistband and likely was not a member of the Ninth Precinct. *See* Rozanski Deposition Tr. at 86-89;

b. The plain-clothes detective who, along with the aforementioned plain-clothes lieutenant, handed the arrested plaintiff Vivian Matthew King-Yarde to Officer Rozanski on May 31, 2020 at approximately 10 pm near the intersection of 12th Street and Broadway before heading south on Broadway. The detective was described as a male, approximately in his mid-thirties, who had his detective's badge on his waistband and likely was not a member of the Ninth Precinct. *See* Rozanski Deposition Tr. at 86-89; and

c. All plain-clothes or undercover officers who were present at the Union Square protest, or at 12th Street and Broadway in Manhattan, New York, from approximately 9 pm to 11 pm on May 31, 2020.

## DOCUMENT REQUESTS

1. For every Officer identified in response to Interrogatory No. 18, produce the following:

   a. NYPD training transcripts;
   b. Body-worn camera footage from 6/3/20-6/4/20;
   c. TRI reports related to the Officer from 6/3/20-6/4/20;
   d. Activity log from 6/3/20-6/4/20;

e. List of Schedule A protests the Officers attended;
f. Activity logs from each of the Schedule A protests the Officers attended;
g. Body-worn camara footage from each of the Schedule A protests the Officers attended;
h. Arrest/OLBS reports the Officers created during the relevant time period;
i. Summonses the Officers created during the relevant time period;
j. DATs the Officers created during the relevant time period;
k. AIDED reports related to the Officers during the relevant time period;
l. TRI reports related to the Officers during the relevant time period;
m. Any notes memorialized in the Officers' department-issued cell phones;
n. Unusual Incident or Occurrence Reports, Supervisory Assessment reports, detail memoranda, and detail rosters; and
o. Complete, up-to-date CCRB and IAB files related to the Officers.

2. For every Officer identified in response to Interrogatory No. 19, produce the following:

a. NYPD training transcripts;
b. Body-worn camera footage from 6/4/2020;
c. TRI reports related to the Officers from 6/4/20;
d. Activity logs from 6/4/20;
e. List of Schedule A protests the Officers attended;
f. Activity logs from each of the Schedule A protests the Officers attended;
g. Body-worn camara footage from each of the Schedule A protests the Officers attended;
h. Arrest/OLBS reports the Officers created during the relevant time period;
i. Summonses the Officers created during the relevant time period;
j. DATs the Officers created during the relevant time period;
k. AIDED reports related to the Officers during the relevant time period;
l. TRI reports related to the Officers during the relevant time period;
m. Any notes memorialized in the Officers' department-issued cell phones;
n. Unusual Incident or Occurrence Reports, Supervisory Assessment reports, detail memoranda, and detail rosters; and
o. Complete, up-to-date CCRB and IAB files related to the Officers.

3. For every Officer identified in response to Interrogatory No. 20, produce the following:

a. NYPD training transcripts;
b. Body-worn camera footage from 5/31/20;
c. TRI reports related to the Officers from 5/31/20;
d. Activity log from 5/31/20;
e. List of Schedule A protests the Officer attended;
f. Activity logs from each of the Schedule A protests the Officer attended;
g. Body-worn camara footage from each of the Schedule A protests the Officer attended;
h. Arrest/OLBS reports the Officer created during the relevant time period;
i. Summonses the Officer created during the relevant time period;

j.  DATs the Officer created during the relevant time period;
k.  AIDED reports related to the Officer during the relevant time period;
l.  TRI reports related to the Officer during the relevant time period;
m.  Any notes memorialized in the Officers' department-issued cell phones;
n.  Unusual Incident or Occurrence Reports, Supervisory Assessment reports, detail memoranda, and detail rosters; and
o.  Complete, up-to-date CCRB and IAB files related to the Officers.

4.  For Sergeant Thomas E. Manning (Tax ID 930644), produce the following:

a.  NYPD training transcripts;
b.  Body-worn camera footage from 6/28/2020;
c.  TRI reports related to the Officer from 6/28/20;
d.  Activity log from 6/28/20;
e.  List of Schedule A protests the Officer attended;
f.  Activity logs from each of the Schedule A protests the Officer attended;
g.  Body-worn camara footage from each of the Schedule A protests the Officer attended;
h.  Arrest/OLBS reports the Officer created during the relevant time period;
i.  Summonses the Officer created during the relevant time period;
j.  DATs the Officer created during the relevant time period;
k.  AIDED reports related to the Officer during the relevant time period;
l.  TRI reports related to the Officer during the relevant time period;
m.  Any notes memorialized in the Officers' department-issued cell phones;
n.  Unusual Incident or Occurrence Reports, Supervisory Assessment reports, detail memoranda, and detail rosters; and
o.  Complete, up-to-date CCRB and IAB files related to the Officers.

5.  For Police Officer Maxime Archange (60th Precinct, Shield #15412, Tax ID 960169) and

Police Officer Stephanie Chen (60th Precinct, Shield #12943, Tax ID 962087), produce

the following:

a.  NYPD training transcripts;
b.  Body-worn camera footage from 6/3/20-6/4/20;
c.  TRI reports related to the Officers from 6/3/20-6/4/20;
d.  Activity logs from 6/3/20-6/4/20;
e.  List of Schedule A protests the Officers attended;
f.  Activity logs from each of the Schedule A protests the Officers attended;
g.  Body-worn camara footage from each of the Schedule A protests the Officers attended;
h.  Arrest/OLBS reports the Officers created during the relevant time period;
i.  Summonses the Officers created during the relevant time period;
j.  DATs the Officers created during the relevant time period;
k.  AIDED reports related to the Officers during the relevant time period;

    l. TRI reports related to the Officers during the relevant time period;
    m. Any notes memorialized in the Officers' department-issued cell phones;
    n. Unusual Incident or Occurrence Reports, Supervisory Assessment reports, detail memoranda, and detail rosters; and
    o. Complete, up-to-date CCRB and IAB files related to the Officers.

6. For Lieutenant Douglas Kautter (Tax ID 935093), produce the following:

    a. NYPD training transcripts;
    b. Body-worn camera footage from 6/2/2020;
    c. TRI reports related to the Officer from 6/2/20;
    d. Activity log from 6/2/20;
    e. List of Schedule A protests the Officer attended;
    f. Activity logs from each of the Schedule A protests the Officer attended;
    g. Body-worn camara footage from each of the Schedule A protests the Officer attended;
    h. Arrest/OLBS reports the Officer created during the relevant time period;
    i. Summonses the Officer created during the relevant time period;
    j. DATs the Officer created during the relevant time period;
    k. AIDED reports related to the Officer during the relevant time period;
    l. TRI reports related to the Officer during the relevant time period;
    m. Any notes memorialized in the Officers' department-issued cell phones;
    n. Unusual Incident or Occurrence Reports, Supervisory Assessment reports, detail memoranda, and detail rosters; and
    o. Complete, up-to-date CCRB and IAB files related to the Officers.

7. For Lieutenant Mark Kosta (Tax ID 949180), Police Officer Yahaira Perez-Guitierrez

   (Tax ID 967647), and Police Officer Zakie Karimzada (Tax ID 960745), produce the

   following:

    a. NYPD training transcripts;
    b. Body-worn camera footage from 5/30/20-5/31/20;
    c. TRI reports related to the Officers from 5/30/20-5/31/20;
    d. Activity log from 5/30/20-5/31/20;
    e. List of Schedule A protests the Officers attended;
    f. Activity logs from each of the Schedule A protests the Officers attended;
    g. Body-worn camara footage from each of the Schedule A protests the Officers attended;
    h. Arrest/OLBS reports the Officers created during the relevant time period;
    i. Summonses the Officers created during the relevant time period;
    j. DATs the Officers created during the relevant time period;
    k. AIDED reports related to the Officers during the relevant time period;
    l. TRI reports related to the Officers during the relevant time period;
    m. Any notes memorialized in the Officers' department-issued cell phones;

      n.  Unusual Incident or Occurrence Reports, Supervisory Assessment reports, detail memoranda, and detail rosters; and

      o.  Complete, up-to-date CCRB and IAB files related to the Officers.

8. For the Police Officer in possession of the body-worn camera associated with Axon Body 2 X81418494 on May 31, 2020, attached as <u>Exhibit F</u>, produce documents sufficient to identify the following:

      a.  Name;
      b.  Tax ID;
      c.  NYPD training transcripts;
      d.  Body-worn camera footage from 5/30/20-5/31/20;
      e.  TRI reports related to the Officers from 5/30/20-5/31/20;
      f.  Activity log from 5/30/20-5/31/20;
      g.  List of Schedule A protests the Officers attended;
      h.  Activity logs from each of the Schedule A protests the Officers attended;
      i.  Body-worn camara footage from each of the Schedule A protests the Officers attended;
      j.  Arrest/OLBS reports the Officers created during the relevant time period;
      k.  Summonses the Officers created during the relevant time period;
      l.  DATs the Officers created during the relevant time period;
      m.  AIDED reports related to the Officers during the relevant time period;
      n.  TRI reports related to the Officers during the relevant time period;
      o.  Any notes memorialized in the Officers' department-issued cell phones;
      p.  Unusual Incident or Occurrence Reports, Supervisory Assessment reports, detail memoranda, and detail rosters; and
      q.  Complete, up-to-date CCRB and IAB files related to the Officers.

9. For the police officer in possession of the body-worn camera associated with Axon Body 2 X81365488 on May 31, 2020, attached as <u>Exhibit F</u>, produce the following information:

      a.  Name;
      b.  Tax ID;
      c.  NYPD training transcripts;
      d.  Body-worn camera footage from 5/30/20-5/31/20;
      e.  TRI reports related to the Officers from 5/30/20-5/31/20;
      f.  Activity log from 5/30/20-5/31/20;
      g.  List of Schedule A protests the Officers attended;
      h.  Activity logs from each of the Schedule A protests the Officers attended;
      i.  Body-worn camara footage from each of the Schedule A protests the Officers attended;

    j.   Arrest/OLBS reports the Officers created during the relevant time period;

    k.   Summonses the Officers created during the relevant time period;

    l.   DATs the Officers created during the relevant time period;

    m.  AIDED reports related to the Officers during the relevant time period;

    n.   TRI reports related to the Officers during the relevant time period;

    o.   Any notes memorialized in the Officers' department-issued cell phones;

    p.   Unusual Incident or Occurrence Reports, Supervisory Assessment reports, detail memoranda, and detail rosters; and

    q.   Complete, up-to-date CCRB and IAB files related to the Officers.

10. Produce the complete and up-to-date Civilian Complaint Review Board investigation filed by Plaintiffs Andie Mali and Camila Gini, identified as CCRB complaint No. 202005197, including but not limited to investigator interview summaries or reports, recordings of officer interviews, and all other related documents.

11. Produce the complete and up-to-date Internal Affairs Bureau investigation relating to the incident involving Plaintiffs Andie Mali and Camila Gini, identified by IAB Number C21-875, including but not limited to investigator interview summaries or reports, recordings of officer interviews, and all other related documents.

12. Produce all body-worn camera footage for all Ninth Precinct police officers at the Union Square protest on May 31, 2020, from 9 pm until 11 pm at or near the vicinity of Broadway and 12th Street or Fourth Avenue and 12th Street.

Dated:  November 1, 2021
       New York, NY

NEW YORK CIVIL LIBERTIES UNION
  FOUNDATION

By: *s/ Jessica Perry*
    Molly K. Biklen
    Jessica Perry
    Daniel R. Lambright
    Robert Hodgson
    Lisa Laplace
    Christopher T. Dunn
    125 Broad Street, 19th Floor
    New York, NY 10004
    (212) 607-3300
    jperry@nyclu.org
    mbiklen@nyclu.org
    dlambright@nyclu.org
    rhodgson@nyclu.org
    llaplace@nyclu.org
    cdunn@nyclu.org


*Attorneys for the Payne Plaintiffs*

THE LEGAL AID SOCIETY

By: *s/ Jennvine Wong*
    Corey Stoughton
    Jennvine Wong
    Rigodis Appling
    199 Water Street
    New York, NY 10038
    (212) 577-3367
    jwong@legal-aid.org
    cstoughton@legal-aid.org
    rappling@legal-aid.org

# Exhibit A



2020-06-04 T01:17:02Z
AXON BODY 2 X81459639

2:22 / 3:34



**Exhibit B**



**Report generated by:**

| | |
|---|---|
| **User** | Shapsis, Rita (rshapsis) |
| **Username** | rshapsis |
| **Department** | NYC Law Department |
| **Local Timezone** | America/New_York |
| **Generated on** | Jun 23, 2021 10:02 AM |

| Evidence ID | ID | Title | Evidence Group | Owner | Uploaded by | Uploaded on | Recorded on | Duration | Category | Status | Shared To | Shared From | Evidence Serial Number | Custom Metadata |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32d6eafcf816 462599d49cc d3e102400 | None | 2020-06-03_ 21-37-38.AVI | | Hupper, Jack (111) | JARAMILLO, GUSTAVO (949137) | 04 Jun 2020 00:09:28 | 03 Jun 2020 21:37:38 | 3m 3s | - | Active | - | NYPD | VS-8859863 | |
| c1bf35c514b 5443e868e4d 741cdb665f | None | 2020-06-03_ 21-20-38.AVI | | Hupper, Jack (111) | JARAMILLO, GUSTAVO (949137) | 04 Jun 2020 00:09:47 | 03 Jun 2020 21:20:38 | 3m 46s | - | Active | - | NYPD | VS-8859864 | |
| f4b91ca6027 94d389254cc 63d0559685 | 4450233620 | Axon Body 3 Video 2020-06-03 2117 | | Hupper, Jack (111) | CORCORAN, TAYLOR (964456) | 03 Sep 2020 11:15:13 | 03 Jun 2020 21:17:59 | 7m 49s | - | Active | - | NYPD, NYPD | 1LBTRK | |
| 4d5ca8f8c58 64102adacc7 16d9848581 | None | AXON Body 2 Video 2020-06-03 2115 | | Hupper, Jack (111) | ARCHANGE, MAXIME (960169) | 03 Jun 2020 22:49:30 | 03 Jun 2020 21:15:40 | 3m 34s | - | Active | - | NYPD, NYPD | WY0BB | |

**Exhibit C**



2:33 / 3:34

# Exhibit D



0:31 / 7:48

**Exhibit E**







**Exhibit F**



**Report generated by:**

| | |
|---|---|
| **User** | Shapsis, Rita (rshapsis) |
| **Username** | rshapsis |
| **Department** | NYC Law Department |
| **Local Timezone** | America/New_York |
| **Generated on** | Jun 23, 2021 10:09 AM |

| Evidence ID | ID | Title | Evidence Group | Owner | Uploaded by | Uploaded on | Recorded on | Duration | Category | Status | Shared To | Shared From | Evidence Serial Number | Custom Metadata |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ea2abf6c37b 14bf6843216 1a126aa8ad | None | AXON Body 2 Video 2020-05-31 2228 | | Hupper, Jack (111) | OKTROVA, AMADEO (949413) | 01 Jun 2020 05:05:13 | 31 May 2020 22:28:24 | 1m 7s | - | Active | - | NYPD | W6591 | |
| e5eb5310b75 143d3840389 2a9ea2e56c | None | AXON Body 2 Video 2020-05-31 2227 | | Hupper, Jack (111) | GASTON, EDWARD (952767) | 01 Jun 2020 06:22:08 | 31 May 2020 22:27:08 | 22m 59s | - | Active | - | NYPD | W6SJT | |
| 39c8b403874 c4143ae961ff f00d66b47 | FLOYD-2020 -05-31 | AXON Body 2 Video 2020-05-31 2225 | | Hupper, Jack (111) | TRAN, PHUONG (939600) | 01 Jun 2020 06:05:14 | 31 May 2020 22:25:20 | 3m 49s | - | Active | - | NYPD | W6N29 | |
| a6babaa95e3 74759be2ed2 06cfee379f | None | AXON Body 2 Video 2020-05-31 2225 | | Hupper, Jack (111) | SHEAHAN, THOMAS (926109) | 01 Jun 2020 06:13:02 | 31 May 2020 22:25:20 | 3m 34s | - | Active | - | NYPD | W6OQY | |
| 8e1f621506a a43bca052a6 8a3644c096 | Floyd-2020-0 5-31 | AXON Body 2 Video 2020-05-31 2225 | | Hupper, Jack (111) | THOMAS, MAURICIO (945466) | 01 Jun 2020 05:11:34 | 31 May 2020 22:25:14 | 11m 56s | - | Active | - | NYPD | W67GB | |
| 6c2fdce8fa6d 4ada8e1db95 a571e0c78 | FLOYD-2020 -05-31 | AXON Body 2 Video 2020-05-31 2224 | | Hupper, Jack (111) | VAZQUEZ, ELIAS (949762) | 01 Jun 2020 05:47:19 | 31 May 2020 22:24:51 | 3m 48s | - | Active | - | NYPD | W6HTO | |
| 688c0492b9f 54b7cba35d0 3b61bc2c8d | None | AXON Body 2 Video 2020-05-31 2223 | | Hupper, Jack (111) | MONTILLA, LANSER (953132) | 01 Jun 2020 07:31:34 | 31 May 2020 22:23:54 | 2m 45s | - | Active | - | NYPD | W7KHJ | |
| bd15daa9594 94710b8e17f ce69c74ec2 | None | AXON Body 2 Video 2020-05-31 2223 | | Hupper, Jack (111) | SOLANO, MARCELLO (955517) | 01 Jun 2020 07:26:17 | 31 May 2020 22:23:49 | 10m 47s | - | Active | - | NYPD | W7HVV | |
| 027ced5a14c a47e6a3e5a0 25989d7f66 | None | AXON Body 2 Video 2020-05-31 2222 | | Hupper, Jack (111) | AYALA, JOEL (954509) | 01 Jun 2020 05:08:10 | 31 May 2020 22:22:57 | 6m 11s | - | Active | - | NYPD | W6720 | |
| 5f9de06ccfac | None | AXON Body | | Hupper, Jack | VERKAY, | 01 Jun 2020 | 31 May 2020 | 2m 14s | - | Active | - | NYPD | W6PKY | |

| Evidence ID | ID | Title | Evidence Group | Owner | Uploaded by | Uploaded on | Recorded on | Duration | Category | Status | Shared To | Shared From | Evidence Serial Number | Custom Metadata |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4591bb2167cac6cf2197 | | 2 Video 2020-05-31 2222 | | (111) | BRIAN (935930) | 06:09:33 | 22:22:36 | | | | | | | |
| b4d2873c326c41b39e2a6b0ecb03af51 | None | AXON Body 2 Video 2020-05-31 2222 | | Hupper, Jack (111) | ROTHSCHILD, MICHAEL (954300) | 01 Jun 2020 02:37:03 | 31 May 2020 22:22:19 | 42m 47s | | Active | - | NYPD | W55AP | |
| 2381757d4fba458e8e8d974e50688e04 | None | AXON Body 2 Video 2020-05-31 2217 | | Hupper, Jack (111) | DELUZIO, STEPHEN (956582) | 01 Jun 2020 06:35:14 | 31 May 2020 22:17:18 | 19m 8s | - | Active | - | NYPD | W6YH2 | |
| b8bde9fb8be740828f70eb8edf85bbce | None | AXON Body 2 Video 2020-05-31 2216 | | Hupper, Jack (111) | BUONINFANTE, ANTONIO (934609) | 01 Jun 2020 07:01:52 | 31 May 2020 22:16:10 | 1h 57m | | Active | - | NYPD | W78JM | |
| 54cb5b22f17941baaec998bcb40cd496 | None | AXON Body 2 Video 2020-05-31 2210 | | Hupper, Jack (111) | LEE, JAMES (952975) | 01 Jun 2020 05:15:19 | 31 May 2020 22:10:54 | 36m 9s | | Active | - | NYPD | W67SC | |
| 5b3aaf91b3b341f3ba0222ece301d59a | None | AXON Body 2 Video 2020-05-31 2209 | | Hupper, Jack (111) | VERKAY, BRIAN (935930) | 01 Jun 2020 06:09:08 | 31 May 2020 22:09:12 | 12m 47s | - | Active | - | NYPD | W6NXP | |
| d74ff19d56c545f7b740e437a6a740ee | None | AXON Body 2 Video 2020-05-31 2208 | | Hupper, Jack (111) | QURESHI, ALI (968724) | 01 Jun 2020 07:13:55 | 31 May 2020 22:08:31 | 8m 58s | | Active | - | NYPD | W7DIC | |
| 30728916d6894d06b92ebb46d91bde9a | None | AXON Body 2 Video 2020-05-31 2208 | | Hupper, Jack (111) | DORSAINT, CLAUDE (934791) | 01 Jun 2020 07:11:54 | 31 May 2020 22:08:02 | 10m 1s | - | Active | - | NYPD | W7C3Y | |
| 4c2343f8af1143f48998a45f2b66bcd0 | None | AXON Body 2 Video 2020-05-31 2207 | | Hupper, Jack (111) | DELGADO, ERIK (936457) | 01 Jun 2020 05:46:08 | 31 May 2020 22:07:40 | 17m 5s | | Active | - | NYPD | W6FU3 | |
| 40872f2e5b734fcb8003f1165209917a | None | AXON Body 2 Video 2020-05-31 2204 | | Hupper, Jack (111) | ALBA, ALFREDO (933598) | 01 Jun 2020 06:27:56 | 31 May 2020 22:04:32 | 39m 39s | | Active | - | NYPD | W6UT9 | |
| 683af17e78e74d16bb78562ea86d18db | M20617131 / M20617135 | AXON Body 2 Video 2020-05-31 2204 | | Hupper, Jack (111) | GONZALEZ, SANDRA (961793) | 01 Jun 2020 01:17:28 | 31 May 2020 22:04:18 | 19m 50s | | Active | - | NYPD | W4OUL | |
| 25e3dcf02f0b | FLOYD-2020 | AXON Body | | Hupper, Jack | COOPER, | 01 Jun 2020 | 31 May 2020 | 21m 15s | - | Active | - | NYPD | W6MAX | |

| Evidence ID | ID | Title | Evidence Group | Owner | Uploaded by | Uploaded on | Recorded on | Duration | Category | Status | Shared To | Shared From | Evidence Serial Number | Custom Metadata |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4740a8893d6 c40df1400 | -05-31;44430 99090;44430 99230 | 2 Video 2020-05-31 2204 | | (111) | JAMIELEE (962994) | 06:04:07 | 22:04:03 | | | | | | | |
| 183e401b0ed 7482da0bb16 9df40f9651 | M20617135 | AXON Body 2 Video 2020-05-31 2203 | | Hupper, Jack (111) | TRAN, PHUONG (939600) | 01 Jun 2020 06:04:36 | 31 May 2020 22:03:39 | 20m 2s | - | Active | - | NYPD | W6NNN | |
| 87f4f0568d38 49bc865c7ca b12e7c91e | floyd 2020-05-31 | AXON Body 2 Video 2020-05-31 2203 | | Hupper, Jack (111) | HO, LAM (958700) | 01 Jun 2020 06:09:54 | 31 May 2020 22:03:33 | 48m 4s | - | Active | - | NYPD | W6PWX | |
| 4feb64fd3e0a 41daa812a31 09cfbeffe | None | AXON Body 2 Video 2020-05-31 2203 | | Hupper, Jack (111) | FLORES, RAUL (940148) | 01 Jun 2020 06:07:22 | 31 May 2020 22:03:18 | 21m 48s | - | Active | - | NYPD | W6NTT | |
| da0d9e466b6 8429db2edb8 3dc2ee3ac5 | None | AXON Body 2 Video 2020-05-31 2202 | | Hupper, Jack (111) | GENTILE, GIUSEPPE (952773) | 01 Jun 2020 05:59:14 | 31 May 2020 22:02:58 | 27m 23s | - | Active | - | NYPD | W6KRF | |
| 1d8a8603c63 a4a18aa3d50 76324c23bd | Floyd-2020-0 5-31 | AXON Body 2 Video 2020-05-31 2202 | | Hupper, Jack (111) | WARBURTO N, TYRELL (949782) | 01 Jun 2020 09:27:53 | 31 May 2020 22:02:46 | 48m 52s | - | Active | - | NYPD | W8NOC | |
| 10a59de4bc7 c419d8203df 59be8b4942 | None | AXON Body 2 Video 2020-05-31 2202 | | Hupper, Jack (111) | LIEBOWITZ, OLIVER (959756) | 01 Jun 2020 06:06:11 | 31 May 2020 22:02:38 | 26m 53s | - | Active | - | NYPD | W6NGS | |
| 50fadec52c1 8405f9945df1 ffa3574ba | None | AXON Body 2 Video 2020-05-31 2202 | | Hupper, Jack (111) | RAMOS, WILFREDO (907118) | 01 Jun 2020 05:52:26 | 31 May 2020 22:02:32 | 4m 14s | - | Active | - | NYPD | W6I3U | |
| 2cd37c0b580 34f6090ba1c 6985b02836 | None | AXON Body 2 Video 2020-05-31 2202 | | Hupper, Jack (111) | SEGUI, JOHANCY (968796) | 01 Jun 2020 21:18:06 | 31 May 2020 22:02:28 | 22m 39s | - | Active | - | NYPD | WDG67 | |
| 6dab93c19e1 04d33837607 ec687f9325 | None | AXON Body 2 Video 2020-05-31 2202 | | Hupper, Jack (111) | OLIVIERRE, BRENDA (950977) | 01 Jun 2020 05:51:57 | 31 May 2020 22:02:26 | 41m 51s | - | Active | - | NYPD | W6IS3 | |
| d35ef37595d b47e9ac421b 12327fd8fd | floyd 2020-05-31 | AXON Body 2 Video 2020-05-31 2202 | | Hupper, Jack (111) | VINZO, MATTHEW (956320) | 03 Jun 2020 03:26:00 | 31 May 2020 22:02:26 | 27m 37s | - | Active | - | NYPD | WPYH3 | |
| 38b36977bd8 | M20617130 | AXON Body | | Hupper, Jack | RIVERA, | 01 Jun 2020 | 31 May 2020 | 27m 56s | - | Active | - | NYPD | W8756 | |

| Evidence ID | ID | Title | Evidence Group | Owner | Uploaded by | Uploaded on | Recorded on | Duration | Category | Status | Shared To | Shared From | Evidence Serial Number | Custom Metadata |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7411e97cc6a 079efe1ec9 | | 2 Video 2020-05-31 2202 | | (111) | DAMIAN (922858) | 08:42:13 | 22:02:17 | | | | | | | |
| fba57d87bc5f 4f85aa6210e af50588f2 | None | AXON Body 2 Video 2020-05-31 2202 | | Hupper, Jack (111) | TARLECKI, JAKUB (964310) | 01 Jun 2020 08:54:05 | 31 May 2020 22:02:17 | 20m 49s | - | Active | - | NYPD | W8CNF | |
| ddd8b8213f8 947699457ec 4595f7cab0 | None | AXON Body 2 Video 2020-05-31 2202 | | Hupper, Jack (111) | GASTON, EDWARD (952767) | 01 Jun 2020 06:16:46 | 31 May 2020 22:02:08 | 2m 9s | - | Active | - | NYPD | W6RYC | |
| e9cdeb8a73a 74b8dacd5b3 11ab70ce97 | Floyd-2020-0 5-31 | AXON Body 2 Video 2020-05-31 2202 | | Hupper, Jack (111) | THOMAS, MAURICIO (945466) | 01 Jun 2020 05:09:39 | 31 May 2020 22:02:00 | 8m 30s | - | Active | - | NYPD | W65FP | |
| 8ee11cbc90e a42cd9a94ee b006b537e7 | M20617122 | AXON Body 2 Video 2020-05-31 2201 | | Hupper, Jack (111) | ORTIZ, LUIS (956142) | 01 Jun 2020 01:57:58 | 31 May 2020 22:01:57 | 16m 4s | - | Active | - | NYPD | W4X97 | |
| 69d40cfe05f8 48f6824076d deb9309fa | FLOYD 2020/05/31 | AXON Body 2 Video 2020-05-31 2201 | | Hupper, Jack (111) | STEVENS, ANTONY (935789) | 01 Jun 2020 04:40:11 | 31 May 2020 22:01:49 | 3m 26s | - | Active | - | NYPD | W5YNY | |
| dc7b7bc5fbb 740bda00e08 c56fb7e8dc | FLOYD-2020 -05-31 | AXON Body 2 Video 2020-05-31 2201 | | Hupper, Jack (111) | VAZQUEZ, ELIAS (949762) | 01 Jun 2020 05:46:41 | 31 May 2020 22:01:43 | 14m 5s | - | Active | - | NYPD | W6GV7 | |
| a742c010703 94fdHb06c8a9 b442d39e1 | Flyod 2020 05 31 | AXON Body 2 Video 2020-05-31 2201 | | Hupper, Jack (111) | ZAPPOLI, C HRISTOPHE R (940887) | 01 Jun 2020 05:58:00 | 31 May 2020 22:01:34 | 28m 28s | - | Active | - | NYPD | W6JMU | |
| f6d21feaac28 4a79a160511 8a904ca1f | None | AXON Body 2 Video 2020-05-31 2201 | | Hupper, Jack (111) | KHAN, MOHAMMAD (957734) | 01 Jun 2020 07:27:52 | 31 May 2020 22:01:23 | 24m 0s | - | Active | - | NYPD | W7IAJ | |
| 7d012f37e13 346d79847f4 aa24378280 | None | AXON Body 2 Video 2020-05-31 2201 | | Hupper, Jack (111) | HERNANDE Z, SHELBY (956733) | 01 Jun 2020 07:26:50 | 31 May 2020 22:01:18 | 1m 6s | - | Active | - | NYPD | W7I8A | |
| a058f052f19c 4332a4afdb9 0af8a17d0 | M20617135 -z | AXON Body 2 Video 2020-05-31 2201 | | Hupper, Jack (111) | MURATI, EDUART (943594) | 01 Jun 2020 05:55:32 | 31 May 2020 22:01:06 | 33m 1s | - | Active | - | NYPD | W6JVE | |
| 56b8cc1e04c | FLOYD-2020 | AXON Body | | Hupper, Jack | VAZQUEZ, | 01 Jun 2020 | 31 May 2020 | 1m 16s | - | Active | - | NYPD | W6F0L | |

| Evidence ID | ID | Title | Evidence Group | Owner | Uploaded by | Uploaded on | Recorded on | Duration | Category | Status | Shared To | Shared From | Evidence Serial Number | Custom Metadata |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| e4722a738bc cc948e37d0 | -05-31 | 2 Video 2020-05-31 2200 | | (111) | ELIAS (949762) | 05:44:49 | 22:00:31 | | | | | | | |
| e3a4a6b5134 24ec89c5430 c7bbcef2ac | None | AXON Body 2 Video 2020-05-31 2200 | | Hupper, Jack (111) | DENTON, JONATHAN (965041) | 01 Jun 2020 07:32:53 | 31 May 2020 22:00:27 | 24m 54s | | Active | - | NYPD | W7KKR | |
| 9582757772a 842229a5b41 9ef1230c47 | FLOYD-2020 105-31 | AXON Body 2 Video 2020-05-31 2200 | | Hupper, Jack (111) | LOPEZMACE DA, IRAN (928666) | 01 Jun 2020 06:05:10 | 31 May 2020 22:00:25 | 55m 24s | - | Active | - | NYPD | W6M0J | |
| 7d45ffeb42c8 4fac97c26a1 42b137f60 | None | AXON Body 2 Video 2020-05-31 2200 | | Hupper, Jack (111) | CUMBERBAT CH, JOSHUA (962339) | 05 Jun 2020 05:40:30 | 31 May 2020 22:00:24 | 14m 33s | | Active | - | NYPD | XA4QU | |
| 465f24f385a5 462baf812ac 1b68b7ddc | None | AXON Body 2 Video 2020-05-31 2200 | | Hupper, Jack (111) | QUINONES, KENNETH (962704) | 01 Jun 2020 07:27:36 | 31 May 2020 22:00:18 | 26m 0s | | Active | - | NYPD | W7ILE | |
| 3ae8071966b e4660bdb107 32cb8cd260 | None | AXON Body 2 Video 2020-05-31 2200 | | Hupper, Jack (111) | CHIN, STEVEN (948777) | 01 Jun 2020 04:23:23 | 31 May 2020 22:00:17 | 2m 46s | | Active | - | NYPD | W5UIK | |
| 7c253a3f68f5 4205be89608 433c3bbd6 | None | AXON Body 2 Video 2020-05-31 2200 | | Hupper, Jack (111) | LAM, MICHAEL (947150) | 01 Jun 2020 04:24:56 | 31 May 2020 22:00:17 | 3m 35s | | Active | - | NYPD | W5VBE | |
| 6252f12d5d4 4406fad6d7a dc7bca0683 | None | AXON Body 2 Video 2020-05-31 2159 | | Hupper, Jack (111) | SCAROLA, KENNETH (937503) | 01 Jun 2020 06:07:38 | 31 May 2020 21:59:59 | 27m 38s | | Active | - | NYPD | W6OTF | |
| 2bf72bc8ff44 4cffab314750 f1c3c8a2 | None | AXON Body 2 Video 2020-05-31 2159 | | Hupper, Jack (111) | ONEILL, JOHN (959001) | 01 Jun 2020 05:46:28 | 31 May 2020 21:59:41 | 51m 41s | | Active | - | NYPD | W6GIW | |
| 2fd85826b3f6 4b64855153f 3cec7be4a | None | AXON Body 2 Video 2020-05-31 2159 | | Hupper, Jack (111) | AYALA, JOEL (954509) | 01 Jun 2020 05:07:14 | 31 May 2020 21:59:20 | 12m 43s | | Active | - | NYPD | W65JL | |
| aa0ff72a8099 4ed386f5a63 49d967268 | None | Axon Body 3 Video 2020-05-31 2159 | | Hupper, Jack (111) | RADZINSKI, CHRISTOPH ER (959105) | 01 Jun 2020 07:12:51 | 31 May 2020 21:59:20 | 1m 8s | | Active | - | NYPD | W7CL2 | |
| 44e5872f36e | None | AXON Body | | Hupper, Jack (111) | SCHUTZ, | 01 Jun 2020 | 31 May 2020 | 18m 27s | | Active | - | NYPD | W4ZHP | |

| Evidence ID | ID | Title | Evidence Group | Owner | Uploaded by | Uploaded on | Recorded on | Duration | Category | Status | Shared To | Shared From | Evidence Serial Number | Custom Metadata |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| e40b2875fc6 4d3541f010 | | 2 Video 2020-05-31 2159 | | (111) | DIANA (961261) | 02:07:32 | 21:59:17 | | | | | | | |
| fcfd7a871457 4866a46c881 18b80c806 | None | AXON Body 2 Video 2020-05-31 2159 | | Hupper, Jack (111) | MEJIA, EDUARDO (960929) | 01 Jun 2020 05:26:22 | 31 May 2020 21:59:16 | 26m 2s | | Active | - | NYPD | W6ALD | |
| b4905d48792 4415297b3cb 1aa3006789 | None | AXON Body 2 Video 2020-05-31 2159 | | Hupper, Jack (111) | VERKAY, BRIAN (935930) | 01 Jun 2020 06:07:11 | 31 May 2020 21:59:15 | 10m 21s | - | Active | - | NYPD | W6OSN | |
| 3c28f790fd91 4f8c91c47a5 4788d9c43 | None | AXON Body 2 Video 2020-05-31 2158 | | Hupper, Jack (111) | ROTHSCHILD, MICHAEL (954300) | 01 Jun 2020 02:30:35 | 31 May 2020 21:58:48 | 3m 41s | - | Active | - | NYPD | W53UL | |
| cc8125b3dab 64234a63255 41016deda6 | None | AXON Body 2 Video 2020-05-31 2158 | | Hupper, Jack (111) | ANDRE, EMMANUEL (934401) | 01 Jun 2020 08:26:40 | 31 May 2020 21:58:46 | 17m 42s | - | Active | - | NYPD | W82TK | |
| 67072c827a3 840deaefbc4 2ac725097f | None | AXON Body 2 Video 2020-05-31 2158 | | Hupper, Jack (111) | FELICIANO, ORVIN (942855) | 01 Jun 2020 04:22:10 | 31 May 2020 21:58:26 | 4m 9s | - | Active | - | NYPD | W5UTX | |
| 3a934cf2dec 0499282acb3 2c4d9823d6 | Floyd-2020-0 5-31 | AXON Body 2 Video 2020-05-31 2158 | | Hupper, Jack (111) | LUGO, IVAN (944111) | 01 Jun 2020 04:25:33 | 31 May 2020 21:58:21 | 5m 7s | - | Active | - | NYPD | W5UZ1 | |
| e228777cb61 64218b82721 e32db63d69 | None | AXON Body 2 Video 2020-05-31 2158 | | Hupper, Jack (111) | BRUNO, DEREK (952504) | 01 Jun 2020 04:23:40 | 31 May 2020 21:58:21 | 6m 10s | - | Active | - | NYPD | W5VWH | |
| 8c8aff06f41e 47aaa2a0908 1bc5cddba | None | AXON Body 2 Video 2020-05-31 2158 | | Hupper, Jack (111) | LAMASTRA, MICHAEL (940354) | 01 Jun 2020 04:23:55 | 31 May 2020 21:58:19 | 4m 35s | - | Active | - | NYPD | W5VX1 | |
| b03077846a6 44f749fb8ea8 ce089c94d | FLOYD 2020/05/31 | AXON Body 2 Video 2020-05-31 2158 | | Hupper, Jack (111) | JASINSKI, DANIEL (926991) | 01 Jun 2020 04:36:00 | 31 May 2020 21:58:18 | 4m 33s | - | Active | - | NYPD | W5XB2 | |
| 85c6247039b 84c7fa87d68 bc0b4b3b05 | None | AXON Body 2 Video 2020-05-31 2158 | | Hupper, Jack (111) | MULHERN, KEVIN (948390) | 01 Jun 2020 04:25:28 | 31 May 2020 21:58:17 | 4m 22s | - | Active | - | NYPD | W5U8U | |
| 5bb28720b48 | floyd-2020-05 | AXON Body | | Hupper, Jack | SERRANO, | 01 Jun 2020 | 31 May 2020 | 10m 27s | - | Active | - | NYPD | W5YUG | |

| Evidence ID | ID | Title | Evidence Group | Owner | Uploaded by | Uploaded on | Recorded on | Duration | Category | Status | Shared To | Shared From | Evidence Serial Number | Custom Metadata |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 84ef7bad6faa 7df42abea | -31 | 2 Video 2020-05-31 2158 | | (111) | ANTHONY (943806) | 04:44:57 | 21:58:14 | | | | | | | |
| c37a55c0078 e4a2890c84c 4c8f28d602 | None | AXON Body 2 Video 2020-05-31 2158 | | Hupper, Jack (111) | WILSON, BRYAN (942712) | 01 Jun 2020 04:23:54 | 31 May 2020 21:58:12 | 6m 14s | - | Active | - | NYPD | W5VWV | |
| 0fab89c894c c4ae68bf32e ab174c7b26 | FLOYD 2020/05/31 | AXON Body 2 Video 2020-05-31 2158 | | Hupper, Jack (111) | LEWSZA, GREG (949204) | 01 Jun 2020 04:36:12 | 31 May 2020 21:58:11 | 6m 20s | - | Active | - | NYPD | W5YB6 | |
| bc24a4561c6 6458097272e daddcda471 | FLOYD 2020/05/31 | AXON Body 2 Video 2020-05-31 2158 | | Hupper, Jack (111) | HOLOHAN, SEAN (950595) | 01 Jun 2020 04:36:40 | 31 May 2020 21:58:10 | 6m 17s | - | Active | - | NYPD | W5YJ6 | |
| 291f66dd0c8 84b2abacc89 fb0e6cebeb | None | AXON Body 2 Video 2020-05-31 2156 | | Hupper, Jack (111) | HEILIG, JEFFREY (941886) | 01 Jun 2020 04:59:03 | 31 May 2020 21:56:31 | 33m 52s | - | Active | - | NYPD | W64E9 | |
| c427a507567 14dec9bd92b f106fb4951 | None | AXON Body 2 Video 2020-05-31 2154 | | Hupper, Jack (111) | SOLANO, MARCELLO (955517) | 01 Jun 2020 07:24:37 | 31 May 2020 21:54:48 | 9m 54s | - | Active | - | NYPD | W7GUR | |