# Exhibit E

 

May 25, 2021

**By E-Mail Only**

Dara Weiss
Senior Counsel
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007

      Re:    *Payne v. City of New York,* **1:20-CV-8924 (CM) (GWG)**
              This letter is only related to *Payne*

Dear Ms. Weiss:

      We write on behalf of the plaintiffs in *Payne v. City of New York* to follow up on our letter of May 13 regarding deficiencies in Defendants' responses to the *Payne* plaintiffs' First Set of Requests for Production of Documents and First Corrected Set of Interrogatories dated April 30, 2021. In response to our request to meet and confer, on May 18 you wrote in an email that you anticipated responding to our letter after responding to the related case plaintiffs' consolidated deficiency letter. The parties met and conferred regarding that consolidated deficiency letter on Friday, May 21.

      As an initial matter, during that May 21 meet and confer, Defendants agreed to update their consolidated responses and objections to clarify what they intend to produce, what they are withholding, and the scope of certain responses (protest dates, etc.). Can you confirm that Defendants will similarly update their responses to the *Payne* plaintiffs' document requests and interrogatories, since our prior deficiency letter identified many of the same issues the parties discussed on May 21? If so, we also ask that you confirm the date by which Defendants intend to provide any such updated responses.

      Of the other specific issues the *Payne* plaintiffs identified in our previous letter, we are particularly eager to meet and confer regarding Defendants' position on identifying John Doe defendants, witnesses at protests attended by *Payne* plaintiffs, and witnesses with potentially relevant knowledge regarding trainings and investigations concerning those protests. As we noted in our May 13 letter, Defendants' *Payne* responses failed to identify a single person. We understand based on the parties' May 21 meet and confer that Defendants are prepared to aid the plaintiffs' own attempts to identify John Doe defendants by reviewing video that the plaintiffs send showing specific as-yet-unidentified officers for whom the plaintiffs seek a name. Beyond that (helpful but necessarily limited) mechanism, we would like to discuss Defendants' obligation to provide the identities of additional defendants and potential witnesses.

1

Please let us know when you are available to discuss the above so that we may resolve these matters promptly.

Sincerely,

By: /s/ *Robert Hodgson*
Robert Hodgson
Molly K. Biklen
Jessica Perry
Daniel R. Lambright
Lisa Laplace
Christopher T. Dunn
New York Civil Liberties Union
　　Foundation
125 Broad Street, 19th Floor
New York, N.Y. 10004
(212) 607-3300
rhodgson@nyclu.org

*Attorneys for Plaintiffs in 20 Civ. 8924*

By: /s/ *Corey Stoughton*
Corey Stoughton
Jennvine Wong
The Legal Aid Society
199 Water Street
New York, N.Y. 10038
(212) 577-3367
cstoughton@legal-aid.org