UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In Re: New York City Policing During Summer 2020 Demonstrations,

This filing relates to all cases.

**NOTICE OF APPEARANCE**

20-CV-8924 (CM)(GWG)

------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that **SHANNON RIORDAN**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for defendant City of New York. I certify that I am admitted to practice before this Court.

**PLEASE ALSO TAKE NOTICE** that from this date forward, future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated: New York, New York
       February 1, 2022

GEORGIA M. PESTANA
Corporation Counsel of the
City of New York
*Attorney for Defendant City of New York*
100 Church Street
New York, New York 10007
(212) 356-3545


By:  *Shannon Riordan* /s/
     Shannon Riordan
     Assistant Corporation Counsel