UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations | No. 20-CV-8924 (CM) (GWG) |
| This filing is related to:<br><br>*Charles Henry Wood, on behalf of himself and all others similarly situated, v. City of New York et al.*, No. 20-CV-10541 | **NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Alison Frick of KAUFMAN LIEB LEBOWITZ & FRICK LLP hereby appears as counsel for Plaintiff Charles Henry Wood, on behalf of himself and all others similarly situated, in the above-entitled action and requests that all papers filed through the ECF system be served upon her by e-mail at africk@kllf-law.com.

Dated: February 3, 2022
New York, New York

                              KAUFMAN LIEB LEBOWITZ &
                              FRICK LLP

                              By:  /s/ Alison Frick
                              Alison Frick
                              10 East 40th Street, Suite 3307
                              New York, New York 10016
                              (212) 660-2332

                              *Attorney for Plaintiff*