7.  If you want the original audio of all video files to be preserved in the redacted video files, set the **Redact Audio** switch to **OFF**.

7.  Click **Redact**.

8.  On the confirmation message box, click **OK**.

    When bulk redaction service is complete, Evidence.com sends you an email with a download link for the ISO or ZIP file.

9.  In the notification email, click the download link.

    A web browser opens your Evidence.com agency.

10. If the sign-in page appears, enter your Evidence.com credentials and click **Sign In**.

    Evidence.com opens or downloads the bulk-redacted video evidence file. The exact behavior depends on the browser you use and its download settings for files.

## Bulk Download Evidence

Users who are allowed the Download permission for evidence can download multiple evidence files at a time. After selecting files for download, the user receives an email with a download link to a single file containing all of their requested evidence. Evidence.com supports the following file types for the download file:

- ZIP — Evidence.com includes the selected evidence files in a ZIP file.

- ISO — Evidence.com includes the selected evidence files in an ISO image, which can be used to create a CD-ROM or DVD.

1.  Search for the evidence that you want to download.

2.  For each evidence file that you want to include in the download, select the check box to the left of the evidence ID. If you want to include all evidence shown in search results, select the check box at the top left of the search results.

3.  Click the **...** (More Action) menu and select **Download**.

    The Bulk Download dialog box lists all the files you selected. At the bottom of the dialog box are options for including audit trails, download file type, and the Download button.



4. Select the Download Format to set the file type that you want as the download file.

5. If you want to include audit trails for the selected evidence files, click the **Audit Trail** check box.

6. If you want to include a table of contents file for the download, click the **Table of Contents** check box.

   The table of contents will accompany the bulk download as an Excel spreadsheet and includes the fields: File Name (with a link to the evidence file), Evidence ID, Evidence Title, File Type, File Size, Evidence Duration, Date Recorded, Uploader-First Name, Uploader-Last Name, Uploader-Badge ID, Assignee-First Name, Assignee-Last Name, Assignee-Badge ID, and Agency Name.

7. Click **Download**. If the Download button is not visible, scroll down to the bottom of the dialog box.

   When the files are ready to download, you receive an email with a link to download the ZIP or ISO file.

8. In the notification email, click the download link.

   A web browser opens your Evidence.com agency.

9. If the sign-in page appears, enter your Evidence.com credentials and click **Sign In**.

   Evidence.com opens or downloads the file. The exact behavior depends on the browser you use and its download settings for files.