UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In Re: New York City Policing During Summer :     ORDER
2020 Demonstrations
    20 Civ. 8924 (CM) (GWG)
    :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    The Court is in receipt of a letter from plaintiffs (Docket # 379) asserting that defendants failed to comply with a Court order unambiguously requiring "that the City produce the example audit trail logs identified in the plaintiffs' letter (page 6) on or before February 2, 2022" (Docket # 365). The City has not responded to Docket # 379. By Thursday, February 10, 2022, the City shall file a letter explaining why it should not be sanctioned for violating an unambiguous Court order. The letter shall also address the discovery request on the merits. The Court may choose to address this issue at the February 11, 2022, conference.

    SO ORDERED.

Dated: February 8, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge