

**NYPD**

**NEW YORK, NY, US**

Document generated: 04 Feb 2022 - 07:46:57 -05:00 by CIV ARENSON, ALLISON(347273)



---

## EVIDENCE AUDIT TRAIL

**Confidential activity is not included in this audit report**

| Evidence | | Source | |
|---|---|---|---|
| Evidence ID | | Device Type | Axon Body 2 |
| Categories | Never Delete<br>Demonstration Civil Disobedience | Device Name | X81459639 |
| Title | AXON Body 2 Video 2020-06-03 2115 | Serial Number | X81459639 |
| | | Other | Axon Body 2 |
| CheckSum | Sha2-<br>62ad0594f88433494dce7258e121a5c08d260eae57e937a2db3f<br>1c2dbb32b6c6 | | |
| Record Start | 03 Jun 2020 21:15:40 | | |
| Uploaded | 03 Jun 2020 22:49:30 | Usage | |
| Uploader | POM ARCHANGE, MAXIME (Badge ID: 960169) | | |
| Unique ID | 7CF3C5884FA743269E033860A42A4ECE | Page views | 66 |
| Evidence Serial Number | WY0BB | File downloads | 2 |
| | | Video playbacks | 17 |
| | | Last Viewed Or Downloaded On | 04 Feb 2022 07:46:55 |

Confidential activity is not included in this audit report

| # | Date | Time | User | Activity |
|---|---|---|---|---|
| 1 | 03 Jun 2020 | 21:15:40 (-04:00) | System | Recording started due to camera event button press |
| 2 | 03 Jun 2020 | 21:18:14 (-04:00) | System | Recording stopped due to event button hold |
| 3 | 03 Jun 2020 | 22:48:54 (-04:00) | System | Evidence successfully uploaded using Axon Dock |
| 4 | 03 Jun 2020 | 22:49:29 (-04:00) | System | Evidence automatically deleted from camera after successful upload using Axon Dock |
| 5 | 03 Jun 2020 | 22:49:30 (-04:00) | System | Evidence Record Created |
| 6 | 03 Jun 2020 | 22:49:30 (-04:00) | System | Retention Level Updated<br>Deletion is now scheduled for 03 Dec 2021 20:15:40 (-05:00) |
| 7 | 03 Jun 2020 | 23:27:26 (-04:00) | POM ARCHANGE, MAXIME (Badge ID: 960169)<br>Username: ARCHANGE960169<br>User ID: c3d451b017284996a2b0036f3c03b120 | Evidence Record Accessed. Client IP Address: 206.212.136.1 |
| 8 | 03 Jun 2020 | 23:27:27 (-04:00) | POM ARCHANGE, MAXIME (Badge ID: 960169)<br>Username: ARCHANGE960169<br>User ID: c3d451b017284996a2b0036f3c03b120 | Media File Buffered by System at Page Load. Client IP 206.212.136.1 |
| 9 | 03 Jun 2020 | 23:27:33 (-04:00) | POM ARCHANGE, MAXIME (Badge ID: 960169)<br>Username: ARCHANGE960169<br>User ID: c3d451b017284996a2b0036f3c03b120 | Evidence Record Streamed. Client IP Address: 206.212.136.1 |
| 10 | 10 Jun 2020 | 04:44:45 (-04:00) | POM ARCHANGE, MAXIME (Badge ID: 960169)<br>Username: ARCHANGE960169<br>User ID: c3d451b017284996a2b0036f3c03b120 | Evidence Record Accessed. Client IP Address: 206.212.136.3 |

| # | Date | Time | User | Activity |
|---|---|---|---|---|
| 11 | 10 Jun 2020 | 04:44:47 (-04:00) | POM ARCHANGE, MAXIME (Badge ID: 960169)<br>Username: ARCHANGE960169<br>User ID: c3d451b017284996a2b0036f3c03b120 | Media File Buffered by System at Page Load. Client IP 206.212.136.3 |
| 12 | 10 Jun 2020 | 04:45:15 (-04:00) | POM ARCHANGE, MAXIME (Badge ID: 960169)<br>Username: ARCHANGE960169<br>User ID: c3d451b017284996a2b0036f3c03b120 | Category 'Demonstration Civil Diso' Added<br>Deletion is still scheduled for 03 Dec 2021 20:15:40 (-05:00) |
| 13 | 10 Jun 2020 | 04:45:32 (-04:00) | POM ARCHANGE, MAXIME (Badge ID: 960169)<br>Username: ARCHANGE960169<br>User ID: c3d451b017284996a2b0036f3c03b120 | Evidence Record Accessed. Client IP Address: 206.212.136.1 |
| 14 | 10 Jun 2020 | 04:45:33 (-04:00) | POM ARCHANGE, MAXIME (Badge ID: 960169)<br>Username: ARCHANGE960169<br>User ID: c3d451b017284996a2b0036f3c03b120 | Media File Buffered by System at Page Load. Client IP 206.212.136.1 |
| 15 | 27 Aug 2020 | 17:10:18 (-04:00) | POM ARCHANGE, MAXIME (Badge ID: 960169)<br>Username: ARCHANGE960169<br>User ID: c3d451b017284996a2b0036f3c03b120 | Evidence Record Accessed. Client IP Address: 206.212.136.2 |
| 16 | 27 Aug 2020 | 17:10:18 (-04:00) | POM ARCHANGE, MAXIME (Badge ID: 960169)<br>Username: ARCHANGE960169<br>User ID: c3d451b017284996a2b0036f3c03b120 | Media File Buffered by System at Page Load. Client IP 206.212.136.2 |
| 17 | 27 Aug 2020 | 17:10:27 (-04:00) | POM ARCHANGE, MAXIME (Badge ID: 960169)<br>Username: ARCHANGE960169<br>User ID: c3d451b017284996a2b0036f3c03b120 | Evidence Record Streamed. Client IP Address: 206.212.136.2 |
| 18 | 29 Sep 2020 | 12:08:41 (-04:00) | SGT MALLON, BRENDAN (Badge ID: 955119)<br>Username: MALLON955119<br>User ID: 290ff94032e24d4b88c132589014931c | Evidence Record Accessed. Client IP Address: 206.212.136.3 |
| 19 | 29 Sep 2020 | 12:08:42 (-04:00) | SGT MALLON, BRENDAN (Badge ID: 955119)<br>Username: MALLON955119<br>User ID: 290ff94032e24d4b88c132589014931c | Media File Buffered by System at Page Load. Client IP 206.212.136.3 |
| 20 | 29 Sep 2020 | 12:08:45 (-04:00) | SGT MALLON, BRENDAN (Badge ID: 955119)<br>Username: MALLON955119<br>User ID: 290ff94032e24d4b88c132589014931c | Evidence Record Streamed. Client IP Address: 206.212.136.3 |
| 21 | 29 Sep 2020 | 12:09:52 (-04:00) | SGT MALLON, BRENDAN (Badge ID: 955119)<br>Username: MALLON955119<br>User ID: 290ff94032e24d4b88c132589014931c | Evidence Record Accessed. Client IP Address: 206.212.136.1 |
| 22 | 29 Sep 2020 | 12:45:28 (-04:00) | SGT MALLON, BRENDAN (Badge ID: 955119)<br>Username: MALLON955119<br>User ID: 290ff94032e24d4b88c132589014931c | Evidence Record Accessed. Client IP Address: 206.212.136.1 |
| 23 | 29 Sep 2020 | 12:45:29 (-04:00) | SGT MALLON, BRENDAN (Badge ID: 955119)<br>Username: MALLON955119<br>User ID: 290ff94032e24d4b88c132589014931c | Media File Buffered by System at Page Load. Client IP 206.212.136.1 |
| 24 | 29 Sep 2020 | 12:45:32 (-04:00) | SGT MALLON, BRENDAN (Badge ID: 955119)<br>Username: MALLON955119<br>User ID: 290ff94032e24d4b88c132589014931c | Evidence Record Streamed. Client IP Address: 206.212.136.3 |
| 25 | 29 Sep 2020 | 12:48:27 (-04:00) | SGT MALLON, BRENDAN (Badge ID: 955119)<br>Username: MALLON955119<br>User ID: 290ff94032e24d4b88c132589014931c | Evidence Record Accessed. Client IP Address: 206.212.136.2 |
| 26 | 29 Sep 2020 | 12:48:41 (-04:00) | SGT MALLON, BRENDAN (Badge ID: 955119)<br>Username: MALLON955119<br>User ID: 290ff94032e24d4b88c132589014931c | Evidence Record Accessed. Client IP Address: 206.212.136.3 |
| 27 | 29 Sep 2020 | 12:56:11 (-04:00) | SGT MALLON, BRENDAN (Badge ID: 955119)<br>Username: MALLON955119<br>User ID: 290ff94032e24d4b88c132589014931c | Evidence Record Accessed. Client IP Address: 206.212.136.3 |
| 28 | 06 Oct 2020 | 21:52:23 (-04:00) | SGT MALLON, BRENDAN (Badge ID: 955119)<br>Username: MALLON955119<br>User ID: 290ff94032e24d4b88c132589014931c | Evidence Record Accessed. Client IP Address: 206.212.136.1 |
| 29 | 06 Oct 2020 | 21:52:24 (-04:00) | SGT MALLON, BRENDAN (Badge ID: 955119)<br>Username: MALLON955119<br>User ID: 290ff94032e24d4b88c132589014931c | Media File Buffered by System at Page Load. Client IP 206.212.136.1 |
| 30 | 06 Oct 2020 | 21:52:28 (-04:00) | SGT MALLON, BRENDAN (Badge ID: 955119)<br>Username: MALLON955119<br>User ID: 290ff94032e24d4b88c132589014931c | Evidence Record Streamed. Client IP Address: 206.212.136.1 |
| 31 | 06 Oct 2020 | 21:55:46 (-04:00) | SGT MALLON, BRENDAN (Badge ID: 955119)<br>Username: MALLON955119<br>User ID: 290ff94032e24d4b88c132589014931c | Media File Buffered by System at Page Load. Client IP 206.212.136.1 |
| 32 | 06 Oct 2020 | 21:55:50 (-04:00) | SGT MALLON, BRENDAN (Badge ID: 955119)<br>Username: MALLON955119<br>User ID: 290ff94032e24d4b88c132589014931c | Evidence Record Streamed. Client IP Address: 206.212.136.1 |

| # | Date | Time | User | Activity |
|---|---|---|---|---|
| 33 | 22 Oct 2020 | 15:38:04 (-04:00) | CIV CORTEZ, AARON (Badge ID: 370237)<br>Username: CORTEZ370237<br>User ID: 2e10c367eed443cdba619a0485608388 | Evidence Record Accessed. Client IP Address: 206.212.136.3 |
| 34 | 22 Oct 2020 | 15:38:05 (-04:00) | CIV CORTEZ, AARON (Badge ID: 370237)<br>Username: CORTEZ370237<br>User ID: 2e10c367eed443cdba619a0485608388 | Media File Buffered by System at Page Load. Client IP 206.212.136.3 |
| 35 | 22 Oct 2020 | 15:45:38 (-04:00) | CIV CORTEZ, AARON (Badge ID: 370237)<br>Username: CORTEZ370237<br>User ID: 2e10c367eed443cdba619a0485608388 | Evidence Record Streamed. Client IP Address: 206.212.136.1 |
| 36 | 22 Oct 2020 | 15:47:25 (-04:00) | CIV CORTEZ, AARON (Badge ID: 370237)<br>Username: CORTEZ370237<br>User ID: 2e10c367eed443cdba619a0485608388 | Tag 'CCRB2020-04586' Added |
| 37 | 22 Oct 2020 | 16:50:01 (-04:00) | CIV CORTEZ, AARON (Badge ID: 370237)<br>Username: CORTEZ370237<br>User ID: 2e10c367eed443cdba619a0485608388 | Evidence Record Accessed. Client IP Address: 206.212.136.3 |
| 38 | 22 Oct 2020 | 16:50:02 (-04:00) | CIV CORTEZ, AARON (Badge ID: 370237)<br>Username: CORTEZ370237<br>User ID: 2e10c367eed443cdba619a0485608388 | Media File Buffered by System at Page Load. Client IP 206.212.136.3 |
| 39 | 22 Oct 2020 | 16:52:39 (-04:00) | CIV CORTEZ, AARON (Badge ID: 370237)<br>Username: CORTEZ370237<br>User ID: 2e10c367eed443cdba619a0485608388 | Evidence Record Added to Case 'CCRB BWC 2020-2786; CCRB2020-04586'<br>Deletion is now unscheduled |
| 40 | 23 Oct 2020 | 07:23:10 (-04:00) | CIV ARENSON, ALLISON (Badge ID: 347273)<br>Username: Arenson347273<br>User ID: 8fb0a95e4da941cd9498a5daba2eb2b0 | Evidence copy created at agency CCRB-NYC |
| 41 | 28 Oct 2020 | 12:29:09 (-04:00) | CIV CORAZZA, TONY (Badge ID: 362113)<br>Username: CORAZZA362113<br>User ID: 8b18f5f4580849ffa2e64cffe43d9463 | Evidence Record Accessed. Client IP Address: 206.212.136.1 |
| 42 | 28 Oct 2020 | 12:29:10 (-04:00) | CIV CORAZZA, TONY (Badge ID: 362113)<br>Username: CORAZZA362113<br>User ID: 8b18f5f4580849ffa2e64cffe43d9463 | Media File Buffered by System at Page Load. Client IP 206.212.136.1 |
| 43 | 28 Oct 2020 | 12:29:16 (-04:00) | CIV CORAZZA, TONY (Badge ID: 362113)<br>Username: CORAZZA362113<br>User ID: 8b18f5f4580849ffa2e64cffe43d9463 | Evidence Record Streamed. Client IP Address: 206.212.136.1 |
| 44 | 28 Oct 2020 | 12:31:34 (-04:00) | CIV CORAZZA, TONY (Badge ID: 362113)<br>Username: CORAZZA362113<br>User ID: 8b18f5f4580849ffa2e64cffe43d9463 | Evidence Record Accessed. Client IP Address: 206.212.136.3 |
| 45 | 28 Oct 2020 | 12:31:51 (-04:00) | CIV CORAZZA, TONY (Badge ID: 362113)<br>Username: CORAZZA362113<br>User ID: 8b18f5f4580849ffa2e64cffe43d9463 | Tag 'CCRB2020-04702' Added |
| 46 | 29 Oct 2020 | 15:47:08 (-04:00) | CIV KOHILAKIS, MELISSA (Badge ID: 359143)<br>Username: KOHILAKIS359143<br>User ID: a8942315a1404361910ebb2470f6d3dc | Evidence Record Accessed. Client IP Address: 206.212.136.2 |
| 47 | 29 Oct 2020 | 15:47:10 (-04:00) | CIV KOHILAKIS, MELISSA (Badge ID: 359143)<br>Username: KOHILAKIS359143<br>User ID: a8942315a1404361910ebb2470f6d3dc | Media File Buffered by System at Page Load. Client IP 206.212.136.2 |
| 48 | 29 Oct 2020 | 15:47:16 (-04:00) | CIV KOHILAKIS, MELISSA (Badge ID: 359143)<br>Username: KOHILAKIS359143<br>User ID: a8942315a1404361910ebb2470f6d3dc | Evidence Record Streamed. Client IP Address: 206.212.136.2 |
| 49 | 30 Oct 2020 | 11:07:49 (-04:00) | CIV CORLEY, RYAN (Badge ID: 372642)<br>Username: CORLEY372642<br>User ID: 6ebbfe0a9f4840e5b6fa4969c988aabc | Evidence Record Accessed. Client IP Address: 206.212.136.1 |
| 50 | 30 Oct 2020 | 11:07:51 (-04:00) | CIV CORLEY, RYAN (Badge ID: 372642)<br>Username: CORLEY372642<br>User ID: 6ebbfe0a9f4840e5b6fa4969c988aabc | Media File Buffered by System at Page Load. Client IP 206.212.136.1 |
| 51 | 30 Oct 2020 | 11:07:51 (-04:00) | CIV CORLEY, RYAN (Badge ID: 372642)<br>Username: CORLEY372642<br>User ID: 6ebbfe0a9f4840e5b6fa4969c988aabc | Evidence Record Accessed. Client IP Address: 206.212.136.3 |
| 52 | 30 Oct 2020 | 11:08:06 (-04:00) | CIV CORLEY, RYAN (Badge ID: 372642)<br>Username: CORLEY372642<br>User ID: 6ebbfe0a9f4840e5b6fa4969c988aabc | Evidence Record Streamed. Client IP Address: 206.212.136.3 |
| 53 | 12 Jan 2021 | 10:44:09 (-05:00) | POM COSMAI, JOSEPH (Badge ID: 958440)<br>Username: COSMAI958440<br>User ID: 95db6b6f14254af69146edb3aeb867a2 | Evidence Record Accessed. Client IP Address: 206.212.136.3 |
| 54 | 12 Jan 2021 | 10:44:10 (-05:00) | POM COSMAI, JOSEPH (Badge ID: 958440)<br>Username: COSMAI958440<br>User ID: 95db6b6f14254af69146edb3aeb867a2 | Media File Buffered by System at Page Load. Client IP 206.212.136.5 |

| # | Date | Time | User | Activity |
|---|------|------|------|----------|
| 55 | 12 Jan 2021 | 10:44:10 (-05:00) | POM COSMAI, JOSEPH (Badge ID: 958440)<br>Username: COSMAI958440<br>User ID: 95db6b6f14254af69146edb3aeb867a2 | Evidence Record Accessed. Client IP Address: 206.212.136.5 |
| 56 | 12 Jan 2021 | 10:44:56 (-05:00) | POM COSMAI, JOSEPH (Badge ID: 958440)<br>Username: COSMAI958440<br>User ID: 95db6b6f14254af69146edb3aeb867a2 | Evidence Record Streamed. Client IP Address: 206.212.136.5 |
| 57 | 12 Jan 2021 | 10:45:13 (-05:00) | POM COSMAI, JOSEPH (Badge ID: 958440)<br>Username: COSMAI958440<br>User ID: 95db6b6f14254af69146edb3aeb867a2 | Tag 'LAW DEPARTMENT BWC 2020-527' Added |
| 58 | 12 Jan 2021 | 10:58:38 (-05:00) | POM COSMAI, JOSEPH (Badge ID: 958440)<br>Username: COSMAI958440<br>User ID: 95db6b6f14254af69146edb3aeb867a2 | Evidence Record Accessed. Client IP Address: 206.212.136.5 |
| 59 | 12 Jan 2021 | 10:58:40 (-05:00) | POM COSMAI, JOSEPH (Badge ID: 958440)<br>Username: COSMAI958440<br>User ID: 95db6b6f14254af69146edb3aeb867a2 | Evidence Record Accessed. Client IP Address: 206.212.136.2 |
| 60 | 12 Jan 2021 | 11:00:15 (-05:00) | POM COSMAI, JOSEPH (Badge ID: 958440)<br>Username: COSMAI958440<br>User ID: 95db6b6f14254af69146edb3aeb867a2 | Evidence Record Accessed. Client IP Address: 206.212.136.3 |
| 61 | 12 Jan 2021 | 12:07:02 (-05:00) | POM COSMAI, JOSEPH (Badge ID: 958440)<br>Username: COSMAI958440<br>User ID: 95db6b6f14254af69146edb3aeb867a2 | Evidence Record Added to Case 'LM 2020-038841; Charlie Monlouis-Anderle' |
| 62 | 20 Jan 2021 | 12:48:02 (-05:00) | SGT DIAZ, DAVID (Badge ID: 930049)<br>Username: DIAZ930049<br>User ID: 800684527e584211b4a792bacfa8fe69 | Evidence copy created at agency NYC Law Department |
| 63 | 27 Jan 2021 | 11:19:29 (-05:00) | CIV RIVERA, ROBERT (Badge ID: 369792)<br>Username: RIVERA369792<br>User ID: e634f21f3dc0420dbc245462561a65c5 | Evidence Record Accessed. Client IP Address: 206.212.136.2 |
| 64 | 27 Jan 2021 | 11:19:30 (-05:00) | CIV RIVERA, ROBERT (Badge ID: 369792)<br>Username: RIVERA369792<br>User ID: e634f21f3dc0420dbc245462561a65c5 | Media File Buffered by System at Page Load. Client IP 206.212.136.2 |
| 65 | 27 Jan 2021 | 11:22:32 (-05:00) | CIV RIVERA, ROBERT (Badge ID: 369792)<br>Username: RIVERA369792<br>User ID: e634f21f3dc0420dbc245462561a65c5 | Evidence Record Accessed. Client IP Address: 206.212.136.5 |
| 66 | 27 Jan 2021 | 11:23:55 (-05:00) | CIV CORTEZ, AARON (Badge ID: 370237)<br>Username: CORTEZ370237<br>User ID: 2e10c367eed443cdba619a0485608388 | Evidence Record Accessed. Client IP Address: 206.212.136.1 |
| 67 | 27 Jan 2021 | 11:23:55 (-05:00) | CIV CORTEZ, AARON (Badge ID: 370237)<br>Username: CORTEZ370237<br>User ID: 2e10c367eed443cdba619a0485608388 | Media File Buffered by System at Page Load. Client IP 206.212.136.1 |
| 68 | 27 Jan 2021 | 11:24:02 (-05:00) | CIV CORTEZ, AARON (Badge ID: 370237)<br>Username: CORTEZ370237<br>User ID: 2e10c367eed443cdba619a0485608388 | Evidence Record Downloaded; Internal Record ID: FILE:7F9E23B7F3094C7C9CF206884F0036E3@FB53C24F9A3E4A76AAF29124483B8038<br>Client IP Address: 206.212.136.2 |
| 69 | 08 Mar 2021 | 13:48:11 (-05:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Accessed. Client IP Address: 206.212.136.5 |
| 70 | 08 Mar 2021 | 13:48:13 (-05:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Media File Buffered by System at Page Load. Client IP 206.212.136.5 |
| 71 | 08 Mar 2021 | 13:48:35 (-05:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Tag 'LAW DEPARTMENT BWC 2021-124' Added |
| 72 | 08 Mar 2021 | 13:48:57 (-05:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Streamed. Client IP Address: 206.212.136.1 |
| 73 | 08 Mar 2021 | 14:03:59 (-05:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Accessed. Client IP Address: 206.212.136.2 |
| 74 | 08 Mar 2021 | 14:04:00 (-05:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Accessed. Client IP Address: 206.212.136.5 |
| 75 | 08 Mar 2021 | 14:04:01 (-05:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Media File Buffered by System at Page Load. Client IP 206.212.136.5 |
| 76 | 08 Mar 2021 | 14:11:08 (-05:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Accessed. Client IP Address: 206.212.136.1 |

| # | Date | Time | User | Activity |
|---|---|---|---|---|
| 77 | 08 Mar 2021 | 14:11:09 (-05:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Accessed. Client IP Address: 206.212.136.5 |
| 78 | 08 Mar 2021 | 14:47:22 (-05:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Added to Case 'LM 2020-025246 LAW DEPARTMENT BWC 2021-124' |
| 79 | 08 Mar 2021 | 15:04:21 (-05:00) | SGT DIAZ, DAVID (Badge ID: 930049)<br>Username: DIAZ930049<br>User ID: 800684527e584211b4a792bacfa8fe69 | Evidence copy created at agency NYC Law Department |
| 80 | 08 Mar 2021 | 16:34:03 (-05:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Accessed. Client IP Address: 206.212.136.2 |
| 81 | 08 Mar 2021 | 16:34:04 (-05:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Media File Buffered by System at Page Load. Client IP 206.212.136.2 |
| 82 | 09 Mar 2021 | 18:16:23 (-05:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Accessed. Client IP Address: 206.212.136.4 |
| 83 | 09 Mar 2021 | 18:16:25 (-05:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Media File Buffered by System at Page Load. Client IP 206.212.136.4 |
| 84 | 10 Mar 2021 | 10:28:04 (-05:00) | CIV CORAZZA, TONY (Badge ID: 362113)<br>Username: CORAZZA362113<br>User ID: 8b18f5f4580849ffa2e64cffe43d9463 | Evidence Record Accessed. Client IP Address: 206.212.136.4 |
| 85 | 10 Mar 2021 | 10:28:04 (-05:00) | CIV CORAZZA, TONY (Badge ID: 362113)<br>Username: CORAZZA362113<br>User ID: 8b18f5f4580849ffa2e64cffe43d9463 | Media File Buffered by System at Page Load. Client IP 206.212.136.4 |
| 86 | 10 Mar 2021 | 10:28:09 (-05:00) | CIV CORAZZA, TONY (Badge ID: 362113)<br>Username: CORAZZA362113<br>User ID: 8b18f5f4580849ffa2e64cffe43d9463 | Evidence Record Downloaded; Internal Record ID: FILE:7F9E23B7F3094C7C9CF206884F0036E3@FB53C24F9A3E4A76AAF29124483B8038<br>Client IP Address: 206.212.136.4 |
| 87 | 10 Mar 2021 | 11:23:47 (-05:00) | CIV NOON, RYAN (Badge ID: 370337)<br>Username: NOON370337<br>User ID: 5edfe625ca184c9b9170fa7392b4ba10 | Evidence Record Accessed. Client IP Address: 206.212.136.1 |
| 88 | 10 Mar 2021 | 11:23:48 (-05:00) | CIV NOON, RYAN (Badge ID: 370337)<br>Username: NOON370337<br>User ID: 5edfe625ca184c9b9170fa7392b4ba10 | Media File Buffered by System at Page Load. Client IP 206.212.136.1 |
| 89 | 28 Mar 2021 | 13:56:35 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Accessed. Client IP Address: 206.212.136.4 |
| 90 | 28 Mar 2021 | 13:56:36 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Media File Buffered by System at Page Load. Client IP 206.212.136.4 |
| 91 | 28 Mar 2021 | 13:56:52 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Tag 'PRESERVATION BWC 2021-05' Added |
| 92 | 29 Mar 2021 | 10:45:16 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Accessed. Client IP Address: 206.212.136.4 |
| 93 | 29 Mar 2021 | 10:45:16 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Media File Buffered by System at Page Load. Client IP 206.212.136.4 |
| 94 | 29 Mar 2021 | 11:39:48 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Accessed. Client IP Address: 206.212.136.3 |
| 95 | 29 Mar 2021 | 11:39:49 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Accessed. Client IP Address: 206.212.136.2 |
| 96 | 29 Mar 2021 | 13:09:09 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Accessed. Client IP Address: 206.212.136.4 |
| 97 | 29 Mar 2021 | 13:09:10 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Accessed. Client IP Address: 206.212.136.3 |
| 98 | 29 Mar 2021 | 13:21:43 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Added to Case 'PRESERVATION BWC 2021-05' |

| # | Date | Time | User | Activity |
|---|---|---|---|---|
| 99 | 13 Apr 2021 | 14:57:37 (-04:00) | CIV OBANHEIN, KATHERINE (Badge ID: 362509)<br>Username: OBANHEIN362509<br>User ID: b05b64f310d1453b971f0e633368b3bf | Category 'Never Delete' Added |
| 100 | 21 Jul 2021 | 12:45:25 (-04:00) | POM COSMAI, JOSEPH (Badge ID: 958440)<br>Username: COSMAI958440<br>User ID: 95db6b6f14254af69146edb3aeb867a2 | Media File Buffered by System at Page Load. Client IP 206.212.136.2 |
| 101 | 21 Jul 2021 | 12:47:33 (-04:00) | POM COSMAI, JOSEPH (Badge ID: 958440)<br>Username: COSMAI958440<br>User ID: 95db6b6f14254af69146edb3aeb867a2 | Evidence Record Added to Case 'LM 2021-002333; LUKE HANNA; LAW DEPARTMENT BWC 2021-628' |
| 102 | 21 Jul 2021 | 12:55:56 (-04:00) | POM COSMAI, JOSEPH (Badge ID: 958440)<br>Username: COSMAI958440<br>User ID: 95db6b6f14254af69146edb3aeb867a2 | Tag 'LAW DEPARTMENT BWC 2021-628' Added |
| 103 | 21 Jul 2021 | 13:02:15 (-04:00) | POM COSMAI, JOSEPH (Badge ID: 958440)<br>Username: COSMAI958440<br>User ID: 95db6b6f14254af69146edb3aeb867a2 | Evidence Record Accessed. Client IP Address: 206.212.136.4 |
| 104 | 21 Jul 2021 | 13:02:16 (-04:00) | POM COSMAI, JOSEPH (Badge ID: 958440)<br>Username: COSMAI958440<br>User ID: 95db6b6f14254af69146edb3aeb867a2 | Media File Buffered by System at Page Load. Client IP 206.212.136.4 |
| 105 | 21 Jul 2021 | 17:47:31 (-04:00) | CIV ARENSON, ALLISON (Badge ID: 347273)<br>Username: Arenson347273<br>User ID: 8fb0a95e4da941cd9498a5daba2eb2b0 | Evidence copy created at agency NYC Law Department |
| 106 | 28 Jul 2021 | 14:51:54 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Accessed. Client IP Address: 206.212.136.3 |
| 107 | 28 Jul 2021 | 14:51:55 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Media File Buffered by System at Page Load. Client IP 206.212.136.3 |
| 108 | 28 Jul 2021 | 14:52:27 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Tag 'LAW DEPARTMENT BWC 2021-653' Added |
| 109 | 28 Jul 2021 | 15:19:25 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Accessed. Client IP Address: 206.212.136.4 |
| 110 | 28 Jul 2021 | 15:19:25 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Media File Buffered by System at Page Load. Client IP 206.212.136.3 |
| 111 | 28 Jul 2021 | 15:19:26 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Accessed. Client IP Address: 206.212.136.3 |
| 112 | 28 Jul 2021 | 15:36:20 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Accessed. Client IP Address: 206.212.136.5 |
| 113 | 28 Jul 2021 | 15:36:20 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Accessed. Client IP Address: 206.212.136.2 |
| 114 | 28 Jul 2021 | 16:00:10 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Accessed. Client IP Address: 206.212.136.2 |
| 115 | 28 Jul 2021 | 16:00:10 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Media File Buffered by System at Page Load. Client IP 206.212.136.2 |
| 116 | 28 Jul 2021 | 16:03:44 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Accessed. Client IP Address: 206.212.136.4 |
| 117 | 28 Jul 2021 | 18:25:38 (-04:00) | POM VELAZCO, PETER (Badge ID: 935923)<br>Username: VELAZCO935923<br>User ID: ec4124344ca94fa391890b861ee9429e | Evidence Record Added to Case 'LM 2021-010193 LAW DEPARTMENT BWC 2021-653' |
| 118 | 04 Aug 2021 | 10:18:52 (-04:00) | SGT DIAZ, DAVID (Badge ID: 930049)<br>Username: DIAZ930049<br>User ID: 800684527e584211b4a792bacfa8fe69 | Evidence copy created at agency NYC Law Department |
| 119 | 05 Oct 2021 | 12:52:40 (-04:00) | POF BAILONSOL, ANGIE (Badge ID: 941145)<br>Username: BAILONSOL941145<br>User ID: 2eab19266a024727b48a1b24e0919e2e | Evidence Record Accessed. Client IP Address: 206.212.136.4 |
| 120 | 05 Oct 2021 | 12:52:42 (-04:00) | POF BAILONSOL, ANGIE (Badge ID: 941145)<br>Username: BAILONSOL941145<br>User ID: 2eab19266a024727b48a1b24e0919e2e | Media File Buffered by System at Page Load. Client IP 206.212.136.5 |

| # | Date | Time | User | Activity |
|---|---|---|---|---|
| 121 | 05 Oct 2021 | 12:52:42 (-04:00) | POF BAILONSOL, ANGIE (Badge ID: 941145)<br>Username: BAILONSOL941145<br>User ID: 2eab19266a024727b48a1b24e0919e2e | Evidence Record Accessed. Client IP Address: 206.212.136.5 |
| 122 | 05 Oct 2021 | 12:53:15 (-04:00) | POF BAILONSOL, ANGIE (Badge ID: 941145)<br>Username: BAILONSOL941145<br>User ID: 2eab19266a024727b48a1b24e0919e2e | Evidence Record Streamed. Client IP Address: 206.212.136.5 |
| 123 | 05 Oct 2021 | 13:27:19 (-04:00) | POF BAILONSOL, ANGIE (Badge ID: 941145)<br>Username: BAILONSOL941145<br>User ID: 2eab19266a024727b48a1b24e0919e2e | Tag 'PRESERVATION BWC 2021-81' Added |
| 124 | 13 Oct 2021 | 13:16:21 (-04:00) | POF BAILONSOL, ANGIE (Badge ID: 941145)<br>Username: BAILONSOL941145<br>User ID: 2eab19266a024727b48a1b24e0919e2e | Evidence Record Accessed. Client IP Address: 206.212.136.1 |
| 125 | 13 Oct 2021 | 13:16:22 (-04:00) | POF BAILONSOL, ANGIE (Badge ID: 941145)<br>Username: BAILONSOL941145<br>User ID: 2eab19266a024727b48a1b24e0919e2e | Media File Buffered by System at Page Load. Client IP 206.212.136.2 |
| 126 | 13 Oct 2021 | 13:16:23 (-04:00) | POF BAILONSOL, ANGIE (Badge ID: 941145)<br>Username: BAILONSOL941145<br>User ID: 2eab19266a024727b48a1b24e0919e2e | Evidence Record Accessed. Client IP Address: 206.212.136.2 |
| 127 | 13 Oct 2021 | 13:48:29 (-04:00) | POF BAILONSOL, ANGIE (Badge ID: 941145)<br>Username: BAILONSOL941145<br>User ID: 2eab19266a024727b48a1b24e0919e2e | Evidence Record Accessed. Client IP Address: 206.212.136.1 |
| 128 | 13 Oct 2021 | 13:48:30 (-04:00) | POF BAILONSOL, ANGIE (Badge ID: 941145)<br>Username: BAILONSOL941145<br>User ID: 2eab19266a024727b48a1b24e0919e2e | Media File Buffered by System at Page Load. Client IP 206.212.136.2 |
| 129 | 13 Oct 2021 | 13:48:30 (-04:00) | POF BAILONSOL, ANGIE (Badge ID: 941145)<br>Username: BAILONSOL941145<br>User ID: 2eab19266a024727b48a1b24e0919e2e | Evidence Record Accessed. Client IP Address: 206.212.136.2 |
| 130 | 13 Oct 2021 | 14:07:17 (-04:00) | POF BAILONSOL, ANGIE (Badge ID: 941145)<br>Username: BAILONSOL941145<br>User ID: 2eab19266a024727b48a1b24e0919e2e | Evidence Record Accessed. Client IP Address: 206.212.136.5 |
| 131 | 13 Oct 2021 | 14:07:17 (-04:00) | POF BAILONSOL, ANGIE (Badge ID: 941145)<br>Username: BAILONSOL941145<br>User ID: 2eab19266a024727b48a1b24e0919e2e | Media File Buffered by System at Page Load. Client IP 206.212.136.5 |
| 132 | 13 Oct 2021 | 14:07:32 (-04:00) | POF BAILONSOL, ANGIE (Badge ID: 941145)<br>Username: BAILONSOL941145<br>User ID: 2eab19266a024727b48a1b24e0919e2e | Evidence Record Accessed. Client IP Address: 206.212.136.2 |
| 133 | 13 Oct 2021 | 14:11:08 (-04:00) | POF BAILONSOL, ANGIE (Badge ID: 941145)<br>Username: BAILONSOL941145<br>User ID: 2eab19266a024727b48a1b24e0919e2e | Evidence Record Added to Case 'PRESERVATION BWC 2021-81' |
| 134 | 14 Oct 2021 | 11:43:30 (-04:00) | SGT SZUMILO, PRZEMYSLAW (Badge ID: 933399)<br>Username: SZUMILO933399<br>User ID: 28bd79eca9524e0abb428a48282976d5 | Category 'Never Delete' Added |
| 135 | 11 Nov 2021 | 15:44:19 (-05:00) | POM COSMAI, JOSEPH (Badge ID: 958440)<br>Username: COSMAI958440<br>User ID: 95db6b6f14254af69146edb3aeb867a2 | Category 'Never Delete' Added |
| 136 | 21 Dec 2021 | 08:53:33 (-05:00) | POM HENRIQUEZ, DARIO (Badge ID: 945813)<br>Username: HENRIQUEZ945813<br>User ID: 5ca50af1b1204064bf8928eeebf82b3f | Evidence Record Accessed. Client IP Address: 206.212.136.5 |
| 137 | 21 Dec 2021 | 08:53:55 (-05:00) | POM HENRIQUEZ, DARIO (Badge ID: 945813)<br>Username: HENRIQUEZ945813<br>User ID: 5ca50af1b1204064bf8928eeebf82b3f | Media File Buffered by System at Page Load. Client IP 206.212.136.2 |
| 138 | 21 Dec 2021 | 08:53:56 (-05:00) | POM HENRIQUEZ, DARIO (Badge ID: 945813)<br>Username: HENRIQUEZ945813<br>User ID: 5ca50af1b1204064bf8928eeebf82b3f | Evidence Record Accessed. Client IP Address: 206.212.136.1 |
| 139 | 21 Dec 2021 | 09:03:30 (-05:00) | POM HENRIQUEZ, DARIO (Badge ID: 945813)<br>Username: HENRIQUEZ945813<br>User ID: 5ca50af1b1204064bf8928eeebf82b3f | Evidence Record Streamed. Client IP Address: 206.212.136.2 |
| 140 | 21 Dec 2021 | 09:03:38 (-05:00) | POM HENRIQUEZ, DARIO (Badge ID: 945813)<br>Username: HENRIQUEZ945813<br>User ID: 5ca50af1b1204064bf8928eeebf82b3f | Tag 'LAW DEPARTMENT BWC 2021-1256' Added |
| 141 | 21 Dec 2021 | 15:07:25 (-05:00) | POM HENRIQUEZ, DARIO (Badge ID: 945813)<br>Username: HENRIQUEZ945813<br>User ID: 5ca50af1b1204064bf8928eeebf82b3f | Evidence Record Accessed. Client IP Address: 206.212.136.4 |
| 142 | 21 Dec 2021 | 15:07:31 (-05:00) | POM HENRIQUEZ, DARIO (Badge ID: 945813)<br>Username: HENRIQUEZ945813<br>User ID: 5ca50af1b1204064bf8928eeebf82b3f | Media File Buffered by System at Page Load. Client IP 206.212.136.1 |

| # | Date | Time | User | Activity |
|---|---|---|---|---|
| 143 | 21 Dec 2021 | 15:07:31 (-05:00) | POM HENRIQUEZ, DARIO (Badge ID: 945813)<br>Username: HENRIQUEZ945813<br>User ID: 5ca50af1b1204064bf8928eeebf82b3f | Evidence Record Accessed. Client IP Address: 206.212.136.5 |
| 144 | 22 Dec 2021 | 08:37:26 (-05:00) | POM HENRIQUEZ, DARIO (Badge ID: 945813)<br>Username: HENRIQUEZ945813<br>User ID: 5ca50af1b1204064bf8928eeebf82b3f | Evidence Record Added to Case 'LM 2021-032549; SAMUEL KARNES; LAW DEPARTMENT BWC 2021-1256' |
| 145 | 28 Dec 2021 | 12:17:21 (-05:00) | SGT JONES, CRAIG (Badge ID: 941045)<br>Username: JONES941045<br>User ID: 859889bb5b1e45d89c9db13008138c71 | Evidence copy created at agency NYC Law Department |
| 146 | 29 Dec 2021 | 16:26:35 (-05:00) | CIV CALLAGHAN, PETER (Badge ID: 363454)<br>Username: CALLAGHAN363454<br>User ID: 4cb44a84422c4bd7bf44da6bdd256566 | Evidence Record Accessed. Client IP Address: 206.212.136.1 |
| 147 | 29 Dec 2021 | 16:26:36 (-05:00) | CIV CALLAGHAN, PETER (Badge ID: 363454)<br>Username: CALLAGHAN363454<br>User ID: 4cb44a84422c4bd7bf44da6bdd256566 | Media File Buffered by System at Page Load. Client IP 206.212.136.1 |
| 148 | 29 Dec 2021 | 16:26:42 (-05:00) | CIV CALLAGHAN, PETER (Badge ID: 363454)<br>Username: CALLAGHAN363454<br>User ID: 4cb44a84422c4bd7bf44da6bdd256566 | Evidence Record Streamed. Client IP Address: 206.212.136.1 |
| 149 | 29 Dec 2021 | 18:13:05 (-05:00) | CIV CALLAGHAN, PETER (Badge ID: 363454)<br>Username: CALLAGHAN363454<br>User ID: 4cb44a84422c4bd7bf44da6bdd256566 | Evidence Record Accessed. Client IP Address: 206.212.136.2 |
| 150 | 29 Dec 2021 | 18:13:06 (-05:00) | CIV CALLAGHAN, PETER (Badge ID: 363454)<br>Username: CALLAGHAN363454<br>User ID: 4cb44a84422c4bd7bf44da6bdd256566 | Media File Buffered by System at Page Load. Client IP 206.212.136.2 |
| 151 | 29 Dec 2021 | 18:13:11 (-05:00) | CIV CALLAGHAN, PETER (Badge ID: 363454)<br>Username: CALLAGHAN363454<br>User ID: 4cb44a84422c4bd7bf44da6bdd256566 | Evidence Record Streamed. Client IP Address: 206.212.136.2 |
| 152 | 11 Jan 2022 | 08:30:03 (-05:00) | POM COSMAI, JOSEPH (Badge ID: 958440)<br>Username: COSMAI958440<br>User ID: 95db6b6f14254af69146edb3aeb867a2 | Evidence Record Accessed. Client IP Address: 206.212.136.3 |
| 153 | 11 Jan 2022 | 08:30:04 (-05:00) | POM COSMAI, JOSEPH (Badge ID: 958440)<br>Username: COSMAI958440<br>User ID: 95db6b6f14254af69146edb3aeb867a2 | Media File Buffered by System at Page Load. Client IP 206.212.136.1 |
| 154 | 11 Jan 2022 | 08:30:04 (-05:00) | POM COSMAI, JOSEPH (Badge ID: 958440)<br>Username: COSMAI958440<br>User ID: 95db6b6f14254af69146edb3aeb867a2 | Evidence Record Accessed. Client IP Address: 206.212.136.1 |
| 155 | 11 Jan 2022 | 08:32:48 (-05:00) | POM COSMAI, JOSEPH (Badge ID: 958440)<br>Username: COSMAI958440<br>User ID: 95db6b6f14254af69146edb3aeb867a2 | Tag 'LAW DEPARTMENT BWC 2022-42' Added |
| 156 | 11 Jan 2022 | 09:07:40 (-05:00) | POM COSMAI, JOSEPH (Badge ID: 958440)<br>Username: COSMAI958440<br>User ID: 95db6b6f14254af69146edb3aeb867a2 | Evidence Record Streamed. Client IP Address: 206.212.136.3 |
| 157 | 11 Jan 2022 | 10:14:16 (-05:00) | POM COSMAI, JOSEPH (Badge ID: 958440)<br>Username: COSMAI958440<br>User ID: 95db6b6f14254af69146edb3aeb867a2 | Evidence Record Added to Case 'LM 2021-002333; MAXIME ARCHANGE 960169; LAW DEPARTMENT BWC 2022-42' |
| 158 | 11 Jan 2022 | 16:05:31 (-05:00) | CIV ARENSON, ALLISON (Badge ID: 347273)<br>Username: Arenson347273<br>User ID: 8fb0a95e4da941cd9498a5daba2eb2b0 | Evidence copy created at agency NYC Law Department |
| 159 | 04 Feb 2022 | 07:46:47 (-05:00) | CIV ARENSON, ALLISON (Badge ID: 347273)<br>Username: Arenson347273<br>User ID: 8fb0a95e4da941cd9498a5daba2eb2b0 | Evidence Record Accessed. Client IP Address: 206.212.136.3 |
| 160 | 04 Feb 2022 | 07:46:48 (-05:00) | CIV ARENSON, ALLISON (Badge ID: 347273)<br>Username: Arenson347273<br>User ID: 8fb0a95e4da941cd9498a5daba2eb2b0 | Media File Buffered by System at Page Load. Client IP 206.212.136.3 |