

February 9, 2022

**Via ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *In re: New York City Policing During Summer 2020 Demonstrations,*
              No. 20-CV-8924
              *This Filing is Related to* ALL CASES

Dear Judge Gorenstein:

      We write on behalf of all Plaintiffs in the above-referenced matter in response to the Court's order on February 7, 2022 (ECF No. 383) directing Plaintiffs to supply proposed orders to effect the relief requested in the unopposed letters submitted to the Court previously at ECF Nos. 370 and 374. Two proposed orders are attached to this letter. We are also emailing a Microsoft Word version of both proposed orders to your Chambers today for the Court's convenience.

                                      Respectfully submitted,

| NEW YORK CIVIL LIBERTIES UNION FOUNDATION | THE LEGAL AID SOCIETY |
|---|---|
| By: *s/Jessica Perry*<br>    Jessica Perry<br>    Molly K. Biklen<br>    Daniel R. Lambright<br>    Robert Hodgson<br>    Lisa Laplace<br>    Christopher T. Dunn<br>    125 Broad Street, 19th Floor<br>    New York, NY 10004<br>    (212) 607-3300<br>    jperry@nyclu.org | By: *s/ Corey Stoughton*<br>    Corey Stoughton<br>    Jennvine Wong<br>    Rigodis Appling<br>    199 Water Street<br>    New York, NY 10038<br>    (212) 577-3367<br>    cstoughton@legal-aid.org<br><br>*Attorneys for the Payne Plaintiffs* |

Cc: All counsel of record
Encl.

1