

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK , NEW YORK 10007 | **DARA L. WEISS**<br>*Senior Counsel*<br>daweiss@law.nyc.gov<br>Phone: (212) 356-3517<br>Fax: (212) 356-1148 |

**By ECF**  
Honorable Gabriel W. Gorenstein  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007  

February 10, 2022

   In Re: *New York City Policing During Summer 2020 Demonstrations*,  
      No. 20 Civ. 8924 (CM) (GWG)  
      This filing is related to all cases

Your Honor:

  I am a Senior Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York and I am among counsel for the defense in the above-referenced matter. I write in accordance with Rule 2.A of the Court's Individual Rules in response to plaintiff's February 8, 2022 letter to the Court. (Dkt # 373).

  The parties have conferred, and have come to an agreement that defendants will provide document responses and documents in two weeks, and that will be a court-ordered date. A privilege log, to the extent one is required, will be produced withing three days after that date.

  As such, plaintiffs' motion is now moot.

  Thank you for your consideration herein.

                Respectfully submitted,

                *Dara L. Weiss s/*

                Dara Weiss  
                *Senior Counsel*  
                Special Federal Litigation Division

cc:  ALL COUNSEL (via ECF only)