UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re: New York City Policing During Summer     :        ORDER
2020 Demonstrations                                      20 Civ. 8924 (CM) (GWG)
                                                :
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The Court issues this order with respect to Docket # 406. The City is directed to file a response to Docket # 406 letter by 12:00 noon on Friday, February 18, 2022. The letter shall include, in the form of a chart, definitive answers, as ordered at the February 11, 2022, conference to the specific burdens of producing each category of documents listed on pages 1-2 of Docket # 406 as to each past protest, which must include an estimated number of person-hours it will take to produce the documents and specific information as to any impediment not tied to labor expended by City personnel (for example, time for an outside vendor to retrieve a box).

      The matter will be further addressed at a conference on February 18, 2022, at 2:30 p.m. The City shall have available individuals who can answer (based on personal knowledge) questions the Court may have about the City's representations about the above matters. The attorneys (and the City's staff appearing as directed above) should use the dial-in number the attorneys were previously provided. The public may listen to the conference by dialing 877-810-9415 and using access code: 4086346. The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden. Only one attorney for plaintiff and one attorney for defendant will be permitted to address the Court with respect to any dispute. When addressing the Court, counsel must <u>not</u> use a speakerphone. Each attorney is directed to ensure that all other attorneys on the case are aware of the oral argument date and time.

      SO ORDERED.

Dated: February 17, 2022
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge