| PROTEST | DOCUMENT TYPE | PERSON-HOURS * | IMPEDIMENT** |
|---|---|---|---|
| **WEF** | Mass Arrest Reports | 40 hours | These documents will require extensive redactions as most of the arrests are sealed. |
| | 49's | 50 hours | As described in accompanying letter, these 20-year old documents are not located in a single defined location and it will take many hours to track them down. There are |
| | After-Action Reports | 50 hours | See above |
| | Deposition Transcripts | 30 hours, once the boxes are retrieved from archives | The files containing the transcripts are in cartons in Law Department archives, and it can take between one week and one month to retrieve cartons from archives. |
| | CCRB/IAB Records | 30 hours | |
| **RNC** | Mass Arrest Reports | 30 hours | |
| | 49's | 30 hours | |
| | After-Action Reports | 30 hours | |
| | Deposition Transcripts | 25 hours | Many, if not most of these transcripts have been produced.  I have recently been informed of another place additional transcripts may live, and they need to be reviewed to determine if they are depositions of high-ranking officers as defined by plaintiffs |
| | CCRB/IAB Records | 40 hours | |
| **OWS** | Mass Arrest Reports | 40 hours | There is no central repository for these documents, and they encompass almost two years' worth of protests.  The will also |

| | | | |
|---|---|---|---|
| | | | require extensive redactions. |
| | 49's | 40 hours | Same as above |
| | After-Action Reports | 40 hours | Same as above |
| | Deposition Transcripts | 50 hours | There were more than 100 OWS cases, each case has an electronic file within the law department.  The deposition transcripts in question might not be saved electronically and each of the 100+ electronic files has to be searched to find out. For those cases where the transcript was not saved electronically, the files must be retrieved from archives and reviewed. It can take between one week and one month to retrieve cartons from archives. |
| | CCRB/IAB Records | 30 hours | |
| **BLM** | Mass Arrest Reports | 20 hours | After it is determined which protests in this are "BLM" protests over the seven-year period defined by plaintiffs'.  These documents will also require significant redactions |
| | 49's | 20 hours | Same as above |
| | After-Action Reports | 20 hours | Same as above |
| | Deposition Transcripts | Unknown, but up to 40 hours | The Law Department needs to determine which lawsuits arose out of BLM protests. |
| | CCRB/IAB Records | 30 hours | These seven years of protests are not specifically noted as "BLM" protests |
| **Trump Car Caravan** | Mass Arrest Reports | 10 hours | |
| | 49's | 10 hours | |

|  | After-Action Reports | 10 hours |  |
|  | Deposition Transcripts |  | N/A |
|  | CCRB/IAB Records | 10 hours |  |

*Includes locating, identification, collection, review, redaction and production

**NYPD has approximately 750 archived boxes that would have to be reviewed to ascertain if they contain responsive documents