AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

## for the

### Southern District of New York

| | |
|---|---|
| Payne et al. | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   1:20-cv-08924 |
| De Blasio et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                        .

Date:     02/23/2022

_____
*Attorney's signature*

Daphna Spivack, 5909981
*Printed name and bar number*

556 W. 254th St., Bronx, NY, 10471

_____
*Address*

dspivack@nyclu.org
*E-mail address*

(646) 670-3890
*Telephone number*

(212) 607-3318
*FAX number*