UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: New York City Policing During Summer      :        ORDER
2020 Demonstrations
                                                                            20 Civ. 8924 (CM) (GWG)
                                                         :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The matters raised in Docket # 426 will be addressed at a conference on <u>March 3, 2022, at 3:00 p.m</u>.  The attorneys should use the dial-in number they were previously provided.  The public may listen to the conference by dialing 877-810-9415 and using access code: 4086346.  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.  Only one attorney for plaintiff and one attorney for defendant will be permitted to address the Court with respect to any dispute.  When addressing the Court, counsel must <u>not</u> use a speakerphone.  Each attorney is directed to ensure that all other attorneys on the case are aware of the oral argument date and time.

      SO ORDERED.

Dated:  March 3, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge