UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
In Re: New York City Policing During Summer   :           ORDER
2020 Demonstrations                              20 Civ. 8924 (CM) (GWG)
                                        :
--------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The Court has learned that the lead attorney for the defendants has a personal emergency today. Accordingly, the conference just scheduled for March 3, 2022, at 3:00 p.m, is adjourned to March 4, 2022, at 10:30 a.m. The attorneys should use the dial-in number they were previously provided. The public may listen to the conference by dialing 877-810-9415 and using access code: 4086346. The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.

      SO ORDERED.

Dated: March 3, 2022
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge