UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re: New York City Policing During Summer     :            ORDER
2020 Demonstrations                                                        20 Civ. 8924 (CM) (GWG)
                                                                            :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

       In light of the Second Circuit's decision reversing in part the district court's decision denying the motion to intervene of the Police Benevolent Association of the City of New York, Inc. ("PBA"), the PBA is directed to file the pleading that sets out its claim or defense, see Fed. R. Civ. P. 24(c), on or before March 18, 2022.

       The parties are directed to provide to the PBA by March 18, 2022 (1) a copy of all discovery requests that party has made and (2) a copy of all discovery responses that party has provided through that date (consisting of the formal response and any documents produced). The parties shall consult with each other to make sure this task is accomplished in the most efficient manner possible.

       The PBA is shall serve any discovery requests of its own on or before March 25, 2022.

       SO ORDERED.

Dated: March 4, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge