Get the mobile app   Last web login: Mar 9, 2022 9:26 am   

---

Reply all | Forward   Move to Trash   Print

## Sgt. Mullins

**D** daweiss@law.nyc.gov
Mar 08, 2022, 6:12 PM
ag.nypdlitigation@ag.ny.gov, astoll@stollglickman.com, graylegalteam@dwt.com, hernandez@femmelaw.com, paynelitigatio
2 attachments -Expires : Mar 24, 2022
Message body secured

Counselors:
Please see attached regarding Sgt. Mullins.  We have been unable to locate any information re: allegations of circulation of a racist video.
Best,
Dara

File attachments expire: Mar 24, 2022   Download   Send file   Save to folder

| | Name | Size | Digital Fingerprint |
|---|---|---|---|
| ☐ | MullinsIAB.pdf | 14.9 MB | 2620ea07255bf58e928e111ca2faea |
| ☐ | MullinsCCRB.pdf | 87.9 MB | 812882c4fc2fdeee5c3a396b6f3caa |

Share securely and access content from anywhere.   Get the mobile app