UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

In re: New York City Policing During Summer 2020 Demonstrations

------------------------------------------------------------------------ x

**NOTICE OF RULE 68 OFFER ACCEPTANCE**

This filing relates solely to *Cameron Yates v. New York City, NYPD Chief of Patrol Fausto Pichardo, John Doe ##1-5*, 21-CV-1904(CM)(GWG)

    Plaintiff Cameron Yates accepts the Rule 68 Offer of Judgment served on him by the City of New York on March 6, 2022 for the "total sum of Fifteen Thousand and One ($15,001.00) Dollars, plus reasonable attorneys' fees, expenses, and costs the to the date of [the] offer," a copy of which is filed as an exhibit to this Notice.

March 9, 2022

Very truly yours,

Stoll, Glickman & Bellina, LLP
By: Andrew B. Stoll (AS8808)
Attorney for Plaintiff
300 Cadman Plaza West, 12th Floor
Brooklyn, NY  11201
(718) 852-3710
astoll@stollglickman.com