

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**AMY ROBINSON**
*Senior Counsel*
arobinso@law.nyc.gov

March 11, 2022

**VIA ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMORANDUM ENDORSED

Re: In re: New York City Policing During Summer 2020 Demonstrations, 20-CV-8924 (CM)(GWG)

Your Honor:

    I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing Defendants in the above referenced matter. Defendants write to seek a 2-day extension to Tuesday, March 15th to respond to Plaintiffs' letter to the Court dated March 9, 2022, (Dkt. No. 439). This request is necessary in order to contact the various defending attorneys with respect to their compliance with the pre-deposition production protocol regarding the depositions noted in Plaintiffs' letter to the Court. Some of these attorneys are currently in depositions or are working on production matters. This is the first request to extend the time to respond to Plaintiff's March 9th letter. Plaintiffs take no position on this request.

    Thank you for your consideration herein.

Respectfully submitted,

*Amy Robinson s/*
Amy Robinson
Senior Counsel

cc: All Counsel (via ECF)

Granted.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 11, 2022