UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re: New York City Policing During Summer       :         <u>ORDER</u>
2020 Demonstrations
                                                                                20 Civ. 8924 (CM) (GWG)
                                                                 :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      In light of the fact that the mandate has not issued, the Court's order docketed as #434 is hereby vacated. The Court notes that once the mandate issues, it will expect the PBA to file its pleading promptly thereafter. Similarly, once the mandate issues, the parties will be expected to promptly attempt to reach agreement as to the discovery relevant to the PBA's pleading and the date it will be provided. In light of the vacatur, the request for an extension of time reflected in Docket # 454 is now moot.

      SO ORDERED.

Dated: New York, New York
       March 16, 2022

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge