UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In Re: New York City Policing During Summer    :    ORDER
2020 Demonstrations
                                                                      20 Civ. 8924 (CM) (GWG)
                                                               :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      With regard to Docket # 448, the Court would consider staying discovery if both sides actually desired this and found it necessary to stay discovery so that they could focus on settlement. As plaintiffs' letter makes clear, however (Docket # 450), the plaintiffs do not seek such a result. Thus, the defendants' application to stay for this purpose is denied.

      As for a stay to permit the intervenors to participate in discovery, there is already a stay of higher-level depositions. The Court does not see any realistic likelihood that low-level depositions of line officers would need to be duplicated given that they only tangentially relate to the intervenors' purported interests. The Court also sees no realistic likelihood that the defendants' responses to written discovery would be affected by the intervenors' participation given the exhaustive requests already made by the plaintiffs.

      With regard to Docket # 450, the Court recognizes that the stay of high-level depositions (which results from the need to await the participation of the intervenors) and unrelated delays in document production will affect the deadlines that currently apply in this case. At this time, the Court sees a basis for extending the existing the deadlines by 90 days only. Thus, the deadline for the completion of depositions is extended to July 21, 2022. The remaining deadlines listed in Docket # 450 in the column entitled "Current Deadline" are each extended by 90 days. The parties should not assume there will be any further extensions of these deadlines.

      SO ORDERED.

Dated: New York, New York
       March 21, 2022

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge