UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

In Re: New York City Policing During Summer 2020 Demonstrations.

20 Civ. 8924 (CM)(GWG)

PRIVILEGE LOG

This document relates to ALL cases

------------------------------------------------------------------------ x

| Document | FROM | TO | PRIVILEGE | SUBJECT MATTER |
|---|---|---|---|---|
| Conforti Report | Thomas Conforti | NYPD Chiefs | Deliberative Process | The "after action report" referenced by Commissioner Shea in his DOI interview, and others, is a report which was called for but never finalized, accepted or approved. Chief Conforti, in the training bureau at the time, was tasked with creating the report but it was abandoned in favor of accepting the recommendations from the DOI and Law Department investigations. The draft report was never finalized or approved. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

In Re: New York City Policing During Summer 2020 Demonstrations.

20 Civ. 8924 (CM)(GWG)

AMENDED PRIVILEGE LOG

This document relates to ALL cases

-------------------------------------------------------------------------x

| Document | DATE | FROM | TO | PRIVILEGE | SUBJECT MATTER |
|---|---|---|---|---|---|
| Conforti Report—Draft After Action Summary | Undated but refers to events of May 25-June 30, 2020 | Thomas Conforti | NYPD Chiefs NYPD Police Commissioner | Deliberative Process | Draft After Action Summary—Draft Internal Review of the events in New York City From May 25-June 30, 2020. |

The factual material used to compile the report has been provided, or will be provided in forthcoming productions, and includes news/media reports, arrest record, MAPC records, the New York State Attorney General's Report, IAB and CCRB records, TRI reports, social media posts, Intelligence Bureau reports (some which have been withheld on privilege grounds), ICAD reports, videos form ARGUS and aviation, rosters, FINEST messages, Patrol Guide, training documents, and line of duty injury reports.