## Fw: **After** action report

**Stoughton, Corey**
Tue 3/8/2022 2:46 PM

To: Stoughton, Corey <CStoughton@legal-aid.org>

---

**From:** Gideon Oliver <Gideon@GideonLaw.com>
**Sent:** Wednesday, February 23, 2022 12:16 PM
**To:** Stoughton, Corey <CStoughton@legal-aid.org>
**Subject:** FW: After action report

-----Original Message-----
From: Gideon Oliver <Gideon@GideonLaw.com>
To: mikespieg@aol.com <mikespieg@aol.com>; Rob Rickner <rob@ricknerpllc.com>
Sent: Mon, Aug 30, 2021 1:15 pm
Subject: FW: After action report

---

**From:** "Weiss, Dara (Law)" <daweiss@law.nyc.gov>
**Date:** Thursday, August 19, 2021 at 2:50 PM
**To:** Gideon Oliver <Gideon@GideonLaw.com>
**Cc:** "Jacobs, Elissa (Law)" <ejacobs@law.nyc.gov>, "Goykadosh, Brachah (Law)" <bgoykado@law.nyc.gov>, "Robinson, Amy (LAW)" <arobinso@law.nyc.gov>
**Subject:** After action report

Gideon,

The "after action report" referenced by Commissioner Shea in his DOI interview, and others, is a report which was called for but never finalized, accepted or approved. Chief Conforti, in the training bureau at the time, was tasked with creating the report but at some point it was abandoned in favor of accepting the recommendations from the DOI and Law Department investigations. The draft report was never finalized or approved.

Defendants object to production of this draft report as it appears to be non-responsive and, even if it were found to be responsive, it would be subject to the deliberative process privilege.
  Best,
  Dara

---

Dara L. Weiss
Senior Counsel
New York City Law Department
Special Federal Litigation
100 Church Street
New York, New York 10007
(212) 356-3517 (phone)
(212) 356-3509 (fax)

Daweiss@law.nyc.gov