



**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK , NEW YORK 10007

**DARA L. WEISS**
*Senior Counsel*
daweiss@law.nyc.gov
Phone:  (212) 356-3517
Fax:  (212) 356-1148

<u>**By ECF**</u>                                                                      March 28, 2022
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      In Re:  *New York City Policing During Summer 2020 Demonstrations*,
          No. 20 Civ. 8924 (CM) (GWG)

Your Honor:

     I am a Senior Counsel in the Office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York and I am among counsel for the defense in the above-referenced matter. I write in accordance with Rule 2.A of the Court's Individual Practices to respectfully advise the Court that Defendants will be submitting a letter in opposition to plaintiffs' March 25, 2022 Letter Motion to Compel (Dkt. # 463) on Friday, April 1, 2022.

     Plaintiffs consent to this request.

     Thank you for your consideration herein.

                        Respectfully submitted,

                        *Dara L. Weiss s/*

                        Dara Weiss
                        Senior Counsel
                        Special Federal Litigation Division

cc:    ALL COUNSEL (via ECF only)