UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations | 20 Civ. 8924 (CM)(GWG) |

------------------------------------------------------------------x

This filing is related to:

| | |
|---|---|
| Payne v. de Blasio, et al. | 20 Civ. 8924 (CM)(GWG) |

------------------------------------------------------------------x

| | |
|---|---|
| Sierra v. City of New York, et al. | 20 Civ. 10291 (CM)(GWG) |

------------------------------------------------------------------x

| | |
|---|---|
| People v. City of New York, et al. | 21 Civ. 322 (CM)(GWG) |

------------------------------------------------------------------x

| | |
|---|---|
| Sow v. City of New York, et al. | 21 Civ. 533 (CM)(GWG) |

------------------------------------------------------------------x

## NOTICE OF MOTION BY SERGEANTS BENEVOLENT ASSOCIATION TO INTERVENE UNDER FEDERAL RULE OF CIVIL PROCEDURE 24

PLEASE TAKE NOTICE that Sergeants Benevolent Association ("SBA"), based on the Memorandum of Law in Support and the Declaration of Vincent J. Vallelong dated March 28, 2022, filed herewith, will move this Court before the Hon. Colleen McMahon at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007, for entry of an order granting SBA leave to intervene in *Payne v. De Blasio*, No. 20-CV-8924; *People of the State of New York v. City of New York*, No. 21-CV-322; *Sow v. City of New York*, No. 21-CV-533; and *Sierra v. City of New York*, No. 20-CV-10291, and for such other relief as the Court deems just and proper. Pursuant to Judge McMahon's Individual Practices and Procedures, Section V.G, SBA has not set a return date for its motion, but SBA requests a right of reply to any responsive brief.

Dated: March 29, 2022  
      New York, New York

Respectfully Submitted,

*/s/ Anthony P. Coles*
Anthony P. Coles
**DLA PIPER LLP (US)**
1251 6th Avenue
New York, NY 10020
Telephone: (212) 335-4844
Facsimile: (212) 884-8644
Email: anthony.coles@dlapiper.com

*Attorney for Proposed Intervenor*
*Sergeants Benevolent Association*

*Of Counsel*:
Andrew C. Quinn, Esq.
The Quinn Law Firm
399 Knollwood Road, Suite 220
White Plains, NY 10603
Telephone: (914) 997-0555
Facsimile: (914) 997-0550
Email: aquinn@quinnlawny.com