UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re: New York City Policing During Summer 2020
Demonstrations

------------------------------------------------------------x
This filing is specifically related to:

*Payne v. de Blasio, et al.*

Civil Action No.:
20-CV-8924 (CM) (GWG)

------------------------------------------------------------x

*Sierra v. City of New York, et al.*

Civil Action No.:
20-CV-10291 (CM) (GWG)

------------------------------------------------------------x

*People v. City of New York, et al.*

Civil Action No.:
21-CV-0322 (CM) (GWG)

------------------------------------------------------------x

*Sow v. City of New York, et al.*

Civil Action No.:
21-CV-0533 (CM) (GWG)

------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Paul DiGiacomo, dated March 30, 2022, the annexed Declaration of Stephen Mc Quade, Esq., dated March 30, 2022, and the exhibits annexed thereto, and the accompanying memorandum of law, Proposed Intervenor Detectives' Endowment Association will move this Court before the Honorable Colleen McMahon at the Daniel Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, for entry of an order granting Proposed Intervenor Detectives' Endowment Association's intervention in the above-captioned matter, and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       March 30, 2022

{00695988-1}

PITTA LLP

By: _____
Stephen Mc Quade, Esq.
Vincent F. Pitta, Esq.
Barry N. Saltzman, Esq.
*Attorneys for Proposed Intervenor Detectives Endowment Association*
120 Broadway, 28th Floor
New York, New York 10271
(212) 652-3885 – *Telephone*
(212) 652-3891 – *Facsimile*
smcquade@pittalaw.com
vpitta@pittalaw.com

{00695988-1}