UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

In Re NYC Policing During                           Case No. 20-8924
Summer 2020 Demonstrations       Plaintiff,

        -against-

                                Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending                    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Alison Frick
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AF6039_____   My State Bar Number is 5108378_____

I am,
        [✔]     An attorney
        [ ]     A Government Agency attorney
        [ ]     A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:       FIRM NAME: Kaufman Lieb Lebowitz & Frick LLP
                FIRM ADDRESS: 10 E. 40th Street, Suite 3307 New York, NY 10016
                FIRM TELEPHONE NUMBER: 212-660-2332
                FIRM FAX NUMBER:_____

NEW FIRM:       FIRM NAME: Kaufman Lieb Lebowitz & Frick LLP
                FIRM ADDRESS: 18 E. 48th Street, Suite 802 New York, NY 10017
                FIRM TELEPHONE NUMBER: 212-660-2332
                FIRM FAX NUMBER:_____

[✔]     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]     I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
        was entered on _____ by Judge_____.

Dated: 03/30/22
                                _____
                                ATTORNEY'S SIGNATURE