UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

In re NYC Policing During
Summer 2020 Protests          Plaintiff,

Case No. 1:20-CV-8924 (CM) (GWG)

-against-

Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Douglas Edward Lieb
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DL0469     My State Bar Number is 5425079

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Kaufman Lieb Lebowitz & Frick LLP
            FIRM ADDRESS: 10 East 40th Street, Suite 3307, New York NY 10016
            FIRM TELEPHONE NUMBER: (212) 660-2332
            FIRM FAX NUMBER: (646) 933-1148

NEW FIRM:   FIRM NAME: Kaufman Lieb Lebowitz & Frick LLP
            FIRM ADDRESS: 18 East 48th Street, Suite 802, New York NY 10017
            FIRM TELEPHONE NUMBER: (212) 660-2332
            FIRM FAX NUMBER: (646) 933-1148

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 3/30/22                    /s/ Douglas E. Lieb
                                  ATTORNEY'S SIGNATURE