UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In Re: New York City Policing During Summer :     **ORDER**
2020 Demonstrations
    20 Civ. 8924 (CM) (GWG)
    :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    For the reasons stated yesterday on the record, the Court is prepared to "so order" the parties' agreements regarding deadlines for Defendants to produce or respond that are made at meet and confers, or otherwise agreed to, at the option of Plaintiffs. This procedure should be used sparingly by Plaintiffs so that the docket is not flooded with proposed orders on matters of lesser consequence.

    If Plaintiffs opt to invoke this procedure for a particular agreement, the process shall be as follows:

a. Plaintiffs shall send an email to Defendants that attaches a Proposed Order summarizing the commitments they believe Defendants have made.

b. If Defendants convey an objection within one business day, the parties shall confer again. If, however, Defendants do not object to the Proposed Order in a writing sent to Plaintiffs within one business day (that is, 24 hours, not including weekends or holidays), Plaintiffs may file a letter on ECF to the undersigned attaching the Proposed Order, setting forth the date and time it was sent to Defendants, and affirming that no objection was filed, and may ask that the Proposed Order be entered as an order of the Court.

c. If Defendants wish to file an objection to the Proposed Order on ECF, it shall be filed within one business day of Plaintiff's filing, and shall be accompanied by a sworn affidavit explaining what efforts Defendants made to timely convey their objections to Plaintiffs pursuant to paragraph "b" above.

d. If no objection is timely made to the Proposed Order filed on ECF, the Defendants will be deemed to have waived any objection to the Proposed Order.

SO ORDERED.

Dated: New York, New York
April 13, 2022

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge