

**Activity Log Report** Steven Lackos (935671)

Image Appendix

### Image 1: Assignment

**DETAIL ROSTER/ASSIGNMENT SHEET**
PD 406-141A (Rev. 10-99)-Perf-RMU

| Field | Value |
|---|---|
| ZONE | |
| EVENT | Floyd Protest |
| DATE | 6/1/20 |
| SECTOR | |
| LT./SGT. | Lackos |
| SHIELD | 4638 |
| COMMAND | DCU |
| TOUR ASSIGNED | 0925 X EOT |
| MEAL | |
| MEAL LOCATION | |
| POST | |
| POST DESCRIPTION | |
| SQUAD DESIGNATION | |
| PLATOON DESIGNATION | |
| COMPANY DESIGNATION | |
| PLATOON COMMANDER / DETAIL LIEUTENANT | Lt. Cole |

**DETAIL OF:** LTS: 1 | SGTS: 1 | P.O.s: 9 | DETS: | OTHER: | VEHICLE NUMBER: | TYPE OF VEHICLE: | COMMAND VEH. ASSIGNED TO:

| # | LAST NAME | FIRST INITIAL | M/F | SHIELD | COMMAND | ASSIGNMENT | MEAL | TOUR ASSIGNED |
|---|---|---|---|---|---|---|---|---|
| 1 | Medrano | D | M/F | 976?? / 3000 | DCU | Bike Team | | 0930 X EOT |
| 2 | Delia | L | M/F | 15586? / 14065 | | | | |
| 3 | Morales | X | M/F | 941037 / 29949 | | | | |
| 4 | Martinez | C | M/F | 977913 / 2474 | | | | |
| 5 | Green | E | M/F | 936652 / 2715 | | | | |
| 6 | Castillo | J | M/F | MP762 / 1074 | | | | |
| 7 | Rodriguez | G | M/F | 197178 / 2163 | | | | |
| 8 | Wojciak | O | F | 951414 / 1296 | | | | |
| 9 | ?? | D | M/F | 941076 / 26665 | | | | |

PRECINCT | LOCATION | TELEPHONE NO.
INCIDENT COMMANDER | ZONE COMMANDER | SECTOR COMMANDER
COMMAND POST | TELEPHONE NO. | SECTOR HEADQUARTERS | TELEPHONE NO.
PLACE OF DETENTION | | | TELEPHONE NO.
DISMISSAL TIME | VERIFICATION | CERTIFICATION

**INSTRUCTIONS:**
1. Prepare this report in triplicate.
2. Before assigning personnel to posts, read instructions on rear.
3. Deliver the duplicate and triplicate copies to your supervising officer after assigning personnel to posts.
4. Record post changes on the rear of this report.
5. At the expiration of tour, deliver the original copy to your supervising officer.
6. Indicate MALE or FEMALE members of the service for prisoner search procedures.

REPORT OF UNUSUAL OCCURRENCES AND OTHER PERTINENT INFORMATION: If shots are fired, a Captain or higher authority must investigate the circumstances. Therefore, DO NOT DISMISS detail before the investigation.



## Activity Log Report — Steven Lackos (935671)

**Image Appendix**

### DETAIL ROSTER/ASSIGNMENT SHEET
PD 406-141A (Rev. 10-09)-Pent-RMU

**DATE:** 6/4/20

- **ZONE:**
- **EVENT:** Floyd Protest
- **SECTOR:**
- **LT/SGT:** Lackos
- **SHIELD:** 4658
- **COMMAND:** DCU
- **TOUR ASSIGNED:** 0800 x EOT
- **MEAL:**
- **MEAL LOCATION:**
- **POST:**
- **POST DESCRIPTION:** Bike Field Force
- **PLATOON COMMANDER / DETAIL LIEUTENANT:** Lt. Soto

**DETAIL OF:** LTS 1 | SGTS 1 | P.O.s 9 | DETS | OTHER

| # | LAST NAME | FIRST INITIAL | M/F | SHIELD | COMMAND | ASSIGNMENT | MEAL | TOUR ASSIGNED |
|---|---|---|---|---|---|---|---|---|
| 1 | Centure, S | M | 1854/4258 | DCU | Bike Team | | 0800 x EOT |
| 2 | Tesmire, B | M | 8193/8800 | | | | |
| 3 | Ashford, M | M | 9506/478 | | | | |
| 4 | Brown, J | M | 10109/75114 | | | | |
| 5 | Baker, J | M | 5756/7608 | | | | |
| 6 | Murphy, E | M | 03166 | | | | |
| 7 | Shumberger, J | M | 16240/74 | | | | |
| 8 | Corcoran, J | M | 95029/1083 | | | | |
| 9 | Gendo, R | M | 7496 4152 | | | | |

PRECINCT | LOCATION | INCIDENT COMMANDER | ZONE COMMANDER | SECTOR COMMANDER | TELEPHONE NO.
COMMAND POST | TELEPHONE NO. | SECTOR HEADQUARTERS | TELEPHONE NO.
PLACE OF DETENTION | | TELEPHONE NO.
DISMISSAL TIME | VERIFICATION | CERTIFICATION

**INSTRUCTIONS:**
1. Prepare this report in triplicate.
2. Before assigning personnel to posts, read instructions on rear.
3. Deliver the duplicate and triplicate copies to your supervising officer after assigning personnel to posts.
4. Record post changes on the rear of this report.
5. At the expiration of tour, deliver the original copy to your supervising officer.
6. Indicate MALE or FEMALE members of the service for prisoner search procedures.

REPORT OF UNUSUAL OCCURRENCES AND OTHER PERTINENT INFORMATION: If shots are fired, a Captain or higher authority must investigate the circumstances. Therefore, DO NOT DISMISS detail before the investigation.

Image 2: Assignment