

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

DARA L. WEISS
*Senior Counsel*
daweiss@law.nyc.gov
Phone: (212) 356-3517
Fax: (212) 356-1148

**By ECF**  April 14, 2022
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    In Re:  *New York City Policing During Summer 2020 Demonstrations*,
         No. 20 Civ. 8924 (CM) (GWG)
         This filing is related to all cases

Your Honor:

      I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter. Defendants write in response to plaintiffs' letter to the Court, dated April 13, 2022, (Dkt. No. 489).

      As Mx. Green correctly points out, after negotiations, defendants reached an agreement with Mx. Green and Mr. Rickner that they would pay them $7000 in satisfaction of their claims for attorneys' fees. This agreement was not reached until March 22, 2022.

      As Mx. Green and Mr. Rickner surely are aware, there is a process for funds to be released and checks to be cut, and it takes some time. I will request that the payments be expedited, but it can still take up to 90 days, as per the Comptroller's office's normal procedures. If and when I get an update on an expected date for payment, I will surely inform Mx. Green and Mr. Rickner.

      There is absolutely no reason for Your Honor to enter any additional order. A sanctions order has already been entered, and will be paid in the normal course, with an added request for expedited payment.

Thank you for your consideration herein.

Respectfully submitted,

*Dara L. Weiss* s/

Dara L. Weiss
*Senior Counsel*
Special Federal Litigation Division

cc: ALL COUNSEL (*via* ECF)