

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK , NEW YORK 10007 | **AMY ROBINSON**<br>*Senior Counsel*<br>arobinso@law.nyc.gov<br>Phone:  (212) 356-3518<br>Fax:  (212) 356-1148 |

**By ECF**                                                                April 15, 2022

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> In Re:  *New York City Policing During Summer 2020 Demonstrations*,
>              No. 20 Civ. 8924 (CM) (GWG)
>              This filing is related to all cases

Your Honor:

I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter.  Defendants write to respectfully request a ten-day extension from April 18, 2022, until April 28, 2022, to respond to plaintiffs' letter motions to the Court filed on April 14, 2020, (Dkt. Nos. 491, 492).  This extension is necessary as the parties are in the process of working out the issues raised in both motions.  This is defendants' first request for an extension of time to respond to plaintiffs' letter motions filed on April 14, 2022.  Plaintiffs consent to the extension.

Thank you for your consideration herein.

Respectfully submitted,

*Amy Robinson s/*

Amy Robinson
*Senior Counsel*
Special Federal Litigation Division

cc:      ALL COUNSEL (*via* ECF)