| Control Number | Production Begin | All Custodians - Family | File Name | File Type | Date Time | From | To | CC | BCC | Subject | Privilege Type | Priv Review Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DMNL00251_000093061 | | NYPD | 37 - Maintaining Public Order Quiz Answers.pdf | Portable Document Format | 7/29/2021 11:33 | | | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093080 | | NYPD | 31 - Custodial Offenses Quiz Answers.pdf | Portable Document Format | 7/29/2021 11:34 | | | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093083 | | NYPD | 12 - Use Of Force Quiz Answer.pdf | Portable Document Format | 7/29/2021 11:31 | | | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093087 | | NYPD | 6 - Discretion Quiz Answer.pdf | Portable Document Format | 7/29/2021 10:58 | | | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093090 | | NYPD | 13 - Arrest Processing Quiz Answer.pdf | Portable Document Format | 7/29/2021 12:01 | | | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093094 | | NYPD | 37 - Maintaining Public Order Quiz Answers.pdf | Portable Document Format | 7/29/2021 13:13 | | | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093101 | | NYPD | 4 - Multicultural Quiz Answer.pdf | Portable Document Format | 7/29/2021 13:08 | | | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093119 | | NYPD | 31 - Custodial Offenses Quiz Answers.pdf | Portable Document Format | 7/29/2021 13:11 | | | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093127 | | NYPD | 6 - Discretion Quiz Answer.pdf | Portable Document Format | 7/29/2021 13:08 | | | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093134 | | NYPD | 37 - Maintaining Public Order Quiz Answers.pdf | Portable Document Format | 7/29/2021 14:54 | | | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093146 | | NYPD | 7 - Policing Professionally Quiz Answer.pdf | Portable Document Format | 7/29/2021 14:52 | | | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093150 | | NYPD | 8 - Policing Impartially Quiz Answer.pdf | Portable Document Format | 7/29/2021 14:52 | | | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093158 | | NYPD | 31 - Custodial Offenses Quiz Answers.pdf | Portable Document Format | 7/29/2021 14:54 | | | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093162 | | NYPD | 12 - Use Of Force Quiz Answer.pdf | Portable Document Format | 7/29/2021 14:52 | | | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DMNL00251_000093166 | | NYPD | 6 - Discretion Quiz Answer.pdf | Portable Document Format | 7/29/2021 14:51 | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093170 | | NYPD | 13 - Arrest Processing Quiz Answer.pdf | Portable Document Format | 7/30/2021 15:54 | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093174 | | NYPD | 37 - Maintaining Public Order Quiz Answers.pdf | Portable Document Format | 3/25/2013 14:25 | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093178 | | NYPD | 10 - Street Encounters Quiz Answer.pdf | Portable Document Format | 12/5/2012 8:33 | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093180 | | NYPD | 4 - Multicultural Quiz Answer.pdf | Portable Document Format | 12/5/2012 8:31 | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093186 | | NYPD | 7 - Policing Professionally Quiz Answer.pdf | Portable Document Format | 12/5/2012 8:32 | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093190 | | NYPD | 8 - Policing Impartially Quiz Answer.pdf | Portable Document Format | 12/5/2012 8:32 | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093198 | | NYPD | 32 - Custodial Offenses Quiz Answers.pdf | Portable Document Format | 3/25/2013 14:23 | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093202 | | NYPD | 12 - Use Of Force Quiz Answer.pdf | Portable Document Format | 12/5/2012 8:34 | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093206 | | NYPD | 6 - Discretion Quiz Answer.pdf | Portable Document Format | 12/5/2012 8:32 | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093210 | | NYPD | 13 - Arrest Processing Quiz Answer.pdf | Portable Document Format | 12/5/2012 8:34 | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093218 | | NYPD | 10 - Street Encounters Quiz Answer.pdf | Portable Document Format | 8/14/2013 11:07 | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093220 | | NYPD | 4 - Multicultural Quiz Answer.pdf | Portable Document Format | 7/1/2013 11:28 | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093226 | | NYPD | 7 - Policing Professionally Quiz Answer.pdf | Portable Document Format | 7/1/2013 11:29 | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |
| DMNL00251_000093230 | | NYPD | 8 - Policing Impartially Quiz Answer.pdf | Portable Document Format | 7/1/2013 11:30 | | | | LEP | Answers to Training Quizzes that still may be in use. Disclosure would cause weakening of law enforcement training programs. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DMNL00251_000094203 | | NYPD | COTR #2021-0521 LOCAL LAW.pdf | Portable Document Format | 7/21/2021 12:03 | | | | | ACC; AWP | Memo and communications from NYPD Legal concerning enactment of a Local Law in relation to CCRB. |
| DMNL00251_000283096 | | CCRB | NYPD Floyd Demo Arrest Reference (1).pdf | Portable Document Format | 7/2/2020 13:43 | | | | | ACC; AWP | NYPD Legal document re: Floyd Demo Quick Reference. |
| DMNL00251_000286173 | | NYPD | 1.pdf | Portable Document Format | 7/10/2020 10:01 | | | | | DP | Draft 2004 Republican National Convention New York City Police Department Executive Summary. Disclosure of draft would undermine agency decision by discouraging candid and frank discussion between officials. |
| DMNL00251_000286175 | | NYPD | 3.pdf | Portable Document Format | 7/10/2020 10:01 | | | | | DP | Draft RNC Operational Support Memorandum. Disclosure of draft would undermine agency decision by discouraging candid and frank discussion between officials. |
| DMNL00251_000286176 | | NYPD | 4.pdf | Portable Document Format | 7/10/2020 10:02 | | | | | DP | Draft RNC Operational Support Memorandum. Disclosure of draft would undermine agency decision by discouraging candid and frank discussion between officials. |
| DMNL00251_000286177 | | NYPD | 5.pdf | Portable Document Format | 7/10/2020 10:02 | | | | | DP | Draft RNC Operational Support Memorandum. Disclosure of draft would undermine agency decision by discouraging candid and frank discussion between officials. |
| DMNL00251_000286178 | | NYPD | 6.pdf | Portable Document Format | 7/10/2020 10:02 | | | | | DP | Draft RNC Operational Support Memorandum. Draft RNC Operational Support Memorandum. Disclosure of draft would undermine agency decision by discouraging candid and frank discussion between officials. |
| DMNL00251_000286179 | | NYPD | 7.pdf | Portable Document Format | 7/10/2020 10:02 | | | | | DP | Draft RNC Operational Support Memorandum. Draft RNC Operational Support Memorandum. Disclosure of draft would undermine agency decision by discouraging candid and frank discussion between officials. |
| DMNL00251_000286187 | | NYPD | 1.pdf | Portable Document Format | 7/10/2020 17:30 | | | | | DP | Draft Command and Control, Site Security, Tactical Support and Operational Support Memorandum. Draft RNC Operational Support Memorandum. Disclosure of draft would undermine agency decision by discouraging candid and frank discussion between officials. |
| DMNL00251_000286191 | | NYPD | 102.pdf | Portable Document Format | 7/10/2020 17:49 | | | | | LEP | Intelligence Division RNC Self-Critique Memorandum. Disclosure would expose law enforcement intelligence gathering techniques and would seriously impair the ability of the NYPD to conduct future investigations. |
| DMNL00251_000286323 | | NYPD | 88.pdf | Portable Document Format | 7/10/2020 17:47 | | | | | LEP | Intelligence Division RNC Self-Critique Memorandum. Disclosure would expose law enforcement intelligence gathering techniques and would seriously impair the ability of the NYPD to conduct future investigations. |
| DMNL00251_000286324 | | NYPD | 89.pdf | Portable Document Format | 7/10/2020 17:47 | | | | | LEP | Intelligence Division RNC Self-Critique Memorandum. Disclosure would expose law enforcement intelligence gathering techniques and would seriously impair the ability of the NYPD to conduct future investigations. |
| DMNL00251_000286327 | | NYPD | 91.pdf | Portable Document Format | 7/10/2020 17:47 | | | | | LEP | Intelligence Division RNC Self-Critique Memorandum. Disclosure would expose law enforcement intelligence gathering techniques and would seriously impair the ability of the NYPD to conduct future investigations. |

| Bates | | Custodian | File Name | File Type | Date | | | | | Privilege | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DMNL00251_000286336 | | NYPD | Box 1.pdf | Portable Document Format | 7/10/2020 19:06 | | | | | DP; LEP | Draft RNC Command and Control, Site Security, Tactical Support and Operation Support Report. Disclosure of draft would undermine agency decision by discouraging candid and frank discussion between officials. |
| DMNL00251_000286360 | | NYPD | 16.pdf | Portable Document Format | 7/14/2020 13:08 | | | | | DP; LEP | Handwritten Script for Group Debriefings-RNC. |
| DMNL00251_000287365 | | NYPD | RNC Exec Summary 061004.doc | Microsoft Word Document | 8/6/2004 11:24 | | | | | DP; LEP | Draft NYPD Executive Summary - RNC. Disclosure of draft would undermine agency decision by discouraging candid and frank discussion between officials. |
| DMNL00251_000287895 | | NYPD | RNC Penn Station Plan Part1 final.doc | Microsoft Word Document | 8/21/2004 21:21 | | | | | LEP | RNC Security Plan for the Penn Station Complex. Disclosure would expose sensitive NYPD policing techniques and protocols for securing a major transit hub, including the various railway networks that Penn Station serves. |
| DMNL00251_000296069 | | NYPD | PBMS OCCUPY WALL STREET (C).doc | Microsoft Word Document | 11/10/2011 17:57 | | | | | LEP | Occupy Wall Street Manpower Memorandum. Disclosure would expose sensitive NYPD policing techniques and protocols. This document has been determined to be privileged by two Courts in the Southern District of New York. |
| DMNL00251_000296070 | | NYPD | PBMS OCCUPY WALL STREET-300 (A).doc | Microsoft Word Document | 11/10/2011 17:53 | | | | | LEP | Occupy Wall Street Manpower Memorandum. Disclosure would expose sensitive NYPD policing techniques and protocols. This document has been determined to be privileged by two Courts in the Southern District of New York. |
| DMNL00251_000296071 | | NYPD | PBMS OCCUPY WALL STREET-600 (B).doc | Microsoft Word Document | 11/10/2011 17:56 | | | | | LEP | Occupy Wall Street Manpower Memorandum. Disclosure would expose sensitive NYPD policing techniques and protocols. This document has been determined to be privileged by two Courts in the Southern District of New York. |
| DMNL00251_000296079 | | NYPD | OWS Operational Contingency Plan (RC 11-14-11).docx | Microsoft 2007 Word Document | 6/28/2013 15:49 | | | | | LEP | Occupy Wall Street Contingency Plan. Disclosure would expose sensitive NYPD policing techniques and protocols, including the addresses of targeted private individuals and sensitive locations throughout the City. This document has been considered privileged by two Courts in the Southern District of New York. |
| DMNL00251_000296479 | | NYPD | Mass Arrest Draft #12.ppt | Microsoft PowerPoint Presentation | 7/30/2004 13:23 | | | | | DP; LEP | Draft Criminal Justice Bureau RNC Mass Arrest Plan. Disclosure of draft would undermine agency decision by discouraging candid and frank discussion between officials. |
| DMNL00251_000300261 | | NYPD | rap mob id.doc | Microsoft Word Document | 7/7/2003 16:08 | | | | | DP | Dept Policy and Procedure and Training Materials – Discussions/Drafting |
| DMNL00251_000300590 | | NYPD | Proposed Dept Directive 213-11.doc | Microsoft Word Document | 7/7/2008 12:00 | | | | | DP | Dept Policy and Procedure and Training Materials – Discussions/Drafting |
| DMNL00251_000302386 | | NYPD | Citifield CIRC Setup - 2018 (SRG).pdf | Portable Document Format | 3/28/2018 15:27 | | | | | LEP | Dept Policy and Procedure and Training Materials / Officer Safety |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DMNL00251_000302773 | | NYPD | PBMN Bicycle rideout February 3 Detail Request.doc | Microsoft Word Document | 2/1/2019 9:41 | | | | LEP | Memo concerning detail request for bicycle ride-out event concerning law enforcement techniques, protocols or procedures and intelligence gathering. |
| DMNL00251_000302839 | | NYPD | PBMS Israel Parade 2019.doc | Microsoft Word Document | 5/28/2019 9:57 | | | | LEP | PBMS Detail Request concerning the 2019 Celebrate Israel Parade, with information relating to law enforcement policy and procedures. |
| DMNL00251_000303463 | | NYPD | 20200131 3rd FTP Emergency Action against the NYPD and the MTA.doc | Microsoft Word Document | 1/24/2020 15:12 | | | | LEP | Officer Safety and Intel Gathering – Discussions/Analysis |
| DMNL00251_000303493 | | NYPD | FTP3 Reference Guide.docx | Microsoft 2007 Word Document | 1/30/2020 13:07 | | | | AWP | NYPD Legal Document. |
| DMNL00251_000303763 | | NYPD | Covid Violations.docx | Microsoft 2007 Word Document | 5/1/2020 16:10 | | | | AWP | NYPD Legal Document. |
| DMNL00251_000303770 | | NYPD | Covid Violations.docx | Microsoft 2007 Word Document | 4/30/2020 16:35 | | | | AWP | NYPD Legal Document. |
| DMNL00251_000303818 | | NYPD | Filming at First Amendement Events.pdf | Portable Document Format | 3/8/2021 17:08 | | | | AWP | NYPD Legal Document |
| DMNL00251_000306948 | | NYPD | Floyd Demo Legal Quick Reference.docx | Microsoft 2007 Word Document | 10/5/2020 12:46 | | | | ACC; AWP | NYPD Legal Document. |
| DMNL00251_000306949 | | NYPD | Floyd Demo Legal Quick Reference.pdf | Portable Document Format | 10/5/2020 12:47 | | | | ACC; AWP | NYPD Legal Document. |
| DMNL00251_000307765 | | CCRB; NYPD | 202003799_20201207_1334_DMI.PDF | Portable Document Format | 9/24/2020 12:57 | | | | ACC | NYPD Legal document re: Floyd Demo Quick Reference. |
| DMNL00251_000310368 | | CCRB | 202003770_20210602_1342_DMI.PDF | Portable Document Format | 6/2/2021 13:32 | | | | DP | Draft CCRB Case Summary with various edits and commentary. |
| DMNL00251_000310371 | | CCRB | 202003770_20210609_1523_DMI.PDF | Portable Document Format | 6/9/2021 15:22 | | | | DP | Draft CCRB Case Summary with various edits and commentary. |
| DMNL00251_000310372 | | CCRB | 202003770_20210609_1524_DMI.DOCX | Microsoft 2007 Word Document | 6/9/2021 15:18 | | | | DP | Draft CCRB Case Summary with various edits and commentary. |
| DMNL00251_000311602 | | NYPD | 4568-fin.pdf | Portable Document Format | 7/16/2021 11:28 | | | | DP | Draft of Proposed NYPD Revisions to Patrol Guide. |
| DMNL00251_000311631 | | NYPD | (001) Intel Report Burglary Rebag POI [Redacted Name] (06-01-2020) 61-2744.pdf | Portable Document Format | 6/23/2020 12:05 | | | | LEP | Intelligence Division Social Media Analysis and Research team Intelligence Report of Individual suspected of looting. Disclosure would expose law enforcement intelligence gathering and would seriously impair the ability of the NYPD to conduct future investigations. |
| DMNL00251_000311638 | | NYPD | (009) Inte Report Assault of MOS POI [Redacted Name] (06-03-20) 61-2192.pdf | Portable Document Format | 6/3/2020 6:59 | | | | LEP | Intelligence Division Social Media Analysis and Research team Intelligence Report of Individual suspected of felony assault on a police officer. Disclosure would expose law enforcement intelligence gathering and would seriously impair the ability of the NYPD to conduct future investigations. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DMNL00251_000311649 | | NYPD | (14) Intel Report George Floyd Assault of MOS POI [Redacted Name] POI [Redacted Name] (6-2-20) 61 - 3452.pdf | Portable Document Format | 6/6/2020 15:07 | | | | LEP | Intelligence Division Social Media Analysis and Research team Intelligence Report of Individual suspected of assault of a police officer. Disclosure would expose law enforcement intelligence gathering and would seriously impair the ability of the NYPD to conduct future investigations. |
| DMNL00251_000311662 | | NYPD | (PBMS) Intel Report Grand Larceny-Looting POI [Redacted Name] (06-03-20).pdf | Portable Document Format | 6/3/2020 14:35 | | | | LEP | Intelligence Division Social Media Analysis and Research team Intelligence Report of Individual suspected of looting. Disclosure would expose law enforcement intelligence gathering and would seriously impair the ability of the NYPD to conduct future investigations. |
| DMNL00251_000311664 | | NYPD | George Floyd Protest (05-30-20) [Redacted Name] FB Live Video.pdf | Portable Document Format | 5/30/2020 22:45 | | | | LEP | Intelligence Division Social Media Analysis and Research team Intelligence Report of Individual suspected of setting a police vehicle on fire. Disclosure would expose law enforcement intelligence gathering and would seriously impair the ability of the NYPD to conduct future investigations. |
| DMNL00251_000311676 | | NYPD | (40) Intel Report Lost Property PSNY POI [Redacted Name] (06-03-20) 61-5755 Video.mp4 | MPEG-4 Video File | 6/3/2020 15:30 | | | | LEP | Intelligence Division Social Media Analysis and Research team Intelligence Report of Individual suspected of theft of police property. Disclosure would expose law enforcement intelligence gathering and would seriously impair the ability of the NYPD to conduct future investigations. |
| DMNL00251_000311682 | | NYPD | (Citywide) Intel Report George Floyd Grand Larceny POI [Redacted Name] (6-2-20).MOV | Apple QuickTime Multimedia File | 6/3/2020 11:37 | | | | LEP | Intelligence Division Social Media Analysis and Research team Intelligence Report of Individual suspected of looting. Disclosure would expose law enforcement intelligence gathering and would seriously impair the ability of the NYPD to conduct future investigations. |
| DMNL00251_000311684 | | NYPD | (Citywide) Intel Report Grand Larceny POI [Redacted Name] (06-03-20).MP4 | MPEG-4 Video File | 6/3/2020 6:57 | | | | LEP | Intelligence Division Social Media Analysis and Research team Intelligence Report of Individual suspected of looting. Disclosure would expose law enforcement intelligence gathering and would seriously impair the ability of the NYPD to conduct future investigations. |
| DMNL00251_000311699 | | NYPD | 0003-06 Handschu memo to PC.wpd | WordPerfect Document | 3/25/2022 14:54 | | | | ACC; DP | Communications with NYPD Legal. |
| DMNL00251_000311717 | | NYPD | 646-08 Stauber PG provisions.wpd | WordPerfect Document | 3/25/2022 14:54 | | | | ACC; DP | Memo re 2008 Draft revision to PG section, disclosure of which would undermine agency decision by discouraging candid and frank discussion between officials; Communications with NYPD Legal. |
| DMNL00251_000311718 | | NYPD | 646-08-01 Stauber PG provisions.wpd | WordPerfect Document | 3/25/2022 14:54 | | | | ACC; DP | Memo re 2009 Draft revision to PG section, disclosure of which would undermine agency decision by discouraging candid and frank discussion between officials; Communications with NYPD Legal. |
| DMNL00251_000311730 | | NYPD | DCLM 26.29-2021 SENT TO MODS.pdf | Portable Document Format | 3/25/2022 14:54 | | | | ACC; DP | Memo re and draft of 2021 revision to PG section, disclosure of which would undermine agency decision by discouraging candid and frank discussion between officials; Communications with NYPD Legal. |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DMNL00251_000311731 | | NYPD | DCLM 26.29-2021 SENT.pdf | Portable Document Format | 3/25/2022 14:54 | | | | | ACC; DP | Memo re and draft of 2021 to PG section, disclosure of which would undermine agency decision by discouraging candid and frank discussion between officials; Communications with NYPD Legal. |
| DMNL00251_000311732 | | NYPD | DCLM 26.29-2021.pdf | Portable Document Format | 3/25/2022 14:54 | | | | | ACC; DP | Memo re and draft of 2021 to PG section, disclosure of which would undermine agency decision by discouraging candid and frank discussion between officials; Communications with NYPD Legal. |
| DMNL00251_000311734 | | NYPD | DCLM 26.4-2022.pdf | Portable Document Format | 3/25/2022 14:54 | | | | | ACC; DP | Memo re and draft of 2021 to Organization Guide, disclosure of which would undermine agency decision by discouraging candid and frank discussion between officials; Communications with NYPD Legal. |
| DMNL00251_000311735 | | NYPD | DCLM 26.46-2021 COVERSHEET.pdf | Portable Document Format | 3/25/2022 14:54 | | | | | ACC; DP | Memo re 2021 Draft Department Directive, disclosure of which would undermine agency decision by discouraging candid and frank discussion between officials; Communications with NYPD Legal. |
| DMNL00251_000311736 | | NYPD | DCLM 26.49-2021 COVERSHEET.pdf | Portable Document Format | 3/25/2022 14:54 | | | | | ACC; DP | Memo re 2021 Draft revision to PG section. Disclosure of draft would undermine agency decision by discouraging candid and frank discussion between officials; Communications with NYPD Legal. |
| DMNL00251_000311737 | | NYPD | DCLM 26.68-2021 RESPONSE.pdf | Portable Document Format | 3/25/2022 14:54 | | | | | ACC; DP | 2021 Proposed Department Directive, disclosure of which would undermine agency decision by discouraging candid and frank discussion between officials; Communications with NYPD Legal. |
| DMNL00251_000311738 | | NYPD | DCLM 26.68-2021 SENT.pdf | Portable Document Format | 3/25/2022 14:54 | | | | | ACC; DP | Legal opinion and attached memo re 2021 Proposed Department Directive, disclosure of which would undermine agency decision by discouraging candid and frank discussion between officials; Communications with NYPD Legal. |
| DMNL00251_000311773 | | NYPD | DCLM 491-2020 SNT.pdf | Portable Document Format | 3/25/2022 14:54 | | | | | ACC; AWP; DP | Proposed response to human rights group inquiry, disclosure of which would undermine agency decision by discouraging candid and frank discussion between officials; Communications with NYPD Legal. |
| DMNL00251_000311824 | | NYPD | LB120411.docx | Microsoft 2007 Word Document | 1/26/2012 10:33 | | | | | ACC; DP | 2011 Memo regarding Occupy Wall Street summonses, disclosure of which would undermine agency decision by discouraging candid and frank discussion between officials; Communications with NYPD Legal. |