

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **AMY ROBINSON**<br>*Senior Counsel*<br>arobinso@law.nyc.gov<br>Phone: (212) 356-3518<br>Fax: (212) 356-1148 |

**By ECF**  
Honorable Gabriel W. Gorenstein  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007  

April 20, 2022

      In Re:  *New York City Policing During Summer 2020 Demonstrations*,  
            No. 20 Civ. 8924 (CM) (GWG)  
            This filing is related to all cases

Your Honor:

      I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter. Defendants write to respectfully request a one-week extension from April 21, 2022, until April 28, 2022, to respond to plaintiffs' letter to the Court filed on April 19, 2020, (Dkt. No. 504). This extension is necessary as defense counsel, Dara Weiss, who has been handling this particular matter regarding Sgt. Mullins, is out of the office this week, and her input is required to prepare a response. This is defendants' first request for an extension of time to respond to plaintiffs' letter filed on April 19, 2022. The undersigned sought plaintiffs' position a number of times today, beginning at 11:30 a.m., but as of the filing, do not have plaintiffs' position on this request.

      Thank you for your consideration herein.

                              Respectfully submitted,

                              *Amy Robinson s/*

                              Amy Robinson  
                              *Senior Counsel*  
                              Special Federal Litigation Division

      cc:      ALL COUNSEL (*via* ECF)