THE LAW OFFICE OF
**MICHAEL L. SPIEGEL**
48 WALL STREET, SUITE 1100
NEW YORK, NEW YORK 10005
TEL:(212)587-8558    FAX:(888)398-0032

*Of Counsel*
HAMILTON CLARKE LLP

April 28, 2022

**BY ECF**                                                                MEMORANDUM ENDORSED
Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *In re: New York City Policing During Summer 2020 Demonstrations*
            No. 20-CV-8924 (CM) (GWG)
            This Letter Relates to *Sierra v. City*, 20 CV 10291; *Wood v. City,* 20 CV 10541;
            *Sow v. City*, 21 CV 533, and *Hernandez v. City*, 21 CV 7406.

Your Honor:

      After consultation with A.C.C. Amy Robinson, defendants have agreed to produce the documents and body worn camera video footage sought in the *Sierra-Wood-Sow-Hernandez* plaintiffs' April 14, 2022 motion for pre-deposition discovery (Dkt. 491).

      The parties therefore request that the motion be terminated without prejudice to reinstatement if the materials are not produced by May 12, 2022.

                                                             Respectfully submitted,

                                                                        s/

                                                                  Michael L. Spiegel

      Application granted.

      So Ordered.

                  */s/ Gabriel W. Gorenstein*
                  GABRIEL W. GORENSTEIN
                  United States Magistrate Judge

                      April 28, 2022