

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | DARA L. WEISS<br>*Senior Counsel*<br>daweiss@law.nyc.gov<br>Phone: (212) 356-3517<br>Fax: (212) 356-1148 |
|---|---|---|

April 28, 2022

**By ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      In Re: *New York City Policing During Summer 2020 Demonstrations*,
      No. 20 Civ. 8924 (CM) (GWG)
      This filing is related to all cases

Your Honor:

      I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter. I write to correct a misstatement in my April 26, 2022 letter to the Court.

      Although I drafted an email to counsel for plaintiffs advising them that defendants were available for a meet and confer on March 25, 2022 to discuss the "Mullins documents," I have come to realize that this email was never actually sent. I apologize to the Court and to counsel for plaintiffs, for this error.

                                                          Respectfully submitted,

                                                           *Dara L. Weiss s/*

                                                           Dara Weiss
                                                           *Senior Counsel*
                                                           Special Federal Litigation Division

Attachment

cc:     ALL COUNSEL (via ECF only)