| | |
|---|---|
| From: | Weiss, Dara (Law) |
| To: | Rob Rickner; 'AG-NYPDLitigation'; Hernandez Team; GrayLegalTeam@dwt.com |
| | 'Sow-Legal'; sierrateam@moskovitzlaw.com; wood@kllfaw.com; paynelitigationteam@nyclu.org' |
| Subject: | Mullins meet and confer |
| Date: | Thursday, March 24, 2022 6:15:33 PM |

Counselors:

We are available to meet and confer on this issue tomorrow at 10am

Best,
Dara

_____
Dara L. Weiss
Senior Counsel
New York City Law Department
Special Federal Litigation
100 Church Street
New York, New York 10007
(212) 356-3517 (phone)
(212) 356-3509 (fax)
Daweiss@law.nyc.gov