| | |
|---|---|
| **From:** | Weiss, Dara (Law) <daweiss@law.nyc.gov> |
| **Sent:** | Wednesday, April 27, 2022 3:13 PM |
| **To:** | Rob Rickner; remy green |
| **Cc:** | Sierra Team; Sow-Legal@blhny.com; Payne Litigation Team; Gray Legal Team-External; Hernandez Team; AG-NYPDLitigation; wood |
| **Subject:** | Fw: Mullins meet and confer |

Rob, Remy,
The PDF I sent earlier was in fact created today, from the below email.
Best,
Dara

_____

**From:** Weiss, Dara (Law) <daweiss@law.nyc.gov>
**Sent:** Thursday, March 24, 2022 6:15 PM
**To:** Rob Rickner <rob@ricknerpllc.com>;  'AG-NYPDLitigation' <AG.NYPDLitigation@ag.ny.gov>; Hernandez Team <hernandez@femmelaw.com>; GrayLegalTeam@dwt.com <GrayLegalTeam@dwt.com> 'Sow-Legal' <Sow-Legal@blhny.com>; sierrateam@moskovitzlaw.com <sierrateam@moskovitzlaw.com>; wood@kllflaw.com <wood@kllflaw.com>; paynelitigationteam@nyclu.org' <paynelitigationteam@nyclu.org>
**Subject:** Mullins meet and confer

Counselors:

We are available to meet and confer on this issue tomorrow at 10am

Best,
Dara

_____
Dara L. Weiss
Senior Counsel
New York City Law Department
Special Federal Litigation
100 Church Street
New York, New York 10007
(212) 356-3517 (phone)
(212) 356-3509 (fax)
Daweiss@law.nyc.gov