UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: New York City Policing During Summer     :     ORDER
2020 Demonstrations
                                                                            20 Civ. 8924 (CM) (GWG)
                                                                  :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      In light of the Law Department's determination that misrepresentations were made to the Court and to opposing counsel by the Law Department attorney formerly assigned to these consolidated cases (Docket # 523), Ms. Patricia Miller is directed to consult separately with each employee of the Law Department who has worked on the consolidated cases to determine whether any such employee is aware of any other misrepresentations that have been made either to the Court or to opposing counsel in connection with the consolidated cases. Obviously, any such misrepresentations must be immediately corrected.

      Ms. Miller shall file a letter with the Court indicating the status of this investigation on May 9, 2022, and every seven days thereafter until the investigation is completed.

      SO ORDERED.

Dated: New York, New York
       May 2, 2022

                                                                                 GABRIEL W. GORENSTEIN
                                                                                 United States Magistrate Judge