# EXHIBIT B

# May 30 Brooklyn Bridge and Barclays Area (Protests 14 and 17)



Untitled layer

📍 Brooklyn Bridge & Tillary Street

📍 Tillary Street

📍 235 Brooklyn Bridge Blvd

📍 Brooklyn Bridge & Adams Street

📍 Atlantic Av-Barclays Ctr

⬡ Polygon 6

We are seeking the ARGUS footage in the grayed-out areas around the various listed intersections pinpointed on the map from 8 pm to 1 am May 31.