

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **AMY ROBINSON**<br>*Senior Counsel*<br>arobinso@law.nyc.gov<br>Phone: (212) 356-3518<br>Fax: (212) 356-1148 |

**By ECF**  
Honorable Gabriel W. Gorenstein  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

May 3, 2022

MEMORANDUM ENDORSED

In Re:  *New York City Policing During Summer 2020 Demonstrations*,
No. 20 Civ. 8924 (CM) (GWG)
This filing is related to all cases

Your Honor:

I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter. Defendants write to respectfully request a one-week extension from May 4, 2022 until May 11, 2022 to respond to plaintiffs' letter to the Court filed on May 2, 2022, (Dkt. No. 527) pertaining to the production of ARGUS video in this matter. This is defendants' first request for an extension of time to respond to plaintiffs' letter filed May 2, 2022.

This extension is necessary as the undersigned has recently been assigned this portion of discovery and is actively getting up to speed on this issue. As to plaintiffs' position on consent: plaintiffs state: "[p]laintiffs consent to the one-week so long as you include the status you provided with your letter and make clear what specific date Defendants started uploading the video (which from the below representations is one week ago), and whether and why not a date certain for full production can be provided in the City's response." Regardless, this letter is not intended as a response to plaintiffs' May 2, 2022, letter but to request an extension of one week to determine the response to plaintiffs' letter.

Thank you for your consideration herein.

                              Respectfully submitted,

                              *Amy Robinson s/*

                              Amy Robinson
                              *Senior Counsel*
                              Special Federal Litigation Division

cc:    ALL COUNSEL (*via* ECF)

Extension granted. The response shall be filed by May 11, 2022. Plaintiffs may file a reply by May 13, 2022, if they wish.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
May 4, 2022