# Exhibit A

# DP/LEP

DEF_E_PD_00070829

# DP/LEP

DEF_E_PD_00070830

# DP/LEP

DEF_E_PD_00070831

# DP/LEP

DEF_E_PD_00070832

# DP/LEP

DEF_E_PD_00070833

# DP/LEP

DEF_E_PD_00070834

# DP/LEP

DEF_E_PD_00070835

# DP/LEP

DEF_E_PD_00070836

# DP/LEP

DEF_E_PD_00070837

# DP/LEP

DEF_E_PD_00070838

# DP/LEP

DEF_E_PD_00070839

# DP/LEP

DEF_E_PD_00070840

# DP/LEP

DEF_E_PD_00070841

# DP/LEP

DEF_E_PD_00070842

# DP/LEP

DEF_E_PD_00070843

# DP/LEP

DEF_E_PD_00070844

# DP/LEP

DEF_E_PD_00070845

# DP/LEP

DEF_E_PD_00070846

# DP/LEP

DEF_E_PD_00070847

# DP/LEP

DEF_E_PD_00070848

# DP/LEP

DEF_E_PD_00070849

# DP/LEP

DEF_E_PD_00070850

# DP/LEP

DEF_E_PD_00070851

# DP/LEP

DEF_E_PD_00070852

# DP/LEP

DEF_E_PD_00070853

# DP/LEP

DEF_E_PD_00070854

# DP/LEP

DEF_E_PD_00070855

# DP/LEP

DEF_E_PD_00070856

# DP/LEP

DEF_E_PD_00070857

# DP/LEP

DEF_E_PD_00070858

# DP/LEP

DEF_E_PD_00070859

# DP/LEP

DEF_E_PD_00070860

# DP/LEP

DEF_E_PD_00070861

# DP/LEP

DEF_E_PD_00070862

# DP/LEP

DEF_E_PD_00070863

# DP/LEP

DEF_E_PD_00070864

# DP/LEP

DEF_E_PD_00070865

# DP/LEP

DEF_E_PD_00070866

# DP/LEP

DEF_E_PD_00070867

# DP/LEP

DEF_E_PD_00070868

# DP/LEP

DEF_E_PD_00070869

# DP/LEP

DEF_E_PD_00070870

# DP/LEP

DEF_E_PD_00070871