```
1                    Tucker                      184
2    reason to suspect, through whatever means,
3    that an officer is engaged in the conduct
4    you just described, or members of those
5    groups, then we would act on that for sure.
6         Q.    Does the NYPD take active steps
7    to determine whether or not its members are
8    part of these groups after they join the
9    NYPD?
10        A.    I don't think we do.  When you
11   say "active steps," I don't -- no.
12        Q.    Are you familiar with Ed Mullins?
13        A.    I am.
14        Q.    I'm sorry, I didn't hear the
15   answer.
16        A.    I am, yes.
17        Q.    And are you aware that Ed Mullins
18   was terminated for a racist email and
19   tweets that also demonstrated bias?
20        A.    Yes, I am.
21        Q.    The CCRB recommended that he be
22   fired; is that correct?
23        A.    I don't recall what they
24   recommended.
25        Q.    Would it be correct to say that
```

```
1                        Tucker                      185
2       the commissioner has discretion to
3       disregard the CCRB's discipline
4       recommendations and instead impose a
5       different, lesser recommendation?
6           A.   Impose a lesser recommendation,
7       or he can enhance the recommendation.
8           Q.   Right.
9                As First Deputy Commissioner,
10      were you part of that process?
11          A.   I am indeed.
12          Q.   Okay.
13          A.   I was.  Yes.
14          Q.   Do you remember that Ed Mullins
15      was allowed to retire rather than being
16      fired after Commissioner Shea changed the
17      disciplinary recommendation?
18          A.   I don't recall that.
19          Q.   If it happened while you were
20      First Deputy Commissioner, would you have
21      been part of that decision-making process?
22          A.   Well, I would have been part of
23      it either way, because I was -- my
24      recommendation goes to the Police
25      Commissioner.
```

```
 1                     Tucker                        186
 2         Q.    Is there any documentation that's
 3   generated when you make a recommendation
 4   regarding CCRB discipline?
 5         A.    All sorts of documentation.  I'm
 6   not sure what you mean.  There's a whole
 7   process by which their recommendation comes
 8   through and we are then looking at whatever
 9   their recommendation is, or was, and acting
10   on it accordingly.
11         Q.    From within the NYPD, excising
12   the CCRB records, what records are
13   generated within the NYPD when one of these
14   disciplinary recommendations is being
15   reviewed?
16         A.    There's a review of the
17   complaint, and it's a review of the CCRB's
18   investigation, and it goes to our
19   department advocate, and they look at the
20   complaints and assess the suggested -- or
21   the presumptive penalties that have been
22   recommended by CCRB.
23         Q.    Would you get NYPD memos that,
24   for example, detail what the recommended
25   discipline is?
```

```
 1                       Tucker                      187
 2          A.    Well, they write up every single
 3    complaint and they provide that information
 4    in the report that comes to me, and I
 5    review all of that background.  So it's all
 6    aspects of the complaint.  Before it comes
 7    to me, it may go back to CCRB for more
 8    information, with questions about the
 9    nature of the investigation or the
10    completion of it, whatever it is.  But at
11    the end of the day, once that -- once the
12    advocate's office has completed their
13    assessment and made a recommendation, then
14    they'll send it forward to me for my
15    review.
16          Q.    But when you --
17          A.    And it includes all the reports,
18    everything that's happened in that instance
19    from the time the complaint was made, if it
20    came from CCRB or some other source.  But
21    it is very comprehensive in nature.  Some
22    are, you know, hundreds of pages and, you
23    know, they are very thoroughly worked up
24    and assessed and evaluated in the context
25    of the conduct that was made and the
```

```
                          Tucker                        188
```

recommendation that CCRB put forth.  And most of the time we agree with their recommendations.  There are occasions where we don't, either because of our analysis drawing us to a different conclusion, or -- which may be on some occasions a different penalty, maybe lesser, maybe more, and so forth.  So -- and then once we've looked at it and then I make a recommendation and sign off on that recommendation and a penalty, then that goes to the Police Commissioner for his final review.

     Q.   When you make the recommendation, do you write anything down?  Do you generate paperwork?

     A.   Yes.  It's an entire report.  Everything is there.

     Q.   I want to be very clear, though.  Do you, Commissioner Tucker, generate a report with respect to recommendation?

     A.   Yes.

     Q.   Now, would you agree that if the disciplinary actions are not sufficient, there won't be a deterrent against bad

```
1                        Tucker                      189
2      conduct by some officers?
3             A.    That may be true.
4             Q.    Would you agree that the primary
5      disciplinary recommendation at the NYPD is
6      lost vacation time?
7             A.    That's frequently part of it.
8      Vacation time, suspension days.  There's a
9      mixture of violations.
10            Q.    Okay.  Has the NYPD done any
11     research to determine whether losing
12     vacation days or getting suspension days is
13     sufficient to deter bad conduct?
14            A.    We haven't done any research on
15     that, as far as I know.  I know I haven't.
16     Vacation days take money out of the pocket
17     of these individuals.  Certainly suspension
18     days does the same thing.
19            Q.    But what I want to know is, to
20     your knowledge, has the NYPD taken any
21     steps to determine whether that penalty is
22     effective in deterring conduct?
23            A.    No, we haven't done a study on
24     whether taking vacation days or taking
25     suspension days deters conduct.  The focus
```