# Exhibit A

| | |
|---|---|
| **From:** | Molly Biklen |
| **To:** | Robinson, Amy (LAW) |
| **Cc:** | Sierra Team; Sow-Legal@blhny.com; Payne Litigation Team; AG-NYPDLitigation; wood; Hernandez Team; Gray Legal Team-External; Nelson, Genevieve (Law); Hamill, Bridget (LAW); Riordan, Shannon (LAW); Breslow, Stephanie (Law); Vecchiarelli, Giancarlo (LAW); Ibrahim, Nadine (LAW); Braun, Daniel (Law); Kaufman, Rachel (LAW); DiSenso, Anthony (Law) |
| **Subject:** | RE: DRI Charts |
| **Date:** | Friday, May 6, 2022 4:44:00 PM |
| **Attachments:** | Consolidated Cases DRI Responses - ORIGINAL.xlsx<br>Combined DRI Chart - ORIGINAL.xlsx |

Amy,

Per your request, attached are the charts that Dara Weiss sent out on April 15. I reiterate my request to continue our meet and confer on this topic on Monday. Please identify some times when the parties can continue the conference we began yesterday.

Molly

**Molly K. Biklen**
Deputy Legal Director
Pronouns: she, her
New York Civil Liberties Union
125 Broad St., Fl. 19, New York, NY 10004
212.607.3380

*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** Robinson, Amy (LAW) <arobinso@law.nyc.gov>
**Sent:** Friday, May 6, 2022 4:03 PM
**To:** Molly Biklen <mbiklen@nyclu.org>
**Subject:** RE: DRI Charts

Molly,

We do not appear to have the updated versions DRI Charts, and the links below have expired. Would you kindly forward saved versions of the final charts or links that are still active?

Regards,
Amy

---

**From:** Molly Biklen <mbiklen@nyclu.org>
**Sent:** Thursday, May 5, 2022 12:16 PM
**To:** Robinson, Amy (LAW) <arobinso@law.nyc.gov>
**Subject:** [EXTERNAL] FW: DRI Charts

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@cyber.nyc.gov as an attachment (Click the More button, then forward as attachment).

This is the most recent link to the charts.

---

**From:** Weiss, Dara (Law) <daweiss@law.nyc.gov>
**Sent:** Friday, April 15, 2022 5:14 PM
**To:** Sow-Legal@blhny.com; Sierra Team <sierrateam@moskovitzlaw.com>; wood <wood@kllflaw.com>; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; Gray Legal Team-External <graylegalteam@dwt.com>; Hernandez Team <hernandez@femmelaw.com>
**Cc:** Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Weng, Jenny (Law) <jweng@law.nyc.gov>; Breslow, Stephanie (Law) <sbreslow@law.nyc.gov>; Hamill, Bridget (LAW) <brhamill@law.nyc.gov>; Riordan, Shannon (LAW) <sriordan@law.nyc.gov>; Braun, Daniel (Law) <dbraun@law.nyc.gov>; Ibrahim, Nadine (LAW) <nibrahim@law.nyc.gov>; Vecchiarelli, Giancarlo (LAW) <GVecchi@law.nyc.gov>; Robinson, Amy (LAW) <arobinso@law.nyc.gov>
**Subject:** DRI Charts

Attached please find links to the final version of the DRI Charts

Consolidated Cases DRI Responses.xlsx
Combined DRI Chart -.xlsx

---

Dara L. Weiss
Senior Counsel
New York City Law Department
Special Federal Litigation
100 Church Street
New York, New York 10007
(212) 356-3517 (phone)
(212) 356-3509 (fax)
Daweiss@law.nyc.gov