UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re: New York City Policing During Summer      :         ORDER
2020 Demonstrations                                                            20 Civ. 8924 (CM) (GWG)
                                                                             :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      In light of the filing of the Second Circuit's mandate reversing in part the district court's denial of the motion to intervene of the Police Benevolent Association of the City of New York, Inc. ("PBA"), (Docket # 543), the PBA shall file a pleading that sets out its claims or defenses, see Fed. R. Civ. P. 24(c), on or before May 31, 2022.

      The parties shall provide to the PBA by June 3, 2022: (1) a copy of all discovery requests that party has made; and (2) a copy of all discovery responses that party has provided through that date (consisting of the formal response and any documents produced). The parties shall consult with each other well in advance to make sure this task is accomplished in the most efficient manner possible.

      The PBA shall serve any discovery requests of its own on or before June 10, 2022.

      SO ORDERED.

Dated: May 19, 2022
       New York, New York

                                                _____
                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge