

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **BRIDGET V. HAMILL**<br>*Senior Counsel*<br>brhamill@law.nyc.gov<br>Phone: (212) 356-2662<br>Fax: (212) 356-1148 |

**By ECF**                                                                                       May 24, 2022

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      In Re:  *New York City Policing During Summer 2020 Demonstrations*,
             No. 20 Civ. 8924 (CM) (GWG)

Your Honor:

      I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing Defendants in the above referenced matter. I write in accordance with Rule 2.A of the Court's Individual Practices to respectfully advise the Court that without objection from Plaintiffs' counsel, Defendants will submit a letter in response to their May 23, 2022 Letter Motion for Local Rule 37.2 Conference (Dkt. 551) on Friday, May 27, 2022.

      Thank you for your consideration herein.

                                  Respectfully submitted,

                                  *Bridget V. Hamill s/*
                                Bridget V. Hamill
                                Senior Counsel
                                Special Federal Litigation Division

cc:    ALL COUNSEL (via ECF only)