

**HON. SYLIVA HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK , NEW YORK 10007

**GENEVIEVE NELSON**
*Senior Counsel*
Phone:  (212) 356-2645
gnelson@law.nyc.gov

**By ECF**                                                                      May 27, 2022
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       In Re:  *New York City Policing During Summer 2020 Demonstrations*
              No. 20 Civ. 8924 (CM) (GWG)
              This filing is related solely to *Yates v. New York City, et al.*

Your Honor:

      I am Senior Counsel in the Office of the Honorable Sylvia Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter.  The City writes to advise the Court of the settlement of the attorneys' fees and costs in *Yates v. New York  City, et al.*, 21 Civ. 1904, one of these consolidated cases.

      On March 6, 2022, the City made an Offer of Judgment to Cameron Yates, pursuant to Rule 68 of the Federal Rules of Civil Procedure.  As the Court is aware, that offer was accepted and  the Court endorsed the Judgment on March 10, 2022 (Dkt. # 452).  We write now to advise the Court that the parties have reached a settlement of the attorneys' fees and costs.  A Stipulation and Order of Settlement will be forwarded to the Court upon execution by both parties.

      Thank you for your consideration.

                          Respectfully submitted,

                          *Genevieve Nelson* s/

                          Genevieve Nelson
                          *Senior Counsel*
                          Special Federal Litigation Division

cc:    ALL COUNSEL (via ECF only)