AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Rolon, et al., ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:20-cv-08924 (CM) |
| City of New York, et al., ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Rolon et al., .

Date:   06/06/2022

*Attorney's signature*

Tahanie A. Aboushi, Esq. (4813689)
*Printed name and bar number*

The Aboushi Law Firm, PLLC
1441 Broadway, Fifth Floor
New York, NY 10018

*Address*

tahanie@aboushi.com
*E-mail address*

(212) 391-8500
*Telephone number*

(212) 391-8508
*FAX number*