

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

June 6, 2022

**VIA ECF**

Honorable Gabriel W. Gorenstein, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

      ***Re:   In re: New York City Policing During Summer 2020 Demonstrations,
       No. 20-CV-8924
       This Filing is Related to All Cases***

Dear Judge Gorenstein:

    I write on behalf of all plaintiffs in these consolidated cases in accordance with Rule 2.A of the Court's Individual Practices. With the consent of Defendants' counsel, Plaintiffs will submit a letter to the Court on Friday, June 10, 2022, in response to Defendants' Letter Motion dated June 3, 2022, seeking a 60-day extension to respond to Plaintiffs' First Consolidated Requests for Admission (Dkt. 578).

                          Respectfully submitted,

                          _____/s/_____
                          Lillian Marquez
                          *Assistant Attorney General*
                          Office of the New York State Attorney General
                          28 Liberty Street, 20th Floor
                          New York, NY 10005
                          Tel.: (212) 416-6401
                          Lillian.Marquez@ag.ny.gov

cc:    All Counsel of Record (by ECF)