UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re: New York City Policing During Summer  :
2020 Demonstrations

                                                    :        ORDER
                                                            20 Civ. 8924 (CM) (GWG)

-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

       In light of the granting of the intervenors' motion (Docket # 585), and in light of the Court's prior orders regarding providing discovery to the PBA (Docket # 547, 575), the parties shall by June 10, 2022, produce to the new intervenors (1) a copy of all discovery requests that party has made; and (2) a copy of all discovery responses that party has provided through that date (consisting of the formal response and any documents produced). To the extent the plaintiffs in Sierra seek a stay of this requirement for the reasons stated in their letter of May 30, 2022 (Docket # 561), the Court imposes the same stay as described in Docket # 568 and on the same terms. The new intervening parties shall serve any discovery requests of their own on or before June 17, 2022.

       SO ORDERED.

Dated: June 8, 2022
       New York, New York

                                                  _____
                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge