

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | STEPHANIE M. BRESLOW<br>*Senior Counsel*<br>sbreslow@law.nyc.gov<br>Phone: (212) 356-2660<br>Fax: (212) 356-1148 |
|---|---|---|

**By ECF**　　　　　　　　　　　　　　　　　　　　　　June 8, 2022
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      In Re:　*New York City Policing During Summer 2020 Demonstrations*,
             No. 20 Civ. 8924 (CM) (GWG)

Your Honor:

    I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing Defendants in the above referenced matter. I write in accordance with Rule 2.A of the Court's Individual Practices to respectfully advise the Court that, without objection from Plaintiffs' counsel, Defendants will submit a letter in response to Plaintiffs' Letter Motion for a Local Rule 37.2 Conference, dated June 7, 2022 (Dkt. No. 586), no later than Wednesday, June 15, 2022.

    Thank you for your consideration herein.

                                                     Respectfully submitted,

                                                     *Stephanie M. Breslow*

                                                     Stephanie M. Breslow
                                                     *Senior Counsel*
                                                     Special Federal Litigation Division

cc:　　ALL COUNSEL (via ECF only)