UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In Re: New York City Policing During Summer 2020 Demonstrations

------------------------------------------------------------x

This filing is specifically related to:

Payne v. de Blasio, et al.                    Civil Action No.:
                                              20-CV-8924 (CM) (GWG)

------------------------------------------------------------x

Sierra v. City of New York, et al.            Civil Action No.:
                                              20-CV-10291 (CM) (GWG)

------------------------------------------------------------x

People v. City of New York, et al.            Civil Action No.:
                                              21-CV-0322 (CM) (GWG)

------------------------------------------------------------x

Sow v. City of New York, et al.               Civil Action No.:
                                              21-CV-0533 (CM) (GWG)

------------------------------------------------------------x

## RULE 7.1 STATEMENT

Pursuant to Federal Rules of Civil Procedure (hereinafter "FRCP") § 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Detectives' Endowment Association (hereinafter "DEA" or "Union"), which is a non-governmental corporate entity, certifies that the DEA has no corporate parents, affiliates, and/or subsidiaries that are publicly held.

Dated: New York, New York
       June 9, 2022

                                              PITTA LLP

                                              By: _____
                                                  Stephen Mc Quade, Esq.
                                                  Vincent F. Pitta, Esq.

{00698799-1}

Attorneys for Intervenor
*Detectives Endowment Association*
120 Broadway, 28th Floor
New York, New York 10271
(212) 652-3885
smcquade@pittalaw.com
vpitta@pittalaw.com

TO:   All counsel of record

{00698799-1}