# EXHIBIT A

Sealing Application to be filed by opposing party pursuant to Individual Rule 2E