

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | AMY ROBINSON<br>*Senior Counsel*<br>arobinso@law.nyc.gov<br>Phone: (212) 356-3518<br>Fax: (212) 356-1148 |
|---|---|---|

**By ECF**  June 10, 2022

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    In Re:  *New York City Policing During Summer 2020 Demonstrations*,
             No. 20 Civ. 8924 (CM) (GWG)
             This filing is related to all cases

Your Honor:

    I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter. Please find, attached Exhibits A and B, the Discovery Charts referenced in defendants' letter to the Court last night, regarding misstatements of which defendants are aware. (Dkt. No. 593). We provide the Charts so that the Court will have the verbatim recitation of the discovery requests as well as defendants' responses on those Charts.

                              Respectfully submitted,

                              *Amy Robinson s/*

                              Amy Robinson
                              *Senior Counsel*

Attachments

    cc:     ALL COUNSEL (*via* ECF)