UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re: New York City Policing During Summer 2020
Demonstrations

------------------------------------------------------------------X
This filing is specifically related to:

| | |
|---|---|
| *Payne v. de Blasio, et al.* | Civil Action No.: 20-CV-8924 (CM)(GWG) |

------------------------------------------------------------------X

| | |
|---|---|
| *Sierra v. City of New York, et al.* | Civil Action No.: 20-CV-10291 (CM)(GWG) |

------------------------------------------------------------------X

| | |
|---|---|
| *People v. City of New York, et al.* | Civil Action No.: 21-CV-0322 (CM)(GWG) |

------------------------------------------------------------------X

| | |
|---|---|
| *Sow v. City of New York, et al.* | Civil Action No.: 21-CV-0533 (CM)(GWG) |

------------------------------------------------------------------X

        PLEASE TAKE NOTICE that ANDREW C. QUINN, Esq. of The Quinn Law

Firm, PLLC, does hereby enter his appearance on behalf of the SERGEANTS

BENEVOLENT ASSOCIATION in connection with the above-referenced matter.

Dated: White Plains, New York
        June 10, 2022

                                Respectfully submitted,

                                THE QUINN LAW FIRM

                        By:    *Andrew Quinn*
                               _____
                               Andrew C. Quinn (AQ 4059)
                               399 Knollwood Road, Suite 220
                               White Plains, New York 10603
                               Tel: (914) 997-0555
                               Fax: (914) 997-0550
                               aquinn@quinnlawny.com