UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re: New York City Policing During Summer 2020 Demonstrations

------------------------------------------------------------------X
This filing is specifically related to:

| | |
|---|---|
| *Payne v. de Blasio, et al.* | Civil Action No.:<br>20-CV-8924 (CM)(GWG) |

------------------------------------------------------------------X

| | |
|---|---|
| *Sierra v. City of New York, et al.* | Civil Action No.:<br>20-CV-10291 (CM)(GWG) |

------------------------------------------------------------------X

| | |
|---|---|
| *People v. City of New York, et al.* | Civil Action No.:<br>21-CV-0322 (CM)(GWG) |

------------------------------------------------------------------X

| | |
|---|---|
| *Sow v. City of New York, et al.* | Civil Action No.:<br>21-CV-0533 (CM)(GWG) |

------------------------------------------------------------------X

PLEASE TAKE NOTICE that STEVEN J. BUSHNELL, Esq. of The Quinn Law Firm, PLLC, does hereby enter his appearance on behalf of the SERGEANTS BENEVOLENT ASSOCIATION in connection with the above-referenced matter.

Dated: White Plains, New York
         June 10, 2022

Respectfully submitted,

*Steven Bushnell*
_____
STEVEN J. BUSHNELL, ESQ. (SB 4944)
The Quinn Law Firm, PLLC
399 Knollwood Road, Suite 220
White Plains, New York 10603
(t)(914) 997-0555
(f)(914) 997-0550
sbushnell@quinnlawny.com