UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――x

In Re: New York City Policing
During Summer 2020 Demonstrations
―――――――――――――――――――――――x

This filing is related to:

| | |
|---|---|
| *Payne v. de Blasio, et al.* | Civil Action No.<br>20-CV-8924 (CM) (GWG) |
| ―――――――――――――――――――――――x | |
| *Sierra v. City of New York, et al.* | Civil Action No.<br>20-CV-10291 (CM) (GWG) |
| ―――――――――――――――――――――――x | |
| *People v. City of New York, et al.* | Civil Action No.<br>21-CV-0322 (CM) (GWG) |
| ―――――――――――――――――――――――x | |
| *Sow v. City of New York, et al.* | Civil Action No.<br>21-CV-0533 (CM) (GWG) |
| ―――――――――――――――――――――――x | |

## **RULE 7.1 STATEMENT**

Pursuant to Federal Rules of Civil Procedure § 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Sergeants Benevolent Association (hereinafter "SBA"), which is a non-governmental corporate entity, certifies that the SBA has no corporate parents, affiliates, and/or subsidiaries that are publicly held.

- 2 -

Dated: June 10, 2022
      White Plains, New York

                                  Respectfully Submitted,

                                  *Andrew Quinn*
                                  _____
                                  Andrew C. Quinn
                                  **The Quinn Law Firm**
                                  399 Knollwood Road, Suite 220
                                  White Plains, NY 10603
                                  Telephone: (914) 997-0555
                                  Facsimile: (914) 997-0550
                                  Email: aquinn@quinnlawny.com
                                  *Attorney for Sergeants Benevolent Association*

TO: All counsel of record