THE LAW OFFICE OF
### MICHAEL L. SPIEGEL
48 WALL STREET, SUITE 1100
NEW YORK, NEW YORK 10005
TEL:(212)587-8558    FAX:(888)398-0032

*Of Counsel*
HAMILTON CLARKE LLP

June 23, 2022

**BY ECF**
Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *In re: New York City Policing During Summer 2020 Demonstrations*
                No. 20-CV-8924 (CM) (GWG)
                This Letter Relates to *Sierra, et al. v. City of New York, et al.*, 20-cv-10291

Your Honor:

      I am a counsel for the plaintiffs in *Sierra et al. v. City of New York, et al.*, 20-cv-10291 (CM) (GWG).

      Attached hereto as Exhibit A is a fully-executed Stipulation to Dismiss Plaintiffs' Request for Declaratory or Injunctive Relief.

      The parties respectfully request that Your Honor so-order the Stipulation.

                                                            Respectfully submitted,

                                                                              s/

                                                                      Michael L. Spiegel

cc: All Consolidated Cases Counsel by ECF