UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re: New York City Policing During Summer 2020 Demonstrations

------------------------------------------------------------------X
This filing is specifically related to:

| | |
|---|---|
| *Payne v. de Blasio, et al.* | Civil Action No.:<br>20-CV-8924 (CM)(GWG) |

------------------------------------------------------------------X

| | |
|---|---|
| *Sierra v. City of New York, et al.* | Civil Action No.:<br>20-CV-10291 (CM)(GWG) |

------------------------------------------------------------------X

| | |
|---|---|
| *People v. City of New York, et al.* | Civil Action No.:<br>21-CV-0322 (CM)(GWG) |

------------------------------------------------------------------X

| | |
|---|---|
| *Sow v. City of New York, et al.* | Civil Action No.:<br>21-CV-0533 (CM)(GWG) |

------------------------------------------------------------------X

PLEASE TAKE NOTICE that MARYKATE ACQUISTO, Esq. of The Quinn Law Firm, PLLC, does hereby enter her appearance on behalf of the SERGEANTS BENEVOLENT ASSOCIATION in connection with the above-referenced matter.

Dated: White Plains, New York
       June 23, 2022

Respectfully submitted,

_____
MARYKATE ACQUISTO, ESQ. (MA 3041)
The Quinn Law Firm, PLLC
399 Knollwood Road, Suite 220
White Plains, New York 10603
(t)(914) 997-0555
(f)(914) 997-0550
macquisto@quinnlawny.com