AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Payne et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-08924 |
| De Blasio et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 6/23/2022

/s/ Perry Grossman
*Attorney's signature*

Perry Grossman, NYS Bar No. 5382106
*Printed name and bar number*

New York Civil Liberties Union Foundation
125 Broad St., 19th Floor
New York, NY 10004
*Address*

pgrossman@nyclu.org
*E-mail address*

(212) 607-3300
*Telephone number*

(212) 607-3318
*FAX number*