UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

In Re: New York City Policing During Summer 2020 Demonstrations

**MOTION TO WITHDRAW**

20 Civ. 8924 (CM) (GWG)

------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that Stephanie Marie Breslow hereby withdraws as counsel in the above-captioned consolidated litigation.  After June 26, 2022, I will no longer be associated with the Corporation Counsel of the City of New York.

Dated: Brooklyn, New York
June 26, 2022

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

By: *Stephanie M. Breslow* /s

Stephanie M. Breslow
*Senior Counsel*
Special Federal Litigation Division