

| | THE CITY OF NEW YORK | |
|---|---|---|
| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | PATRICIA MILLER<br>*Division Chief*<br>(212) 356-3500 (tel.) |

June 27, 2022

**By ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    In Re:    *New York City Policing During Summer 2020 Demonstrations*,
                   No. 20 Civ. 8924 (CM) (GWG)
                   This filing is related to all cases

Your Honor:

    I am the Division Chief of the Special Federal Litigation Division in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York. In an order, dated May 2, 2022, the Court directed the undersigned:

> "[T]o consult separately with each employee of the Law Department who has worked on the consolidated cases to determine whether any such employee is aware of any other misrepresentations that have been made either to the Court or to opposing counsel in connection with the consolidated cases."

"Employee" is interpreted to mean current and former employees including attorneys and support staff who had any participation in the Consolidated Cases.

"Consult" is interpreted as a one-on-one interview with the undersigned and an employee. Also present during an interview is the Law Department's Chief Ethics Officer.

    This letter serves as the eighth and final status report to the Court. Forty-seven employees were identified as having at least some participation in the Consolidated Protest cases. 100% of the interviews have now been completed with nothing further to report to the Court. However, if

the Court so desires, the undersigned and the Law Department's Chief Ethics Officer are available to discuss with Your Honor our compliance with the May 2, 2022 order.

                                         Respectfully submitted,

                                        *Patricia Miller /s/*

                                        Patricia Miller
                                        Division Chief
                                        Special Federal Litigation Division

c:      ALL COUNSEL (via ECF only)