UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re: New York City Policing During Summer     :         ORDER
2020 Demonstrations                                       20 Civ. 8924 (CM) (GWG)
                                                :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

  The Court may address at the conference tomorrow the schedule proposed in Docket # 617.

  SO ORDERED.

Dated: June 28, 2022
   New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge