

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **NADINE IBRAHIM**<br>*Senior Counsel*<br>nibrahim@law.nyc.gov<br>Phone: (212) 356-5037<br>Fax: (212) 356-1148 |

**By ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

June 28, 2022

MEMORANDUM ENDORSED

In Re: *New York City Policing During Summer 2020 Demonstrations*,
No. 20 Civ. 8924 (CM) (GWG)
This filing is related to all cases

Your Honor:

I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter. Defendants write to respectfully that the Court adjourn the conference set by the Court's June 27, 2022 Order for tomorrow June 29, 2022 at 11 am until Thursday June 30, 2022 at a convenient for the Court. Plaintiffs consent to this request.

As Your Honor may be aware, the attorney who was handling this issue is no longer working at the law department as of June 26, 2022. (See Docket No. 615). This extension is necessary as the undersigned has recently been assigned to take lead on this portion of the discovery and is actively getting completely up to speed on this issue.

Thank you for your consideration herein.

Respectfully submitted,

*Nadine Ibrahim   s/*
Nadine Ibrahim
*Senior Counsel*
Special Federal Litigation Division

cc:   ALL COUNSEL (*via* ECF)

Conference adjourned to June 30, 2022, at 11:00 a.m. The same dial-in instructions apply.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
June 28, 2022