UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: New York City Policing During Summer        :          ORDER
2020 Demonstrations
                                                                             20 Civ. 8924 (CM) (GWG)
                                                                      :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The matters raised in Docket # 627 will be addressed at a conference on <u>July 11, 2022, at 3:00 p.m.</u>  The attorneys should use the dial-in number they were previously provided.  The public may listen to the conference by dialing 877-810-9415 and using access code: 4086346.  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.  Only one attorney for plaintiff and one attorney for defendant will be permitted to address the Court with respect to any dispute.  When addressing the Court, counsel must <u>not</u> use a speakerphone.  Each attorney is directed to ensure that all other attorneys on the case are aware of the oral argument date and time.

      SO ORDERED.

Dated:  June 30, 2022
        New York, New York

                                                                                     GABRIEL W. GORENSTEIN
                                                                                     United States Magistrate Judge