

| | | |
|---|---|---|
| **HON. SYLIVA HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>L**AW** D**EPARTMENT**<br>100 CHURCH STREET<br>NEW YORK , NEW YORK 10007 | **GENEVIEVE NELSON**<br>*Senior Counsel*<br>Phone:  (212) 356-2645<br>gnelson@law.nyc.gov |

June 30, 2022

**By ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   In Re: *New York City Policing During Summer 2020 Demonstrations*
      No. 20 Civ. 8924 (CM) (GWG)

Your Honor:

   I am Senior Counsel in the Office of the Honorable Sylvia Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter.  I write to correct one minor but important issue raised at the end of this morning's conference.  Jenny Weng and I are supervising these consolidated cases. However, there is no "lead attorney" for these matters.  Members of the City Defendants' team handle different tasks and will appear on them if issues arise.

   Thank you for your consideration.

                     Respectfully submitted,

                     *Genevieve Nelson s/*

                     Genevieve Nelson
                     *Senior Counsel*
                     Special Federal Litigation Division

cc:  ALL COUNSEL (via ECF only)