UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: New York City Policing During Summer   :
2020 Demonstrations
                                                                              :
-----------------------------------------------------------------X

REVISED DISCOVERY
SCHEDULING ORDER
20 Civ. 8924 (CM) (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

The following deadlines shall govern the remainder of discovery in this case:

| Item | Deadline |
|---|---|
| **Intervenors to Serve Discovery Demands** | July 7, 2022 |
| **Intervenors to Serve Expert Designations** | September 30, 2022 |
| **Designation of Experts Rebutting Intervenors' Designated Experts** | October 31, 2022 |
| **Deadline to Schedule All Noticed Fact Depositions** | Parties to start scheduling depositions immediately for as far in advance as possible.  A schedule for all depositions in the case shall be fixed by September 16, 2022. |
| **Close of Fact Discovery:** | March 31, 2023 |
| **Pls' Liability Expert Reports Served** | April 21, 2023 |
| **Defs' and Intervenors' Liability Expert Reports Served** | June 2, 2023 |
| **Plaintiffs' Expert Rebuttal Reports Served** | June 23, 2023 |
| **Close of Expert Discovery** | July 21, 2023 |

As explained at the conference held today, there will be no extension of the deadlines for the close of fact or expert discovery.  Thus, the parties must immediately start scheduling depositions to ensure that the deadlines are met.  To allow for possible sudden and unexpected unavailability of witnesses, no depositions shall initially be scheduled to occur after February 28, 2022, absent extraordinary circumstances.  Also, to the extent it is known that any particular deponent has potentially long periods of unavailability, such deponent shall be initially scheduled to be deposed no later than December 1, 2022.  Any such deponent shall be required

to provide at least two dates of availability and to reserve both dates on their calendar for possible deposition.

SO ORDERED.

Dated: June 30, 2022
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge