

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | BRIDGET V. HAMILL<br>*Senior Counsel*<br>brhamill@law.nyc.gov<br>Phone: (212) 356-2662<br>Fax: (212) 356-1148 |
|---|---|---|

June 30, 2022

**By ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   In Re:  *New York City Policing During Summer 2020 Demonstrations*,
      No. 20 Civ. 8924 (CM) (GWG)
      This filing is related to all cases

Your Honor:

  I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing Defendants in the above referenced matter. Defendants write pursuant to Your Honor's Individual Practices, Rule 2.A. to respectfully advise the Court of a deadline pertaining to the Court's Order of June 3, 2022 (Dkt. 577).

  The Court's Order directed Defendants to provide Plaintiffs with Bates numbers responsive to certain of Plaintiffs' Consolidated Document Requests (the Requests) by July 1, 2022. The parties have reached an agreement to extend the deadline for completing the project to July 29, 2022.

  Thank you for your attention to this matter.

              Respectfully submitted,

              *Bridget V. Hamill s/*
              Bridget V. Hamill
              Senior Counsel
              Special Federal Litigation Division

  cc:   ALL COUNSEL (via ECF only)