

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **BRIDGET V. HAMILL**<br>*Senior Counsel*<br>brhamill@law.nyc.gov<br>Phone: (212) 356-2662<br>Fax: (212) 356-1148 |

July 1, 2022

**By ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    In Re: *New York City Policing During Summer 2020 Demonstrations*,
       No. 20 Civ. 8924 (CM) (GWG)
       This filing is related to all cases

Your Honor:

  I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing Defendants in the above referenced matter. Defendants write in furtherance of the letter submitted yesterday at Dkt. 631, pertaining to the Court's Order on June 3, 2022 (Dkt. 577).

  The Court's Order directed Defendants to provide Plaintiffs with Bates numbers responsive to certain of Plaintiffs' Consolidated Document Requests by July 1, 2022. The parties' agreement extended the deadline for completing the project to August 5, 2022, rather than July 29, 2022, as previously stated in Dkt. 631.

  Thank you for your attention to this matter.

                Respectfully submitted,

                *Bridget V. Hamill s/*
                Bridget V. Hamill
                Senior Counsel
                Special Federal Litigation Division

cc:  ALL COUNSEL (via ECF only)