# ATTACHMENT A

May 24 call:

Thomas A. Kissane <TKissane@schlamstone.com>; Marquez, Lillian <Lillian.Marquez@ag.ny.gov>; Weng, Jenny (Law) <jweng@law.nyc.gov>; Robert Smith <robert.smith@rssmithlaw.com>; Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Richard H. Dolan <rdolan@schlamstone.com>; Riordan, Shannon (LAW) <sriordan@law.nyc.gov>; Ibrahim, Nadine (LAW) <nibrahim@law.nyc.gov>; Breslow, Stephanie (Law) <sbreslow@law.nyc.gov>; Braun, Daniel (Law) <dbraun@law.nyc.gov>; Hamill, Bridget (LAW) <brhamill@law.nyc.gov>; Robinson, Amy (LAW) <arobinso@law.nyc.gov>; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; GrayLegalTeam@dwt.com; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; sierrateam@moskovitzlaw.com; 'Sow-Legal' <Sow-Legal@blhny.com>; Hernandez Team <hernandez@femmelaw.com>; wood <wood@kllflaw.com>; rolonlegalteam@aboushi.com; Robert Smith <robert.smith@rssmithlaw.com>

June 7 call:

africk@kllflaw.com>; Robinson, Amy (LAW) arobinso@law.nyc.gov; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; Sow-Legal <Sow-Legal@blhny.com>; Sierra Team <SierraTeam@moskovitzlaw.com>; Wood <wood@kllflaw.com>; rolonlegalteam@aboushi.com; GrayLegalTeam@dwt.com; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Hernandez Team <hernandez@femmelaw.com>; Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Weng, Jenny (Law) <jweng@law.nyc.gov>; Thomas A. Kissane <TKissane@schlamstone.com>; robert.smith@rssmithlaw.com; Richard H. Dolan <rdolan@schlamstone.com>

June 16 call:

Ali Frick <africk@kllflaw.com>; Stephen Mc Quade <SMcQuade@pittalaw.com> Doug Lieb <dlieb@kllflaw.com>; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Angela Li <ali@schlamstone.com>; Gray Legal Team-External <GrayLegalTeam@dwt.com>; Hernandez Team <hernandez@femmelaw.com>; Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; Robinson, Amy (LAW) <arobinso@law.nyc.gov>; Sierra Team <sierrateam@moskovitzlaw.com>; Sow-Legal <Sow-Legal@blhny.com>; Weng, Jenny (Law) <jweng@law.nyc.gov>; Wood <wood@kllflaw.com>; aquinn@quinnlawny.com; mikespieg@aol.com; osiddiqi@law.nyc.gov; rolonlegalteam@aboushi.com; Robert Smith <robert.smith@rssmithlaw.com>

June 22 call:

Marquez, Lillian Lillian.Marquez@ag.ny.gov; Wylie Stecklow <wylie@wylielaw.com>; Robinson, Amy (LAW) <arobinso@law.nyc.gov>; GrayLegalTeam@dwt.com; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; sierrateam@moskovitzlaw.com; 'Sow-Legal' <Sow-Legal@blhny.com>; Hernandez Team <hernandez@femmelaw.com>; wood <wood@kllflaw.com>; rolonlegalteam@aboushi.com; NYC Law Protest Team <NYCLawProtestTeam@law.nyc.gov>; Thomas A. Kissane <TKissane@schlamstone.com>; Robert Smith <robert.smith@rssmithlaw.com>

June 27 call:

dspivack@nyclu.org>;Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Thomas A. Kissane <TKissane@schlamstone.com>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; GrayLegalTeam@dwt.com <GrayLegalTeam@dwt.com> <GrayLegalTeam@dwt.com>; Sierra Team <sierrateam@moskovitzlaw.com>; Sow-Legal <Sow-Legal@blhny.com>; Wood <wood@kllflaw.com>; Hernandez Team <hernandez@femmelaw.com>; rolonlegalteam . <rolonlegalteam@aboushi.com>; Angela Li <ali@schlamstone.com>; Robert Smith <robert.smith@rssmithlaw.com>; Andrew Quinn <aquinn@quinnlawny.com>; anthony.coles@dlapiper.com; NYC Law Protest Team NYCLawProtestTeam@law.nyc.gov; Robert Smith <robert.smith@rssmithlaw.com>; Angela Li <ali@schlamstone.com>