# THE ABOUSHI LAW FIRM, PLLC

**1441 Broadway Fifth Floor
New York, NY 10018
Telephone: (212) 391-8500
Facsimile: (212) 391-8508
www.Aboushi.com**

July 07, 2022

**BY ECF**

Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   In re: New York City Policing During Summer 2020 Demonstrations No. 20- CV-
> 8924 (CM) (GWG);
>
> This letter relates to:
> Rolon v. City of New York, 21-cv-02548 (CM) (GWG;
> Gray v. City of New York, 21-cv-6610 (CM)(GWG), and
> Hernandez v. City of New York, 21-cv-07406-CM.

Dear Judge Gorenstein,

I represent Plaintiffs in the *Rolon* matter and write jointly with counsel for Plaintiffs in the *Gray* and *Hendandez* matters pursuant to Part II(A) of your Individual Practices. We write to request an extension of time to answer the Police Benevolent Association's ("PBA") motion requesting a conference with the Court to clarify that production obligations and resolve discovery disputes. Counsel for the PBA consents to an extension to July 13, 2022.

We thank Your Honor for your time and attention to this matter.

Very truly yours,

_____
/s/
Tahanie A. Aboushi

cc: All counsel of record via ECF