# THE ABOUSHI LAW FIRM, PLLC

**1441 Broadway Fifth Floor**
**New York, NY 10018**
**Telephone: (212) 391-8500**
**Facsimile: (212) 391-8508**
**www.Aboushi.com**

---

July 07, 2022

**BY ECF**

Hon. Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMORANDUM ENDORSED

Re:   In re: New York City Policing During Summer 2020 Demonstrations No. 20- CV-8924 (CM) (GWG);

This letter relates to:
Rolon v. City of New York, 21-cv-02548 (CM) (GWG;
Gray v. City of New York, 21-cv-6610 (CM)(GWG), and
Hernandez v. City of New York, 21-cv-07406-CM.

Dear Judge Gorenstein,

I represent Plaintiffs in the *Rolon* matter and write jointly with counsel for Plaintiffs in the *Gray* and *Hendandez* matters pursuant to Part II(A) of your Individual Practices. We write to request an extension of time to answer the Police Benevolent Association's ("PBA") motion requesting a conference with the Court to clarify that production obligations and resolve discovery disputes. Counsel for the PBA consents to an extension to July 13, 2022.

We thank Your Honor for your time and attention to this matter.

Very truly yours,

\_\_\_\_\_/s/\_\_\_\_\_
Tahanie A. Aboushi

cc: All counsel of record via ECF

Granted. In the future, please comply with paragraph 2.A where there is an agreement rather than moving for an extension.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

July 7, 2022