

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

July 7, 2022

**VIA ECF**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *People of the State of New York v. City of New York, et al.*, 21 Civ. 322 (CM)
      [rel. *Payne, et al. v. Mayor Bill de Blasio, et al.*, 20 Civ. 8924 (CM)
      *Sow, et al. v. City of New York, et al.*, 21 Civ. 533 (CM)
      *Gray, et al. v. City of New York, et al.*, 21 Civ. 6610 (CM)
      *Hernandez, et al. v. City of New York, et al.*, 21 Civ. 7406 (CM)
      *Rolon, et al. v. City of New York, et al.,* 21 Civ. 2548 (CM)]

Dear Judge McMahon:

I represent the plaintiff in *People v. City of New York, et al.*, 21 Civ. 322. I write on behalf of plaintiffs seeking injunctive relief in In re: New York City Policing During Summer 2020 Demonstrations, 1:20-cv-08924-CM (in particular, *People*, *Payne*, *Sow*, *Gray*, *Hernandez* and *Rolon*), along with Defendant City of New York and Intervenor-Defendants Police Benevolent Association, Detectives Endowment Association, and Sergeant Benevolent Association. The parties in these actions have agreed to a mediation session on July 28, 2022 with the Court's Mediation Program focused on injunctive relief. As such, we request that the Court refer these cases for mediation.

Sincerely,

*/s/ Travis W. England*
Travis W. England
Deputy Bureau Chief
Civil Rights Bureau
New York State Office of the Attorney General

cc:   ECF Counsel of Record