UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARRETT PAYNE; ANDIE MALI; CAMILA GINI; VIDAL GUZMAN; VIVIAN MATTHEW KING-YARDE; CHARLIE MONLOUIS-ANDERLE; JAIME FRIED; MICAELA MARTINEZ; JULIAN PHILLIPS; NICHOLAS MULDER; and COLLEEN MCCORMACK-MAITLAND,

                Plaintiffs,

- against -

MAYOR BILL DE BLASIO; POLICE COMMISSIONER DERMOT SHEA; CHIEF OF DEPARTMENT TERENCE MONAHAN; CITY OF NEW YORK; SERGEANT GYPSY PICHARDO; SERGEANT KEITH CHENG; OFFICER MATTHEW TARANGELO; OFFICER MATTHEW L. PERRY; LIEUTENANT THOMAS R. HARDELL; DETECTIVE DAMIAN RIVERA; OFFICER JACQUELINE VARGAS; OFFICER JOSEPH DECK; LIEUTENANT MICHAEL BUTLER; OFFICER AARON HUSBANDS; SERGEANT THOMAS E. MANNING; OFFICERS JOHN DOE 1-26; OFFICER JANE DOE 1; OFFICER DOE ESPOSITO; and SERGEANT DOE CARABALLO,

                Defendants.

1:20-cv-08924 (CM) (GG)

**MOTION FOR ADMISSION PRO HAC VICE**

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Veronica Ramzy Salama__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for <u>Jarret Payne, Andie Mali, Camila Gini, Vidal Guzman, Vivian Matthew King-Yarde, Charlie Monlouis-Anderle, Jaimie Fried, Micaela Martinez, Julian Phillips, Nicholas Mulder, and Colleen McCormack-Maitland,</u> in the consolidated action 20 Civ. 8924. I am in good standing of the bar of the state of Georgia and there are no pending disciplinary proceedings against me in any state

or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 8, 2022

Respectfully Submitted,

/s/ *Veronica R Salama*

Veronica R Salama

NEW YORK CIVIL LIBERTIES UNION FOUNDATION

125 Broad St., 19th Floor

New York, NY, 10004

Tel: (212) 607-3300

Fax: (212) 607-3318

VSalama@nyclu.org