UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JARRETT PAYNE; ANDIE MALI; CAMILA GINI; VIDAL GUZMAN; VIVIAN MATTHEW KING-YARDE; CHARLIE MONLOUIS-ANDERLE; JAIME FRIED; MICAELA MARTINEZ; JULIAN PHILLIPS; NICHOLAS MULDER; and COLLEEN MCCORMACK-MAITLAND,

      Plaintiffs,

- against -

MAYOR BILL DE BLASIO; POLICE COMMISSIONER DERMOT SHEA; CHIEF OF DEPARTMENT TERENCE MONAHAN; CITY OF NEW YORK; SERGEANT GYPSY PICHARDO; SERGEANT KEITH CHENG; OFFICER MATTHEW TARANGELO; OFFICER MATTHEW L. PERRY; LIEUTENANT THOMAS R. HARDELL; DETECTIVE DAMIAN RIVERA; OFFICER JACQUELINE VARGAS; OFFICER JOSEPH DECK; LIEUTENANT MICHAEL BUTLER; OFFICER AARON HUSBANDS; SERGEANT THOMAS E. MANNING; OFFICERS JOHN DOE 1-26; OFFICER JANE DOE 1; OFFICER DOE ESPOSITO; and SERGEANT DOE CARABALLO,

      Defendants.

1:20-cv-08924 (CM) (GG)

**AFFIDAVIT OF**

**VERONICA RAMZY SALAMA**

**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, \_\_\_\_VERONICA RAMZY SALAMA\_\_\_\_, swear or affirm that:

1. I am over the age of eighteen (18) years, and I am fully competent and qualified to make this affidavit.

2. I am submitting this affidavit in support of my motion to practice Pro Hac Vice to appear as counsel for Jarret Payne, Andie Mali, Camila Gini, Vidal Guzman, Vivian Matthew

King-Yarde, Charlie Monlouis-Anderle, Jaimie Fried, Micaela Martinez, Julian Phillips, Nicholas Mulder, and Colleen McCormack-Maitland, in the above-captioned action.

3. As shown in the Certificate of Good Standing annexed to this filing, I am a member in good standing of the bar of the State of Georgia.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any state or federal court.

Dated: 7/7/2022

Respectfully Submitted,

Veronica R Salama
NEW YORK CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 19th Floor
New York, NY, 10004
Tel: (212) 607-3300
Fax: (212) 607-3318
VSalama@nyclu.org

Subscribed and sworn to or affirmed before me this

7 day of July in the year 2022

Notary Public



RONEL BACCAY
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BA6363265
QUALIFIED IN QUEENS COUNTY
Commission Expires AUGUST, 14, 2025