**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JARRETT PAYNE, et al.,

                    Plaintiffs,

    - against -                                                       1:20-cv-08924 (CM) (GG)

MAYOR BILL DE BLASIO, et al.,                            **ORDER GRANTING MOTION**
                                                                            **FOR ADMISSION PRO HAC VICE**

                    Defendants.


        The motion of __Veronica Ramzy Salama__, for admission to practice Pro Hac Vice in the

above captioned action is granted.

        Applicant has declared that she is a member in good standing of the bar of the state of

Georgia; and that her contact information is as follows:


                    Veronica R Salama
                    NEW YORK CIVIL LIBERTIES UNION FOUNDATION
                    125 Broad St., 19th Floor
                    New York, NY, 10004
                    Tel: (212) 607-3300
                    Fax: (212) 607-3318
                    VSalama@nyclu.org


        Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel

for Plaintiffs Jarret Payne, Andie Mali, Camila Gini, Vidal Guzman, Vivian Matthew King-

Yarde, Charlie Monlouis-Anderle, Jaimie Fried, Micaela Martinez, Julian Phillips, Nicholas

Mulder, and Colleen McCormack-Maitland, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____

United States District Judge