| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------------x | **MEMORANDUM ENDORSED** |
| In Re: New York City Policing During Summer 2020 Demonstrations | **MOTION TO WITHDRAW**<br><br>20 Civ. 8924 (CM) (GWG) |
| ------------------------------------------------------------------------x | |

**PLEASE TAKE NOTICE** that Stephanie Marie Breslow hereby withdraws as counsel in the above-captioned consolidated litigation. After June 26, 2022, I will no longer be associated with the Corporation Counsel of the City of New York.

Dated: Brooklyn, New York
         June 26, 2022

> HON. SYLVIA O. HINDS-RADIX
> Corporation Counsel of the City of New York
> *Attorney for Defendants*
> 100 Church Street
> New York, New York 10007
>
> By:  *Stephanie M. Breslow* /s
>        _____
>        Stephanie M. Breslow
>        *Senior Counsel*
>        Special Federal Litigation Division

Granted. The Clerk is directed to terminate the appearance of Stephanie M. Breslow.

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
July 8, 2022