

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**NADINE IBRAHIM**
*Senior Counsel*
nibrahim@law.nyc.gov
Phone: (212) 356-5037
Fax: (212) 356-1148

**By ECF**                                                                                         July 11, 2022

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      In Re: *New York City Policing During Summer 2020 Demonstrations*,
           No. 20 Civ. 8924 (CM) (GWG)
           This filing is related to all cases

Your Honor:

      I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter. Defendants write pursuant to Your Honor's Individual Practices, Rule 2.A. to respectfully advise the Court of a deadline pertaining to the Court's Order of June 29, 2022 (Dkt. 626).

      The Court's Order extended Defendants' time to respond to Plaintiffs' First Consolidated Requests for Admission to July 8, 2022. The parties have reached an agreement to extend Defendants' time to respond to July 12, 2022.

      Thank you for your consideration herein.

                                                  Respectfully submitted,

                                                  *Nadine Ibrahim  s/*

                                                  Nadine Ibrahim
                                                  *Senior Counsel*
                                                  Special Federal Litigation Division

cc:    ALL COUNSEL (*via* ECF)