

| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **AMY ROBINSON**<br>*Senior Counsel*<br>arobinso@law.nyc.gov<br>Phone: (212) 356-3518<br>Fax: (212) 356-1148 |
|---|---|---|

**By ECF**  July 12, 2022
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  In Re: *New York City Policing During Summer 2020 Demonstrations*,
     No. 20 Civ. 8924 (CM) (GWG)
     This filing is related to all cases

Your Honor:

  I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter. Defendants write to respectfully request a two-day extension to from July 12, 2022, to July 14, 2022, to respond to plaintiffs' Request for Reinstatement of Plaintiffs' Motion for Pre-Deposition Discovery filed on July 8, 2022, (Dkt. No. 642). The extension is necessary to confer with NYPD to address the issues raised by plaintiffs in their application. No prior extension on plaintiffs' application has been requested. Plaintiffs consent to the extension.

  Thank you for your consideration herein.

               Respectfully submitted,

               *Amy Robinson s/*

               Amy Robinson
               *Senior Counsel*

cc:  ALL COUNSEL (*via* ECF)