

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **AMY ROBINSON**<br>*Senior Counsel*<br>arobinso@law.nyc.gov<br>Phone: (212) 356-3518<br>Fax: (212) 356-1148 |

**By ECF**  
Honorable Gabriel W. Gorenstein  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007  

July 12, 2022

MEMORANDUM ENDORSED

In Re: *New York City Policing During Summer 2020 Demonstrations*,
No. 20 Civ. 8924 (CM) (GWG)
This filing is related to all cases

Your Honor:

    I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter. Defendants write to respectfully request a two-day extension to from July 12, 2022, to July 14, 2022, to respond to plaintiffs' Request for Reinstatement of Plaintiffs' Motion for Pre-Deposition Discovery filed on July 8, 2022, (Dkt. No. 642). The extension is necessary to confer with NYPD to address the issues raised by plaintiffs in their application. No prior extension on plaintiffs' application has been requested. Plaintiffs consent to the extension.

    Thank you for your consideration herein.

Respectfully submitted,

*Amy Robinson s/*

Amy Robinson  
*Senior Counsel*

cc: ALL COUNSEL (*via* ECF)

Extension to July 14, 2022, granted.

So Ordered.

_____  
GABRIEL W. GORENSTEIN  
United States Magistrate Judge

July 12, 2022