

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **NADINE IBRAHIM**<br>*Senior Counsel*<br>nibrahim@law.nyc.gov<br>Phone: (212) 356-5037<br>Fax: (212) 356-1148 |

**By ECF**                                                                                July 12, 2022

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       In Re:   *New York City Policing During Summer 2020 Demonstrations*,
                 No. 20 Civ. 8924 (CM) (GWG)
                 This filing is related to all cases

Your Honor:

       I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter. Defendants write to respectfully request permission to file a very brief sur-reply by tomorrow, July 13, 2022, to correct some clear misunderstandings based on representations in plaintiffs' letter (Dkt. No. 647) in what we agreed to do and what we are doing.

       Thank you for your consideration herein.

                                                 Respectfully submitted,

                                                 *Nadine Ibrahim*   s/
                                                 Nadine Ibrahim
                                                 *Senior Counsel*
                                                 Special Federal Litigation Division

cc:      ALL COUNSEL (*via* ECF)