

July 13, 2022

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

By Electronic Filing.

  Re: <u>In re: New York City Policing During Summer 2020 Demonstrations</u>,
     1:20-CV-8924 (CM) (GWG) — This Letter Relates to All Cases

Dear Judge Gorenstein:

  I write on behalf of the *Sow* Plaintiffs in this case, pursuant to Dkt. No. 490, to provide a proposed Order regarding Defendants' responses to the *Sow* Plaintiffs' discovery requests. Per Dkt. No. 490, I sent a copy of the attached Proposed Order to Defendants' counsel at 5:09 p.m. yesterday. Defendants have not responded to that message. Thus, as no objection has been made, we ask the Court to enter the attached Proposed Order "as an order of the Court." Dkt. No. 490 ¶ b.

  As always, we thank the Court for its continued time and attention.

                Respectfully submitted,

                 /s/
                _____

                J. Remy Green
                 *Honorific/Pronouns: Mx., they/their/them*
                **COHEN&GREEN P.L.L.C.**
                *Attorneys for Sow Plaintiffs, on behalf of all Plaintiffs*
                1639 Centre St., Suite 216
                Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.