

July 14, 2022

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

By Electronic Filing.

>   Re:   **In re: New York City Policing During Summer 2020 Demonstrations,**
>   **1:20-CV-8924 (CM) (GWG) — This Letter Relates to All Cases**

Dear Judge Gorenstein:

I write on behalf of the *Sow* Plaintiffs in this case. With apologies, it appears neither Plaintiffs nor Defendants noticed that the proposed Order I drafted was one month off in its deadlines (although the days of the week were right). Thus, I have attached a new version that changes the deadlines inadvertently set for June to be (correctly) in July.

As always, we thank the Court for its continued time and attention.

>   Respectfully submitted,
>   /s/
>   _____
>   J. Remy Green
>       *Honorific/Pronouns: Mx., they/their/them*
>   **COHEN&GREEN P.L.L.C.**
>   *Attorneys for Sow Plaintiffs*
>   1639 Centre St., Suite 216
>   Ridgewood, New York 11385

Enclosure.

cc:
All relevant parties by electronic filing.