UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re New York City Policing During Summer 2020 Demonstrations*<br><br>This document relates to:<br>    *Sow v. City of New York*,<br>    21-cv-533 (CM) (GWG) | 20-cv-08924 (CM) (GWG)<br>21-cv-533 (CM) (GWG)<br><br>**[PROPOSED] ORDER** |

      IT IS HEREBY ORDERED, in relation to the *Sow* discovery requests dated November 15, 2021:

      1. For all responses where Defendants said they are continuing to search, by Tuesday July 19, 2022: Defendants will either (1) tell the *Sow* Plaintiffs that there are no additional documents and searches or (2) tell the *Sow* Plaintiffs when any outstanding documents will produced and when a privilege log will be produced if any.

      2. By Thursday, July 14, Defendants will confirm whether there is an impasse on Document Request 4, regarding producing the OLPA (zOLPA) for each putative *Sow* class member arrested from May 28, 2020 to January 18, 2021, at locations listed in Schedule A, and whether Defendants are withholding anything based on their burden objection.

      3. By Tuesday, July 19, 2022, Defendants will confirm whether they are withdrawing the burden objection on DR 30; and whether they are withholding any documents that are not (1) already produced or (2) already on privilege log.

      4. By Thursday, July 21, 2022, Defendants will inform Plaintiffs if they will (1) amend their answer to Interrogatory No. 1 or (2) maintain their answer that the "infractions, violations, and/or crimes which gave rise to probable cause for the detention and/or arrest of each of the Named Plaintiffs" are all listed on the applicable summonses or charging instruments.

5. By Thursday, July 21, 2022, Defendants will clarify whether they believe providing a volume number complies with Fed. R. Civ. P. 33(d)'s requirement of "specifying the records that must be reviewed, in sufficient detail to enable the interrogating party to locate and identify them as readily as the responding party could."

6. By Thursday, July 21, 2022, Defendants will state whether they intend to amend their response to Interrogatory No. 2 with regard to the information it seeks about dispersal orders and paths of egress.

7. By Thursday, July 21, 2022, Defendants will state whether they intend to amend their response to Interrogatory No. 3 to provide the identities of each individual and/or officer who placed each Named Plaintiff in handcuffs and/or flex cuffs.

8. By Thursday, July 21, 2022, Defendants will state whether they intend to respond further to Interrogatory No. 9, and whether they are willing to ask Defendants Monahan and de Blasio whether they had communications outside of (1) the emails during the email collection period and (2) the phone call identified in the Interrogatory.

9. By Tuesday, July 19, Defendants will provide an update on the status of searches for Interrogatory No. 12.  On the same day, Defendants will provide a date by which they can confirm which Schedule B protests (1) were not in NYPD's jurisdiction and (2) did not have any arrests.

10. By Thursday, July 21, Defendants will confirm whether they will amend their answer to Interrogatory No. 13 to state that the Police Commissioner made the decision at issue.

11. By Thursday, July 21, Defendants will confirm whether they will amend their answer to Interrogatory No. 14 to state that the Mayor made the decision at issue, and whether they will explain any of that decisional process.

12. By Thursday, July 21, Defendants will confirm whether they will amend their answers to Interrogatory Nos. 16 and 17 to state no policy changes, changes in training, or FINEST messages exist.

13. By Thursday, July 21, assuming Plaintiffs meant to identify page 33, Defendants will state whether they will answer Interrogatory No. 18.

14. By Thursday, July 21, Defendants will state whether they are willing to disclose what steps NYPD has taken to try to identify the Does in response to Interrogatory Nos. 21, 22, and 23.

SO ORDERED:

_____
Hon. Gabriel W. Gorenstein
United States Magistrate Judge