# Kaufman Lieb Lebowitz & Frick
attorneys at law

(212) 660-2332
18 E. 48th St., Suite 802
New York, NY 10017
www.kllf-law.com

July 15, 2022

**Via ECF**

Hon. Gabriel Gorenstein
United States Magistrate Judge
Southern District of New York

    Re:    In re: New York City Policing During Summer 2020 Demonstrations,
                No. 20-CV-8924
                This filing is related to all cases

Your Honor:

    The parties write jointly to ask the Court to so-order the attached Proposed Order memorializing the Court's rulings made during the July 11, 2022 conference. We thank the Court for its attention to this matter.

Respectfully submitted,

_____/s/_____

Alison Frick

Alanna Kaufman*   •   Douglas E. Lieb‡   •   David A. Lebowitz   •   Alison Frick*

• Alyssa Isidoridy •

*Also admitted to practice in New Jersey   ‡Also admitted to practice in California and Connecticut