UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: New York City Policing During Summer 2020 Demonstrations*<br><br>This Order Relates to All Cases | No. 20 Civ. 8924<br><br>**PROPOSED ORDER** |

**WHEREAS,** the Court held a conference on July 11, 2022[1] regarding the procedures to be followed for high-level depositions in these Consolidated Actions, it is hereby ORDERED as follows:

**A. Defendants' Pre-Deposition Productions**

1. As soon as practicable after a deposition from the list of high-level deponents is calendared, Defendants shall provide to Plaintiffs and Union-Intervenors a list of all protests from the Amended Schedule A (attached as Exhibit 1 to this Order)[2] (i) at which the deponent was present, (ii) that the deponent participated in planning, and/or (iii) that the deponent participated in an evaluation of the NYPD's response.

2. No later than August 1, 2022, Defendants shall produce to Plaintiffs and Union-Intervenors the disciplinary (IAB and CCRB) histories concerning all charges relating to use of force, dishonesty, or unlawful arrest occurring on or after May 28, 2010 (10 years prior to the protests of 2020) for each high-level deponent noticed by Plaintiffs. This deadline can be modified by agreement between the Parties.

---

[1] The Union Intervenors did not appear at or participate in the Conference. Nevertheless, the parties include them in this proposed order in the interests of efficiency.

[2] At the Conference on July 11, 2022, the Court declined to make a definitive ruling with respect to the application of Amended Schedule A to this litigation, except as to the deposition protocol. (Transcript at 25:5-8).

    3.    No later than one week prior to the depositions, Defendants shall provide to Plaintiffs and Union-Intervenors:

    a. the deponent's full calendar from May 25-July 25, 2020 in addition to all calendar entries related to any protest listed on Amended Schedule A, and

    b. each text message sent or received on the deponent's NYPD cell phone concerning any protest listed on Amended Schedule A.

**B. Plaintiffs' Pre-Deposition Exchange**

One week prior to the deposition, Plaintiffs may provide Defendants with a list of topics and case law they plan to cover in the deposition and certain exhibits they may use, without prejudice to amendment or supplementation at the time of deposition, and that time used during a deposition for review of case law, documents and other exhibits not produced prior to the deposition is not chargeable to the defendants.

Dated: July \_\_, 2022
       New York, NY

_____

Hon. Gabriel W. Gorenstein

# Exhibit 1

## Amended Schedule A: List of Protest Locations[1]

| Protest No. | Date | Approximate Location | Complaint Allegations |
|---|---|---|---|
| 1 | May 28, 2020 | Lafayette Street to City Hall, Manhattan | *People*, ¶ 51 <br> *Sow*, ¶ 65 |
| 2 | May 28, 2020 | Union Square, Manhattan | *People*, ¶¶ 128-132 <br> *Payne*, ¶ 44 <br> *Sow*, ¶ 65 |
| 3 | May 29, 2020 | Foley Square Manhattan to Near Barclays Center, Brooklyn via Brooklyn Bridge | *People*, ¶¶ 52, 193-195, 196-202 <br> *Payne*, ¶ 45 <br> *Sow*, ¶ 65 <br> *Wood*, ¶¶ 45-47 <br> *Rolon*, ¶ 105 |
| 4 | May 29, 2020 | Clinton Hill, Brooklyn | *People*, ¶¶ 52, 133-140, 223-226 |
| 5 | May 29, 2020 | Fort Greene, Brooklyn | *People*, ¶ 52 |
| 6 | May 29, 2020 | Bedford-Stuyvesant, Brooklyn (Herbert von King Park), Brooklyn | *People*, ¶¶ 141-149, 161-163 |
| 7 | May 29, 2020 | Pacific Street and Flatbush Avenue, Brooklyn | *People*, ¶¶ 215-219 <br> *Wood*, ¶¶ 48-50 <br> *Gray* ¶¶ 96-101 |
| 8 | May 29, 2020 | Union Square, Manhattan | *People*, ¶ 52 |
| 9 | May 29, 2020 | Herald Square, Manhattan | *People*, ¶ 52 |
| 10 | May 30, 2020 | Jackson Heights, Queens | *People*, ¶ 53 |
| 11 | May 30, 2020 | Park Slope, Brooklyn | *People*, ¶ 53 |
| 12 | May 30, 2020 | East Flatbush, Brooklyn | *People*, ¶¶ 53, 312-317 <br> *Sow*, ¶ 67 |
| 13 | May 30, 2020 | Near Bedford & Tilden Aves., Brooklyn | *People*, ¶¶ 178-192, 235-236 |
| 14 | May 30-31, 2020 | Barclays Center to Flatbush Extension, Brooklyn | *People*, ¶¶ 203-207, 107-114 <br> *Payne*, ¶¶ 47-48, 107-115 |
| 15 | May 30, 2020 | Harlem / West Side Highway, Manhattan | *People*, ¶¶ 402-407 |
| 16 | May 30, 2020 | Union Square to FDR Drive/Lower East Side, Manhattan | *Payne*, ¶¶ 50, 117-123 <br> *Sow*, ¶¶ 130-151 |

---

[1] The allegations listed in this table reference those in the Amended Complaints in *People,* No. 21 Civ. 322 (ECF No. 51), *Payne*, No. 20 Civ. 8224 (ECF No. 54), *Sierra*, No. 20 Civ. 10291 (ECF No. 38), *Sow*, 21 Civ. 533 (ECF No. 49) *Wood*, 20 Civ. 10541 (ECF No. 48), *Gray*, 20 Civ. 8924 (ECF No. 31) and the Complaints *Hernandez*, No. 21 Civ. 7406 (ECF No. 1) and *Rolon*, No. 21 Civ. 2548 (ECF No. 1). The allegations related to *Yates*, which is no longer active, have been deleted.

| Protest No. | Date | Approximate Location | Complaint Allegations |
|---|---|---|---|
| | | | *Gray*, ¶¶ 58-65 |
| 17 | May 30, 2020 | City Hall to Brooklyn Bridge, Manhattan | *Sow*, ¶¶ 152-177 |
| 18 | May 31, 2020 | Near Barclays Center, Brooklyn | *People*, ¶ 54<br>*Sow*, ¶ 68 |
| 19 | May 31, 2020 | Downtown Brooklyn to multiple bridges | *People*, ¶ 54 |
| 20 | May 31, 2020 | Brooklyn Bridge | *People*, ¶ 54 |
| 21 | May 31, 2020 | From Manhattan Bridge to Chinatown, Church Avenue, and/or across Canal Street, Manhattan | *People*, ¶ 54<br>*Wood*, ¶¶ 51-54<br>*Gray* ¶¶ 80-84 |
| 22 | May 31, 2020 | Near Williamsburg Bridge, Manhattan | *People*, ¶ 54 |
| 23 | May 31, 2020 | Broadway to E. 11th St. & Near Union Square, Manhattan | *People*, ¶¶ 155-160, 231-234<br><br>*Payne*, ¶¶ 125-130 |
| 24 | May 31, 2020 | Times Square, Manhattan | *People*, ¶ 54 |
| 25 | May 31, 2020 | F.D.R. Drive, Manhattan | *People*, ¶¶ 208-210 |
| 26 | June 1, 2020 | Midtown, Manhattan | *People*, ¶¶ 55, 227-230<br>*Payne*, ¶ 53<br>*Sow*, ¶¶ 208-219<br>*Rolon*, ¶84 |
| 27 | June 1, 2020 | East Village, Manhattan | *People*, ¶ 55 |
| 28 | June 1, 2020 | Near Union Square Park, Manhattan | *People*, ¶ 55<br>*Payne*, ¶ 53 |
| 28.1 | June 1, 2020 | 440 Broadway, Manhattan | *Gray*, ¶¶ 80-84 |
| 29 | June 1, 2020 | Near Barclays Center, Brooklyn, Crossing Manhattan Bridge into Times Square & Near Port Authority, Manhattan | *People*, ¶ 55<br>*Sow*, ¶¶ 180-206 |
| 30 | June 1, 2020 | Fordham Manor, Bronx | *People*, ¶ 55 |
| 31 | June 1, 2020 | Astoria Park, Queens | *People*, ¶ 55 |
| 32 | June 1, 2020 | Flushing, Queens | *People*, ¶ 55 |
| 33 | June 2, 2020 | Lower Manhattan/Foley Square to Central Park, Manhattan | *People*, ¶¶ 56, 318-323<br>*Payne*, ¶¶ 131-136<br>*Gray*, ¶¶ 74-79 |
| 34 | June 2, 2020 | Union Square, Manhattan | *People*, ¶¶ 56 |
| 35 | June 2, 2020 | Near Barclays Center, Brooklyn to Manhattan Bridge | *People*, ¶¶ 330-336 |
| 36 | June 2, 2020 | Upper West Side, Manhattan | *People*, ¶¶ 56, 423-430 |
| 37 | June 2, 2020 | Astor Place, Manhattan | *People*, ¶ 56 |
| 38 | June 2, 2020 | Chelsea, Manhattan | *People*, ¶ 56<br>*Payne*, ¶ 54 |

2

| Protest No. | Date | Approximate Location | Complaint Allegations |
|---|---|---|---|
| 39 | June 2, 2020 | Near West Side Highway, Manhattan | *Payne*, ¶ 54<br>*Sow*, ¶¶ 220-237, 239-282 |
| 40 | June 2, 2020 | Bryant Park to Midtown, Manhattan | *People*, ¶ 57<br>*Wood*, ¶¶ 55-59 |
| 41 | June 3, 2020 | Cadman Plaza, Brooklyn | *People*, ¶¶ 57, 164-168, 337-346<br>*Payne*, ¶¶ 55, 143-159<br>*Sow*, ¶ 83<br>*Wood*, ¶¶ 65-66 |
| 42 | June 3, 2020 | Maria Hernandez Park, Brooklyn | *People*, ¶ 57 |
| 43 | June 3, 2020 | Midtown East/Upper East Side, Manhattan | *People*, ¶¶ 57, 237-246, 347-354<br>*Sow*, ¶ 84-85, 284-309<br>*Wood*, ¶¶ 60-64 |
| 44 | June 4, 2020 | Mott Haven, Bronx | *People*, ¶¶ 58, 169-170, 247-255, 284-310, 366-387<br>*Wood*, ¶¶ 116-167<br>*Payne*, ¶¶ 59-65, 161-173, 182-192, 194-200<br>*Sierra*, ¶¶ 41-124<br>*Sow*, ¶¶ 86-93, 310-329, 332-345, 348-390, 392-418<br>*Rolon*, ¶121<br>*Hernandez,* ¶¶ 1-12, 61-421 |
| 45 | June 4, 2020 | McCarren Park to South Williamsburg, Brooklyn | *People*, ¶¶ 355-365<br>*Payne*, ¶¶ 58, 202-206<br>*Wood*, ¶¶ 67-68<br>*Sow*, ¶ 84-85 |
| 46 | June 4, 2020 | Clinton Hill and Prospect Heights, Brooklyn | *People*, ¶ 59 |
| 47 | June 4, 2020 | Flatbush, Brooklyn | *People*, ¶ 59 |
| 48 | June 4, 2020 | Brooklyn Bridge | *People*, ¶ 59 |
| 49 | June 4, 2020 | Midtown, Manhattan | *People*, ¶ 59 |
| 50 | June 4, 2020 | Flushing, Queens | *People*, ¶ 59 |
| 51 | June 4, 2020 | Central Park West, Manhattan | *People*, ¶ 59 |
| 52 | June 5, 2020 | Crown Heights, Brooklyn | *People*, ¶ 60 |
| 53 | June 5, 2020 | Sunset Park, Brooklyn | *People*, ¶ 60 |
| 54 | June 5, 2020 | Staten Island | *People*, ¶ 60 |
| 55 | June 5, 2020 | Near Gracie Mansion, Manhattan | *People*, ¶ 60 |

| Protest No. | Date | Approximate Location | Complaint Allegations |
|---|---|---|---|
| 56 | June 5, 2020 | Barclays Center to Downtown Brooklyn | *People*, ¶ 60 |
| 57 | June 5, 2020 | Nostrand Ave., Brooklyn | *Payne*, ¶ 71 |
| 58 | June 6, 2020 | Financial District, Manhattan | *People*, ¶ 61 |
| 59 | June 7, 2020 | Upper East Side, Manhattan | *People*, ¶ 61 |
| 60 | June 8, 2020 | Times Square, Manhattan | *People*, ¶ 61 |
| 61 | June 14, 2020 | Times Square, Manhattan | *Payne*, ¶ 74 |
| 62 | June 28, 2020 | Foley Square to West Village, Manhattan (incl. Washington Square Park) | *People*, ¶ 62<br>*Payne*, ¶¶ 78, 174-180, 209-210 |
| 63 | June 23-30, 2020 | City Hall Park, Manhattan | *Payne*, ¶ 74 |
| 64 | July 3, 2020 | City Hall Park, Manhattan | *People*, ¶ 63 |
| 65 | July 11, 2020 | Dyker Heights, Brooklyn | *Sow*, ¶ 101 |
| 66 | July 12, 2020 | Bay Ridge, Brooklyn | *Sow*, ¶ 102 |
| 67 | July 15, 2020 | Brooklyn Bridge Pedestrian Path | *People*, ¶¶ 408-421<br>*Gray*, ¶¶ 66-73 |
| 67.1 | July 21, 2020 | City Hall Plaza | |
| 67.2 | July 25, 2020 | Beach 101 St., Queens to Grand Army Plaza, Brooklyn | |
| 68 | July 28, 2020 | Kips Bay, Manhattan | *People*, ¶ 64 |
| 68.1 | July 28, 2020 | Columbus Park, Manhattan to Grand Army Plaza, Brooklyn | |
| 69 | September 11, 2020 | McCarren Park, Brooklyn | *People*, ¶ 65 |
| 69.1 | September 12, 2020 | 4295 Broadway, Manhattan | *Rolon* ¶130 |
| 70 | September 17, 2020 | Foley Square, Manhattan | *Payne*, ¶ 76 |
| 70.1 | September 18, 2020 | 26 Federal Plaza, Manhattan to McCarren Park, Brooklyn | |
| 71 | September 19, 2020 | Times Square, Manhattan | *Payne*, ¶ 77 |
| 72 | September 26, 2020 | Washington Square Park and Near Sixth Precinct Stationhouse, Manhattan | *People*, ¶ 66 |
| 73 | October 6, 2020 | Borough Park, Brooklyn | *Sow*, ¶ 103 |
| 74 | October 7, 2020 | Bedford-Stuyvesant, Brooklyn | *People*, ¶ 67 |
| 74.1 | October 21, 2020 | 740 Park Avenue, Manhattan to Carl Schurz Park, Manhattan | |

| <u>Protest No.</u> | <u>Date</u> | <u>Approximate Location</u> | <u>Complaint Allegations</u> |
|---|---|---|---|
| 75 | October 25, 2020 | Coney Island, Brooklyn to near Trump Tower, Manhattan, to Brooklyn Park | *Sow,* ¶ 104 |
| 75.1 | October 25, 2020 | 40th Pct. Stationhouse, Bronx to Carl Schurz Park, Manhattan | |
| 76 | November 1, 2020 | Hell's Kitchen, Manhattan | *Sow*, ¶ 105 |
| 77 | November 4, 2020 | Washington Square Park, W. 8th and Greenwich Ave., Manhattan | *People*, ¶¶ 68, 388-389 |
| 78 | November 4, 2020 | Central Park to Union Square, Manhattan | *People*, ¶ 68, 390-393 *Payne*, ¶ 78 |
| 79 | November 5, 2020 | West Village to Union Square, Manhattan | *People*, ¶ 69 *Payne*, ¶ 79 |
| 80 | December 2, 2020 | Staten Island | *Sow,* ¶ 106 |
| 81 | December 11, 2020 | Downtown Brooklyn | *People*, ¶ 70 |
| 82 | January 12-16, 2021 | Downtown Brooklyn | *Payne*, ¶ 138 |
| 83 | January 18, 2021 | Barclays Center, Brooklyn to City Hall Park, Manhattan | *People*, ¶¶ 71, 112-113 394-398 *Payne*, ¶¶ 80, 139-140 *Rolon*, ¶144 |
| 84 | February 12, 2021 | Manhattan, Midtown near 54th street and 6th avenue | *Rolon*, ¶136 |