**IN RE NYC POLICING DURING SUMMER 2020 DEMONSTRATIONS**
**DEPONENT CONTACT LIST**

| DEPONENT NAME | DATE CONTACT ATTEMPTED | DATE CONTACT MADE | SCHEDULED DEPOSITION |
|---|---|---|---|
| Altimirano, P.O. Renato* | 4/27/2022 | 5/21/2022 | |
| Baker, Deputy Chief Michael (OMAP) | | | |
| Barnes, Sgt. Duane M. | 4/27/2022 | 5/4/2022 | |
| Benjamin, Deputy Insp. Andrew | 5/18/2022 | | |
| Brathwaite, Lt. Alexander | | | |
| Brodie, John | | | |
| Camacho, Lt. Raymond | 6/28/2022 | | |
| Carrión, Marco (Office of the Mayor) | | | |
| Cattani, Robert | | | |
| Chen, P.O. Stephanie | 6/17/2022 | | Deposed 6/30/2022 |
| Chernyavsky, Asst. Deputy Commissioner Oleg (Legal Matters) | | | |
| Ciota, Sgt. Michael | | | |
| Cody, Insp. Michael (PBMN) | | | |
| Conforti, Chief Thomas | 7/12/2022 | | |
| Connolly, P.O. Patrick | | | |
| Conroy, Assistant Chief Brian | | | |
| Corey, Chief of Training Kenneth E. | | | |
| Counihan, Sgt. Steven | | | |
| Czark, Lt. Christopher | | | |
| D'Adamo, Deputy Chief John | 7/12/2022 | 7/12/2022 | |
| Daitz, Elizabeth (Exec. Dir. of Strategic Initiatives) | | | |
| De Blasio, Mayor Bill | | | |
| Delatorre, Chief Edward | 5/18/2022 | | |
| Delgado, Captain Julio | 7/12/2022 | | |
| DeStefano, Det. Brian | | | |
| Dixon, Sgt. Robert | | | |
| Dowling, Chief Gerard | 7/12/2022 | | |
| Durkin, Sgt. Thomas | 6/17/2022 | | |
| Dym, Lt. Eric | 6/17/2022 | | |
| Emmart, Christopher* | 4/27/2022 | 5/12/2022 | |
| Epstein, Sgt. Mitchell | 7/12/2022 | | |
| Esposito, Deputy Commissioner Richard | 7/12/2022 | | |
| Fierro | | | |
| Fiorenza, P.O. Frank | 7/12/2022 | | 9/1/2022 |
| Foster, Captain Laura | 7/12/2022 | 7/12/2022 | |

| Name | | | |
|---|---|---|---|
| Frantzen, Lars | | | |
| Fuleihan, First Deputy Mayor Dean | | | |
| Galati, Chief of Intelligence Bureau | 7/12/2022 | | |
| Gallagher, Dan | | | |
| Gallitelli, Deputy Inspector Robert M. | 7/12/2022 | | |
| Galvin, Inspector Matthew | 5/18/2022 | | 6/7/2022 |
| Giron, Leonel | | | 9/8/2022 |
| Haldeman, Sgt. Scott | | | |
| Hart, DCLM Ernest | | | |
| Hewiston, Sgt. Christopher | 7/12/2022 | | |
| Hockaday, Keith | | | |
| Hughes, Asst. Chief Stephen J. | 7/12/2022 | | |
| Hyland, P.O. Charles (NYPD SRG Member) | | | |
| Jimenez, P.O. Joselyn | 7/7/2022 | | 9/14/2022 |
| Johnson, Insp. Andrew | 5/18/2022 | 5/22/2022 | |
| Jones, Asst. Chief Donna (CJB) | | | |
| Kaganis, Deputy Insp. John | | | |
| Khan, Sgt. James | | | |
| Korabel, Captain Jonathan | 5/18/2022 | 5/23/2022 | |
| Kovalik, P.O. Micheal | | | |
| Lee, P.O. James | 7/12/2022 | | 9/15/2022 |
| Lehr, Asst. Chief Kenneth (PBB) | | | |
| Lucerno, Edward | | | |
| Lukach, Robert (XO of SOB) | | | |
| Maddrey, Chief of Community Affairs | | | |
| Manning, Sgt. Thomas | 6/17/2022 | | |
| McCloud, P.O. Malik | | | |
| McGeown, Deputy Insp. James | 5/18/2022 | 6/3/2022 | |
| Migliaccio, P.O. John | 6/17/2022 | 6/17/2022 | |
| Miller, C.O. David | 7/12/2022 | | |
| Miller, Deputy Commissioner John | | | |
| Monahan, Fmr. Chief of Dept. Terence | | | |
| Mortensen, Capt. (Bronx Narcotics) | 5/18/2022 | | |
| Mosher, Sgt. Thomas | | | |
| Mullane, Chief Edward (Operations Division) | | | |
| Name Unknows (Officer w Helmet No. 18033 at Mott Haven, 6/4/20) | | | |
| Name Unknown (IAB Officer involved in IAB Investigation of Jae Donnelly) | | | |
| Nikas, Elias | | | |
| Obanhein, Katherine (Agency Counsel, Legal Bureau) | | | |
| O'Hare, Robert* | 4/27/2022 | 5/10/2022 | |

| Name | Date(s) | Date | Notes |
|---|---|---|---|
| Onabanjo, P.O. Jarvis | 7/12/2022 | | |
| O'Reilly, Chief of Patrol Kathleen | | | |
| Ortiz, P.O. Luis | 7/12/2022 | | |
| Pearson, Sgt. | | | |
| Perez-Gutierrez, P.O. Yahaira | 7/12/2022 | | |
| Petrino, P.O. Joseph | 4/27/2022 | 5/1/2022 | |
| Pichardo, Former Chief of Patrol Fausto | | | |
| Potkay, Insp. John | 5/18/2022 | | |
| Rabel, P.O. Harvey | 3/10/2022 | 3/10/2022 | |
| Radzinski, Christopher | | | |
| Resnick, Deputy Commissioner Joseph (IAB) | | | |
| Rice, Sgt. Kenneth | 7/12/2022 | | |
| Sanchez, Sgt. Sindy | 4/29/2022 | | |
| Saturnin, Sgt. Jason | | | |
| Schmidt, Lt. | | | |
| Shea, Commissioner Dermot F. | | | |
| Sher, P.O. Michael | | | |
| Shortell, Asst. Chief Theresa | | | |
| Soberal, Captain Isaac | 5/18/2022; 7/12/2022 | 5/18/2022 | |
| Sojo, Lt. Luis | | | |
| Spinella, Chief Raymond | 5/18/2022 | | |
| Talansky, Carrie (Asst. Counsel, Legal Bureau) | | | |
| Talleyrand, Lt. Daniel | 6/17/2022 | | Deposed 7/7/2022 |
| Tarlecki, P.O. Jakub | 7/12/2022 | | |
| Taylor, Captain Joseph | 7/12/2022 | | |
| Terrett, Nicolas | | | |
| Thompson, Deputy Mayor Phil | | | |
| Tirro, P.O. Luigi | | | |
| Tuthill, Captain Shawn | 5/18/2022 | 5/24/2022 | |
| Wedin, Chief of Special Ops. Harry J. | | | |
| Wells, P.O. | | | |
| Winegardner, Josh* | 4/27/2022 | 5/6/2022 | |
| Wohl, Sgt. Stuart | 7/12/2022 | | |
| Wong, Sgt. Shuzhen | 7/12/2022 | | |
| Zedalis, Capt. Ronald | 6/17/2022 | | |
| Zinstein, Sgt. Elliot | | | |
| | | | |
| * = Depositions noticed in Minett. | | | |