| Name | Lead Team | | Proposed Date | Backup Date 1 | Backup Date 2 |
|---|---|---|---|---|---|
| Sgt. Christopher Hewitson | Gray | | 8/10 | | |
| Sgt. Wong Shuzhen | Gray | | 9/13 | | |
| Sgt. Stuart Wohl | Gray | | 9/28 | | |
| Lt Eric Dym | People/Sierra | | 8/12 | 8/15 | |
| Sgt. Elliot Zinstein | Sow/People | | 9/9 | 9/16 | |
| PO Joselyn Jimenez | Payne | | 8/9 | 8/3 | |
| Perez-Gutierrez | Payne | | 8/2 | 8/3 | |
| P.O. Jakub Tarlecki | Payne | | 8/4 | 8/5 | |
| Police Officer Michael Kovalik | People | 1/2 day | 8/16 | 8/18 | |
| Police Officer Michael Sher | People | 1/2 day | 8/10 | 8/11 | |
| Sgt. Mitchell Epstein | People | 1/2 day | 7/28 | 7/29 | |
| P.O. Jarvis Onabanjo | People | 1/2 day | 8/3 | 8/5 | 8/2 |
| P.O. James Lee | People | 1/2 day | 8/2 | 8/3 | |
| P.O. Luis Ortiz | People | 1/2 day | 8/4 | 8/5 | |
| Sergeant Michael Ciota | People | 1/2 day | 8/16 | 8/18 | |
| P.O. Frank Fiorenza | People | 1/2 day | 8/9 | 8/24 | 8/23 |
| Chief Gerard Dowling | Sierra/Wood | | 8/4 | 8/5 | |
| Assistant Chief Stephen J. Hughes -- 30b6 | Payne | | 8/17 | 8/24 | |
| CO David Miller | Sierra/People | | 8/16 | 8/17 | |
| Deputy Chief John D'Adamo | Wood | | 8/19 | 8/23 | |
| Deputy Inspector Robert M. Gallitelli | Wood | | 8/8 | 8/9 | 8/10 |
| Deputy Commissioner Richard Esposito | Gray/Hernandez | | 9/30 | | |
| Cpt. Joseph Taylor | Sierra | | 8/18 | 8/19 | |
| Kenneth Rice | Sow | | 9/5 | 9/7 | 9/8 |
| Capt. Julio Delgado | Wood | | 8/25 | 8/26 | 8/30 |
| Lt. Lauren Foster | People | | 8/30 | 9/8 | |
| Captain Isaac Soberal | Sierra | | 8/23 | 8/24 | |
| Dan Gallagher | Sow/Gray | | 9/15 | | |
| Thomas Conforti | Payne | | 8/26 | 8/25 | |