**Kaufman Lieb Lebowitz & Frick**
attorneys at law

(212) 660-2332
18 E. 48th St., Suite 802
New York, NY 10017
www.kllf-law.com

July 18, 2022

**Via ECF**

Hon. Gabriel Gorenstein
United States Magistrate Judge
Southern District of New York

  Re: In re: New York City Policing During Summer 2020 Demonstrations,
    No. 20-CV-8924
    This filing is related to all cases

Your Honor:

  On behalf of Plaintiffs, we write to oppose the Union-Intervenors' proposed order (Dkt. #666), requiring Plaintiffs to share any pre-deposition materials they send to Defendants with Union-Intervenors as well. The goal of providing Defendants with certain topics and exhibits in advance of a deposition—to assist with preparing the witness thereby ensuring an efficient deposition—is not served by providing that information to the Union-Intervenors, who (to our knowledge) are not representing any deponents for purposes of their depositions. The Union-Intervenors have no reason to receive information from Plaintiffs in advance of depositions Plaintiffs have noticed.

  We ask the Court to so-order the proposed order submitted by Plaintiffs and Defendants at Dkt. #665.

                Respectfully submitted,

                   /s/

                Alison Frick

Alanna Kaufman*  •  Douglas E. Lieb‡  •  David A. Lebowitz  •  Alison Frick*

• Alyssa Isidoridy •

*Also admitted to practice in New Jersey  ‡Also admitted to practice in California and Connecticut