UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re: New York City Policing During Summer    :        ORDER
2020 Demonstrations
                                                          20 Civ. 8924 (CM) (GWG)
                                               :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      With regard to the issue raised in Docket ## 633 and 653, Judge McMahon long ago consolidated these cases for all pretrial purposes, including discovery (Docket # 40). As a matter of efficient case management, the presumption is thus that all discovery shall be shared among the various parties on the same basis absent a compelling reason not to do so. No such compelling reason has been presented by the Rolon, Gray, and Hernandez plaintiffs in Docket # 653. Accordingly, the Court directs that the Rolon, Gray, and Hernandez plaintiffs comply with the Court's orders in Docket ## 547 and 587 on or before July 26, 2022.

      SO ORDERED.

Dated: July 19, 2022
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge