UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In Re: New York City Policing During Summer      :        ORDER
2020 Demonstrations                                                   20 Civ. 8924 (CM) (GWG)
                                                                     :
----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

Pace of Depositions

      As stated at the conference held today, depositions are to be scheduled to take place at the following pace (at a minimum):

| | |
|---|---|
| August 2022: | 20 depositions |
| September 2022: | 20 depositions |
| October 2022: | 20 depositions |
| November 2022: | 20 depositions |
| December 2022: | 15 depositions |
| January 2023: | 20 depositions |
| February 2023: | 17 depositions |

      The parties may agree in writing without Court Order to alter these numbers provided that all depositions are scheduled to take place by February 28, 2023.

Scheduling of Depositions

      The City shall provide deposition dates (with at least one alternative date of availability for each deponent) on the dates indicated below as to each period indicated.

| Date Schedule To Be Provided to Plaintiffs (With Alternative Date(s) for the Deponent) | For the Period |
|---|---|
| July 25, 2022 | August 1-12, 2022 |
| August 1, 2022 | August 15-31, 2022 |
| August 15, 2022 | September 2022 |
| September 16, 2022 | October 2022 through February 2023 |

      The parties may agree in writing without Court Order to alter the dates for providing the schedules.

      SO ORDERED.

Dated: July 21, 2022
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge