UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

In Re: New York City Policing During Summer

2020 Demonstrations

**Index No. 20-CV-8924(CM)(GWG)**

------------------------------------------------------------- x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, pursuant to Rules 37(a) of the Federal Rules of Civil Procedure, Plaintiffs will move this Court before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, on a date and time to be determined by the Court, for a decision and order requiring *in camera* review and production with appropriate redactions of documents relating to the NYPD's after-action review of the 2020 Racial Justice protests.

In support of this motion for compel, the Plaintiffs file the attached Memorandum of Law in Support of the Motion to Compel, and the Declaration of Corey Stoughton with supporting exhibits.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to agreement of the parties and in accordance with the Court's Individual Practices at Rule 2(B), Defendants' opposition is due by July 28, 2022; and Plaintiffs' reply, if any, by August 1, 2022.

Dated: July 21, 2022
      New York, N.Y.

/s/ Corey Stoughton
Corey Stoughton
Jennvine Wong
Rigodis Appling
The Legal Aid Society
199 Water Street
New York, N.Y. 10038
(212) 577-3367
cstoughton@legal-aid.org

Robert Hodgson
Molly K. Biklen
Jessica Perry
Daniel R. Lambright
Daphna Spivak
Lisa Laplace
Christopher T. Dunn
New York Civil Liberties Union Foundation
125 Broad Street, 19th Floor
New York, N.Y. 10004
(212) 607-3300
rhodgson@nyclu.org

*Attorneys for Plaintiffs in 20 Civ. 8924*