*In re: New York City Policing During Summer 2020 Demonstrations*, No. 20 Civ. 8924 (CM)(GWG)

**Conforti Report and Related Materials:**
**Version Two of Defendants' Second Amended Privilege Log, 4/19/2022**

| | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| 1. | "Conforti Report" | Final draft of after-action report regarding NYPD policing of George Floyd related protests in NYC from May 25 – June 30, 2020 | Assistant Chief Thomas Conforti | Draft after-action review of protests in NYC between May 25-June 30, 2020, and response by NYPD, presenting the author's personal opinions as to the efficacy of existing NYPD protocols for responding to mass demonstrations and other relevant protocols, as well as draft suggestions for amending certain agency policies and procedures | Prepared at the direction of then-NYPD Commissioner Shea and distributed to various NYPD Chiefs, the entirety of whose identities are unknown as of present, but which included Deputy Commissioner for Legal Matters Ernest F. Hart | August 15-20, 2020 | Deliberative Process Privilege |
| 2. | "Notes – Intro – Methodology – Timeline" | Handwritten notes by Conforti totaling 6 pages, regarding preparation of draft report | Assistant Chief Thomas Conforti | Conforti's notes regarding thoughts and ideas for the introductory and methodology sections of his draft after-action report regarding NYPD response to George Floyd related protests from May 25-June 30, 2020 | Not Applicable (N/A) | Undated | Deliberative Process Privilege |

| | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| 3. | "Notes – EDP Story – Protest" | Seven-page document consisting of a mix of typed and handwritten notes, some in bulleted outline format, by Conforti regarding an incident at a protest | Assistant Chief Thomas Conforti | Conforti's notes about an incident involving an emotionally disturbed person ("EDP") at a protest and Conforti's personal assessment of the propriety of police actions taken | N/A | Undated | Deliberative Process Privilege |
| 4. | "Email Thread Re: Media Interviews & Inquiries – DCPI" | Six-page document comprised of print-outs of two separate emails: (1) one dated 7/7/2020, from Denise Moroney of NYPD to Asst. Chief Conforti, copying G.E. Sylvester of NYPD, with subject line "Allison McCann," regarding a media inquiry from Ms. McCann at the *New York Times*; and (2) a second email dated 7/6/2020, from DCPI at | Denise Moroney, NYPD; DCPI (NYPD) | The first email in this pdf file is dated 7/7/2020, from Denise Moroney of NYPD to Asst. Chief Conforti, copying G.E. Sylvester of NYPD, with subject line "Allison McCann," discussing a media inquiry from Ms. McCann at the *New York Times*, including a draft response from NYPD to the same. The second email in this pdf is dated 7/6/2020 and was sent from DCPI at NYPD to DCPI at NYPD, with subject "The Outlook – Monday, July 6, 2020;" it contains a list of other media inquiries plus draft responses from the NYPD to each one. | Assistant Chief Thomas Conforti; G.E. Sylvester (cc); DCPI (NYPD) | 7/6/2020 ; 7/7/2020 | Deliberative Process Privilege |

| | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| | | NYPD to DCPI atNYPD, with subject line "The Outlook – Monday, July 6, 2020." | | | | | |
| 5. | "Notes – CJB" | Twenty-six (26) page pdf document containing mixture of handwritten and typed notes and notations, some in bulleted lists, others in numeric outline format; some are preceded by labels such as "Critiques" or "Recommendations" | Assistant Chief Thomas Conforti | Notes and notations by Conforti regarding thoughts and ideas for possible inclusion in draft after-action report regarding police response to George Floyd related protests from May 25-June 30, 2020, including the author's personal thoughts and ideas as to "critiques" and "recommendations" on various issues | N/A | Undated | Deliberative Process Privilege |
| 6. | "Email Thread – Protest Deployment" | Email dated 7/17/2020 from Raymond Spinella, Chief of Support Services, NYPD Support Services Bureau, to Thomas Conforti, subject "Protest Deployment" | NYPD Chief of Support Services Raymond Spinella | Discussion of officer deployment to conduct social distancing enforcement and education, from May 28-June 14, 2020 | Assistant Chief Thomas Conforti | 7/17/20 | Deliberative Process Privilege |

|  | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
| 7. | "Email – Lt. Brower Audio Request – Conforti Notes" | Fourteen (14)-page document comprised of one 3-page email dated 8/3/2020 from Lt. Peter Brower to Thomas Conforti, copying Richard Napolitano (NYPD), subject "Civil unrest audio request," followed by 11 pages of notes by Conforti regarding NYPD policies and procedures on various subjects including body cameras, uses of force, right of the public to record police activity, etc. | Email – Lt. Peter Brower; Notes – Conforti | Email – Discussion of "attached" audio files of radio transmissions regarding incidents of violence against police at protests; Notes – interpretations, questions, and other thoughts about NYPD policies and procedures on various subjects including body cameras, uses of force, right of the public to record police activity, etc. | Email -- Assistant Chief Thomas Conforti; Notes – N/A | Email – 8/3/2020; Notes – Undated | Deliberative Process Privilege |
| 8. | "McCauley, Daniel – Email Thread- CJB Analysis" | Print-out of 6-page email thread between Thomas Conforti and Lt. Daniel McCauley (NYPD Training | Emails -- Conforti and Lt. Daniel McCauley (NYPD Training | NYPD's Criminal Justice Bureau analysis of protest enforcement from May 27-June 3, 2020, along with Conforti's personal | Emails – Conforti and McCauley; Conforti notes – N/A | Emails – 7/6/20; Conforti notes – Undated | Deliberative Process Privilege |

| | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| | | Bureau) dated July 6, 2020 with subject, "CJB Analysis," with handwritten notes by Conforti on some pages | Bureau); Notes -- Conforti | thoughts and opinions on the same. | | | |
| 9. | "After Action Plan Final2" | Draft of after-action report regarding NYPD policing of George Floyd related protests in NYC from May 25 – June 30, 2020 | Assistant Chief Conforti | Draft after-action review of protests in NYC between May 25-June 30, 2020, and response by NYPD, presenting the author's personal opinions as to the efficacy of existing NYPD protocols for responding to mass demonstrations and other relevant protocols, as well as draft suggestions for amending certain agency policies and procedures | N/A | Undated | Deliberative Process Privilege |
| 10. | "PC Briefing Protest" | Typed notes | Assistant Chief Conforti | Questions, thoughts, and other notes regarding disorder control training | N/A | Undated | Deliberative Process Privilege |
| 11. | "After Action Discussion Document" | Summary of "main takeaways" from Conforti's draft after action report regarding police | Assistant Chief Conforti | Summary of "main takeaways" from Conforti's draft after action report regarding police response to George Floyd | N/A | Undated | Deliberative Process Privilege |

| | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| | | response to George Floyd protests from May 25-June 30, 2020, including Conforti's personal opinions, thoughts, and ideas for changes to NYPD policies and procedures | | protests from May 25-June 30, 2020, including Conforti's personal opinions, thoughts, and ideas for changes to NYPD policies and procedures | | | |
| 12. | "The NYPD is world renown" | Draft paragraph beginning, "The NYPD is world renown…" | Assistant Chief Conforti | Draft introductory paragraph to Conforti after action report regarding police response to George Floyd protests from May 25-June 30, 2020 | N/A | Undated | Deliberative Process Privilege |
| 13. | "De-arrest" | Draft 1-page section of Conforti after-action report | Assistant Chief Conforti | Draft 1-page section of Conforti after-action report regarding "de-arresting," a term activists use to describe actions to intervene in law enforcement arrests, containing Conforti's personal thoughts and opinions on the topic | N/A | Undated | Deliberative Process Privilege |

| | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| 14. | "Over this period" | Draft 2-paragraph section of Conforti after-action report, beginning with phrase, "Over this period…" | Assistant Chief Conforti | Draft 2-paragraph section of Conforti after-action report regarding City government observers at protests, including Conforti's personal opinions and suggestions regarding this issue | N/A | Undated | Deliberative Process Privilege |
| 15. | "Charts for after action" | Eleven (11)-page document containing draft charts, tables, and other draft graphics for inclusion in draft after-action report | Assistant Chief Conforti | Assemblage of draft charts, tables, and other draft graphics for inclusion in Conforti's draft after-action report regarding police response to George Floyd protests from May 25-June 30, 2020 | N/A | Undated | Deliberative Process Privilege |
| 16. | "The Intelligence Bureau is the primary source…" | Two-page draft section of after-action report beginning with phrase, "The Intelligence Bureau is the primary source…" | Assistant Chief Conforti | Draft section of Conforti's after-action report regarding police response to George Floyd protests from May 25-June 30, 2020, regarding NYPD's Intelligence Bureau, including Conforti's personal thoughts, opinions, and ideas for changes to relevant NYPD policy and procedure | N/A | Undated | Deliberative Process Privilege |

|  | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
| 17. | "After Action. Andrews" | Thirty-six (36) page draft (or excerpt of draft) after-action report by Conforti, with tracked changes and comments in redline by Deputy Commissioner Andrews | Primary draft -- Assistant Chief Conforti; Tracked changes and comments – Deputy Comm'r Andrews | Draft of (or draft excerpt of) Conforti's after-action report regarding police response to George Floyd protests from May 25-June 30, 2020, including Conforti's personal thoughts, opinions, and ideas for changes to NYPD policies and procedures | N/A | Undated | Deliberative Process Privilege |
| 18. | "misc" | Three pages of rough notes and draft paragraphs on various topics for inclusion in Conforti's draft after-action report | Assistant Chief Conforti | Three pages of rough notes and draft paragraphs, some containing placeholders for "recommendation," on various topics for inclusion in Conforti's draft after-action report regarding police response to George Floyd protests from May 25-June 30, 2020, including Conforti's personal thoughts, opinions, and ideas for changes to NYPD policies and procedures | N/A | Undated | Deliberative Process Privilege |

|  | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| 19. | "miscii" | One-page draft section for inclusion in Conforti's draft after-action report | Assistant Chief Conforti | Draft version of some of Conforti's personal thoughts, opinions, and recommendations as to certain NYPD policies and procedures involved in protest policing, for possible inclusion in draft after-action regarding police response to George Floyd protests from May 25-June 30, 2020 | N/A | Undated | Deliberative Process Privilege |
| 20. | "NYPD half and half Andrews edits" | Forty (40) page draft (or excerpt of draft) after-action report by Conforti, with highlighted questions and comments, likely by Deputy Commissioner Andrews | Primary draft -- Assistant Chief Conforti; Highlighted comments and questions – (Likely) Deputy Comm'r Andrews | Draft of (or draft excerpt of) Conforti's after-action report regarding police response to George Floyd protests from May 25-June 30, 2020, including Conforti's personal thoughts, opinions, and ideas for changes to NYPD policies and procedures | N/A | Undated | Deliberative Process Privilege |
| 21. | "NYPD half and half" | Forty-one (41) page draft (or excerpt of draft) after-action report by Conforti, with highlighted comments | Primary draft -- Assistant Chief Conforti; Highlighted comments | Draft of (or draft excerpt of) Conforti's after-action report regarding police response to George Floyd protests from May 25-June 30, 2020, including | N/A | Undated | Deliberative Process Privilege |

| | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| | | questions and comments in text | and questions – Unknown (possibly Deputy Comm'r Andrews) | Conforti's personal thoughts, opinions, and ideas for changes to NYPD policies and procedures | | | |
| 22. | "NYPD half and half Andrews edits finallll" | Forty-one (41) page draft (or excerpt of draft) after-action report by Conforti, with highlighted questions and comments in text, likely inserted by Deputy Comm'r Andrews | Primary draft -- Assistant Chief Conforti; Highlighted comments and questions – Likely Deputy Comm'r Andrews | Draft of (or draft excerpt of) Conforti's after-action report regarding police response to George Floyd protests from May 25-June 30, 2020, including Conforti's personal thoughts, opinions, and ideas for changes to NYPD policies and procedures | N/A | Undated | Deliberative Process Privilege |
| 23. | "NYPD half and half Andrews edits final" | Forty (40) page draft (or excerpt of draft) after-action report by Conforti, with highlighted questions and comments, likely by Deputy Commissioner Andrews | Primary draft -- Assistant Chief Conforti; Highlighted comments and questions – Likely Deputy Comm'r Andrews | Draft of (or draft excerpt of) Conforti's after-action report regarding police response to George Floyd protests from May 25-June 30, 2020, including Conforti's personal thoughts, opinions, and ideas for changes to NYPD policies and procedures | N/A | Undated | Deliberative Process Privilege |

| | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| 24. | "After Action Plan Near final1" | Forty-two (42) page draft (or excerpt of draft) after-action report by Conforti, with highlighted questions and comments | Primary draft -- Assistant Chief Conforti; Highlighted comments and questions – Unknown (possibly Deputy Comm'r Andrews) | Draft of (or draft excerpt of) Conforti's after-action report regarding police response to George Floyd protests from May 25-June 30, 2020, including Conforti's personal thoughts, opinions, and ideas for changes to NYPD policies and procedures | N/A | Undated | Deliberative Process Privilege |
| 25. | "After Action Plan Near final" | Forty-three (43) page draft (or excerpt of draft) after-action report by Conforti, with highlighted questions and comments | Primary draft -- Assistant Chief Conforti; Highlighted comments and questions – Unknown (possibly Deputy Comm'r Andrews) | Draft of (or draft excerpt of) Conforti's after-action report regarding police response to George Floyd protests from May 25-June 30, 2020, including Conforti's personal thoughts, opinions, and ideas for changes to NYPD policies and procedures | N/A | Undated | Deliberative Process Privilege |
| 26. | "After Action Plan Near final. Andrews" | Forty-four (44) page draft (or excerpt of draft) after-action report by Conforti, with | Primary draft -- Assistant Chief Conforti; Highlighted | Draft of (or draft excerpt of) Conforti's after-action report regarding police response to George Floyd protests from May 25-June | N/A | Undated | Deliberative Process Privilege |

| | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| | | highlighted questions and comments | comments and questions – Likely Deputy Comm'r Andrews | 30, 2020, including Conforti's personal thoughts, opinions, and ideas for changes to NYPD policies and procedures | | | |
| 27. | "Recommen-dation" | Four-page list of draft recommendations for inclusion in draft after-action report | Assistant Chief Conforti | List of 4 pages' worth of Conforti's personal thoughts and opinions for recommendations of changes to existing NYPD policies and procedures, plus new policies and procedures to implement | N/A | Undated | Deliberative Process Privilege |
| 28. | "nypd addd" | Two-page document containing notes and roughly drafted paragraphs for inclusion in drfat after-action report | Assistant Chief Conforti | Notes and rough drafts of paragraphs on various unrelated topics for possible inclusion in Conforti's draft after-action report regarding police response to George Floyd protests from May 25-June 30, 2020, including Conforti's personal thoughts, opinions, and ideas for changes to NYPD policies and procedures | N/A | Undated | Deliberative Process Privilege |

| | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| 29. | "Additional Findings" | Draft paragraph titled "Additional Findings" for possible inclusion in draft after-action report | Assistant Chief Conforti | Draft paragraph titled "Additional Findings" for possible inclusion in draft after-action report regarding police response to George Floyd protests from May 25-June 30, 2020, including Conforti's personal thoughts, opinions, and ideas for changes to NYPD policies and procedures | N/A | Undated | Deliberative Process Privilege |
| 30. | "Technology played an important role…" | One-page draft section for possible inclusion in draft after-action report, beginning with phrase, "Technology played an important role…" | Assistant Chief Conforti | One-page draft section for possible inclusion in draft after-action report regarding police response to George Floyd protests from May 25-June 30, 2020, including Conforti's personal thoughts, opinions, and ideas for changes to NYPD policies and procedures | N/A | Undated | Deliberative Process Privilege |
| 31. | "Timeline George Floyd v2" | Five-page document containing draft outline in bulleted list form, with | Assistant Chief Conforti | Draft outline in bulleted list form, with yellows highlighting, and comments and questions in bolded text; possibly for | N/A | Undated | Deliberative Process Privilege |

| | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| | | yellows highlighting, and comments and questions in bolded text; possibly for inclusion in draft after-action report | | inclusion in draft after-action report regarding police response to George Floyd protests from May 25-June 30, 2020, including Conforti's personal thoughts, opinions, and ideas for changes to NYPD policies and procedures | | | |
| 32. | "Timeline George Floyd v1" | Five-page document containing draft outline in bulleted list form, with comments and questions in bolded text, created in connection with draft after-action report | Assistant Chief Conforti | Draft outline in bulleted list form, with comments and questions in bolded text; created in connection with and possibly for inclusion in, draft after-action report regarding police response to George Floyd protests from May 25-June 30, 2020, including Coonorti's personal thoughts, opinions, and ideas for changes to NYPD policies and procedures | N/A | Undated | Deliberative Process Privilege |

| | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| 33. | "Organized Gatherings Section" | Draft one-page section regarding "Organized Gatherings," for inclusion in draft after-action report | Assistant Chief Conforti | Draft section regarding "Organized Gatherings," for inclusion in draft after-action report regarding police response to George Floyd protests from May 25-June 30, 2020, including Conforti's personal thoughts, opinions, and ideas for changes to NYPD policies and procedures | N/A | Undated | Deliberative Process Privilege |
| 34. | "After Action" | Two-page document containing notes and notations, mostly phrases and incomplete sentences or questions, created in connection with draft after-action report | Assistant Chief Conforti | Two-page document containing notes and notations, mostly phrases and incomplete sentences or questions, created in connection with draft after-action report regarding police response to George Floyd protests from May 25-June 30, 2020, including Conforti's personal thoughts, opinions, and ideas for changes to NYPD policies and procedures | N/A | Undated | Deliberative Process Privilege |

| | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| 35. | "PowerPoint Presentation" | PowerPoint presentation prepared and by Conforti delivered to NYPD executives on 9/29/2020, based on Cnoforti's draft after-action report and setting forth his personal thoughts, conclusions, and recommendations resulting from his review process | Assistant Chief Conforti | PowerPoint presentation prepared and by Conforti delivered to NYPD executives on 9/29/2020, based on Conforti's draft after-action report and setting forth his personal thoughts, conclusions, and recommendations resulting from his review process | The presentation was delivered by Conforti to various NYPD executives on 9/29/2020, whose specific identities are unknown as of the present date | 9/29/20 | Deliberative Process Privilege |
| 36. | "Emails with John Miller" | Emails exchanged between Assistant Chief Conforti and NYPD Deputy Comm'r for Intelligence & Counterterrorism John Miller in early August 2020, regarding Miller's thoughts and opinions for edits and revisions to Conforti's draft after-action report | Draft after-action report -- Assistant Chief Conforti; Emails containing thoughts and ideas for edits and revisions to draft report – Deputy Comm'r Miller | Emails exchanged between Assistant Chief Conforti and NYPD Deputy Comm'r for Intelligence & Counterterrorism John Miller in early August 2020, regarding Miller's thoughts and opinions for edits and revisions to Conforti's draft after-action report regarding police response to George Floyd protests from May 25-June 30, 2020, including Conforti's | Conforti and Miller | Early Aug. 2020 | Deliberative Process Privilege |

|  | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
|  |  |  |  | personal thoughts, opinions, and ideas for changes to NYPD policies and procedures |  |  |  |
| 37. | "Incomplete draft after-action report 9/11/20 – Andrews feedback" | Incomplete draft of Conforti's after-action report with redline changes, comments and questions by Deputy Comm'r Andrews | Draft after-action report -- Assistant Chief Conforti; Tracked Changes, comments, and questions -- Deputy Comm'r Andrews | Redline changes, comments and questions by Deputy Commissioner Andrews visible in incomplete draft version of Conforti's draft after-action report regarding police response to George Floyd protests from May 25-June 30, 2020, including Conforti's personal thoughts, opinions, and ideas for changes to NYPD policies and procedures | Conforti and Andrews | 9/11/20 | Deliberative Process Privilege |
| 38. | "Incomplete draft after-action report 9/11/20 – Miller feedback" | Incomplete draft of Conforti's after-action report with redline changes, comments and questions by Deputy Comm'r Miller | Draft after-action report -- Assistant Chief Conforti; Tracked Changes, comments, and questions | Redline changes, comments and questions by Deputy Commissioner Miller visible in incomplete draft version of Conforti's draft after-action report regarding police response to George Floyd protests from May | Conforti and Miller | 9/11/20 | Deliberative Process Privilege |

| | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| | | | -- Deputy Comm'r Miller | 25-June 30, 2020, including Conforti's personal thoughts, opinions, and ideas for changes to NYPD policies and procedures | | | |
| 39. | "Incomplete draft after-action report 9/11/20 – Mauro feedback" | Incomplete draft of Conforti's after-action report with redline changes, comments and questions by Inspector Mauro, then-Commanding Officer of NYPD Legal Bureau | Draft after-action report -- Assistant Chief Conforti; Tracked Changes, comments, and questions – CO Mauro | Redline changes, comments and questions by CO Mauro visible in incomplete draft version of Conforti's draft after-action report regarding police response to George Floyd protests from May 25-June 30, 2020, including Conforti's personal thoughts, opinions, and ideas for changes to NYPD policies and procedures | Conforti and Mauro | 9/11/20 | Deliberative Process Privilege |