**Conforti Report and Related Materials:**
**Supplement to Version Two of Defendants' Second Amended Privilege Log (Produced 4/19/2022)**
**May 16, 2022**

|  | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| 40. | "After Action Summary – Direction of the Police Commissioner" | Draft version of the PowerPoint presentation prepared by Conforti and ultimately delivered to NYPD executives on 9/29/2020, based on Conforti's draft after-action report and setting forth his personal thoughts, conclusions, and recommendations for policy and procedure changes | Assistant Chief Conforti | Draft version of PowerPoint presentation prepared by Conforti and ultimately delivered to NYPD executives on 9/29/2020, based on Conforti's draft after-action report and setting forth his personal thoughts, conclusions, and recommendations for policy and procedure changes | Not Applicable. | 8/27/2020 | Deliberative Process Privilege |
| 41. | "George Floyd After-Action Discussion" | Typed notes of talking points prepared by Conforti for his presentation of the finalized PowerPoint presentation to | Assistant Chief Conforti | Talking points on prepared by Conforti for his presentation of the finalized PowerPoint presentation to NYPD executives on 9/29/2020, based on Conforti's draft after-action report and | N/A | Unknown | Deliberative Process Privilege |

*In re: New York City Policing During Summer 2020 Demonstrations*, No. 20 Civ. 8924 (CM)(GWG)

|  | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
|  |  | NYPD executives on 9/29/2020, based on Conforti's draft after-action report and setting forth his personal thoughts, conclusions, and recommendations for policy and procedure changes |  | setting forth his personal thoughts, conclusions, and recommendations for policy and procedure changes |  |  |  |
| 42. | "After Action Report Edits – Email Thread From Chernyavsky, Oleg" | Email from Oleg Chernyavsky to Chief Conforti containing Chernyvasky's thoughts, impressions, and suggestions for both stylistic and substantive edits and revisions to Conforti's draft report, attaching draft report with comments and track changes inserted | Oleg Chernyavsky | Email from Oleg Chernyavsky to Chief Conforti containing Chernyvasky's thoughts, impressions, and suggestions for both stylistic and substantive edits and revisions to Conforti's draft report, attaching draft report with comments and track changes inserted | Chief Conforti; Vincent Grippo; Paul Deentremont; John Miller; Ernest Hart; Paul Mauro | 11/21/2020 | Deliberative Process Privilege |

*In re: New York City Policing During Summer 2020 Demonstrations*, No. 20 Civ. 8924 (CM)(GWG)

|  | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| 43. | "Notes – Articles Cited For This Timeline – Timeline George Floyd" | Typed and handwritten notes by Conforti regarding draft timeline of events Conforti deemed pertinent to his draft after-action report, for possible inclusion in the report, with citations to source materials | Assistant Chief Conforti | Typed and handwritten notes by Conforti regarding draft timeline of events Conforti deemed pertinent to his draft after-action report, for possible inclusion in the report, with citations to source materials | N/A | Unknown | Deliberative Process Privilege |
| 44. | "Draft Forward to After Action Report – Email From Andrew, William" | Draft of potential foreword to Conforti's draft after-action report, by Deputy Commissioner William Andrews | Deputy Comm'r William Andrews | Draft of potential foreword to Conforti's draft after-action report, by Deputy Commissioner William Andrews | N/A | Unknown | Deliberative Process Privilege |
| 45. | "Draft Letter with After Action Report to Mayor de Blasio" | Unsent draft of letter from Chief Conforti to Mayor de Blasio describing draft after-action report and Conforti's thoughts and | Assistant Chief Conforti | Unsent draft of letter from Chief Conforti to Mayor de Blasio describing draft after-action report and Conforti's thoughts and opinions set forth therein | N/A | Unknown | Deliberative Process Privilege |

3

|  | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
|  |  | opinions set forth therein |  |  |  |  |  |
| 46. | "Policing Protests - New York City Police Department's Internal Review" | Draft of Conforti Report containing handwritten comments and suggested edits and revisions in red pen | Assistant Chief Conforti authored the draft report; unknown whose handwritten thoughts and edits are reflected in the draft | Draft of Conforti Report containing handwritten comments and suggested edits and revisions in red pen | N/A | Unknown | Deliberative Process Privilege |
| 47. | "Protest Review – Methodology – Timeline" | Draft of Conforti Report containing handwritten comments and suggested edits and revisions in blue pen | Assistant Chief Conforti authored the draft report; unknown whose handwritten thoughts and edits are reflected in the draft | Report containing handwritten comments and suggested edits and revisions in blue pen | N/A | 8/11/2020 | Deliberative Process Privilege |

*In re: New York City Policing During Summer 2020 Demonstrations*, No. 20 Civ. 8924 (CM)(GWG)

|  | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
| 48. | "After Action Report – Active Shooter BX Lebanon Hospital – June 30, 2017" | NYPD After Action Report evaluating police response to the June 30, 2017 active shooter incident at Bronx-Lebanon Hospital; describes strategies and tactics employed by NYPD during said incident, "lessons learned" by NYPD from that incident, and providing recommendations for policy and procedure changes going forward | NYPD's Office of Management Analysis and Planning (OMAP) | NYPD After Action Report evaluating police response to the June 30, 2017 active shooter incident at Bronx-Lebanon Hospital; describes strategies and tactics employed by NYPD during said incident, "lessons learned" by NYPD from that incident, and providing recommendations for policy and procedure changes going forward | N/A | Report is undated but refers to incident on June 30, 2017 | Law Enforcement Privilege |
| 49. | "Power Outage Plan – May 13, 2020 – DC Mullane" | Outline and summary of content of presentation by Deputy Chief Edward Mullane on May 13, 2020, regarding NYPD's tactical and operational plan for responding to | Deputy Chief Edward Mullane | Outline and summary of content of presentation by Deputy Chief Edward Mullane on May 13, 2020, regarding NYPD's tactical and operational plan for responding to possible power outages in the city | N/A | May 13, 2020 | Law Enforcement Privilege |

*In re: New York City Policing During Summer 2020 Demonstrations*, No. 20 Civ. 8924 (CM)(GWG)

|  | Title | Document Type | Author | Subject Matter | Recipients | Date | Privilege Asserted |
|---|---|---|---|---|---|---|---|
|  |  | possible power outages in the city |  |  |  |  |  |
| 50. | "PC Brief 69 OSI – Monetary Loss – Methodology Protest Activity" | Email from Inspector Marlon Larin, NYPD Firearms and Tactics Section, to Conforti and other NYPD personnel summarizing analysis, opinions, and conclusions regarding the tactics and procedures employed by an officer involved in a shooting incident on 11/11/2020, expressed during Commissioner Shea's "Shooting Briefing" on 11/19/2020 | Inspector Marlon Larin, NYPD Firearms and Tactics Section | Summary of analysis, opinions, and conclusions regarding the tactics and procedures employed by an officer involved in a shooting incident on 11/11/2020, expressed during Commissioner Shea's "Shooting Briefing" on 11/19/2020 | Conforti; Smauel Wright; Michele Irizarry | 11/19/2020 | Law Enforcement Privilege |