UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

In Re: New York City Policing During Summer 2020 :
Demonstrations :
:
: No. 20 Civ. 8924 (CM) (GWG)
:
: **SUPPLEMENTAL AFFIDAVIT**
: **OF RETIRED NEW YORK**
: **CITY POLICE DEPARTMENT**
: **ASSISTANT CHIEF THOMAS**
: **CONFORTI**
-------------------------------------------------------------------x

**THOMAS CONFORTI**, being duly sworn, hereby states under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I was an Assistant Chief with the New York City Police Department ("NYPD") at the time of my retirement on April 23, 2022, from my position as the Commanding Officer of the Operations Bureau. In that capacity, my primary roles and responsibilities included overseeing the direction, management, and command of the Operations Bureau, developing and updating Citywide disaster response plans, and planning for and coordinating special projects and events, among other things. I held a variety of positions within the NYPD since joining in 1992. In the summer of 2020, I was the Executive Officer of the Training Bureau and was temporarily assigned to the Operations Division.

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

2. I submit this affidavit at the request of the New York City Law Department, attorneys for the Defendants herein, to affirm that the complete set of records I provided to the NYPD Legal Bureau on April 14 and 19, 2022, referred to in my previous affidavit submitted in this matter on April 19, 2022, are listed in the Index in Exhibit A annexed hereto.

Dated: New York, New York
　　　　June 28, 2022

_____
THOMAS CONFORTI

Sworn to before me this 28th day
of June, 2022

_____
Notary Public

LAUREN MICHELLE CIRRITO
Notary Public, State of New York
Reg. No. 02CI6397041
Qualified in Suffolk County
Commission Expires August 26, 20 23

# EXHIBIT A

## Index of All Materials Relating to the Creation of the Draft Conforti Report Provided to NYPD Legal Bureau on April 14 and April 19, 2022

### Materials in Box Provided to NYPD Legal Bureau on April 14, 2022

1. NOTES – INTRO –METHODOLOGY – TIMELINE
2. NOTES – THOMAS CONFORTI NOTES – EDP STORY – PROTEST ISSUES – BK COMMAND CETNER
3. 2020 NYC DEMOSTRATION ARREST ANALYSIS
4. ADDITIONAL ARREST ON COMPLAINT
5. ARREST REPORT
6. CCCS-OVERALL INDEX CRIME
7. CITYWIDE DISORDER ENFORCEMENT FROM 05.28.2020 (2)
8. CITYWIDE DISORDER ENFORCEMENT FROM 05.28.2020
9. CPSP
10. GEORGE FLOYD DEMONSTRATION – NOTES
11. GEORGE FLOYD DEMONSTRATION 05.27.2020
12. GEORGE FLOYD DEMONSTRATION 05.28.2020
13. GEORGE FLOYD DEMONSTRATION 05.29.2020
14. GEORGE FLOYD DEMONSTRATION 05.30.2020
15. GEORGE FLOYD DEMONSTRATION 05.31.2020
16. GEORGE FLOYD DEMONSTRATION 06.01.2020
17. GEORGE FLOYD DEMONSTRATION 06.02.2020
18. EMAIL – LT BROWER-AUDIO REQUEST – CONFORTI NTOES – CHOKEHOLD LAWS
19. EMS STATS FOR 05.28 TO 06.02.2020
20. EXECTUVIE STAFF

21. 21-25. AVIATION DVD
    a. 21 EN.Genetec Video Player Quick Start Guide 5.8
    b. 22 FR.Genetec Video Player Quick Start Guide 5.8
    c. 23 Genetec Video Player
    d. 24 Fordham Road Aviation video 1
    e. 25 Fordham Road Aviation video 2

26. ALLISON McCANN EMAIL THREAD – MEDIA INQUIRIES & INTERVIEWS – DCPI
27. NOTES – CJB
28. REQUEST FOR GENTECH AVIATION ACCESS 49
29. THOMAS CONFORTI EMAIL THREAD – PROTEST DEPLOYMENT – ZONES 1 TO 5
30. AVL ANALYSIS SCHOOL SAFETY DIVISION - SRG FFO EXECUTIVE AWARENESS - SELECTED EQUIPMENT REPORT - BUSSES SSIGNED
31. VANDALIZED VEHICLES 06.25.2020
32. CASE NUMBER - DISPOSITION - FORCE ALLEGATION - ALLEGATION FINDING

33. ARREST PROCESSED AT MAPC 1PP - MAY 202 TO JUNE 2020
34. DETAIL FOR FLOYD PROTEST 06.05.2020 - MAY TO JUNE 2020 ARREST PROCESSED AT MAPC
35. MAPC LOCATIONS DURING PROTESTS - MAPC POST LISTS
36. MAPC TOTAL - TOTAL ARRESTS - BORO TOTAL
37. MASS ARREST REPORT 1 OF 3
38. MASS ARREST REPORT 2 OF 3
39. MASS ARREST REPORT 3 OF 3
40. MCCAULEY, DANIEL EMAIL THREAD - CJB ANALYSIS
41. PHOTOS - CTB – CARRICADES
42. CTB CRC - RESPONSE TO GEORGE FLOYD PROTEST
43. BUREAU PLATOON 1 TO 3 BODY COUNT MAY TO JUNE 2020
44. DAILY CIVIL UNREST VEH DAMAGE REPORT 2020 - DETAILS FILLED BY OPERATIONS - UMOS COUNTS BY RANK
45. EXECUTIVE STAFF BY BUREAU
46. RANDALL'S ISLAND CITYWIDE MOBILIZATION TRACKING SHEET - JULY 02. 2020
47. PowerPoint Presentation
48. GEORGE FLOYD AFTER-ACTION DISCUSSION
49. AFTER ACTION REPORT - ACTIVE SHOOTER BX LEBANON HOSPITAL - JUNE 30, 2017
50. GEORGE FLOYD DEMONSTRATIONS MAY 28 TO JUNE 2 - DC MULLANE
51. POWER OUTAGE PLAN - MAY 13, 2020 - DC MULLANE
52. MAJOR INCIDENT ACTION PLAN – PBMS
53. MTS UNUSUAL DISORDER CONTROL PLAN - 2020 - INSPECT. TIMONEY
54. FINEST MESSAGES 05.30.2020 TO 06.23.2020
55. FLOYD DEMO QUICK REFERENCE - PROTEST-CIVIL DISORDER OBSERVATIONS AND RECOMMENDATIONS
56. DB SMART CASE MANAGEMENT BREAKDOWN 2020
57. EXTREMIST ACROSS IDEOLOGICAL SPECTRUM EXPLOIT ONGOING PROTEST IN RECENT PROPAGANDA CAMPAIGNES AIMED AT INCITING VIOLENCE
58. MAY 27 TO JUNE 29 2020 GROUP-EVENT
59. NYPD INTELLIGENCE BUREAU
60. PROTEST SPREADSHEET MAY TO JUNE 2020
61. DCU - TACTICAL, LOGISTICAL, AND OPERATIONAL CONSIDERATIONS
62. DISORDER CONTROL GUIDLINES CPR
63. DISORDER CONTROL GUIDLINES SYNOPSIS
64. 1 OCTOBER AFTER ACTION REVIEW - LAS VEGAS METROPOLITAN PD
65. ALLEGATIONS RECEIVED - CCRB REPORTS
66. CORP. COUNSEL REP. GEORGE FLOYD PROTESTS IN NYC
67. IAB DATA REGARDING PROTESTS 05.27.2020 AND 06.05.2020
68. LESSONS FROM THE OCCUPY MOVEMENT, FERGUSON & BEYOND - A GUIDE FOR POLICE
69. NYC DEP. OF INVESTIGATION - INVESTIGATION INTO NYPD RESPONSE TO THE GEORGE FLOYD PROTESTS

70. COMMAND & GENERAL STAFF - COMPLEX INCIDENTS - OCTOBER 2013 - 1 OF 6
71. COMMAND & GENERAL STAFF - COMPLEX INCIDENTS - OCTOBER 2013 - 2 OF 6
72. COMMAND & GENERAL STAFF - COMPLEX INCIDENTS - OCTOBER 2013 - 3 OF 6
73. COMMAND & GENERAL STAFF - COMPLEX INCIDENTS - OCTOBER 2013 - 4 OF 6
74. COMMAND & GENERAL STAFF - COMPLEX INCIDENTS - OCTOBER 2013 - 5 OF 6
75. COMMAND & GENERAL STAFF - COMPLEX INCIDENTS - OCTOBER 2013 - 6 OF 6
76. FIREARMS & TACTICS SECTION - USE OF O.C PEPPER SPRAY DEVICES
77. PHYSICAL TRAINING AND TACTICS CHAPTER 8 - EXPANDABLE BATON
78. SPECIALIZED COMMAND ROLL CALLS FOR AUGUST, SEPTEMBER, & OCTOBER 2020
79. JOING OPERATIONS CENTER BLM - DEMO FOR GEORGE FLOYD - JUNE 2020
80. JOING OPERATIONS CENTER BLM - DEMO FOR GEORGE FLOYD - MAY 2020
81. PATROL GUIDE - PROCEDURE #213-06 TO 213-19
82. PATROL GUIDE - PROCEDURE #220-28 & 221-07 & 213-02 TO 213-05
83. AFTER ACTION REPORT EDITS - EMAIL THREAD FROM CHERNYAVSKY, OLEG
84. AFTER ACTION SUMMARY - DIRECTION OF THE POLICE COMMISSIONER
85. DRAFT FORWARD TO AFTER ACTION REPORT - EMAIL FROM ANDREW, WILLIAM
86. DRAFT LETTER WITH AFTER ACTION REPORT TO MAYOR DEBLASIO
87. NOTES-ARTICLES CITED FOR THIS TIMELINE - TIMELINE GEORGE FLOYD
88. Mark-up of Draft Conforti Report dated 9/11/20
89. Mark-up of Draft Conforti Report dated 8/11/20
90. BOROUGH INCIDENT DATE ALL ASSIGN 2020 - RESPONSE TIMES - COUNT INCIDENTS
91. COLD FIRE INFORMATION
92. COMMUNICATIONS DIVISION AFTER-ACTION REPORT 49
93. COMMUNICATIONS SECTION STATISTICAL UNIT REPORT
94. CONFORTI EMAIL - EMS STATS - FINEST RECAP - 12HR TOUR NONCOMPLIANCE
95. CONFORTI THOMAS EMAIL THREAD - ARREST RE-COUNT FOR WED MAY 27TH & 28 - EMS STATS - FINEST RECAP DURING PROTEST - 12 HR TOUR NONCOMPLIANCE
96. MESSAGE FROM DA - DAMAGE TO DEP FACILITIES - WORK ORDERS
97. PC BRIEF 69 OSI - MONETARY LOSS - METHODOLOGY PROTEST ACTIVITY (2 copies)

**Documents on USB Flash Drive Provided to NYPD Legal Bureau on April 19, 2022**

98. "Additional Findings"
99. "After Action Discussion Document"
100. "After Action Plan Final2"
101. "After Action Plan Near final.Andrews docx"
102. "After Action Plan Near final"
103. "After Action Plan Near final1"
104. "After Action. Andrews"
105. "After action"
106. "afteractionfinalllpp"
107. "Charts for after action"
108. "De-arrest"
109. "Misc"
110. "Miscii"
111. "nypd addd"
112. "NYPDhalf and half andrews edits final"
113. "NYPDhalf and half andrews edits finallllll"
114. "NYPDhalf and half andrews edits"
115. "NYPDhalf and half"
116. "Organized Gatherings Section"
117. "Over this period"
118. "PC Briefing Protest"
119. "Recommendation"
120. "Technology played an important role in the Departments efforts to efficiently monitor ongoing demonstrations throughout the city"
121. "The Intelligence Bureau is the primary sourse within the Department for information regarding protest activity"
122. "The NYPD is world renown for the ability to effectively and safely police large gatherings"
123. "Timeline George Floyd v1"
124. "Timeline George Floyd v2"
125. "After Action Cover" photo
126. Cold Fire image 1 "56AF1D82-DC3B-4C21-AC9D-8538718642A8 (1)"
127. Cold Fire image 2 "F2F92D28-4325-4738-A934-63683DCA862E (2)"
128. "05-31-2020 BLM George Floyd DEMO"
129. "Excel: burglary locations 5-27 to 6-3 final"
130. "Images" (word doc)
131. Radio transmission 1 "CW1 10-13 Last Transmission"
132. Radio transmission 2 "CW1 RX last transmission"
133. Aviation radio 1 "Aviation 14 Tiebout"
134. Aviation radio 2 "Aviation Zone 15"
135. 3 aviation videos (Fordham road June 1, 2020)
    a. 135. "helicopter"
    b. 136. "M-Helicopter-4_2020-06-01_22h09min59s683ms"
    c. 137. "M-Helicopter-4_2020-06-01_22h09min59s683ms_mpeg4"
138. 138-206. 70 photos of demos