UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations | No. 20-cv-08924-CM<br><br>**MOTION TO WITHDRAW** |

**PLEASE TAKE NOTICE** that Rebecca L. Pattiz hereby withdraws as counsel of record for Consolidated Plaintiffs David Jaklevic et al. As of March 18, 2022, I am no longer associated with Beldock Levine & Hoffman LLP. I am neither retaining nor charging a lien in this matter. Plaintiffs continue to be represented in this matter by the other counsel of record at Beldock Levine & Hoffman LLP. I respectfully request that my name and email address be removed from the official docket.

Respectfully submitted,

By: /s/ *Rebecca L. Pattiz*
    **OUTTEN & GOLDEN LLP**
    Rebecca L. Pattiz
    685 Third Avenue, 25th Floor
    New York, NY 10017
    Telephone: (212) 245-1000
    Email: rpattiz@outtengolden.com

    *Attorney for Consolidated Plaintiffs*
    *David Jaklevic et al.*

**SO ORDERED.**
Dated: _____, 2022

    _____
    Hon. Colleen McMahon
    United States District Judge

**CERTIFICATE OF SERVICE**

  I, Rebecca L. Pattiz, hereby certify that on this 21st day of July, 2022, a true and correct copy of the foregoing MOTION TO WITHDRAW was served upon all counsel of record via the CM/ECF system.

              /s/ *Rebecca L. Pattiz*
              Rebecca L. Pattiz