UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

In Re: New York City Policing During Summer 2020 Demonstrations

No. 20-cv-08924-CM

**MOTION TO WITHDRAW**

**PLEASE TAKE NOTICE** that Rebecca L. Pattiz hereby withdraws as counsel of record for Consolidated Plaintiffs David Jaklevic et al. As of March 18, 2022, I am no longer associated with Beldock Levine & Hoffman LLP. I am neither retaining nor charging a lien in this matter. Plaintiffs continue to be represented in this matter by the other counsel of record at Beldock Levine & Hoffman LLP. I respectfully request that my name and email address be removed from the official docket.

Respectfully submitted,

By: /s/ *Rebecca L. Pattiz*
**OUTTEN & GOLDEN LLP**
Rebecca L. Pattiz
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Email: rpattiz@outtengolden.com

*Attorney for Consolidated Plaintiffs David Jaklevic et al.*

Application granted.

**SO ORDERED.**
Dated: July 22, 2022

GABRIEL W. GORENSTEIN
United States Magistrate Judge

Hon. Colleen McMahon
United States District Judge