UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- X

SAMIRA SIERRA, AMALI SIERRA,
RICARDO NIGAGLIONI, and ALEX GUTIERREZ,
individually and on behalf of all others similarly situated,

                      Plaintiffs,

    v.

CITY OF NEW YORK, a municipal entity; BILL DE BLASIO,
in his individual capacity; DERMOT F. SHEA, in his individual
capacity; TERENCE A. MONAHAN, in his individual capacity;
UMID KARIMOV, in his individual capacity; ALFREDO JEFF,
in his individual capacity; DEBORA MATIAS, in her individual
capacity; and ANDRE JEANPIERRE, in his individual capacity,
KENNETH C. LEHR, in his individual capacity,

                      Defendants.

20-cv-10291
(CM)(GWG)

------------------------------------------------------------------------------- X

CHARLES HENRY WOOD, on behalf of himself
and all others similarly situated,

                      Plaintiff,

    v.

CITY OF NEW YORK, a municipal entity; and
BILL DE BLASIO, TERENCE A. MONAHAN,
JULIO DELGADO, THOMAS MOSHER, THOMAS
GARGUILO, and ISMAEL HERNANDEZ CARPIO, in their
individual capacities,

                      Defendants.

20-cv-10541
(CM)(GWG)

------------------------------------------------------------------------------- X

    **PLEASE TAKE NOTICE** that upon the attached Declaration of Rob Rickner, Esq., sworn to on July 21, 2022, and the exhibits therein, the Declaration of Michael L. Spiegel, Esq., sworn to on July 20, 2022, the Declaration of Ali Frick, Esq., sworn to on July 21, 2022, the Memorandum of Law in Support of *Sierra* and *Wood* Plaintiffs' Motion for Leave to File an Amended and Consolidated Complaint, and all prior proceedings in this action, the Plaintiffs in *Sierra* and *Wood* will hereby move this Court, pursuant to Rules 15, 16, 20, and 42 of the Federal

Rules of Civil Procedure at the United States Courthouse, Southern District of New York, 500 Pearl Street, Room 24A, New York, NY 10007-1312, on such date and at such time as the Court may direct, for an order for an Order allowing these Plaintiffs to file a single consolidated Amended Complaint, and for such other and further relief as this Court may deem just and proper

Dated: July 22, 2022

                         /s/ Rob Rickner

Rob Rickner
RICKNER PLLC
14 Wall Street, Suite 1603
New York, New York 10005

Joshua S. Moskovitz
THE LAW OFFICE OF JOSHUA MOSKOVITZ, P.C.
392 Central Avenue # 7803
Jersey City, New Jersey 07307

Michael L. Spiegel, Esq.
48 Wall Street, Suite 1100
New York, New York 10005

Lance Clarke
HAMILTON CLARKE, LLP
48 Wall Street, Suite 1100
New York, NY 10005

*Attorneys for the Sierra Plaintiffs*

Alison Frick
Douglas E. Lieb
KAUFMAN LIEB LEBOWITZ & FRICK LLP
18 E. 48th Street, Suite 802
New York, New York 10017

*Attorneys for Charles Henry Wood*

Served via ECF on:
All Parties of Record