# EXHIBIT 2

## June 4, 2020 Recording of NYPD Radio Transmissions at Mott Haven from approximately 7:20 p.m. to 8:40 p.m.

File Name:
Ex 2 - MHRadioDef_CCRB_00031093_202004094_Audio_202004094_20200701_1239.wav