# EXHIBIT 3



