# EXHIBIT 4

| | | |
|---|---|---|
| 1 | Mr. Sanchez: | Today is November 17th, 1030 hours.  I'm Arturo Sanchez, from |
| 2 | | the New York City Department of Investigation, Assistant Inspector |
| 3 | | General.  I'm joined by several colleagues today, I'm going to go |
| 4 | | ahead and let them introduce themselves. |
| 5 | Chief Lehr: | Hello.  Chief Lehr, I'm the Commanding Officer of -- Commanding |
| 6 | | Officer of Patrol Borough Bronx. |
| 7 | Mr. Sanchez: | Chief, who's representing you today? |
| 8 | Mr. Fitzpatrick: | Mike Fitzpatrick, agency attorney, NYPD. |
| 9 | Mr. Sanchez: | Thanks Mike.  And the -- the team you gonna go ahead and |
| 10 | | introduce yourselves here. |
| 11 | Mr. Brunsden: | Sure, I'll start. Andrew Brunsden, Inspector General. |
| 12 | Mr. Tellet: | Chris Tellet, Assistant General Counsel. |
| 13 | Mr. Richardson: | Justin Richardson, Senior Policy Analyst. |
| 14 | Mr. Garcia: | Michael Garcia, Assistant Inspector General. |
| 15 | Ms. Charles: | Mariah Charles, Confidential Investigator. |
| 16 | Mr. Sanchez: | Thank you. Alright.  Chief, I'm gonna read the -- I think everyone |
| 17 | | is there.  This statement is being taken by the Department of |
| 18 | | Investigation of the City of New York, pursuant to Chapter 34 of the |
| 19 | | New York City Charter.  You're going to be asked a number of |
| 20 | | specific questions concerning the performance of your official |
| 21 | | duties.  You have the option to remain silent, although you may be |
| 22 | | subject to removal from your employment with the City, if you fail |
| 23 | | to answer material or relevant questions related to performance of |
| 24 | | your duties as an employee.  The answers you furnish and any |
| 25 | | information or evidence resulting therefrom may be used in the |

| | | |
|---|---|---|
| 1 | Mr. Tellet: | Yeah. |
| 2 | Chief Lehr: | So, I was on -- I was positioned on 135th and Willis at the mouth of |
| 3 | | the Willis Avenue Bridge, where -- where -- |
| 4 | Mr. Sanchez: | Chris, can you still hear us? |
| 5 | Mr. Tellet: | Yeah, yeah, all good. |
| 6 | Chief Lehr: | Okay. |
| 7 | Mr. Tellet: | I'm sorry about that. |
| 8 | Chief Lehr: | Okay.  So, what I'd say is, please just take a look at the timeline |
| 9 | | because I remember going over the air, the radio, and getting a time |
| 10 | | check at 1953 hours, which is seven minutes to eight.  At that time, |
| 11 | | I was standing on the corner of 135 and Willis.  Now, my reason -- |
| 12 | | look, you know, let's -- I want to talk about how we got there.  So, |
| 13 | | when the march starts off, it's -- it works its way south, at some |
| 14 | | point, it goes into the Patterson Houses.  A -- A number of people |
| 15 | | go into the Patterson Houses, for a period of time.  They come back |
| 16 | | out from the Patterson Houses and they work their way down toward |
| 17 | | 135th and Willis, which concerned me, because, the Willis Avenue |
| 18 | | Bridge has an egress into the Bronx from Manhattan, right there. |
| 19 | | It's two lanes of roadway.  Two lanes.  So, Manhattan bound traffic |
| 20 | | was still coming into the Bronx.  So, when the march started coming |
| 21 | | south on 100 -- on Willis, they start approaching the bridge.  And I |
| 22 | | got concerned that they were gonna try and block the vehi-- now, |
| 23 | | they -- now, mind you, since they stepped off, they were basically |
| 24 | | in the street the whole time, going down from, you know, 149th |
| 25 | | Street and Third Avenue, all the way down to 135 and Willis.  My |

| | | |
|---|---|---|
| 1 | | concern was -- you remember some of the videos from other parts |
| 2 | | of the city where, even police vehicles had lurched into, you know, |
| 3 | | people, crowds.  So, we have traffic coming off with pede-- with -- |
| 4 | | with civilians, coming off into the Bronx from Manhattan.  Now, the |
| 5 | | crowd is throwing us a direct line toward the bridge.  So, my concern |
| 6 | | was that they were gonna go in and basically engulf the -- the -- the |
| 7 | | motorists on the bridge.  Which -- now, I can't control if they're |
| 8 | | gonna panic, if they're gonna be terrorized, if they're gonna be |
| 9 | | fearful, step on the gas.  There's no way for me to control the |
| 10 | | individual actions of these motorists.  But, it is my responsibility to |
| 11 | | try and re-- prevent them from the trauma that might happen.  So, |
| 12 | | we set up a line.  I set up a line on 135 and Willis, because I did not |
| 13 | | want them to enter the roadway and -- and trap those motorists.  So, |
| 14 | | basically, we was setting up that line at -- at ab-- at or about 1953 |
| 15 | | hours.  And -- And that's -- that's where I was at that point. |
| 16 | Mr. Sanchez: | Thank you for clarifying that.  Please (unclear), checking out the |
| 17 | | stuff here.  This is just prior to 8 p.m., correct, that you were saying? |
| 18 | | 1753 from the -- |
| 19 | Chief Lehr: | Right.  Seven minutes to. |
| 20 | Mr. Sanchez: | At some point, you know, there was -- there's some of the -- the -- |
| 21 | | the video we reviewed.  You have officers on, you know, mobile |
| 22 | | fence line one.  The officers appear to be SRG officers in bicycles |
| 23 | | trying to forming a line.  Can you explain why that would be?  What |
| 24 | | were the officers doing at this point? |

| | | |
|---|---|---|
| 1 | Chief Lehr: | Right. So, at that time, we only had a thin line on 135th and Willis, |
| 2 | | if that's what you're talking about? So, during the course of the |
| 3 | | march, now, mind you, this is -- we're readjusting the whole time. |
| 4 | | So, just so you understand, at no point, it's a -- it's a full mile, |
| 5 | | basically, from 149th and Third down to 135 and Willis. It's a ba-- |
| 6 | | It's -- It's basically a mile. If you -- If you go check it, the distance, |
| 7 | | in a car, or whatever. But, during that entire march, there was no |
| 8 | | time that there weren't police leap frogging because we have to |
| 9 | | make sure, we have to try and prevent somebody from getting hit by |
| 10 | | a car, or, peo-- people who don't wanna be engulfed in -- in -- in the |
| 11 | | march, you know, give them -- listen, people are coming, you know, |
| 12 | | try and steer people who -- who -- who wanna get away from it, get |
| 13 | | away from it. Also, direct traffic. So, it's part of the responsibility |
| 14 | | and part of like what we do at a demonstration. So, when they |
| 15 | | walked down, we were constantly leap frogging, and there were also |
| 16 | | people behind for the same reason. It -- There's also people on the |
| 17 | | sides. Community affairs people typically walk in the crowd, trying |
| 18 | | to establish, you know, dialogue with -- with the people who are -- |
| 19 | | if they -- if they can identify as leaders, and say, "What's your |
| 20 | | intention? Where do you want to go?" It would make it easier if we |
| 21 | | could just block the traffic and -- and set a path. But on this |
| 22 | | particular case, you know, most attempts at a dialogue were met with |
| 23 | | curses and "F you," and, you know, there was -- there was -- and |
| 24 | | belligerence. There was not really -- nobody, you know, on June 4th |
| 25 | | in New York City, there weren't a lot of people who participated in |