# EXHIBIT 5

| | |
|---|---|
| **Subject:** | RE: [EXTERNAL] Motion for Pre-Deposition Discovery, In re: New York City Policing During Summer 2020 Demonstrations |
| **Date:** | Monday, April 11, 2022 at 1:56:02 PM Eastern Daylight Time |
| **From:** | Braun, Daniel (Law) |
| **To:** | Michael Spiegel, Weiss, Dara (Law), Weng, Jenny (Law), Nelson, Genevieve (Law), Robinson, Amy (LAW) |
| **CC:** | paynelitigationteam@nyclu.org, ag.nypdlitigation@ag.ny.gov, Sierra Team, wood@kllflaw.com, sow-legal@blhny.com, hernandez@femmelaw.com, graylegalteam@dwt.com |

Michael,

Defendants have reviewed your draft motion for pre-deposition discovery, which you sent late on this past Friday afternoon, and write here with their position.

First, defendants disagree entirely with your characterization of the facts. Second, the number of high-ranking officers present is in direct relation to the complete destruction three days earlier of the businesses on Burnside and Fordham Aves., which they did not want repeated. Third, it was the Chiefs, not the supervisors within a bike squad, who made the decision as to where the bikes were formed.

With that being said, defendants have produced a great many "detail rosters" for SRG at Mott Haven. Defendants will attempt to give them Bates Nos.  But, detail rosters will not necessarily give you the names of the bike officers present, especially if they were not originally assigned to the protest and simply arrived based on a later communication.  There will likely be no documentation reflecting that.

Regarding BWC, to the extent it has not been provided for the bike officers whom defendants can identify, it will be provided pursuant to the deposition protocol.  If defendants can provide it earlier than two days prior to the depositions, then as a courtesy, defendants will do so.

Defendants will not produce audit trails without good cause.  They give much info that is not relevant to this case.  Defendants can provide the info from the logs when cameras were turned on and off, if plaintiffs believe that is an issue.  Please note though that such info would be provided two days before the depositions.

Yours,

Daniel M. Braun
Senior Counsel
Special Federal Litigation Division
Office of the Corporation Counsel
100 Church Street
New York, NY  10007
dbraun@law.nyc.gov
212-356-2659

*This message and any attached documents contain information from the Office of the Corporation Counsel that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this*

*information. If you received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** mikespieg@aol.com <mikespieg@aol.com>
**Sent:** Friday, April 8, 2022 4:47 PM
**To:** Weiss, Dara (Law) <daweiss@law.nyc.gov>; Weng, Jenny (Law) <jweng@law.nyc.gov>; Nelson, Genevieve (Law) <gnelson@law.nyc.gov>; Braun, Daniel (Law) <dbraun@law.nyc.gov>; Robinson, Amy (LAW) <arobinso@law.nyc.gov>
**Cc:** paynelitigationteam@nyclu.org; ag.nypdlitigation@ag.ny.gov; sierrateam@moskovitzlaw.com; wood@kllflaw.com; sow-legal@blhny.com; hernandez@femmelaw.com; graylegalteam@dwt.com
**Subject:** [EXTERNAL] Motion for Pre-Deposition Discovery, In re: New York City Policing During Summer 2020 Demonstrations

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@cyber.nyc.gov as an attachment (Click the More button, then forward as attachment).

Dear Counselors,

Attached hereto is a Motion for Pre-Deposition Discovery that plaintiffs intend to file with the Court by 5:00 p.m. on Monday, April 11, 2022, absent a response from defendants making it unnecessary.

Yours,

Michael L Spiegel, Esq
48 Wall Street, Suite 1100
New York, NY 10005
(212)587-8558
mikespieg@aol.com