# EXHIBIT 6

## PO Antony Stevens Body-Worn Camera Video from June 4, 2020

File Name:
Ex 6 - PO Antony Stevens BWC 11538715.mp4