# EXHIBIT 7

## June 4, 2020 Citizen Video of Mass Arrest on East 136th Street, Taken From Millbrook Houses

File Name:
Ex 7 - Video of kettle from Mill Brook Houses.mp4