# EXHIBIT 8

## NYPD TARU Video
## (Bates DEF_VID_000000427)

File Name:
Ex 8 - DEFVID_000000427 TARU.mp4