# EXHIBIT 9

## June 4, 2020 Video From Within the Kettle
(Bates 202004301_Video_202004301_20200630_1152)

File Name:
Ex 9 - Video from within kettle 202004301_Video_202004301_20200630_1152.mov