# EXHIBIT 10

## June 4, 2020 Video From Within the Kettle
(Bates 202004301_Video_202004301_20200825_1400

File Name:
Ex 10 - Video from within kettle 202004301_Video_202004301_20200825_1400.mp4