# EXHIBIT 11

# FTP 4 PROTEST PLAN THURSDAY 6/4/20 40PCT HUB

- **3 MOBILE FIELD FORCES (3,6,15,120)** ASSIGNED AND POSTED AS FOLLOWS
    1- E149ST & THIRD AVENUE
    2- E149ST & COURTLANDT AVENUE
    3- THIRD AVENUE E151-E153

- **SRG/SOD PERSONNEL** INCLUDING BIKE UNITS WILL STAGE AND BE GUIDED BY SRG SUPERVISORS:
    -E149 STREET COURTLANDT AVE TO MORRIS AVENUE

- **DBBX PERSONNEL INCLUDING WARRANTS** WILL BE STAGED AT THE FOLLOWING LOCATION:
    -ST. ANNS AVENUE E149-WESTCHESTER AVE (THESE UNITS WILL BE MOBILE SUPPORT)
- **10 PBBX** PRISONER VANS STAGED AS FOLLOWS:
    5 VANS-E149 STREET MORRIS-COURTLANDT
    5 VANS -ST ANNS AVENUE- E149 TO WESTCHESTER

- **40 PRECINCT PERSONNEL** WILL BE ASSIGNED AS FOLLOWS:
    1- 1 SGT + 8 MOS FOR FORCE PROTECTION. DEPARTMENT AUTO STAGING AT BERGEN AVE E152-E153 STREET
    2- 2 SGTS + 16 MOS E148 STREET & THIRD AVENUE
    3- 1 SGT + 6 MOS ASSIGNED TO ARREST PROCESSING AT THE 40PCT
    4- 1 LT + 1 SGT ASSIGNED DESK OFFICER DUTIES
    5- 1 LT + 1 SGT ASSIGNED TO PATROL DUTIES
    6- 28 MOS ASSIGNED TO PATROL DUTIES
    7- 4 MOBILE SUPPORT UNITS CONSISTING 1 LT + 4 SGT + 32
        TOTAL: 1 DI, 1 CAPT, 6 LT, 10 SGT, APPROXIMATELY 175 MOS

**PBBX RADIO CHANNEL**

**41 PCT GAS PUMPS**

**TRANSPORT PRISONERS TO 40,41,42 PCTS**

**40 DESK** [NR - Phone Number]

# FTP 4 PROTEST PLAN THURSDAY 6/4/20 40PCT HUB

**40 CO- DI GALLITELLI** [NR - Phone Number]
**40 XO- CAPT SOBERAL** [NR - Phone Number]
**40 SPECIAL PRJ- LT WILSON** [NR - Phone Number]

Confidential In Re: NYC Policing 2020 Demonstrations No. 20 Civ 8924 (CM) (GWG)

DEF_E_PD_00095630