# EXHIBIT 12

<u>BRONX DEPLOYMENT 6/4/2020</u>

**<u>1700 MOBILE FIELD FORCE – 2/5/40</u>**   161 St and Grand Concourse (44 Pct)

    Capt. Rubin   [NR - Phone Number]

**<u>1100 MOBILE FIELD FORCE – 2/5/40</u>**   149 & Third Ave (40 Pct)

    Capt. Tuthill (DB)   [NR - Phone Number]

**<u>1400 MOBILE FIELD FORCE – 2/5/40</u>**   149 & Third Ave (40 Pct)

    Capt. Korabel   [NR - Phone Number]

**<u>1400 MOBILE FIELD FORCE – 2/5/40</u>**   149 & Third Ave (40 Pct)

    Capt. Peralta   [NR - Phone Number]

**<u>1400 SRG Bikes – 2/4/32</u>**   149 & Third Ave (40 Pct)

    Capt. ?   (TBD)

**<u>1400 SRG MOBILE FIELD FORCE – 2/6/47</u>**   149 & Third Ave (40 Pct)

    Capt. Delgado   [NR - Phone Number]

**<u>1400 SRG MOBILE FIELD FORCE – 2/5/40</u>**   149 & Third Ave (40 Pct)

    Capt. TBD   TBD

**<u>Warrants – 2/8/40</u>**   149 & Third Ave (40 Pct)

    Lt. Ray Camacho   [NR - Phone Number]

    Lt. Roy Ulloa   [NR - Phone Number]

**<u>NARCO – 12/12/95</u>**   149 & Third Ave (40 Pct)

    Insp. Andy Johnson   [NR - Phone Number]

    Capt. Mortensen   [NR - Phone Number]

**PRISONER TRANSPORT - 1/2/20**   149 & Third Ave (40 Pct)

    Lt. Tallyrand   [NR - Phone Number]

**TBBX – 2/16**   149 & Third Ave (40 Pct)

**TBBX – 1/4/36**   149 & Grand Concourse

Confidential In Re: NYC Policing 2020 Demonstrations No. 20 Civ 8924 (CM) (GWG)

BRONX DEPLOYMENT 6/4/2020

**PSA 8 – 2/12**                                Gateway Mall
    Sgt. Cruz                      [NR - Phone Number]
    Sgt. Conner                    [NR - Phone Number]

**PSA 7 – 2/22**                                Yankee Stadium
    Sgt. Wells                     [NR - Phone Number]
    Sgt. Gutierrez                 [NR - Phone Number]

**COVID TF – 5/15/78**                          Fordham Road
    Capt. McCormack                [NR - Phone Number]


**TOTAL DEPLOYMENT:**         30 LT / 82 SGT / 598 Det./PO

Confidential In Re: NYC Policing 2020 Demonstrations No. 20 Civ 8924 (CM) (GWG)

DEF_E_PD_00095954