# EXHIBIT 13

# REDACTED

Audio recording of Testimony of Chief of Department Terrence Monahan to the CCRB

File Name:
Ex 13 - Monahan CCRB Interview
Def_CCRB_00034802_202004402_Interview_202004402_20210319_1514.wav