# EXHIBIT 15

**HAMILTON|CLARKE** LLP.

**PARTNERS**
Phillip C. Hamilton, Esq.
Lance A. Clarke, Esq.
Jason M. Clark, Esq.
William F. Guilford, Esq.

*Of Counsel*
Michael L. Spiegel, Esq.

February 23, 2022

A.C.C. Dara Weiss
New York City Law Department

Re. *Sierra v. City of New York*, 20 CV 10291 (CM)(GWG)

Dear Ms. Weiss:

We write concerning the discovery document that Magistrate Judge Gorenstein has directed the City to produce by Friday, February 25, 2022. I direct your attention to the following requests that have not been fully answered, and which we expect to be addressed in that discovery document. For all Document Requests, as required by the Federal Rules and reinforced by Judge Gorenstein, each response must identify, by Bates numbers, the documents responsive to each request.

1. **With respect to the *Sierra* Plaintiffs' First Set of Supplemental Discovery Requests**:

   a. Complete responses to Interrogatories 1, 2, 3, 4, and 7.
   b. Proper verification(s) for responses to Interrogatories 1 through 7.
   c. A verified response to Interrogatory 8.
   d. As requested at Document Request 1, the Argus footage within the area of the marked map of the Mott Haven area provided to defendants.
   e. Complete responses to Document Requests 2, 3, 5, 6, and 8.

2. **With respect to the *Sierra* Plaintiffs' Second Set of Supplemental Discovery Requests**:

   a. Complete responses to Document Requests 1 and 2 (including Bates numbers for responsive documents).
   b. All documents responsive to Document Request 3, including but not limited to documents concerning the policing of the incident at or near Fordham Road on June 1, 2020, and all documents concerning arrests made for conduct at or near Fordham Road on that date.

3. **With respect to the *Sierra* Plaintiffs' Third Set of Supplemental Discovery Requests**:

   a. Verified responses to all Interrogatories.
   b. A complete and verified response to Interrogatory 1, which seeks the identities of all officers wearing white shirts depicted in TARU video DEFVID_000000427 from 00:10 to 00:45.
   c. Complete and verified responses to Interrogatories 7, 8, 9, 10, and 12.
   d. All documents responsive to Document Requests 1, 2, 3, 4, and 5.

4. **With respect to the *Sierra* Plaintiffs' First, Second, and Third Set of Supplemental Discovery Requests, and Plaintiffs' First and Second Consolidated Discovery Requests:**

___

   a. All documents responsive to Document Requests 77-79 and 97-99 of Plaintiffs' Second Consolidated Set of Requests for Production of Documents.
   b. The video mentioned in Captain Isaac Soberal's interview in CCRB Case ## 202004301 & 202005994, at approximately minute 23:50 of the audio recording, when he states that he viewed a video in which "a van dropped off boxes of bricks and some kind of projectiles" near the intersection of Melrose Avenue, East 149th Street, and Third Avenue in the Bronx before protesters gathered there on June 4, 2020.
   c. All documents concerning the arrests mentioned in Lieutenant Eric Dym's interview in CCRB Case # 202004301, at approximately minute 20:00 of the audio recording, when he states that there were arrests of people near the intersection of East 149th Street and Third Avenue in the Bronx with hammers in their bags before the protesters gathered there on June 4, 2020.
   d. All documents concerning the reimbursement for damage mentioned in Lieutenant Dym's same interview in CCRB Case #202004301, at approximately 1:18:15 of the audio recording, when Lt. Dym states that he made sure that the owner of a car damaged during the arrests of protesters at East 136th Street and Brook Avenue in the Bronx on June 4, 2020, was reimbursed.
   e. The document(s) consulted by P.O. Stephen Centore during his interview in CCRB Case ## 202004301 & 202003949, at approximately 13:06-12.
   f. All documents concerning any communications between NYPD officials and anyone representing the Third Avenue Business Improvement District concerning the June 4, 2020 protest, as discussed in Assistant Chief Kenneth Lehr's interview with the NYC Department of Investigation, at page 30 of the transcript, when he states that he spoke with Michael Brady, Executive Director of the Third Avenue Business Improvement District, in advance of the June 4, 2020 protest at The Hub.
   g. All documents concerning the January 2020 FTP3 protest that is mentioned in Asst. Chief Lehr's interview in CCRB Case # 202006855, at approximately 42:50 of the audio recording, when he states that in January 2020, FTP3 caused "mayhem," "property damage," "vandalism," and "a lot of injuries to police officers."
   h. All rosters for all Captains and officers turned out to the Bronx on June 4, 2020, as discussed in Deputy Chief Joseph Gulotta's deposition in these Consolidated Cases, at pp. 323-25, where he describes rosters he used and/or distributed at Randall's Island that listed Mobile Field Force Captains and where the Mobile Field Forces were being turned out to, and a separate roster of the officers in each Mobile Field Force.
   i. The "Detail Roster/Assignment Sheet" as depicted at DEF_DEP_01602-03 for each bike squad detailed to the June 4, 2020, Mott Haven protest.
   j. All documents concerning arrests or detentions of persons on June 3-4, 2020, for allegedly planning, or attempting, a firebombing of the NYPD 40 Precinct stationhouse, including but not limited to video and any evidence recovered and/or vouchered.

                                                     Sincerely,

                                                     s/

                                                     Michael L. Spiegel

By email to daweiss@law.nyc.gov