# EXHIBIT 17

# NEW YORK CITY POLICE DEPARTMENT

Worksheet : Aided
Status : Approved
Report # : AID-2020-040-002635
Incident Date : 06/04/2020 20:30 Thursday

## INCIDENT INFORMATION

### OCCURRENCE DATE

**From:** 06/04/2020 20:30 Thursday

**Body Worn Camera?:** No

**ICAD Number:**

## AIDED PERSON

**Type:** MOS

**Is MOS on duty?:** Yes

**In Uniform:**

**Agency:** New York City Police Department

**Command:** 475

**Command Description:** CHIEF OF SPECIAL OPERATIONS

**Tax Number:** 927702

**Rank:** DEPUTY INSPECTOR

**Last Name:** ZEDALIS

**First Name:** RONALD

**Is Aided Victim of a Crime?:** No

**Homeless:** No

**Address Type:** NYC

**Building No.:** 1

**Street Name:** LEFRAK CITY PLAZA

**Unit Type:**

**Unit Number:**

**Borough:** Queens

**State:** New York

| Contact Type | Contact Sub-Type | Contact Sub-Type Other | Value |
|---|---|---|---|
| Phone | Home | | |
| Email | | | |

**Sex:** Male

**Race:** White

**Date of Birth:** PII

**Age:** PII

**Sick/Injured:** Yes

**Emotionally Disturbed:** No

**Lost Person:** No

**Deceased:** No

**Runaway Child:** No

**Unconscious:** No

**Abused/Abandoned/Neglected Child/etc.:** No

**Bicycle Involved:** No

**Suspected Narcotics Related:** No

**Requires Care/Shelter Due to Caregiver Arrest:**

**Other:** No

**If Other, Explain:**

**Treatment:** Not Treated

**Removed to ?:** N/A

**ACR/PCR #:**

**Treated By:**

**Admission #:**

## LOCATION OF OCCURRENCE

**Jurisdiction:** NYPD

**Location Category:** Other

**Location Type:** Street

**Location Within:** Public Sidewalk

**Location Identifier:**

**Location Name:**

### ADDRESS

**Address Type:** Cross Streets

**Location Identifier:**

**Street Name:** BROOK AVENUE

**Cross Street1:** EAST 136 STREET

**Cross Street2:** EAST 137 STREET

**Borough:** Bronx

**Pct:** 040

**Sector:** B

**PSA:**

**Latitude:** 40.806263

**Longitude:** -73.92017

## GENERAL AIDED INFORMATION

**Children or Dependent Adults Uncared for?:** No

## DEPT. OR AGENCY INVOLVED

Confidential - NYC Policing 2020 In Re: NYC Policing Demonstrations No. 20 civ 8924 (CM) (GWG)

## DEPT. OR AGENCY INVOLVED

City Involved?: No

## NOTIFICATIONS

### DEPARTMENT NOTIFICATIONS

### NOTIFICATIONS AND DUPLICATE COPIES FOR

| Type | Name/Pct | Log Number | Delivery |
|---|---|---|---|

### AIDED VICTIM NOTIFICATIONS

REQUIRED IF AIDED IS ADMITTED OR DIES

## ADDITIONAL INFORMATION

### CPR/AED ADMINISTERED

Mouth to Mouth: No    CEW Used?:

AED Used?: No    AED/CPR Log No:    Aided Resuscitated:

### NALOXONE ADMINISTERED

Naloxone Used?: No    Naloxone Log No.:    Number of Uses:    Naloxone effective?:

### O.C. SPRAY

Was O.C. Spray Used?: No

## DETAILS

At T/P/O Deputy Inspector Zedalis was assigned to the Citywide Protests and Demonstrations within the confines of New York City. While assisting a member of the service in handcuffing an unruly protestor, D.I. Zedalis took a tactical position, crouching down on the ground with his right leg slightly extended outward. While assisting in placing the male in to cusody, an MOS fell on DI Zedalis' extended leg, causing it to hyper-extend, causing pain and swelling to the affected area. Member is not reporting sick. No BWC.

## ADDITIONAL REPORTS PREPARED

| Form Type | Report No. | Violation Section | Pct |
|---|---|---|---|

## DEPARTMENT PERSONNEL

### REPORTING OFFICER

Agency: New York City Police Department    Command: 475    Command Description: CHIEF OF SPECIAL OPERATIONS    NCIC Number: 03030

Tax Number: 943954    Rank: SERGEANT    Last Name: WILKES    First Name: JESSE

### ENTERED BY

Agency: New York City Police Department    Command: 475    Command Description: CHIEF OF SPECIAL OPERATIONS    NCIC Number: 03030

Tax Number: 943954    Rank: SERGEANT    Last Name: WILKES    First Name: JESSE

## ENDORSEMENT HISTORY

| Submitted By: | Approved/Rejected By: | Note: | Status: | Endorsement Date: |
|---|---|---|---|---|
| JESSE R WILKES 943954 SGT CHIEF OF SPECIAL OPERATIONS New York City Police Department 03030 | MANUEL A BARRETO 942978 SGT 040 PRECINCT New York City Police Department 03030 | | Approved | 06/12/2020 21:17 Friday |

Confidential - In Re: NYC Policing 2020 Demonstrations - No. 20-civ-8924 (CM)(GWG)

# NEW YORK CITY POLICE DEPARTMENT

Worksheet : Aided
Status : Approved
Report # : AID-2020-040-002634
Incident Date : 06/04/2020 20:30 Thursday

## INCIDENT INFORMATION

### OCCURRENCE DATE

**From:** 06/04/2020 20:30 Thursday

**Body Worn Camera?:** No

**ICAD Number:**

## AIDED PERSON

**Type:** MOS

| | | | |
|---|---|---|---|
| **Is MOS on duty?:** Yes | **In Uniform:** Yes | **Command Description:** CHIEF OF SPECIAL OPERATIONS | **Tax Number:** 892459 |
| **Agency:** New York City Police Department | **Command:** 475 | | |
| **Rank:** DEPUTY CHIEF | **Last Name:** LUKACH | **First Name:** ROBERT | |

**Is Aided Victim of a Crime?:** No

**Homeless:** No

**Address Type:** NYC

**Building No.:** 1  **Street Name:** LEFRAK CITY PLAZA  **Unit Type:**  **Unit Number:**

**Borough:** Queens  **State:** New York

| Contact Type | Contact Sub-Type | Contact Sub-Type Other | Value |
|---|---|---|---|
| Phone | Home | | -- |
| Email | | | |

**Sex:** Male  **Race:** White

**Date of Birth:** PII  **Age:** PII

**Sick/Injured:** Yes  **Emotionally Disturbed:** No  **Lost Person:** No  **Deceased:** No

**Runaway Child:** No  **Unconscious:** No  **Abused/Abandoned/Neglected Child/etc.:** No  **Bicycle Involved:** No

**Suspected Narcotics Related:** No  **Requires Care/Shelter Due to Caregiver Arrest:**  **Other:** No  **If Other, Explain:**

**Treatment:** Not Treated

**Removed to ?:** N/A

**ACR/PCR #:**  **Treated By:**  **Admission #:**

## LOCATION OF OCCURRENCE

**Jurisdiction:** NYPD  **Location Category:** Other  **Location Type:** Street  **Location Within:**

**Location Identifier:**  **Location Name:**

### ADDRESS

**Address Type:** Cross Streets  **Location Identifier:**

**Street Name:** BROOK AVENUE

**Cross Street1:** EAST 136 STREET  **Cross Street2:** EAST 137 STREET

**Borough:** Bronx

**Pct:** 040  **Sector:** B  **PSA:**

**Latitude:** 40.806263  **Longitude:** -73.92017

## GENERAL AIDED INFORMATION

**Children or Dependent Adults Uncared for?:** No

## DEPT. OR AGENCY INVOLVED

Confidential - NYC Policing 2020 Demonstrations
In Re: NYC Policing (CML) (GWG)
No. 20 Civ. 8924 (CM)

## DEPT. OR AGENCY INVOLVED

City Involved?: No

## NOTIFICATIONS

### DEPARTMENT NOTIFICATIONS

NOTIFICATIONS AND DUPLICATE COPIES FOR

| Type | Name/Pct | Log Number | Delivery |
|---|---|---|---|

### AIDED VICTIM NOTIFICATIONS

REQUIRED IF AIDED IS ADMITTED OR DIES

## ADDITIONAL INFORMATION

### CPR/AED ADMINISTERED

Mouth to Mouth: No  
CEW Used?: No  
AED Used?: No  
AED/CPR Log No:  
Aided Resuscitated:

### NALOXONE ADMINISTERED

Naloxone Used?: No  
Naloxone Log No.:  
Number of Uses:  
Naloxone effective?:

### O.C. SPRAY

Was O.C. Spray Used?: No

## DETAILS

At T/P/O Chief Lukach was assigned to the Citywide Protests and Demonstrations within the confines of New York City. While assisting an arresting officer, and attempting to control a male who had been placed into custody, Chief Lukach's shoulder was hyper-extended, when the arrestee suddenly went limp, causing Chief Lukach's arm to twist violently, causing pain, discomfort and swelling to the effected area. Member is not reporting sick. No BWC.

## ADDITIONAL REPORTS PREPARED

| Form Type | Report No. | Violation Section | Pct |
|---|---|---|---|

## DEPARTMENT PERSONNEL

### REPORTING OFFICER

Agency: New York City Police Department  
Command: 475  
Command Description: CHIEF OF SPECIAL OPERATIONS  
NCIC Number: 03030  
Tax Number: 943954  
Rank: SERGEANT  
Last Name: WILKES  
First Name: JESSE

### ENTERED BY

Agency: New York City Police Department  
Command: 475  
Command Description: CHIEF OF SPECIAL OPERATIONS  
NCIC Number: 03030  
Tax Number: 943954  
Rank: SERGEANT  
Last Name: WILKES  
First Name: JESSE

## ENDORSEMENT HISTORY

| Submitted By: | Approved/Rejected By: | Note: | Status: | Endorsement Date: |
|---|---|---|---|---|
| JESSE R WILKES 943954 SGT CHIEF OF SPECIAL OPERATIONS New York City Police Department 03030 | MANUEL A BARRETO 942978 SGT 040 PRECINCT New York City Police Department 03030 | | Approved | 06/12/2020 21:12 Friday |

Confidential — In Re: NYC Policing 2020 Demonstrations — No. 20 civ 8924 (CM)(GWG)