UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES HENRY WOOD, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br>     v.<br><br>CITY OF NEW YORK, et al.<br><br>                              Defendants. | No. 20 Civ. 10541<br>(CM)(GWG) |

## DECLARATION OF ALISON FRICK

ALISON FRICK declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a partner at Kaufman Lieb Lebowitz & Frick LLP, attorneys for Plaintiff Charles Henry Wood. I am duly qualified to practice in the State of New York and before this Court. I respectfully submit this declaration in support of our motion to file an amended and consolidated complaint, along with the *Sierra* plaintiffs.

2. Specifically, I submit this Declaration to address the statement in Defendants' April 7, 2022 email opposing *Sierra*'s proposed Second Amended Complaint, stating: "Plaintiffs had the names of the individual defendants for a long time so there's no good cause for such delay."

3. I have spent nearly 100 hours reviewing documents produced by Defendants in this case.

4. This effort has been complicated by Defendants' failure to timely produce documents, to produce documents in any sort of organized fashion, to provide Bates

ranges for documents responsive to specific requests, or to provide any other index of their production.

5. As a result, I was forced to run broad, keyword-based searches to look for relevant documents and communications.

6. Defendants did not start producing NYPD emails until late 2021 and early 2022.

7. In early February 2022, I began running searches through NYPD emails to find communications about the Mott Haven protest on June 4, 2020. Specifically, I searched for all emails sent between June 4 and June 5, 2020 with relevant keywords, such as "HUB" or "Mott Haven."

8. Through that search, I found a document called "FTP 4 Protest Plan Thursday 6/4/20," sent to Chief Kenneth Lehr and other NYPD officials on June 4, 2020 in advance of the Mott Haven protest. That document ("Protest Plan") is attached as **Exhibit 11** to the Declaration of Rob Rickner.

9. The Protest Plan was one of 17,673 documents produced to Plaintiffs on January 14, 2022.

10. Using the same keyword search described above, I also found the email exchange attached as **Exhibit 12** to the Rickner declaration, providing the deployment plan for the NYPD's response to the Mott Haven protest on June 4, 2020.

11. That email was part of the January 14, 2022 production of 17,673 documents.

12. Between March 14-18, 2022, Defendants produced approximately 5,000 documents to Plaintiffs, bringing their total document production to more than 147,000 by March 18.

13. I have read the Declaration of Michael Spiegel, submitted with this motion, and, as to matters relating to me, his assertions are correct.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 21, 2022
New York, NY

_____
Alison Frick