

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

July 26, 2022

**By Electronic Filing**

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

      **Re:**   *In re: New York City Policing During Summer 2020 Demonstrations,
No. 20-CV-8924*
This Letter is Related to All Cases

Dear Judge Gorenstein:

    I write on behalf of all plaintiffs in these consolidated cases, pursuant to Dkt. No. 490, to provide a proposed Order regarding agreements reached at a meet and confer on ARGUS footage and the Court's order at ECF No. 541. I sent a prior version of the Proposed Order to Defendants' counsel at 11:57 a.m. on Friday, July 22, 2022, which incorporated previous edits from Defendants. Over 24 hours later, at 2:44 P.M. on Monday, July 25, 2022, Defendants asked Plaintiffs for more time to provide further edits, which they did provide at 6:52 P.M. The attached Proposed Order fully accepted those edits.[1]

    We thank the Court for its time and consideration.

                                    Sincerely,

                                    */s/  Lillian M. Marquez*
                                    Lillian M. Marquez
                                    Assistant Attorney General, Civil Rights Bureau
                                    Office of the New York State Attorney General
                                    28 Liberty Street
                                    New York, New York 10005
                                    Tel: 212-416-6401 | lillian.marquez@ag.ny.gov

CC: All counsel of record (via ECF)

---

[1] Plaintiffs note that although they worked to obtain the missing ARGUS discovery through the meet and confer process, these agreements are not meant to grant extensions or excuse Defendants' violation of the Court's May 16, 2022 Order.