UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re New York City Policing During Summer 2020 Demonstrations*<br><br>This document relates to:<br>    *All Cases* | 20-cv-08924 (CM) (GWG)<br><br>**[PROPOSED] ORDER** |

**WHEREAS,** on May 16, 2022, the Court ordered Defendants in the consolidated actions under the above-captioned lead case to produce certain ARGUS footage and a declaration on May 27 and June 3, 2022, respectively;

**WHEREAS,** on May 25 and 27, 2022, Defendants produced preserved ARGUS footage for some but not all plaintiff-provided maps;

**WHEREAS,** Defendants failed to provide a declaration by the Court-ordered date;

**WHEREAS,** the Defendants and Plaintiffs ("the parties") subsequently met and conferred regarding alleged deficiencies in the ARGUS production and a later-served declaration and Defendants agreed to provide certain information and documents in furtherance of that conferral;

**WHEREAS**, Defendants further provided ARGUS footage pertaining to two plaintiff-provided maps on July 19, 2022; and

**WHEREAS,** the parties wish the Court to so-order their agreements;

**IT IS HEREBY ORDERED** that Defendants shall, by August 3, 2022:

1. Produce ARGUS footage for the remainder of the nine maps originally sent to Defendants on March 16, 2022.

2. Produce the correct ARGUS footage for the May 28, 2020 protest at Union Square (Sheet 3-F).

3. Produce non-privileged preservation notices in the possession of the Office of the Corporation Counsel concerning the protests at issue in these Consolidated Actions.

4. Provide a revised declaration from Bridget Fitzpatrick that accounts for the footage provided in response to the additional nine maps.

5. Advise Plaintiffs as to when they can provide a list of the cameras that were selected for preservation pursuant to the notice from the NYPD Legal Bureau's notice to preserve referenced by Ms. Fitzpatrick in her declaration, and, in the absence of such a list, produce any other document(s) that would provide this information, subject to privilege.

6. Tell Plaintiffs whether Defendants searched ARGUS videos preserved as part of criminal investigations as part of their search for footage in response to the Plaintiffs' document requests and provide a date by which they will supplement their production, if necessary.

SO ORDERED:

_____
Hon. Gabriel W. Gorenstein
United States Magistrate Judge