

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK , NEW YORK 10007

**DANIEL M. BRAUN**
*Senior Counsel*
dbraun@law.nyc.gov
Phone:  (212) 356-2659
Fax:  (212) 356-1148

**By ECF**                                                                                                July 27, 2022
Honorable Coleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   *Sierra, et al. v. City of New York, et al.*, 20-cv-10291 (CM)(GWG)
>        *Wood v. City of New York, et al.*, 20-cv-10541 (CM)(GWG

Your Honor:

    I am a Senior Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and one of the attorneys representing Defendants in the above referenced matter. By letter motion dated July 22, 2022, plaintiffs moved to seal Exhibit 13 to their motion to amend and consolidate the *Sierra* and *Wood* cases, and plaintiffs requested in their letter that the Court deny their own motion (Dkt. 691). Pursuant to Your Honor's Individual Practice and Procedure V.F., defendants compute that they have until August 5, 2022 to respond to plaintiffs' letter motion. Out of an abundance of caution, defendants conferred with plaintiffs, and the latter have no objection to defendants responding by said date. Consequently, defendants write herein to respectfully advise that they anticipate filing a response to plaintiff's letter motion at Docket 691 by August 5, 2022.

    Thank you for your consideration herein.

                                                         Respectfully submitted,

                                                         *Daniel Braun* /s/
                                                         Daniel Braun
                                                         Senior Counsel
                                                         Special Federal Litigation Division

cc:     ALL COUNSEL (via ECF only)