UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
In re:                            :
                                        Docket #20cv8924
 IN RE NEW YORK CITY POLICING     :
 DURING SUMMER 2020 DEMONSTRATIONS
                                  : New York, New York
                                    July 21, 2022
----------------------------------: TELEPHONE CONFERENCE
```

PROCEEDINGS BEFORE
THE HONORABLE GABRIEL W. GORENSTEIN,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

```
For Sow and Hernandez     COHEN & GREEN PLLC
Plaintiffs:               BY:  REMY GREEN, ESQ.
                          1639 Centre Street, Suite 216
                          Ridgewood, New Jersey  11207


For Payne Plaintiffs:     NEW YORK CIVIL LIBERTIES UNION
                          BY:  VERONICA SALAMA, ESQ.
                          125 Broad Street, 19th Floor
                          New York, New York 10004


For Sierra Plaintiffs:    RICKNER PLLC
                          BY:  ROB RICKNER, ESQ.
                          14 Wall Street, Suite 1603
                          New York, New York 10005


For Gray Plaintiffs:      WYLIE STECKLOW PLLC
                          BY:  WYLIE STECKLOW, ESQ.
                          111 John Street, Suite 1050
                          New York, New York  10038


For Plaintiff People      NEW YORK STATE OFFICE OF
of the State of New       THE ATTORNEY GENERAL
York:                     BY:  LILLIAN MARQUEZ, ESQ.
                          28 Liberty Street
                          New York, New York 10005


Transcription Service: Carole Ludwig, Transcription Services
                       155 East Fourth Street #3C
                       New York, New York 10009
                       Phone:  (212) 420-0771
                       Email:  Transcription420@aol.com


Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.
```

<u>APPEARANCES (CONTINUED)</u>:

For Wood Plaintiffs:     KAUFMAN LIEB LEBOWITZ & FRICK, LLP
                         BY:  ALISON FRICK, ESQ.
                         18 E. 48th Street, Suite 802
                         New York, New York  10017


For Roland Plaintiffs:   THE ABOUSHI LAW FIRM
                         BY:  AYMEN ABOUSHI, ESQ.
                         1441 Broadway, Suite 5036
                         New York, New York  10018


For Defendants:          NEW YORK CITY LAW DEPARTMENT
                         BY:  AMY ROBINSON, ESQ.
                              GENEVIEVE NELSON, ESQ.
                              JENNY WENG, ESQ.
                              BRIDGET HAMILL, ESQ.
                         100 Church Street
                         New York, New York 10007

**INDEX**

**E X A M I N A T I O N S**

| Witness | Direct | Cross | Re-Direct | Re-Cross | Court |
|---------|--------|-------|-----------|----------|-------|
| None | | | | | |

**E X H I B I T S**

| Exhibit Number | Description | ID | In | Voir Dire |
|----------------|-------------|----|----|-----------|
| None | | | | |

1

```
 1                     PROCEEDINGS              4

 2              THE CLERK:  We're here in In Re:  New York City

 3    Policing During Summer 2020 Demonstrations, case number

 4    20cv8924.

 5              Will counsel please state their appearances for

 6    the record starting with plaintiffs.

 7              MS. LILLIAN MARQUEZ:  (indiscernible)

 8              HONORABLE GABRIEL W. GORENSTEIN (THE COURT):

 9    Stop, whoever just spoke is completely unintelligible. Do

10    any of the other attorneys know who that was?

11                   (cross-talk)

12              THE COURT:  I couldn't hear the answer to that

13    question.

14              COUNSEL FOR PLAINTIFFS:  I'm sorry, Your Honor,

15    that was Lillian Marquez for the Attorney General's

16    Office.

17              THE COURT:  Well, Ms. Marquez, you're going to

18    need to call back in I guess because it was

19    unintelligible. Why don't we continue with other

20    plaintiffs and hope that Ms. Marquez gets back.  Go

21    ahead.

22              MR. WYLIE STECKLOW:  Good morning, Your Honor,

23    Wylie Stecklow for the plaintiffs in the Gray matter.

24              MX. REMY GREEN:  Good morning, Your Honor, Remy

25    Green for the plaintiffs in the Hernandez and Sow cases.
```

```
 1                       PROCEEDINGS              5
 2  For the record, I should appear in the transcript as Mx.
 3  Green spelled M-X-period rather than Mr. or Ms.  And I
 4  should just alert the Court that last night I think a
 5  little bit before midnight, maybe a bit earlier but before
 6  defendants' letter, the Hernandez plaintiffs accepted a Rule
 7  68 offer. So my capacity in that sense is mooted.
 8          MS. VERONICA SALAMA:  Good morning, Your
 9  Honor, this is Veronica Salama from the New York Civil
10  Liberties Union Foundation on behalf of the Payne
11  plaintiffs.
12          MR. AYMEN ABOUSHI:  Good morning, Your Honor,
13  Aymen Aboushi of the Aboushi Law Firm on behalf of the
14  Roland plaintiffs.
15          MR. ROBERT RICKNER:   Hello, Your Honor, Rob
16  Rickner on behalf of the Sierra plaintiffs. Good morning.
17          MS. ALISON FRICK:  Good morning, Your Honor,
18  this is Alison Frick on behalf of the Wood plaintiffs.
19          THE COURT:  Ms. Marquez, were you able to join
20  us?  Any other plaintiffs' lawyers left?  Okay, why don't
21  we hear defendants' appearances, I'm going to mute.
22          MS. AMY ROBINSON:  Good morning, Your Honor,
23  this is Amy Robinson for defendants.
24          MS. BRIDGET HAMILL:  Good morning, Your Honor,
25  this is Bridget Hamill for the defendants.
```

<pre>
 1                          PROCEEDINGS                    6

 2            MS. GENEVIEVE NELSON:  Good morning, Your Honor,

 3   Genevieve Nelson for defendants.

 4            MS. JENNY WENG:  Good morning, Your Honor,

 5   Jenny Weng for the defendants.

 6            THE COURT:  All right, and the interveners?

 7   Sounds like they are not present.  Okay, I assume it's

 8   Ms. Frick who is speaking for the plaintiffs?

 9            MS. FRICK:  Yes, Your Honor.

10            THE COURT:  Okay, so I am not going to wait for

11   Ms. Marquez. All right, this is a conference that's being

12   recorded, it's open to the public, however, any further

13   recording or dissemination of the proceeding is prohibited.

14   Also, the attorneys should remain on mute unless they're

15   actually addressing the Court.

16            We're here based on a letter, 667, from the

17   plaintiffs and the responsive letter, 678. Who is speaking

18   for the defendants, Ms. Hamill, is that you?

19            MS. ROBINSON:  Your Honor, this is Amy Robinson

20   for defendants, we would like to, defendants would like to

21   seek leave to have two attorneys from defendants speak at

22   this conference, there are two of us that are particularly

23   involved in the deposition topic.

24            THE COURT:  Okay, as long as you don't give me

25   different answers to a question.
</pre>

```
 1                        PROCEEDINGS                7
 2              MS. ROBINSON:  Understood, Your Honor.
 3              THE COURT:  All right, so I'm, you know, we
 4   all have the same goal, I believe, I think the City
 5   has expressed its interest in achieving the same goal
 6   that the plaintiffs are which is obviously to comply
 7   with the Court's order.  I guess, before we get to the
 8   nitty gritty here, I understand from the letter there
 9   are 122 deposition days, I think I got that from
10   plaintiffs' letter, so let me ask Ms. Frick, does that
11   number include plaintiff depositions as well as
12   defendant depositions?
13              MS. FRICK:  No, Your Honor.
14              THE COURT:  So how many -- so in addition to
15   that there are plaintiff depositions?
16              MS. FRICK:  Yes, Your Honor, although with the
17   (inaudible) for the Hernandez plaintiffs, the actual
18   number of plaintiffs left to be deposed I believe is
19   relatively small, I believe it's only the Roland
20   plaintiffs and I'm not sure how many people that is,
21   oh, and four Gray plaintiffs, as well, so I think
22   we're, we're looking at, you know, a handful here.
23              THE COURT:  Well the numbers actually matter
24   to me so it's (inaudible) for Roland, you said?
25              MS. FRICK:  Yes, there are four Gray and then
```

```
 1                        PROCEEDINGS              8
 2   there are Roland plaintiffs and I don't know offhand
 3   the number of Roland plaintiffs that there are.  But
 4   I'm sure somebody can tell me that.
 5            THE COURT:  Can anyone answer that question?
 6            MR. ABOUSHI:  Yes, Your Honor, Aymen Aboushi
 7   for the Roland plaintiffs, there are six.
 8            THE COURT:  So six Roland and the others were,
 9   I'm sorry, Gray?
10            MS. FRICK:  Yes, Your Honor.
11            THE COURT:  So it's a total of ten left?
12            MS. FRICK:  Yes.
13            THE COURT:  Okay.  So talking under 32
14   deposition days unless plaintiffs drop out, okay.  And
15   as I recall, some depositions, is the 122, is that
16   taking into account half days or are those being
17   (inaudible) in that 122?
18            MS. FRICK:  I believe that the 122 accounts
19   for half days though there may be additional officers
20   that could be done in half days that are right now
21   marked on the chart as a full day. But as I understand
22   it, our internal chart that counts as half days is
23   what adds up to that number.
24            THE COURT:  Okay. So the 10 depositions that
25   the City, and I guess I'm turning to whoever is
```

1                          PROCEEDINGS                    9

2  answering this question from the City, the way I

3  understood the City's letter is that there are going

4  to be a total, they're ready to do 10 depositions

5  between now and September and only 10. I didn't know

6  if that meant 10 defendants' depositions or if plaintiffs

7  were to be involved that could be added or what, I assume it

8  was just 10 defendants and you could add the 10 plaintiffs

9  if necessary. Is that correct, that's a question for the

10  City?

11          MS. ROBINSON:  Yes, Your Honor, this is Amy

12  Robinson, we are prepared to provide plaintiffs with a

13  list of 10 deponents including plaintiffs on Tuesday

14  but we expect that there will be more deponents in

15  August including high ranking deponents.

16          THE COURT:  I didn't follow that.  When you --

17  when you, I read your letter to say we're ready to do

18  10 in August, maybe just tell me what you meant by

19  that?

20          MS. ROBINSON:  The 10 in August would be, what

21  we meant by that would be a mixture of both plaintiff

22  and defendants.  But that is, that's a minimum, we may be

23  able to add more deponents in August including high ranking

24  officers. There's just a bit of lead time necessary with

25  respect to that category.

```
 1                     PROCEEDINGS              10

 2             THE COURT:  Okay.  I'm, I'm thinking about this in

 3   terms of time and numbers so I have in front of me

 4   essentially seven full months, if we're giving up on next

 5   week and, you know, if there's a way not to give up on next

 6   week that would certainly be helpful. And it seems

 7   plaintiff, plaintiffs (inaudible) not give up on next week.

 8   I mean unless there is a realistic potential for moving it

 9   out through a Rule 68 offer.

10             So putting aside next week, we have 7 months and

11   132 depositions if we include the plaintiffs, the 10

12   plaintiffs.  To do that we need to have 20 a month except

13   for December which is shortened by holidays and February

14   shortened by holidays, 15 for those months. If we do that,

15   that will total 130 depositions, so that's 20 in August, 20

16   in September, 20 in October, 20 in November, 15 in December,

17   20 in January and 15 in February. And I guess since it's 132

18   I really should say 17 in February.  So let me just check my

19   math one more time, yes, that's 132.

20             So I think I just need, I think I'm now ordering,

21   so the City has to come up with deponents to fill that out

22   and I will let them, because the plaintiffs, you know, the

23   City I understand is under special obligation to produce

24   information with respect to certain deponents so I'm willing

25   to give the City the option to fill out months by, you know,
```

```
 1                          PROCEEDINGS                    11
 2  identifying plaintiffs and saying to the plaintiffs, you
 3  know, on certain days you're going to have to produce, you
 4  know, 4 plaintiffs or 5 plaintiffs, maybe in August all 10
 5  plaintiffs, I have no idea.  That's the schedule that I'm
 6  now ordering. So 20 in August, 20 in September, 20 in
 7  October, 20 in November, 15 in December, 20 in January, 17
 8  February. If the parties want to mutually agree to adjust
 9  those numbers and put a number in one place to another month
10  or to say you know what, turns out we're not going to need
11  that number of depositions, therefore, we can do 18 in
12  September instead of 20, that's fine, as long as the
13  parties mutually agree they can adjust the numbers.
14          So having said that, I'm willing to hear from
15  both parties to say if there is some problem with
16  doing that, anything from the plaintiffs' side? Ms.
17  Frick, I assume you're consulting, I'm happy to give
18  you a few minutes if that's what you want?
19          MS. FRICK:  Oh, I'm so sorry, I was just
20  talking on mute, I apologize.
21          THE COURT:  Okay.
22          MS. FRICK:  I apologize, Your Honor, I just
23  had two things, two thoughts. The first is that it may
24  make sense to order the scheduling of slightly more
25  than 20, something like 22 or 23 to account for, you
```

```
 1                    PROCEEDINGS            12
 2   know, the inevitable illness or urgent situation that
 3   comes up for the witness or for defense counsel or
 4   something like that.
 5        And the other point is I have some concern for
 6   the indication in their letter that they want to
 7   frontload and only schedule low level depositions
 8   first and kind of get through all of those before
 9   moving on to the high level. And my concern about that
10   is just that it's very likely that we'd be able to cut
11   some low level officers as time goes on and as we
12   learn more, particularly from higher level deponents.
13   And so in the sense of efficiency it would make much
14   more sense to have at least a mixture.  And that's
15   what we had presented in our batch was a mixture of
16   high level and low level including somebody like
17   Gerard Dowling who, you know, has already been
18   prepped, already had a day of deposition and would
19   just need to come and finish his deposition per the
20   Court's order from earlier this spring.
21        So if there is some capacity to urge
22   (inaudible) to include high level deponents mixed in
23   with lower level, it's something that plaintiffs
24   would, would surely appreciate.
25             THE COURT:  All right, does the City want to
```

1

2  respond?

3        MS. ROBINSON:  Yes, we are absolutely willing

4  to do that, the only reason that we have not scheduled

5  the high ranking as of yet is because we've been

6  working diligently since the previous conference with

7  the NYPD to work out the nuts and bolts of the

8  protocol which his extremely complicated and requires

9  a lot of moving parts to work together all at the same

10  time. So that's the only reason we don't want to

11  schedule a deposition unless we know how the protocol

12  is going to work out. and I think that we have it down

13  now how it's going to work out, we just have to see in

14  practice how it works out.

15        For example, you know, we have to remove

16  people's phones, all of their phones, for the text

17  messages. They have to be taken to One PP, they have

18  to, their ITB unit has to extract the information,

19  have to come back to our e-discovery group and then

20  come the case team, so that's just one example of how

21  the high ranking deposition protocol is complicated.

22        THE COURT:  How many of the, of the 132 how

23  many are high ranking?

24        MS. ROBINSON:  I think approximately 55,

25  around that number.

```
 1                      PROCEEDINGS              14

 2           THE COURT:  Okay.  Well it sounds like the

 3   plaintiffs believe the City should be incentivized to

 4   frontload to the extent they can high level

 5   depositions because it may eliminate other

 6   depositions, is that something the City recognizes?

 7           MS. ROBINSON:  Definitely, we understand that.

 8   And it's, we just want to make sure that we get it

 9   right with respect to the protocol. We know that

10   scheduling the deposition schedules certain things and

11   we've been working point by point with the NYPD to try

12   to get the protocol to work just as we need it to for

13   these depositions.

14           And with regard to Gerard Dowling, he's a good

15   example, although he's already been prepped because

16   he's been deposed before, he is now, he's again in his

17   fact witness, has his fat witness hat on for his next

18   deposition. Unfortunately, he has an open CCRB which a

19   number of officers have and a number of high ranking

20   officers have which means that his union counsel has

21   to be involved or may have to be involved in the prep

22   and at the deposition. So it's just, they're just

23   extra layers of complication with respect to the high

24   ranking officers and that's, that's the only reason

25   why we've needed a little more lead time with them.
```

```
 1                         PROCEEDINGS            15

 2             THE COURT:  Okay.  So just to address the

 3   unaddressed issue I think that Ms. Frick raised, in

 4   terms of extra numbers in a particular month, I think

 5   that's what I had reserved March for, which is things

 6   that are unexpected and that then have to be moved to

 7   a little bit later.  So, you know, certainly the

 8   parties are free to agree to an additional number, I

 9   think I'm prepared to order it at this time since we

10   have March as a residual month.

11             Okay, so that's the numbers, now the question

12   is, you know, and that my goal in ordering the chart

13   was to allow for some mechanism to make sure that the

14   schedule is being complied with. I think the chart's

15   good, whether, you know, my thought in including the

16   third column of what dates they're available just as

17   an aid to parties to allow the plaintiffs to say,

18   well, we've got these three dates and to quickly talk

19   among themselves about what dates are going to be best

20   for them and how to put it together.

21             I don't feel strongly about column three, I

22   feel strongly about the numbers I just ordered, and

23   everything else is an aid to try to get there. So

24   maybe knowing that the numbers have now been ordered,

25   maybe the plaintiffs want to talk about what, you
```

1                            PROCEEDINGS                16

2  know, there are other ways to do this, I could say the

3  20 depositions have to be scheduled by, you know, one

4  week before the start of the month. There are kind of

5  other ways to achieve this to make sure that things

6  aren't flipping because I can order, yes, 20

7  depositions in August and then if they don't get

8  scheduled there may be some argument about whose fault

9  that was and I don't have a good solution to this. So,

10 Ms. Frick, you know, I'll hear from each side as to

11 what the best solution is to make sure that the 20 is

12 being complied with and that there's clear lines of

13 responsibility for who it was that failed to put

14 together the 20.

15          MS. FRICK:  Yes, Your Honor, we certainly

16 would ask that the 20 be scheduled at some period of

17 time before the start of the month. I think ideally it

18 would be two weeks before the start of the month so

19 that you have a (inaudible) lead time for that first

20 week of depositions, so I think that's what we would

21 prefer. If the Judge, if Your Honor recalls we had a

22 similar process at the beginning of this case a year

23 ago for scheduling depositions and I think at this

24 point that's the only mechanism that will actually

25 work to get these on the calendar.

```
 1                    PROCEEDINGS              17

 2           You know, I understand the idea of the chart

 3  was to help facilitate that.  What I'm confused about

 4  with the chart is that it shows the defendants have

 5  made contact with a number of witnesses and yet none

 6  of those witnesses have a deposition date proposed or

 7  scheduled, so I don't, I don't understand exactly how

 8  defendants are using the chart.  I do think that if we get

 9  an agreement or an order that all of the depositions need to

10  be scheduled in advance of the month, I think that that

11  then, that really only counts for August and September

12  because we already have an order that all depositions have

13  to be calendared by September 16th.  And that was docket

14  number 630.

15           THE COURT:  Right.  Yes, I guess there really is

16  just (inaudible) period.  When, when -- when does the City

17  think it can, let's just work on August for right now

18  because I think it's an important month, when is the

19  City going to provide -- let me back up for a second.

20           Is the availability of plaintiffs' counsel an

21  issue?  I certainly, you know, I guess there are some

22  officers, low level officers that apply to certain

23  cases more than others, but is availability of

24  plaintiffs' counsel an issue for scheduling?  In other

25  words, if the City says here's our schedule for August
```

```
1                       PROCEEDINGS              18

2    and has on each date, you know, a list of names which

3    may include plaintiffs -- well let me back up.  Let's

4    leave the plaintiffs out of this, plaintiffs'

5    depositions out of this.  If they get a schedule in

6    August with a number of defendants, is there a

7    possibility that the plaintiffs are going to say, you know

8    what, we're not available that day to do that particular

9    person, you know, that person needs to be moved to another

10   date and you need to put someone else in on the 14th?

11          MS. FRICK:  Your Honor, you're asking about

12   plaintiffs' counsels' availability --

13          THE COURT:  Exactly.

14          MS. FRICK:  Okay.  So, look, counsel has been

15   coordinating in advance and we have, for the high

16   level depositions we have already tried to kind of

17   allocate a lead team for most, if not all, although of

18   course once a deposition is scheduled we need to

19   coordinate with each other so that all the questions

20   (inaudible) asked, asked without having to duplicate

21   efforts or duplicate questions (inaudible).  So there's

22   a lot of coordination going on and we've already tried

23   to begin.

24          So while I want to say, of course, we will,

25   and it is true that we will bend over backwards to
```

1                            PROCEEDINGS                    19

2    make a schedule work that defendants send, there are

3    depositions that are going ahead by certain plaintiffs'

4    teams and if those teams are not available, you know,

5    there's only so much reshuffling we can do if it's not

6    sufficiently scheduled ahead of time. And our thinking was

7    our provided chart that we provided as Exhibit C to our, our

8    letter motion, fills out all of August, it's a mix of low

9    level and high level, you know, more low level than high

10   level, okay, and it's a variety of different teams taking

11   the lead on each one as is indicated on the chart.  And, you

12   know, we already know that all of those dates work and we

13   also tried to provide backup dates for almost all of those.

14            And so while I want to say that, you know, I would

15   love to be able to say there's, you know, plaintiffs can,

16   will never have a scheduling issue, that's just not the

17   case, unfortunately, given that, you know, of course all of

18   us have other cases as well.  But that said, we are, we can,

19   to insure that that is minimally, as minimally disruptive as

20   possible and part of the way that we're doing that is trying

21   to divvy up the work in advance and the other (inaudible)

22   we're doing that is providing for the City a suggested list

23   for August. And it's already now July 21st and so, you know,

24   we've provided names that we know would work in August.

25            THE COURT:  Well I mean I am agnostic as to the

```
 1                    PROCEEDINGS              20
 2  methodology, I just want the 20 scheduled. So the question I
 3  guess for the City is, you know, what is your plan, I want
 4  20, you know I want the 20 scheduled in August, what's your
 5  plan for how you are going to offer those dates and when --
 6  and when?
 7            MS. ROBINSON:  Just a second, Your Honor. Could
 8  we, I'm thinking could we give 10 in one week and then
 9  10 in the following week?
10            THE COURT:  Well how about 10 by -- how about
11  10 by a week from today and then 10 by the week after
12  that, which leads slightly I guess into August, is
13  that what you were proposing?
14            MS. ROBINSON:  Yes.
15            THE COURT:  Yes, well let's make it Wednesday,
16  so 10 by the 27th and the remaining 10 by August 3rd.
17  So I guess the problem is that if the plaintiffs have
18  a problem with those dates, you know, you may have,
19  you may have people, particularly low level people,
20  who say, sure, I can do it any time the week of the
21  15th and you may put a schedule that picks up certain
22  dates for that person but that might, that may be a
23  problem for the plaintiffs.  See, this is why I was
24  hoping for the third column, just to make it easier
25  for the plaintiffs.  So I think what I need is on your
```

```
 1                    PROCEEDINGS              21
 2   good faith to not merely say here are the dates, but
 3   to also say here's the other availability in case any
 4   rejiggering is needed. So for any deponent for which
 5   there's other options, you need to say what those
 6   other options are in terms of dates, do you understand
 7   what I'm saying?
 8            MS. ROBINSON:  I do understand, and what we've
 9   done, what we did in the past was, except for the high
10   ranking officers, we proposed dates on a certain day
11   and then plaintiffs would get back to us on the next
12   day with respect to whether those depositions could go
13   forward.  I don't know if that works in the current,
14   in the current scheme but that's what we did, and then
15   with the higher ranking 30(b)(6) essentially they're
16   all scheduled, once we get their availabilities
17   they're all scheduled at one time which we know goes
18   into the September 16th deadline. But they're generally
19   all scheduled at the same time and then we shoot the
20   list over to plaintiffs and they have accepted, they
21   accepted the schedule the last time.
22            MS. FRICK:  My recollection, Your Honor, for
23   the line level officers, the defendants provided, each
24   week would provide a list of dates and I believe a backup
25   date and I think that that's what the Court has indicated
```

```
1                         PROCEEDINGS              22

2    here would be useful is a date, backup date, or a date, an

3    additional availability so that the plaintiffs have a little

4    bit of flexibility.

5            You know, I'm a little concerned by getting a

6    schedule on July 27th (inaudible) depositions presumably to

7    begin August 1st or August 2nd, you know, that leaves very,

8    very little lead time.

9            THE COURT:  You're right, that doesn't give much

10   lead time, yes, we're in this interim period so for the

11   first two weeks in August which is August 1st through 12th, I

12   think telling them two days, business days beforehand is not

13   enough. So I mean, you know, Monday, the 25th, maybe is the

14   better time for those first two weeks in August.  And then

15   for the last time --

16           MS. ROBINSON:  Sorry.

17           THE COURT:  Go ahead.

18           MS. ROBINSON:  I was just going to say, Your

19   Honor, that we have a little concern with August and

20   September because many of the officers that were

21   involved in the protests have to, mandatorily have to

22   be present for the United Nations General Assembly and

23   the US Open which both occur in August and September.

24   So we just may need a little more flexibility with

25   respect to August and September.
```

```
 1                    PROCEEDINGS              23

 2              THE COURT:  Well flexibility with respect to

 3    what, to the number 20 or something else?

 4              MS. ROBINSON:  Maybe to the number 20 or, I'm

 5    just trying to explain why there would be some

 6    unavailable --

 7              THE COURT:  I need a better showing than that.

 8    I mean we have got 122 officers and, you know, if you

 9    tell me that 100 of them are on details and completely

10    unavailable and you provide me proof of that, I might

11    consider, reconsider the 20.

12              MS. ROBINSON:  We do have outer borough

13    officers that can take those slots, it's just a matter

14    of getting their protocols together and also checking

15    to see if they have open CCRBs, which involves the,

16    also the calendar of the union counsel.

17              THE COURT:  I understand that but, you know,

18    if you need me to order something I'll order it if

19    someone is being, you know, I'm sure there are

20    multiple lawyers in these union counsel firms.  I

21    don't see why they should be holding up the

22    depositions.

23              MS. ROBINSON:  And I have no indication that

24    they will be, I'm just saying --

25              THE COURT:  I'm not moving, I'm not changing
```

```
 1                    PROCEEDINGS            24
 2   the 20 based upon what you've told me.  So the only
 3   question is, you know, I want, and you're allowed to
 4   use plaintiff depositions to the extent that you need
 5   to but we have to have 20 for August and 20 for
 6   September.
 7            So here's my interim proposal. So by July
 8   25th, you give at least the 10 for August 1st to August
 9   12th and then by August 1st you'll give us August 15th
10   to August 26th -- I'm sorry, to August 31st.  Now we
11   have get through September and that will be it, and
12   then give by, I'm sorry, did I say August -- July 25th
13   you're giving August 1st to August 12th. August 1st
14   you're giving August 15th to August 31st.  By August
15   15th you'll give September 1st to 16th, by --
16            MS. FRICK:  Your Honor, would it be --
17            THE COURT:  Yes?
18            MS. FRICK:  I very much apologize for
19   interrupting, I'm just wondering if given the time if
20   we could just have all of our dates, all 20 provided
21   by the middle of August to give the plaintiffs some
22   amount of lead time to --
23            THE COURT:  Yes, I guess there's a point to
24   that.  All right, by August 15th you give September
25   then.  And then we'll get the full list on September
```

```
 1                      PROCEEDINGS              25
 2  16th to take us through the rest of the year.
 3          MS. FRICK:  I also do just want to highlight
 4  --
 5          THE COURT:  Go ahead.
 6          MS. FRICK:  It's my understanding that the
 7  Gray plaintiffs have a limited, if any, ability in
 8  August. They had, it's my understanding that they have
 9  reached out about scheduling these depositions in July
10  and didn't hear anything. I know, I think that, you
11  know, maybe one could go next week but I do know the
12  Gray plaintiffs have availability problems for August,
13  unfortunately.
14          THE COURT:  All right.  Well then let's not
15  use the four Gray plaintiffs for filling in these
16  slots.  Okay, so July 25th we get the schedule, August
17  1st to 12th, August 1st the schedule for August 15th to
18  31st, and then August 15th for September, and then
19  September 16th for everything else.  I think, you know,
20  I'm not going to order that third column (inaudible)
21  right now because I think what I've ordered just now
22  it supersedes that to some degree.
23          So I think, do we have what we need at this
24  point, Ms. Frick, from your point of view, to make
25  sure this happens?
```

```
 1                      PROCEEDINGS              26

 2           MS. FRICK:  Yes, Your Honor, the only small

 3  thing I just want to note for the record, I don't

 4  think that this requires Court intervention at this

 5  point, but as I understand it there are a handful of

 6  30(b)(6) topics that the City has not designated

 7  deponents for. So there is not a deponent for those

 8  topics on our chart.  So the 122 figure only includes

 9  the people on the chart and because there hasn't been

10  a, any designee named for that topic of topics, I'm

11  not positive, I just want to note that that would be

12  added. But this is something that we can meet and

13  confer about.

14           THE COURT:  Okay.  Anything else from the

15  plaintiffs' side for today?

16           MS. FRICK:  No, Your Honor, thank you very

17  much for your assistance.

18           THE COURT:  Anything from the defendants' side

19  that we need to do today?

20           MS. ROBINSON:  No, Your Honor, just, I just

21  wanted to mention that we have designated witnesses

22  for each topic and provided those designations to

23  plaintiffs, but if there is a gap with respect to some

24  topics, I think that we can work that out.

25           THE COURT:  Well they don't seem to think
```

1                          PROCEEDINGS                        27

2  you've done it so I think the two of you should talk.

3           Anything else, Ms. Robinson?

4           MS. ROBINSON:  No, Your Honor.

5           THE COURT:  Okay, thank you, everyone, and

6  good-bye.

7                 (Whereupon the matter is adjourned.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                                                                    28

2                           C E R T I F I C A T E

3

4          I, Carole Ludwig, certify that the foregoing

5   transcript of proceedings in the United States District

6   Court, Southern District of New York, In Re: New York

7   Policing During Summer 2020 Demonstrations, docket

8   #20cv8924, was prepared using PC-based transcription

9   software and is a true and accurate record of the

10  proceedings.

11

12

13

14

15  Signature   *Carole Ludwig*

16

17  Date:   July 26, 2022

18

19

20

21

22

23

24

25