

July 28, 2022

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

By Electronic Filing.

    Re:    <u>In re: New York City Policing During Summer 2020 Demonstrations</u>, 1:20-CV-8924 (CM) (GWG) — This Letter Relates to *Sow*, 21-cv-533

Dear Judge Gorenstein:

I write to ask that the Court deny the motion at Dkt. No. 700 without prejudice or otherwise allow the *Sow* Plaintiffs to withdraw it for the time being. In light of progress made at the settlement conference today, we believe holding off on the motion is in all parties' best interests.

As ever, I thank the Court for its time and consideration.
.

    Respectfully submitted,

    /s/
    _____

J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Sow Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

Granted. The Court will defer consideration of Docket # 700 pending any request to reinstate it.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
July 29, 2022