UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations | 20-Civ. 8924 (CM)(GWG) |
| This filing is related to: | |
| Rolon et al. v. City of New York et al. | 21 Civ. 2548 (CM)(GWG) |
| Gray et al. v. City of New York et al. | 21 Civ. 6610 (CM)(GWG) |

### NOTICE OF MOTION BY POLICE BENEVOLENT ASSOCIATION TO INTERVENE UNDER FEDERAL RULE OF CIVIL PROCEDURE 24

**PLEASE TAKE NOTICE** that upon the attached Declaration of Thomas A. Kissane, Esq., sworn to on July 29, 2022, and the Memorandum of Law in Support of the Police Benevolent Association's Motion For Intervention Under Federal Rule of Civil Procedure 24, and upon all prior proceedings in this action, the Police Benevolent Association will hereby move this Court, pursuant to Rule 24 of the Federal Rules of Civil Procedure at the United States Courthouse, Southern District of New York, 500 Pearl Street, Room 24A, New York, NY 10007-1312, on such date and at such time as the Court may direct, for an order for an Order allowing the Police Benevolent Association to intervene as a party-defendant in the cases of *Rolon et al. v. City of New York et al.*, 21-CV-2548 and *Gray et al. v. City of New York et al.*, 21-CV-6610, and for such other and further relief as this Court may deem just and proper.

Dated: July 29, 2022
New York, New York

**SCHLAM STONE & DOLAN LLP**

By: /s/ Thomas A. Kissane
Richard H. Dolan
Thomas A. Kissane
26 Broadway, 19th Floor
New York NY 10004
Tel.:   (212) 344-5400
Fax:   (212) 344-7677
Email: rdolan@schlamstone.com
Email: tkissane@schlamstone.com

*Attorneys for Police Benevolent Association of the City of New York, Inc.*

- and –

**LAW OFFICES OF ROBERT S. SMITH**

Robert S. Smith
7 Times Square, 28th floor
New York, N.Y. 10036
Tel.:  (917) 225-4190
Email: robert.smith@rssmithlaw.com

MICHAEL T. MURRAY
Office of the General Counsel
Police Benevolent Association of the
City of New York, Inc.
125 Broad Street, 11th Floor
New York, NY 10004
Tel: (212) 298-9144
E-mail:  mmurray@nycpba.org

Gaurav I. Shah,
Associate General Counsel
E-mail:  gshah@nycpba.org

*Of Counsel*