

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**DANIEL M. BRAUN**
*Senior Counsel*
dbraun@law.nyc.gov
Phone: (212) 356-2659
Fax: (212) 356-1148

**By ECF**

August 2, 2022

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *In re: NYC Policing During Summer 2020 Demonstrations*
              20-CV-8924 (CM)(GWG)

Your Honor:

    I am a Senior Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and one of the attorneys representing Defendants in the above referenced matter. By Order dated July 20, 2022 (Docket 677), the Court set August 3, 2022 as the deadline to file any application to seal the materials described in plaintiffs' letter at Docket 655. Defendants write to apprise the Court that plaintiffs have consented to an extension of that deadline. There would also be a corresponding extension for Plaintiffs' time to reply. Accordingly, the new briefing schedule is as follows:

- Defendants to file any opposition by August 24, 2022; and
- Plaintiffs to file a Reply by September 7, 2022.

    Thank you for your consideration herein.

                                      Respectfully submitted,

                                      *Daniel Braun* /s/
                                      Daniel Braun
                                      Senior Counsel
                                      Special Federal Litigation Division

cc:     ALL COUNSEL (via ECF only)