UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re: New York City Policing During Summer   :        ORDER
2020 Demonstrations
                                                         20 Civ. 8924 (CM) (GWG)
                                               :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Plaintiffs move to compel disclosure of documents that the City has withheld pursuant to the deliberative process privilege. See Docket # 681, at 1-5. In the event that one of their arguments (relating to the plaintiffs' greater need for the documents) is unsuccessful, plaintiffs seek in camera review of the documents to ascertain whether they include segregable factual material. Id. at 8. The City does not object to in camera review. See Docket # 702, at 10.

      The Court has not yet determined whether in camera review will be necessary. Nonetheless, to avoid any delay, the defendants are directed to supply to the Court by August 5, 2022, a copy of the disputed documents in electronic form for the Court's in camera review in the event it chooses to undertake such review in the future. The documents may be transmitted by email or delivered to the Courthouse on a thumb drive.

      SO ORDERED.

Dated: New York, New York
       August 2, 2022

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge