```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

In Re: New York City Policing
During Summer 2020 Demonstrations                             20-cv-08924 (CM)(GWG)
_____x

This filing is related to:

*Wood v. City of New York, et al.,*                                       20-cv-10541 (CM)(GWG)

_____x

*Sierra v. City of New York, et al*.,
                                                                                          20-cv-10291 (CM)(GWG)
_____x

**ORDER**

McMahon, J.:

Pending before the court is Plaintiffs' letter motion to seal Exhibit 13 of their Motion to Consolidate. (Docket No. 691). According to Plaintiffs' letter motion, the exhibit in question is deemed confidential pursuant to a confidentiality order entered into by the parties, and Defendants have declined to give their consent to the public filing of Exhibit 13. I remind the parties that the court is not a party to any confidentiality order.

The court hereby orders that the unredacted version of Exhibit 13 (Docket No. 692) remain temporarily filed under seal. Defendants have until 5 PM on August 12, 2022, to explain to the court why Exhibit 13 should remain sealed in light of the fact that there are very few exceptions to the presumption that the entire record should be publicly available. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-120 (2d Cir. 2006).

The Clerk of the Court is respectfully directed to terminate the motion at Docket No. 691.

Dated: August 3, 2022

_____
U.S.D.J.

BY ECF TO ALL COUNSEL