UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations <br><br> This filing is related to: <br> ALL CASES | CIVIL ACTION NO. 20 Civ. 8924 (CM)(GWG) <br><br> **STIPULATION AND ORDER** |

      Plaintiffs, Defendants, and Union-Intervenors jointly stipulate that if the Court grants the parties' requested 60-day extension of the discovery schedule (Dkt No. 716), the parties will limit discovery as follows during the 60-day stay period ("stay period"):

  1.  All depositions will be stayed during the stay period, except for any deposition scheduled to occur one day after the start of the stay period.

  2.  The parties will continue to schedule depositions during the stay period so that they can resume consistent with the pace set forth in the Court's order on depositions (Dkt. No. 679) if no resolution is reached. The parties will re-start depositions consistent with the Court's orders (Dkt. Nos. 679 and 670) within one week of the stay period expiring. To accomplish this schedule, the City will provide to the other parties, within 45 days of the stay commencing, deposition dates (with at least one alternative date of availability for each deponent) for ten deponents to be deposed within a two-week period starting one week after the stay expires. The City will continue to provide deposition dates thereafter at a pace consistent with the Court's Order in Dkt. No. 679. Both parties will provide pre-deposition discovery consistent with the Court's rulings in Dkt. Nos. 457 and 670.

3. No party will serve new written discovery requests during the stay period, with one agreed-upon exception. The parties agree that the Office of the Attorney General ("OAG") is permitted to serve written discovery requests regarding disciplinary records that were raised at a meet and confer and follow-up communications between OAG and the City on July 25-27, 2022.

4. The parties will respond to any written discovery requests served before the stay period and will address any deficiencies related to written discovery raised before the stay period, with the following exceptions:

    a. In regards to the sampling proposal raised by Plaintiffs on July 25, 2022 (see email from Remy Green, 10:43 am), Defendant City agrees to provide a 95/5 sample for each of the four categories requested, subject to a privilege review, which will be produced at a date to be determined after the stay has been lifted. Any discovery on the sampling request shall be stayed for the duration of the stay period.

    b. The parties agree that if Plaintiffs file a motion to compel regarding the City's responses to Plaintiffs' requests to admit, Plaintiffs consent to a two-week extension for the City to respond to that motion regardless of whether the Court grants the requested stay. If the Court grants the requested stay, the parties agree the City's response would not be due until two weeks after the expiration of the stay period.

    c. Plaintiffs will not send any deficiency letters related to the Union's discovery responses until after the Court acts on this Stipulation and, if this Stipulation is approved by the Court, will refrain from sending any deficiency letters related to the Union's discovery responses until the stay period expires.

        Unions likewise will not send any deficiency letters related to Plaintiffs' discovery responses until after the Court acts on this Stipulation and, if this Stipulation is approved by the Court, will refrain from sending any deficiency letters related to the Plaintiffs' discovery responses until the stay period expires.

5. For any discovery issues raised before the stay period (except those in Paragraphs 4a-b), nothing prevents any party from seeking to address the dispute consistent with the Court's Individual Rules and Dkt. Nos. 317 and 490. The parties agree, however, that in furtherance of the good-faith negotiation process they are currently engaged in via mediation, they will work together in good faith to avoid unnecessarily burdening the Court with discovery issues during the stay period.

6. Nothing prevents any party from seeking to enforce this Stipulation during the stay period.

Dated: New York, New York
       August 4, 2022

**STIPULATED AND AGREED:**

Hon. Sylvia O. Hinds-Radix
Corporation Counsel of the City of New York
100 Church Street Rm. 3-207
New York, NY 10007

By:    */s/ Omar J. Siddiqi*
        Omar J. Siddiqi
        Senior Counsel

*Counsel for Defendant City of New York*

LETITIA JAMES
*Attorney General of the State of New York*

By: /s/ _____
Jessica Clarke, *Chief of Civil Rights Bureau*
Lillian Marquez, *Assistant Attorney General*
Swati Prakash, *Assistant Attorney General*
Travis England, *Assistant Attorney General*
Gregory Morril, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
(212) 416-8250
Jessica.Clarke@ag.ny.gov

*Counsel for Plaintiff in People of the State of New York v. City of New York, No. 21-cv-322*

| | |
|---|---|
| **BELDOCK LEVINE & HOFFMAN LLP** | **GIDEON ORION OLIVER** |
| By: *[signature]* <br> Jonathan C. Moore <br> David B. Rankin <br> Luna Droubi <br> Marc Arena <br> Deema Azizi <br> Rebecca Pattiz <br> Katherine "Q" Adams <br> Regina Powers <br><br> 99 Park Avenue, PH/26th Floor <br> New York, New York 10016 <br> t: 212-490-0400 <br> f: 212-277-5880 <br> e:  jmoore@blhny.com <br>   drankin@blhny.com <br>   ldroubi@blhny.com <br>   marena@blhny.com <br>   dazizi@blhny.com <br>   rpattiz@blhny.com <br>   qadams@blhny.com <br>   rpowers@blhny.com | *[signature]* <br> 277 Broadway, Suite 1501 <br> New York, NY  10007 <br> t: 718-783-3682 <br> f: 646-349-2914 <br> Gideon@GideonLaw.com <br><br> **COHEN&GREEN P.L.L.C.** <br><br> By: *[signature]* <br> Elena L. Cohen <br> J. Remy Green <br> Jessica Massimi <br><br> 1639 Centre Street, Suite 216 <br> Ridgewood (Queens), NY 11385 <br> t: (929) 888-9480 <br> f: (929) 888-9457 <br> e: elena@femmelaw.com <br>    remy@femmelaw.com <br>    jessica@femmelaw.com |
| **WYLIE STECKLOW PLLC** <br><br> *[signature]* <br><br> By: Wylie Stecklow <br> Wylie Stecklow PLLC <br> Carnegie Hall Tower <br> 152 W. 57th Street, 8th Floor <br> NYC NY 10019 <br> t: 212 566 8000 <br> Ecf@wylielaw.com | **LORD LAW GROUP PLLC** <br><br> *[signature]* <br><br> Masai I. Lord <br> 14 Wall St., Ste 1603 <br> New York, NY 10005 <br> P: 718-701-1002 <br> E: lord@nycivilrights.nyc |

*Counsel for Plaintiffs in Sow v. City of New York, No. 21-cv-533*

- 5 -

NEW YORK CIVIL LIBERTIES UNION FOUNDATION

/s/ _____
Molly K. Biklen
Daniel R. Lambright
Robert Hodgson
Perry Grossman
Veronica Salama
Jessica Perry
Lisa Laplace
Christopher T. Dunn
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3300
mbiklen@nyclu.org
dlambright@nyclu.org
rhodgson@nyclu.org
pgrossman@nyclu.org
vsalama@nyclu.org
jperry@nyclu.org
llaplace@nyclu.org
cdunn@nyclu.org

*Co-Counsel for Plaintiffs in Payne v. De Blasio, No. 20-cv-8924*

THE LEGAL AID SOCIETY

/s/ _____
Corey Stoughton
Jennvine Wong
Rigodis Appling
199 Water Street
New York, NY 10038
(212) 577-3367
cstoughton@legal-aid.org
jwong@legal-aid.org
rappling@legal-aid.org

*Co-Counsel for Plaintiffs in Payne v. De Blasio, No. 20-cv-8924*

HAMILTON CLARKE LLP

/s/ _____
Lance A. Clarke, Esq.
Jason Clark, Esq.
Michael L. Spiegel, Esq.
48 Wall Street, Suite 1100

New York, NY 10005
(212) 729-0952

*Co-Counsel for Plaintiffs in Sierra et al v. City of New York, No. 20-cv-10291*


THE LAW OFFICE OF JOSHUA MOSKOVITZ, P.C.

/s/ _____
Joshua S. Moskovitz, Esq.
14 Wall Street, Suite 1603
New York, NY 10005
(212) 380-7040

*Co-Counsel for Plaintiffs in Sierra et al v. City of New York, No. 20-cv-10291*

RICKNER PLLC

/s/ _____
Rob Rickner
14 Wall Street
Suite 1603
NY NY 10005

*Co-Counsel for Plaintiffs in Sierra et al v. City of New York, No. 20-cv-10291*


KAUFMAN LIEB LEBOWITZ & FRICK LLP

/s/ _____
Alison Frick
Douglas E. Lieb
18 East 48th Street, Suite 802
New York, NY 10017
(212) 660-2332
dlieb@kllf-law.com

*Counsel for Plaintiff in Wood v. de Blasio, et al, No. 20-cv-10541*

DAVIS WRIGHT TREMAINE LLP

/s/ _____
Robert D. Balin
Abigail B. Everdell
Kathleen Farley
Nimra Azmi
1251 Avenue of the Americas, 21st Floor

New York, NY 10020
Phone: (212) 489-8230
Fax: (212) 489-8340
robbalin@dwt.com

-and-
*Mickey H. Osterreicher, Esq.*
70 Niagara Street
Buffalo, NY 14202
Phone: (716) 983-7800
lawyer@nppa.org


WYLIE STECKLOW PLLC

_____
By: Wylie Stecklow
Wylie Stecklow PLLC
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
NYC NY 10019
t: 212 566 8000
Ecf@wylielaw.com

*Counsel for Plaintiffs in Gray, et al v. City of New York, et al, No. 21-cv-06610*

The Aboushi Law Firm PLLC

_____
Tahanie A. Aboushi, Esq.
Aymen A. Aboushi, Esq.
The Aboushi Law Firm
1441 Broadway, 5th Floor
New York, NY 10018
Tel: (212) 391-8500
Fax: (212) 391-8508
Aymen@Aboushi.com
Tahanie@Aboushi.com

*Counsel for Plaintiffs in Rolon, et al v. City of New York, et al, No. 21-cv-2548*

- 8 -

The Quinn Law Firm, PLLC
*Attorneys for the Sergeants Benevolent Association*
By:

_____
Marykate Acquisto, Esq.
399 Knollwood Road, Suite 220
White Plains, New York 10603
Tel. (914) 997-0555
macquisto@quinnlawny.com

**PITTA LLP**

By: _____/s/_____
        STEPHEN MC QUADE, ESQ.
        *Attorneys for Union-Intervenor Detectives'*
        *Endowment Association*
        120 Broadway, 28th Floor
        New York, New York 11554
        212-652-3885
        smcquade@pittalaw.com

**SCHLAM STONE & DOLAN LLP**

By: _____
Richard H. Dolan
Thomas A. Kissane
26 Broadway, 19th Floor
New York, NY 10004
Tel: (212) 344-5400
Fax: (212) 344-7677
Email: rdolan@schlamstone.com
Email: tkissane@schlamstone.com

**LAW OFFICE OF ROBERT S. SMITH**

Robert S. Smith
7 Times Square, 28th Floor
New York, NY 10036
Tel: (917) 225-4190
Email: robert.smith@rssmithlaw.com

*Attorneys for the Police Benevolent Association of the City of New York Inc.*

**SO ORDERED:**

Dated: August 4. 2022
       New York, New York

_____
Hon. Gabriel Gorenstein