UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

In Re: New York City Policing During Summer 2020 Demonstrations

20 Civ. 8924 (CM)(GWG)

-------------------------------------------------------------------------X

This filing is related to:

21 Civ. 02548 (CM)(GWG)

KAYLA ROLON, COREY GILZEAN, MICHAEL HERNANDEZ, CHRISTOPHER HUSARY, KEITH CLINGMAN, and JONATHAN PECK,

Plaintiffs,

-against-

THE CITY OF NEW YORK, THE NEW YORK POLICE DEPARTMENT, MAYOR BILL DE BLASIO, NYPD COMMISSIONER DERMOT SHEA, NYPD CHIEF TERENCE MONAHAN, AND POLICE OFFICERS WELLS, LARS FRANTZEN (TAX ID. 936615), FIERRO (SHIELD NO. 88189), JON BRODIE (88TH PRECINCT), PICHARDO (40TH PRECINCT), EDUARD LUCERO, ALTAMIRANO (TAX ID 960157), SGT. ROBERT DIXSON (TAX ID. 934784), SGT SCOTT HALDEMAN, AND JOHN AND JANE DOES 1-20, individually and in their official capacities,

Defendants.
-------------------------------------------------------------------------X

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 26(d)(1), Plaintiffs Kayla Rolon, Corey Gilzean, Michael Hernandez, Christopher Husary, Keith Clingman, Jonathan Peck and Defendants agree that Plaintiffs, Defendants may immediately seek and serve discovery, including third-party discovery, relating to the claims, defenses, and issues in *Rolon et al. v. City of New York*, civil action 21 Civ. 02548 (CM)(GWG). The parties further agree that:

1. All parties will abide by the Stipulation and Order Regarding Clawback Agreement entered as Docket 333 in civil action 20 Civ. 8924(CM)(GWG) in this matter;

2. All parties will abide by the protective order entered as Docket 115 in civil action 20 Civ. 8924 (CM)(GWG) in this matter; and

3. All discovery that has been and will be conducted in the consolidated cases will be deemed part of *Rolon,* without the need for either party to re-disclose it, respecting any confidentiality designations that are in place.

4. All consolidated and/or joint discovery served by the consolidated cases prior to the lifting of the stay of the *Rolon* matter will be deemed served by *Rolon* without the need for *Rolon Plaintiffs* to re-serve them, with the exception of interrogatories and without prejudice to serve additional discovery.

Dated: New York, New York
       August 09, 2022

| | |
|---|---|
| THE ABOUSHI LAW FIRM, PLLC. | HON. SYLVIA O. HINDS-RADIX |
| *Attorneys for Plaintiffs* | Corporation Counsel of the |
| 1441 Broadway, 5th Floor | City of New York |
| New York, New York 10018 | *Attorney for Defendants* |
| | 100 Church Street |
| | New York, New York 10007 |
| By: _____ | By: *Amy Robinson s/* |
| Tahanie A. Aboushi | Amy Robinson |
| | *Senior Counsel* |

SO ORDERED:

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

August 9, 2022