UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations | No: 20-cv-08924 (CM)(GWG) |
| This filing is related to:<br><br>*People v. City of New York, et al.* | No: 21-cv-00322 (CM)(GWG) |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, the undersigned respectfully seeks leave to withdraw my appearance as attorney for the People of the State of New York in this matter because of my upcoming departure from the New York State Office of the Attorney General. The New York State Office of the Attorney General will continue to be represented in this matter by Lillian Marquez, Jessica Clarke, Travis England, Colleen Faherty, Swati Prakash, Gregory Morril, and Michelle Gonzalez. I am not asserting a retaining or charging lien.

DATED: August 10, 2022
    New York, New York

                Respectfully submitted,

                **LETITIA JAMES**
                **Attorney General of the State of New York**

                By: */s/ Conor Duffy*
                Conor Duffy
                Assistant Attorney General
                Civil Rights Bureau
                New York State Office of the Attorney General
                28 Liberty Street
                New York, NY 10005
                Phone: (212) 416-8637
                conor.duffy@ag.ny.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on August 10, 2022, I served a true and correct copy of the foregoing via the Court's ECF system to all counsel of record.

Dated:  New York, New York
     August 10, 2022

                Respectfully submitted,

                By: */s/ Conor Duffy*
                Conor Duffy
                Assistant Attorney General
                Civil Rights Bureau
                New York State Office of the Attorney General
                28 Liberty Street
                New York, NY 10005
                Phone: (212) 416-8637
                conor.duffy@ag.ny.gov