UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations | No: 20-cv-08924 (CM)(GWG) |
| This filing is related to: *People v. City of New York, et al.* | No: 21-cv-00322 (CM)(GWG) |

**[PROPOSED] ORDER**

Upon consideration and for good cause shown, the New York State Office of the Attorney General's Motion to Withdraw Conor Duffy as Counsel (ECF No.__) is GRANTED.

SO ORDERED.

Dated: New York, New York
August __, 2022

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

1