

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | DANIEL M. BRAUN<br>*Senior Counsel*<br>dbraun@law.nyc.gov<br>Phone: (212) 356-2659<br>Fax:   (212) 356-1148 |
|---|---|---|

**By ECF**     August 10, 2022

Honorable Coleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Sierra, et al. v. City of New York, et al.*, 20-cv-10291 (CM)(GWG)
              *Wood v. City of New York, et al.*, 20-cv-10541 (CM)(GWG)

Your Honor:

      I am a Senior Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and one of the attorneys representing Defendants in the above referenced matter. By letter motion dated July 22, 2022 (Dkt. 691), plaintiffs submitted that Exhibit 13 of their motion to amend and consolidate the *Sierra* and *Wood* cases should be made part of the publicly available docket. By Order dated August 3, 2022 (Dkt. 712), the Court directed defendants to submit a response by 5 p.m. on August 12, 2022.

      Defendants write to advise the Court that they have resolved the impasse concerning this document and will file no further response to plaintiffs' application. Consequently, the document at Exhibit 13 can be filed as part of plaintiffs' motion on the public docket.

      Thank you for your consideration herein.

                                    Respectfully submitted,

                                    *Daniel Braun* /s/
                                  Daniel Braun
                                  Senior Counsel
                                  Special Federal Litigation Division

cc:    ALL COUNSEL (via ECF only)