UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: New York City Policing During Summer 2020 Demonstrations

20 Civ. 8924 (CM)(GWG)

Gray et al. v. City of New York et al.

21 Civ. 6610 (CM)(GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2022

## STIPULATION AND ~~PROPOSED~~ ORDER

**WHEREAS,** the Police Benevolent Association of the City of New York, Inc. ("PBA"), Intervenor-Defendant in certain of the actions consolidated under *In Re: New York City Policing During Summer 2020 Demonstrations*, 20-CV-8924 (the "Consolidated Actions"), moved on July 29, 2022 to intervene in two other of the Consolidated Actions, specifically, *Rolon v. City of New York*, No. 21-CV-2548 and *Gray et al. v. City of New York et al.*, 21-CV-6610; and

**WHEREAS,** no opposition has been submitted to the PBA's motion to intervene and, through their undersigned counsel, plaintiffs in *Gray* consent to entry of an order allowing intervention;

**IT IS THEREFORE STIPULATED AND AGREED THAT:**

1. The PBA's application to intervene in *Gray et al. v. City of New York et al.*, 21-CV-6610, is granted; and

2. The PBA shall respond to the current complaint in *Gray* within fourteen (14) days of entry of any Order by the Court giving effect to this stipulation or otherwise allowing the PBA to intervene.

Dated: New York, New York
August 12, 2022

STIPULATED AND AGREED:

DAVIS WRIGHT TREMAINE LLP

By: /s/
Robert D. Balin
Abigail B. Everdell
Kathleen Farley
Nimra Azmi
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Fax: (212) 489-8340
robbalin@dwt.com

-and-

Alison Brooke Schary
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006
Phone: (212) 973-4200
Fax: (212) 973-4499
alisonschary@dwt.com

-and-

Mickey H. Osterreicher, Esq.
National Press Photographers Association
40 Wagon Wheel Drive
East Amherst, NY 14051
Phone: (716) 983-7800
Fax: (716) 608 1509
Mickeyo@lawyer.com

-and-

ALICIA WAGNER CALZADA PLLC

Alicia Calzada
12023 Radium, Suite B1
San Antonio, TX 78216
Phone: (210) 825-1449
alicia@calzadalegal.com

-and-

**WYLIE STECKLOW PLLC**
Wylie Stecklow
Carnegie Hall Tower
152 W. 57th Street, 8th floor
New York, NY 10019
Phone: (212) 566 8000
Fax: (212) 202-4952
ecf@wylielaw.com

*Counsel for Plaintiffs*

**SCHLAM STONE & DOLAN LLP**

By: _____
Richard H. Dolan
Thomas A. Kissane
26 Broadway, 19th Floor
New York, NY 10004
Tel: (212) 344-5400
Fax: (212) 344-7677
Email: rdolan@schlamstone.com
Email: tkissane@schlamstone.com

-and-

**LAW OFFICE OF ROBERT S. SMITH**

Robert S. Smith
7 Times Square, 28th Floor
New York, NY 10036
Tel: (917) 225-4190
Email: robert.smith@rssmithlaw.com

*Counsel for the Police Benevolent Association of the City of New York Inc.*

**SO ORDERED:**

Dated: _____
New York, New York

_____
Hon. Colleen McMahon, USDJ

3