UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations | No: 20-cv-08924 (CM)(GWG) |
| This filing is related to: *People v. City of New York, et al.* | No: 21-cv-00322 (CM)(GWG) |

**ORDER**

Upon consideration and for good cause shown, the New York State Office of the Attorney General's Motion to Withdraw Conor Duffy as Counsel (ECF No. 725) is GRANTED.

SO ORDERED.

Dated: New York, New York
August 16, 2022

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

1