

September 21, 2022

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

<u>By Electronic Filing.</u>

> **Re:**   <u>**In re: New York City Policing During Summer 2020 Demonstrations,**</u>
> **20-CV-8924 — This Letter Relates to <u>Sow v. City of New York</u>, 21-cv-533**

Dear Judge Gorenstein:

     I write on behalf of the *Sow* Plaintiffs in this case, pursuant to Dkt. No. 490, to provide a proposed Order regarding Defendants' still-outstanding responses to the *Sow* Plaintiffs' discovery requests. Per Dkt. No. 490, the parties have traded a number of versions of this order, and Defendants have, as of this evening, provided consent to the attached version. Thus, as provided by Dkt. No. 490, we ask that the Court enter this Order on consent.

     As always, we thank the Court for its continued time and attention.

Respectfully submitted,

/s/
_____
J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Sow Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

Enclosure.

cc:
All relevant parties by electronic filing.