UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations<br><br>This document is related to:<br><br>*Payne v. De Blasio*, 20 Civ. 8924 | 20 Civ. 8924 (CM)(GWG) |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, I, Daphna Spivack, respectfully seek leave to withdraw my appearance as attorney for the Payne Plaintiffs in this matter because of my upcoming departure from the New York Civil Liberties Union Foundation ("NYCLU"). Plaintiffs will continue to be represented in this matter by experienced attorneys from the NYCLU, who have previously entered their appearances. My withdrawal as counsel will not cause disruption to the proceeding and will not involve assertion of a charging or retaining lien.

Dated: September 27, 2022

Respectfully submitted,

*/s/ Daphna Spivack*
Daphna Spivack
125 Broad Street, 19th Floor
New York, New York 10004
dspivack@nyclu.org