

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **OMAR J. SIDDIQI**<br>*Senior Counsel*<br>Phone: (212) 356-2345<br>Fax: (212) 356-3509<br>osiddiqi@law.nyc.gov |

September 29, 2022

**VIA ECF**
Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *In re: NYC Policing During Summer 2020 Demonstrations*
          20 Civ. 8924 (CM) (GWG)

Your Honor:

      I am a Senior Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and one of the attorneys assigned to the defense of the above-referenced matter. This application is being filed on behalf of all parties to this matter. The parties write jointly to respectfully request that the Court endorse the attached Order extending the Order entered at Dkt. No. 717 until November 18, 2022.

      The parties thank the Court for its consideration of this application.

Respectfully Submitted,

Hon. Sylvia O. Hinds-Radix
Corporation Counsel of the City of New York
100 Church Street Rm. 3-207
New York, NY 10007

By:    */s/ Omar J. Siddiqi*
        Omar J. Siddiqi
        Senior Counsel

*Counsel for Defendant City of New York*

LETITIA JAMES
*Attorney General of the State of New York*

By: /s/_____
Jessica Clarke, *Chief of Civil Rights Bureau*
Lillian Marquez, *Assistant Attorney General*
Swati Prakash, *Assistant Attorney General*
Travis England, *Assistant Attorney General*
Gregory Morril, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
(212) 416-8250
Jessica.Clarke@ag.ny.gov

*Counsel for Plaintiff in People of the State of New York v. City of New York, No. 21-cv-322*

| | |
|---|---|
| **BELDOCK LEVINE & HOFFMAN LLP** | **GIDEON ORION OLIVER** |

By: *(signature)*

Jonathan C. Moore
David B. Rankin
Luna Droubi
Marc Arena
Deema Azizi
Rebecca Pattiz
Katherine "Q" Adams
Regina Powers

99 Park Avenue, PH/26th Floor
New York, New York 10016
    t: 212-490-0400
    f: 212-277-5880
    e: jmoore@blhny.com
       drankin@blhny.com
       ldroubi@blhny.com
       marena@blhny.com
       dazizi@blhny.com
       rpattiz@blhny.com
       qadams@blhny.com
       rpowers@blhny.com

*(signature)*

277 Broadway, Suite 1501
New York, NY 10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

**COHEN&GREEN P.L.L.C.**

By: *(signature)*

Elena L. Cohen
J. Remy Green
Jessica Massimi

1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385
    t: (929) 888-9480
    f: (929) 888-9457
    e: elena@femmelaw.com
       remy@femmelaw.com
       jessica@femmelaw.com

**WYLIE STECKLOW PLLC**

*(signature)*

By: Wylie Stecklow
Wylie Stecklow PLLC
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
NYC NY 10019
t: 212 566 8000
Ecf@wylielaw.com

**LORD LAW GROUP PLLC**

*(signature)*

Masai I. Lord
14 Wall St., Ste 1603
New York, NY 10005
P: 718-701-1002
E: lord@nycivilrights.nyc

*Counsel for Plaintiffs in Sow v. City of New York, No. 21-cv-533*

NEW YORK CIVIL LIBERTIES UNION FOUNDATION

/s/ _____
Molly K. Biklen
Daniel R. Lambright
Robert Hodgson
Perry Grossman
Veronica Salama
Jessica Perry
Lisa Laplace
Christopher T. Dunn
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3300
mbiklen@nyclu.org
dlambright@nyclu.org
rhodgson@nyclu.org
pgrossman@nyclu.org
vsalama@nyclu.org
jperry@nyclu.org
llaplace@nyclu.org
cdunn@nyclu.org

*Co-Counsel for Plaintiffs in Payne v. De Blasio, No. 20-cv-8924*

THE LEGAL AID SOCIETY

/s/ _____
Corey Stoughton
Jennvine Wong
Rigodis Appling
199 Water Street
New York, NY 10038
(212) 577-3367
cstoughton@legal-aid.org
jwong@legal-aid.org
rappling@legal-aid.org

*Co-Counsel for Plaintiffs in Payne v. De Blasio, No. 20-cv-8924*

HAMILTON CLARKE LLP
/s/ _____
Lance A. Clarke, Esq.
Michael L. Spiegel, Esq.
48 Wall Street, Suite 1100
New York, NY 10005
(212) 729-0952

*Co-Counsel for Plaintiffs in Sierra-Wood v. City of New York, Nos. 20-cv-10291/20-cv-10541*

/s/ _____
Michael L. Spiegel, Esq.
48 Wall Street, Suite 1100
New York, NY 10005

*Co-Counsel for Plaintiffs in Sierra-Wood v. City of New York, Nos. 20-cv-10291/20-cv-10541*

THE LAW OFFICE OF JOSHUA MOSKOVITZ, P.C.

/s/ _____
Joshua S. Moskovitz, Esq.
14 Wall Street, Suite 1603
New York, NY 10005
(212) 380-7040

*Co-Counsel for Plaintiffs in Sierra-Wood v. City of New York, Nos. 20-cv-10291/20-cv-10541*

RICKNER PLLC

/s/ _____
Rob Rickner
14 Wall Street
Suite 1603
NY NY 10005

*Co-Counsel for Plaintiffs in Sierra-Wood v. City of New York, Nos. 20-cv-10291/20-cv-10541*

KAUFMAN LIEB LEBOWITZ & FRICK LLP

/s/ _____
Alison Frick
Douglas E. Lieb
18 East 48th Street, Suite 802
New York, NY 10017
(212) 660-2332
dlieb@kllf-law.com
*Co-Counsel for Plaintiffs in Sierra-Wood v. City of New York, Nos. 20-cv-10291/20-cv-10541*

DAVIS WRIGHT TREMAINE LLP

/s/ _____
Robert D. Balin
Abigail B. Everdell
Kathleen Farley
Nimra Azmi
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Fax: (212) 489-8340
robbalin@dwt.com

-and-
*Mickey H. Osterreicher, Esq.*
70 Niagara Street
Buffalo, NY 14202
Phone: (716) 983-7800
lawyer@nppa.org


WYLIE STECKLOW PLLC

_____
By: Wylie Stecklow
Wylie Stecklow PLLC
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
NYC NY 10019
t: 212 566 8000
Ecf@wylielaw.com

*Counsel for Plaintiffs in Gray, et al v. City of New York, et al, No. 21-cv-06610*

The Aboushi Law Firm PLLC

_____
Tahanie A. Aboushi, Esq.
Aymen A. Aboushi, Esq.
The Aboushi Law Firm
1441 Broadway, 5th Floor
New York, NY 10018

6

Tel: (212) 391-8500
Fax: (212) 391-8508
Aymen@Aboushi.com
Tahanie@Aboushi.com

*Counsel for Plaintiffs in Rolon, et al v. City of New York, et al, No. 21-cv-2548*


The Quinn Law Firm, PLLC
*Attorneys for the Sergeants Benevolent Association*
By:

_____
Marykate Acquisto, Esq.
399 Knollwood Road, Suite 220
White Plains, New York 10603
Tel. (914) 997-0555
macquisto@quinnlawny.com

**PITTA LLP**

By: _____/s/_____
STEPHEN MC QUADE, ESQ.
*Attorneys for Union-Intervenor Detectives'
Endowment Association*
120 Broadway, 28th Floor
New York, New York 11554
212-652-3885
smcquade@pittalaw.com

**SCHLAM STONE & DOLAN LLP**

By: _____
Richard H. Dolan
Thomas A. Kissane
26 Broadway, 19th Floor
New York, NY 10004
Tel: (212) 344-5400
Fax: (212) 344-7677
Email: rdolan@schlamstone.com
Email: tkissane@schlamstone.com

**LAW OFFICE OF ROBERT S. SMITH**

Robert S. Smith
7 Times Square, 28th Floor
New York, NY 10036
Tel: (917) 225-4190
Email: robert.smith@rssmithlaw.com

*Attorneys for the Police Benevolent Association of the City of New York Inc.*