UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations | CIVIL ACTION NO. 20 Civ. 8924 (CM)(GWG) |
| This filing is related to: ALL CASES | **STIPULATION AND [PROPOSED] ORDER** |

    The Court hereby extends the terms of the Stipulation and Order entered at Dkt. No. 717 until November 18, 2022.

Dated: New York, New York
       September __, 2022

**SO ORDERED:**

Dated: _____          _____
      New York, New York               Hon. Colleen McMahon