

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

OMAR J. SIDDIQI
*Senior Counsel*
Phone: (212) 356-2345
Fax: (212) 356-3509
osiddiqi@law.nyc.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2022

September 29, 2022

MEMO ENDORSED

**VIA ECF**
Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

OK
*[signature]* Colleen McMahon
9/30/2022

Re: *In re: NYC Policing During Summer 2020 Demonstrations*
20 Civ. 8924 (CM) (GWG)

Your Honor:

I am a Senior Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and one of the attorneys assigned to the defense of the above-referenced matter. This application is being filed on behalf of all parties to this matter. The parties write jointly to respectfully request that the Court endorse the attached Order extending the Order entered at Dkt. No. 717 until November 18, 2022.

The parties thank the Court for its consideration of this application.

Respectfully Submitted,

Hon. Sylvia O. Hinds-Radix
Corporation Counsel of the City of New York
100 Church Street Rm. 3-207
New York, NY 10007

By: /s/ *Omar J. Siddiqi*
Omar J. Siddiqi
Senior Counsel

*Counsel for Defendant City of New York*

LETITIA JAMES
*Attorney General of the State of New York*

By: /s/_____
Jessica Clarke, *Chief of Civil Rights Bureau*
Lillian Marquez, *Assistant Attorney General*
Swati Prakash, *Assistant Attorney General*
Travis England, *Assistant Attorney General*
Gregory Morril, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
(212) 416-8250
Jessica.Clarke@ag.ny.gov

*Counsel for Plaintiff in People of the State of New York v. City of New York, No. 21-cv-322*