UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations | CIVIL ACTION NO. 20 Civ. 8924 (CM)(GWG) |
| This filing is related to: ALL CASES | STIPULATION AND [~~PROPOSED~~] ORDER |

The Court hereby extends the terms of the Stipulation and Order entered at Dkt. No. 717 until November 18, 2022.

Dated: New York, New York
September 30, 2022

**SO ORDERED:**

Dated: 9/30/2022
New York, New York

_____
Hon. Colleen McMahon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2022