UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In Re: New York City Policing During Summer      :
2020 Demonstrations                                              ORDER
                                                          :         20 Civ. 8924 (CM)(GWG)

------------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      With regard to Docket # 742, the Court will address the disputes identified as I.B, II, and III after the "stay period" (Docket ## 716-1, 717, 753) expires unless plaintiffs can explain why there is urgency such that it must be done sooner (in a letter of not more than 2 pages).  As to the dispute identified as I.A, the Court orders that defendants produce the OLPA/zOLPA forms at issue by November 17, 2022.

      SO ORDERED.

      New York, New York
Dated: September 30, 2022

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge