UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

In Re: New York City Policing During Summer 2020 Demonstrations

**MOTION TO WITHDRAW**

20 Civ. 8924 (CM) (GWG)

------------------------------------------------------------------------x

  **PLEASE TAKE NOTICE** that Nadine Ibrahim hereby withdraws as counsel in the above-captioned consolidated litigation. After November 10, 2022, I will no longer be associated with the Corporation Counsel of the City of New York.

Dated: New York, New York
   November 10, 2022

              HON. SYLVIA O. HINDS-RADIX
              Corporation Counsel of the City of New York
              *Attorney for Defendants*
              100 Church Street
              New York, New York 10007

         By: *Nadine Ibrahim* /s
              Nadine Ibrahim
              *Senior Counsel*
              Special Federal Litigation Division