| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------------x<br><br>In Re: New York City Policing During Summer 2020<br>Demonstrations<br><br><br>------------------------------------------------------------------------x | **MEMORANDUM ENDORSED**<br><br>**MOTION TO WITHDRAW**<br><br>20 Civ. 8924 (CM) (GWG) |

**PLEASE TAKE NOTICE** that Nadine Ibrahim hereby withdraws as counsel in the above-captioned consolidated litigation. After November 10, 2022, I will no longer be associated with the Corporation Counsel of the City of New York.

Dated: New York, New York
       November 10, 2022

                                    HON. SYLVIA O. HINDS-RADIX
                                    Corporation Counsel of the City of New York
                                    *Attorney for Defendants*
                                    100 Church Street
                                    New York, New York 10007


                              By:   *Nadine Ibrahim* /s
                                    ―――――――――――――――――――
                                    Nadine Ibrahim
                                    *Senior Counsel*
                                    Special Federal Litigation Division

Application granted.

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
November 14, 2022