UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In Re: New York City Policing During Summer 2020 Demonstrations

MOTION TO WITHDRAW

20 Civ. 8924 (CM) (GWG)

------------------------------------------------------------------x

MEMO ENDORSED

PLEASE TAKE NOTICE that Nadine Ibrahim hereby withdraws as counsel in the above-captioned consolidated litigation. After November 10, 2022, I will no longer be associated with the Corporation Counsel of the City of New York.

Dated: New York, New York
November 10, 2022



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/2022

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

By:  *Nadine Ibrahim* /s

Nadine Ibrahim
*Senior Counsel*
Special Federal Litigation Division

strike her name from ECF

*[signature]*
11/14/2022