UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: New York City Policing During Summer      :
2020 Demonstrations                                                        ORDER
                                                                    :      20 Civ. 8924 (CM)(GWG)
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

        In an October 14, 2022, Opinion and Order (Docket # 755), this Court ruled on the City's motion to seal certain documents.  The Opinion and Order permitted the City the opportunity to present reasons why certain purportedly sensitive documents annexed to Docket ## 586 and 613 should remain under seal consistent with Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006).

        The City responded on October 21, 2022, providing reasons as to three documents.  See Letter, filed Oct. 21, 2022 (Docket # 756).  We have considered the City's arguments in light of the weak presumption of access accorded documents filed in relation to discovery disputes and in light of the fact that the documents had only a tangential relevance even to the discovery disputes before the Court.  We find that the City has articulated sufficiently specific and plausible reasons to overcome this presumption — all relating to sensitive law enforcement topics including sensitive information about intelligence operations, techniques, and procedures — and thus the Court deems continued sealing of those documents would be consistent with Lugosch.

        Therefore, the stay of the requirement to file certain documents in unsealed form as set forth in footnote 3 of Docket # 755 is lifted.  The Court grants the motion to seal with respect to the documents identified as PD_E_PD_00056331, DEF_E_PD_0008195, and DEF_E_PD_00057868.  The deadline to file all other documents in unsealed form, as set forth in Docket # 755, is November 28, 2022.

                SO ORDERED.

        Dated: November 14, 2022
                New York, New York



                                                                    _____
                                                                    GABRIEL W. GORENSTEIN
                                                                    United States Magistrate Judge