## RE: [EXTERNAL] Gray proposed 2nd Amended Pleading

### Ibrahim, Nadine (LAW) <nibrahim@law.nyc.gov>

Wed 10/19/2022 3:25 PM

To: Wylie Stecklow <wylie@wylielaw.com>;Siddiqi, Omar (Law) <osiddiqi@law.nyc.gov>;mickeyo@lawyer.com <mickeyo@lawyer.com>;Balin, Robert <robertbalin@dwt.com>;Riordan, Shannon (LAW) <sriordan@law.nyc.gov>
Cc: NYC Law Protest Team <NYCLawProtestTeam@law.nyc.gov>

Wylie,

With the below correction, we have no further objections to Gray plaintiffs' second amended complaint. Please be sure to include our whole team on all future communication.

Sincerely,

Nadine Ibrahim
*Senior Counsel*
(212) 356-5037
nibrahim@law.nyc.gov

---

**From:** Wylie Stecklow <wylie@wylielaw.com>
**Sent:** Wednesday, October 19, 2022 10:08 AM
**To:** Ibrahim, Nadine (LAW) <nibrahim@law.nyc.gov>; Siddiqi, Omar (Law) <osiddiqi@law.nyc.gov>; mickeyo@lawyer.com; Balin, Robert <robertbalin@dwt.com>; Riordan, Shannon (LAW) <sriordan@law.nyc.gov>
**Subject:** Re: [EXTERNAL] Gray proposed 2nd Amended Pleading

Good morning,

I am circling back on this.  Please let me know if we are good to go.

Thank you,

Wylie

**Wylie Stecklow PLLC**

**Carnegie Hall Tower**

**152 W. 57th Street, 8th FLoor**

NY NY10019

(t) 212 566 8000 x3    (f) 212 202 4952

Email: **Wylie@WylieLAW.com**

Web: **LawyersForTheRestofUs.com**

twitter.com/wylielawfirm


**Federal Bar Association**
**Sarah T. Hughes Civil Rights Award Honoree (2021)**
**Southern District New York  Chapter President (2018-19)**
**National Civil Rights Chair (2016-18)**
**Fordham Law School Adjunct Professor (2018-present)**

  **2015-2022 SuperLawyers:**
     **Top Rated Civil Rights Attorney**

**Qualified Immunity: Is the End Near, NYSBA Journal Article  by Wylie Stecklow**

---

**From:** Wylie Stecklow <wylie@wylielaw.com>
**Sent:** Thursday, October 13, 2022 4:42 PM
**To:** Ibrahim, Nadine (LAW) <nibrahim@law.nyc.gov>; Siddiqi, Omar (Law) <osiddiqi@law.nyc.gov>; mickeyo@lawyer.com <mickeyo@lawyer.com>; Balin, Robert <robertbalin@dwt.com>; Riordan, Shannon (LAW) <sriordan@law.nyc.gov>
**Subject:** Re: [EXTERNAL] Gray proposed 2nd Amended Pleading

Hi Nadine

Thank you for the email and the explanation about Altieri. We do have an unidentified white shirt officer that we believed was Altieri but accept your representation that the records show Altieri was not on duty and no present during Adam Gray's arrest. The mistaken identity was made based on a helmet number. So while we are in agreement to remove Altieri, we have replaced him with a NYPD OFFICER JOHN DOE WHITE SHIRT WITH HELMET BEARING SHIELD NO. 15519,   We have also included a screen shot of this John Doe in paragraph 20.  See attached and let us know if we are in agreement on this Proposed 2nd Amended Complaint.

Speak soon,

Wylie

---

**From:** Ibrahim, Nadine (LAW) <nibrahim@law.nyc.gov>
**Sent:** Friday, October 7, 2022 4:30 PM
**To:** Siddiqi, Omar (Law) <osiddiqi@law.nyc.gov>; Wylie Stecklow <wylie@wylielaw.com>; mickeyo@lawyer.com <mickeyo@lawyer.com>; Balin, Robert <robertbalin@dwt.com>; Balin, Robert <robertbalin@dwt.com>; Riordan, Shannon (LAW) <sriordan@law.nyc.gov>
**Subject:** RE: [EXTERNAL] Gray proposed 2nd Amended Pleading

Wylie,

We have no objections to your amended complaint, with the exception of Det. Robert Altieri remaining a defendant. As previously indicated, he has no personal involvement as was RDO on the date of incident. His activity log for May 30, 2020 is attached here for your convenience.

Sincerely,

Nadine Ibrahim
Senior Counsel
Special Federal Litigation Division
The City of New York, Law Department
100 Church Street, 3-187
New York, NY 10007
(212) 356-5037
nibrahim@law.nyc.gov

**From:** Siddiqi, Omar (Law) <osiddiqi@law.nyc.gov>
**Sent:** Tuesday, October 4, 2022 3:46 PM
**To:** wylie <wylie@wylielaw.com>; mickeyo@lawyer.com; Balin, Robert <robertbalin@dwt.com>; Ibrahim, Nadine (LAW) <nibrahim@law.nyc.gov>; Balin, Robert <robertbalin@dwt.com>; Riordan, Shannon (LAW) <sriordan@law.nyc.gov>
**Subject:** RE: [EXTERNAL] Gray proposed 2nd Amended Pleading

Dear Wylie

I'm looping Nadine and Shannon into this conversation as they'll provide the further information re: the amended complaint.

Thanks

**Omar J. Siddiqi**
Senior Counsel
Special Federal Litigation Division
New York City Law Department
Office of the Corporation Counsel
100 Church Street, Room 3-312
New York, New York  10007
(212) 356-2345
osiddiqi@law.nyc.gov

---

**From:** Wylie Stecklow <wylie@wylielaw.com>
**Sent:** Tuesday, October 4, 2022 3:38 PM
**To:** Siddiqi, Omar (Law) <osiddiqi@law.nyc.gov>; mickeyo@lawyer.com; Balin, Robert <robertbalin@dwt.com>; Balin, Robert <robertbalin@dwt.com>
**Subject:** Re: [EXTERNAL] Gray proposed 2nd Amended Pleading

Omar

Please confirm that the City can reply to us by Friday with consent to file our amended pleading.

Thanks,

Wylie

---

**From:** Wylie Stecklow <wylie@wylielaw.com>
**Sent:** Wednesday, September 28, 2022 6:35 PM
**To:** Siddiqi, Omar (Law) <osiddiqi@law.nyc.gov>; Bahrenburg, Richard (Law) <rbahrenb@law.nyc.gov>; mickeyo@lawyer.com <mickeyo@lawyer.com>; Balin, Robert <robertbalin@dwt.com>
**Subject:** Re: [EXTERNAL] Gray proposed 2nd Amended Pleading

Omar

Thanks for confirming receipt of the proposed 2nd amended pleading.  Please also confirm that we will have the City response to journalist terms and the NYPD training materials and Patrol Guides re Journalist right to record by COB tomorrow.

Thanks,

Wylie

---

**From:** Siddiqi, Omar (Law) <osiddiqi@law.nyc.gov>
**Sent:** Wednesday, September 28, 2022 6:27 PM
**To:** Wylie Stecklow <wylie@wylielaw.com>; Bahrenburg, Richard (Law) <rbahrenb@law.nyc.gov>; mickeyo@lawyer.com <mickeyo@lawyer.com>
**Subject:** RE: [EXTERNAL] Gray proposed 2nd Amended Pleading

Hi everyone

Received

Thank you

**Omar J. Siddiqi**
Senior Counsel
Special Federal Litigation Division
New York City Law Department
Office of the Corporation Counsel
100 Church Street, Room 3-312
New York, New York  10007
(212) 356-2345
osiddiqi@law.nyc.gov

---

**From:** Wylie Stecklow <wylie@wylielaw.com>
**Sent:** Wednesday, September 28, 2022 6:26 PM
**To:** Siddiqi, Omar (Law) <osiddiqi@law.nyc.gov>; Bahrenburg, Richard (Law) <rbahrenb@law.nyc.gov>; mickeyo@lawyer.com
**Subject:** [EXTERNAL] Gray proposed 2nd Amended Pleading

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Omar

As promised, please find attached the operative pleading and the proposed 2nd Amended pleading.  Please review and confirm that the City will consent.  Identify the date the City would like to use for an answer to be due.

Thanks,

Wylie

---

**From:** Wylie Stecklow
**Sent:** Wednesday, September 28, 2022 2:17 PM
**To:** OSiddiqi@law.nyc.gov <osiddiqi@law.nyc.gov>; rbahrenb@law.nyc.gov

<rbahrenb@law.nyc.gov>; mickeyo@lawyer.com <mickeyo@lawyer.com>

**Subject:** Journalist term responses

Hey Omar

I am emailing as a gentle reminder that we expect to receive responses from the City to our journalist terms. Even though we thought they would have been provided already, please do your best to send it to us by COB tomorrow. Also, we are awaiting the current training and PG sections regarding a journalist right to record.

We should have the proposed amended pleading in the next few hours or latest tomorrow with a redline pdf for you to review.

Wylie

**Wylie Stecklow PLLC**

**Carnegie Hall Tower**

**152 W. 57th Street, 8th FLoor**

**NY NY10019**

**(t) 212 566 8000 x3    (f) 212 202 4952**

**Email: Wylie@WylieLAW.com**

**Web: LawyersForTheRestofUs.com**

twitter.com/wylielawfirm

**Federal Bar Association**
**Sarah T. Hughes Civil Rights Award Honoree (2021)**
**Southern District New York  Chapter President (2018-19)**
**National Civil Rights Chair (2016-18)**
**Fordham Law School Adjunct Professor (2018-present)**

**2015-2022 SuperLawyers:
    Top Rated Civil Rights Attorney**

[Qualified Immunity: Is the End Near, NYSBA Journal Article  by Wylie Stecklow](#)

[Alumni Spotlight: Wylie Stecklow '90, Civil Rights Attorney and Advocate for Repeal of Qualified Immunity](#)

news.law.fordham.edu