UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations | 20 Civ. 8924 (CM)(GWG) |
| Gray et al. v. City of New York et al. | 21 Civ. 6610 (CM)(GWG) |

## STIPULATION REGARDING FILING OF SECOND AMENDED COMPLAINT

It is hereby stipulated and agreed, by and between plaintiffs in the above matter and intervenor-defendant the Police Benevolent Association of The City of New York, Inc. (the "PBA"), through their undersigned counsel, that:

1. The PBA does not object to plaintiff's filing of a Second Amended Complaint as annexed hereto;

2. The PBA's substantive response to the Second Amended Complaint is the same as set forth in its answer to the First Amended Complaint and any new factual allegations in the Second Amended Complaint are deemed denied; and

3. All affirmative defenses in the PBA's answer to the First Amended Complaint are deemed applicable to the new pleading.

Dated: New York, New York
November 14, 2022

Dated: New York, New York
November 14, 2022

**STIPULATED AND AGREED:**

WYLIE STECKLOW PLLC

By: _____

Wylie Stecklow Carnegie Hall Tower
152 W. 57th Street, 8th floor
New York, NY 10019
Phone: (212) 566 8000 Fax: (212) 202-4952
ecf@wylielaw.com

SCHLAM STONE & DOLAN LLP

By: _____
Richard H. Dolan
Thomas A. Kissane
26 Broadway, 19th Floor

**DAVIS WRIGHT TREMAINE LLP**

Robert D. Balin
Abigail B. Everdell
Kathleen Farley

Nimra Azmi
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Fax: (212) 489-8340
robbalin@dwt.com

   -and-

Alison Brooke Schary
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006
Phone: (212) 973-4200
Fax: (212) 973-4499
alisonschary@dwt.com

   -and-

Mickey H. Osterreicher, Esq.
National Press Photographers Association
40 Wagon Wheel Drive
East Alherst, NY 14051
Phone: (716) 983-7800
Fax: (716) 608 1509
Mickeyo@lawyer.com

   -and-

**ALICIA WAGNER CALZADA PLLC**

Alicia Calzada
12023 Radium, Suite B1
San Antonio, TX 78216
Phone: (210) 825-1449
alicia@calzadalegal.com

New York, NY 10004
Tel: (212) 344-5400
Fax: (212) 344-7677
Email: rdolan@schlamstone.com
Email: tkissane@schlamstone.com

-and-

**LAW OFFICE OF ROBERT S. SMITH**

Robert S. Smith
7 Times Square, 28th Floor
Tel: (917) 225-4190
Email: robert.smith@rssmithlaw.com

*Counsel for the Police Benevolent Association for the City of New York Inc.*

*Counsel for Plaintiffs*