UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations | **MOTION TO WITHDRAW** |
| | 20 Civ. 8924 (CM) (GWG) |

------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that Shannon Riordan hereby withdraws as counsel in the above-captioned consolidated litigation. After November 21, 2022, I will no longer be associated with the Corporation Counsel of the City of New York.

Dated: New York, New York
November 21, 2022

        HON. SYLVIA O. HINDS-RADIX
        Corporation Counsel of the City of New York
        *Attorney for Defendants*
        100 Church Street
        New York, New York 10007

By:  *Shannon Riordan*
        Shannon Riordan
        *Senior Counsel*
        Special Federal Litigation Division