UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------- x
In Re: New York City Policing During Summer 2020 Demonstrations

This filing is related to:

ADAM GRAY, JASON DONNELLY, DIANA ZEYNEB ALHINDAWI, JEMELL D. COLE, and AMR ALFIKY,

                Plaintiffs,

           - against -

CITY OF NEW YORK, SERGEANT WILLIAM E. BALUNAS, OFFICER SEAN P. ROBINSON, LIEUTENANT RICHARD MACK, OFFICER BRIANNA CARLO, JOHN DOES 1–7, and JANE DOE 1,

                Defendants.
---------------------------------------------------------------- x

20 Civ. 8924 (CM)(GWG)

21 Civ. 6610 (CM)(GWG)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Alexandra M. Settelmayer, an attorney with the law firm of DAVIS WRIGHT TREMAINE LLP, hereby enters her appearance as counsel for Plaintiffs Adam Gray, Jason Donnelly, Diana Zeyneb Alhindawi, Jemell D. Cole, and Amr Alfiky in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned attorney at the address stated below. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       November 22, 2022

                                        Respectfully submitted,

                                        **DAVIS WRIGHT TREMAINE LLP**

                                        By: */s/ Alexandra M. Settelmayer*
                                               Alexandra M. Settelmayer
                                               1251 Avenue of the Americas, 21st Floor
                                               New York, NY 10020
                                               (212) 489-8230
                                               E-mail: alexandrasettelmayer@dwt.com

*Attorneys for Plaintiffs Adam Gray, Jason Donnelly, Diana Zeyneb Alhindawi, Jemell D. Cole, and Amr Alfiky*