

ON. SYLVIA O. HINDS-RADIX
*orporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

JOSEPH M. HIRAOKA, JR
*Senior Couns.*
jhiraoka@law.nyc.gc
Phone: (212) 356-241
Fax: (212) 356-114

November 28, 2022

**By ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> In Re: *New York City Policing During Summer 2020 Demonstrations*,
> No. 20 Civ. 8924 (CM) (GWG)
> <u>This filing is related to all cases</u>

Dear Magistrate Gorenstein:

    I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter.

    Pursuant to the Court's Order of November 14, 2022 (Docket #760), attached please find Chief Terrance Monahan's unsealed March 5, 2021 transcript as Exhibit A (Docket #369); Bates Numbers DEF_000377223 – DEF_000377229 as Exhibit B (Docket #594); Bates Numbers DEF-E_000003844, DEF_E_PD_00108731 – DEF_E_PD_00108733, DEF_E_PD_00056330, and DEF_E_PD_00058140 – DEF_E_PD_00058141 as Exhibit C (Docket #586); and Bates Numbers DEF_E_PD_00108731 as Exhibit D (Docket #613).

    I have been trying to annex DMNL00303_000014440, a video, as Exhibit E (Docket #613), but ECF is rejecting it. I will contact ECF to remedy this issue in order to file the video.

Thank you for your consideration herein.

                                            Respectfully submitted,

                                            *Joseph M. Hiraoka, Jr.  s/*

                                            Joseph M. Hiraoka, Jr.
                                            *Senior Counsel*
                                            Special Federal Litigation Division

cc:    ALL COUNSEL (*via* ECF)