# EXHIBIT C

| | |
|---|---|
| From: | Moore, Tahirah [/O=NYCMAYOR/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MOORE, TAHIRAHA9D] |
| Sent: | 6/5/2020 9:22:09 PM |
| To: | Markh, Mariya |
| CC: | Canas, America; Perez, Angelica; Grybauskas, Natalie @cityhall; Paez, Jennifer; Ridener, Dustin |
| Subject: | Re: Brooklyn protest montoring 6/5 |
| Attachments: | Video.mov; ATT00001.htm |

Boxing in now.

| | |
|---|---|
| From: | PARDOMCAULIFFE, GABRIELA [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=54C3FF68AB60418188843B99DA02D1C3-PARDO, GABR] |
| Sent: | 7/2/2020 4:25:49 PM |
| To: | COREY, KENNETH |
| Subject: | FW: Finest Message : GENERAL ADMINISTRATIVE INFORMATION, Request#:37760433 |
| Attachments: | 37760433msg.pdf |

**NR**

**From:** mr_zfinest
**Sent:** Thursday, July 2, 2020 4:19 PM
**To:** PARDOMCAULIFFE, GABRIELA
**Subject:** Finest Message : GENERAL ADMINISTRATIVE INFORMATION, Request#:37760433

**DATE:** 07/02/2020
**TIME:** 16:16:29
**SER#:** 37760433

# FINEST MESSAGE
## General Administrative Information

TO: ALL EXECUTIVES

SUBJECT: MANDATORY EXECUTIVE DISORDER CONTROL TRAINING

ALL EXECUTIVES IN THE RANK OF CAPTAIN AND ABOVE ARE REQUIRED TO ATTEND A MANDATORY FOUR HOUR DISORDER CONTROL TRAINING SESSION. EACH SESSION WILL TAKE PLACE AT THE POLICE ACADEMY STARTING JULY 7TH, 2020. THERE WILL BE TWO DAILY SESSIONS AVAILABLE TO CHOOSE FROM, 0800X1200 OR 1300X1700. THIS TRAINING MUST BE COMPLETED NO LATER THAN JULY 17TH, 2020. ALL EXECUTIVES ARE REQUIRED TO LOG-IN TO THE TACTICS APPLICATION AND SCHEDULE THIS TRAINING BY JULY 7TH, 2020.

Confidential
In Re: NYC Policing 2020
Demonstrations
No. 20 Civ 8924 (CM)

AUTHORITY: POLICE COMMISSIONER

OPER.: LT. MCMENAMIN

DEF_E_PD_00108732

HOURS: 1610

P.A. BROADCAST NUMBER: 07/02-033

ADMN - SER#: 37760433

Confidential
In Re: NYC Policing 2020
Demonstrations
No. 20 Civ 8924 (CM)

| | |
|---|---|
| From: | YEE, GIN [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C5FA367D49A6438F864C8A2126025A7C-YEE, GIN(00] |
| Sent: | 6/12/2020 8:24:55 AM |
| Subject: | FW: Anarchist TTPs |
| Attachments: | OfficerKilledinAmbushAttack_SantaCruz_CA.pdf; (U--LES) IA - Protest Violence Likely Evolves Over Loosely Defined Phases copy 2.pdf; Violent Demonstration Tactics and Trends Reference Guide.pdf; ANTIFA Sub Groups and Indicators - LES.pdf |

**Subject:** Anarchist TTPs

Attached are intel briefs re: anarchist's tactics, techniques, and procedures (TTPs) over the course of the GF Protests

PBSI Counterterrorism Unit

Confidential in Re: NYC Policing 2020 Demonstrations No. 20 Civ 8924 (CM) (GWG)

DEF_E_PD_00056330

**From:** ORTIZ, WILSON [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6447F4BED88D46879FD5EBEDF190DDC3-ORTIZ, WILS]
**Sent:** 6/12/2020 12:34:45 AM
**To:** GANDOLFI, MICHAEL [...]; AUBRY, WILLIAM [...]; BAKER, MICHAEL [...]; BARBERI, CHARLES [...]; BARRERE, DAVID [...]; CLANCY, CHRISTINE [...]; COREY, KENNETH [...]; Soto, Christina [...]; DADAMO, JOHN [...]; DEENTREMONT, PAUL [...]; DELATORRE, EDWARD [...]; DIECKMANN, GERALD [...]; DORIA, MICHAEL [...]; GALATI, THOMAS [...]; HARRISON, RODNEY [...]; HART, JOHN [...]; HOFMANN, NILDA [...]; HUGHES, STEPHEN [...]; LEE, JUSTIN [...]; LIPETRI, MICHAEL [...]; MADDREY, JEFFREY [...]; MATOS, JAMELLETTE [...]; MILLER, JOHN [...]; MONAHAN, TERENCE [...]; OREILLY, KATHLEEN [...]; OSULLIVAN, JAMES [...]; CONROY, BRIAN [...]; PICHARDO, FAUSTO [...]; POLLOCK, LORI [...]; Sau [...]; SECRETO, JAMES [...]; SHANLEY, SCOTT [...]; WILLIAMS, KEVIN [...]; SHEA, DERMOT [...]; IGLESIAS, MIGUEL [...]; LEHR, KENNETH [...]; FRIERSON, GALEN [...]; BALDASSANO, MICHAEL [...]; MCGEE, BRIAN [...]; MCCORMACK, TIMOTHY [...]; MORRILL, JULIE [...]; KENNY, JOSEPH [...]; KEMPER, MICHAEL [...]; CHELL, JOHN [...]; DIPAOLO, MARK [...]; SHUGRUE, MICHAEL [...]; VISCARDI, WILLIAM [...]; PERRY, CHARLES [...]; NATALE, BRYAN [...]; TOMASULO, STEPHEN [...]; TOBIN, THERESA [...]; MORELLO, CHRIS [...]; All Users - NYPD-FIT [...]; STISSI, CHRISTOPHER [...]; RUSSO, JOHN [...]; MCDONAGH, JOHN [...]; DELAMOTA, SERGIO [...]; MOULTRIE, MELVIN [...]; PARKER, CHAUNCEY [...]; MOYNIHAN, PATRICK [...]

**Subject:** Intelligence Bureau Predictive Violence Report
**Attachments:** Citywide Violence Predictive Report(06.08 - 14.2020).pdf; Predictive Violence Top 5 06.08.2020.pdf

Good evening,

Attached please find the Intelligence Bureau's Predictive Violence Report and Top Incidents Report.

Thank you and stay safe!



*Captain Wilson Ortiz*
*Queens North / South FIT & F.I.S.T. Coordinator*
*Criminal Intelligence Section, Intelligence Bureau*
Office: [redacted]
Cell: [redacted]

Confidential In Re: NYC Policing 2020 Demonstrations No. 20 Civ 8924 (CM) (GWG)

DEF_E_PD_00058141