# EXHIBIT D

| | |
|---|---|
| From: | PARDOMCAULIFFE, GABRIELA [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=54C3FF68AB60418188843B99DA02D1C3-PARDO, GABR] |
| Sent: | 7/2/2020 4:25:49 PM |
| To: | COREY, KENNETH [kenneth.corey@nypd.org] |
| Subject: | FW: Finest Message : GENERAL ADMINISTRATIVE INFORMATION, Request#:37760433 |
| Attachments: | 37760433msg.pdf |

I feel like you are completely responsible for this.

From: mr_zfinest <zfinest@nypd.org>
Sent: Thursday, July 2, 2020 4:19 PM
To: PARDOMCAULIFFE, GABRIELA <GABRIELA.PARDOMCAULIFFE@nypd.org>
Subject: Finest Message : GENERAL ADMINISTRATIVE INFORMATION, Request#:37760433

DATE: 07/02/2020
TIME: 16:16:29
SER#: 37760433

# FINEST MESSAGE
## General Administrative Information

TO: ALL EXECUTIVES

SUBJECT: MANDATORY EXECUTIVE DISORDER CONTROL TRAINING

CONFIDENTIAL
To be used only in re Summer 2020 Protests 20-cv-08924

DEF_E_PD_00108731

ALL EXECUTIVES IN THE RANK OF CAPTAIN AND ABOVE ARE REQUIRED TO ATTEND A MANDATORY FOUR HOUR DISORDER CONTROL TRAINING SESSION. EACH SESSION WILL TAKE PLACE AT THE POLICE ACADEMY STARTING JULY 7TH, 2020. THERE WILL BE TWO DAILY SESSIONS AVAILABLE TO CHOOSE FROM, 0800X1200 OR 1300X1700. THIS TRAINING MUST BE COMPLETED NO LATER THAN JULY 17TH, 2020. ALL EXECUTIVES ARE REQUIRED TO LOG-IN TO THE TACTICS APPLICATION AND SCHEDULE THIS TRAINING BY JULY 7TH, 2020.

AUTHORITY: POLICE COMMISSIONER

OPER.: LT. MCMENAMIN

HOURS: 1610

P.A. BROADCAST NUMBER: 07/02-033

ADMN - SER#: 37760433

CONFIDENTIAL
To be used only in re Summer 2020 Protests 20-cv-08924

DEF_E_PD_00108731