

**ON. SYLVIA O. HINDS-RADIX**
*orporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK , NEW YORK 10007

JOSEPH M. HIRAOKA, JR
*Senior Couns*
jhiraoka@law.nyc.gc
Phone: (212) 356-241
Fax: (212) 356-114

November 29, 2022

MEMORANDUM ENDORSED

**By ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> In Re: *New York City Policing During Summer 2020 Demonstrations*,
> No. 20 Civ. 8924 (CM) (GWG)
> This filing is related to all cases

Your Honor:

I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter.

Pursuant to the Court's Order of November 14, 2022 (Docket #760), I have been attempting to annex DMNL00303_000014440, a video, as an exhibit since yesterday, but ECF is rejecting it. As the Court may recall, pursuant to its Order dated November 14, 2022, defendants were instructed to file certain material without seal. The materials included this video. Defendants have been informed by the SDNY Help Desk that ECF does not accept videos as exhibits.

Therefore, we seek guidance from Your Honor regarding making this video accessible on the docket.

Thank you for your consideration herein.

Respectfully submitted,

*Joseph M. Hiraoka, Jr.  s/*

Joseph M. Hiraoka, Jr.
*Senior Counsel*
Special Federal Litigation Division

cc:    ALL COUNSEL (*via* ECF)


The video may be filed by (1) placing a thumb drive or CD-ROM containing the video in an envelope; (2) stapling the envelope to a cover letter to the undersigned indicating the nature of the attachment; and (3) bringing the letter (and a certificate of service) to the Clerk's Office in room 370 at 500 Pearl Street for filing --- along with a copy of the instant endorsement.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
November 30, 2022