

December 1, 2022

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

<u>By Electronic Filing.</u>

**Re:**    <u>In re: New York City Policing During Summer 2020 Demonstrations,</u>
        <u>1:20-CV-8924 (CM) (GWG)</u> — This Letter Relates to All Cass

Dear Judge Gorenstein:

      As the Court knows, I represent the *Sow* Plaintiffs in this case. I write on behalf of all Plaintiffs to briefly respond to the City's letter seeking an extension of time — on top of the lengthy "extension" already granted in Dkt. No. 718 ¶ 4(b) —– to file an opposition to Plaintiffs' RFA-related motion Plaintiffs write to make two points.

      First, the Court has previously rejected the City's attempts to stall this case on a vague promise that it might settle. *See, e.g.,* Dkt. No. 458. There is no more stay, and there is no settlement currently. Thus, discovery must continue.

      Second, Defendants apparently fundamentally misunderstand the claims in this case. There is no live discussion of class-wide damages for the class that covers all protests, and the City has not responded to the relevant demand served many months ago (and there is no confidential settlement process related thereto). The live class damages claims, at least in *Sow*, are entirely co-extensive with the injunctive claims. So it is hard to understand what Defendants are suggesting would be narrowed by a purely injunctive settlement: only remedies, not claims or underlying facts, would be addressed by an injunctive settlement.

      As ever, I thank the Court for its time and consideration.
.

                          Respectfully submitted,

                           /s/
                       _____

                       J. Remy Green
                          *Honorific/Pronouns: Mx., they/their/them*
                       **COHEN&GREEN P.L.L.C.**
                       *Attorneys for Sow Plaintiffs*
                       1639 Centre St., Suite 216
                       Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.