

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK , NEW YORK 10007

Sergey Marts
Assistant Corporation Counsel
semarts@law.nyc.gov
Phone:  (212) 356-5051

**BY ECF**

December 6, 2022

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

In Re: *New York City Policing During Summer 2020 Demonstrations*,
No. 20 Civ. 8924 (CM) (GWG)
This filing is related to all cases

Your Honor:

I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am one of the attorneys for the defense in the above-referenced matter. Defendants write to respectfully request leave to exceed the page limit allowed by the Court's Individual Rules § 2(A) in defendants' opposition to plaintiffs' Request to Deem Certain Requests for Admission Admitted ("RFA motion")(Dkt. No. 721), which is currently due December 16, 2022.

Plaintiffs' RFA motion is fourteen (14) pages long, excluding the exhibits, and contains numerous arguments. Defendants' will be unable to properly address plaintiffs' lengthy arguments without additional pages. Moreover, in their motion, plaintiffs indicated that they have no objection to "defendants responding in a similar number of pages." *See* Dkt. No. 721.

Therefore, defendants' respectfully request that this Court grants defendants leave for additional page limit, not exceeding fourteen (14) pages, for defendants' opposition to plaintiffs' RFA motion.

Thank you for your consideration herein.

Application denied as moot.  The Court's
Individual Practices contain no page
limitations.

So Ordered.

*/s/ Sergey Marts*

Respectfully submitted,

Sergey Marts
*Assistant Corporation Counsel*
Special Federal Litigation Division

GABRIEL W. GORENSTEIN
United States Magistrate Judge
December 7, 2022