# EXHIBIT A

| Control Number | Production Begin | All Custodians - Family | File Type | NYCLAW DateTime Primary Parent | Document Date (from Document) [if provided] | From | To | CC | Subject | File Name | Author [if provided] | Privilege Type | Categorical Tag | Description [if provided] | Parent email added for context only? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DMNL00251_000134920 | | Monahan, Terence (NYPD); Pichardo, Fausto (NYPD); Shea, Dermot (NYPD) | Microsoft Outlook Note | 6/2/20 18:54 | | "WEDIN, HARRY" <harry.wedin@nypd.org> | "PICHARDO, FAUSTO" <fausto.pichardo@nypd.org> | "MILLER, JOHN" <john.miller@nypd.org>; "SHEA, DERMOT" <dermot.shea@nypd.org>; "MONAHAN, TERENCE" <terence.monahan@nypd.org>; "ESSIG, JAMES" <james.essig@nypd.org> | Re: USE OF HIGHWAY AND MOUNTED | | | DP | Protest incident response – discussion and deliberation | Internal NYPD communication containing pre-decisional discussions, deliberations, thoughts and ideas regarding the policing of protests | |
| DMNL00251_000135614 | | Shea, Dermot (NYPD) | Microsoft Outlook Note | 7/10/20 15:12 | | "MILLER, JOHN" <john.miller@nypd.org> | "SHEA, DERMOT" <dermot.shea@nypd.org> | "GRIPPO, VINCENT" <vincent.grippo@nypd.org> | CITY HALL PARK CONDITIONS AND PLANS | | | DP | Protest incident response – discussion and deliberation | Internal NYPD communication, including pre-decisional deliberations, discussions, thoughts, ideas and recommendations regarding the plan for responding to protest incident | |
| DMNL00251_000137613 | | Monahan, Terence (NYPD); Pichardo, Fausto (NYPD); Shea, Dermot (NYPD) | Microsoft Outlook Note | 6/2/20 18:12 | | "MILLER, JOHN" <john.miller@nypd.org> | "SHEA, DERMOT" <dermot.shea@nypd.org>; "MONAHAN, TERENCE" <terence.monahan@nypd.org>; "WEDIN, HARRY" <harry.wedin@nypd.org>; "PICHARDO, FAUSTO" <fausto.pichardo@nypd.org> | "ESSIG, JAMES" <james.essig@nypd.org> | USE OF HIGHWAY AND MOUNTED | | | DP | Protest incident response – discussion and deliberation | Now DP not LEP - Internal NYPD communication containing pre-decisional discussions, deliberations, thoughts and ideas regarding the policing of protests | |
| DMNL00251_000147303 | | Cody, Michael (NYPD); Gutierrez, Edison (NYPD); O'Reilly, Kathleen (NYPD); Palmer, Thomas (NYPD); Soto, Lourdes (NYPD) | Microsoft Outlook Note | 6/24/20 11:55 | | "RIVERA, PHILIP" <philip.rivera@nypd.org> | "WALSH, KATHLEEN" <kathleen.walsh@nypd.org>; "YAGUCHI, NAOKI" <naoki.yaguchi@nypd.org>; "SEMINARA, JOSEPH" <joseph.seminara@nypd.org>; "CASTILLO, ANEUDY" <aneudy.castillo@nypd.org>; "SOTO, LOURDES" <lourdes.soto@nypd.org>; "GREANY, VINCENT" <vincent.greany@nypd.org>; "BELLO, CHARLIE" <charlie.bello@nypd.org>; "ANDREA, PETER" <peter.andrea@nypd.org>; "GALLAGHER, WILLIAM" <william.gallagher@nypd.org>; "SARUBBI, ALEXANDRA" <alexandra.sarubbi@nypd.org>; "TAVERAS, JOSE" <jose.taveras@nypd.org>; "MANUEL, LEEDROIGE" <leedroige.manuel@nypd.org>; "DONOHUE, PATRICK" <patrick.donohue@nypd.org>; "GUTIERREZ, EDISON" <edison.gutierrez@nypd.org>; "MARCHESE, SALVATOR" <salvator.marchese@nypd.org>; "ZUBER, NEIL" <neil.zuber@nypd.org>; "ALTAHERI, JAMIEL" <jamiel.altaheri@nypd.org>; "PALMER, THOMAS" <thomas.palmer@nypd.org>; "HENNING, CHRISTOPHER" <christophe.henning@nypd.org>; "BROWN, ANDRE" <andre.brown@nypd.org>; "ZAFFIRO, CHRISTOPHER" <christopher.zaffiro@nypd.org>; "BYRNES, MATHEW" <mathew.byrnes@nypd.org>; "CHUNG, | "OREILLY, KATHLEEN" <kathleen.oreilly@nypd.org>; "GREEN, RUSSELL" <russell.green@nypd.org>; "FALCON, MICHAEL" <michael.falcon@nypd.org>; "ORTIZ, STEVEN" <steven.ortiz@nypd.org>; "CODY, MICHAEL" <michael.cody@nypd.org>; "OBE, OLUFUNMILO" <olufunmilo.obe@nypd.org>; "RAIA, DANIELLE" <danielle.raia@nypd.org> | PC's Conference Call | | | ACC; DP | Legislation/Bills – Discussions | Now ACC/DP - Internal NYPD communication, including pre-decisional deliberations, discussions, thoughts, ideas and recommendations regarding police reform bills, including communication from the legal bureau containing legal advice, analysis and/or attorney thoughts and impressions | |
| DMNL00251_000234771 | | Cody, Michael (NYPD); Hughes, Stephen (NYPD) | Microsoft Outlook Note | 6/3/20 12:02 | | "GULOTTA, JOSEPH" <joseph.gulotta@nypd.org> | "HUGHES, STEPHEN" <stephen.hughes@nypd.org>; "CODY, MICHAEL" <michael.cody@nypd.org>; "MORELLO, CHRIS" <chris.morello@nypd.org> | | Mobile Field Force Instructions | | | DP | Dept Policy and Procedure and Training Materials – Discussions/Drafting | Internal NYPD communications, including discussions, drafts, and deliberations of instructions to be given to the Mobile Field Force | |
| DMNL00251_000257987 | | Monahan, Terence (NYPD) | Microsoft Outlook Note | 6/2/20 18:15 | | "MONAHAN, TERENCE" <"/o=exchangelabs/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=43e2ef1b6650a48ec8c8b0e3cbafd0cfa-monahan, te"> | "MILLER, JOHN" <john.miller@nypd.org> | | Re: USE OF HIGHWAY AND MOUNTED | | | DP | Protest incident response – discussion and deliberation | Internal NYPD communication containing pre-decisional discussions, deliberations, thoughts and ideas regarding the policing of protests | |
| DMNL00251_000287365 | | NYPD | Microsoft Word Document | 8/6/04 11:24 | | Matthew V. Pontillo | | | | RNC Exec Summary 061004.doc | | DP | Dept Policy and Procedure and Training Materials – Discussions/Drafting | NOW DP only - Internal NYPD communication containing pre-decisional drafts, revisions, discussions, deliberations, thoughts and ideas regarding RNC executive summary | |
| DMNL00251_000296479 | | NYPD | Microsoft PowerPoint Presentation | 7/30/04 13:23 | 11/14/11 | | | | | Mass Arrest Draft #12.ppt | | DP | Dept Policy and Procedure and Training Materials – Discussions/Drafting | NOW Only DP: Internal NYPD communication containing pre-decisional drafts, revisions, discussions, deliberations, thoughts and ideas regarding Mass Arrest plans | |
| DMNL00303_000016070 | | Canas, America (OTM) | Microsoft Outlook Note | 6/5/20 10:47 | | "Schabowski, Jessica" <jschabowski@cityhall.nyc.gov> | "Canas, America" <acanas@cityhall.nyc.gov>; "Paez, Jennifer" <jpaez@cityhall.nyc.gov>; "Miller, Harold" <hmiller@cityhall.nyc.gov>; "Ridener, Dustin" <dridener@cityhall.nyc.gov>; "Ringel, Pinchas" <cauliaison@cityhall.nyc.gov>; "Dupee, | | General Staff Meeting 06/05/2020 | | | DP | Agenda/Schedule – Discussions/Planning/Drafting | Communication between OTM and NYPD containing pre-decisional discussions, deliberations, thoughts and ideas regarding officer discipline and protest investigations | |
| DMNL00303_000016071 | | Canas, America (OTM) | Microsoft 2007 Word Document | 6/5/20 10:47 | | | | | | General Staff Meeting 06_05_2020.docx | | DP | Agenda/Schedule – Discussions/Planning/Drafting | Communication between OTM and NYPD containing pre-decisional discussions, deliberations, thoughts and ideas regarding officer discipline and protest investigations | |
| DMNL00303_000016775 | | Canas, America (OTM) | Microsoft 2007 Word Document | 6/3/20 10:28 | | | | | | General Staff Meeting 06_03_2020.docx | | DP | Curfew – Discussions and Interpretation of Executive Order | Communication between OTM and NYPD containing pre-decisional discussions, deliberations, thoughts and ideas regarding officer discipline and protest investigations | |

| Control Number | Production Begin | All Custodians - Family | File Type | NYCLAW DateTime Primary Parent | Document Date (from Document) [if provided] | From | To | CC | Subject | File Name | Author [if provided] | Privilege Type | Categorical Tag | Description [if provided] | Parent email added for context only? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DMNL00303_000041903 | | Carrion, Marco (OTM); Fuleihan, Dean (OTM); Rigterink, Freya (OTM); Wolfe, Emma (OTM) | Microsoft Outlook Note | 6/3/20 19:42 | | "Anglin, Laura" <langlin@cityhall.nyc.gov> | "Carrion, Marco A." <mcarrion@cityhall.nyc.gov>; "Soliman, Sherif" <ssoliman@cityhall.nyc.gov> | "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov>; "Norvell, Wiley" <wnorvell@cityhall.nyc.gov>; "Goldstein, Freddi" <fgoldstein@cityhall.nyc.gov>; "Wolfe, Emma" <ewolfe@cityhall.nyc.gov>; "Rigterink, Freya" <frigterink@cityhall.nyc.gov>; "Hartzog, Melanie (OMB)" <hartzogm@omb.nyc.gov>; "Hirsh, Alison" <ahirsh@cityhall.nyc.gov>; "Schwartz, Mitch" <mschwartz1@cityhall.nyc.gov> | RE: Tonight | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication containing pre-decisional discussions, thoughts, ideas and deliberations regarding curfew enforcement | |
| DMNL00303_000042258 | | Carrion, Marco (OTM); Fuleihan, Dean (OTM); Rigterink, Freya (OTM); Wolfe, Emma (OTM) | Microsoft Outlook Note | 6/5/20 0:10 | | B <bccd@cityhall.nyc.gov> | "Norvell, Wiley" <wnorvell@cityhall.nyc.gov>; "Kauffmann, Peter" <pkauffmann@cityhall.nyc.gov> | "Goldstein, Freddi" <fgoldstein@cityhall.nyc.gov>; "Schnake Mahl, Gabriel" <gschnakemahl@cityhall.nyc.gov>; "Wolfe, Emma" <ewolfe@cityhall.nyc.gov>; "Lapeyrolerie, Olivia" <olapeyrolerie@cityhall.nyc.gov>; "Grybauskas, Natalie" <ngrybauskas@cityhall.nyc.gov>; "Carrion, Marco A." <mcarrion@cityhall.nyc.gov>; "Sleeper, Lydon" <lsleeper@cityhall.nyc.gov>; "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov>; "Rigterink, Freya" <frigterink@cityhall.nyc.gov>; "Superable, Angelene" <asuperable@cityhall.nyc.gov>; "Viguers, Jonathan" <jviguers@cityhall.nyc.gov> | Re: Protest Report: Thurs, 6/4 at 1105pm - videos | | | DP | Tweets – Discussions/Drafting | Internal OTM communication containing discussions, deliberations and drafting of the Mayor's twitter post | |
| DMNL00303_000042887 | | Carrion, Marco (OTM); Fuleihan, Dean (OTM); Rigterink, Freya (OTM); Wolfe, Emma (OTM) | Microsoft Outlook Note | 6/6/20 22:24 | | "Sleeper, Lydon" <lsleeper@cityhall.nyc.gov> | "Schnake Mahl, Gabriel" <gschnakemahl@cityhall.nyc.gov> | "Carrion, Marco A." <mcarrion@cityhall.nyc.gov>; "Rigterink, Freya" <frigterink@cityhall.nyc.gov>; "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov>; "Wolfe, Emma" <ewolfe@cityhall.nyc.gov>; "Goldstein, Freddi" <fgoldstein@cityhall.nyc.gov>; "Arslanian, Kayla" <karslanian@cityhall.nyc.gov> | Re: NYPD Mourning bands worn on Shields | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication containing pre-decisional discussions, thoughts, ideas, and deliberation related to OTM's response to a protest incident | |
| DMNL00303_000043041 | | Carrion, Marco (OTM); Fuleihan, Dean (OTM); Wolfe, Emma (OTM) | Microsoft Outlook Note | 6/2/20 11:57 | | "Anglin, Laura" <langlin@cityhall.nyc.gov> | "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov>; "Wolfe, Emma" <ewolfe@cityhall.nyc.gov>; "Hartzog, Melanie (OMB)" <hartzogm@omb.nyc.gov>; "Norvell, Wiley" <wnorvell@cityhall.nyc.gov>; "Hirsh, Alison" <ahirsh@cityhall.nyc.gov>; "Carrion, Marco A." <mcarrion@cityhall.nyc.gov> | | FW: Tonight | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication containing pre-decisional discussions, thoughts, ideas and deliberations regarding curfew enforcement | |
| DMNL00303_000043042 | | Carrion, Marco (OTM); Fuleihan, Dean (OTM); Wolfe, Emma (OTM) | Portable Document Format | 6/2/20 11:57 | | | | | | Citi Bike Letter Requesting To Stay Open During Curfew_20200602.pdf | | DP | Curfew – Discussions and Interpretation of Executive Order | Attachment to internal OTM communication containing pre-decisional discussions, thoughts, ideas and deliberations regarding curfew enforcement | |
| DMNL00303_000043159 | | Carrion, Marco (OTM); Rigterink, Freya (OTM) | Microsoft Outlook Note | 6/2/20 15:24 | | "Anglin, Laura" <langlin@cityhall.nyc.gov> | "Rigterink, Freya" <frigterink@cityhall.nyc.gov>; "Soliman, Sherif" <ssoliman@cityhall.nyc.gov>; "Carrion, Marco A." <mcarrion@cityhall.nyc.gov> | | RE: Tonight | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication containing pre-decisional discussions, thoughts, ideas and deliberations regarding curfew enforcement | |
| DMNL00303_000043165 | | Carrion, Marco (OTM) | Microsoft Outlook Note | 6/2/20 15:28 | | "Rigterink, Freya" <frigterink@cityhall.nyc.gov> | "Anglin, Laura" <langlin@cityhall.nyc.gov>; "Soliman, Sherif" <ssoliman@cityhall.nyc.gov>; "Carrion, Marco A." <mcarrion@cityhall.nyc.gov> | | RE: Tonight | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication containing pre-decisional discussions, thoughts, ideas and deliberations regarding curfew enforcement | |

| Control Number | Production Begin | All Custodians - Family | File Type | NYCLAW DateTime Primary Parent | Document Date (from Document) [if provided] | From | To | CC | Subject | File Name | Author [if provided] | Privilege Type | Categorical Tag | Description [if provided] | Parent email added for context only? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DMNL00303_000043171 | | Carrion, Marco (OTM); Rigterink, Freya (OTM); Wolfe, Emma (OTM) | Microsoft Outlook Note | 6/2/20 15:59 | | "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov> | "Carrion, Marco A." <mcarrion@cityhall.nyc.gov>; "Anglin, Laura" <langlin@cityhall.nyc.gov> | "Rigterink, Freya" <frigterink@cityhall.nyc.gov>; "Goldstein, Freddi" <fgoldstein@cityhall.nyc.gov>; "Wolfe, Emma" <ewolfe@cityhall.nyc.gov>; "Hartzog, Melanie (OMB)" <hartzogm@omb.nyc.gov>; "Norvell, Wiley" <wnorvell@cityhall.nyc.gov>; "Hirsh, Alison" <ahirsh@cityhall.nyc.gov>; "Soliman, Sherif" <ssoliman@cityhall.nyc.gov> | RE: Tonight | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication containing pre-decisional discussions, thoughts, ideas and deliberations regarding curfew enforcement | |
| DMNL00303_000043219 | | Carrion, Marco (OTM); Fuleihan, Dean (OTM); Rigterink, Freya (OTM); Wolfe, Emma (OTM) | Microsoft Outlook Note | 6/2/20 17:23 | | "Goldstein, Freddi" <fgoldstein@cityhall.nyc.gov> | "Anglin, Laura" <langlin@cityhall.nyc.gov> | "Norvell, Wiley" <wnorvell@cityhall.nyc.gov>; "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov>; "Wolfe, Emma" <ewolfe@cityhall.nyc.gov>; "Rigterink, Freya" <frigterink@cityhall.nyc.gov>; "Carrion, Marco A." <mcarrion@cityhall.nyc.gov>; "Hartzog, Melanie (OMB)" <hartzogm@omb.nyc.gov>; "Hirsh, Alison" <ahirsh@cityhall.nyc.gov>; "Soliman, Sherif" <ssoliman@cityhall.nyc.gov>; "Schwartz, Mitch" | Re: Tonight | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication containing pre-decisional discussions, thoughts, ideas and deliberations regarding curfew enforcement | |
| DMNL00303_000043232 | | Carrion, Marco (OTM); Fuleihan, Dean (OTM); Rigterink, Freya (OTM); Wolfe, Emma (OTM) | Microsoft Outlook Note | 6/2/20 17:38 | | "Anglin, Laura" <langlin@cityhall.nyc.gov> | "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov> | "Goldstein, Freddi" <fgoldstein@cityhall.nyc.gov>; "Norvell, Wiley" <wnorvell@cityhall.nyc.gov>; "Wolfe, Emma" <ewolfe@cityhall.nyc.gov>; "Rigterink, Freya" <frigterink@cityhall.nyc.gov>; "Carrion, Marco A." <mcarrion@cityhall.nyc.gov>; "Hartzog, Melanie | Re: Tonight | | | DP | Curfew – Discussions and Interpretation of Executive Order | | |
| DMNL00303_000043250 | | Carrion, Marco (OTM); Fuleihan, Dean (OTM); Rigterink, Freya (OTM); Wolfe, Emma (OTM) | Microsoft Outlook Note | 6/2/20 17:58 | | "Anglin, Laura" <langlin@cityhall.nyc.gov> | "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov>; "Carrion, Marco A." <mcarrion@cityhall.nyc.gov> | "Goldstein, Freddi" <fgoldstein@cityhall.nyc.gov>; "Norvell, Wiley" <wnorvell@cityhall.nyc.gov>; "Wolfe, Emma" <ewolfe@cityhall.nyc.gov>; "Rigterink, Freya" <frigterink@cityhall.nyc.gov>; "Hartzog, Melanie | RE: Tonight | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication containing pre-decisional discussions, thoughts, ideas and deliberations regarding curfew enforcement | |
| DMNL00303_000050183 | | Carrion, Marco (OTM) | Microsoft Outlook Note | 7/15/20 21:49 | | "Carrion, Marco A." <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=carrion, marco a.955"> | "Rigterink, Freya" <frigterink@cityhall.nyc.gov> | "Longani, Kapil" <klongani@cityhall.nyc.gov>; "Wolfe, Emma" <ewolfe@cityhall.nyc.gov>; "Floyd, Chatodd" <cfloyd@cityhall.nyc.gov> | Re: rec / heads up to mayor | | | DP | Protest Monitoring – Discussions | Internal communication between OTM staff containing pre-decisional thoughts, deliberations, ideas, recommendations, and drafts of OTM's response to a protest incident | |
| DMNL00303_000050932 | | Carrion, Marco (OTM); Fuleihan, Dean (OTM); Rigterink, Freya (OTM) | Microsoft Outlook Note | 7/28/20 20:13 | | "Neidhardt, Bill" <bneidhardt@cityhall.nyc.gov> | "Arslanian, Kayla" <karslanian@cityhall.nyc.gov>; "Carrion, Marco A." <mcarrion@cityhall.nyc.gov> | "Rigterink, Freya" <frigterink@cityhall.nyc.gov>; "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov>; "Sleeper, Lydon" <lsleeper@cityhall.nyc.gov>; "Floyd, Chatodd" <cfloyd@cityhall.nyc.gov> | RE: Protests tonight | | | DP | Press Release/Announcement – Discussions/Drafting | Internal communication between OTM staff containing pre-decisional thoughts, deliberations, ideas, recommendations, and drafts of OTM's response to a protest incident | |

| Control Number | Production Begin | All Custodians - Family | File Type | NYCLAW DateTime Primary Parent | Document Date (from Document) [if provided] | From | To | CC | Subject | File Name | Author [if provided] | Privilege Type | Categorical Tag | Description [if provided] | Parent email added for context only? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DMNL00303_000050976 | | Carrion, Marco (OTM); Fuleihan, Dean (OTM); Rigterink, Freya (OTM) | Microsoft Outlook Note | 7/28/20 23:07 | | "Neidhardt, Bill" <bneidhardt@cityhall.nyc.gov> | "Brennan, Tom" <tbrennan@cityhall.nyc.gov> | "Floyd, Chatodd" <cfloyd@cityhall.nyc.gov>; "Sleeper, Lydon" <lsleeper@cityhall.nyc.gov>; "Carrion, Marco A." <mcarrion@cityhall.nyc.gov>; "Schnake Mahl, Gabriel" <gschnakemahl@cityhall.nyc.gov>; "Arredondo, Julia" <jarredondo@cityhall.nyc.gov>; "Rigterink, Freya" <frigterink@cityhall.nyc.gov>; "Arslanian, Kayla" <karslanian@cityhall.nyc.gov>; "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov>; "Kauffmann, Peter" <pkauffmann@cityhall.nyc.gov>; "Ross-Teel, Ashley" | Re: Protests tonight | | | DP | Tweets – Discussions/Drafting | Internal communication between OTM staff containing pre-decisional thoughts, deliberations, ideas, recommendations, and drafts of OTM's response to a protest incident, including drafts to twitter posts for the Mayor | |
| DMNL00303_000050988 | | Carrion, Marco (OTM); Rigterink, Freya (OTM) | Microsoft Outlook Note | 7/28/20 23:16 | | "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov> | "Schnake Mahl, Gabriel" <gschnakemahl@cityhall.nyc.gov>; "Brennan, Tom" <tbrennan@cityhall.nyc.gov> | "Neidhardt, Bill" <bneidhardt@cityhall.nyc.gov>; "Floyd, Chatodd" <cfloyd@cityhall.nyc.gov>; "Sleeper, Lydon" <lsleeper@cityhall.nyc.gov>; "Carrion, Marco A." <mcarrion@cityhall.nyc.gov>; "Arredondo, Julia" <jarredondo@cityhall.nyc.gov>; "Rigterink, Freya" <frigterink@cityhall.nyc.gov>; "Arslanian, Kayla" <karslanian@cityhall.nyc.gov>; "Kauffmann, Peter" <pkauffmann@cityhall.nyc.gov>; "Ross-Teel, Ashley" | Re: Protests tonight | | | DP | Tweets – Discussions/Drafting | Internal communication between OTM staff containing pre-decisional thoughts, deliberations, ideas, recommendations, and drafts of OTM's response to a protest incident, including drafts to twitter posts for the Mayor | |
| DMNL00303_000050992 | | Carrion, Marco (OTM); Fuleihan, Dean (OTM); Rigterink, Freya (OTM) | Microsoft Outlook Note | 7/28/20 23:17 | | "Brennan, Tom" <tbrennan@cityhall.nyc.gov> | "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov> | "Schnake Mahl, Gabriel" <gschnakemahl@cityhall.nyc.gov>; "Neidhardt, Bill" <bneidhardt@cityhall.nyc.gov>; "Floyd, Chatodd" <cfloyd@cityhall.nyc.gov>; "Sleeper, Lydon" <lsleeper@cityhall.nyc.gov>; "Carrion, Marco A." <mcarrion@cityhall.nyc.gov>; "Arredondo, Julia" <jarredondo@cityhall.nyc.gov>; "Rigterink, Freya" <frigterink@cityhall.nyc.gov>; "Arslanian, Kayla" <karslanian@cityhall.nyc.gov>; "Kauffmann, Peter" <pkauffmann@cityhall.nyc.gov>; "Ross-Teel, Ashley" <arossteel@cityhall.nyc.gov> | Re: Protests tonight | | | DP | Tweets – Discussions/Drafting | | |
| DMNL00303_000054079 | | De Blasio, Bill (OTM); Fuleihan, Dean (OTM); Wolfe, Emma (OTM) | Microsoft Outlook Note | 6/6/20 23:36 | | "Norvell, Wiley" <wnorvell@cityhall.nyc.gov> | B <bccd@cityhall.nyc.gov> | "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov>; "Wolfe, Emma" <ewolfe@cityhall.nyc.gov>; "Williams, Dominic" <dwilliams@cityhall.nyc.gov>; "Goldstein, Freddi" <fgoldstein@cityhall.nyc.gov>; "Kauffmann, Peter" <pkauffmann@cityhall.nyc.gov>; "Thompson, Phillip" <pthompson@cityhall.nyc.gov>; "John, Roxanne" <rjohn@cityhall.nyc.gov>; FLONYC | Re: Prepare for launch! | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal communication between OTM staff containing pre-decisional thoughts, deliberations, ideas, and drafts relating to ending the curfew, including drafting of press release | |
| DMNL00303_000054104 | | De Blasio, Bill (OTM); Fuleihan, Dean (OTM) | Microsoft Outlook Note | 6/6/20 11:23 | | "SHEA, DERMOT" <dermot.shea@nypd.org> | B <bccd@cityhall.nyc.gov> | "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov>; "GRIPPO, VINCENT" <vincent.grippo@nypd.org> | Re: Please confirm | | | DP | Policing of Protests – Discussions | Forwarded email containing communication between OTM and NYPD containing pre-decisional discussions, deliberations, thoughts and ideas regarding the policing of protests | |
| DMNL00303_000054887 | | De Blasio, Bill (OTM) | Microsoft Outlook Note | 6/27/20 10:36 | | B <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=bccde15"> | "Dermot, Shea (NYPD)" <dermot.shea@nypd.org> | "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov> | Re: | | | DP | Police Reform - Ideas/Discussions | Communication between OTM and NYPD containing pre-decisional discussions, deliberations, thoughts and ideas regarding the response to a media article | |

| Control Number | Production Begin | All Custodians - Family | File Type | NYCLAW DateTime Primary Parent | Document Date (from Document) [if provided] | From | To | CC | Subject | File Name | Author [if provided] | Privilege Type | Categorical Tag | Description [if provided] | Parent email added for context only? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DMNL00303_000055021 | | De Blasio, Bill (OTM) | Microsoft Outlook Note | 6/6/20 22:17 | | B <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=bccde15"> | "Rigterink, Freya" <frigterink@cityhall.nyc.gov> | "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov>; "Wolfe, Emma" <ewolfe@cityhall.nyc.gov>; "Goldstein, Freddi" <fgoldstein@cityhall.nyc.gov>; "Schnake Mahl, Gabriel" <gschnakemahl@cityhall.nyc.gov>; "Arslanian, Kayla" <karslanian@cityhall.nyc.gov> | Re: NYPD Mourning bands worn on Shields | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication containing pre-decisional discussions, thoughts, ideas, and deliberation related to OTM's response to a protest incident | |
| DMNL00303_000055038 | | De Blasio, Bill (OTM); Fuleihan, Dean (OTM) | Microsoft Outlook Note | 6/6/20 10:45 | | bccd@cityhall.nyc.gov | "Dermot, Shea (NYPD)" <dermot.shea@nypd.org> | "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov> | Please confirm | | | DP | Policing of Protests – Discussions | Forwarded email containing communication between OTM and NYPD containing pre-decisional discussions, deliberations, thoughts and ideas regarding the policing of protests | |
| DMNL00303_000055055 | | De Blasio, Bill (OTM) | Microsoft Outlook Note | 6/5/20 19:52 | | B <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=bccde15"> | "Dermot, Shea (NYPD)" <dermot.shea@nypd.org> | "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov> | Re: Going out now | | | DP | Press Release/Announcement – Discussions/Drafting | Communication between OTM and NYPD containing pre-decisional discussions, deliberations, thoughts and ideas including a draft of a press release | |
| DMNL00303_000055124 | | De Blasio, Bill (OTM) | Microsoft Outlook Note | 5/30/20 22:16 | | B <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=bccde15"> | "Kauffmann, Peter" <pkauffmann@cityhall.nyc.gov> | | Fw: Making sure you saw | | | DP | Tweets – Discussions/Drafting | Internal OTM communication containing pre-decisional discussions, thoughts, ideas, and deliberation related to OTM's response to a protest incident | |
| DMNL00303_000055141 | | De Blasio, Bill (OTM) | Microsoft Outlook Note | 5/29/20 20:00 | | B <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=bccde15"> | "Dermot, Shea (NYPD)" <dermot.shea@nypd.org> | | Fwd: Jon Campbell on Twitter: "A lot just popped off at the protest for George Floyd at the Barclays Center in Brooklyn. Pepper spray, batons, and several arrests. https://t.co/ZuciQA82fe" / | | | DP | Tweets – Discussions/Drafting | | |
| DMNL00303_000152225 | | Fuleihan, Dean (OTM) | Microsoft Outlook Note | 6/2/20 16:00 | | "Fuleihan, Dean" <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=fuleihan, dean (omb)191"> | "Carrion, Marco A." <mcarrion@cityhall.nyc.gov>; "Anglin, Laura" <langlin@cityhall.nyc.gov> | "Rigterink, Freya" <frigterink@cityhall.nyc.gov>; "Goldstein, Freddi" <fgoldstein@cityhall.nyc.gov>; "Wolfe, Emma" <ewolfe@cityhall.nyc.gov>; "Hartzog, Melanie (OMB)" <hartzogm@omb.nyc.gov>; "Norvell, Wiley" <wnorvell@cityhall.nyc.gov>; "Hirsh, Alison" <ahirsh@cityhall.nyc.gov>; "Soliman, Sherif" <ssoliman@cityhall.nyc.gov> | RE: Tonight | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication containing pre-decisional discussions, thoughts, ideas and deliberations regarding curfew enforcement | |
| DMNL00303_000152238 | | Fuleihan, Dean (OTM) | Microsoft Outlook Note | 6/2/20 16:42 | | "Fuleihan, Dean" <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=fuleihan, dean (omb)191"> | "Wolfe, Emma" <ewolfe@cityhall.nyc.gov>; "Anglin, Laura" <langlin@cityhall.nyc.gov> | "Rigterink, Freya" <frigterink@cityhall.nyc.gov>; "Goldstein, Freddi" <fgoldstein@cityhall.nyc.gov>; "Carrion, Marco A." <mcarrion@cityhall.nyc.gov>; "Hartzog, Melanie (OMB)" <hartzogm@omb.nyc.gov>; "Norvell, Wiley" <wnorvell@cityhall.nyc.gov>; "Hirsh, Alison" <ahirsh@cityhall.nyc.gov>; "Soliman, Sherif" <ssoliman@cityhall.nyc.gov> | RE: Tonight | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication containing pre-decisional discussions, thoughts, ideas and deliberations regarding curfew enforcement | |
| DMNL00303_000152252 | | Fuleihan, Dean (OTM) | Microsoft Outlook Note | 6/2/20 17:10 | | "Fuleihan, Dean" <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=fuleihan, dean (omb)191"> | "Norvell, Wiley" <wnorvell@cityhall.nyc.gov>; "Anglin, Laura" <langlin@cityhall.nyc.gov>; "Wolfe, Emma" <ewolfe@cityhall.nyc.gov> | "Rigterink, Freya" <frigterink@cityhall.nyc.gov>; "Goldstein, Freddi" <fgoldstein@cityhall.nyc.gov>; "Carrion, Marco A." <mcarrion@cityhall.nyc.gov>; "Hartzog, Melanie (OMB)" <hartzogm@omb.nyc.gov>; "Hirsh, Alison" <ahirsh@cityhall.nyc.gov>; "Soliman, Sherif" <ssoliman@cityhall.nyc.gov> | RE: Tonight | | | DP | Curfew – Discussions and Interpretation of Executive Order; Tweets – Discussions/Drafting | Internal OTM communication containing pre-decisional discussions, thoughts, ideas and deliberations regarding curfew enforcement, including discussions and drafting of twitter posts for the Mayor | |

| Control Number | Production Begin | All Custodians - Family | File Type | NYCLAW DateTime Primary Parent | Document Date (from Document) [if provided] | From | To | CC | Subject | File Name | Author [if provided] | Privilege Type | Categorical Tag | Description [if provided] | Parent email added for context only? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DMNL00303_000152266 | | Fuleihan, Dean (OTM) | Microsoft Outlook Note | 6/2/20 17:56 | | "Fuleihan, Dean" <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=fuleihan, dean (omb)191"> | "Norvell, Wiley" <wnorvell@cityhall.nyc.gov>; "Anglin, Laura" <langlin@cityhall.nyc.gov>; "Carrion, Marco A." <mcarrion@cityhall.nyc.gov> | "Goldstein, Freddi" <fgoldstein@cityhall.nyc.gov>; "Wolfe, Emma" <ewolfe@cityhall.nyc.gov>; "Rigterink, Freya" <frigterink@cityhall.nyc.gov>; "Hartzog, Melanie (OMB)" <hartzogm@omb.nyc.gov>; "Hirsh, Alison" <ahirsh@cityhall.nyc.gov>; "Soliman, Sherif" <ssoliman@cityhall.nyc.gov>; "Schwartz, Mitch" <mschwartz1@cityhall.ny | RE: Tonight | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication containing pre-decisional discussions, thoughts, ideas and deliberations regarding curfew enforcement | |
| DMNL00303_000152267 | | Fuleihan, Dean (OTM) | Microsoft Outlook Note | 6/2/20 17:39 | | "Fuleihan, Dean" <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=fuleihan, dean (omb)191"> | "Carrion, Marco A." <mcarrion@cityhall.nyc.gov>; "Anglin, Laura" <langlin@cityhall.nyc.gov> | "Goldstein, Freddi" <fgoldstein@cityhall.nyc.gov>; "Norvell, Wiley" <wnorvell@cityhall.nyc.gov>; "Wolfe, Emma" <ewolfe@cityhall.nyc.gov>; "Rigterink, Freya" <frigterink@cityhall.nyc.gov>; "Hartzog, Melanie (OMB)" <hartzogm@omb.nyc.gov>; "Hirsh, Alison" <ahirsh@cityhall.nyc.gov>; "Soliman, Sherif" <ssoliman@cityhall.nyc.gov>; "Schwartz, Mitch" <mschwartz1@cityhall.ny | RE: Tonight | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication containing pre-decisional discussions, thoughts, ideas and deliberations regarding curfew enforcement | |
| DMNL00303_000154433 | | Fuleihan, Dean (OTM); Wolfe, Emma (OTM) | Microsoft 2007 Word Document | 6/11/20 10:43 | | | | | | body cam footage.docx | | DP | Protest Incident Investigation - Discussions | Attachment to internal OTM communication containing pre-decisional discussions, thoughts, ideas, drafts and deliberations regarding police reform and policy decision proposals | |
| DMNL00303_000154520 | DEF-E_000056349 | Fuleihan, Dean (OTM) | Microsoft 2007 Word Document | 6/11/20 19:42 | | | | | | Document2.docx | | DP | Use of Force Investigation – Discussions | Internal OTM communication containing deliberations and drafting of agenda for the Mayor | |
| DMNL00303_000154841 | | Fuleihan, Dean (OTM) | Microsoft Outlook Note | 6/6/20 12:35 | | "Fuleihan, Dean" <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=fuleihan, dean (omb)191"> | "Wolfe, Emma" <ewolfe@cityhall.nyc.gov> | | Fwd: Please confirm | | | DP | Policing of Protests – Discussions | Forwarded email containing communication between OTM and NYPD containing pre-decisional discussions, deliberations, thoughts and ideas regarding the policing of protests | |
| DMNL00303_000155474 | | Fuleihan, Dean (OTM); Rigterink, Freya (OTM); Wolfe, Emma (OTM) | Microsoft Outlook Note | 6/5/20 9:11 | | "Goldstein, Freddi" <fgoldstein@cityhall.nyc.gov> | "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov>; "Rigterink, Freya" <frigterink@cityhall.nyc.gov>; "Wolfe, Emma" <ewolfe@cityhall.nyc.gov> | "Hirsh, Alison" <ahirsh@cityhall.nyc.gov>; "Norvell, Wiley" <wnorvell@cityhall.nyc.gov>; "Lapeyrolerie, Olivia" <olapeyrolerie@cityhall.nyc.gov> | RE: Protest body cam video | | | DP | Responses to Press Inquiries – Discussions/Drafting | Internal OTM communication containing pre-decisional discussions, thoughts, ideas and deliberations regarding OTM's response to a protest incident | |
| DMNL00303_000155682 | | Fuleihan, Dean (OTM); Rigterink, Freya (OTM) | Microsoft Outlook Note | 6/5/20 17:09 | | "Glazer, Elizabeth" <eglazer@cityhall.nyc.gov> | "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov>; "Rigterink, Freya" <frigterink@cityhall.nyc.gov> | | FW: see this video - the mayor spoke about this | | | ACC; DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication containing pre-decisional discussions, thoughts, ideas and deliberations regarding OTM's response to a protest incident, including legal advice, analysis and/or attorney thoughts and impressions. | |
| DMNL00303_000155758 | | Fuleihan, Dean (OTM); Wolfe, Emma (OTM) | Microsoft Outlook Note | 6/5/20 18:02 | | "Norvell, Wiley" <wnorvell@cityhall.nyc.gov> | "Goldstein, Freddi" <fgoldstein@cityhall.nyc.gov>; "Wolfe, Emma" <ewolfe@cityhall.nyc.gov>; "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov>; "Kauffmann, Peter" <pkauffmann@cityhall.nyc.gov> | | Re: curfew letter | | | DP | Curfew – Discussions and Interpretation of Executive Order; Press Release/Announcement – Discussions/Drafting | Internal OTM communication containing pre-decisional discussions, thoughts, ideas and deliberations regarding OTM's response to a protest incident, including drafting of twitter post | |
| DMNL00303_000155881 | | Fuleihan, Dean (OTM); Rigterink, Freya (OTM); Wolfe, Emma (OTM) | Microsoft Outlook Note | 6/18/20 22:49 | | "Rigterink, Freya" <frigterink@cityhall.nyc.gov> | "Wolfe, Emma" <ewolfe@cityhall.nyc.gov>; "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov> | | Plan for protests | | | DP | Policing of Protests – Discussions | Internal OTM communication containing pre-decisional discussions, thoughts, ideas and deliberations regarding OTM's response to a protest incident | |
| DMNL00303_000155950 | | Fuleihan, Dean (OTM) | Microsoft Outlook Note | 6/6/20 8:24 | | "Fuleihan, Dean" <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=fuleihan, dean (omb)191"> | "Wolfe, Emma" <ewolfe@cityhall.nyc.gov>; "Kauffmann, Peter" <pkauffmann@cityhall.nyc.gov> | | Re: curfew | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication containing pre-decisional discussions, thoughts, ideas and deliberations regarding curfew enforcement | |

| Control Number | Production Begin | All Custodians - Family | File Type | NYCLAW DateTime Primary Parent | Document Date (from Document) [if provided] | From | To | CC | Subject | File Name | Author [if provided] | Privilege Type | Categorical Tag | Description [if provided] | Parent email added for context only? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DMNL00303_000177041 | | Rigterink, Freya (OTM) | Microsoft Outlook Note | 6/2/20 17:28 | | "Rigterink, Freya" <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=rigterink, freya09c"> | "Anglin, Laura" <langlin@cityhall.nyc.gov>; "Goldstein, Freddi" <fgoldstein@cityhall.nyc.gov> | "Norvell, Wiley" <wnorvell@cityhall.nyc.gov>; "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov>; "Wolfe, Emma" <ewolfe@cityhall.nyc.gov>; "Carrion, Marco A." <mcarrion@cityhall.nyc.gov>; "Hartzog, Melanie (OMB)" <hartzogm@omb.nyc.gov>; "Hirsh, Alison" <ahirsh@cityhall.nyc.gov>; "Soliman, Sherif" <ssoliman@cityhall.nyc.gov>; "Schwartz, Mitch" <mschwartz1@cityhall.ny | RE: Tonight | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication containing pre-decisional discussions, thoughts, ideas and deliberations regarding curfew enforcement | |
| DMNL00303_000184868 | | Rigterink, Freya (OTM); Sobelman, Jenny (OTM) | JPEG/JFIF Image | 6/4/20 11:49 | | | | | | IMG_0969.jpeg | | DP | Curfew – Discussions and Interpretation of Executive Order | Attachement to internal OTM communication, including pre-decisional deliberations, discussions, thoughts and ideas containing confidential communication with agency attorney containing legal advice, analysis, and/or attorney thoughts and impressions regarding enforcement of EO and the drafting of | |
| DMNL00303_000184869 | | Rigterink, Freya (OTM); Sobelman, Jenny (OTM) | JPEG/JFIF Image | 6/4/20 11:49 | | | | | | image.jpg | | DP | Curfew – Discussions and Interpretation of Executive Order | Attachement to internal OTM communication, including pre-decisional deliberations, discussions, thoughts and ideas containing confidential communication with agency attorney containing legal advice, analysis, and/or attorney thoughts and impressions regarding enforcement of EO and the drafting of | |
| DMNL00303_000184870 | | Rigterink, Freya (OTM); Sobelman, Jenny (OTM) | JPEG/JFIF Image | 6/4/20 11:49 | | | | | | IMG_0971.jpeg | | DP | Curfew – Discussions and Interpretation of Executive Order | Attachement to internal OTM communication, including pre-decisional deliberations, discussions, thoughts and ideas containing confidential communication with agency attorney containing legal advice, analysis, and/or attorney thoughts and impressions regarding enforcement of EO and the drafting of | |
| DMNL00303_000186826 | | Rigterink, Freya (OTM) | Microsoft Outlook Note | 6/15/20 21:15 | | "Rigterink, Freya" <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=rigterink, freya09c"> | vincent.grippo@nypd.org | | Fwd: NYT: Atlanta Mayor Tightens Rules on When Police Can Use Force | | | DP | Police Reform - Ideas/Discussions | Internal OTM communication, including pre-decisional deliberations, discussions, thoughts and ideas regarding police reform | |
| DMNL00303_000198522 | | Rigterink, Freya (OTM) | Microsoft Outlook Sticky Note | 6/12/20 18:03 | | "/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=rigterink, freya09c" | | | Pc meeting notes | | | ACC; DP | Meeting Notes | Summary document containing confidential communication between OTM staff and agency attorneys containing deliberations, discussions, recommendations, legal advice, analysis and/or attorney thoughts and impressions. | |
| DMNL00303_000211814 | | Sobelman, Jenny (OTM) | Microsoft Outlook Note | 6/3/20 15:13 | | "Sobelman, Jenny" <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=sobelman, jennyfae"> | Dawn Gresham <dawngresham28@gmail.com> | | Re: A concern about the curfew FAQ | | | DP | Curfew – Discussions and Interpretation of Executive Order | Communication between OTM staff and Senator Krueger staff, including pre-decisional deliberations, discussions, thoughts and ideas containing the drafting of the Curfew FAQ. | |
| DMNL00303_000213061 | | Sobelman, Jenny (OTM) | Microsoft Outlook Note | 6/1/20 19:53 | | "Sobelman, Jenny" <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=sobelman, jennyfae"> | "De La Cruz, Maidel" <mdelacruz@cityhall.nyc.gov>; "Canas, America" <acanas@cityhall.nyc.gov>; "Sleeper, Lydon" <lsleeper@cityhall.nyc.gov>; "Jimenez, Karina" <kjimenez1@cityhall.nyc.gov>; "Kitasei, Yume" <ykitasei@cityhall.nyc.gov>; "Atlas, Laura" <latlas@cityhall.nyc.gov>; "Brown, Simonia" <sibrown@cityhall.nyc.gov>; "@IGA" | | RE: curfew 06/01 | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication, including pre-decisional deliberations, discussions, thoughts and ideas regarding enforcement of EO and the drafting of the Curfew FAQ. | |
| DMNL00303_000213067 | | Sobelman, Jenny (OTM) | Microsoft Outlook Note | 6/1/20 20:02 | | "Sobelman, Jenny" <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=sobelman, jennyfae"> | "De La Cruz, Maidel" <mdelacruz@cityhall.nyc.gov>; "Brown, Simonia" <sibrown@cityhall.nyc.gov>; "Martinez, Juan" <jmartinez2@intergov.nyc.gov> | | RE: curfew 06/01 | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication, including pre-decisional deliberations, discussions, thoughts and ideas regarding enforcement of EO and the drafting of the Curfew FAQ. | |
| DMNL00303_000213069 | | Sobelman, Jenny (OTM) | Microsoft Outlook Note | 6/1/20 20:04 | | "Sobelman, Jenny" <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=sobelman, jennyfae"> | "Martinez, Juan" <jmartinez2@intergov.nyc.gov> | | RE: MAYOR DE BLASIO AND GOVERNOR CUOMO ANNOUNCE CITYWIDE CURFEW IN NEW YORK CITY BEGINNING AT 11 PM TONIGHT | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication, including pre-decisional deliberations, discussions, thoughts and ideas regarding enforcement of EO and the drafting of the Curfew FAQ. | |
| DMNL00303_000213090 | | Sobelman, Jenny (OTM) | Microsoft Outlook Note | 6/1/20 20:19 | | "Sobelman, Jenny" <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=sobelman, jennyfae"> | "De La Cruz, Maidel" <mdelacruz@cityhall.nyc.gov> | | RE: curfew 06/01 | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication, including pre-decisional deliberations, discussions, thoughts and ideas regarding enforcement of EO and the drafting of the Curfew FAQ. | |

| Control Number | Production Begin | All Custodians - Family | File Type | NYCLAW DateTime Primary Parent | Document Date (from Document) [if provided] | From | To | CC | Subject | File Name | Author [if provided] | Privilege Type | Categorical Tag | Description [if provided] | Parent email added for context only? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DMNL00303_000213106 | | Sobelman, Jenny (OTM) | Microsoft Outlook Note | 6/1/20 20:40 | | "Sobelman, Jenny" <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=sobelman,jennyfae"> | "Kagan, Rebecca" <rkagan@cityhall.nyc.gov> | | RE: curfew 06/01 | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication, including pre-decisional deliberations, discussions, thoughts and ideas regarding enforcement of EO and the drafting of the Curfew FAQ. | |
| DMNL00303_000213133 | DEF-E_000055324 | Sobelman, Jenny (OTM) | Microsoft Outlook Note | 6/2/20 0:06 | | "Blane, Alexis" <ablane@cityhall.nyc.gov> | "Sobelman, Jenny" <jsobelman@cityhall.nyc.gov> | "De La Cruz, Maidel" <mdelacruz@cityhall.nyc.gov>; "Brown, Simonia" <sibrown@cityhall.nyc.gov>; "Lis, Anna" <alis@cityhall.nyc.gov> | Re: Cruz | | | | | | Parent email produced in full added to log for context only. |
| DMNL00303_000213135 | DEF-E_000055328 | Sobelman, Jenny (OTM) | Hypertext Markup Language Document | 6/2/20 0:06 | | | | | | ATT00001.htm | | ACC; DP | Curfew – Discussions and Interpretation of Executive Order; Executive Order – Discussions/Drafting | Internal OTM communication, including pre-decisional deliberations, discussions, thoughts and ideas containing confidential communication with agency attorney containing legal advice, analysis, and/or attorney thoughts and impressions regarding enforcement of EO and the drafting of the Curfew FAQ. | |
| DMNL00303_000213193 | | Sobelman, Jenny (OTM) | Microsoft Outlook Note | 6/2/20 12:53 | | jsobelman@cityhall.nyc.gov | "Torres-Trujillo, Maceo" <mtorres-trujillo@intergov.nyc.gov> | "Martinez, Juan" <jmartinez2@intergov.nyc.gov> | Re: MAYOR DE BLASIO AND GOVERNOR CUOMO ANNOUNCE CITYWIDE CURFEW IN NEW YORK CITY BEGINNING AT 11 PM TONIGHT | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication, including pre-decisional deliberations, discussions, thoughts and ideas regarding enforcement of EO | |
| DMNL00303_000213266 | | Sobelman, Jenny (OTM) | Microsoft Outlook Note | 6/2/20 14:46 | | "Sobelman, Jenny" <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=sobelman,jennyfae"> | "Dissanayake, Tania" <tdissanayake@cityhall.nyc.gov> | "Torres-Trujillo, Maceo" <mtorres-trujillo@intergov.nyc.gov>; "Osomo, David" <dosorno@intergov.nyc.gov>; "@State Legislative Affairs" <statelegislativeaffairs@cityhall.nyc.gov>; "De La Cruz, Maidel" <mdelacruz@cityhall.nyc.gov> | Re: Curfew Feedback 06/02 | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication, including pre-decisional deliberations, discussions, thoughts and ideas regarding enforcement of EO | |
| DMNL00303_000235204 | | Sobelman, Jenny (OTM) | Microsoft Outlook Note | 6/3/20 15:14 | | jsobelman@cityhall.nyc.gov | "Blane, Alexis" <ablane@cityhall.nyc.gov> | "Brown, Simonia" <sibrown@cityhall.nyc.gov>; "Lapeyrolerie, Olivia" <olapeyrolerie@cityhall.nyc.gov>; "De La Cruz, Maidel" <mdelacruz@cityhall.nyc.gov> | Re: A concern about the curfew FAQ | | | DP | Curfew – Discussions and Interpretation of Executive Order | Communication between OTM staff and Senator Krueger staff, including pre-decisional deliberations, discussions, thoughts and ideas containing the drafting of the Curfew FAQ. | |
| DMNL00303_000235233 | | Sobelman, Jenny (OTM) | Microsoft Outlook Note | 6/3/20 15:13 | | jsobelman@cityhall.nyc.gov | Dawn Gresham <dawngresham28@gmail.com> | | Re: A concern about the curfew FAQ | | | DP | Curfew – Discussions and Interpretation of Executive Order | Communication between OTM staff and Senator Krueger staff, including pre-decisional deliberations, discussions, thoughts and ideas containing the drafting of the Curfew FAQ. | |
| DMNL00303_000236103 | | Sobelman, Jenny (OTM) | Microsoft Outlook Note | 6/3/20 15:11 | | jsobelman@cityhall.nyc.gov | Dawn Gresham <dawngresham28@gmail.com> | | Re: A concern about the curfew FAQ | | | DP | Curfew – Discussions and Interpretation of Executive Order | Communication between OTM staff and Senator Krueger staff, including pre-decisional deliberations, discussions, thoughts and ideas containing the drafting of the Curfew FAQ. | |
| DMNL00303_000240384 | | Tan, Persephone (OTM) | Microsoft Outlook Note | 6/2/20 15:49 | | "Kitasei, Yume" <ykitasei@cityhall.nyc.gov> | "@City Legislative" <citylegislative@cityhall.nyc.gov> | | RE: Curfew Calls 06/02 | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication, including pre-decisional deliberations, discussions, thoughts and ideas regarding enforcement of EO | |
| DMNL00303_000241160 | | Tan, Persephone (OTM) | Microsoft Outlook Note | 6/1/20 19:47 | | "De La Cruz, Maidel" <mdelacruz@cityhall.nyc.gov> | "Cyrus, Tonya" <tcyrus@intergov.nyc.gov>; "Archer, James" <jarcher@cityhall.nyc.gov>; "Tan, Persephone" <ptan@cityhall.nyc.gov>; "Asprea, Joseph" <jasprea@cityhall.nyc.gov>; "Henry, Eric Cecil" <ehenry@cityhall.nyc.gov> | "Kitasei, Yume" <ykitasei@cityhall.nyc.gov>; "@City Legislative" <citylegislative@cityhall.nyc.gov> | RE: curfew 06/01 | | | DP | Curfew – Discussions and Interpretation of Executive Order | Internal OTM communication, including pre-decisional deliberations, discussions, thoughts and ideas regarding enforcement of EO and the drafting of the Curfew FAQ. | |
| DMNL00303_000252149 | | Wolfe, Emma (OTM) | Microsoft Outlook Note | 6/18/20 8:47 | | "Wolfe, Emma" <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=wolfe,emmab02"> | B <bccd@cityhall.nyc.gov> | "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov>; "Rigterink, Freya" <frigterink@cityhall.nyc.gov>; "Viguers, Jonathan" <jviguers@cityhall.nyc.gov>; "Grullon, Pilar" <pgrullon@cityhall.nyc.gov> | Re: Mtg with PD today, or tmrw at latest | | | DP | Policing of Protests – Discussions | Internal OTM communication, including pre-decisional deliberations, discussions, thoughts and ideas regarding plan for policing upcoming protest | |
| DMNL00303_000252160 | | Wolfe, Emma (OTM) | Microsoft Outlook Note | 6/18/20 9:20 | | "Wolfe, Emma" <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=wolfe,emmab02"> | "Schnake Mahl, Gabriel" <gschnakemahl@cityhall.nyc.gov> | "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov>; "Floyd, Chatodd" <cfloyd@cityhall.nyc.gov> | Re: Saturday | | | DP | Policing of Protests – Discussions | Internal OTM communication, including pre-decisional deliberations, discussions, thoughts and ideas regarding plan for policing upcoming protest | |

| Control Number | Production Begin | All Custodians - Family | File Type | NYCLAW DateTime Primary Parent | Document Date (from Document) [if provided] | From | To | CC | Subject | File Name | Author [if provided] | Privilege Type | Categorical Tag | Description [if provided] | Parent email added for context only? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DMNL00303_000253384 | | Wolfe, Emma (OTM) | Microsoft Outlook Note | 6/26/20 12:54 | | "Wolfe, Emma" <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=wolfe,emmab02"> | "Sleeper, Lydon" <lsleeper@cityhall.nyc.gov> | "Goldstein, Freddi" <fgoldstein@cityhall.nyc.gov>; "Carrion, Marco A." <mcarrion@cityhall.nyc.gov>; "Norvell, Wiley" <wnorvell@cityhall.nyc.gov>; "Fuleihan, Dean" <dfuleihan@cityhall.nyc.gov>; "Rigterink, Freya" <frigterink@cityhall.nyc.gov>; "Kauffmann, Peter" <pkauffmann@cityhall.nyc.gov>; "Longani, Kapil" <klongani@cityhall.nyc.gov> | Re: Occupy City Hall - from mayor | | | DP | Community Engagement – Discussions | Internal OTM communication, including pre-decisional deliberations, discussions, thoughts and ideas regarding plan for community engagement with the protestors | |
| DMNL00303_000257369 | | Wolfe, Emma (OTM) | Microsoft Outlook Note | 6/5/20 15:12 | | "Wolfe, Emma" <"/o=nycmayor/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=wolfe,emmab02"> | "Hartzog, Melanie (OMB)" <hartzogm@omb.nyc.gov> | | FW: List of potential actions | | | DP | Police Reform - Ideas/Discussions | Communication between OTM and OMB regarding police reform, including pre-decisional ideas, deliberations, discussions, and drafts. | |