

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK , NEW YORK 10007 | Peter Scutero<br>Special Counsel<br>pscutero@law.nyc.gov<br>Phone: (212) 356-2332 |

**By ECF**  December 8, 2022

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    In Re: *New York City Policing During Summer 2020 Demonstrations*,
          No. 20 Civ. 8924 (CM) (GWG)
          This filing is related to all cases

Your Honor:

    I am a Special Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter.  Defendants write, pursuant to Individual Practice Rule 2.A., to notify the Court that the parties have agreed to response and reply deadlines pertaining to Plaintiffs' Letter dated December 7, 2022 (Dkt. # 774).  The parties have agreed that the Defendants' response deadline will be extended to December 22, 2022 and Plaintiffs' reply deadline extended to January 6, 2023.

    Thank you for your consideration herein.

                                            Respectfully submitted,

                                            *Peter Scutero*
                                            Peter Scutero
                                            *Special Counsel*
                                            Special Federal Litigation Division

cc:    ALL COUNSEL (via ECF)