

ON. SYLVIA O. HINDS-RADIX
orporation Counsel

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

JOSEPH M. HIRAOKA, JR
*Senior Couns*
jhiraoka@law.nyc.gc
Phone: (212) 356-241
Fax: (212) 356-114

December 8, 2022

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        In Re: *New York City Policing During Summer 2020 Demonstrations,*
               No. 20 Civ. 8924 (CM) (GWG)
               This filing is related to all cases

Your Honor:

        I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter. Defendants write to respectfully request a two-week extension from December 9, 2022 to December 23, 2022 to respond to plaintiffs' letter to the Court filed on December 7, 2022 (Dkt. No. 773). This extension is necessary to confer with NYPD personnel and properly address the issues raised by plaintiffs in their application. This is defendants' first request for an extension of time to respond to plaintiffs' letter motion filed on December 7, 2022. Plaintiffs only consent to a one-week extension to December 16, 2022.

        Thank you for your consideration herein.

                                                    Respectfully submitted,

                                                    *Joseph M. Hiraoka, Jr.* s/
                                                    Joseph M. Hiraoka, Jr.
                                                    *Senior Counsel*
                                                    Special Federal Litigation Division

cc:     ALL COUNSEL (*via* e-mail)