UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re: New York City Policing During Summer     :
2020 Demonstrations                                              ORDER

                                                                            :    20 Civ. 8924 (CM)(GWG)
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       Plaintiffs moved on July 21, 2022, to compel the City to produce documents relating to an internal "after-action review" conducted by the New York City Police Department. See Docket ## 680, 681. The City opposed the motion by invoking deliberative process privilege. See Docket # 702. In its reply brief, the plaintiffs have argued that the City's invocation fails to comply with requirements set forth in case law as to who may invoke the privilege and as to the required substance of any statement from such an individual. See Docket # 708 at 2-3. The City is given leave to respond to these arguments — by letter, supplemental sworn statement, or both — on or before December 16, 2022. Any reply may be filed by December 23, 2022. The parties may change these deadlines by mutual agreement and without Court order as long as the change is disclosed in a letter ot the Court.

       SO ORDERED.

   Dated: December 9, 2022
          New York, New York

                                                                           GABRIEL W. GORENSTEIN
                                                                            United States Magistrate Judge