UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* New York City Policing During Summer 2020 Demonstrations<br><br>This document relates to all cases | 1:20-cv-08924 (CM) (GG)<br><br>**[PROPOSED] ORDER** |

Plaintiffs and City Defendants hereby stipulate and agree as follows:

1. City Defendants agree to provide the documents referenced in Paragraph 4(a) of the Stipulation and Order dated August 4, 2022 (Dkt. No. 718) on or before January 9, 2023 and to exercise best efforts to provide, on a rolling basis, documents from the four requested categories.

2. This deadline may not be extended without good cause, but may be extended by consent of Plaintiffs and City Defendants.

Dated: New York, New York
      December __, 2022

                                           SO ORDERED:

                                           _____
                                           Hon. Gabriel W. Gorenstein
                                           United States Magistrate Judge