UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

In Re: New York City Policing During Summer 2020 Demonstrations

------------------------------------------------------------------------x

MEMORANDUM ENDORSED

**MOTION TO WITHDRAW**

20 Civ. 8924 (CM) (GWG)

**PLEASE TAKE NOTICE** that Shannon Riordan hereby withdraws as counsel in the above-captioned consolidated litigation. After November 21, 2022, I will no longer be associated with the Corporation Counsel of the City of New York.

Dated: New York, New York
November 21, 2022

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

By: *Shannon Riordan*

Shannon Riordan
*Senior Counsel*
Special Federal Litigation Division

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
December 15, 2022