

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | AMY ROBINSON<br>*Senior Counsel*<br>arobinso@law.nyc.gov<br>Phone: (212) 356-3518<br>Fax: (212) 356-1148 |
|---|---|---|

**By ECF**  December 16, 2022

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      In Re: *New York City Policing During Summer 2020 Demonstrations*,
           No. 20 Civ. 8924 (CM) (GWG)
           This filing is related to all cases

Your Honor:

      I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter. I write to disclose to the Court, that with permission of the Court as set forth in its Order dated December 9, 2022 (Dkt. No. 779), the deadlines set forth therein have been changed by mutual agreement of the parties. Defendants' response is now due on or before January 13, 2023, and any reply by plaintiffs may be filed by January 20, 2023.

                                       Respectfully submitted,

                                       *Amy Robinson s/*
                                       Amy Robinson
                                       *Senior Counsel*

cc:      ALL COUNSEL (*via* ECF)