

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **AMY ROBINSON**<br>*Senior Counsel*<br>arobinso@law.nyc.gov<br>Phone: (212) 356-3518<br>Fax: (212) 356-1148 |

**By ECF**                                                                                    December 16, 2022

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        In Re:  *New York City Policing During Summer 2020 Demonstrations*,
                No. 20 Civ. 8924 (CM) (GWG)
                This filing is related to all cases

Your Honor:

      I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter. I write to request a one-day extension from December 16, 2022, to December 19, 2022, to file defendants' Opposition to Plaintiffs' Motion to Compel dated December 7, 2022 (Dkt. No. 773). The extension is necessary as defense counsel, who has been working diligently on this application, also had other discovery obligations this week, one of which is also due to plaintiffs today. No prior extension request pertaining to Plaintiffs' Motion to Compel has been requested. Defendants were hoping to complete the motion today and only requested plaintiffs' consent at 3:40 this afternoon, so defendants have not been able to obtain plaintiffs' response before filing this request.

      Thank you for your consideration herein.

                                                    Respectfully submitted,

                                                    *Amy Robinson s/*
                                                    Amy Robinson
                                                    *Senior Counsel*

cc:    ALL COUNSEL (*via* ECF)