UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In Re: New York City Policing During      Index No. 20-CV-8924 (CM)(GWG)
Summer 2020 Demonstrations

------------------------------------------------------------x     **NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that **Peter Scutero**, hereby appears as counsel of record on behalf of Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendant the City of New York.

      **PLEASE TAKE FURTHER NOTICE** that from this date forward, future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:    New York, New York
           December 22, 2022

**HON. SYLVIA O. HINDS-RADIX**
CORPORATION COUNSEL OF THE
CITY OF NEW YORK
*Attorney for Defendant City of New York*
100 Church Street
New York, New York 10007
(212) 356-2332

By:    *Peter Scutero*
        Peter Scutero
        Special Federal Litigation Division