

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | DANIEL M. BRAUN<br>*Senior Counsel*<br>dbraun@law.nyc.gov<br>Phone: (212) 356-2569<br>Fax: (212) 356-1148 |
|---|---|---|

December 28, 2022

**By ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      In Re:  *New York City Policing During Summer 2020 Demonstrations*,
               No. 20 Civ. 8924 (CM) (GWG)

Your Honor:

      I am a Senior Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and one of the attorneys representing defendants in the above referenced matter. On December 27, 2022, the *Sow* plaintiffs filed a Motion for Partial Reconsideration of Dkt. No. 780 as it relates to *Sow* Interrogatories 10 and 11 and the "Sword and Shield" Rule (Dkt. No. 798). Plaintiffs stated that they made their motion under Local Rule 6.3. Consequently, defendants compute that under Local Rule 6.1(a), their deadline to file opposing papers is January 3, 2023. Defendants write to apprise the Court that plaintiffs have consented to an extension of that deadline, until January 12, 2023.

      Thank you for your consideration herein.

                                            Respectfully submitted,

                                            *Daniel Braun* /s/
                                            Daniel Braun
                                            Senior Counsel
                                            Special Federal Litigation Division

cc:      ALL COUNSEL (via ECF only)