

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

December 29, 2022

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

By Electronic Filing.

    Re:    <u>In re: New York City Policing During Summer 2020 Demonstrations, 1:20-CV-8924 (CM) (GWG)</u> — This Letter Relates to All Cases

Dear Judge Gorenstein:

    I write on behalf of the non-stayed Plaintiffs in the consolidated cases above. Pursuant to the Court's Individual Rule 2.A, we are advising the Court that Defendants have consented to an extension of the deadline to respond to the remaining portion of their application at ECF No. 796 (Part II), from December 30 to January 20, 2023.

    Respectfully Submitted,

    /s/
Lillian Marquez, Assistant Attorney General
Civil Rights Bureau
Office of the New York State Attorney General
Tel: 212-416-6401
Lillian.Marquez@ag.ny.gov

CC: All counsel of record