UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In Re: New York City Policing During Summer    :
2020 Demonstrations

                                                                                             :       <u>ORDER</u>
---------------------------------------------------------------X       20 Civ. 8924 (CM)(GWG)

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The concluding sentences of plaintiffs' letters in Docket ## 774 and 806 could be read as requesting leave to file a formal motion to compel in the event the Court does not order the documents at issue to be produced based on the letter application.  The Court assumes this is not the case inasmuch as the Court's Individual Practices (¶ 2.A) require any such request to be made separately from a letter raising a discovery dispute and cannot be made contingent on the decision on the letter application.  If the Court's assumption is wrong, however, the plaintiffs shall file a letter by January 11, 2023, stating that they seek formal briefing.

      Proceeding on the assumption that the parties are content to have the dispute resolved based on the letters, the Court would like a sample of the disputed documents (no more than 15-20) to be transmitted to Chambers via email.  (While the Court does not know at this time that it will conduct the requested in camera review, it would like to be prepared to do so.) Plaintiffs shall select these letters and, within 2 business days thereafter, defendants shall transmit them to Chambers as pdf attachments to one or more emails. At the time of this transmission, defendants should inform plaintiffs by a separate email that the transmission was made.

      SO ORDERED.

Dated: January 9, 2023
       New York, New York

                                          GABRIEL W. GORENSTEIN
                                          United States Magistrate Judge