

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT

**HON. SYLVIA HINDS-RADIX**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**JENNY WENG**
Senior Counsel
Phone: (212) 356-2648
Fax: (212) 788-9776
jweng@law.nyc.gov

January 9, 2023

**BY ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: In re: New York City Policing During Summer 2020 Demonstrations, 1:20-CV-8924 (CM)(GWG) – This Letter Relates to All Cases

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and one of the attorneys assigned to the defense of the above-referenced matter. The parties respectfully request that the Court so order the attached Stipulation agreed upon by the parties. The Stipulation governs the parameters of the sample document production referenced in Paragraph 4(a) of the Stipulation and Order dated August 4, 2022 (Dkt. No. 718).

Thank you for your consideration in this matter.

Very truly yours,

/s/ *Jenny Weng*
Jenny Weng
Senior Counsel