

January 11, 2023

**BY ECF**
The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *In re: New York City Policing During Summer 2020 Demonstrations*, No. 20-CV-8924
    *This Filing is Related to All Cases*

Dear Judge Gorenstein:

We write on behalf of the non-stayed Plaintiffs pursuant to your order dated January 9, 2023 (Dkt. No. 807), concerning Plaintiffs' letters in Dkt. Nos. 774 and 806 and appreciate the opportunity to provide additional clarification. Plaintiffs confirm that we wish to have the dispute regarding Defendants' privilege assertions resolved based on the letters submitted and do not seek formal briefing. In accordance with your order, we selected a sample of documents to be sent to the Court for potential in camera review and transmitted that list to Defendants today.[1]

Respectfully submitted,

By: /s/ *Daniel Lambright*
Daniel R. Lambright
Molly K. Biklen
Jessica Perry
Robert H. Hodgson
Veronica Salama
Lisa Laplace
Christopher T. Dunn
**New York Civil Liberties Union Foundation**
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3300
dlambright@nyclu.org

By: /s/ *Corey Stoughton*
Corey Stoughton
Jennvine Wong
Rigodis Appling
**The Legal Aid Society**
199 Water Street
New York, NY 10038
(212) 577-3367
cstoughton@legal-aid.org

---

[1] This sample does not include examples of the "DHS Reports," given that Defendants' cite only the need for federal authorization to produce these documents, in an apparent withdrawal of any independent privilege assertions over them, as discussed in our Letter in Dkt. No. 806.