

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | Peter Scutero<br>Special Associate Counsel<br>pscutero@law.nyc.gov<br>Phone: (212) 356-2332 |

**By ECF**                                                          January 13, 2023
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       In Re:  *New York City Policing During Summer 2020 Demonstrations*,
              No. 20 Civ. 8924 (CM) (GWG)
              This filing is related to all cases

Your Honor:

      I am a Special Associate Counsel in the Special Federal Litigation Division of the New York City Law Department, and one of the attorneys assigned to the defense of the above-referenced matter. Pursuant to the Court Order dated January 9, 2023 (Docket # 807), we write to note that Defendants have provided an Accellion link, sent under separate cover to the Court, containing the documents Plaintiffs selected for sampling in Plaintiffs' letter dated January 11, 2023.  Should the Court have any difficulty accessing the documents provided through Accellion, please notify us and we will, as an alternative, email the documents as PDF attachments.

      We also write to correct Plaintiffs' representation in their letter to the Court, dated January 11, 2023 (Docket # 810), that the Defendants have withdrawn their assertion of privilege over the documents referred to by Plaintiffs therein as the DHS Reports.  Defendants maintain the designations provided in their Privilege Log.

      Thank you for your time and attention to this matter.

                                                                               Respectfully submitted,

                                                                               *Peter Scutero*
                                                                               Peter Scutero
                                                                               *Special Associate Counsel*
                                                                               Special Federal Litigation Division

cc:       ALL COUNSEL (via ECF)