# EXHIBIT A

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

PEOPLE OF THE STATE OF NEW
YORK, by Letitia James, Attorney General
of the State of New York,

        Plaintiff,

    v.

CITY OF NEW YORK, MAYOR BILL DE
BLASIO, POLICE COMMISSIONER
DERMOT F. SHEA, and CHIEF OF
DEPARTMENT TERENCE A.
MONAHAN,

        Defendants.

21-cv-322 (CM)(GWG)

## PLAINTIFF'S THIRD SUPPLEMENTAL SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO ALL DEFENDANTS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and Rule 26.3 of the Local Civil Rules of the United States District Court for the Southern and Eastern Districts of New York, plaintiff the People of the State of New York ("Plaintiff") requests that defendants City of New York, Bill de Blasio, and Terence A. Monahan ("Defendants"), produce for examination, inspection and copying, within thirty (30) days of the service hereof, or such shorter time as the Court orders or that Plaintiff and Defendants (together, the "Parties") stipulate, all documents described below at the New York State Office of the Attorney General, Civil Rights Bureau, 28 Liberty Street, 20th Floor, New York, New York 10005, or at such other place or time, or in such other manner, as the Parties mutually agree.

## **DEFINITIONS**

1.   Plaintiff incorporates by reference herein the Uniform Definitions in Discovery Requests set out in Rule 26.3(c) of the Local Civil Rules of the United States District Court for the Southern and Eastern Districts of New York (the "Local Civil Rules").

2.   "2020 Racial Justice Protests" means the protests against police violence occurring in New York City between May 28, 2020 and February 12, 2021, including but not limited to those protests listed in the attached Amended Schedule A.

3.   "Date" means the exact day and time, month, and year if ascertainable, or if not, the best approximation (including relationship to other events).

4.   "Defendants" include each and every defendant named in the Amended Complaint.

5.   "Document(s)" shall have the full meaning ascribed to it in Rule 34 of the Federal Rules of Civil Procedure and Local Civil Rule 26.3(c), and for purposes of these Requests shall be deemed to include "electronically stored information" ("ESI") as also defined in Rule 34. Examples of documents include, but are not limited to, all writings in any form, calendars, correspondence, diaries, manuals, memoranda, notes, log entries, reports, records, drawings, graphs, charts, photographs, sound recordings, images, video recordings, telephone records, Bloombergs, FINEST messages, electronic mail messages, telephonic text messages (including SMS and MMS, iMessages, WhatsApp messages and all instant messages sent and received by whatever means or platform), spreadsheets, databases, all other forms of electronic communication, and other data or data compilations of whatever nature stored in any medium (including those from which information can be obtained or translated if necessary into a reasonably useable form).  For the avoidance of doubt, document(s) shall include all originals of any nature whatsoever and all non-identical copies thereof, whether different from the originals by reason of any notation made on such copies or otherwise.

6.  "NYPD Officer" means any former or current uniformed member of the New York City Police Department.

## **INSTRUCTIONS**

1.  In addition to following the rules of construction in Rule 26.3(d) of the Local Civil Rules, whenever necessary to bring within the scope of these Requests Documents that might otherwise be construed to be outside its scope: (a) the use of a verb in any tense shall be construed as the use of that verb in all other tenses; and (b) the use of the feminine, masculine, or neuter genders shall include all genders.

2.  No paragraph herein shall be construed with reference to any other paragraph for the purpose of limitation.

3.  Unless otherwise indicated, the relevant time period for purposes of these Requests is between May 1, 2020, and the present.

4.  All Documents shall be produced in the manner in which they are maintained in the usual course of business.  A request for a Document shall be deemed to include a request for any and all file folders or binders within which the Document was contained, transmittal sheets, cover letters, exhibits, enclosures, or attachments to the Document in addition to the Document itself.

5.  Any Request that calls for production of specific documents or forms where the information contained within such documents or forms is maintained in electronic databases or similar repositories, Plaintiff requests production of the underlying data in lieu of the documents or forms themselves, unless the documents or forms contain additional or unique information, in which case the Request encompasses both the underlying data and the documents and forms.

6.  Provide all ESI in the forms and manner specified in the Parties' agreed-upon production specifications.

7.   In the event Defendants withhold any Document called for by these Requests on the basis of a claim of privilege, Defendants shall provide the information required by Rule 26.2 of the Local Civil Rules.

8.   In the event that any Document called for by these Requests has been destroyed or discarded, Defendant shall provide an affidavit by a person with personal knowledge identifying the Document so lost, discarded, or destroyed as completely as possible, providing at least the following information: (i) the type of Document withheld; (ii) any author, addressor and/or addressee; (iii) any indicated or blind copy recipients; (iv) the Document's date, subject matter, number of pages, and attachments or appendices; (v) all persons to whom the Document was distributed, shown or explained; (vi) the Document's date of destruction or discard, manner of destruction or discard, and reason for destruction or discard; and (vii) the persons authorizing and carrying out such destruction or discard.

9.   If objection is made to any of the Requests, the response shall state whether documents are being withheld from inspection and production on the basis of such objection, or whether inspection and production of the responsive Documents will occur notwithstanding such objection.

10. If there are no Documents responsive to any particular request, the response shall state so in writing.

11. These Requests are continuing in nature.  In accordance with Rule 26(e) of the Federal Rules of Civil Procedure, Defendants are required promptly to serve supplementary responses and produce additional documents if Defendants obtain further or different information.

## DOCUMENTS REQUESTED[1]

**Request No. 1:**

Provide all Documents concerning the investigation, prosecution and/or resulting discipline of misconduct alleged to have occurred at any of the 2020 Racial Justice Protests that was investigated by the Civilian Complaint Review Board ("CCRB"), including those referenced in the CCRB's May 2022 Protest Snapshot (**Exhibit A)** and/or involving any NYPD Officer listed in the chart at **Exhibit B**. These Documents shall include, but not be limited to:

a. Complaint Reports;

b. The entire CCRB investigative file, including but not limited to:

    i. Investigative Actions and all other investigator notes;

    ii. photographs, video and audio recordings, body-worn camera footage, telephone records, and text messages;

    iii. UF-49s;

    iv. requests made to the NYPD and responses from the NYPD; and

    v. CCRB Investigative Recommendations by the investigating member of the CCRB and all supervisory and CCRB board member modifications thereto;

c. Requests by the NYPD Police Commissioner to refrain from prosecution pursuant to the CCRB and NYPD Memorandum of Understanding and related communications;

d. Requests by the Department Advocate's Office (DAO) to reconsider a CCRB disciplinary recommendation and related communications;

---

[1] The People's Third Supplemental Requests for Production served herein seeks documents previously requested by the consolidated plaintiffs in their First Consolidated Requests for Production and by the People in their First Supplemental Requests for Production. However, as Defendants continue to narrowly read those requests, Plaintiffs provide more detailed requests herein without waiver to seeking to compel production in response to their prior requests.

e.  Charges and Specifications (Form PD 468-121) and any related memoranda;

f.  CCRB requests for assistance from the Department Advocacy Office ("DAO") and DAO responses to such requests;

g.  Status reports prepared by the CCRB on the administrative prosecution of individual officers;

h.  The trial folder of the Administrative Prosecution Unit ("APU"), including exhibits and trial transcripts;

i.  Department Trial filings and transcripts;

j.  Settlement offers, agreements, and endorsements;

k.  Documents concerning the NYPD's acceptance, rejection, or modification of CCRB and APU recommendations or proposed penalty;

l.  Trial Commissioner's findings, decision, and proposed penalty and related comments by the parties;

m.  Documents concerning the Police Commissioner's review of the Trial Commissioner's report and final disciplinary decision, including but not limited to memoranda justifying the discipline imposed and any deviation from the presumptive penalty.

n.  Requests by the Police Commissioner to further investigate and develop case records;

o.  "Fogel" letters;

p.  Disposition of Charges (Form PD 468-142); and

q.  Notifications of final disciplinary results.

**Request No. 2:**

For each instance of misconduct alleged to have occurred at any of the 2020 Racial Justice

Protests and investigated by the NYPD (including the Internal Affairs Bureau ("IAB"), the Chief

of Department ("COD"), Department Advocate's Office, Office of the Chief of the Department,
Risk Management Bureau, Patrol Bureau Investigations, Force Investigation Division, and/or
any other NYPD command), including allegations involving any of the NYPD Officers listed in
the chart at **Exhibit B**, provide all Documents concerning the investigation, prosecution and/or
resulting discipline of those incidents, including but not limited to:

a. The complete investigative file, including but not limited to:

    i. All Documents describing the allegations of misconduct;

    ii. Case referral forms;

    iii. Internal Case Management System Worksheets and documents referenced therein;

    iv. Photographs and video and audio recordings;

    v. Witness statements;

    vi. UF-49s;

    vii. Investigating Officer's Reports (Form PD 313-153) and other investigator notes; and

    viii. Case Closing Disposition/Penalty Reports and all other Documents concerning factual findings, case disposition, and recommendations for discipline;

b. Command Discipline Election Reports;

c. DAO case analysis and recommendation memoranda;

d. The DAO trial folder, including exhibits and trial transcripts;

e. Settlement offers, agreements, and endorsements;

f. Department Trial filings and transcripts;

g. Trial Commissioner's findings, decision, and proposed penalty and related comments by the parties;

h. Endorsements regarding disciplinary cases and the approvals or disapprovals of such endorsements; and

i. Documents concerning the Police Commissioner's review of the Trial Commissioner's report and final disciplinary decision, including but not limited to memoranda justifying the discipline imposed and any deviation from the presumptive penalty.

**Request No. 3:**

Provide all Documents concerning NYPD and CCRB investigations and administrative prosecutions of allegations of misconduct arising from the 2020 Racial Justice Protests for not yet known or named NYPD officers involved in incidents with the following civilians on the stated dates and at the stated locations:

a. Luke Hanna on June 3, 2020, at Cadman Plaza;

b. Hannah Lillevoy on May 28, 2020, near Union Square, Manhattan;

c. Huascar Benoit on May 30, 2020, to May 31, 2022 in Brooklyn;

d. Joseph Kokesh on May 29, 2020, in Brooklyn;

e. Senator Zellnor Myrie on May 29, 2020, near Barclay's Center in Brooklyn;

f. Assemblywoman Diana Richardson on May 29, 2020, near Barclay's Center in Brooklyn;

g. Rayne Valentine on May 30, 2020, in Brooklyn;

h. Patricia Delfin on May 29, 2020, in Clinton Hill, Brooklyn;

i. John Doe I on May 30, 2020, at Bedford and Tilden Avenues in Brooklyn;[2]

j. Kerry Leigh Pittenger on May 29, 2020 ,in Brooklyn;

---

[2] As described in the People's Amended Complaint, ¶¶ 235-236.

k.  Dorthley Beauval on June 1, 2020, near West 56th Street and Broadway in Manhattan;

l.  Dounya Zayer on May 29, 2020, in Brooklyn;

m.  Dennis Mullikin on May 31, 2020, in Manhattan;

n.  Rob Goyanes on June 4, 2020, in Mott Haven, Bronx;

o.  Dr. Mike Pappas on June 4, 2020, in Mott Haven, Bronx;

p.  Tameer Peak on January 18, 2021, near City Hall Park in Manhattan;

q.  Benjamine Heath on January 18, 2021, near City Hall Park in Manhattan;

r.  Blaise Johnson on January 18, 2021, near City Hall Park in Manhattan;

s.  Hillary Wright on January 18, 2021, near City Hall Park in Manhattan;

t.  Jonathan Peck on January 18, 2021, near City Hall Park in Manhattan;

u.  Marissa Kaiser on January 18, 2021, near City Hall Park in Manhattan;

v.  Steve Mazzucchi on January 18, 2021, near City Hall Park in Manhattan;

w.  Vanessa Turi on January 18, 2021, near City Hall Park in Manhattan;

x.  Ruvan Wijesooriya on January 18, 2021, near City Hall Park in Manhattan;

y.  Bryan Fielder on June 4, 2020, in Brooklyn;

z.  Kayley Berezney on June 4, 2020, in Brooklyn;

aa.  Marie Kahn on June 4, 2020, in Brooklyn;

bb.  Abel Tirado on November 4, 2020, in Manhattan;

cc.  Jillian Primiano on June 4, 2020, in Mott Haven, Bronx;

dd.  Dr. Marie DeLuca on June 4, 2020, in Mott Haven, Bronx;

ee.  Zuleyka Morales on June 2, 2020, on the West Side Highway in Manhattan;

ff.  Keith Boykin on May 30, 2020;

gg.  Jemell Cole on July 15, 2020, near Brooklyn Bridge;

hh. Laisa Pertet on May 30, 2020, in Brooklyn

ii.  Alan Williams on May 29, 2020, ear Barclay's Center in Brooklyn;

jj.  Andrew Smith on May 30, 2020, in Brooklyn;

kk. Lawrence Schober on May 31, 2020, in Manhattan;

ll.  Brian Anderson on May 29, 2020, in Brooklyn;

mm.      Jason "Jae" Donnelly on June 2, 2020, in Manhattan; and

nn. Melanie Ryan on June 3, 2020, in Manhattan.


Dated: August 19, 2022

By: */s/ Lillian Marquez*
Travis England, *Deputy Chief Attorney General*
Lillian Marquez, *Assistant Attorney General*
Swati Prakash, *Assistant Attorney General*
Gregory Morril, *Assistant Attorney General*
Colleen Faherty, *Assistant Attorney General*
Michelle Gonzalez, *Assistant Attorney General*
Gina Bull, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
Tel.: (212) 416-8250
Lillian.Marquez@ag.ny.gov

**Amended Schedule A: List of Protest Locations[1]**

| Protest No. | Date | Approximate Location | Complaint Allegations |
|---|---|---|---|
| 1 | May 28, 2020 | Lafayette Street to City Hall, Manhattan | *People*, ¶ 51<br>*Sow*, ¶ 65 |
| 2 | May 28, 2020 | Union Square, Manhattan | *People*, ¶¶ 128-132<br>*Payne*, ¶ 44<br>*Sow*, ¶ 65 |
| 3 | May 29, 2020 | Foley Square Manhattan to Near Barclays Center, Brooklyn via Brooklyn Bridge | *People*, ¶¶ 52, 193-195, 196-202<br>*Payne*, ¶ 45<br>*Sow*, ¶ 65<br>*Wood*, ¶¶ 45-47<br>*Rolon*, ¶ 105 |
| 4 | May 29, 2020 | Clinton Hill, Brooklyn | *People*, ¶¶ 52, 133-140, 223-226 |
| 5 | May 29, 2020 | Fort Greene, Brooklyn | *People*, ¶ 52 |
| 6 | May 29, 2020 | Bedford-Stuyvesant, Brooklyn (Herbert von King Park), Brooklyn | *People*, ¶¶ 141-149, 161-163 |
| 7 | May 29, 2020 | Pacific Street and Flatbush Avenue, Brooklyn | *People*, ¶¶ 215-219<br>*Wood*, ¶¶ 48-50<br>*Gray* ¶¶ 96-101 |
| 8 | May 29, 2020 | Union Square, Manhattan | *People*, ¶ 52 |
| 9 | May 29, 2020 | Herald Square, Manhattan | *People*, ¶ 52 |
| 10 | May 30, 2020 | Jackson Heights, Queens | *People*, ¶ 53 |
| 11 | May 30, 2020 | Park Slope, Brooklyn | *People*, ¶ 53 |
| 12 | May 30, 2020 | East Flatbush, Brooklyn | *People*, ¶¶ 53, 312-317<br>*Sow*, ¶ 67 |
| 13 | May 30, 2020 | Near Bedford & Tilden Aves., Brooklyn | *People*, ¶¶ 178-192, 235-236 |
| 14 | May 30-31, 2020 | Barclays Center to Flatbush Extension, Brooklyn | *People*, ¶¶ 203-207, 107-114<br>*Payne*, ¶¶ 47-48, 107-115 |
| 15 | May 30, 2020 | Harlem / West Side Highway, Manhattan | *People*, ¶¶ 402-407 |
| 16 | May 30, 2020 | Union Square to FDR Drive/Lower East Side, Manhattan | *Payne*, ¶¶ 50, 117-123<br>*Sow*, ¶¶ 130-151 |

[1] The allegations listed in this table reference those in the Amended Complaints in *People,* No. 21 Civ. 322 (ECF No. 51), *Payne*, No. 20 Civ. 8224 (ECF No. 54), *Sierra*, No. 20 Civ. 10291 (ECF No. 38), *Sow*, 21 Civ. 533 (ECF No. 49) *Wood*, 20 Civ. 10541 (ECF No. 48), *Gray*, 20 Civ. 8924 (ECF No. 31) and the Complaints *Hernandez*, No. 21 Civ. 7406 (ECF No. 1) and *Rolon*, No. 21 Civ. 2548 (ECF No. 1). The allegations related to *Yates*, which is no longer active, have been deleted.

| Protest No. | Date | Approximate Location | Complaint Allegations |
|---|---|---|---|
| | | | *Gray, ¶¶* 58-65 |
| 17 | May 30, 2020 | City Hall to Brooklyn Bridge, Manhattan | *Sow, ¶¶* 152-177 |
| 18 | May 31, 2020 | Near Barclays Center, Brooklyn | *People, ¶* 54<br>*Sow, ¶* 68 |
| 19 | May 31, 2020 | Downtown Brooklyn to multiple bridges | *People, ¶* 54 |
| 20 | May 31, 2020 | Brooklyn Bridge | *People, ¶* 54 |
| 21 | May 31, 2020 | From Manhattan Bridge to Chinatown, Church Avenue, and/or across Canal Street, Manhattan | *People, ¶* 54<br>*Wood, ¶¶* 51-54<br>*Gray ¶¶* 80-84 |
| 22 | May 31, 2020 | Near Williamsburg Bridge, Manhattan | *People, ¶* 54 |
| 23 | May 31, 2020 | Broadway to E. 11th St. & Near Union Square, Manhattan | *People, ¶¶* 155-160, 231-234<br><br>*Payne, ¶¶* 125-130 |
| 24 | May 31, 2020 | Times Square, Manhattan | *People, ¶* 54 |
| 25 | May 31, 2020 | F.D.R. Drive, Manhattan | *People, ¶¶* 208-210 |
| 26 | June 1, 2020 | Midtown, Manhattan | *People, ¶¶* 55, 227-230<br>*Payne, ¶* 53<br>*Sow, ¶¶* 208-219<br>*Rolon, ¶*84 |
| 27 | June 1, 2020 | East Village, Manhattan | *People, ¶* 55 |
| 28 | June 1, 2020 | Near Union Square Park, Manhattan | *People, ¶* 55<br>*Payne, ¶* 53 |
| 28.1 | June 1, 2020 | 440 Broadway, Manhattan | *Gray, ¶¶* 80-84 |
| 29 | June 1, 2020 | Near Barclays Center, Brooklyn, Crossing Manhattan Bridge into Times Square & Near Port Authority, Manhattan | *People, ¶* 55<br>*Sow, ¶¶* 180-206 |
| 30 | June 1, 2020 | Fordham Manor, Bronx | *People, ¶* 55 |
| 31 | June 1, 2020 | Astoria Park, Queens | *People, ¶* 55 |
| 32 | June 1, 2020 | Flushing, Queens | *People, ¶* 55 |
| 33 | June 2, 2020 | Lower Manhattan/Foley Square to Central Park, Manhattan | *People, ¶¶* 56, 318-323<br>*Payne, ¶¶* 131-136<br>*Gray, ¶¶* 74-79 |
| 34 | June 2, 2020 | Union Square, Manhattan | *People, ¶¶* 56 |
| 35 | June 2, 2020 | Near Barclays Center, Brooklyn to Manhattan Bridge | *People, ¶¶* 330-336 |
| 36 | June 2, 2020 | Upper West Side, Manhattan | *People, ¶¶* 56, 423-430 |
| 37 | June 2, 2020 | Astor Place, Manhattan | *People, ¶* 56 |
| 38 | June 2, 2020 | Chelsea, Manhattan | *People, ¶* 56<br>*Payne, ¶* 54 |

| Protest No. | Date | Approximate Location | Complaint Allegations |
|---|---|---|---|
| 39 | June 2, 2020 | Near West Side Highway, Manhattan | *Payne*, ¶ 54<br>*Sow*, ¶¶ 220-237, 239-282 |
| 40 | June 2, 2020 | Bryant Park to Midtown, Manhattan | *People*, ¶ 57<br>*Wood*, ¶¶ 55-59 |
| 41 | June 3, 2020 | Cadman Plaza, Brooklyn | *People*, ¶¶ 57, 164-168, 337-346<br>*Payne*, ¶¶ 55, 143-159<br>*Sow*, ¶ 83<br>*Wood*, ¶¶ 65-66 |
| 42 | June 3, 2020 | Maria Hernandez Park, Brooklyn | *People*, ¶ 57 |
| 43 | June 3, 2020 | Midtown East/Upper East Side, Manhattan | *People*, ¶¶ 57, 237-246, 347-354<br>*Sow*, ¶ 84-85, 284-309<br>*Wood*, ¶¶ 60-64 |
| 44 | June 4, 2020 | Mott Haven, Bronx | *People*, ¶¶ 58, 169-170, 247-255, 284-310, 366-387<br>*Wood*, ¶¶ 116-167<br>*Payne*, ¶¶ 59-65, 161-173, 182-192, 194-200<br>*Sierra*, ¶¶ 41-124<br>*Sow*, ¶¶ 86-93, 310-329, 332-345, 348-390, 392-418<br>*Rolon*, ¶121<br>*Hernandez*, ¶¶ 1-12, 61-421 |
| 45 | June 4, 2020 | McCarren Park to South Williamsburg, Brooklyn | *People*, ¶¶ 355-365<br>*Payne*, ¶¶ 58, 202-206<br>*Wood*, ¶¶ 67-68<br>*Sow*, ¶ 84-85 |
| 46 | June 4, 2020 | Clinton Hill and Prospect Heights, Brooklyn | *People*, ¶ 59 |
| 47 | June 4, 2020 | Flatbush, Brooklyn | *People*, ¶ 59 |
| 48 | June 4, 2020 | Brooklyn Bridge | *People*, ¶ 59 |
| 49 | June 4, 2020 | Midtown, Manhattan | *People*, ¶ 59 |
| 50 | June 4, 2020 | Flushing, Queens | *People*, ¶ 59 |
| 51 | June 4, 2020 | Central Park West, Manhattan | *People*, ¶ 59 |
| 52 | June 5, 2020 | Crown Heights, Brooklyn | *People*, ¶ 60 |
| 53 | June 5, 2020 | Sunset Park, Brooklyn | *People*, ¶ 60 |
| 54 | June 5, 2020 | Staten Island | *People*, ¶ 60 |
| 55 | June 5, 2020 | Near Gracie Mansion, Manhattan | *People*, ¶ 60 |

| Protest No. | Date | Approximate Location | Complaint Allegations |
|---|---|---|---|
| 56 | June 5, 2020 | Barclays Center to Downtown Brooklyn | *People*, ¶ 60 |
| 57 | June 5, 2020 | Nostrand Ave., Brooklyn | *Payne*, ¶ 71 |
| 58 | June 6, 2020 | Financial District, Manhattan | *People*, ¶ 61 |
| 59 | June 7, 2020 | Upper East Side, Manhattan | *People*, ¶ 61 |
| 60 | June 8, 2020 | Times Square, Manhattan | *People*, ¶ 61 |
| 61 | June 14, 2020 | Times Square, Manhattan | *Payne*, ¶ 74 |
| 62 | June 28, 2020 | Foley Square to West Village, Manhattan (incl. Washington Square Park) | *People*, ¶ 62 *Payne*, ¶¶ 78, 174-180, 209-210 |
| 63 | June 23-30, 2020 | City Hall Park, Manhattan | *Payne*, ¶ 74 |
| 64 | July 3, 2020 | City Hall Park, Manhattan | *People*, ¶ 63 |
| 65 | July 11, 2020 | Dyker Heights, Brooklyn | *Sow*, ¶ 101 |
| 66 | July 12, 2020 | Bay Ridge, Brooklyn | *Sow*, ¶ 102 |
| 67 | July 15, 2020 | Brooklyn Bridge Pedestrian Path | *People*, ¶¶ 408-421 *Gray*, ¶¶ 66-73 |
| 67.1 | July 21, 2020 | City Hall Plaza | |
| 67.2 | July 25, 2020 | Beach 101 St., Queens to Grand Army Plaza, Brooklyn | |
| 68 | July 28, 2020 | Kips Bay, Manhattan | *People*, ¶ 64 |
| 68.1 | July 28, 2020 | Columbus Park, Manhattan to Grand Army Plaza, Brooklyn | |
| 69 | September 11, 2020 | McCarren Park, Brooklyn | *People*, ¶ 65 |
| 69.1 | September 12, 2020 | 4295 Broadway, Manhattan | *Rolon* ¶130 |
| 70 | September 17, 2020 | Foley Square, Manhattan | *Payne,* ¶ 76 |
| 70.1 | September 18, 2020 | 26 Federal Plaza, Manhattan to McCarren Park, Brooklyn | |
| 71 | September 19, 2020 | Times Square, Manhattan | *Payne,* ¶ 77 |
| 72 | September 26, 2020 | Washington Square Park and Near Sixth Precinct Stationhouse, Manhattan | *People*, ¶ 66 |
| 73 | October 6, 2020 | Borough Park, Brooklyn | *Sow*, ¶ 103 |
| 74 | October 7, 2020 | Bedford-Stuyvesant, Brooklyn | *People*, ¶ 67 |
| 74.1 | October 21, 2020 | 740 Park Avenue, Manhattan to Carl Schurz Park, Manhattan | |

| Protest No. | Date | Approximate Location | Complaint Allegations |
|---|---|---|---|
| | | | |
| 75 | October 25, 2020 | Coney Island, Brooklyn to near Trump Tower, Manhattan, to Brooklyn Park | *Sow, ¶ 104* |
| 75.1 | October 25, 2020 | 40th Pct. Stationhouse, Bronx to Carl Schurz Park, Manhattan | |
| 76 | November 1, 2020 | Hell's Kitchen, Manhattan | *Sow*, ¶ 105 |
| 77 | November 4, 2020 | Washington Square Park, W. 8th and Greenwich Ave., Manhattan | *People*, ¶¶ 68, 388-389 |
| 78 | November 4, 2020 | Central Park to Union Square, Manhattan | *People*, ¶ 68, 390-393 *Payne*, ¶ 78 |
| 79 | November 5, 2020 | West Village to Union Square, Manhattan | *People*, ¶ 69 *Payne*, ¶ 79 |
| 80 | December 2, 2020 | Staten Island | *Sow, ¶ 106* |
| 81 | December 11, 2020 | Downtown Brooklyn | *People*, ¶ 70 |
| 82 | January 12-16, 2021 | Downtown Brooklyn | *Payne,* ¶ 138 |
| 83 | January 18, 2021 | Barclays Center, Brooklyn to City Hall Park, Manhattan | *People*, ¶¶ 71, 112-113 394-398 *Payne*, ¶¶ 80, 139-140 *Rolon*, ¶144 |
| 84 | February 12, 2021 | Manhattan, Midtown near 54th street and 6th avenue | *Rolon*, ¶136 |

# EXHIBIT A

# NYC CIVILIAN COMPLAINT REVIEW BOARD

**ERIC L. ADAMS, Mayor**  **ARVA RICE, Interim Chair**  **JONATHAN DARCHE, Esq. Executive Director**

## CCRB 2020 PROTEST DATA SNAPSHOT – MAY 11, 2022

The CCRB received over 750 complaints relating to the behavior of NYPD officers at the Black Lives Matter protests over the summer.

Those complaints resulted in 321 complaints containing over 2,000 allegations that fall within CCRB's jurisdiction covering over 500 identified members of service. Since last summer, the CCRB has been working diligently to thoroughly investigate these complaints.

The CCRB has seen unprecedented challenges in investigating these complaints particularly around the identification of officers due to the failure to follow proper protocols, officers covering their names and shield, officers wearing protective equipment that did not belong to them, the lack of proper use of body worn cameras, as well as incomplete and severely delayed paperwork.

| PROTEST COMPLAINTS | FULL INVESTIGATIONS | PENDING INVESTIGATIONS |
|---|---|---|
| - **321** total complaints<br>- **5** pending<br>- **316** closed<br>- **223** full investigations<br>- **28** closed pending litigation<br>- **62** truncations<br>- **3** closed other | - **223** full investigations<br>- **87** substantiations<br>- **17** exonerations<br>- **49** unsubstantiations<br>- **59** officers unidentified<br>- **11** unfounded | - **5** open investigations<br>- **1** on DA Hold<br>- **3** containing Force allegations that may entail a statutory SOL exemption<br>- **1** containing no recommended substantiated allegations |

### SUBSTANTIATED MISCONDUCT

So far, the CCRB has **substantiated 87 complaints** of misconduct containing **267** allegations against **145** officers. The Board has recommended serving Charges for **88** officers, Command Discipline B for **26** officers, and Command Discipline A for **31** officers. The current substantiation rate in fully investigated protest complaints is **39%.**
**The NYPD has finalized 44 cases and imposed discipline against 18 officers.**

| # | OFFICER | RANK | PENALTY RECOMMENDED | FADO TYPE | PENALTY IMPOSED[1] |
|---|---------|------|---------------------|-----------|-------------------|
| 1 | RICHARD ACCARDI | PO | COMMAND DISCIPLINE A | D | |
| 2 | JUSTIN ADETIMIRIN | PO | COMMAND DISCIPLINE A | F | NO DISCIPLINE |
| 3 | GLEN ALAVA | PO | COMMAND DISCIPLINE B | A | COMMAND DISCIPLINE - A |
| 4 | ALFREDO ALBA | PO | COMMAND DISCIPLINE A | D | |
| 5 | ADIB ALGAHITI | PO | CHARGES | D/O | |
| 6 | LUIS ALICEA | PO | CHARGES | A | RETIRED |
| 7 | DANIEL ALVAREZ | PO | CHARGES | F | |
| 8 | EVAN ANGELS | PO | CHARGES | F | NO DISCIPLINE |
| 9 | MATTHEW ANSBRO | PO | COMMAND DISCIPLINE B | A | COMMAND DISCIPLINE - A |
| 10 | BILAL ATES | SGT | CHARGES | F | |
| 11 | RYAN BRADLEY | PO | COMMAND DISCIPLINE A | A | |
| 12 | KEITH BRYAN | SGT | CHARGES | F | |
| 13 | ANTHONY BUONOMO | PO | COMMAND DISCIPLINE B | F | NO DISCIPLINE |
| 14 | MICHAEL BUTLER | LT | CHARGES | F | |
| 15 | KYLE CALENDA | PO | CHARGES | F | |
| 16 | ANDREW CAMPBELL | SGT | CHARGES | F/U | |
| 17 | ANTHONY CAROLEI | PO | CHARGES | F/A/U | |
| 18 | CHRISTOPHER CATALANO | SGT | COMMAND DISCIPLINE B | F | NO DISCIPLINE |
| 19 | STEPHEN CENTORE[2] | PO | COMMAND DISCIPLINE B | D/O | |
| 20 | STEPHEN CENTORE | PO | COMMAND DISCIPLINE A | D | |
| 21 | STEPHEN CENTORE | PO | CHARGES | | |
| 22 | WON CHANG | DET | CHARGES | O/U | RETIRED |
| 23 | JIANWEI CHEN | PO | CHARGES | U | |
| 24 | KACHUN CHEUNG | PO | COMMAND DISCIPLINE B | F | NO DISCIPLINE |
| 25 | DANIEL CHIN | PO | CHARGES | F/A/D/U | |
| 26 | CHRISTIAN CHIQUI | PO | CHARGES | F/A | |
| 27 | AMEL CIRIKOVIC | PO | COMMAND DISCIPLINE B | F | FORMALIZED TRAINING |
| 28 | JESSICA CLINTON | PO | COMMAND DISCIPLINE A | F | |
| 29 | JASON CORTES | LT | COMMAND DISCIPLINE B | F | |
| 30 | STEVEN COUNIHAN | SGT | CHARGES | F/A | |
| 31 | JOHN DADAMO | DC | CHARGES | F | |
| 32 | ALFRED DAVIDSON | DET | CHARGES | F | |
| 33 | YURIY DEMCHENKO | PO | CHARGES | F | |
| 34 | JOSEPH DONATO | PO | COMMAND DISCIPLINE A | A | COMMAND DISCIPLINE - A |
| 35 | JONATHAN DONES | PO | COMMAND DISCIPLINE B | F | NO DISCIPLINE |
| 36 | GERARD DOWLING | INS | CHARGES | F | |
| 37 | ERIC DYM | LT | CHARGES | F/A | |
| 38 | MICHAEL ECKERLE | PO | COMMAND DISCIPLINE A | A | |

---

[1] A blank entry indicates that the disciplinary decision is pending.

[2] Misconduct was substantiated against Stephen Centore in three separate complaints.

NYAG-G-00001367-0001

| # | OFFICER | RANK | PENALTY RECOMMENDED | FADO TYPE | PENALTY IMPOSED[1] |
|---|---|---|---|---|---|
| 39 | MOHAMED ELHANAFI | PO | COMMAND DISCIPLINE B | F | NO DISCIPLINE |
| 40 | ANTHONY FERNANDEZ | DET | CHARGES | F | |
| 41 | FRANK FIORENZA | PO | CHARGES | F | |
| 42 | ROBERT FISHER | CPT | CHARGES | A | |
| 43 | ANDREW FITTS | SGT | CHARGES | F/U | |
| 44 | THOMAS FORONJY[3] | PO | COMMAND DISCIPLINE A | A | |
| 45 | THOMAS FORONJY | PO | CHARGES | A/D | |
| 46 | ANDRE GADDY | PO | CHARGES | F | |
| 47 | EVANGELOS GALATAS | PO | CHARGES | O | |
| 48 | JOSHUA GARCIA | PO | COMMAND DISCIPLINE A | A | |
| 49 | JOSEPH GUARINI | PO | COMMAND DISCIPLINE A | A | |
| 50 | VINCENT HARRIS | PO | CHARGES | F/A | NO DISCIPLINE |
| 51 | ALI HASSAN | PO | COMMAND DISCIPLINE B | F/U | NO DISCIPLINE |
| 52 | FRITZ HECTOR | PO | COMMAND DISCIPLINE B | F | |
| 53 | CHRISTOPHER HEWITSON | SGT | CHARGES | F/A/U | |
| 54 | ANDREW HILLERY | DI | COMMAND DISCIPLINE B | F | |
| 55 | LIOSMELY HOLGUIN | PO | CHARGES | F/U | |
| 56 | ADNAN HUSSAIN | PO | CHARGES | F/A | |
| 57 | JOSHUA JIMINEZ | PO | COMMAND DISCIPLINE B | F | NO DISCIPLINE |
| 58 | COREY JOHNSON | PO | CHARGES | F/U | |
| 59 | ROBERT KLEIN | DET | CHARGES | D/O | |
| 60 | MICHAEL KOVALIK | PO | CHARGES | A | |
| 61 | EVGENY KRAMAR | PO | COMMAND DISCIPLINE A | A | COMMAND DISCIPLINE - A |
| 62 | DAVID LAMARRE | SGT | COMMAND DISCIPLINE A | D | NO DISCIPLINE |
| 63 | JOHN LAMNECK | PO | CHARGES | D/O | |
| 64 | JESSE LANCE | INS | CHARGES | F/U | |
| 65 | TOBY LAU | PO | COMMAND DISCIPLINE A | A | COMMAND DISCIPLINE - B |
| 66 | ENRICO LAURETTA | PO | CHARGES | O | |
| 67 | BRIAN MAHON | PO | CHARGES | F/U | |
| 68 | JOHNNY MARQUEZ[4] | PO | CHARGES | F/U | |
| 69 | JOHNNY MARQUEZ | PO | COMMAND DISCIPLINE B | F | NO DISCIPLINE |
| 70 | ANTONIO MARTINEZ | PO | COMMAND DISCIPLINE A | A | COMMAND DISCIPLINE - A |
| 71 | VERONICA MARTINO | PO | CHARGES | F/A | |
| 72 | JAMES MCCARTHY | DC | COMMAND DISCIPLINE B | F | NO DISCIPLINE |
| 73 | MALIK MCCLOUD | PO | CHARGES | F/A | |

---

[3] Misconduct was substantiated against Thomas Foronjy in two separate complaints.

[4] Misconduct was substantiated against Johnny Marquez in two separate complaints.

3

NYAG-G-00001367-0002

| # | OFFICER | RANK | PENALTY RECOMMENDED | FADO TYPE | PENALTY IMPOSED[1] |
|---|---------|------|---------------------|-----------|-------------------|
| 74 | CRAIG MCGRATH[5] | PO | CHARGES | F | FORFEIT VACATION: 10 DAYS |
| 75 | ADAM MELLUSI | LT | CHARGES | F | |
| 76 | DANIEL MENDEZ | PO | COMMAND DISCIPLINE A | F | COMMAND DISCIPLINE - A |
| 77 | ANTHONY MESA | PO | CHARGES | F | |
| 78 | JOHN MIGLIACCIO[6] | PO | CHARGES | F/A | |
| 79 | JOHN MIGLIACCIO | PO | CHARGES | F | |
| 80 | MICHAEL MILLER | PO | COMMAND DISCIPLINE A | A | COMMAND DISCIPLINE - A |
| 81 | ANTHONY MISIANO | PO | COMMAND DISCIPLINE A | A | |
| 82 | DESEAN MULLINGS | PO | CHARGES | U | |
| 83 | WILLIAM MYHRE | PO | COMMAND DISCIPLINE A | A | COMMAND DISCIPLINE - A |
| 84 | LUIS NEGRON | PO | COMMAND DISCIPLINE A | A | COMMAND DISCIPLINE - A |
| 85 | DANIEL NICOLETTI | SGT | CHARGES | F/U | |
| 86 | JOSEPH NICOLETTI | PO | CHARGES | F | WARNED AND ADMONISHED |
| 87 | ELIAS NIKAS | DI | CHARGES | A | |
| 88 | OSVALDO NUNEZ | PO | COMMAND DISCIPLINE A | F | COMMAND DISCIPLINE - A |
| 89 | JOHN OCONNELL | CPT | CHARGES | F | |
| 90 | ROBERT OHARE | DI | COMMAND DISCIPLINE B | F | NO DISCIPLINE |
| 91 | JOSEPH ORLANDO | PO | CHARGES | F/U | |
| 92 | MARTIN ORTIZ | PO | CHARGES | U | |
| 93 | STEVEN ORTIZ | INS | CHARGES | A | NO DISCIPLINE |
| 94 | KATHERINE OSIPOWICH | PO | CHARGES | U | |
| 95 | ZACHARY PALLADINO | PO | CHARGES | A | |
| 96 | MICHAEL PALMESE | PO | CHARGES | A/D | |
| 97 | JAMES PALUMBO | INSP | CHARGES | F | |
| 98 | BRANDON PATANE | PO | COMMAND DISCIPLINE B | F | NO DISCIPLINE |
| 99 | STEPHEN PATTI | PO | COMMAND DISCIPLINE A | A | |
| 100 | JONATHAN PENA | PO | COMMAND DISCIPLINE A | A | |
| 101 | MATTHEW PETERS | SGT | CHARGES | F | |
| 102 | JUSTIN PICHON | PO | CHARGES | F | |
| 103 | CHRISTOPHER PIERRE | PO | CHARGES | F | |
| 104 | MICHAEL PILECKI | DC | CHARGES | A | |
| 105 | DYNEL POWELL | PO | COMMAND DISCIPLINE B | O | NO DISCIPLINE |
| 106 | JASON RAGOO | DET | CHARGES | F | INSTRUCTIONS |
| 107 | RONALD RAMOS | CPT | COMMAND DISCIPLINE B | F | NO DISCIPLINE |
| 108 | NICHOLAS RIOS | PO | CHARGES | F/A | |

---

[5] This case was adjudicated by NYPD prior to the issuance of charges and was not prosecuted by CCRB.

[6] Misconduct was substantiated against John Migliaccio in two separate complaints.

NYAG-G-00001367-0003

| # | OFFICER | RANK | PENALTY RECOMMENDED | FADO TYPE | PENALTY IMPOSED[1] |
|---|---------|------|---------------------|-----------|-------------------|
| 109 | DANIEL RIVERA | PO | COMMAND DISCIPLINE B | A | |
| 110 | HANSEL ROCHA | PO | CHARGES | F | |
| 111 | JAN ROGOWSKI | PO | CHARGES | F/U | |
| 112 | ARTHUR ROLDAN | PO | COMMAND DISCIPLINE A | A | |
| 113 | DANNY ROMERO | PO | CHARGES | U | |
| 114 | ROBERT RUFRANO | PO | COMMAND DISCIPLINE A | A | FORMALIZED TRAINING |
| 115 | ANTHONY RUGGIERO | PO | COMMAND DISCIPLINE A | F | COMMAND DISCIPLINE - A |
| 116 | RAMIRO RUIZ | SGT | CHARGES | F/A | |
| 117 | MAJER SALEH | SGT | CHARGES | F | |
| 118 | ANDREY SAMUSEV | PO | CHARGES | F | |
| 119 | SINDY SANCHEZ | SGT | CHARGES | F | |
| 120 | CHRISTOPHER SCHMIDT | LT | COMMAND DISCIPLINE A | D | NO DISCIPLINE |
| 121 | ANTHONY SCLAFANI | PO | CHARGES | F/A | |
| 122 | JUNIOR SESAY | DET | CHARGES | A/U | |
| 123 | TARIK SHEPPARD | CPT | CHARGES | F | NO DISCIPLINE |
| 124 | MICHAEL SHER | PO | CHARGES | F/A/D | |
| 125 | JAMES SHOULDIS | PO | COMMAND DISCIPLINE B | F | NO DISCIPLINE |
| 126 | EDUARDO SILVA | LT | CHARGES | F | |
| 127 | STEVE SILVERSTEIN | PO | COMMAND DISCIPLINE B | F | |
| 128 | ISAAC SOBERAL | CPT | CHARGES | F | |
| 129 | RAY SORIANO | PO | CHARGES | F | |
| 130 | ANTONY STEVENS | PO | COMMAND DISCIPLINE A | D | |
| 131 | ADAN SUAZORODAS | PO | CHARGES | F/A | |
| 132 | JOSEPH TAYLOR[7] | CPT | CHARGES | D/U | |
| 133 | JOSEPH TAYLOR | CPT | COMMAND DISCIPLINE A | D | |
| 134 | JOSEPH TAYLOR | CPT | COMMAND DISCIPLINE A | D | |
| 135 | CHRISTOPHER TREUBIG | CPT | CHARGES | A/D | |
| 136 | MOHAMMED UDDIN | PO | COMMAND DISCIPLINE A | A | COMMAND DISCIPLINE - A |
| 137 | CURTIS VALLEY | PO | COMMAND DISCIPLINE B | F/A/D | RETIRED |
| 138 | MIGUEL VANBRAKLE | PO | COMMAND DISCIPLINE B | F | NO DISCIPLINE |
| 139 | JEROME VICTOR | DET | CHARGES | F | |
| 140 | JOEL WITRIOL | LT | CHARGES | F | |
| 141 | ROBERT WONG | SGT | CHARGES | F | NO DISCIPLINE |
| 142 | MATEUSZ WYBRANIEC | PO | CHARGES | F/A | |
| 143 | VITALIY ZELIKOV | CPT | CHARGES | F | |
| 144 | ELLIOT ZINSTEIN[8] | SGT | CHARGES | F | |
| 145 | ELLIOT ZINSTEIN | SGT | COMMAND DISCIPLINE B | F | |

---

[7] Misconduct was substantiated against Joseph Taylor in three separate complaints.

[8] Misconduct was substantiated against Elliot Zinstein in two separate complaints.

NYAG-G-00001367-0004

6

NYAG-G-00001367-0005

# EXHIBIT B

| Officer Name | Tax ID (or Shield Number where specified) |
|---|---|
| Capt. John O'Connell | 937204 |
| Capt. Joseph B. Taylor | 924542 |
| Capt. Vitaliy Zelikov | 936353 |
| Deputy Inspector Craig E. Edelman | 932592 |
| DTS Craig Jacob | 935049 |
| Lt. Eduardo Silva | 933356 |
| Lt. Michael T. Butler | 948725 |
| Sgt. Patrick Quigley | 934081 |
| Police Officer Ayala | 941377 |
| Police Officer Brian DeStefano | 954727 |
| Police Officer Daniel Tooma | Shield ID 24945 |
| Police Officer Jessica Clinton | 960376 |
| Police Officer Michael Sher | 951244 |
| Police Officer Niazul Haque | 943349 |
| Police Officer Ronny Vega | 951381 |
| Police Officer Vincent D'Andraia | 957510 |
| Sergeant Majer Saleh | 929110 |
| Sergeant Michael Cozier | 943112 |
| Police Officer Oscar Palomino | |
| Det. Kenneth Rice | 952164 |
| Police Officer Michael Kovalik | 948368 |
| Sgt. Mitchell Epstein | 954774 |
| Police Officer Jarvis Onabanjo | 959010 |
| Police Officer James Lee | Shield 19325 |

| | |
|---|---|
| Police Officer Luis Ortiz | 956142 |
| Police Officer Malik McCloud | 954114 |
| Lt. Eric Dym | 933762 |
| PO John Migliaccio | 964169 |
| Sgt. Steven Counihan | 952620 |
| Police Officer Frank Fiorenza | 957588 |
| Sgt. Christopher Catalano | 936323 |
| PO Patrick Connolly | 930038 |
| Sgt. Elliot Zinstein | 947634 |
| Det. Chad Mack | 937000 |
| Sgt. David Lamarre | 947929 |
| Sergeant Michael Ciota | 936356 |
| PO Miguel Salgado | 951197 |
| Reynaldo Gonzalez | 923898 |
| Sali Cerimi | 965974 |
| Pavlo Azarov | 953647 |
| Captain Isaac Soberal | 943830 |
| Sgt. Sindy Sanchez | 939761 |
| PO Victoria Hurcey | |
| PO Frederick Alleyne | |
| PO Edwin Nieves | |
| PO Kontarinis | |
| Sgt. Christopher Hewitson | 917756 |
| PO Miguel Vanbrackle | 955616 |
| PO Mohamed Elhanafi | 955897 |
| PO Thomas Bay | 960217 |
| PO Brandon Patane | 961077 |
| PO Ricardo Martinez | 950834 |