# EXHIBIT A

```
                     UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF NEW YORK

In re:                               :
                                            Docket #20cv8924
 IN RE NEW YORK CITY POLICING        :
 DURING SUMMER 2020 DEMONSTRATIONS
                                     : New York, New York
                                       June 30, 2022
------------------------------------ : TELEPHONE CONFERENCE

                         PROCEEDINGS BEFORE
                 THE HONORABLE GABRIEL W. GORENSTEIN,
                    UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff People       NEW YORK STATE OFFICE OF
of the State of New        THE ATTORNEY GENERAL
York:                      BY:  LILLIAN MARQUEZ, ESQ.
                           28 Liberty Street
                           New York, New York 10005

For Gray Plaintiffs:       WYLIE STECKLOW PLLC
                           BY:  WYLIE M. STECKLOW
                           111 John Street, Suite 1050
                           New York City, New York 10038

For Payne Plaintiffs:      NEW YORK CIVIL LIBERTIES UNION
                           BY:  ROBERT HODGSON, ESQ.
                           125 Broad Street, 19th Floor
                           New York, New York 10004

For Sierra Plaintiffs:     RICKNER PLLC
                           BY:  ROB RICKNER, ESQ.
                           14 Wall Street, Suite 1603
                           New York, New York 10005




Transcription Service: Carole Ludwig, Transcription Services
                       155 East Fourth Street #3C
                       New York, New York 10009
                       Phone:  (212) 420-0771
                       Email:  Transcription420@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.
```

APPEARANCES (CONTINUED):

```
For Sow and Hernandez      COHEN & GREEN
Plaintiffs:                BY:  REMY GREEN, ESQ.
                           1639 Centre Street, Suite 216
                           Ridgewood, New York 11385

For Wood Plaintiffs:       KAUFMAN LIEB LEBOWITZ & FRICK LLP
                           BY:  ALISON ELLIS FRICK, ESQ.
                           18 East 48th Street, Suite 802
                           New York, New York 10017

For Roland Plaintiffs:     THE ABOUSHI LAW FIRM
                           BY:  TAHANIE ABOUSHI, ESQ.
                           1441 Broadway, 5th Floor
                           New York, New York 10018

For Defendants:            NEW YORK CITY LAW DEPARTMENT
                           BY:  AMY ROBINSON, ESQ.
                                NADINE IBRAHIM, ESQ.
                                JENNY SUE-YA WENG, ESQ.
                                GENEVIEVE NELSON, ESQ.
                                ANTHONY DISENSO, ESQ.
                                RACHEL KAUFMAN, ESQ.
                           100 Church Street
                           New York, New York 10007

For Intervenor             PITTA LLP
Detectives Endowment       BY:  STEPHEN MCQUADE, ESQ.
Association:               120 Broadway, 28th Floor
                           New York, New York 10271
```

```
                          PROCEEDINGS                      52
 1
 2            MS. ROBINSON:  It's Amy Robinson, Your Honor.
 3   I just wanted to point out that a large number of these
 4   depositions are high ranking and 30(b)(6) people who, you
 5   know, frequently get called away for emergencies, get
 6   called away for mandatory meetings.  It's just very
 7   difficult to say that the Chief of Department is going to
 8   be available on such and such a day and then, in March or
 9   January or December and we can in fact accommodate that.
10            THE COURT:  Well, that's why you should
11   schedule it, that's why you should schedule such people
12   for whatever date you need to to accommodate it.  If that
13   means November, December, then that's when you should be
14   scheduling it for.
15            MS. ROBINSON:  And another issue is that
16   they're continuing to notice depositions.  When I say a
17   hundred, it's a hundred plus, and deposition notices
18   continue to come.
19            THE COURT:  Well, I mean I'm not saying that
20   there should be unlimited number of depositions.  I
21   invited the City more than a year ago to come to me and
22   say to the extent that there are, you know, issues about
23   numbers, to the extent you want, to have some limitations
24   on that because plaintiffs are not being reasonable, you
25   should come to me.
```

```
                                                                  66
              C E R T I F I C A T E


         I, Carole Ludwig, certify that the foregoing
transcript of proceedings in the United States District
Court, Southern District of New York, In Re: New York City
Policing During Summer 2020 Demonstrations, docket
#20cv8924, was prepared using PC-based transcription
software and is a true and accurate record of the
proceedings.




Signature  Carole Ludwig
              CAROLE LUDWIG
Date:  July 6, 2022
```