UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In Re: New York City Policing During Summer    :         ORDER
2020 Demonstrations                                              20 Civ. 8924 (CM) (GWG)
                                                                          :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The issue of deposition scheduling (Docket # 796 etc.) will be addressed at a telephone conference on <u>Friday, January 27, 2022, at 11:00 a.m.</u>

      The attorneys should use the dial-in number they were previously provided. The public may listen to the conference by dialing 877-810-9415 and using access code: 4086346. The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden. Only one attorney for plaintiffs and one attorney for defendant will be permitted to address the Court with respect to this dispute. When addressing the Court, counsel must <u>not</u> use a speakerphone. Each attorney is directed to ensure that all other attorneys on the case are aware of the conference date and time.

      SO ORDERED.

Dated: January 23, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge