UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re: New York City Policing During Summer     :         ORDER
2020 Demonstrations                                                        20 Civ. 8924 (CM) (GWG)
                                                                           :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The Court issues this order with regard to the telephone conference scheduled for this Frida as stated in Docket # 824.  As the Court has repeatedly suggested, this is a matter the parties should be able to resolve on their own inasmuch as they well know the parameters of the situation.  It appears that the parties' conferral on the topic was ongoing as of the last letter filed.  The parties' conferral should continue.  If a solution is reached before Friday, the parties may inform the Court in a joint letter and the conference will be cancelled.

      SO ORDERED.

Dated: January 23, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge