UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: New York City Policing During Summer     :       ORDER
2020 Demonstrations                                                     20 Civ. 8924 (CM) (GWG)
                                                                               :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

With regard to the application made in Docket # 796, and as stated at the conference held today, the City shall provide deposition dates on the following schedule:

| Deadline to Provide Proposal | Dates to be Scheduled | Number of Deponents |
|---|---|---|
| January 27 | 2/20-2/24 | 4 |
| February 3 | 2/27-3/3 | 5 |
| February 10 | 3/6-3/10 | 5 |
| February 17 | 3/13-3/24 (week added) | 10 |
| February 24 | 3/27-3/31 | 5 |
| March 3 | 4/3-4/7 | 5 |
| March 10 | 4/10-4/14 | 5 |
| March 17 | 4/17-4/28 (week added) | 10 |
| March 24 | 5/1-5/5 | 5 |
| March 31 | 5/8-5/12 | 5 |
| April 7 | 5/15-5/19 | 5 |
| April 14 | 5/22-6/16 | 15 |

In the event of a cancellation of a scheduled deposition, the City should attempt to provide a substitute deponent. If that is not possible, the deposition as rescheduled should not "count" toward the numerical goal for the future week to which it is rescheduled. Instead, the rescheduled deposition should be added to the numerical goal — that is, it should be rescheduled in addition to the depositions already scheduled (or to be scheduled) for that future week. That being said, the Court understands that some flexibility is required in this process and thus numerical goals need not be strictly adhered to in any given week. The purpose of Order is to avoid loading extra depositions onto the end of the schedule and to spread out any unavoidable "double tracked" deposition days throughout the period of depositions. The parties should use common sense and work cooperatively towards achieving this purpose.

SO ORDERED.

Dated: January 27, 2023
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge