

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**AMY ROBINSON**
*Senior Counsel*
arobinso@law.nyc.gov
Phone: (212) 356-3518
Fax: (212) 356-1148

**By ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

January 27, 2023

**MEMORANDUM ENDORSED**

In Re: *New York City Policing During Summer 2020 Demonstrations*,
No. 20 Civ. 8924 (CM) (GWG)
This filing is related to all cases

Your Honor:

I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter. Defendants write to respectfully request an extension of their time to February 10, 2023, to respond to the Court's Order dated January 23, 2023.

On January 23, 2023, the Court ordered that defendants, at their option, must either provide a sworn statement or a 30(b)(6) witness regarding, "what video within the control of any City department (including, of course, the NYPD) is normally sought by the NYPD in conducting investigations of incidents occurring outdoors." (Dkt. No. 823). Defendants are contemplating whether a sworn statement would be the best option. To the extent we choose to submit a statement, NYPD's Legal Bureau must identify the appropriate declarant from the NYPD's Detective Bureau, which requires going through "formal channels." In other words, the NYPD Legal Bureau must make a formal request for a declarant to the Detective Bureau pertaining to the ordered topic, and a declarant must be identified and approved to make a sworn statement. Further, the declarant will need time to provide the sworn statement.

Plaintiffs' position is as follows:
Plaintiffs consent to an extension of time for Defendants to provide the sworn statement or designate a 30b6 witness and date for that witness's production until February 3. Given the extended amount of time Plaintiffs have waited for this information to be provided, we do not think any further extension is warranted.

The Court's instructions are very different from the discovery plaintiffs were demanding, and so this is not information plaintiffs have been waiting for. In any event, the requested

extension is not an effort to delay producing the information. Instead, we would like NYPD to have the opportunity to designate an appropriate witness and provide the necessary statement, to the extent we choose this option.

Accordingly, defendants respectfully request until February 10, 2023, to respond to the Court's January 23 Order. Thank you for your consideration of this matter.

Respectfully submitted,

*Amy Robinson s/*
Amy Robinson
*Senior Counsel*

cc:     ALL COUNSEL (*via* ECF)


Extension to February 10, 2023, granted. On that date, either the sworn statement must be provided to plaintiffs or specific dates offered for a deposition.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
January 30, 2023

2