UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In Re: New York City Policing During Summer       :        ORDER
2020 Demonstrations
                                                                         20 Civ. 8924 (CM) (GWG)
                                                              :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     The Court has considered the letter application by plaintiffs (Docket # 814) for certain disciplinary proceeding records, along with the defendants' response (Docket # 831) and plaintiffs' reply (Docket # 833). The dispute concerns the production of requested documents from the CCRB Administrative Prosecution Unit ("APU") and the N.Y.P.D. Department Advocate's Office ("DAO").

     In light of the positions taken by the parties in these letters, the Court orders as follows:

     1. Defendants shall provide all closed APU and DAO files to plaintiffs as soon as they are available and no later than March 3, 2023. A privilege log shall be provided to plaintiffs at the time of production.

     2. For any APU or DAO files that close after today, the defendants shall provide these to plaintiffs within 21 days of the closure, along with a privilege log for that file.

     The Court will not address the City's privilege arguments now but rather following any application by plaintiffs moving to compel disclosure of any withheld material and following the meet-and-confer requirements of the Court's Individual Practices.

     SO ORDERED.

Dated: January 31, 2023
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge