

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

February 7, 2023

**By Electronic Filing**

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

    Re:    **In re: New York City Policing During Summer 2020 Demonstrations,**
           **1:20-CV-8924 (CM) (GWG) — This Letter Relates to All Cases**

Dear Judge Gorenstein:

    I write on behalf of the non-stayed Plaintiffs in the consolidated cases, pursuant to ECF No. 490, without objection by Defendants, to provide a proposed Order regarding agreements reached at a meet and confer on certain NYPD investigative files for the Court to enter.

    We thank the Court for its continued time and attention.

                      Respectfully Submitted,

                      */s/ Lillian Marquez*
                      Lillian Marquez, Assistant Attorney General
                      Civil Rights Bureau
                      Office of the New York State Attorney General
                      Tel: 212-416-6401
                      Lillian.Marquez@ag.ny.gov

CC: All counsel of record