UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re New York City Policing During Summer 2020 Demonstrations*

This document relates to:
   *All Cases*

20-cv-08924 (CM) (GWG)

**ORDER**

      **WHEREAS,** on September 13, 2022, the parties met and conferred regarding the production of various disciplinary records;

      **WHEREAS,** the parties agreed at the conclusion of that conferral that Defendants would: (1) search for NYPD investigations, including those conducted by the Internal Affairs Bureau ("IAB"), concerning protests that occurred at locations highlighted in the Argus maps Plaintiffs previously provided to Defendants (the "Search"); (2) need 30 days to conduct the Search; and (3) at the conclusion of the Search, provide an affidavit or declaration by the person(s) performing the search for these investigative files, stating what, if any, search limitations existed in performing that search and that IAB protest related investigation files associated with Plaintiffs' Argus maps that were located have been produced (the "Affidavit").

      **WHEREAS,** Plaintiffs requested another meet and confer regarding the above-referenced commitments when no affidavit was forthcoming, the parties conferred again on November 29, 2022, and the Plaintiffs subsequently continued to request and Defendants continued to provide updates as to the search for IAB files;

      **WHEREAS,** Defendants have committed to completing the Search, producing the IAB files that were located as a result of the search for protest-related investigations using the Argus maps Plaintiffs provided, and producing the Affidavit or Declaration by February 17, 2023; and

2

**WHEREAS,** this Order has been proposed using the mechanism the Court described in ECF No. 490;

**IT IS HEREBY ORDERED** that Defendants shall, by February 17, 2023, complete the Search, produce to Plaintiffs the IAB files that were located as a result of the search for protest-related investigations using the Argus maps Plaintiffs provided, and that have not yet been produced in these actions; and provide to Plaintiffs the Affidavit or Declaration.

SO ORDERED:

_____
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
February 8, 2023