UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: New York City Policing During Summer       :            ORDER
2020 Demonstrations
                                                                          20 Civ. 8924 (CM) (GWG)
                                                                  :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

　　The plaintiffs' application regarding the defendants' assertion of the deliberative process and law enforcement privileges (Docket ## 774, 794, 806) will be addressed at a telephone conference on <u>Monday, February 13, 2023, at 10:30 a.m.</u>

　　Because the Court may need to refer during the conference to documents other than the sample provided pursuant to Docket # 807, the defendants shall, by 3:00 p.m. on February 10, 2023, supply the full set of documents at issue (minus the "DHS" documents) by the same means the sample was provided.

　　To dial into the telephone conference, the attorneys should use the number they were previously provided. The public may listen to the conference by dialing 877-810-9415 and using access code: 4086346. The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden. Only one attorney for plaintiffs and one attorney for defendant will be permitted to address the Court with respect to this dispute. When addressing the Court, counsel must <u>not</u> use a speakerphone. Each attorney is directed to ensure that all other attorneys on the case are aware of the conference date and time.

　　SO ORDERED.

Dated: February 9, 2023
　　　　New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge