UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In Re: New York City Policing During Summer  :  <u>ORDER</u>
2020 Demonstrations
                                                                                 20 Civ. 8924 (CM) (GWG)
                                                               :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

If time allows, the Court may wish to address the motion to compel the "after-action review" documents (Docket # 680) at the conference scheduled for Monday, February 13, 2022, at 10:30 a.m. per Docket # 842.

Accordingly, the Court asks that each side be prepared for questions from the Court as to that motion. If necessary, a party may designate an attorney to respond to questions on Docket # 680 who is different from the attorney addressing the application in Docket # 774.

SO ORDERED.

Dated: February 9, 2023
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge