

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | Peter Scutero<br>Special Associate Counsel<br>pscutero@law.nyc.gov<br>Phone: (212) 356-2332 |

February 10, 2023

**By ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        In Re: *New York City Policing During Summer 2020 Demonstrations*,
               No. 20 Civ. 8924 (CM) (GWG)
               This filing is related to all cases

Your Honor:

       I am a Special Associate Counsel in the Special Federal Litigation Division of the New York City Law Department, and one of the attorneys assigned to the defense of the above-referenced matter. Pursuant to the Court Order dated February 9, 2023 (Docket # 842) (the "Feb. 9th Order"), I write to note that Defendants have provided an Accellion link, sent under separate cover to the Court, containing the documents the Court requested for purposes of the Court Conference scheduled on February 13, 2023.

       The Feb. 9th Order excluded the "DHS" documents from this production to the Court. Accordingly, the Defendants have not provided any documents listed on Plaintiffs' Exhibit B under "Category B) DHS Reports". Should the Court have any difficulty accessing the documents provided through Accellion, please notify us and we will, as an alternative, provide the documents on a zip drive.

       Thank you for your time and attention to this matter.

                                             Respectfully submitted,

                                             *Peter Scutero*

                                             Peter Scutero
                                             *Special Associate Counsel*
                                             Special Federal Litigation Division

cc:      ALL COUNSEL (via ECF)