# Warnings: Blocking Vehicular Traffic

This is the New York City Police Department. You are unlawfully walking in the roadway and obstructing vehicular traffic. You are ordered to leave the roadway and utilize the available sidewalk. If you do so voluntarily, no charges will be placed against you. If you remain in the roadway and refuse to utilize the sidewalk, you will be placed under arrest and charged with disorderly conduct.

Give opportunity to leave.

Since you have refused to leave the roadway, you will be placed under arrest on the charge of disorderly conduct. If you do not cooperate and accompany the arresting officer to the prisoner transport vehicle, or if you resist arrest, you may be charged with additional crimes.

3/15/16

# **<u>Warning: Blocking Pedestrian Traffic</u>**

This is the New York City Police Department. You are unlawfully obstructing pedestrian traffic. You are ordered to disperse now to permit the safe flow of pedestrian traffic. If you do so voluntarily, no charges will be placed against you. If you refuse to disperse, you will be placed under arrest and charged with disorderly conduct.

Give opportunity to leave.

Since you have refused to disperse, you will be placed under arrest on the charge of disorderly conduct. If you do not cooperate and accompany the arresting officer to the prisoner transport vehicle, or if you resist arrest, you may be charged with additional crimes.

3/15/16

# **Warnings:** Blocking Entrance to Building

This is the New York City Police Department. You are unlawfully blocking the entrance to this building and obstructing pedestrian traffic. You are ordered to disperse now to permit the safe flow of pedestrian traffic. If you do so voluntarily, no charges will be placed against you. If you refuse to disperse, you will be placed under arrest and charged with disorderly conduct.

Give opportunity to leave.

Since you have refused to disperse, you will be placed under arrest on the charge of disorderly conduct. If you do not cooperate and accompany the arresting officer to the prisoner transport vehicle, or if you resist arrest, you may be charged with additional crimes.

3/15/16

## New York State Vehicle and Traffic Law

**1156 (a) Pedestrians on roadways. Where sidewalks are provided and they may be used with safety it shall be unlawful for any pedestrian to walk along and upon an adjacent roadway.**

Warnings: Pedestrian on Roadways

This is the New York City Police Department.  Please be advised that it is unlawful for pedestrians to walk in the street or roadway where sidewalks are provided.

I am ordering you to exit the roadway onto the sidewalk at this time.  If you continue to walk in the roadway, you may be arrested for Pedestrian on Roadways.

A violation of the New York State Vehicle and Traffic Law.

**Date:** _____

**Time:** _____

**Location:** _____

**Warnings Issued By:** _____

3/15/16

DEF_E_PD_000130847