UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re: New York City Policing During Summer    :    ORDER
2020 Demonstrations
                                                                         20 Civ. 8924 (CM) (GWG)
                                                                   :
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     For the reasons stated today on the record, the application to compel production of certain documents withheld as privileged (Docket # 774) is granted in part and denied in part. The documents ordered produced (as identified on the record) shall be produced on or before February 21, 2023.

     In addition, defendants shall by February 21, 2023, produce to plaintiffs any documents similar to those ordered produced during today's conference. If any withheld documents remain, they shall be identified to the Court in a letter filed on or before February 21, 2023.

     If plaintiffs seek to have the Court conduct an in camera review of any further documents withheld on law enforcement privilege grounds, they shall provide a listing of such documents by February 21, 2023.

     SO ORDERED.

Dated: February 13, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge