

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK , NEW YORK 10007

**Sergey Marts**
*Assistant Corporation Counsel*
semarts@law.nyc.gov
Phone: (212) 356-5051

February 14, 2023

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      In Re: *New York City Policing During Summer 2020 Demonstrations*,
             No. 20 Civ. 8924 (CM) (GWG)
             <u>This filing is related to all cases</u>

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and one of the attorneys representing defendants in the above referenced matter. On February 10, 2023, the *Sow* plaintiffs filed a letter motion to compel and for a conference under Local Rule 37.2 (Dkt. No. 848). Defendants write to apprise the Court that the *Sow* plaintiffs have consented to an extension until February 22, 2023, for defendants to file their opposition papers to Dkt. No. 848 as well as defendants' motion to seal.

      Thank you for your consideration herein.

                                                           Respectfully submitted,

                                                           /s/ Sergey Marts
                                                           Sergey Marts
                                                           *Assistant Corporation Counsel*
                                                           Special Federal Litigation Division

cc:      ALL COUNSEL (*via* ECF)