# EXHIBIT A

| | |
|---|---|
| **From:** | Robinson, Amy (LAW) |
| **To:** | Payne Litigation Team; Sow-Legal; Andrew Stoll; Wood; AG-NYPDLitigation; Hernandez Team; GrayLegalTeam@dwt.com |
| **Cc:** | Weiss, Dara (Law); Nelson, Genevieve (Law); Weng, Jenny (Law) |
| **Subject:** | Deposition Schedule |
| **Date:** | Friday, January 21, 2022 6:53:35 PM |
| **Attachments:** | Depostion Schedule_1-21-22.pdf |
| | Depostion Topic List_1-21-22.pdf |

Counsel,

Please see attached deposition schedule and chart of witnesses per topic.

First, given the 2-day requirement for many witnesses, we cannot fit into the schedule all of the witnesses before the April 22nd deadline without double and triple tracking, which we know plaintiffs want to avoid. Both sides need an extension of the deadline.

Second, we are seeking to designate one of the fact witnesses as a 30(b)(6) witness, but this witness is retired, and we were not able to confirm their consent to be so designated by today. We expect to have that confirmation shortly.

Regards,

Amy Robinson
Senior Counsel
New York City Law Department
Special Federal Litigation Division
100 Church Street
New York, NY 10007
(212) 356-3518
arobinso@law.nyc.gov

---

**From:** Amy Robinson <arobinson58@nyc.rr.com>
**Sent:** Friday, January 21, 2022 6:43 PM
**To:** Robinson, Amy (LAW) <arobinso@law.nyc.gov>
**Subject:** [EXTERNAL] Emailing: Depostion Schedule_1-21-22, Depostion Topic List_1-21-22

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@cyber.nyc.gov as an attachment (Click the More button, then forward as attachment).

Your message is ready to be sent with the following file or link attachments:

Depostion Schedule_1-21-22
Depostion Topic List_1-21-22


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

IN RE: NEW YORK CITY POLICING SUMMER 2020 DEMONSTRATIONS
HIGH-RANKING/30(b)(6) DEPOSITION SCHEDULE

| DEPONENT | DEPOSITION DATE(S) |
|---|---|
| Thomas Galati—Chief of Intelligence Bureau[1] | February 3<br>February 4 |
| Christopher Czark, Lieutenant, CJB | February 8 |
| Gerard Dowling—Deputy Chief, Former Executive Officer—SRG | February 10<br>February 11 |
| Dep. Comm'r John Miller | February 16 |
| Dermot Shea—Former Police Commissioner | February 17<br>February 18 |
| Benjamin Tucker—1st Deputy Commissioner | February 25 |
| Teresa Shortell—Former Assistant Chief, Training | March 2 |
| Stephen Hughes—Assistant Chief PBMS | March 3<br>March 4 |
| Kathleen O'Reilly—Assistant Chief PBMN | March 8 |
| Terrence Monahan—Former Chief of Department | March 10<br>March 11 |
| David Miller, Captain—Commanding Officer, DCU | March 17<br>March 18 |
| John D'Adamo—Deputy Chief, Commanding Officer—SRG | March 23 |
| Jeffrey Maddrey—Assistant Chief—PBBN | March 24 |
| James Khan—Sergeant, IAB | March 25 |
| Robert Gallitelli—Deputy Inspector, 40th Precinct | March 30 |
| Harry Wedin—Assistant Chief, Special Operations | March 31 |
| Marcos Carrion, Former Comm'r Community Affairs Unit, OTM | April 5 |
| Kenneth Corey—Assistant Chief—PBSI | April 6 |
| Donna Jones—Assistant Chief, CJB | April 6 |

---

[1] Officers in red are 30(b)(6) witnesses.

| | |
|---|---|
| Kenneth Lehr—Assistant Chief PBBX | April 7 |
| Richard Esposito—Deputy Comm'r Strategic Communications | April 12 |
| Dean Fuleihan—1st Deputy Mayor | April 12 |
| Carrie Talansky—Assistant Commissioner, Legal Bureau | April 13 |
| Joseph Taylor—Captain, Commanding Officer, SRG 3 | April 14 |
| Edward Mullane—Former Chief of Operations Division | April 14 |
| Kenneth Rice—Sergeant, Legal Bureau | April 20 |
| Juanita Holmes—Chief of Patrol | April 21 |
| Joseph Resnick—Director, IAB | April 21 |
| Katherine Obanhein—Agency Attorney, Legal Bureau | April 22 |
| Former Mayor, Bill de Blasio | |
| Michael Baker, Deputy Chief, OMAP | |
| John Kanganis—Deputy Inspector | |
| Lt. Lauren Foster | |
| Elias Nikas—Deputy Inspector | |
| Jason Hagestad—Captain, 78th Precinct | |
| Jeffrey Schlanger—Executive Agency Counsel—RMB (Ret.) | |
| Michael Cody—Inspector, PBMN | |
| Elizabeth Daitz—Exec. Director of Strategic Initiatives | |
| John Cappelmann—Deputy Chief, CO OMAP (Ret.) | |
| Rodney Harrison—Former Chief of Department | |

**IN RE: NEW YORK CITY POLICING SUMMER 2020 DEMONSTRATIONS**
**HIGH-RANKING/30(b)(6) DEPOSITION TOPICS**

| TOPIC | WITNESS |
|---|---|
| 1 | Michael Baker |
| 6 | Stephen Hughes |
| 7 | Dean Fuleihan |
| 8 | Various Identified 30(b)(6) Witnesses |
| 9 | Gerard Dowling/David Miller/Carrie Talansky |
| 10 | Gerard Dowling/David Miller |
| 11 | James Khan |
| 12 | Thomas Galati |
| 13 | Edward Mullane/Gerard Dowling/Carrie Talansky |
| 14 | Carrie Talansky/Christopher Czark |
| 15 | Carrie Talansky/Stephen Hughes |
| 16 | Gerard Dowling/David Miller |
| 17 | Lauren Foster |
| 18 | Lauren Foster |
| 19 | Michael Baker |
| 20 | John Kanganis |
| 21 | John Kanganis |
| 22 | Michael Baker |