# EXHIBIT C

```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK


In re:                                    :
                                                Docket #1:20-cv-08924-
                                          :     CM
         NEW YORK CITY POLICING
         DURING SUMMER 2020               :
         DEMONSTRATIONS
                                          :     New York, New York
                                                March 4, 2022
                      Defendant.          :
                                                TELEPHONE CONFERENCE
------------------------------------------ :


                        PROCEEDINGS BEFORE
               THE HONORABLE GABRIEL W. GORENSTEIN,
                  UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff,
People of the State
of New York:              NYS OFFICE OF THE ATTORNEY GENERAL
                          BY:  LILLIAN MARIE MARQUEZ, ESQ.
                          28 Liberty Street
                          New York, NY 10005

For Plaintiff, Adam
Gray:                     WYLIE STECKLOW PLLC
                          BY:  WYLIE M. STECKLOW, ESQ.
                          111 John Street, Suite 1050
                          New York City, NY 10038

For Plaintiffs, Adama
Sow, Krystin Hernandez,
And Ryan Minett:          COHEN & GREEN P.L.L.C.
                          BY:  REMY GREEN, ESQ.
                          1639 Centre Street, Suite 216 11385
                          Ridgewood, NY 11207


Transcription Service:    Carole Ludwig, Transcription Services
                          155 East Fourth Street #3C
                          New York, New York 10009
                          Phone:  (212) 420-0771
                          Email:  Transcription420@aol.com
```

```
APPEARANCES - Continued:

For the Payne plaintiffs:      NEW YORK CIVIL LIBERTIES UNION
                               BY:  DANIEL ROSS LAMBRIGHT, ESQ.
                               125 Broad Street, Ste. 19
                               New York, NY 10004

For the Sierra plaintiffs:     RICKNER PLLC
                               BY:  ROBERT HOWARD RICKNER, ESQ.
                               14 Wall Street, Suite 1603
                               New York, NY 10005

For Plaintiff, Cameron
Yates:                         STOLL, GLICKMAN & BELLINA, LLP
                               BY:  ANDREW BRIAN STOLL, ESQ.
                               300 Cadman Plaza West, 12th Fl.
                               Brooklyn, NY 11201

For Plaintiff, Charles H.
Wood:                          KAUFMAN LIEB LEBOWITZ & FRICK
                               BY:  ALISON ELLIS FRICK, ESQ.
                               10 E. 40th Street Suite 3307
                               New York, NY 10016

For Defendants:                NEW YORK CITY LAW DEPARTMENT
                               BY:  JENNY SUE-YA WENG, ESQ.
                                    GENEVIEVE NELSON, ESQ.
                                    AMY ROBINSON, ESQ.
                               100 Church Street Room 3-173b
                               New York, NY 10007


Proceedings conducted telephonically and recorded by
electronic sound recording;
Transcript produced by transcription service
```

```
 1                        PROCEEDINGS                        16
 2   have to -- I mean, I think the better thing, perhaps,
 3   Mx. Green, is just to wait a day or two, business day or
 4   two.
 5           MX. GREEN:  Yes.  I think that that makes sense.
 6   I mean, the only thing we were afraid of is, you know, the
 7   issues on the back end.  But --
 8           THE COURT:  No, I understand.  We have to deal
 9   with the issues on the back end.
10           What's going on with the depositions in terms of
11   right now how many are scheduled, unscheduled, what's going
12   on?
13           MS. MARQUEZ:  Your Honor, this is Lillian Marquez
14   from the AG's office, if I may speak to that issue?
15           THE COURT:  Go ahead.
16           MS. MARQUEZ:  So, as of late, Chief Gallotti, who
17   was scheduled for February 3rd and 4th, and Chief Steven
18   Hughes, scheduled for March 3rd and March 4th, were
19   cancelled by the City, as was Chief O'Reilly, who was set
20   to go for March, I believe, 8th, and was actually moved to
21   March 11.  The concern that plaintiff has is that the Court
22   ordered the defendants to schedule these higher-level
23   depositions and to limit any last-minute schedule changes
24   to circumstances that made participation in a deposition
25   essentially impossible.  However, the explanations that the
```

```
 1                        PROCEEDINGS                    17
 2   City has given, when they have given it, do not meet that
 3   criteria.  So for Chief Gallotti the explanation was that
 4   he was participating in an NYPD-wide event on dates that
 5   were not coinciding with his deposition.  Apparently, the
 6   cancellation was due because the City could not schedule
 7   him -- excuse me -- prepare him, and perhaps because they
 8   were delaying the preparation until just a day or two
 9   before the scheduled depositions.
10             And then for Chief Steven Hughes, just on
11   March 1st this week the City, specifically, Ms. Robinson,
12   emailed plaintiffs stating simply that they needed to
13   schedule the deposition, that only upon question for a
14   reason stated we are not prepared to go forward with a two-
15   day deposition.
16             So it's plaintiff's position that these
17   explanations that a lack of preparation as a reason for
18   cancelling unilaterally and last minute these depositions
19   is not in line with the Court's order back in December.  So
20   these need to be real based, and we just need to make sure
21   that we're trying to keep as many dates as we can, even
22   with the potential for an extension.
23             THE COURT:  What are the numbers in terms of
24   things that have been scheduled in the future?
25             MS. MARQUEZ:  So there's -- I don't have exactly
```

```
 1                         PROCEEDINGS                    18
 2   the number -- there's about, I would say, about twenty.
 3   But then there's a number of depositions which the City has
 4   refused to schedule on the basis that the current schedule
 5   does not allow it and that they will not schedule it unless
 6   and until there is an extension.  And the number of those
 7   depositions that have not been scheduled number around 15.
 8           THE COURT:  So the current date is April 22nd for
 9   the cutoff, is that right?
10           MS. ROBINSON:  Correct, your Honor.
11           MS. MARQUEZ:  I believe that's correct, your
12   Honor.
13           THE COURT:  Okay.  So there's twenty scheduled for
14   April 22nd?
15           MS. MARQUEZ:  Approximately.  And I apologize for
16   not having the exact number.
17           THE COURT:  Okay.  And there's another --
18           MS. ROBINSON:  There are about fifty in total,
19   your Honor.  This is Amy Robinson for defendants.
20           THE COURT:  Fifteen through April 22nd?
21           MS. ROBINSON:  No.  There are five-zero in total
22   being taken, and before April 22nd there are 29.
23           THE COURT:  So 29 scheduled for April 22nd?
24           MS. ROBINSON:  Yes.
25           THE COURT:  Okay, and you think there's an
```

```
 1                       PROCEEDINGS                    19
 2   additional how many?
 3             MS. MARQUEZ:  That are being scheduled, your
 4   Honor?
 5             MS. ROBINSON:  There are -- there are a total of
 6   about fifty, all told.
 7             THE COURT:  Does that mean -- I don't know how
 8   many you've already done.  So are you trying to tell me
 9   that there are 21 that remain to be scheduled?  I'm just
10   looking for a number, if you know it.
11             MS. ROBINSON:  There's 14 on the -- in terms of
12   higher-level depositions that are yet to be scheduled, not
13   including some of the ones -- so Chief Steven Hughes still
14   needs a few more dates, as well, and Gallotti.  So that
15   puts it at about 16 that needs to be scheduled.
16             MS. NELSON:  Your Honor, this is Ms. Nelson.  I
17   think in addition to the high-level depositions, there are
18   also depositions in single matters, as well, like the Gray
19   depositions are going forward, as well as depositions in
20   Sow.
21             THE COURT:  They're going forward before
22   April 22nd, or -- and they're not included in the 29 that
23   were just mentioned?  Or they're included --
24             MS. NELSON:  Ms. Robinson, were they included in
25   the --
```

```
 1                        PROCEEDINGS                        20
 2             MS. ROBINSON:  I'm not really sure of the -- I
 3   don't have -- I don't believe that I have any Gray
 4   plaintiffs in my list.
 5             Your Honor, I'm doing mostly the 30(b)(6) higher-
 6   up depositions, so I'm afraid I'm looking at that list, and
 7   I don't have the total list of depositions, including, you
 8   know, the Gray plaintiffs, for example.
 9             MS. NELSON:  So the number of depositions that are
10   proceeding --
11             MS. ROBINSON:  Are much higher.
12             MS. NELSON:  -- for April 22nd is higher than that
13   number that Ms. Robinson just quoted to you.
14             THE COURT:  Okay.
15             MX. GREEN:  Your Honor, this is Remy Green.  In
16   Hernandez, for example, we've served notice.  And they may
17   be counting those.  We haven't had a response to our notice
18   yet, and so those aren't on the schedule.  But they might
19   be part of what they're counting.  It may also be that
20   they're counting days as opposed to deponents, and that
21   might account for some of the discrepancies.
22             UNIDENTIFIED:  We are not.  For example, the
23   deposition on Monday is, I think, on the Yates case.
24             MS. NELSON:  Right.  And, your Honor, just --
25             THE COURT:  Go ahead.
```

```
 1                        PROCEEDINGS                    21
 2             MS. NELSON:  Just so that you know, before the
 3   high-ranking depositions began, plaintiffs requested and
 4   defendants agreed to two-day depositions for 14 deponents,
 5   which means 14 extra days of depositions and 14 extra days
 6   of prep.  So that has gone a long way into preventing us
 7   from meeting the April 22nd deadline, as well.
 8             THE COURT:  Okay.  I've already set up and allowed
 9   some slippage in that deadline, so the City should be
10   scheduling depositions certainly through May 22nd.  All
11   right?  So that should not be a basis for not scheduling a
12   deposition, Ms. Robinson; do you understand that?
13             MS. ROBINSON:  I missed that, your Honor.  We
14   should not be not scheduling through what date?
15             THE COURT:  You should be scheduling through at
16   least through May 22nd, for sure.
17             MS. ROBINSON:  Okay.  Okay.  I was not aware of
18   that.  We could probably be scheduling through June 22nd,
19   to be honest with you.
20             THE COURT:  Well, I don't know that I'm giving you
21   till June 22nd.
22             MS. ROBINSON:  Understood.
23             THE COURT:  But at least start.  I mean, you
24   can -- I assume you can do more depositions on more than
25   one day; am I right about that?
```

```
 1                         PROCEEDINGS                     59

 2

 3                    C E R T I F I C A T E

 4

 5          I, Carole Ludwig, certify that the foregoing

 6   transcript of proceedings in the case of In Re: New York

 7   City Policing During Summer 2020 Demonstrations, Docket

 8   #20-cv-08924-CM, was prepared using digital transcription

 9   software and is a true and accurate record of the

10   proceedings.

11

12

13

14

15          Signature   Carole Ludwig

16                      Carole Ludwig

17

18

19          Date:    March 4, 2022

20

21

22

23

24

25
```