# EXHIBIT D

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

In re:                                :
                                           Docket #20cv8924
 IN RE NEW YORK CITY POLICING         :
 DURING SUMMER 2020 DEMONSTRATIONS
                                      : New York, New York
                                        July 11, 2022
------------------------------------- : TELEPHONE CONFERENCE

                         PROCEEDINGS BEFORE
                THE HONORABLE GABRIEL W. GORENSTEIN,
                   UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Sow and Hernandez     COHEN & GREEN PLLC
Plaintiffs:               BY:  REMY GREEN, ESQ.
                          1639 Centre Street, Suite 216
                          Ridgewood, New Jersey  11207

For Payne Plaintiffs:     NEW YORK CIVIL LIBERTIES UNION
                          BY:  ROBERT HODGSON, ESQ.
                          125 Broad Street, 19th Floor
                          New York, New York 10004

For Sierra Plaintiffs:    RICKNER PLLC
                          BY:  ROB RICKNER, ESQ.
                          14 Wall Street, Suite 1603
                          New York, New York 10005

For Gray Plaintiffs:      WYLIE STECKLOW PLLC
                          BY:  WYLIE STECKLOW, ESQ.
                          111 John Street, Suite 1050
                          New York, New York  10038

For Plaintiff People      NEW YORK STATE OFFICE OF
of the State of New       THE ATTORNEY GENERAL
York:                     BY:  LILLIAN MARQUEZ, ESQ.
                          28 Liberty Street
                          New York, New York 10005

Transcription Service: Carole Ludwig, Transcription Services
                       155 East Fourth Street #3C
                       New York, New York 10009
                       Phone:  (212) 420-0771
                       Email:  Transcription420@aol.com

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.
```

APPEARANCES (CONTINUED):

For Wood Plaintiffs:      KAUFMAN LIEB LEBOWITZ & FRICK, LLP
                          BY:  ALISON FRICK, ESQ.
                          18 E. 48th Street, Suite 802
                          New York, New York  10017

For Roland Plaintiffs:    THE ABOUSHI LAW FIRM
                          BY:  TAHANIE ABOUSHI, ESQ.
                          1441 Broadway, Suite 5036
                          New York, New York  10018

For Defendants:           NEW YORK CITY LAW DEPARTMENT
                          BY:  AMY ROBINSON, ESQ.
                               GENEVIEVE NELSON, ESQ.
                               JENNY WENG, ESQ.
                               BRIDGET HAMILL, ESQ.
                          100 Church Street
                          New York, New York 10007

```
 1                         PROCEEDINGS                      65
 2   plans from the beginning.
 3              THE COURT:  I mean --
 4              MS. FRICK:  Well that plan was never
 5   communicated to us.
 6              THE COURT:  Yes, I mean I'm not quite sure how
 7   to do this.
 8              MS. FRICK:  And --
 9              THE COURT:  Hold on.  Hold on.
10              MS. FRICK:  If that was the plan we should
11   have been doing that during the stay.
12              THE COURT:  Listen, we have to solve the
13   problem we have in front of us.  The, I guess when
14   names are available the defendants need to immediately
15   contact these people and schedule them.  Now whether
16   they are scheduled, you know, August 1st or they're
17   scheduled October 1st, I'm not sure is that important as
18   long as, because some people might not be free for two
19   months.  But I guess it's what's important that there
20   be a flow of names from the plaintiffs and a constant
21   filling in of the calendar by defendants as they reach
22   each of these deponents.
23              MS. FRICK:  I believe that our understanding
24   this entire time is that defendants would be choosing
25   the dates for the defendant officers, especially --
```

```
 1                        PROCEEDINGS                    66
 2           THE COURT:  We just want to make sure that
 3   those dates get chosen --
 4           MS. FRICK:  Understood.
 5           THE COURT:  (continuing) -- within some,
 6   within some reasonable period of when they give you
 7   names.  So the calendar has to be --
 8           MS. FRICK:  Your Honor, I need to clarify
 9   that.
10           THE COURT:  Go ahead.
11           MS. FRICK:  I'm sorry to interrupt, but we
12   have provided the defendants the full list months,
13   weeks ago, if not I believe when I started this process
14   it may have been in May, possibly April, so the
15   defendants have had the list.  The list that we provided
16   last week was just a subset to say, look, to the extent
17   that you are feeling overwhelmed by this big list of
18   names, like here's a list of 30 that we have identified
19   that like we could, that we want you to prioritize
20   getting done and that list included a number of line
21   officers.
22           So the point is that there are, other than
23   plaintiffs there are no depositions on the calendar,
24   none, zero.
25           THE COURT:  Okay, I see the problem. You have
```

```
 1                       PROCEEDINGS                       67
 2   the full list, you just, you gave a list of people that
 3   you wanted to give priority to.  Are you ready on the
 4   full list as it were?
 5             MS. FRICK:  Are we ready, Your Honor?
 6             THE COURT:  Yes, on the full list?
 7             MS. FRICK:  Do you mean, I just don't think I
 8   understand the question.
 9             THE COURT:  No, I mean is there any reason
10   they can't just start going down that full list and
11   putting together a deposition calendar right now?
12             MS. FRICK:  There's no reason.  We, our idea
13   was that by providing the names now it would also help,
14   it would also help the defendants know that like we
15   think it makes sense to start with these folks and by
16   start we don't mean, you know, tomorrow, but like this
17   batch of 30 makes sense to be scheduling in the nearer
18   term because there might be, you know, maybe the chief
19   of police shouldn't be the first high level deponent,
20   maybe that person makes sense to be scheduled more in
21   the winter. But at a certain point we kind of lost our,
22   at this point there's not going to be really even time
23   for us to have preferences like that, like we just need
24   people on the calendar.
25             THE COURT:  All right, Ms. Robinson, what's
```

```
 1                       PROCEEDINGS                      68
 2   your proposal for making sure we have everybody
 3   scheduled and it's scheduled through February 28th,
 4   what's your proposal for how to do that?
 5            MS. ROBINSON:  We, as I stated, we are working
 6   on plaintiffs' list, that our plan all along was to do
 7   the line officer, and that's, in fact, what's been
 8   going on is the line officers and the plaintiffs' deps
 9   which were ordered to be also taking place. And then
10   the higher ranking individuals would go last in the
11   schedule. And we are doing our best to make the
12   schedule happen and we are going to respond to Ms.
13   Frick's schedule. We've been planning to respond to
14   that schedule.
15            THE COURT:  When you say schedule --
16            MS. FRICK:  Well, to be clear, it wasn't a
17   schedule.
18            THE COURT:  You mean the list of thirty?
19            MS. ROBINSON:  The list, yes.
20            THE COURT:  Yes, okay.  So
21            MS. FRICK:  I also think, Your Honor, we have
22   to double track depositions, and so our idea, as we had
23   discussed in meet and confers and at the conference a
24   couple of weeks ago was that we can hold line officers
25   and high up officers on the same day. There is simply
```

```
 1                       PROCEEDINGS                          69
 2   not, there are not enough days, work days between now
 3   and February 28th, to do it completely staggered to do
 4   it the way Ms. Robinson is suggesting.
 5            MS. ROBINSON:  I'm not suggesting that, Your
 6   Honor. I'm not suggesting, you know, a deposition a
 7   week.  I'm not even suggesting that we can't double
 8   track, it's only been three days since we've gotten the
 9   list.
10            MS. FRICK:  No.
11            MS. ROBINSON:  And we are working on that
12   list.
13            THE COURT:  What is your process, when you
14   want to, do you contact a line officer's supervisor and
15   you pick a day and you discuss it with them, what do
16   you do?
17            MS. ROBINSON:  We contact the officer directly
18   and we find out what his availability is, and based
19   upon that we schedule, we basically find out what his
20   vacation days are, what his regular scheduled days off
21   are, and then we work into the schedule when that
22   person is available and then when we are available to
23   prep them and depose them. That's how it works with the
24   line officer, it's the same way that it works --
25            THE COURT:  And how long does, I mean it
```

```
 1                         PROCEEDINGS                      70
 2   doesn't sound like it would take, I mean maybe it takes
 3   a day or two to reach the officer, but once you reach
 4   the officer then you've got your list of days, right?
 5           MS. ROBINSON:  Yes, we also -- yes, in theory,
 6   yes, that should work. It's, it just, it's time
 7   consuming, it's a little more involved than that.
 8           THE COURT:  I know, but I think this
 9   investment of time here will save you some grief down
10   the road.
11           MS. ROBINSON:  And plaintiffs have cancelled
12   depositions, this is, you know, not something that's on
13   the defendants.
14           THE COURT:  Ms. Robinson, Ms. Robinson, I'm
15   talking about scheduling depositions.
16           MS. ROBINSON:  Understood.
17           THE COURT:  We need to have depositions
18   filling up a calendar in the short term.
19           MS. ROBINSON:  Understood.
20           THE COURT:  I'm trying to think about how the
21   process should be, I mean I guess I could say I require
22   the plaintiff, I mean it's a total of about how many
23   names or days, it's like a hundred-something, what was
24   it?
25           MS. FRICK:  With the plaintiffs I believe it's
```

```
 1                         PROCEEDINGS                      71
 2   approximately 125 days total.
 3            MS. ROBINSON:  I think it's 145 days with the
 4   plaintiffs, and that's 145 deposition prep days.  So we
 5   are mindful of the schedule and the --
 6            THE COURT:  Okay, I mean it's your own head on
 7   the chopping block figuratively, I just can't imagine
 8   how you are going to do this without contacting these
 9   officers immediately and getting back to plaintiffs
10   within a matter of, you know, two or three, maybe five
11   at the most days saying here's the dates for these
12   people.  So that's what should be happening on some
13   ratio.
14            Now it doesn't seem, if you've got thirty
15   names, is that what you said you gave them, Ms. Frick,
16   to start?
17            MS. FRICK:  Yes, our kind of batch, but,
18   again, it's just a subset of the people that we're --
19            THE COURT:  I understand, on Wednesday, okay.
20   So --
21            MS. FRICK:  And I do think it's not going to
22   work if the defendants try to first get through all of
23   the line officers before scheduling high up officers.
24   Our main concern about that is we're going to come to
25   the winter and we're going to suddenly have no time for
```

```
 1                         PROCEEDINGS                        72
 2   the people that, you know, the teams really care about.
 3            MS. ROBINSON:  And, Your Honor, you know, I
 4   misspoke because, you know, obviously, you know,
 5   officers will be, you know, combined with each other
 6   and there will be high ranking people that will go, you
 7   know, more than one in one week. So -- and plaintiffs
 8   as well, we still have numerous plaintiffs to go
 9   through and we haven't received any of their
10   availabilities as of yet either.  So --
11            THE COURT:  If you had come to me and
12   complained about that -- if you came to me and
13   complained about that I would do something.  But I'm
14   just trying to solve this problem and it seems to me
15   that we need to get a list really quickly, and I'm not
16   sure it has to be all 145, but at least the 30, you
17   know, within a matter of, you know, by Friday at the
18   absolute latest --
19            MS. ROBINSON:  Your Honor, that would be
20   impossible to get availability for 30 officers --
21            THE COURT:  Why?
22            MS. ROBINSON:  By Friday.
23            THE COURT:  You told, I asked you this
24   question, you told me that you have to contact the
25   officer and then you basically know the dates of that
```

```
 1                         PROCEEDINGS                      73
 2   officer and it takes you a day or two to reach that
 3   officer.
 4             MS. ROBINSON:  Well I didn't say it takes a
 5   day or two to reach the officer, sometimes it can take
 6   a long time to reach an officer.  We've had that issue
 7   with the past round of officers. We did double track on
 8   Friday, by the way, and it can be complicated reaching
 9   officers. Once you reach an officer and, it's just a,
10   it can be a complicated process reaching them, not
11   necessarily getting them scheduled.  But we have to
12   take into consideration there are --
13             THE COURT:  How many officers have you
14   contacted so far to try to schedule their deposition?
15             MS. ROBINSON:  Me, personally?
16             THE COURT:  No, the City of New York.
17             MS. ROBINSON:  I don't, I don't know the
18   answer to that, Your Honor.
19             THE COURT:  I want an answer to that question
20   and I want it by tomorrow.  I want, I ordered these
21   depositions to start happening. You already have the
22   list of a hundred and whatever names putting aside
23   these thirty names. These people have to be contacted
24   immediately. I want, I think the way to do this is for
25   you to do an Excel spreadsheet with these names and
```

```
 1                                                              79
 2                       C E R T I F I C A T E
 3
 4          I, Carole Ludwig, certify that the foregoing
 5   transcript of proceedings in the United States District
 6   Court, Southern District of New York, In Re: New York
 7   Policing During Summer 2020 Demonstrations, docket
 8   #20cv8924, was prepared using PC-based transcription
 9   software and is a true and accurate record of the
10   proceedings.
11
12
13
14
15   Signature    ___Carole Ludwig_____
16
17   Date:   July 13, 2022
18
19
20
21
22
23
24
25
```