# EXHIBIT E

```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK
         -----------------------------:

IN RE NEW YORK POLICING DURING:Docket#20-cv-08924

SUMMER 2020 DEMONSTRATIONS      :

                                : New York, New York

                                : January 27, 2023

         ----------------------------: CONFERENCE



                      PROCEEDINGS BEFORE

            THE HONORABLE GABRIEL W. GORENSTEIN

               UNITED STATES MAGISTRATE JUDGE



     APPEARANCES:

     For People of     NYS Office of the Attorney
     The State of NY   General
                       BY:  Lillian M. Marquez
                       28 Liberty Street
                       New York, New York 10005

     For Plf Gray:     Davis Wright Tremaine LLP
                       BY:  Robert D. Balin
                       1251 Avenue of the Americas
                       New York, NY 10020

     For Julian        NY Civil Liberties Union
     Phillips          BY:  Veronica Salama
                       125 Broad Street
                       19th Floor
                       New York, New York 10004


     Proceedings recorded by electronic sound recording;
     Transcript produced by transcription service
```

AMM Transcription Service   (631)334-1445

APPEARANCES (Continued)


For Keith            The Aboushi Law Firm
Clingman:            BY:  Tahanie Ahamd Aboushi
                     1441 Broadway - Suite 5036
                     New York, NY 10007

For Savitri          Cohen & Green P.L.L.C.
Durkee an others     By:  Remy Green
similarly situated   1639 Centre Street
                     Suite 216
                     Ridgewood, New York 11385


For City of NY       New York City Law Department
                     BY: Peter J. Scutero
                         Amy Robinson
                         Jenny Sue-Ya Weng
                     100 Church Street
                     New York, New York 10007

AMM Transcription Service  (631)334-1445

PROCEEDINGS

1    you'll say, we're dropping our objection to

2    whatever.  And maybe the plaintiffs will drop their

3    interest in deposing someone.  But we have got to

4    get the process going.

5              MS. ROBINSON:  Understood.

6              THE COURT:  So let's say February 3rd for

7    the defendants' letter listing exactly who they're

8    objecting to and why.

9              MS. ROBINSON:  Would it be possible, Your

10   Honor, to move that out to the following Wednesday?

11             THE COURT:  The 8th?

12             MS. ROBINSON:  Yes.

13             THE COURT:  I could live with the 8th.

14             Ms. Salama, when do you want to respond?

15             MS. SALAMA:  One week later --

16             THE COURT:  Okay.

17             MS. SALAMA:  -- is fine for us.  We want

18   to get this done.

19             THE COURT:  And I normally don't allow

20   replies, but if you want to do a reply, Friday the

21   17th would be fine.  And I will put on the calendar

22   just so I -- it will be a way to...

23             Ms. Robinson, any idea -- we have a

24   ballpark of 70 deponents.  Any ballpark of how many

25   objections there are going to be?

PROCEEDINGS

1          MS. ROBINSON:  I really don't, Your Honor.
2   I apologize.  I don't want to say 20.  I don't
3   want --
4          THE COURT:  Okay.  That's fine.  If you
5   don't --
6          MS. ROBINSON:  Yeah.
7          THE COURT:  -- you know...
8          You know what, I'm going to wait until I
9   see the letters to decide what to do.  Maybe I can
10  do this on the letters, and I can always schedule
11  the conference very quickly.  So that's our
12  schedule on the 30(b)(1)s.
13         Now, I would like to have the same
14  schedule for 30(b)(6).  Maybe there's overlapping
15  issues on these.  I don't know.
16         What -- are there 30(b)(6) objections, Ms.
17  Robinson?
18         MS. ROBINSON:  Well, yes, there are
19  30(b)(6) objections; however, plaintiffs brought up
20  in the meet-and-confer yesterday that they asked
21  whether the 30(b)(6) witnesses, before they're
22  ruled on, whether the 30(b)(6) witnesses could go
23  as fact witnesses first, which defendants agreed
24  to.  And there are 30(b)(6) witnesses that we are
25  objecting to; yes, indeed.

AMM Transcription Service  (631)334-1445

PROCEEDINGS

```
1     letter, and then the defendants will -- you know,
2     consult with the defendants, and they'll give me
3     their position, and then I'll decide what to do.  I
4     don't think I want to order it right this second.
5               Ms. Salama, do you understand on this?
6               MS. SALAMA:  Yes, Your Honor.  If I may,
7     just a clarification.  It's unclear to us that
8     there is any objection remaining for 30(b)(6) at
9     all.
10              Yesterday defendants asserted that they do
11    not want to schedule those in anticipation of
12    settlement.  So it seems that we may not need to
13    confer on the 30(b)(6) issue if that is their only
14    objection, in which case the February 8th deadline
15    should be fine.
16              THE COURT:  Oh.  The -- are there
17    objections other than the potential for settlement
18    on the 30(b)(6)s?
19              MS. ROBINSON:  I would need to -- I think
20    I would need to confer internally on that before I
21    am able to take a position.
22              THE COURT:  Okay.
23              MS. ROBINSON:  I mean, if settlement is
24    something that the Court is not -- potential
25    settlement is something that the Court is not going
```

PROCEEDINGS

1   to consider, that may or may -- you know, may not

2   change our position on objections.  So I just need

3   to confer internally with the case team.

4           THE COURT:  Okay.  Well, if you have a --

5   if you have objections to 30(b)(6) topics, I'm

6   going to give you the same deadline then, February

7   8th, to present them to me.  Same schedule.

8           MS. ROBINSON:  Understood.

9           THE COURT:  And if you have objections,

10  you certainly should be conferring first.  But

11  otherwise present it to me on February 8th or they

12  are waived.  No more complaining about the 30(b)(6)

13  topics.

14          MS. ROBINSON:  Understood, Your Honor.

15          I think there's going to be an issue with

16  us being able to meet and confer in time for the

17  8th deadline.

18          THE COURT:  Well, then you can take a pass

19  if that is -- if that comes to trying to get a

20  brief extension of that and talk to the other side

21  first, but right now, that's the deadline.

22          MS. SALAMA:  And I'll just note that

23  should not be a problem on the plaintiffs' end.

24          THE COURT:  Okay.

25          I'm trying to think what other -- the -- I

1

2                          C E R T I F I C A T E

3

4         I, Adrienne M. Mignano, certify that the

5    foregoing transcript of proceedings in the case of

6    In re New York Policing During Summer 2020

7    Demonstrations, Docket #20-CV-08924 was prepared

8    using digital transcription software and is a true

9    and accurate record of the proceedings.

10

11

12   Signature   _____

13               ADRIENNE M. MIGNANO, RPR

14

15   Date:       February 3, 2023

16

17

18

19

20

21

22

23

24

25


                AMM Transcription Service   (631)334-1445