

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK , NEW YORK 10007

**AMY ROBINSON**
*Senior Counsel*
arobinso@law.nyc.gov
Phone:  (212) 356-3518
Fax:  (212) 356-1148

**By ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

February 17, 2023

      In Re: *New York City Policing During Summer 2020 Demonstrations*,
            No. 20 Civ. 8924 (CM) (GWG)
            This filing is related to all cases

Your Honor:

      I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter. Pursuant to the Court's Individual Rule 2.A, we are advising the Court that plaintiffs have consented to an extension of the deadline to reply to plaintiffs' opposition to defendants' motion for protective order at Dkt. Nos. 845 and 855 to February 22, 2023.

      Respectfully submitted,

*Amy Robinson s/*

Amy Robinson
*Senior Counsel*

cc:    ALL COUNSEL (*via* ECF)