

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK , NEW YORK 10007 | Peter Scutero<br>Special Associate Counsel<br>pscutero@law.nyc.gov<br>Phone: (212) 356-2332 |

February 21, 2023

**By ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      In Re:  *New York City Policing During Summer 2020 Demonstrations*,
              No. 20 Civ. 8924 (CM) (GWG)
              This filing is related to all cases

Your Honor:

      I am a Special Associate Counsel in the Special Federal Litigation Division of the New York City Law Department, and one of the attorneys assigned to the defense of the above-referenced matter. Defendants write to seek clarification of the Court's Order dated February 15, 2023 (the "Feb. 15th Order") (Docket No. 854).

      Specifically, the Defendants are unclear as to what needs to be produced in redacted form with respect to Document # 32 and respectfully request the Court clarify the Feb. 15th Order as to this document. See Docket No. 854 at 7. The Feb. 15th Order states:

> Document # 32: The three middle paragraphs are deliberative but the rest of the document is not because it provides information as to the process of transmitting the report. Accordingly Document # 32 shall be produced in redacted form.

Id.

      Defendants are unable to identify which paragraphs the Court refers to in the Feb. 15th Order as Document # 32 consists of a one page email, containing four paragraphs, and an eleven page attachment with several paragraphs. Defendants also respectfully bring to the Court's attention that the attachment does not appear to contain information about the process of transmitting the report. Rather, it consists of information found in other after-action review

documents that the Court ordered the redaction of in the Feb. 15th Order. Id. at 6 – 7. Defendants read the first paragraph of the email to be the only information as to the process of transmitting the report contained in Document # 32, and respectfully request the Court confirm that this paragraph, along with the sender, recipient, date and subject lines of the email, makes up the unredacted portions of Document # 32.

Thank you for your time and attention to this matter.

                                                                    Respectfully submitted,

                                                                    *Peter Scutero       /s*
                                                                    Peter Scutero
                                                                    *Special Associate Counsel*
                                                                    Special Federal Litigation Division

cc:       ALL COUNSEL (via ECF)