UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: New York City Policing During Summer   :   ORDER
2020 Demonstrations                                                        20 Civ. 8924 (CM) (GWG)

:
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

  The application in Docket # 841 regarding depositions will be addressed at a telephone conference on <u>Tuesday, February 28, 2022, at 2:30 p.m.</u>  To dial into the telephone conference, the attorneys should use the number they were previously provided.  The public may listen to the conference by dialing 877-810-9415 and using access code: 4086346.  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.  Only one attorney for plaintiffs and one attorney for defendants will be permitted to address the Court with respect to this dispute.  When addressing the Court, counsel must <u>not</u> use a speakerphone.  Each attorney is directed to ensure that all other attorneys on the case are aware of the conference date and time.

  Additionally:

  (1) The Court will hear argument at the conference only as to the requests made in sections I and IV of Docket # 841. (While the Court will likely discuss the issues raised in sections II and III of Docket # 841, any questions to the attorneys will be procedural in nature only.)

  (2) If it already exists in some form, the Court might benefit from a chart (or spreadsheet) that identifies (a) the number of persons who have been deposed as of the date of the preparation of the chart; (b) the number (and names if available) of individuals (or 30(b)(6) deponents) who have been noticed for future depositions; (c) among this group, the number of individuals (or 30(b)(6) deponents) whose depositions have actually been scheduled (along with the dates of the depositions).  The chart, if it exists, should be supplied to the Court in advance of the conference through a filing on ECF.

  (3) With respect to the relief requested in Docket # 845, the application is denied.  The Court is overseeing discovery in the consolidated cases captioned above, not in the many other cases filed in this district and the Eastern District that involve events or raise matters overlapping with those at issue in the consolidated cases.  As a result, this Court declines to issue any orders as to what conference must take place between the defendants and the various plaintiffs in those other cases regarding the discovery that must take place in the consolidated cases.

  In light of the Court's disposition of the application in Docket # 845 in this Order, the Court will not address it further at the conference.

SO ORDERED.

Dated: February 24, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge