

DEF_E_PD_000127845