**From**: /o=exchangelabs/ou=exchange administrative group
(fydibohf23spdlt)/cn=recipients/cn=bb68073e8d0047949362f5e985232088-miller, dav
[/o=exchangelabs/ou=exchange administrative group
(fydibohf23spdlt)/cn=recipients/cn=bb68073e8d0047949362f5e985232088-miller, dav]
**Sent**: 7/21/2020 9:04:04 PM
**Subject**: FW: LBB V50#1
**Attachments**: LBB Vol_50_No_01 07212020.pdf



Confidential
In Re: NYC Policing 2020
Demonstrations
No. 20 Civ 8924 (CM) (GWG)