

DEF_E_PD_000134977