

DEF_E_PD_000123577