**From:**        Rigterink, Freya [/O=NYCMAYOR/OU=EXCHANGE ADMINISTRATIVE GROUP
                 (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RIGTERINK, FREYA09C]
**Sent:**        8/1/2020 12:01:06 AM
**To:**          Fuleihan, Dean [dfuleihan@cityhall.nyc.gov]
**CC:**          Darlington, Mandy [mdarlington@cityhall.nyc.gov]
**Subject:**     While I'm away
**Attachments:** CCRB Interviews Talking Points.docx; IAB Protest Investigations 073120.docx; MTA Federal Bailout Letter.docx

Dean,

Here are some notes for while I'm out.

Confidential
In Re: NYC Policing 2020
Demonstrations
No. 20 Civ. 8924 (CM) (GWG)
DP

DEF-E_000056443