# EXHIBIT B

Depositions to be taken as of 2.18.2023

| DEPONENT | Scheduled Deposition Date | Fact & 30(b)(6) | 30(b)(6) only | Total deposition days left |
|---|---|---|---|---|
| ADCLM Oleg Chernyavsky | | | | 1 |
| Assistant Chief Theresa Shortell | | | | 1 |
| Capt. Joseph Taylor, CO SRG 3 | 3/10/2023 | | | 1 |
| Capt. Julio Delgado, CO SRG 2 | 3/9/2023 | | | 1 |
| Captain Isaac Soberal | | | | 1 |
| Chief Gerard Dowling, Exec. Officer, Strategic Response Group | | | | 1 |
| Chief of Intelligence Bureau Thomas Galati | | x | | 2 |
| Chief of Special Operations Harry J. Wedin | | | | 1 |
| Commanding Officer David Miller, Disorder Control Unit | 3/14/23 (30b6) | x | | 2 |
| Commissioner Dermot F. Shea | | | | 2 |
| Dan Gallagher | 3/22/2023 | | | 1 |
| DCLM Ernest Hart | | | | 1 |
| Deputy Chief John D'Adamo, Commanding Officer Strategic Response Group | | | | 1 |
| Deputy Commissioner for Counterterrorism and Intelligence John Miller | | | | 1 |
| Deputy Commissioner Strategic Communications, Richard Esposito | | | | 1 |
| Deputy Commissioner, Internal Affairs Bureau - Joseph Reznick | | | | 1 |
| Deputy Inspector Robert M. Gallitelli | | | | 1 |
| Deputy Inspector Robert O'Hare | 3/9/2023 | | | 1 |
| Edward Mullane, Operations Division | | | | 1 |
| Elias Nikas | | | | 1 |
| Former Chief of Dept. Terence A. Monahan | | | | 2 |
| Inspector Michael Cody, PBMN | 3/8/2023 | | | 0.5 |
| Kenneth Rice | | | | 1 |
| Keith Hockaday | 2/24/2023 | | | 1 |
| Lt Eric Dym | 3/14/2023 | | | 1 |
| Lt. Christopher Czark (CJB) | 3/2/2023 | x | | 1 |
| Luigi Tirro | 3/8/2023 | | | 1 |
| Marco Carrión, Office of the Mayor, Community Affairs Unit | | | | 1 |
| Mayor Bill De Blasio | | | | 2 |

| | | | | |
|---|---|---|---|---|
| P.O. Jakub Tarlecki | | | | 1 |
| Patrol Borough Bronx Assistant Chief Kenneth Lehr | | | | 1 |
| Patrol Borough Brooklyn North: Former Assistant Chief Jeffrey Maddrey | | | | 1 |
| Patrol Borough Commander (Manhattan South) Assistant Chief Stephen J. Hughes | | x | | 3 |
| Patrol Borough Manhattan North: Former Assistant Chief Kathleen M. O'Reilly | 3/16/2023 | | | 1 |
| PB Brooklyn South: Assistant Chief Brian Conroy | 3/23/2023 | | | 1 |
| Perez-Gutierrez | 3/14/2023 | | | 1 |
| PO Daniel Tooma | 2/28/2023 | | | 0.5 |
| PO John Migliaccio | | | | 0.5 |
| Police Officer Frank Fiorenza | 3/1/2023 | | | 0.5 |
| Police Officer Malik McCloud | | | | 0.5 |
| Police Officer Michael Kovalik | 2/27/2023 | | | 0.5 |
| Police Officer Michael Sher | | | | 0.5 |
| Jiovanni Fierro | 2/24/2023 | | | 1 |
| Sgt. Christopher Hewitson | | | | 1 |
| Sgt. Elliot Zinstein | | | | 1 |
| Sgt. Jason Saturnin | | | | 1 |
| Sgt. Steven Counihan | | | | 0.5 |
| Sgt. Stuart Wohl | | | | 1 |
| Sgt. Thomas Manning | 3/23/2023 | | | 1 |
| Sgt. Wong Shuzhen | | | | 1 |
| Thomas Conforti | | | | 1 |
| Juanita Holmes | 3/13/2023 | | | 1 |
| Commissioner Sewell | | | | 1 |
| Mayor Eric Adams | | | | 1 |
| Inspector Brian McGinn | 3/21/2023 | | | 1 |
| First Deputy Mayor Dean Fuleihan | | | x | 1 |
| Sgt. James Khan (IAB) | | | x | 1 |
| Michael Baker, Deputy Chief, OMAP | | | x | 1 |
| Lt. Lauren Foster | 3/23/2023 | | x | 1 |
| Legal Bureau Assistant Counsel Carrie Talansky | | | x | 1 |
| John Kanganis—Deputy Inspector | | | x | 1 |
| Total days | | | | 64 |