

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **AMY ROBINSON**<br>*Senior Counsel*<br>arobinso@law.nyc.gov<br>Phone: (212) 356-3518<br>Fax: (212) 356-1148 |

**By ECF**  February 27, 2023

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      In Re: *New York City Policing During Summer 2020 Demonstrations*,
           No. 20 Civ. 8924 (CM) (GWG)
           This filing is related to all cases

Your Honor:

      I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter. Defendants write to provide the deposition charts the Court requested in its Order (Dkt. No. 874) and in furtherance of the charts provided by plaintiffs (Dkt. No. 876). Exhibits A and B attached herein contain more information regarding which case a deponent was noticed in, which case they are being deposed in, and the totals of depositions taken and to be taken by each case.

                                      Respectfully submitted,

                                      *Amy Robinson s/*
                                      Amy Robinson
                                      *Senior Counsel*

cc:      ALL COUNSEL (*via* ECF)