# EXHIBIT A

Depositions taken as of 2.17.2023

| 0 | Deponent Name | Deposition Taken In | Deposition Noticed In |
|---|---|---|---|
| 1 | Sgt. Michael Cozier | People | People |
| 2 | Sgt. Patrick Quigley | People | People |
| 3 | Dep. Inspector Craig Edelman | People | People |
| 4 | Det. Craig Jacob | People | People |
| 5 | Captain Vitaliy Zelikov | People | People |
| 6 | Captain Christopher Treubig | People | People |
| 7 | Chief Gerard Dowling (30b6) | All | All |
| 8 | Sgt. Majer Saleh | People | People |
| 9 | Deputy Chief Joseph Gulotta | People | People |
| 10 | Sgt. Michael Ciota | People | People |
| 11 | Det. Brian DeStefano | Hernandez | People |
| 12 | Officer Petrino | Hernandez | People |
| 13 | PO Jarvis Onabanjo | People | People |
| 14 | Harvey Rabel | Hernandez | People |
| 15 | Officer Christopher Emmart | Minett | People |
| 16 | Police Officer James Lee | People | People |
| 17 | Sgt. Mitchell Epstein | People | People |
| 18 | Police Officer Luis Ortiz | People | People |
| 19 | Paul O'Connor | People | People |
| 20 | Officer Debora Matias | Sierra | Sierra |
| 21 | Officer Harish Mansharamani | Sow | Sow |
| 22 | NYPD Officer Kevin Agro | Sow | Sow |
| 23 | Katarina Pjetri | Sow | Sow |
| 24 | Enmanuel Montesino | Sow | Sow |
| 25 | Ryan Brady | Sow | Sow |
| 26 | Ray Soriano | Sow | Sow |
| 27 | Detective Edward Carrasco | Sow | Sow |
| 28 | Stephen Centore | Sow | Sow |
| 29 | Steven Chin | Sow | Sow |
| 30 | Wandy Lopez | Sow | Sow |
| 31 | NYPD Officer Talha Ahmad | Sow | Sow |
| 32 | P.O. John McGee | Sow | Sow |
| 33 | Thomas Carey | Sow | Sow |
| 34 | Arroyo | Payne | Payne |
| 35 | Michael Butler | Payne | Payne |
| 36 | Caraballo | Payne | Payne |
| 37 | Keith Cheng | Payne | Payne |
| 38 | Corcoran | Payne | Payne |
| 39 | Deck | Payne | Payne |
| 40 | Dowling (FACT) | All | All |
| 41 | Hardell | Payne | Payne |
| 42 | Joselyn Jimenez | Payne | Payne |
| 43 | Kautter | Payne | Payne |

| | Deponent Name | Deposition Taken In | Deposition Noticed In |
|---|---|---|---|
| 44 | Perry | Payne | Payne |
| 45 | Gypsy Pichardo | Payne | Payne |
| 46 | Pizzimenti | Payne | Payne |
| 47 | Rivera | Payne | Payne |
| 48 | Rozanski | Payne | Payne |
| 49 | P.O. Stephanie Chen | Payne | Payne |
| 50 | Sung | Payne | Payne |
| 51 | Tarangelo | Payne | Payne |
| 52 | Vargas | Payne | Payne |
| 53 | John Brodie | Rolon | Rolon |
| 54 | Eduard Lucero | Rolon | Rolon |
| 55 | Sgt. Robert Dixson | Rolon | Rolon |
| 56 | Renato Altimirano | Rolon | Rolon |
| 57 | Sgt. Scott Haldeman | Rolon | Rolon |
| 58 | Felix Pichardo | Rolon | Rolon |
| 59 | Lt. Theodore Wells | Rolon | Rolon |
| 60 | Leonel Giron | Gray | Gray |
| 61 | Daniel Slevin | Gray | Gray |
| 62 | Sean Robinson | Gray | Gray |
| 63 | Stephanie Alba | Gray | Gray |
| 64 | Gzim Palaj | Gray | Gray |
| 65 | Kevin Hibbert | Gray | Gray |
| 66 | Robert Cattani | Gray | Gray |
| 67 | Christopher Radzinski | Gray | Gray |
| 68 | Fausto Pichardo | Yates | Yates |
| 69 | Malcolm Geohagen | Yates | Yates |
| 70 | Frank Gut | Yates | Yates |
| 71 | William Mansour | Yates | Yates |
| 72 | Capt. Stephen Spataro | Yates | Yates |
| 73 | PO Ismael Hernandez Carpio | Wood | Wood |
| 74 | PO Thomas Mosher | Hernandez | People |
| 75 | Thomas Garguilo | Wood | Wood |
| 76 | PO Antony Stevens | Wood | Wood |
| 77 | PO Alfredo Jeff | Sierra | Sierra |
| 78 | PO Andre Jeanpierre | Sierra | Sierra |
| 79 | First Deputy Comm'r Ben Tucker | All | All |
| 80 | Sgt. Steven Lackos | Sierra | Sierra |
| 81 | Daniel Talleyrand | Sierra | Sierra |
| 82 | Lars Frantzen | Rolon | Rolon |
| | | | |
| | | **TOTALS TAKEN** | |
| | | **PEOPLE** | 19 |
| | | **PAYNE** | 18 |
| | | **SOW** | 13 |
| | | **GRAY** | 8 |
| | | **ROLON** | 8 |