# EXHIBIT B

Depositions to be taken as of 2.18.2023

|  | **DEPONENT** | **Notice In** | **To Be Taken In** | **Disputed** |
|---|---|---|---|---|
| 1. | ADCLM Oleg Chernyavsky | All | All | X |
| 2. | Assistant Chief Theresa Shortell | All | All | |
| 3. | Capt. Joseph Taylor, CO SRG 3 | All | All | |
| 4. | Capt. Julio Delgado, CO SRG 2 | **People** | **People** | |
| 5. | Captain Isaac Soberal | **Hernandez** | **People** | X |
| 6. | Chief Gerard Dowling, Exec. Officer, Strategic Response Group | All | All | |
| 7. | Chief of Intelligence Bureau Thomas Galati | All | All | |
| 8. | Chief of Special Operations Harry J. Wedin | All | All | X |
| 9. | Commanding Officer David Miller, Disorder Control Unit | All | All | |
| 10. | Commissioner Dermot F. Shea | All | All | X |
| 11. | Dan Gallagher | All | All | |
| 12. | DCLM Ernest Hart | All | All | X |
| 13. | Deputy Chief John D'Adamo, Commanding Officer Strategic Response Group | All | All | |
| 14. | Deputy Commissioner for Counterterrorism and Intelligence John Miller | All | All | X |
| 15. | Deputy Commissioner Strategic Communications, Richard Esposito | All | All | |
| 16. | Deputy Commissioner, Internal Affairs Bureau - Joseph Reznick | All | All | |
| 17. | Deputy Inspector Robert M. Gallitelli | All | All | |
| 18. | Deputy Inspector Robert O'Hare | **Minett** | **People** | X |
| 19. | Edward Mullane, Operations Division | All | All | |
| 20. | Elias Nikas | **People** | **People** | |
| 21. | Former Chief of Dept. Terence A. Monahan | All | All | |
| 22. | Inspector Michael Cody, PBMN | All | All | |
| 23. | Kenneth Rice | All | All | |
| 24. | Keith Hockaday | **Gray** | **Gray** | |
| 25. | Lt Eric Dym | **Sierra** | **People** | X |
| 26. | Lt. Christopher Czark (CJB) | All | All | |
| 27. | Luigi Tirro | **Gray** | **Gray** | |
| 28. | Marco Carrión, Office of the Mayor, Community Affairs Unit | All | All | |
| 29. | Mayor Bill De Blasio | All | All | X |

| | DEPONENT | Notice In | To Be Taken In | Disputed |
|---|---|---|---|---|
| 30. | P.O. Jakub Tarlecki | Payne | Payne | |
| 31. | Patrol Borough Bronx Assistant Chief Kenneth Lehr | All | All | |
| 32. | Patrol Borough Brooklyn North: Former Assistant Chief Jeffrey Maddrey | All | All | |
| 33. | Patrol Borough Commander (Manhattan South) Assistant Chief Stephen J. Hughes | All | All | |
| 34. | Patrol Borough Manhattan North: Former Assistant Chief Kathleen M. O'Reilly | All | All | |
| 35. | PB Brooklyn South: Assistant Chief Brian Conroy | All | All | |
| 36. | Perez-Gutierrez | **Payne** | **Payne** | |
| 37. | PO Daniel Tooma | **People** | **People** | |
| 38. | PO John Migliaccio | **Sierra** | **People** | **X** |
| 39. | Police Officer Frank Fiorenza | **People** | **People** | |
| 40. | Police Officer Malik McCloud | **People** | **People** | **X** |
| 41. | Police Officer Michael Kovalik | **People** | **People** | **X** |
| 42. | Police Officer Michael Sher | **People** | **People** | |
| 43. | Jiovanni Fierro | **Rolon** | **Rolon** | **X** |
| 44. | Sgt. Christopher Hewitson | **Gray** | **Gray** | |
| 45. | Sgt. Elliot Zinstein | **Sow** | **Sow** | |
| 46. | Sgt. Jason Saturnin | **Gray** | **Gray** | |
| 47. | Sgt. Steven Counihan | **People** | **People** | **X** |
| 48. | Sgt. Stuart Wohl | **Gray** | **Gray** | **X** |
| 49. | Sgt. Thomas Manning | **Payne** | **Payne** | |
| 50. | Sgt. Wong Shuzhen | **Gray** | **Gray** | **X** |
| 51. | Thomas Conforti | **Payne** | **Payne** | **X** |
| 52. | Juanita Holmes | All | All | **X** |
| 53. | Commissioner Sewell | All | All | **X** |
| 54. | Mayor Eric Adams | All | All | **X** |
| 55. | Inspector Brian McGinn | All | All | |
| 56. | First Deputy Mayor Dean Fuleihan | All | All | |
| 57. | Sgt. James Khan (IAB) | All | All | |
| 58. | Michael Baker, Deputy Chief, OMAP | All | All | |
| 59. | Lt. Lauren Foster | All | All | |
| 60. | Legal Bureau Assistant Counsel Carrie Talansky | All | All | |
| 61. | John Kanganis—Deputy Inspector | All | All | |

| TOTALS:<br>Line Officer Depositions Taken (from Chart, Exhibit A) | | |
|---|---|---|
| | People | 19 |
| | Payne | 18 |
| | Sow | 13 |
| | Rolon | 8 |
| | Gray | 8 |
| TOTALS:<br>Line Officer Deposition to Be Taken (from Chart, Exhibit B) | | |
| | People | 12 |
| | Payne | 4 |
| | Sow | 1 |
| | Rolon | 1 |
| | Gray | 5 |

| TOTALS:<br>Line Officer Depositions Taken + Line Officer Depositions To Be Taken | | |
|---|---|---|
| | People | 31 |
| | Payne | 22 |
| | Sow | 14 |
| | Rolon | 9 |
| | Gray | 13 |

| | |
|---|---|
| TOTALS:<br>High-Ranking Officials To Be Taken | 33 |
| TOTALS:<br>30(b)(6) Witnesses To Be Taken | 11 |
| TOTALS:<br>Line Officers To Be Taken | 17 |
| TOTALS:<br>Officers Already Taken | 82 |

| TOTAL NUMBER OF DEPOSITIONS (Line Officers, High-Ranking Officers, Rule 30(b)(6) Witnesses) | 143 |
|---|---|