UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re: New York City Policing During Summer      :         ORDER
2020 Demonstrations                                                         20 Civ. 8924 (CM) (GWG)
                                                                          :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     As stated during the conference held yesterday, the application in Docket # 841 regarding depositions will be addressed at a telephone conference on Friday, March 3, 2022, at 10:30 a.m. To dial into the telephone conference, the attorneys should use the number they were previously provided.  The public may listen to the conference by dialing 877-810-9415 and using access code: 4086346.  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.  When addressing the Court, counsel must not use a speakerphone.

     SO ORDERED.

Dated: March 1, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge