

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK , NEW YORK 10007

Peter Scutero
Special Associate Counsel
pscutero@law.nyc.gov
Phone:  (212) 356-2332

March 1, 2023

**By ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> In Re: *New York City Policing During Summer 2020 Demonstrations*,
> No. 20 Civ. 8924 (CM) (GWG)
> This filing is related to all cases

Your Honor:

I am a Special Associate Counsel in the Special Federal Litigation Division of the New York City Law Department, and one of the attorneys assigned to the defense of the above-referenced matter.  I write to accept, on behalf of the Defendants, the Court's invitation to reschedule the conference currently scheduled on Friday, March 3, 2023 to Monday, March 6, 2023.

Defendants appreciate the Court's understanding and offer to reschedule Friday's conference to Monday, should their counsel Ms. Amy Robinson continue to be unavailable on Friday but available on Monday.  Defendants write to advise the Court that we believe Ms. Robinson will still be out sick on Friday, March 3rd, but she will be available on Monday, March 6th for the conference.

Thank you for your time and attention to this matter.

Respectfully submitted,

*Peter Scutero*

Peter Scutero
*Special Associate Counsel*
Special Federal Litigation Division

cc:     ALL COUNSEL (via ECF)