UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMIRA SIERRA, AMALI SIERRA,
RICARDO NIGAGLIONI, ALEX GUTIERREZ,
and CHARLES HENRY WOOD, individually and
on behalf of all others similarly situated,

                Plaintiffs,

v.

CITY OF NEW YORK, a municipal entity; and
Mayor BILL DE BLASIO, Chief of Department
TERENCE A. MONAHAN, Assistant Chief
KENNETH C. LEHR, Inspector ROBERT
GALLITELLI, Bureau Chief HARRY WEDIN,
Deputy Chief JOHN D'ADAMO, Deputy Chief
GERARD DOWLING, Captain JULIO
DELGADO,
Sergeant KENNETH RICE, Sergeant THOMAS
GARGUILO, Police Officer JOHN MIGLIACCIO,
and Police Officer THOMAS MOSHER, in their
individual capacities,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2023

20-cv-10291 (CM)(GWG)
20-cv-10541 (CM)(GWG)

~~PROPOSED~~ ORDER

Upon consideration of the unopposed Motion for Preliminary Approval of Settlement, Conditional Class Certification, Appointment of Class Counsel, Approval of Notice Plane, and Appointment of Class Administrator (Dkt. #879), **IT IS HEREBY ORDERED** as follows:

    (1)    The proposed settlement terms as reflected in the parties' Stipulation of Settlement and Order ("Stipulation", Dkt. #888-1) are preliminarily approved; and

    (2)    the proposed class as defined in the parties' Stipulation is conditionally certified pursuant to Fed. R. Civ. P. 23(c) and 23(e); and

    (3)    Hamilton Clarke, LLP; Kaufman Lieb Lebowitz & Frick LLP; Rickner PLLC; and Michael L. Spiegel, Esq. are appointed as Class Counsel; and

1

    (4)    the proposed class settlement notice procedure as reflected in Stipulation is approved; and

    (5)    Rust Consulting, Inc. is appointed Class Administrator.

Dated: March 3, 2023

_____

Hon. Colleen McMahon