

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | JOSEPH M. HIRAOKA, JR.<br>*Senior Counsel*<br>jhiraoka@law.nyc.gov<br>Phone: (212) 356-2413<br>Fax: (212) 356-1148 |

March 3, 2023

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        In Re: *New York City Policing During Summer 2020 Demonstrations*,
              No. 20 Civ. 8924 (CM) (GWG)
              <u>This filing is related to all cases</u>

Your Honor:

        I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter.

        Pursuant to the Court's Order dated January 31, 2023 (Docket No. 836), Defendants were to produce closed APU and DAO files by March 3, 2023 along with a privilege log. Defendants write to advise the Court that all closed APU and DAO files have been provided except for one APU file. The parties have agreed to extend the time to produce the one closed APU file and privilege log to March 8, 2023.

        Thank you for your consideration herein.

                                               Respectfully submitted,

                                               *Joseph M. Hiraoka, Jr.* s/
                                               Joseph M. Hiraoka, Jr.
                                               *Senior Counsel*
                                               Special Federal Litigation Division

cc:     ALL COUNSEL (*via* e-mail)