

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**AMY ROBINSON**
*Senior Counsel*
arobinso@law.nyc.gov
Phone: (212) 356-3518
Fax: (212) 356-1148

<u>By ECF</u>

March 5, 2023

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    In Re: *New York City Policing During Summer 2020 Demonstrations*,
         No. 20 Civ. 8924 (CM) (GWG)
         This filing is related to all cases

Your Honor:

    I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter. Defendants write to provide updated deposition charts, Exhibits A and B, in advance of the rescheduled Court conference on March 6, 2023, as requested by the Court, (Dkt. No. 887).

                              Respectfully submitted,

                                *Amy Robinson s/*
                              Amy Robinson
                              *Senior Counsel*

cc:    ALL COUNSEL (*via* ECF)