# EXHIBIT A

Depositions taken as of 3/5/2023

| 0 | Deponent Name |
|---|---|
| 1 | Sgt. Michael Cozier |
| 2 | Sgt. Patrick Quigley |
| 3 | Dep. Inspector Craig Edelman |
| 4 | Det. Craig Jacob |
| 5 | Captain Vitaliy Zelikov |
| 6 | Captain Christopher Treubig |
| 7 | Chief Gerard Dowling (30b6) |
| 8 | Sgt. Majer Saleh |
| 9 | Deputy Chief Joseph Gulotta |
| 10 | Sgt. Michael Ciota |
| 11 | Det. Brian DeStefano |
| 12 | Officer Petrino |
| 13 | PO Jarvis Onabanjo |
| 14 | Harvey Rabel |
| 15 | Officer Christopher Emmart |
| 16 | Police Officer James Lee |
| 17 | Sgt. Mitchell Epstein |
| 18 | Police Officer Luis Ortiz |
| 19 | Paul O'Connor |
| 20 | Officer Debora Matias |
| 21 | Officer Harish Mansharamani |
| 22 | NYPD Officer Kevin Agro |
| 23 | Katarina Pjetri |
| 24 | Enmanuel Montesino |
| 25 | Ryan Brady |
| 26 | Ray Soriano |
| 27 | Detective Edward Carrasco |
| 28 | Stephen Centore |
| 29 | Steven Chin |
| 30 | Wandy Lopez |
| 31 | NYPD Officer Talha Ahmad |
| 32 | P.O. John McGee |
| 33 | Thomas Carey |
| 34 | Arroyo |
| 35 | Michael Butler |
| 36 | Caraballo |
| 37 | Keith Cheng |
| 38 | Corcoran |
| 39 | Deck |
| 40 | Dowling (FACT) |
| 41 | Hardell |
| 42 | Joselyn Jimenez |
| 43 | Kautter |

| | |
|---|---|
| 44 | Perry |
| 45 | Gypsy Pichardo |
| 46 | Pizzimenti |
| 47 | Rivera |
| 48 | Rozanski |
| 49 | P.O. Stephanie Chen |
| 50 | Sung |
| 51 | Tarangelo |
| 52 | Vargas |
| 53 | John Brodie |
| 54 | Eduard Lucero |
| 55 | Sgt. Robert Dixson |
| 56 | Renato Altimirano |
| 57 | Sgt. Scott Haldeman |
| 58 | Felix Pichardo |
| 59 | Lt. Theodore Wells |
| 60 | Leonel Giron |
| 61 | Daniel Slevin |
| 62 | Sean Robinson |
| 63 | Stephanie Alba |
| 64 | Gzim Palaj |
| 65 | Kevin Hibbert |
| 66 | Robert Cattani |
| 67 | Christopher Radzinski |
| 68 | Fausto Pichardo |
| 69 | Malcolm Geohagen |
| 70 | Frank Gut |
| 71 | William Mansour |
| 72 | Capt. Stephen Spataro |
| 73 | PO Ismael Hernandez Carpio |
| 74 | PO Thomas Mosher |
| 75 | Thomas Garguilo |
| 76 | PO Antony Stevens |
| 77 | PO Alfredo Jeff |
| 78 | PO Andre Jeanpierre |
| 79 | First Deputy Comm'r Ben Tucker |
| 80 | Sgt. Steven Lackos |
| 81 | Daniel Talleyrand |
| 82 | Lars Frantzen |
| 83 | Keith Hockaday |
| 84 | Daniel Tooma |
| 85 | Frank Fiorenza |
| 86 | Michael Kovalik |
| 87 | Elliot Zinstein |