

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **Sergey Marts**<br>*Assistant Corporation Counsel*<br>semarts@law.nyc.gov<br>Phone: (212) 356-5051 |

March 10, 2023

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        In Re: *New York City Policing During Summer 2020 Demonstrations*,
        No. 20 Civ. 8924 (CM) (GWG)
        <u>This filing is related to all cases</u>

Your Honor:

        I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and one of the attorneys representing defendants in the above referenced matter.

        On March 6, 2023, pursuant to the Court's instructions, plaintiffs served three Requests for Admission and a Supplemental Interrogatory addressed to Chief Holmes. Also, pursuant to the Court's instructions, in order to avoid Chief Holmes' deposition next week, defendants were to respond to the Requests for Admission and Supplemental Interrogatory by "midday" on March 9, 2023. Defendants timely responded to the three Requests for Admission and on March 9, 2023, plaintiffs consented to an extension of time until today, March 10, 2023, at 9:00 a.m., for defendants to serve the response to the Supplemental Interrogatory.

        Defendants served their Objections and Response to the Supplemental Interrogatory yesterday, March 9, 2023, at 10:55 p.m. Plaintiffs advised this morning that the deposition is cancelled and the notice of deposition is withdrawn.

        Thank you for your consideration herein.

                                        Respectfully submitted,

                                        /s/ Sergey Marts
                                        Sergey Marts
                                        *Assistant Corporation Counsel*
                                        Special Federal Litigation Division

cc:       ALL COUNSEL (*via* ECF)