UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations | 20-cv-8924 (CM)(GWG) |
| This filing is related to: *People v. City of New York*, No. 21-cv-322 | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, the undersigned respectfully seeks leave to withdraw as counsel for the People of the State of New York in this matter because of my upcoming departure from the New York State Office of the Attorney General. The New York State Office of the Attorney General will continue to be represented in this matter by Lillian Marquez, Travis England, Lois Saldana, Colleen Faherty, Swati Prakash and Gregory Morril. I am not asserting a retaining or charging lien.

Dated: March 20, 2023

                                                  Respectfully submitted,

                                                  **LETITIA JAMES**
                                                  **Attorney General of the State of New York**

                                                  By: /s/ *Jessica Clarke*
                                                  Jessica Clarke
                                                  Office of the New York State Attorney General
                                                  28 Liberty Street, 20th Floor
                                                  New York, NY 10005
                                                  (212) 416-8250
                                                  Jessica.Clarke@ag.ny.gov