AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Payne, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-08924-CM |
| DeBlasio, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Payne et al.

Date:    03/20/2023

*Attorney's signature*

Paula Garcia-Salazar, Bar No. 6002158
*Printed name and bar number*
Legal Aid Society of New York
199 Water Street
New York, NY 10038

*Address*

pgarciasalazar@legal-aid.org
*E-mail address*

(646) 522-0356
*Telephone number*

(646) 616-4748
*FAX number*