UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: New York City Policing
During Summer 2020 Demonstrations

20-cv-8924 (CM)(GWG)

This filing is related to:

*People v. City of New York*,

No. 21-cv-322

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2023

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, the undersigned respectfully seeks leave to withdraw as counsel for the People of the State of New York in this matter because of my upcoming departure from the New York State Office of the Attorney General. The New York State Office of the Attorney General will continue to be represented in this matter by Lillian Marquez, Travis England, Lois Saldana, Colleen Faherty, Swati Prakash and Gregory Morril. I am not asserting a retaining or charging lien.

Dated: March 20, 2023

MEMO ENDORSED

Remove attorney Jessica Clarke from the court's docket.

*[signature]* 3/20/2023

Respectfully submitted,

**LETITIA JAMES**
**Attorney General of the State of New York**

By: */s/ Jessica Clarke*
Jessica Clarke
Office of the New York State Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
(212) 416-8250
Jessica.Clarke@ag.ny.gov