To:    U.S. Chief Judge Laura Taylor Swain
       Daniel Patrick Moynihan U.S. Courthouse
       500 Pearl Street
       New York, New York 10007

CC: U.S. District Judge Colleen McMahon and U.S. District Judge Lorna Schofield

    Re:    **a)** *Komatsu v. City of New York*, No. 22-cv-424 (LTS) (S.D.N.Y. Jan. 3, 2023)

           **b)** *In Re New York City Policing During Summer 2020*, No. 20-cv-8924 (CM) (GWG) (S.D.N.Y.)

           c) *Komatsu v. NTT Data, Inc.*, No. 15-cv-7007 (LGS)(May 17, 2016)

Tuesday, March 21, 2023

Judge Swain,

    I'm filing this letter to immediately direct you to properly and continuously perform your legal duty to cause the Pro Se Intake Unit for the U.S. District Court for the Southern District of New York to stop illegally blocking legal filings of mine that I submit to it for public filing in federal court litigation from being timely and publicly added to the dockets for such litigation in accordance with my First and Fourteenth Amendment rights and those of the general public's. Instead of whining about the fact that I send e-mails to the e-mail address for your staff, first get the Pro Se Intake Unit's personnel to stop violating applicable laws and constitutional rights in this regard. Earlier today, I sent an e-mail to the e-mail address for U.S. District Judge Colleen McMahon's staff. As you're aware, she is your predecessor as the Chief District Judge. I sent that e-mail to her staff to apprise them and her that the Pro Se Intake Unit illegally hasn't added a legal filing that I e-mailed on 3/7/23 at 2:38 pm to the docket for *In Re New York City Policing During Summer 2020*, No. 20-cv-8924 (CM) (GWG) (S.D.N.Y.). That illegal concealment of that filing of mine proximately blocked me from having Judge McMahon make a decision about whether to overrule U.S. Magistrate Judge Gabriel Gorenstein about his 3/7/23 order (Dkt. 899)

in that case. That circumstance illegally blocked me from possibly having the option of filing a supplemental brief to the U.S. Supreme Court (hereinafter referred to as "SCOTUS") prior to 3/17/23 in connection with *Komatsu v. City of New York*, No. 22-6605 (U.S. Mar. 20, 2023) that may have otherwise possibly included information about NYPD training and alleged intelligence that Judge Gorenstein's 3/7/23 order concerned. Time machines don't exist and SCOTUS generally doesn't allow do-overs. This means that the Pro Se Intake Unit's personnel illegally blocked me from possibly having additional highly probative information to provide to SCOTUS before it issued its 3/20/23 decision in *Komatsu v. City of New York*, No. 22-6605 in order to try to increase my chances of having it grant the petition for a writ of certiorari that I submitted to it for that appeal. The fact that I have the option of **a)** submitting a petition for rehearing for that appeal and submitting a motion for reconsideration pursuant to FRCP Rule 60 to U.S. District Judge Valerie Caproni in *Komatsu v. City of New York*, No. 20-cv-10942 (VEC)(RWL)(S.D.N.Y. Jun. 17, 2022) while wondering whether U.S. District Judge Edgardo Ramos will again illegally issue an order in the consolidated case of *Komatsu v. City of New York*, No. 20-cv-7046 (ER)(GWG)(S.D.N.Y.) that may again illegally cause a filing of mine in *Komatsu v. City of New York*, No. 20-cv-10942 to be struck[1] doesn't change this fact.

    *Komatsu v. City of New York*, No. 22-6605 was primarily about Judge Caproni's fraudulent, pretextual, and retaliatory dismissal of *Komatsu v. City of New York*, No. 20-cv-10942 on 6/17/22 and similar to what *In Re New York City Policing During Summer 2020*, No. 20-cv-8924 is partly about, *Komatsu v. City of New York*, No. 20-cv-10942 was about terrorism against me by the NYPD in public places in the Bronx that were and remain traditional public

---

[1] As you and Colleen are aware, Edgardo's 1/5/21 order in *Komatsu v. City of New York*, No. 20-cv-7046 caused my complaint in *Komatsu v. City of New York*, No. 20-cv-10942 to be illegally struck before Colleen initially lied while condoning that before **a)** she later reversed that and b) you also fraudulently condoned the fact that he caused that complaint to be illegally struck.

forums while I conducted myself in a lawful manner in contrast to the NYPD's mafia. Also, the failure by the Pro Se Intake Unit to timely add my 3/7/23 filing to which I referred above to the docket for *In Re New York City Policing During Summer 2020*, No. 20-cv-8924 wasn't the first nor second time that the Pro Se Intake Unit inexcusably hasn't added a publicly-filed legal filing of mine to the docket for a case. Instead, the Pro Se Intake Unit illegally waited until 2/28/23 to do so for my 7/6/22 filing in *Komatsu v. NTT Data, Inc.*, No. 15-cv-7007 (LGS)(S.D.N.Y. May 17, 2016) that I also submitted to the Pro Se Intake Unit via e-mail. As a result, immediately impose severe sanctions pursuant to 18 U.S.C. §401 against the Pro Se Intake Unit's personnel and grant me a free Pacer account to let me submit legal filings electronically in a manner that will enable me to bypass the Pro Se Intake Unit's personnel in doing so to uphold and enforce my First and Fourteenth Amendment rights. In the event that you may want to claim that granting me this relief isn't among your legal duties, learn to read properly and read the Code of Conduct for U.S. Judges that proves that I'm completely right about this. In the meantime, I'm thinking about apprising the U.S. Supreme Court that you, other federal judges, and the Pro Se Intake Unit's personnel are clearly incompetent and have been violating my First and Fourteenth Amendment rights partly as a result of deliberate indifference partly by you.

From,

Towaki Komatsu

s_/Towaki Komatsu
*Plaintiff, Pro Se*

9119 Pembroke Ct.
Fort Mill, SC  29707
Tel: 347-316-6180
Towaki_Komatsu@yahoo.com