

remy green <remy@femmelaw.com>

---

## Activity in Case 1:20-cv-08924-CM IN RE: NEW YORK CITY POLICING DURING SUMMER 2020 DEMONSTRATIONS Order

**remy green** <remy@femmelaw.com>                                      Thu, Dec 29, 2022 at 4:43 PM
To: "Braun, Daniel (Law)" <dbraun@law.nyc.gov>
Cc: "Hiraoka JR., Joseph (LAW)" <jhiraoka@law.nyc.gov>, NYC Law Protest Team <NYCLawProtestTeam@law.nyc.gov>,
AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>, Gray Legal Team-External <GrayLegalTeam@dwt.com>, Payne
Litigation Team <PayneLitigationTeam@nyclu.org>, Wood <wood@kllflaw.com>, Hernandez Team
<hernandez@femmelaw.com>, Sierra Team <SierraTeam@moskovitzlaw.com>, Sow-Legal <Sow-Legal@blhny.com>

Hi Daniel,

As you say, that time should be sufficient, assuming the necessary folks are at the meeting -- and addresses my concerns about timing.  I'll send around a zoom shortly.

If you would, could you also provide the date for the confidentiality meet and confer we agreed to hold in early January?

Thanks.

---

### J. Remy Green

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns:  Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

---



---

On Thu, Dec 29, 2022 at 4:30 PM Braun, Daniel (Law) <dbraun@law.nyc.gov> wrote:

> Hi Remy,

1/11 unfortunately is not possible for us, but we could do 1/17 at noon. We recognize that date follows 1/12 by a few days (there's a long weekend in between), but it seems reasonable to anticipate that even a relatively speedy ruling on the reconsideration motion would come far enough after 1/17 to hopefully leave you enough time before your anticipated appeal is due.

Please let us know if 1/17 at noon works for you.

Best,

Daniel M. Braun

Senior Counsel

Special Federal Litigation Division

Office of the Corporation Counsel

100 Church Street

New York, NY  10007

dbraun@law.nyc.gov

212-356-2659

*This message and any attached documents contain information from the Office of the Corporation Counsel that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** remy green <remy@femmelaw.com>
**Sent:** Wednesday, December 28, 2022 5:35 PM
**To:** Braun, Daniel (Law) <dbraun@law.nyc.gov>
**Cc:** Hiraoka JR., Joseph (LAW) <jhiraoka@law.nyc.gov>; NYC Law Protest Team <NYCLawProtestTeam@law.nyc.gov>; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Gray Legal Team-External <GrayLegalTeam@dwt.com>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; Wood <wood@kllflaw.com>; Hernandez Team <hernandez@femmelaw.com>; Sierra Team <SierraTeam@moskovitzlaw.com>; Sow-Legal <Sow-Legal@blhny.com>
**Subject:** Re: [EXTERNAL] Re: Activity in Case 1:20-cv-08924-CM IN RE: NEW YORK CITY POLICING DURING SUMMER 2020 DEMONSTRATIONS Order

Hi Daniel,

The issues don't actually overlap, so there's not any benefit to waiting -- the reconsideration motion only concerns Interrogatories 10 and 11, while the meet and confer is on Document Request 12 (which is also one of the topics we are considering appealing).

As to the date you propose, aa meet and confer 49 days after we requested it and the Court ordered it is not reasonable.  Nor is it in line with the schedule here -- since Defendants' opposition is due January 12, and I would expect an order relatively shortly thereafter, making our appeal due probable before your meet and confer date -- and certainly with no time to review.

Anything in early January -- before the opposition is due -- is workable for us, and gets us in a place where both issues we may appeal crystalize at the same time.  How does January 11 at 2:00 p.m. look for you all?

Yours,

Remy.

_____

**J. Remy Green**

     *Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns:  Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____

On Wed, Dec 28, 2022 at 5:23 PM Braun, Daniel (Law) <dbraun@law.nyc.gov> wrote:

Remy,

Defendants agree with your assessment that plaintiffs' request for an extension regarding their appeal under Rule 72 means that the parties may pick a later date to meet and confer per the Court's Order at Dkt. 780. Since defendants did not oppose plaintiffs' extension request, it seems reasonable to anticipate that the extension will be granted. If plaintiffs are amenable, defendants would be fine with the parties picking an M&C date, if necessary, after the motion is resolved. If you prefer to get something on the calendar though, would plaintiffs be at least tentatively available for an M&C at 11am on Jan. 31st?

Best,

Daniel M. Braun

Senior Counsel

Special Federal Litigation Division

Office of the Corporation Counsel

100 Church Street

New York, NY  10007

dbraun@law.nyc.gov

212-356-2659

*This message and any attached documents contain information from the Office of the Corporation Counsel that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Tuesday, December 27, 2022 2:38 PM
**To:** Hiraoka JR., Joseph (LAW) <jhiraoka@law.nyc.gov>
**Cc:** NYC Law Protest Team <NYCLawProtestTeam@law.nyc.gov>; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Gray Legal Team-External <GrayLegalTeam@dwt.com>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; Wood <wood@kllflaw.com>; Hernandez Team <hernandez@femmelaw.com>; Sierra Team <SierraTeam@moskovitzlaw.com>; Sow-Legal <Sow-Legal@blhny.com>
**Subject:** Re: [EXTERNAL] Re: Activity in Case 1:20-cv-08924-CM IN RE: NEW YORK CITY POLICING DURING SUMMER 2020 DEMONSTRATIONS Order

Hi, just following up on this.  I'd like to file this today by COB.

———————————————————————

**J. Remy Green**

*Partner*

| Cohen&Green P.L.L.C. | #FemmeLaw |

| remy@femmelaw.com (e) | (929) 888.9560 (direct) |

| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns:  Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____



_____

On Thu, Dec 22, 2022 at 7:16 PM Hiraoka JR., Joseph (LAW) <jhiraoka@law.nyc.gov> wrote:

Thanks Remy.  I will follow-up on this, and get back to you as soon as possible.


Joseph M. Hiraoka, Jr.

Assistant Corporation Counsel

New York City Law Department

Special Federal Litigation Division

100 Church Street

New York, N.Y. 10007

Tel: (212) 356-2413

Fax: (212) 356-1148

_____

**From:** remy green <remy@femmelaw.com>
**Sent:** Thursday, December 22, 2022 7:14 PM
**To:** Hiraoka JR., Joseph (LAW) <jhiraoka@law.nyc.gov>
**Cc:** NYC Law Protest Team <NYCLawProtestTeam@law.nyc.gov>; AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Gray Legal Team-External <GrayLegalTeam@dwt.com>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; Wood <wood@kllflaw.com>; Hernandez Team <hernandez@femmelaw.com>; Sierra Team <SierraTeam@moskovitzlaw.com>; Sow-Legal <Sow-Legal@blhny.com>
**Subject:** Re: [EXTERNAL] Re: Activity in Case 1:20-cv-08924-CM IN RE: NEW YORK CITY POLICING DURING SUMMER 2020 DEMONSTRATIONS Order


Hi,


To follow up on this, Plaintiffs intend to ask Judge McMahon for an

extension of time to appeal this order under Rule 72 -- both to potentially make a partial reconsideration motion, and to see if this meeting moots any issues. The extension would be until 10 days after any order on a reconsideration motion.

Please let us know your position -- obviously, if we get this extension, it's a lot easier to wait longer to meet on this.

Yours,

Remy.

———————————————————————

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns: Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

———————————————————————

On Tue, Dec 20, 2022 at 7:06 PM Hiraoka JR., Joseph (LAW) <jhiraoka@law.nyc.gov> wrote:

Hello Remy. Thank you for your correspondence. We will respond to you shortly.

Joseph M. Hiraoka, Jr.

Assistant Corporation Counsel

New York City Law Department

Special Federal Litigation Division

100 Church Street

New York, N.Y. 10007

Tel: (212) 356-2413

Fax: (212) 356-1148

---

**From:** remy green <remy@femmelaw.com>
**Sent:** Monday, December 19, 2022 1:52 PM
**To:** NYC Law Protest Team <NYCLawProtestTeam@law.nyc.gov>
**Cc:** AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Gray Legal Team-External <GrayLegalTeam@dwt.com>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; Wood <wood@kllflaw.com>; Hernandez Team <hernandez@femmelaw.com>; Sierra Team <SierraTeam@moskovitzlaw.com>; Sow-Legal <Sow-Legal@blhny.com>
**Subject:** [EXTERNAL] Re: Activity in Case 1:20-cv-08924-CM IN RE: NEW YORK CITY POLICING DURING SUMMER 2020 DEMONSTRATIONS Order

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Hi all,

Following up on this.

Yours,

Remy.

_____

**J. Remy Green**

      *Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns:  Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

_____

On Tue, Dec 13, 2022 at 1:52 PM remy green <remy@femmelaw.com> wrote:

Dear all,

Please provide your availability to confer as directed in this Order.

Yours,

Remy.

**J. Remy Green**

*Partner*
| Cohen&Green P.L.L.C. | #FemmeLaw |
| remy@femmelaw.com (e) | (929) 888.9560 (direct) |
| (929) 888.9480 (p) | (929) 888.9457 (f) |
| honorific / pronouns:  Mx. / they, their, them |
| 1639 Centre St., Ste. 216 | Ridgewood (Queens), NY 11385 |

---------- Forwarded message ---------
From: <NYSD_ECF_Pool@nysd.uscourts.gov>

Date: Tue, Dec 13, 2022 at 12:27 PM
Subject: Activity in Case 1:20-cv-08924-CM IN RE: NEW YORK CITY POLICING DURING SUMMER 2020
DEMONSTRATIONS Order
To: <CourtMail@nysd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail
because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

**U.S. District Court**

**Southern District of New York**

### Notice of Electronic Filing

The following transaction was entered on 12/13/2022 at 12:25 PM EST and filed on 12/13/2022

**Case Name:**        IN RE: NEW YORK CITY POLICING DURING SUMMER 2020 DEMONSTRATIONS

**Case Number:**      1:20-cv-08924-CM

**Filer:**

**Document Number:** 780

**ORDER: Plaintiffs filed a letter on September 21, 2022, seeking an order directing production and compelling responses to various requests for documents and interrogatories in four categories. See Docket # 742. Defendants responded. See Docket # 750. We address each dispute next. The Court previously required production of these materials (Docket # 754) and thus assumes this dispute is moot. This request seeks documents "related to the information collected pursuant to Local Law-2020, the Department's Early Intervention Program (which collects information regarding certain declinations to prosecute), as well as Law Department declinations to indemnify or represent officers in civil lawsuits brought from protest arrests alleging a constitutional violation." Docket # 742 at 4 n.11. It appears that in the "discovery chart," defendants agreed to produce such documents, except as they may be privileged. Now defendants interpose objections based on relevance and burden. The Court agrees with plaintiffs that positions taken as reflected in the "discovery chart"should ordinarily be binding on defendants. On the other hand, there may be some few instances where the degree of irrelevance or burden may be so great or obvious that the City will be permitted to interpose such objections even if they were not listed on the "discovery chart." For this dispute, it appears to the Court that the City may have objections of this kind. It also appears that these particular objections have not been the subject of a telephonic discussion. Finally, it appears that defendants are not relying on the confidentiality order in the Floyd case in the manner plaintiffs assert. Accordingly, the parties are directed to confer again regarding this matter and to include a discussion of burden and relevance/overbreadth. Plaintiffs' interrogatories Nos. 10 and 11 seek the identities of "each and every officer who was disciplined for using excessive force at a protest over the last 20 years," identification of the "date, location and conduct resulting in such discipline," and the "nature of the discipline received." Docket # 750 at 6 n.4.**

Defendants have made a compelling showing regarding the burden of this request as currently formulated, see Docket # 750-1, and we find that the burden would be disproportionate to the needs of the case. The fact that plaintiffs' complaint in this action made allegations regarding these matters, and that the allegations were found sufficient to state a claim, is germane to the issue of relevance but does not address the question of whether any particular discovery request is appropriate following the balancing required by Fed. R. Civ.P. 26(b)(1). As to the request for an adverse inference, the request is denied as unsupported by citation to any case law or rule, other than Rule 37(c). Rule 37(c) has not been triggered by this request, however, given that there has been no determination that the City has improperly failed to make a disclosure. And as set forth herein. SO ORDERED. (Signed by Magistrate Judge Gabriel W. Gorenstein on 12/13/2022) (ama)

1:20-cv-08924-CM Notice has been electronically mailed to:

Robert D. Balin    robbalin@dwt.com, NYCDocket@dwt.com, divyajhingran@dwt.com, meganduffy@dwt.com

Richard Henry Dolan    rhd@schlamstone.com, ecf@schlamstone.com

Robert Sherlock Smith    robert.smith@rssmithlaw.com

Thomas Aquinas Kissane    tkissane@schlamstone.com, ecf@schlamstone.com

Wylie M. Stecklow    ecf@wylielaw.com

Anthony Paul Coles    anthony.coles@dlapiper.com, DocketingNewYork@dlapiper.com, anthony-coles-6586@ecf.pacerpro.com, ivy.hamlin@dlapiper.com, new-york-docketing-7871@ecf.pacerpro.com

Stephen McQuade    smcquade@pittalaw.com, sgempler@pittalaw.com

Dara Lynn Weiss    WeissDara@gmail.com, ecf@law.nyc.gov

Andrew Brian Stoll    astoll@stollglickman.com

Jonathan C Moore    jmoore@blhny.com

Andrew C Quinn    aquinn@quinnlawny.com, adifiore@quinnlawny.com, jguerci@quinnlawny.com, rlm@quinnlawny.com

Michael L Spiegel    mikespieg@aol.com, mspiegellaw@gmail.com

Christopher Thomas Dunn    cdunn@nyclu.org

Gideon Orion Oliver    gideon@gideonlaw.com

Corey Stoughton    cstoughton@legal-aid.org, mvitoroulis@legal-aid.org

Molly Knopp Biklen    mbiklen@nyclu.org, amcalmont@nyclu.org

David Bruce Rankin    DRankin@BLHNY.com, ARobinson@BLHNY.com, ECF@DRMTLaw.com, davidbrankin@gmail.com

Robert Howard Rickner    rob@ricknerpllc.com, leslie@ricknerpllc.com, stephanie@ricknerpllc.com

Jenny Sue-Ya Weng    jweng@law.nyc.gov, ECF@law.nyc.gov

Jason Myles Clark    jason.clark@ag.ny.gov, jasonmylesclark@gmail.com, jc@hamiltonclarkellp.com, stephanie.rosenberg@ag.ny.gov

Tahanie Ahmad Aboushi     tahanie@aboushi.com, jay@aboushi.com

Bridget Veronica Hamill     bhamill@law.nyc.gov

Jaclyn Hillary Grodin     jgrodin@goulstonstorrs.com

Jessica Massimi     jessica.massimi@gmail.com

Joshua Samuel Moskovitz     jm@hamiltonclarkellp.com, ecf@moskovitzlaw.com

Daniel Michael Braun     dbraun@law.nyc.gov, danielmbraun@gmail.com

Alison Ellis Frick     africk@kllf-law.com

Omar Javed Siddiqi     osiddiqi@law.nyc.gov, ECF@law.nyc.gov

Luna Droubi     ldroubi@blhny.com

Elena Louisa Cohen     elenacohenesq@gmail.com

Colleen Kelly Faherty     colleen.faherty@ag.ny.gov, Stephanie.Rosenberg@ag.ny.gov, cfaherty@gmail.com, oaglith@ag.ny.gov

Lance A Clarke     LC@HamiltonClarkeLLP.com

Amy Robinson     arobinso@law.nyc.gov

Jessica Clarke     jessica.clarke@ag.ny.gov, sharon.martin@ag.ny.gov

Douglas Edward Lieb     dlieb@kllflaw.com

Lillian Marie Marquez     lillian.marquez@ag.ny.gov

Abigail Bain Everdell     AbigailEverdell@dwt.com, divyajhingran@dwt.com, nycdocket@dwt.com

Steven Joseph Bushnell     sbushnell@quinnlawny.com, macquisto@quinnlawny.com

Perry Grossman     pgrossman@nyclu.org, amcalmont@nyclu.org, bsturkey@nyclu.org

Robert Andrew Hodgson     rhodgson@nyclu.org, dspivack@nyclu.org

Masai I Lord     lord@nycivilrights.nyc

Swati Roopa Prakash     Swati.Prakash@ag.ny.gov

Remy Green     remy@femmelaw.com, christine@femmelaw.com, protests@femmelaw.com, remygreen@recap.email

Alexandra Settelmayer     alexandrasettelmayer@dwt.com

Jessica Perry     jperry@nyclu.org, vsalama@nyclu.org

Kathleen Farley     kathleenfarley@dwt.com, brettsears@dwt.com, nycdocket@dwt.com

Nimra Azmi     nimraazmi@dwt.com, nycdocket@dwt.com

Travis William England     travis.england@ag.ny.gov

Marc Arena     marena@blhny.com

Morenike Fajana     mfajana@naacpldf.org

Philip Levitz     philip.levitz@ag.ny.gov

Jennvine Wong     jwong@legal-aid.org

Mickey H Osterreicher    mickeyo@lawyer.com

Regina Powers    rpowers@blhny.com

Daniel Ross Lambright    dlambright@nyclu.org, aceballos@nyclu.org

Deema Azizi    dazizi@blhny.com

Gregory Morril    gregory.morril@ag.ny.gov

Katherine Adams    qadams@blhny.com

Marykate Acquisto    macquisto@quinnlawny.com

Rigodis Appling    rtappling@legal-aid.org

Alicia Calzada    alicia@calzadalegal.com

Shannon Riordan    sriordan@law.nyc.gov

Daphna Spivack (Terminated)    dspivack@nyclu.org

Veronica Salama    vsalama@nyclu.org

**1:20-cv-08924-CM Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/13/2022] [FileNumber=28767218
-0] [8a00a55be50a95738b55331c884e42d6388d7670a3d2d8101b76421e06c0f3003
29eb0b4dfb0e0f6318fed9e9e94523d094e9607d3e4648cb50b09e3455dfca4]]