

March 29, 2023

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

By Electronic Filing.

    Re:    <u>In re: New York City Policing During Summer 2020 Demonstrations</u>, <u>1:20-CV-8924 (CM) (GWG) — This Letter Relates to *Sow*, 21-cv-533</u>

Dear Judge Gorenstein:

    I write on behalf of the *Sow* Plaintiffs in the consolidated case above, relating to the motion at Dkt. No. 913.

    In light of ongoing settlement discussions, Plaintiffs would like to temporarily withdraw the motion, without prejudice.

    Once again, we thank the Court for its continued time and attention.

Respectfully submitted,

/s/
_____
J. Remy Green
    *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Sow Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

The application at Docket # 913 is deemed withdrawn without prejudice.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

March 29, 2023