## BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:
8443.01

WRITER'S DIRECT DIAL:
212-277-5825



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/30/2023

MEMO ENDORSED

**VIA ECF**

March 28, 2023

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Extension and page request granted.

*[signature]* Colleen McMahon
3/30/2023

Re: *Sow et al. v. City Of New York et al.*
Index No. 21-cv-00533 (CM)(GWG)

*In re: New York City Policing During Summer 2020 Demonstrations*
Index No. 20-cv-8924 (CM) (GWG)

Your Honor:

We are counsel to the *Sow* plaintiffs. We write to request a one-month extension of time to file our class certification motion. The City takes no position on this application for an extension. We write with some reluctance given Your Honors admonition at Dkt. 849. However, we do believe this extension is warranted for the reasons set forth below. Additionally, we respectfully request that an extra 15 pages be added to our page limit for the class certification motion. The City consents to this request for extra pages.

The reason for this request is multi-faceted. First, we have engaged SITU,[1] which is an organization that assists litigants in processing large amounts of visual data, such as that which is present in this case. Prior to Dkt. 849, we understood that information being assembled by SITU in support of the *Sow* Plaintiff's motion for class certification motion would be processed in enough time to be incorporated productively into our application for class certification. While they have adapted to the expedited timetable and have been delivering their work to us at a breakneck speed, our ability to effectively process this information into a form which would be most useful to the Court would greatly benefit from an additional one month. Further, the work

---

[1] https://situ.nyc/research/profile

<a>
</a>
**BELDOCK LEVINE & HOFFMAN LLP**

Hon. Colleen McMahon
March 28, 2023
Page 2

obligations that this office has committed to in this case, and others, would greatly benefit from a slight modification of the class certification schedule.

Finally, and perhaps more importantly, the Sow team and the City are in serious settlement discussions to resolve the monetary class claims. Both parties are proceeding in good faith and are continuing to work towards reaching an agreement.

Accordingly, the Sow plaintiffs propose an alteration of the current scheduling order which accommodates the current request.

|  | Current Date: | Proposed Date: |
|---|---|---|
| Class certification motions | March 31, 2023 | April 30, 2023 |
| Response from the City | May 10, 2023 | June 9, 2023 |
| Reply to City's response | May 31, 2023 | June 30, 2023 |

We thank the Court for its consideration of this matter.

Respectfully submitted,

**BELDOCK LEVINE & HOFFMAN LLP**

By: *[signature]*
Jonathan C. Moore
David B. Rankin
Luna Droubi
Marc Arena
Deema Azizi
Rebecca Pattiz
Katherine "Q" Adams
Regina Powers

99 Park Avenue, PH/26th Floor
New York, New York 10016
    t: 212-490-0400
    f: 212-277-5880
    e: jmoore@blhny.com
      drankin@blhny.com
      ldroubi@blhny.com
      marena@blhny.com
      dazizi@blhny.com
      rpattiz@blhny.com
      qadams@blhny.com

**GIDEON ORION OLIVER**

*[signature]*
277 Broadway, Suite 1501
New York, NY 10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

**COHEN&GREEN P.L.L.C.**

By: *[signature]*
Elena L. Cohen
J. Remy Green
Jessica Massimi

1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385
    t: (929) 888-9480
    f: (929) 888-9457

BELDOCK LEVINE & HOFFMAN LLP

Hon. Colleen McMahon
March 28, 2023
Page 3

rpowers@blhny.com

e: elena@femmelaw.com
remy@femmelaw.com
jessica@femmelaw.com

**WYLIE STECKLOW PLLC**

By: Wylie Stecklow
Wylie Stecklow PLLC
231 West 96th Street
Professional Suites 2B3
NYC NY 10025
t: 212 566 8000
Ecf@wylielaw.com

**LORD LAW GROUP PLLC**

Masai I. Lord
14 Wall St., Ste 1603
New York, NY 10005
P: 718-701-1002
E: lord@nycivilrights.nyc

cc: All Counsel (by ECF)