

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE  
CIVIL RIGHTS BUREAU

March 30, 2023

**By Electronic Filing**

Hon. Gabriel W. Gorenstein, U.S.M.J.  
United States District Court, Southern District of New York  
Daniel Patrick Moynihan Courthouse, 500 Pearl Street  
New York, New York 10007

Re: **In re: New York City Policing During Summer 2020 Demonstrations, 1:20-CV-8924 (CM) (GWG) — This Letter Relates to All Cases**

Dear Judge Gorenstein:

I write on behalf of the non-stayed Plaintiffs in the consolidated cases, pursuant to ECF No. 490, to provide a proposed Order regarding agreements reached at a meet and confer regarding the deposition scheduling protocol for the Court to enter. Per the process set forth in ECF No. 490, Plaintiffs emailed a copy of this Proposed Order to Defendants at 3:41 PM on March 29, 2023, and filed it after receiving no corrections or objections from Defendants in the following 24-hour period.

We thank the Court for its continued time and attention.

Respectfully Submitted,

_/s/ Lillian Marquez_  
Lillian Marquez, Assistant Attorney General  
Civil Rights Bureau  
Office of the New York State Attorney General  
Tel: 212-416-6401  
Lillian.Marquez@ag.ny.gov

CC: All counsel of record