UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re: New York City Policing During Summer  :     ORDER
2020 Demonstrations

                                                                         :     20 Civ. 8924 (CM)(GWG)
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      IT IS HEREBY ORDERED that:

      (1) defendants shall not cancel a high-level deponent, including a Rule 30(b)(6) witness, unless in case of an emergent situation;

      (2) defendants will provide their reasons for any future cancellations at the time of cancellation; and

      (3) defendants will attempt to reschedule cancelled deponents on an alternative proposed date proposed by plaintiffs.

      SO ORDERED.

Dated: March 31, 2023
       New York, New York

                                                      GABRIEL W. GORENSTEIN
                                                      United States Magistrate Judge