UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| In re: New York City Policing During Summer 2020 Demonstrations (L) | Docket No.: 1:20-cv-08924-CM |
|---|---|
| | **APPEARANCE OF COUNSEL** |

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Consolidated Plaintiff, People of the State of New York.

Dated:          April 3, 2023

By: /s/ *Lois T. Saldana*
Lois T. Saldana (LS4528)
Assistant Attorney General
Office of the New York State Attorney General
28 Liberty Street
New York, New York 10005
lois.saldana@ag.ny.gov
(212) 416-8860 (Telephone)
(212) 416-8030 (Fax)