UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: New York City Policing During Summer 2020 Demonstrations | Docket No.: 1:20-cv-08924-CM (L)<br><br>**APPEARANCE OF COUNSEL** |

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD**

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Consolidated Plaintiff, People of the State of New York.

Dated:    April 3, 2023

                                              By: /s/ *Nancy M. Trasande*
                                              Nancy M. Trasande (NT3045)
                                              Assistant Attorney General
                                              Office of the New York State Attorney General
                                              28 Liberty Street, 20th floor
                                              New York, New York 10005
                                              nancy.trasande@ag.ny.gov
                                              (212) 416-8905 (Telephone)
                                              (212) 416-8030 (Fax)