# EXHIBIT C

**IAB Log Deficiencies**

The following suspected deficiencies have been recently relayed to Defendants' counsel.

| Subject Officer or Victim | IAB Log Number | Documents Produced in Litigation Prior to November 4, 2022 | Date Produced to Plaintiff | Date IAB file closed | Deficiencies noticed to Defendants | Date Further IAB Records Produced |
|---|---|---|---|---|---|---|
| Lt. Eric Dym | FI-2020-609/Log 20-17332 & OG-2020-6973/Log 2020-14291 | Partial IAB Internal Case Management Tracking Worksheet for OG-2020-6973 | October 21, 2022 | September 1, 2020 (per Dym disciplinary history received March 10, 2023) | March 11, 2023 | No additional documents produced as of 4/6/2023 |
| | | One video file for FI-2020-609 | August 13, 2021 | September 1, 2020 (per Dym disciplinary history received March 10, 2023) | | |
| Officer Frank Fiorenza | FI 2020-530 FI-2020-452 | Partial IAB Internal Case Management Tracking Worksheet for FI-2020-530 produced pre-litigation | Pre-litigation | July 30, 2020 (FI-2020-452) and March 17, 2021 (FI 2020-530) (per the logs sent February 28, 2023) | Entire IAB file by email on February 24, 2023, and March 20, 2023. | Only Internal Case Management Tracking Worksheets were produced on February 28, 2023 |
| Officer John Migliaccio | OG-2020-8521 & | One video file for OG-2020-8521 | August 13, 2021 | Unknown | March 31, 2023, and April 3, 2023 | No additional documents |

| | | | | | | |
|---|---|---|---|---|---|---|
| | IAB log relating to TRI (TINC-2020-040-000172) | | | | | produced as of 4/6/2023 |
| Sgt. Elliot Zinstein | Log 2020-15371/FI-2021-509 | Incomplete file pre-litigation and partial IAB Internal Case Management Tracking Worksheet | April 29, 2022 | May 25, 2022 (per file received February 24, 2023) | March 1, 2023 | No additional documents produced as of 4/6/2023 |
| Francisco Casablanca-Torres and Trevor Thomas | 2020-14270; 2020-2156; | Partial IAB file, only through Sep. 17, 2020; investigations continued through at least 2021 | August 13, 2021 | Unknown | April 4, 2023 | No additional documents produced as of 4/6/2023 |