UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations<br><br>This filing is related to:<br><br>ALL CASES | 20 Civ. 8924 (CM)(GWG) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, pursuant to Rules 37(a) of the Federal Rules of Civil Procedure, Plaintiffs will move this Court before the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, on a date and time to be determined by the Court, for a decision and order precluding Defendants from relying upon facts redacted or contained in documents completely withheld on the basis of the law enforcement privilege. Plaintiffs file the attached Memorandum of Law in Support of the Motion to Preclude Defendants' Reliance on Material Withheld on Law Enforcement Investigative Privilege Grounds, and the Declaration of Lillian Marquez with supporting exhibits.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to agreement of the parties and in accordance with the Court's Individual Practices at Rule 2(B), Defendants' opposition is due by April 25, 2023; and Plaintiffs' reply, if any, by May 2, 2023.

Dated: April 11, 2023
      New York, New York

                                            Respectfully submitted,

                                            LETITIA JAMES
Attorney General of the State of New York
*Attorney for Plaintiff in 1:21-cv-00322*

By:  /s/ *Lillian Marquez*
Lillian M. Marquez
Assistant Attorney General
Office of the New York
State Attorney General
28 Liberty Street
New York, N.Y. 10005
(212) 416-6201
Lillian.Marquez@ag.ny.gov

**BELDOCK LEVINE & HOFFMAN LLP**

By: _____
    Jonathan C. Moore
    David B. Rankin
    Luna Droubi
    Marc Arena
    Deema Azizi
    Rebecca Pattiz
    Katherine "Q" Adams
    Regina Powers

99 Park Avenue, PH/26th Floor
New York, New York 10016
    t: 212-490-0400
    f: 212-277-5880
    e:  jmoore@blhny.com
       drankin@blhny.com
       ldroubi@blhny.com
       marena@blhny.com
       dazizi@blhny.com
       rpattiz@blhny.com
       qadams@blhny.com
       rpowers@blhny.com

**WYLIE STECKLOW PLLC**

_____
By: Wylie Stecklow
Wylie Stecklow PLLC
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
NYC NY 10019
t: 212 566 8000
Ecf@wylielaw.com

**GIDEON ORION OLIVER**

_____
277 Broadway, Suite 1501
New York, NY 10007
t: 718-783-3682
f: 646-349-2914
Gideon@GideonLaw.com

**COHEN&GREEN P.L.L.C.**

By: _____
Elena L. Cohen
J. Remy Green
Jessica Massimi

1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385
    t: (929) 888-9480
    f: (929) 888-9457
    e: elena@femmelaw.com
       remy@femmelaw.com
       jessica@femmelaw.com

**LORD LAW GROUP PLLC**

_____
Masai I. Lord
14 Wall St., Ste 1603
New York, NY 10005
P: 718-701-1002
E: lord@nycivilrights.nyc

*Counsel for Plaintiffs in Sow v. City of New York, No. 21-cv-533*

NEW YORK CIVIL LIBERTIES UNION FOUNDATION

*s/ Daniel Lambright*
Molly K. Biklen
Daniel R. Lambright
Jessica Perry
Robert H. Hodgson
Veronica Salama
Lisa Laplace
Christopher T. Dunn
New York Civil Liberties Union   Foundation
125 Broad Street, 19th Floor
 New York, N.Y. 10004
 (212) 607-3300
 dlambright@nyclu.org

*Co-Counsel for Plaintiffs in Payne v. De Blasio, No. 20-cv-8924*

THE LEGAL AID SOCIETY

s/ *Corey Stoughton*
Corey Stoughton
Jennvine Wong
Rigodis Appling
Paula Garcia-Salazar
The Legal Aid Society
199 Water Street
New York, N.Y. 10038
(212) 577-3367
cstoughton@legal-aid.org

*Co-Counsel for Plaintiffs in Payne v. De Blasio, No. 20-cv-8924*

DAVIS WRIGHT TREMAINE LLP

By: */s/ Robert D. Balin*

| | |
|---|---|
| Robert D. Balin | Mickey H. Osterreicher |
| Nimra H. Azmi | General Counsel |
| Abigail Everdell | NATIONAL PRESS PHOTOGRAPHERS |
| Kathleen Farley | ASSOCIATION |
| 1251 Avenue of the Americas, 21st Floor | 70 Niagara Street |
| New York, New York 10020 | Buffalo, New York 14202 |
| Phone: (212) 489-8230 | Tel: (716) 983-7800 |
| Fax: (212) 489-8340 | Fax: (716) 608-1509 |
| robbalin@dwt.comabigaileverdell@dwt.com | lawyer@nppa.org |
| kathleenfarley@dwt.com | |

| | |
|---|---|
| Wylie Stecklow<br>WYLIE STECKLOW PLLC<br>Carnegie Hill Tower<br>152 W. 57th Street, 8th FLoor<br>NY NY10019<br>(t) 212 566 8000<br>ecf@WylieLAW.com | Alicia Calzada (*pro hac vice*)<br>ALICIA WAGNER CALZADA, PLLC<br>Deputy General Counsel<br>National Press Photographers Association<br>12023 Radium , Suite B1<br>San Antonio, TX 78216<br>210-825-1449<br>Alicia@calzadalegal.com |

*Counsel for Plaintiffs in Gray, et al v. City of New York, et al, No. 21-cv-06610*

The Aboushi Law Firm PLLC

*/s/ Tahanie A. Aboushi*

Tahanie A. Aboushi, Esq.
Aymen A. Aboushi, Esq.
The Aboushi Law Firm
1441 Broadway, 5th Floor
New York, NY 10018
Tel: (212) 391-8500
Fax: (212) 391-8508
Aymen@Aboushi.com
Tahanie@Aboushi.com

*Counsel for Plaintiffs in Rolon, et al v. City of New York, et al, No. 21-cv-2548*

To:  All Counsel of Record