# EXHIBIT C

| | | |
|---|---|---|
| 1 | AIG Sanchez: | Today is September 2nd, 2020. 1102 hours. I'm Arturo Sanchez, |
| 2 | | Assistant Inspector General at the New York City Department of |
| 3 | | Investigation. I am joined by: |
| 4 | Mr. Tellet: | Christopher Tellet, Assistant General Counsel. |
| 5 | Mr. Richardson: | Justyn Richardson, Senior Policy Analyst. |
| 6 | AIG Garcia: | Michael Garcia, Assistant Inspector General. |
| 7 | AIG Sanchez: | Chief, could you please state your full name? |
| 8 | Chief Wedin: | Harry J. Wedin. |
| 9 | AIG Sanchez: | Thank you Chief. And Mr. LaPietra if you could please introduce |
| 10 | | yourself for the record. |
| 11 | Mr. LaPietra: | Sure. Louis LaPietra, LaPietra & Krieger P.C., counsel to Chief |
| 12 | | Wedin. |
| 13 | AIG Sanchez: | Thank you Mr. LaPietra. Mr. LaPietra, could you confirm for the |
| 14 | | record that there's no one else in the room present or monitoring |
| 15 | | this interview. |
| 16 | Mr. LaPietra: | Correct; just the Chief and I. |
| 17 | AIG Sanchez: | 10-4. Thank you very much. Chief, yesterday I emailed you and |
| 18 | | Mr. LaPietra a copy of the compelled interview warnings. Were |
| 19 | | you able to receive those and -- and review those? 'Cause I'm |
| 20 | | about to read them now. |
| 21 | Chief Wedin: | Yes, I did. |
| 22 | AIG Sanchez: | Very good, Chief. I'm gonna go ahead and read these for the |
| 23 | | record. This statement is being taken by the Department of |
| 24 | | Investigation of the City of New York, pursuant to Chapter 34 of |
| 25 | | the New York City Charter. You're going to be asked a number of |

| | | |
|---|---|---|
| 1 | | specific questions concerning the performance of your official |
| 2 | | duties.  You have the option to remain silence, although, you may |
| 3 | | be subject to removal from your employment with the City if you |
| 4 | | fail to answer any material and relevant questions related to the |
| 5 | | performance of your duties as an employee.  The answers you |
| 6 | | furnish and any information or evidence resulting therefrom may |
| 7 | | be used in the course of civil or administrative proceedings. |
| 8 | | Neither your statements nor any information, or evidence derived |
| 9 | | therefrom will be used against you in a subsequent criminal |
| 10 | | prosecution other than for perjury or contempt arising from such |
| 11 | | testimony.  If at any time during this interview you wish to consult |
| 12 | | with your attorney, just say so, and we will give you the |
| 13 | | opportunity to do so privately.  Chief, do you acknowledge and |
| 14 | | understand what I have just read to you? |
| 15 | Chief Wedin: | Yes, I do. |
| 16 | AIG Sanchez: | Very good. Chief, if I could ask you to raise your right hand |
| 17 | | please.  I'm going to administer the oath.  Do you solemnly swear |
| 18 | | or affirm that the statements your about to make at this interview |
| 19 | | shall be the truth, the whole truth and nothing but the truth? |
| 20 | Chief Wedin: | I do. |
| 21 | AIG Sanchez: | Thank you, Chief.  I appreciate it.  Chief, we're here today |
| 22 | | pursuant to Executive Order 58, where the Mayor has directed the |
| 23 | | Department of Investigation, and the Corporation Counsel to |
| 24 | | launch an independent review into the enforcement actions by the |
| 25 | | NYPD in connection with protest activities.  As such, our office |

| | |
|---|---|
| 1 | has issued several document requests for data in the department as |
| 2 | furnished substantial amount of information to us.  The purpose of |
| 3 | this interview is to learn from you and to get a sense of your |
| 4 | perspective as Chief of Special Operations for the New York City |
| 5 | Police Department and the units under your command that |
| 6 | participated in the Floyd protests.  This interview will also help us |
| 7 | contextualize the information and the data we received from the |
| 8 | department for specific issues related to special operations in the |
| 9 | mobilizations throughout the city.  You know, Chief we're -- we're |
| 10 | here to learn from you and we hope that you do most of the talking |
| 11 | today.  I ask that you please keep in mind that as we are asking |
| 12 | questions, to please note the basis of your knowledge.  In other |
| 13 | words it's important for us to distinguish if the information that |
| 14 | you're providing us, you know, you have direct knowledge on. |
| 15 | You know, you -- you've had direct conversations with, you know, |
| 16 | individuals or if the information is something you read about or |
| 17 | heard from others.  Also, it's important for us to distinguish if your |
| 18 | answer is the -- the NYPD's stance, on a given matter or is the |
| 19 | position is your opinion because both -- both of those are important |
| 20 | to us.  So I just, you know, want you to keep that in mind.  And |
| 21 | before we jump into the questions, I wanted to reiterate to you that |
| 22 | you are free to speak to you counsel anytime you wish, you know, |
| 23 | please feel free to chime in if you would like to speak to Mr. |
| 24 | LaPietra.  If you like to -- on your end you guys can mute and stop |
| 25 | the camera if you will; we will probably still continue recording, or |

| | | |
|---|---|---|
| 1 | | if you feel more comfortable stepping out of the room just if you |
| 2 | | feel completely private in your conversation, please feel free to do |
| 3 | | so, interrupt anytime. And this interview will be broken down into |
| 4 | | three parts, you know, the first part mostly related to the special |
| 5 | | operations and SRG in general. Part two will focus specifically on |
| 6 | | Floyd protests, and part three we will ask you to walk us through |
| 7 | | the day by day of the first week of protests or so and you know, |
| 8 | | we're -- you know as we mentioned, we'll try to get through this as |
| 9 | | expeditiously as possible. Again, if you want to take a break, |
| 10 | | please let us know, otherwise we'll precede with parts one through |
| 11 | | three without interruption, if that works for you, Chief. |
| 12 | Chief Wedin: | Yes. |
| 13 | AIG Sanchez: | Very good, sir. Chief, how long have you been employed by the |
| 14 | | NYPD? |
| 15 | Chief Wedin: | Thirty-nine and a half years. |
| 16 | AIG Sanchez: | And when were you promoted to Chief of Special Operations? |
| 17 | Chief Wedin: | Approximately two years ago. |
| 18 | AIG Sanchez: | Chief, where were you assigned before you promotion? |
| 19 | Chief Wedin: | I was assigned to Special Operation Division as the CO of the |
| 20 | | (unclear). |
| 21 | AIG Sanchez: | I see. And who was in command of SOD prior to you? |
| 22 | Chief Wedin: | Prior to me was Chief Patel. Chief Thomas Patel as Chief of |
| 23 | | Special Operations. |
| 24 | AIG Sanchez: | Thanks, Chief. |
| 25 | Chief Wedin: | You're welcome. |

| | | |
|---|---|---|
| 1 | AIG Sanchez: | You know the technique.  I would imagine that you know, The |
| 2 | | Special Operations is one of the units that adapts to situations and |
| 3 | | are trained to adapt and make modifications as things are |
| 4 | | unfolding.  Obviously, things as they were unfolding throughout |
| 5 | | the city were changing quickly in a drastic way.  How did special |
| 6 | | operations account for those changes? |
| 7 | Chief Wedin: | The SRG unit was deployed to accommodate those changes the |
| 8 | | best we could to have the most effect that we could. |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | The violent groups in |
| 14 | | particular. The people that were demonstrating were fine and |
| 15 | | walking around just saying their peace and it was fine.  But it got a |
| 16 | | little different, once we -- once it got later in the evening it |
| 17 | | probably change the tone of the whole thing, kind of changed. |
| 18 | | |
| 19 | | . |
| 20 | AIG Sanchez: | Can you tell me a little bit about these Mobile Field Forces? |
| 21 | Chief Wedin: | Yes. |
| 22 | | |
| 23 | | . We're |
| 24 | | deployed in vans, so they can -- not that I wouldn't -- having more |
| 25 | | people in cars is ineffective.  You have to worry about the cars and |

| | | |
|---|---|---|
| 1 | | them, but, no one seemed to have a reason to be there. They were |
| 2 | | arrested and summoned for curfew violations, basically to get them |
| 3 | | off the streets. Anyone that was stopped for curfew violations, |
| 4 | | when they were asked, what they were doing there. A lot of |
| 5 | | people that lived on the block, you gotta go home, you know, it |
| 6 | | wasn't like he was locking everyone up for curfew. If someone |
| 7 | | was arrested for curfew they really had no reason to be where they |
| 8 | | were. Someone close to their house, or their friend's house, or on |
| 9 | | their way to work, from work, or you know. The amount of |
| 10 | | people that were out there was probably getting arrested for curfew |
| 11 | | violation the minimal. Extremely minimum. |
| 12 | Mr. Tellet: | Do you think that officers had enough information about curfew |
| 13 | | enforcement to do it sort of the way that they were suppose too? |
| 14 | Chief Wedin: | I -- they definitely did. 'Cause there was messages sent out on |
| 15 | | Finest system. They were distributed, I know in my bureau I sent |
| 16 | | them out to all my executives to brief with them. They were pretty |
| 17 | | clear what they said, that if people had exemptions, emergency |
| 18 | | workers, delivery workers, nurses, doctors, you know. Going to |
| 19 | | from work and no one is looking to arrest people just because, you |
| 20 | | know. If you were a legitimate person, you were out walking your |
| 21 | | dog, we're not going to arrest you because you're walking your |
| 22 | | dog. Common sense, you know. They were instructed on that. At |
| 23 | | least in my bureau anyway. |
| 24 | Mr. Tellet: | Gotcha. Alright. So that's -- so you ended your day sort of on the |
| 25 | | -- on the bridge. |

| | | |
|---|---|---|
| 1 | Chief Wedin: | I ended my day -- no, no. I ended my day -- I left the bridge. I was |
| 2 | | in lower Manhattan on patrol after the bridge started dispersing, |
| 3 | | SRG made some arrest for curfew violations. People, like I said, |
| 4 | | had no legitimate reason for why they were out there, they locked |
| 5 | | them up, you know. literally, I ended my day about -- I was on |
| 6 | | patrol in Manhattan until about -- I left about 3:30 in the morning, I |
| 7 | | left and the streets were pretty empty, nothing was going on. And |
| 8 | | that was on Tuesday. |
| 9 | Mr. Tellet: | Uh-huh. |
| 10 | Chief Wedin: | Wednesday, the 3rd I started at 9:00 in the morning. Police |
| 11 | | Commissioner had his conference call at 9:00 in the morning with |
| 12 | | the executive staff. I participated in that. I was monitoring the |
| 13 | | radio to see what was going on. There was nothing really going on |
| 14 | | during the day, very quiet. I was back in my office getting a lot of |
| 15 | | paperwork done and getting marching where we had to get done, |
| 16 | | people assigned too. Who we had in (unclear) previous days, |
| 17 | | (unclear) and stuff like that. I did a conference call at 4 in the |
| 18 | | afternoon with all my commanding officers, to advise them what |
| 19 | | we had to focus going on, what occurred in the past week and what |
| 20 | | was expected. And then about 5:30, I went over to the SRG One |
| 21 | | Headquarters' on 42nd Street in Manhattan. We stayed there for a |
| 22 | | possible protest, they had word that they were going to possibly |
| 23 | | storm that building when they marching around, no one ever |
| 24 | | showed up. We were there for about an hour and then we left, you |
| 25 | | know. Then I was over at Gracie Mansion on standby at the |

| | | |
|---|---|---|
| 1 | | perimeter of Gracie Mansion.  It was a demonstration at Gracie |
| 2 | | Mansion and they were afraid that were going to storm, Gracie |
| 3 | | Mansion trying to take over to Mayor's residential property.  So I |
| 4 | | was on the perimeter over there with SRG.  There's was a large |
| 5 | | patrol detail in front of Gracie Mansion.  I was a few blocks away |
| 6 | | with my -- the details from SRG, the Chief from SRG, myself and |
| 7 | | probably about a hundred SRG officers, if I remember correctly, |
| 8 | | probably about a hundred on standby if anything started |
| 9 | | happening.  Nothing happened over there.  People they -- they |
| 10 | | demonstrated they had their say and they were on their way went |
| 11 | | home about, maybe a little before nine.  Some of them when they |
| 12 | | left started marching south in Manhattan.  They ended up on 3rd |
| 13 | | Avenue blocking off  all three lanes of traffic they were there up |
| 14 | | until 9:00 at night, you know.  So, the arrests started being made |
| 15 | | over there for violating the curfew. (Unclear). Between about 9:00 |
| 16 | | and like 10 -- 10:30 at night, I guess there was some arrests |
| 17 | | effected violating the curfew.  Using, (unclear), after that I left, I |
| 18 | | left (unclear). |
| 19 | Mr. Tellet: | When -- |
| 20 | Chief Wedin: | What did you say? |
| 21 | Mr. Tellet: | Oh, sorry.  No, no, go ahead. |
| 22 | Chief Wedin: | After, that I left Manhattan about 11:20 at night.  It was after that |
| 23 | | crowd.  Nothing, really happening, I scouted  around, it's all quiet, |
| 24 | | nothing was going on, according to Intel nothing else was going |
| 25 | | on.  I start heading back to Brooklyn.  We had an officer stabbed |

|    |               |                                                                                                           |
|----|---------------|-----------------------------------------------------------------------------------------------------------|
| 1  |               | in Brooklyn at the 70 Precinct at Flatbush and Church, stabbed in |
| 2  |               | the head. I responded over to that incident, I got there about |
| 3  |               | midnight I got there. I was up there till about 2:00 in the morning |
| 4  |               | we were setting up the crime scene and you know, setting up |
| 5  |               | probes(?) in there to get the facts. I left and went home from there |
| 6  |               | actually, (unclear) and I got about 2:00 in the morning. |
| 7  | Mr. Tellet:   | When you get this information about folks like storming Gracie,, |
| 8  |               | taking over precincts. How do you receive this -- this information? |
| 9  | Chief Wedin:  | Intelligence division. They give a packet out every day, that's |
| 10 |               | emailed to me. |
| 11 | Mr. Tellet:   | Uh-huh. |
| 12 | Chief Wedin:  | I get the email, I go through it. I print it out so I can read it. It's – |
| 13 |               | it's sometimes it's pretty big during the demos you can't read it on |
| 14 |               | the phone. I print it out, I read it. I forward the email to my |
| 15 |               | executives so they have it. So they know also what to expect for |
| 16 |               | that that day for their people and inform them what's going on. If |
| 17 |               | the Intelligence Division puts out packets every day during the |
| 18 |               | demonstrations and what they know, what demos they're going to |
| 19 |               | have, where they going to have it, who's involved, the history of |
| 20 |               | the group. Some groups have a history were they're fine, they're |
| 21 |               | going to march around, they going to have their say and they're |
| 22 |               | going to go home they don't want no confrontations with (unclear) |
| 23 |               | . Other groups have -- are involved in anarchist organizations to |
| 24 |               | know the potentially there's a problem (unclear) demonstrators. |
| 25 | Mr. Tellet:   | Gotcha. Alright. |

| | | |
|---|---|---|
| 1 | Chief Wedin: | Its onto Thursday, June 4th? |
| 2 | Mr. Tellet: | Uh-huh. |
| 3 | Chief Wedin: | Came in at 9:00 in the morning by -- let's see what I did that day.  I |
| 4 | | was at my office until about 12:50.  I responded to a deployment |
| 5 | | sent  out to the Rockaways.  We barricaded a male with a gun, |
| 6 | | (unclear) precincts out in the Rockaways.  I was out there for about |
| 7 | | 2 hours, we set perimeter up, you know, we set a perimeter up on |
| 8 | | the side.  The guy wasn't there, he was long gone, they actually |
| 9 | | searched everything, they had K-9's going in.  It was construction |
| 10 | | area, he was long gone, he got (unclear) a (unclear).  I was there |
| 11 | | for a while with that.  I headed up to the Bronx at about 5:30 to the |
| 12 | | 40 precinct.  The tactical meeting regarding demon-- Intel -- |
| 13 | | demonstrators looking to loot  -- to loot and damage  over the hub |
| 14 | | area up in the Bronx, 138 in Grand Concourse.  It's an anarchist |
| 15 | | groups going up there, they planned on destroying all the stores. |
| 16 | | They did that a few days prior, there was a lot of damage at the |
| 17 | | Bronx.  The whole shopping district up there.  The same group |
| 18 | | again.  I was up there, I was on Mobile Patrol.  They called for |
| 19 | | more units about 10 after 8 over by Brooklyn (unclear).  I got over |
| 20 | | there, there was a very violent group over there, extremely violent |
| 21 | | group.  Throwing bottles, throwing rocks.  I got there -- officers |
| 22 | | were making arrest.  There were numerous people there in that |
| 23 | | group that were wearing gas masks, they had shields, and they had |
| 24 | | goggles on.  After they were arrested, they had their own |
| 25 | | homemade spray, like Mace type spray, the antidote to mace spray. |

| | |
|---|---|
| 1 | They had hammers.  They had all sorts of weapons, handmade |
| 2 | weapons also.  Numerous arrests were made there, a very violent |
| 3 | group.  Some were actually climbed over an eight foot fence with |
| 4 | barb wire on top..  When I got there I saw them climb over, they |
| 5 | were trying to throw a wheel barrel down at the officers.  Officers |
| 6 | just move out of the area, they were trying to throw the wheel |
| 7 | barrel down to the officer from the (unclear).  There was words |
| 8 | between that group and the residence and the housing development |
| 9 | on the corner.  They didn't want that group there.  They were |
| 10 | arguing with them back and forth.  So, it was really heated up |
| 11 | there, you know, but they were not from the area and actually the |
| 12 | people from the area was very aggressive they didn't want them in |
| 13 | the area.  They did not want this group in the neighborhood.  You |
| 14 | know, they were not from the neighborhood.  They were an |
| 15 | anarchist groups group looking to do a lot of damage out there, you |
| 16 | know, to damage the community.  I was up there until about |
| 17 | probably 2200 hours.  From there I responded over to SRG's |
| 18 | headquarters in the Bronx.  There's nothing going on at that point, |
| 19 | it was all quiet and we actually kind of reviewed about what went |
| 20 | on that day with SRG supervisors,  what  happened over there, |
| 21 | what went on  the past previous days, and looking to see what we |
| 22 | can expect in the future, trying to (unclear)..  Then I went home |
| 23 | about 12:30 that night.  Prior I left about 12:30.  Unto the next day, |
| 24 | unto June 5th which was -- |
| 25 | Mr. Tellet:           One -- one moment. |

| | | |
|---|---|---|
| 1 | Chief Wedin: | Sure. |
| 2 | Mr. Tellet: | So -- so you had seen a local group, or like a community group or |
| 3 | | something -- |
| 4 | Chief Wedin: | Oh, no it was just people who lived in the development that came |
| 5 | | out. They came out to see what was going on. |
| 6 | Mr. Tellet: | Oh, okay. |
| 7 | Chief Wedin: | And they saw what was going on. They were getting very vocal |
| 8 | | with the demonstrators. They did not want them there. They |
| 9 | | didn't want them, they said get out of our neighborhood, you don't |
| 10 | | live here, don't come here, to cause damage to the properties there, |
| 11 | | you know. They were very local with the group. They were |
| 12 | | actually -- after the arrests were made, they were actually |
| 13 | | complimenting to officers, thanking them for what they did out |
| 14 | | there, you know, so they were very -- it was actually very |
| 15 | | refreshing for a lot of cops out there. My cops, a lot of patrol cops |
| 16 | | were there. I think it kind of gave them like a good sense that |
| 17 | | people were backing (unclear). It was actually a good thing too. |
| 18 | Mr. Tellet: | Do you remember maybe the approximate location or time of that? |
| 19 | | Just curious. |
| 20 | Chief Wedin: | Yeah. It was about -- it came over about 2010 hours. 10 after 8 on |
| 21 | | Brook and East 136th Street in the Bronx. |
| 22 | Mr. Tellet: | Okay. Gotcha. It's right here. |
| 23 | Chief Wedin: | Okay. Yeah. |
| 24 | Mr. Tellet: | So, correct me with I'm wrong, my memory could be off. June 4th, |
| 25 | | I think there was a group that had been trying to cross into |

| | | |
|---|---|---|
| 1 | | Manhattan from the Bronx on a bridge. Were you present? |
| 2 | Chief Wedin: | No. |
| 3 | Mr. Tellet: | You weren't there. |
| 4 | Chief Wedin: | No. That I didn't know about. |
| 5 | Mr. Tellet: | Okay. |
| 6 | Chief Wedin: | There were so many things going on simultaneously at sometimes that, you know, there was probably sometimes those 20-30 things going on at once out there, so I don't know who was on the scene for that one. Sorry, I can't help you with that. |
| 10 | Mr. Tellet: | Alright. Let's talk Friday. It looks like you got to go in two hours later than usual. |
| 12 | Chief Wedin: | Yeah. I needed to get some sleep Friday. Nothing was going on and the meeting was a little later so it all worked out. So I went over at 11:00 on Friday. The Commissioner had his Executive Staff briefing, a conference call. I called in on that and you know, he basically was saying to me, we know what went on the previous days, what is expected today, Intel briefed us on what they had in their Intelligence Packages what was going on. I went into Manhattan about 1800. I staged at 42nd Street at 1st Avenue with the SRG personnel, by the demos were going on without any problems and nothing happened. I even stayed and I went home at midnight. It was real quiet, nothing going on for that day. |
| 23 | Mr. Tellet: | And it looks like your life got quieter after -- |
| 24 | Chief Wedin: | Yes. |
| 25 | Mr. Tellet: | -- that day? |

| | | |
|---|---|---|
| 1 | Chief Wedin: | It got much better after that day.  Yeah.  Saturday, I went in at |
| 2 | | 11:00.  I was at (Unclear) field all day, 6:00 I was down there.  I |
| 3 | | sat down with some people regarding some things we had with the |
| 4 | | Fire Department going on.  Some plans we have Rescue Task |
| 5 | | Force and stuff which was nothing going on.  We were falling |
| 6 | | behind on some plans we're working on.  So we had to get that up |
| 7 | | and going when we had the time. That was it.  I went to Manhattan |
| 8 | | about 10:00 at night just to see and make sure for myself, to get an |
| 9 | | eye on stuff that was on the radio. So, we're out for an hour |
| 10 | | Manhattan, there's no one out.  The streets were empty and that |
| 11 | | was it.  I packed it in and I went home at midnight.  Went home at |
| 12 | | midnight and (unclear). |
| 13 | Mr. Tellet: | Gotcha.  Thank you for walking me through all that.  You got a |
| 14 | | pretty good memory I think better than me that I recall most days. |
| 15 | Chief Wedin: | Yeah,  it wasn't easy believe me. |
| 16 | Mr. Tellet: | Yeah.  And like actually I'm hoping sort of the next batch of |
| 17 | | questions we're gonna -- we're gonna sort of dive in a little onto |
| 18 | | where those difficulties lie.  But I just wanted to mention before |
| 19 | | we dive into it, two things.  One, if any question lends you to start |
| 20 | | thinking about a specific crime, I just want you to speak broadly |
| 21 | | about that because I don't want to interfere with any sort of |
| 22 | | prosecutions that might be happening.  I don't want to have to turn |
| 23 | | this over to a DA office for discovery on someone's gun charge or |
| 24 | | whatever. So that's number one. |
| 25 | Chief Wedin: | So, don't speak about any crime.  Don't speak about it you said? |