# EXHIBIT E



# 'CERTIFICATION

| | |
|---|---|
| Completed Transcript: | GMT20201028-142659_Chief-Monahan (20-03428) |
| Audio Source: | GMT20201028-142659_Chief-Monahan (20-03428).wav |
| Matter Number: | **2020-023001** |
| Case Name: | Investigation of NYPD handling of citywide protests 2020 |

I hereby certify that the following document is an accurate transcription, to the best of my ability, of the audio source referenced above.

*/s/ Sandra Linen-Ward*
**SANDRA LINEN-WARD**

| | | |
|---|---|---|
| 1 | Mr. Brunsden: | Hi, I'm Andrew Brunsden, I'm one of the Inspectors General at |
| 2 | | DOI. |
| 3 | Mr. Tillet: | My name is Chris Tillet; I'm an Assistant General Counsel with |
| 4 | | the General Counsel's Office here. |
| 5 | Mr. Richardson: | Hi, I'm Justyn Richardson; I'm a Senior Policy Analyst. |
| 6 | Mr. Garcia: | Hey Chief, my name is Mike Garcia; I'm an Assistant Inspector |
| 7 | | General at DOI. |
| 8 | Ms. Charles: | Mariah Charles, Confidential Investigator at DOI. |
| 9 | Mr. Sanchez: | Chief, my name is Arturo Sanchez; I'm an Assistant Inspector |
| 10 | | General here at DOI.  And today is October 28th, it is 1029 hours. |
| 11 | | You've met our team.  And Chief, before we begin, we're gonna |
| 12 | | go ahead and issue the interview warnings.  I've got a copy here |
| 13 | | for you. |
| 14 | Chief Monahan: | Thank you. |
| 15 | Mr. Sanchez: | Chief, this statement is being taken by the Department of |
| 16 | | Investigations of the City of New York, pursuant to Chapter 34 of |
| 17 | | the New York City Charter.  You're gonna be asked a number of |
| 18 | | specific questions concerning the performance of your official |
| 19 | | duties.  You have the option to remain silent, although you may be |
| 20 | | subject to removal from the employment with the City if you fail to |
| 21 | | answer material or relevant questions related to the performance of |
| 22 | | your duties as an employee.  The interview furnished and any |
| 23 | | information or evidence resulting therefrom may be used in the |
| 24 | | course of civil or administrative proceedings. Neither your |
| 25 | | statements nor any information or evidence derived therefrom will |

| | | |
|---|---|---|
| 1 | | be used against you in subsequent criminal prosecution other than |
| 2 | | for perjury or contempt arising from such testimony. If at any time |
| 3 | | during this interview you wish to consult with your attorney, just |
| 4 | | say so and we will give you an opportunity to do so privately. |
| 5 | | Chief, thank you for acknowledging what I've just read, and if I |
| 6 | | could just administer the oath please, -- |
| 7 | Chief Monahan: | Yes. |
| 8 | Mr. Sanchez: | -- please raise your right hand. Do you solemnly swear or affirm |
| 9 | | that the statements you are about to make in this interview shall be |
| 10 | | the truth, the whole truth and nothing but the truth? |
| 11 | Chief Monahan: | I do. |
| 12 | Mr. Sanchez: | Thanks very much. Alright. Chief, you know that we have asked |
| 13 | | you to come here today pursuant to a directive from the Mayor's |
| 14 | | Office, through Executive Order 58, which has asked the |
| 15 | | Department of Investigation and the Corporation Counsel to |
| 16 | | conduct an independent investigation of NYPD's handling of |
| 17 | | protests that began in late May, all the way through June 30th. |
| 18 | | That's the purview of our review. And in the course of our |
| 19 | | investigation we have asked the department to furnish documents |
| 20 | | to us, and we have had the opportunity to interview several |
| 21 | | members of the service at various ranks. And the purpose of today |
| 22 | | is to help us learn from you. You know, you are situated in a very |
| 23 | | unique place in the department as Chef of the Department, and |
| 24 | | your perspective is invaluable to us. More than anything, it's |
| 25 | | going to also help us, you know, contextualize the information we |

DEF_000286988

|     |                  |                                                                 |
|-----|------------------|-----------------------------------------------------------------|
| 1   |                  | have been reviewing and also the statements that we have been   |
| 2   |                  | taking and information we learned and gleaned through those     |
| 3   |                  | interviews. And then I ask that you please keep in mind as we are |
| 4   |                  | asking questions; please note the basis of your knowledge.  In  |
| 5   |                  | other words, if I ask you about a specific topic, it's important for |
| 6   |                  | us to distinguish if that is firsthand knowledge you have gained or |
| 7   |                  | if it is something that you have heard others discuss.  At the same |
| 8   |                  | time, I also ask that, you know, if -- if I am asking questions, if you |
| 9   |                  | could please distinguish if those positions are your opinion.  We |
| 10  |                  | are going to be asking you for your opinion, or if those -- if it's the |
| 11  |                  | department's stance.  Because, both of those are also important to |
| 12  |                  | us.  And, again, I just want to reiterate if at any point you want to |
| 13  |                  | chat with your counsel, not a problem at all, please feel free to |
| 14  |                  | interrupt at any time and we can find a private area for you to |
| 15  |                  | discuss.  And that's -- that's all I have for the moment before we |
| 16  |                  | begin. And we're going to have a couple of different sets of |
| 17  |                  | questions, dealing with lots of different issues and I'm going to |
| 18  |                  | also turn to my team after every section to see if they have any |
| 19  |                  | specific questions related to those categories, and also I'm going to |
| 20  |                  | give the team an opportunity to chime in at the end with follow-up |
| 21  |                  | questions.  Thank you, Chief.  So we can go ahead and start with: |
| 22  |                  | How long have you been at the NYPD? |
| 23  | Chief Monahan:   | I have been on just short of 39 years now.  Came on October 25, |
| 24  |                  | 1982. |
| 25  | Mr. Sanchez:     | Seen a thing or two, I suppose. |

- 3 -

DEF_000286989

- 4 -

| | | |
|---|---|---|
| 1 | Chief Monahan: | Yeah. Been around. |
| 2 | Mr. Sanchez: | And when were you promoted to Chief of Department? |
| 3 | Chief Monahan: | January 18th of 2018. |
| 4 | Mr. Sanchez: | Last year. If you could explain to us, what does the Office of the |
| 5 | | Chief of Department do for the Department? |
| 6 | Chief Monahan: | Alright, Chief of Department is in charge of all operational |
| 7 | | functions of New York City Police Department. Reporting directly |
| 8 | | to me, I have the Chief of Patrol, the Chief of Housing, the Chief |
| 9 | | of Transit, the Chief of Detectives, and the Chief of |
| 10 | | Transportation. |
| 11 | Mr. Sanchez: | How large is that -- the shop, Chief of Department's Office, |
| 12 | | roughly? |
| 13 | Chief Monahan: | How large is what? |
| 14 | Mr. Sanchez: | How many -- how many employees under the umbrella of the |
| 15 | | Chief of Department? |
| 16 | Chief Monahan: | I -- I would roughly -- 18 to 20 in Patrol, another 7 in Detectives, |
| 17 | | SO -- I also have the Chief of Special Operations under me also. |
| 18 | | Probably close to 30,000. |
| 19 | Mr. Sanchez: | That's a -- |
| 20 | Chief Monahan: | Direct -- Directly responsible -- give or take, somewhat (unclear). |
| 21 | Mr. Sanchez: | (Unclear) -- |
| 22 | Chief Monahan: | Yeah. |
| 23 | Mr. Sanchez: | -- ballpark -- I appreciate it. You know, the NYPD has a lot of |
| 24 | | experience in the department specifically dealing with large-scale |
| 25 | | protests: Thomson -- Thompkins Square Park, '88; Crown |

| | | |
|---|---|---|
| 1 | | Heights, '91; Washington Heights, '92; RNC in 2004; Occupy |
| 2 | | Wall Street. Was there anything that made this summer's protests |
| 3 | | stand out from the others you have had experience with? |
| 4 | Chief Monahan: | So now I was on the scene for Crown Heights, I was a captain in |
| 5 | | Washington Heights during the Washington Heights incidents, the |
| 6 | | World Economic Forum; I was inspector on the scene for those. |
| 7 | | During the RNC, I was the Commander -- the Deputy Chief -- I |
| 8 | | was the Commander of the Mobile Field Forces for the entire |
| 9 | | RNC. And the events that happened in May of this year were |
| 10 | | unlike anything I had ever experienced before in my career. It was |
| 11 | | unprecedented. What we went through was unlike any other |
| 12 | | demonstration or riot that we've had in the City before. |
| 13 | Mr. Sanchez: | Can you (unclear) that a little bit? What -- what specifically made |
| 14 | | it stand out this time? |
| 15 | Chief Monahan: | The physical attacks on police officers that were persistent, that |
| 16 | | even when arrests were being made, attacks continued. Prolonged |
| 17 | | attacks on the police officers, with every sort of object thrown at |
| 18 | | them. Starting heavily at the Barclays Center on -- on that Friday |
| 19 | | night. It was something that was unexpected, completely |
| 20 | | unexpected by us. We were hit with just about every sort of object |
| 21 | | that could possibly have been thrown at us, sprayed at us. I have |
| 22 | | never seen that before. When teams move in to make arrests in the |
| 23 | | past, once arrests were made, people usually started to disburse. |
| 24 | | They didn't. As you tried to make arrests with people who were |
| 25 | | throwing things, it was organized events to prevent us from getting |

1  to the people behind, like people joining arms preventing us to get
2  to the people that were throwing the things. I just had never seen
3  that before.
4  Mr. Sanchez: Thank you, Chief. What was your role with respect to this
5  summer's protests?
6  Chief Monahan: I was -- I was in command. I was in command of operations
7  throughout the City.
8  Mr. Sanchez: And as -- in that position you would have specific supervisory
9  responsibilities?
10 Chief Monahan: Yes.
11 Mr. Sanchez: Were you involved in any of the following regarding these
12 protests: response planning?
13 Chief Monahan: Yes.
14 Mr. Sanchez: The implementation and execution of those plans?
15 Chief Monahan: Yes.
16 Mr. Sanchez: And were these -- was this taking place from 1PP or from the field
17 or both?
18 Chief Monahan: We had meetings in 1PP and then a lot was being done from the
19 field. I was out on the scene, I tried to make out -- I tried to
20 respond to as many incidences that were going on throughout the
21 entire days. I was basically doing 18-hour tours.
22 Mr. Sanchez: (Unclear).
23 Chief Monahan: Yeah, yes. They were long days.
24 Mr. Sanchez: And did -- were there any post-protest briefings that were
25 happening day by day?

| | | |
|---|---|---|
| 1 | Chief Monahan: | Yes. |
| 2 | Mr. Sanchez: | And who was involved in those conversations? |
| 3-4 | Chief Monahan: | Myself, the Commissioner, our Operations Division, Chief Pichardo. Tommy Galati. |
| 5-6 | Mr. Sanchez: | When did you first become personally involved in the oversight of these protests? |
| 7-8 | Chief Monahan: | From the beginning. On Thursday -- Thursday evening at Union Square Park. |
| 9 | Mr. Sanchez: | Are you always personally involved with protests? |
| 10-12 | Chief Monahan: | Once they become larger scale, yes. Small-scale ones are usually handled by the boroughs, but once it starts to become large scale, then I get myself personally involved. |
| 13-14 | Mr. Sanchez: | And what -- what is the threshold between small scale and large scale? |
| 15-16 | Chief Monahan: | As you spoke, Washington Heights, Thompkins -- (unclear) things that you remember -- |
| 17 | Mr. Sanchez: | Yeah. |
| 18-19 | Chief Monahan: | -- things that are national news, things that are extremely large in scope. |
| 20-21 | Mr. Sanchez: | Gotcha. And it's just not a number of participants or anything like that, it's just -- |
| 22 | Chief Monahan: | No. The number and the violence, if at all, involved. |
| 23-24 | Mr. Sanchez: | Okay. How does your role differ when you are on the ground versus when you are working from 1PP or another place? |
| 25 | Chief Monahan: | When I'm on the ground it gives me that personal perspective of |

- 7 -

|    |                 |                                                                                  |
|----|-----------------|----------------------------------------------------------------------------------|
| 1  |                 | what's happening. I would do the same function of talking to                     |
| 2  |                 | commanders on the scene; the commander on the scene of the                       |
| 3  |                 | incident is in charge of the incident that is taking place. I confer             |
| 4  |                 | with them, I see what they need, same thing I would be doing if I                |
| 5  |                 | was in headquarters calling them. But now I have that personal,                  |
| 6  |                 | in-the-face conversation of what's going on.                                     |
| 7  | Mr. Sanchez:    | Chief, how effective was the communication structure that was in                 |
| 8  |                 | place regarding the protests?                                                    |
| 9  | Chief Monahan:  | It was good. The conversations I was having regularly with                       |
| 10 |                 | Intelligence, with my field commanders, as incidents were                        |
| 11 |                 | happening anywhere within the City, I was able to contact them. I                |
| 12 |                 | had Pichardo, and me and Pichardo would be in different areas,                   |
| 13 |                 | making sure that we had eyes on everything that was going on.                    |
| 14 |                 | Chief Harrison in the Detective Bureau, if there was anything                    |
| 15 |                 | going on, and coordinated all through Eddie Mullane, who's                       |
| 16 |                 | running Operations.                                                              |
| 17 | Mr. Sanchez:    | And, you know, as Chief of Department, how do you insure that                    |
| 18 |                 | information is commu-- communicated effectively between those                    |
| 19 |                 | key players?                                                                     |
| 20 | Chief Monahan:  | We all talk. We all call. Calling back and forth to one another,                 |
| 21 |                 | making sure that if Tommy Galati gave me information about                       |
| 22 |                 | something that was going to be happening in Brooklyn North, then                 |
| 23 |                 | I'm reaching out to Jeff Maddrey and Fausto Pichardo, making                     |
| 24 |                 | sure they have that same information, Eddie Mullane in Operations                |
| 25 |                 | has it too, and that he is disbursing it to all the field commanders.            |

| | | |
|---|---|---|
| 1 | Mr. Sanchez: | And the field commanders would be the ones relaying it to the -- |
| 2 | | disseminating it to the rest of the rank and file? |
| 3 | Chief Monahan: | Exactly. |
| 4 | Mr. Sanchez: | Is protest response policy generally commanded from a central |
| 5 | | location? |
| 6 | Chief Monahan: | Generally, no. It's according -- again, this is -- the massive size of |
| 7 | | this protest caused it. We have protests in New York City every |
| 8 | | day that are handled just on a local level. There was nothing of |
| 9 | | this scope -- I don't think there has ever been anything of this |
| 10 | | scope in New York City before, so that had to be handled on a |
| 11 | | centralized level. |
| 12 | Mr. Sanchez: | How do you account for discrepancies and how similar protests |
| 13 | | were handled in different parts of the City? |
| 14 | Chief Monahan: | Everything was based on violence or potentiality of violence in |
| 15 | | those locations. Each commander who had eyes on the scene was |
| 16 | | given the authority to make decisions that had to be made at that |
| 17 | | point in time. It's impossible to sit in headquarters and truly |
| 18 | | understand what's going on when you're not out there seeing it, so |
| 19 | | we allowed those commanders to make that decision. So, every |
| 20 | | borough commander who's working was given that authority to |
| 21 | | make decisions on what he had to do at each one of these protests. |
| 22 | Mr. Sanchez: | I understand. Chief, how many protests did you attend personally |
| 23 | | between May 28th and June 20th? |
| 24 | Chief Monahan: | Every day I was at a different one. Quite a few. |
| 25 | Mr. Sanchez: | Yeah. |

| | | |
|---|---|---|
| 1 | Chief Monahan: | The guidance was for officer knowledge so that an officer would |
| 2 | | understand this is what happened, this is something to look out for, |
| 3 | | this is something to be aware of. |
| 4 | Mr. Sanchez: | Okay. Do you recall any of the intel received, that you received |
| 5 | | directly that addressed the threats or risks to officers? |
| 6 | Chief Monahan: | Off the top of my head, I don't recall. We had so much different |
| 7 | | things. |
| 8 | Mr. Sanchez: | But there was -- you recall certain things? |
| 9 | Chief Monahan: | Yeah. |
| 10 | Mr. Sanchez: | Yes? |
| 11 | Chief Monahan: | Yes. |
| 12 | Mr. Sanchez: | Would you say that the department strategy was driven by the |
| 13 | | intel? |
| 14 | Chief Monahan: | No. I would say the department strategy was driven by what we |
| 15 | | observed on the ground and what was happening on a day to day. |
| 16 | | Intel was there, we had it, but there's nothing better than actually |
| 17 | | seeing what was going on and understanding what's on the intel, |
| 18 | | like talking about it and actually seeing it in -- in play when you're |
| 19 | | right out on the street. |
| 20 | Mr. Sanchez: | Chief, you touched on this a little bit earlier on in protest |
| 21 | | operations, but say, at a particular protest, you know, whoever was |
| 22 | | in charge of that team saw something that needed to be related to |
| 23 | | you. How would that go? How would that reach you? Would it |
| 24 | | be a direct call -- |
| 25 | Chief Monahan: | Yes. |

DEF_000287026

| | | |
|---|---|---|
| 1 | Mr. Sanchez: | -- to you? |
| 2 | Chief Monahan: | Yes. |
| 3 | Mr. Sanchez: | It wouldn't go through a chain of people, it would just go straight |
| 4 | | to you. |
| 5 | Chief Monahan: | Yeah. I was dealing with the borough commanders on scene. |
| 6 | | Sometimes it would go through Pichardo to me. That would be the |
| 7 | | only one who had (unclear). |
| 8 | Mr. Sanchez: | But you're on the phone a lot it seem -- it would seem? |
| 9 | Chief Monahan: | Yeah. |
| 10 | Mr. Sanchez: | Was there ever an instance where the intelligence collected by the |
| 11 | | department did shape the strategy? |
| 12 | Chief Monahan: | Most of the intelligence was used for just knowledge. I wouldn't |
| 13 | | say it shaped the strategy. Again, our strategies were based on -- |
| 14 | | Intel would be -- would shape it by how big a response we may |
| 15 | | need to a location. So if we got information that there was going |
| 16 | | to be a problem at -- at a certain location, we would have a bigger |
| 17 | | response to that location, and we would be more aware or more |
| 18 | | keen of what's going on. And it could determine how lenient we |
| 19 | | were or weren't in the course of a demonstration. |
| 20 | Mr. Sanchez: | So it was -- it was a little impactful? |
| 21 | Chief Monahan: | Yeah, it was, yeah. In particular at that point. |
| 22 | Mr. Sanchez: | You know that Commissioner Shea provided some testimony to |
| 23 | | the Attorney General, and during that testimony the Commissioner |
| 24 | | mentioned that there was inclusion of outside agitators at these |
| 25 | | protests. What -- what is an "outside agitator," exactly? |

- 41 -

DEF_000287027

| | | |
|---|---|---|
| 1 | Chief Monahan: | An outside agitator would be someone who is trying to direct |
| 2 | | crowds to do things.  Who were trying to get protestors to act in a |
| 3 | | certain way, or trying to direct them to do things.  You know, we |
| 4 | | had information -- as you looked around the country, similar |
| 5 | | tactics were used in New York that were used elsewhere.  So we -- |
| 6 | | we believed and -- and from Intel that there was sources out there |
| 7 | | that was sharing information between what was happening in |
| 8 | | Portland, what was happening in Seattle, what was happening |
| 9 | | throughout the country, [coughs] excuse me, and New York. |
| 10 | Mr. Sanchez: | Did you personally have conversations with folks here and other |
| 11 | | departments in other cities? |
| 12 | Chief Monahan: | No, I did not. |
| 13 | Mr. Sanchez: | And alright, before we move away from intel, I wanted to see if the |
| 14 | | team had any questions regarding the intel? |
| 15 | Mr. Brunsden: | One follow-up, Chief, this is Andrew Brunsden again.  I -- I think |
| 16 | | you partly answered this question, but I just wanted to follow up |
| 17 | | on it. I think you may have said that, you know, when asked about, |
| 18 | | you know, discussions that may have happened with officers in the |
| 19 | | field or officers that were responding about the intel, that they |
| 20 | | would be provided with messages, such as, you know, "this is |
| 21 | | something to know about" or "this is something to be aware of," |
| 22 | | and I -- I was wondering whether you, or anyone else who you |
| 23 | | might be familiar with in the department or in leadership, provided |
| 24 | | any instruction or guidance to commanding officers as to how to |
| 25 | | message or how to guide officers in terms of how to interpret or |

DEF_000287028

| | | |
|---|---|---|
| 1 | | understand that intelligence? |
| 2 | Chief Monahan: | All according to what the intelligence was. A lot of the |
| 3 | | intelligence was tactics that had been utilized throughout the |
| 4 | | country, whether it's a de-a-- de-arresting tactics that we had seen, |
| 5 | | different objects that were being thrown, the idea of hiding bricks |
| 6 | | along a route that a march was going to go. This was so our cops |
| 7 | | would have a knowledge to look for these sort of things when they |
| 8 | | were out there, so it was incumbent upon our supervisors to relay |
| 9 | | this to the cops. |
| 10 | Mr. Sanchez: | Do you want water? I'll get you some. |
| 11 | Chief Monahan: | [coughs] Excuse me. Excuse me. |
| 12 | Mr. Brunsden: | No problem, we'll give you a minute. |
| 13 | Chief Monahan: | Whenever I talk for an hour or -- |
| 14 | Mr. Brunsden: | Yes, I know whenever I talk for an hour or two straight, without |
| 15 | | water -- |
| 16 | Chief Monahan: | All of a sudden I get, if I don't have any water the throat just dries |
| 17 | | up. |
| 18 | Mr. Brunsden: | Absolutely. Understood. |
| 19 | Chief Monahan: | Beautiful. Thank you. |
| 20 | Mr. Sanchez: | Not a problem. |
| 21 | Chief Monahan: | Thank you very much. |
| 22 | Mr. Sanchez: | Okay. |
| 23 | Chief Monahan: | Much better. |
| 24 | Mr. Brunsden: | Okay, great. And so, just following up on that question -- and |
| 25 | | thank you. Thank you for that. So -- so what -- what would be |

DEF_000287029

| | | |
|---|---|---|
| 1 | | your -- your impression as to the, you know, the kind of impact of |
| 2 | | the type of intelligence that was, you know, that was -- that was |
| 3 | | collected and then -- and then provided to MOS in the field. You |
| 4 | | know, what -- what was sort of the impact or effect of that |
| 5 | | information on, you know, the mindset of officers in terms of what |
| 6 | | they were going to be responding to, you know, and given |
| 7 | | particularly some of what we talked about, about how, you know, |
| 8 | | some of the intel showed, you know, various information about |
| 9 | | real or potential threats of violence. |
| 10 | Chief Monahan: | I don't know if it had that much of an impact because anyone who |
| 11 | | was out there was observing the violence. Everyone who worked |
| 12 | | from day one observed what was going on. All the intel did was |
| 13 | | tell you other things to look for while you were out there to make |
| 14 | | sure. I mean, from the day at Barclays, like I said, we started |
| 15 | | getting pounded that day. It had everyone, who even wasn't on |
| 16 | | the scene, all they had to do was turn on the TV and they were able |
| 17 | | to see it. |
| 18 | U/M: | (Unclear). |
| 19 | Mr. Sanchez: | I hope not. |
| 20 | Chief Monahan: | Are you guys still there? |
| 21 | Mr. Brunsden: | Yup. Yup. |
| 22 | Chief Monahan: | Okay. |
| 23 | Mr. Brunsden: | Thank you. Thank you. |
| 24 | Mr. Tillet: | Do -- do we keep losing you, Arturo, because of an idle thing? |
| 25 | Mr. Sanchez: | Yeah. |

DEF_000287030