# EXHIBIT F

| | | |
|---|---|---|
| 1 | Mr. Sanchez: | Today is November 17th, 1030 hours. I'm Arturo Sanchez, from |
| 2 | | the New York City Department of Investigation, Assistant Inspector |
| 3 | | General. I'm joined by several colleagues today, I'm going to go |
| 4 | | ahead and let them introduce themselves. |
| 5 | Chief Lehr: | Hello. Chief Lehr, I'm the Commanding Officer of -- Commanding |
| 6 | | Officer of Patrol Borough Bronx. |
| 7 | Mr. Sanchez: | Chief, who's representing you today? |
| 8 | Mr. Fitzpatrick: | Mike Fitzpatrick, agency attorney, NYPD. |
| 9 | Mr. Sanchez: | Thanks Mike. And the -- the team you gonna go ahead and |
| 10 | | introduce yourselves here. |
| 11 | Mr. Brunsden: | Sure, I'll start. Andrew Brunsden, Inspector General. |
| 12 | Mr. Tellet: | Chris Tellet, Assistant General Counsel. |
| 13 | Mr. Richardson: | Justin Richardson, Senior Policy Analyst. |
| 14 | Mr. Garcia: | Michael Garcia, Assistant Inspector General. |
| 15 | Ms. Charles: | Mariah Charles, Confidential Investigator. |
| 16 | Mr. Sanchez: | Thank you. Alright. Chief, I'm gonna read the -- I think everyone |
| 17 | | is there. This statement is being taken by the Department of |
| 18 | | Investigation of the City of New York, pursuant to Chapter 34 of the |
| 19 | | New York City Charter. You're going to be asked a number of |
| 20 | | specific questions concerning the performance of your official |
| 21 | | duties. You have the option to remain silent, although you may be |
| 22 | | subject to removal from your employment with the City, if you fail |
| 23 | | to answer material or relevant questions related to performance of |
| 24 | | your duties as an employee. The answers you furnish and any |
| 25 | | information or evidence resulting therefrom may be used in the |

| | | |
|---|---|---|
| 1 | | course of civil or administrative proceedings. Neither your |
| 2 | | statements nor any information or evidence derived therefrom will |
| 3 | | be used against you in a subsequent criminal prosecution other than |
| 4 | | for perjury or contempt arising from such testimony. If at any time |
| 5 | | during the interview you wish to consult with your attorney, just say |
| 6 | | so, and we'll give you an opportunity to do so privately. Chief, do |
| 7 | | you acknowledge everything I've just read? |
| 8 | Chief Lehr: | Yes. |
| 9 | Mr. Sanchez: | Thank you, chief. Okay. We're going to go ahead and administer the |
| 10 | | oath. Can you raise your right hand, please. Do you solemnly swear |
| 11 | | or affirm that the statements you're about to make in this |
| 12 | | investigation are the truth, the whole truth, and nothing but the truth? |
| 13 | Chief Lehr: | Yes. |
| 14 | Mr. Sanchez: | Thank you. We'll begin.  Chief, we're here today pursuant to |
| 15 | | Executive Order 58, where the Mayor has directed the Department |
| 16 | | of Investigation and Corp. Counsel to conduct an independent |
| 17 | | investigation into the enforcement actions by -- by New York City |
| 18 | | Police Department, related to protest activities.  In the course of our |
| 19 | | investigation, we have conducted several interviews, and we |
| 20 | | requested documents from NYPD, you know, pursuant to this |
| 21 | | executive order.  And we have conducted interviews of both |
| 22 | | Members of the Service and folks outside of the department.  The |
| 23 | | purpose of this interview is to help us contextualize the information |
| 24 | | we learned from those interviews and from the documents we |
| 25 | | reviewed specific to the NYPD's response to the Floyd protests. |

| | | |
|---|---|---|
| 1 | | And, you know, we're here to learn from you -- you know to get |
| 2 | | sense of your vantage point as the Commanding Officer of -- of |
| 3 | | Patrol Borough Bronx. Chief, I ask that you please keep in mind |
| 4 | | that as we're asking you questions, you know, please try to state the |
| 5 | | basis of your knowledge. In other words, if you have, you know, |
| 6 | | first hand direct knowledge of something, or, if it's something you |
| 7 | | heard -- overheard from other officers, you both are important to us. |
| 8 | | Also, I ask that you help distinguish if the answers you're providing |
| 9 | | to certain questions are your position, your opinions, or if's the |
| 10 | | Department's position or the Department's stance on something. |
| 11 | | Also, both are important to us. And just to give you a general sense |
| 12 | | of the format, we have questions broken down in different |
| 13 | | categories. Such as training, such as intel, things like that. And I'm |
| 14 | | gonna turn to the team as soon as I'm done with those questions, per |
| 15 | | section, I'm gonna turn to the team and see if they have any follow- |
| 16 | | up questions. It seems to be a useful format, preventing us from, |
| 17 | | you know, spending a lot of time at the end with follow-up question, |
| 18 | | so. |
| 19 | Chief Lehr: | That's fair to understand. |
| 20 | Mr. Sanchez: | Chief, I'm gonna get started. How long have you been employed by |
| 21 | | the NYPD? |
| 22 | Chief Lehr: | I'm approaching my 34th anniversary. |
| 23 | Mr. Sanchez: | And when were you promoted to Chief -- Assistant Chief? |
| 24 | Chief Lehr: | In December of -- of 2019. |

| | | |
|---|---|---|
| 1 | Mr. Sanchez: | Okay. And what were your assignments at the NYPD prior to this |
| 2 | | promotion? |
| 3 | Chief Lehr: | Okay. So my current assignment is Patrol Borough of -- |
| 4 | | Commander in the Bronx. Prior to that, I spent five years as the |
| 5 | | Commanding Officer of the Fugitive Enforcement Division. Before |
| 6 | | that, I was the Commanding Officer of the 67 Precinct in East |
| 7 | | Flatbush. Before that, I was the Commanding Officer of the 9th |
| 8 | | Precinct in Alphabet City. Before that, I was the Commanding |
| 9 | | Officer of Transit District 33 in Brownsville. Before that, I was a |
| 10 | | lieutenant in Borough Park, Brooklyn, in the 66. Before that, I was |
| 11 | | a sergeant in the 114th Precinct, in Astoria. Before that, I was a |
| 12 | | police officer for 10 years in the 61 Precinct, in Sheepshead Bay |
| 13 | | Brooklyn. |
| 14 | Mr. Sanchez: | You did everything. |
| 15 | Chief Lehr: | A little bit. |
| 16 | Mr. Sanchez: | Thank you, chief. I really appreciate that. What precincts comprise |
| 17 | | Patrol Borough Bronx? |
| 18 | Chief Lehr: | So, Patrol Borough Bronx has a total of twelve precincts, including |
| 19 | | the 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50 and the 52. |
| 20 | Mr. Sanchez: | Thank you, chief. And do you have an approximate -- how many |
| 21 | | officers are assigned over at Bronx? |
| 22 | Chief Lehr: | So, we have -- it should be more than about 2800 police officers in |
| 23 | | the Bronx. If you were to include lieutenants and sergeants, we're |
| 24 | | at about 30 -- just over 3200 uniformed members, available to the |
| 25 | | precinct's flow of patrol. |

| | | |
|---|---|---|
| 1 | Mr. Sanchez: | Okay, chief, I'm sorry to interrupt you, just to clarify, that the folks that are conducting these canvases are the business owners themselves? |
| 4 | Chief Lehr: | Correct. |
| 5 | Mr. Sanchez: | Thank you. |
| 6 | Chief Lehr: | Correct. So now we're -- we're gearing up for the event which is scheduled for 6:30 pm, 1830 hours military time. As the event start, as the crowd starts to grow, there is an arrest made at 20 minutes after 5, 1720 hours, on 149th Street between Courtlandt and Morris, which is one block off of Third Avenue, Courtlandt, Morris. So, while people are gathering a block away, this is an area where we will be staging police officers too, just so we -- 'cause it's a tight area, if you look at the street square for the Hub, it's not wide like Fordham Road, it's much -- it's like a spider web almost, a little bit so, and the blocks are much more narrow and the bus, and there are bus routes and everything else, so to -- for us to get our personnel there we -- and we didn't want them right on top of the protestors so we spread them out. You know where they would do report, so there wouldn't be too many in one spot. So we wind up making a gun arrest, a loaded 357 magnum revolver, one block off at 5:20 at night, 1720 hours. At 6:30 at night, 1830 hours on the corner of 149th Street and, what is it, and Brook -- 149th Street and Brook -- narcotics. I believe it was a narcotics personnel engaged in a car stop and then it recovered an accelerant, I believe it was gasoline. I didn't -- but it's definitely an accelerant where they arrest three |

1     people from Brooklyn and Queens, the Bushwick Glendale border,
2     Ridgewood border. They -- in police terms it would be the conf--
3     the border of the 83, 104 Precincts in Brooklyn North and Queens
4     North, in possession of an accelerant, I believe it was gasoline. They
5     questioned one of the individuals who freely admits, "Yeah, we're
6     going to use it to burn -- to burn stuff." And he was also in
7     possession of a hammer, which he said, "Yeah, this is -- this is to
8     protect me and -- and basically prevent people from being arrested."
9     Basically, similar, I'm paraphrasing. But for basically the arrest
10    strike -- basically, support also, or strengthen the theory that people
11    were going to be involved in maybe, you know, serious de-arrest
12    activities. That's basically on his statement. So, we have the
13    experience of June 1st on Fordham Road, then we have the recovery
14    of the contraband in the form of bricks and broken cinder blocks,
15    then we have the firearm recovered, we have the gasoline recovered.
16    We have all the intel glorifying fires and burning stuff down. So,
17    that's what we had going into June 4th. Basically, substantiated
18    levels of incremental -- substantiation of all the threats and promises
19    that people who have violent histories or organizations, not
20    everybody, but people -- there were people in that group that clearly
21    were committed to causing destruction in the South Bronx, as I said,
22    the only commercial district or the commercial district for the South
23    Bronx, one of the poorest communities in the entire country. And
24    it's the Police Department's responsibility to try and prevent that.

| | | |
|---|---|---|
| 1 | Mr. Sanchez: | Chief, thank you for that. I really appreciate your expanding that. |
| 2 | | Now you mentioned speaking to the stakeholders, and you |
| 3 | | mentioned Vanessa Hicks and another respond -- was that around |
| 4 | | June 2nd? |
| 5 | Chief Lehr: | Yeah. |
| 6 | Mr. Sanchez: | Did you speak to them? |
| 7 | Chief Lehr: | I can't say Vanessa specifically, I believe so. But definitely text |
| 8 | | messages back and forth. I did though, definitely, have direct |
| 9 | | conversations with Reuben Diaz, Jr., multiple, both in the form of |
| 10 | | conversations and text messages. The same goes for Darcel Clark |
| 11 | | the District Attorney, multiple texts and conversations between June |
| 12 | | 1st and June 4th. |
| 13 | Mr. Sanchez: | And aside from -- |
| 14 | Chief Lehr: | In addition to that, at the precinct level, Rob Gallatelli, the CO of |
| 15 | | the 40 was in contact with Salamanca and Ayella, the two City |
| 16 | | council members from the South Bronx, in regard to pleading to not |
| 17 | | let the -- the Hub have the same fate as Fordham Road. |
| 18 | Mr. Sanchez: | Thank you. Were there any other stakeholders aside from those that |
| 19 | | you mentioned and Michael Brady? |
| 20 | Chief Lehr: | Well, yeah, Wilma Alonso is the -- is the -- is the big Executive |
| 21 | | Director on Fordham Road. So, obviously she was devastated by |
| 22 | | what happened. She is the Executive Director up there. They were |
| 23 | | all devastated. So, I mean, you know, I was in a position where the |
| 24 | | conversation with her was about like how do we move forward, like |
| 25 | | how do I move forward, what else can be done, you know, to help |

|    |              |                                                                                      |
|----|--------------|--------------------------------------------------------------------------------------|
| 1  |              | them. they wanted to restore, they wanted us to restore confidence                   |
| 2  |              | up there and, you know, have a strong police presence which we                       |
| 3  |              | worked with her through -- since, ever since. And, in fact, the police               |
| 4  |              | commissioner was -- was on a tour going borough to borough with                      |
| 5  |              | Chief Holmes, basically like, not quite Townhalls, but it was                        |
| 6  |              | basically for -- trying to get a feel for the community and what was                 |
| 7  |              | important to them, and at that particular -- it was last month, several              |
| 8  |              | weeks ago, and Wilma was there, and got an opportunity to ask                        |
| 9  |              | questions and what did she ask for? More police, can we please                       |
| 10 |              | have more police? So, you know, the dialogues have been ongoing.                     |
| 11 |              | You know --                                                                          |
| 12 | Mr. Sanchez: | Appreciate it. Before we start to discuss June 4th in -- in more detail,        |
| 13 |              | I wanted to see if the team had any follow up questions.                             |
| 14 | Mr. Tellet:  | You mentioned that after the canvass they had found some                             |
| 15 |              | additional stock piles, were these on roofs, on streets, where were                  |
| 16 |              | these stockpiles?                                                                    |
| 17 | Chief Lehr:  | But it was down -- it was on the street.                                             |
| 18 | Mr. Tellet:  | And they were like mostly bricks or -- or what?                                      |
| 19 | Chief Lehr:  | I was told bricks and broken cinder blocks. Broken-up cinder                         |
| 20 |              | blocks.                                                                              |
| 21 | Mr. Tellet:  | And, do you have any idea of how many business owners found                          |
| 22 |              | these, is it like single-digits, double-digits?                                      |
| 23 | Chief Lehr:  | Well, I -- that I don't know, but that I can find out. We could ask                  |
| 24 |              | that question. I know the people who gave us that information. Oh,                   |
| 25 |              | Rob Gallatelli got that information, I got it from him. But what I                   |