UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re: New York City Policing During Summer         :     ORDER REGARDING
2020 Demonstrations                                                      RULE 30(b)(6)
                                                                                  DEPOSITIONS
                                                                          :     20 Civ. 8924 (CM) (GWG)
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      In light of a telephonic application that was made to the Court this morning in relation to a deposition held today, the Court issues this Order to emphasize that any disagreement about the proper scope of Rule 30(b)(6) topics at a deposition must be brought to the Court's attention well in advance of the deposition and in accordance with paragraph 2.A of the Court's Individual Practices.

      SO ORDERED.

Dated: April 12, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge