UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re: New York City Policing During Summer  :  ORDER
2020 Demonstrations
                                                                                  20 Civ. 8924 (CM) (GWG)
                                                                :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     The plaintiffs' application in Docket # 924 will be addressed at a telephone conference on <u>Wednesday, April 19, 2023, at 3:30 p.m.</u>  The defendants are directed to ensure the attendance at the conference (for purposes of consulting with defendants' counsel in responding to questions from the Court) of the person referred to in Docket # 925 as the "essential" member of the NYPD "with whom defendants need to confer with . . . to properly respond to plaintiffs' letter motion."

     To dial into the telephone conference, the attorneys should use the number they were previously provided.  The public may listen to the conference by dialing 877-810-9415 and using access code: 4086346.  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.  Only one attorney for plaintiffs and one attorney for defendant will be permitted to address the Court with respect to this dispute.  When addressing the Court, counsel must <u>not</u> use a speakerphone.  Each attorney is directed to ensure that all other attorneys on the case are aware of the conference date and time.

     SO ORDERED.

Dated: April 17, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge