

April 19, 2023

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

By Electronic Filing.

  Re: <u>In re: New York City Policing During Summer 2020 Demonstrations,</u>
     1:20-CV-8924 (CM) (GWG) — This Letter Relates to All Cases

Dear Judge Gorenstein:

  I write on behalf of Plaintiffs in this case, pursuant to Dkt. No. 490, to provide a proposed Order regarding a specific, missing IAB file.

  Per Dkt. No. 490, the parties have exchanged several versions of this order, and the attached version has the approval of all parties. Thus, we ask the Court to enter the attached Proposed Order "as an order of the Court." Dkt. No. 490 ¶ b.

  As always, we thank the Court for its continued time and attention.

                   Respectfully submitted,

                    /s/
                   _____
                    J. Remy Green
                      *Honorific/Pronouns: Mx., they/their/them*
                    **COHEN&GREEN P.L.L.C.**
                    *Attorneys for Sow Plaintiffs, on behalf of all Plaintiffs*
                    1639 Centre St., Suite 216
                    Ridgewood, New York 11385

Enclosure.

cc:
All relevant parties by electronic filing.