UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re: New York City Policing During Summer  :  ORDER
2020 Demonstrations                                                       20 Civ. 8924 (CM) (GWG)
                                                                        :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     Defendants shall immediately run a search through their IAB database for all individuals scheduled to be deposed as of today and shall produce all IAB files that involve incidents occurring during protests arising from the "Amended Schedule A." The full investigative files (including all documents in IAB's possession with regard to that investigation) shall be produced. These files/documents shall be produced at least one week before the date of deposition. With respect Sgt., Saturnin and Chief Conforti (if he is a Rule 30(b)(1) witness), the files/documents shall be produced by Friday April 21, 2023.

     Defendants shall arrange for a meeting to occur on Friday, April 21, 2023, between plaintiff's counsel and an individual with personal knowledge and experience in using (including searching) databases to search for IAB records.

     Plaintiffs shall provide a listing of 10 IAB log numbers to defendants. Defendants shall determine whether all documents have been produced as to those log numbers and, if not, shall provide a full production within five business days of the date defendants were given the log numbers. On the same date, the defendants shall provide a sworn statement to plaintiffs as to how long it takes to make that determination and produce missing materials (if any)

     The parties may extend or change these dates by mutual written agreement and without Court Order.

     SO ORDERED.

Dated: April 19, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge