UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re New York City Policing During Summer 2020 Demonstrations*<br><br>This document relates to:<br>   *All Cases* | 20-cv-08924 (CM) (GWG)<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that: (1) Defendants shall produce the full file for IAB Case No. 2020-14270; (2) Defendants shall exercise best efforts to produce that file on or before April 25, 2023; (3) If Defendants cannot produce that file on or before April 25, 2023, then Defendants shall specify a date certain for production by April 25, 2023, and the date certain shall be deemed incorporated in this order. The date certain for production may be extended by application showing good cause or agreement of the parties.

*[signature: Gabriel W. Gorenstein]*

_____
Hon. Gabriel W. Gorenstein
United States Magistrate Judge

April 20, 2023