

| | | |
|---|---|---|
| **SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK , NEW YORK 10007 | Peter Scutero<br>*Senior Counsel*<br>pscutero@law.nyc.gov<br>Phone: (212) 356-2332<br>Fax:  (212) 356-1148 |

April 21, 2023

**By ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
To All Counsel of Record

   In Re: *New York City Policing During Summer 2020 Demonstrations*
    20 Civ. 8924 (CM)(GWG)
    This filing is related to all cases

Your Honor:

   I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and one of the attorneys assigned to the defense of the above-referenced matter. Pursuant to Rule 2.B. of the Court's Individual Practices, defendants write, with plaintiffs' consent, to notify the Court that the parties have agreed to changing the briefing schedule for plaintiffs' preclusion motion (Docket #s 931 – 933). The parties agreed to extend the deadline for response and opposition to the motion to May 9, 2023 and the deadline for a reply to May 16, 2023.

   Thank you for your time and attention to this matter.

                 Respectfully submitted,

                 *Peter Scutero /s*

                 *Senior Counsel*
                 Special Federal Litigation Division

cc: ALL COUNSEL (via ECF)