UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations | **MOTION TO WITHDRAW**  20 Civ. 8924 (CM) (GWG) |

------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that Daniel Braun hereby withdraws as counsel in the above-captioned consolidated litigation. After April 21, 2023, I will no longer be associated with the Corporation Counsel of the City of New York

Dated: New York, New York
April 21, 2023

Respectfully submitted,

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

By:  /s/ *Daniel Braun*
Daniel M. Braun
Senior Counsel
Special Federal Litigation Division