

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/23

April 21, 2023

**Via ECF**
The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

4/24/23
OK
[signature: Colleen McMahon]

    Re:    *In re: New York City Policing During Summer 2020 Demonstrations,*
             No. 20-CV-8924
             *This Filing is Related to Payne v. de Blasio*

Dear Judge McMahon:

       We represent the Plaintiffs in *Payne v. de Blasio* and write respectfully with consent of Defendants and Intervenor-Defendants in the consolidated actions to request that the Court issue an order granting the *Payne* Plaintiffs permission to file a Corrected Second Amended Complaint. A Second Amended Complaint was filed on consent at ECF Dkt. No. 938. However, in Paragraphs 19 and 20 of the Second Amended Complaint, we inadvertently neglected to remove the official capacity claims against Defendants Bill de Blasio and Terence Monahan in accordance with the Court's Memorandum Decision and Order Granting in Part and Denying in Part Defendants' Motion to Dismiss the Amended Complaints, dated July 9, 2021 (ECF Dkt. No. 105). The Clerk's office instructed us to draft a letter asking for the Court's permission to file a Corrected Second Amended Complaint. Along with this letter, we are filing a copy of the proposed Corrected Second Amended Complaint we intend to file (Exhibit A), and the consent of Defendants and Intervenor Defendants (Exhibits B-E).

Respectfully submitted,

| NEW YORK CIVIL LIBERTIES UNION FOUNDATION | THE LEGAL AID SOCIETY |
|---|---|
| By: *s/Jessica Perry* <br> Jessica Perry <br> Molly K. Biklen <br> Daniel R. Lambright <br> Robert Hodgson <br> Veronica Salama <br> Lisa Laplace <br> Christopher T. Dunn <br> 125 Broad Street, 19th Floor <br> New York, NY 10004 <br> (212) 607-3300 <br> jperry@nyclu.org <br> mbiklen@nyclu.org <br> dlambright@nyclu.org <br> rhodgson@nyclu.org <br> llaplace@nyclu.org <br> cdunn@nyclu.org | By: *s/ Corey Stoughton* <br> Corey Stoughton <br> Jennvine Wong <br> Rigodis Appling <br> Paula Garcia-Salazar <br> 199 Water Street <br> New York, NY 10038 <br> (212) 577-3367 <br> cstoughton@legal-aid.org <br> jwong@legal-aid.org <br> rappling@legal-aid.org <br> pgarciasalazar@legal-aid.org |

*Attorneys for the Payne Plaintiffs*

Cc: All counsel of record

2