# EXHIBIT A

| From: | Robinson, Amy (LAW) |
| To: | Payne Litigation Team; Sow-Legal; Andrew Stoll; Wood; AG-NYPDLitigation; Hernandez Team; GrayLegalTeam@dwt.com |
| Cc: | Weiss, Dara (Law); Nelson, Genevieve (Law); Weng, Jenny (Law) |
| Subject: | Deposition Schedule |
| Date: | Friday, January 21, 2022 6:53:23 PM |
| Attachments: | Depostion Schedule_1-21-22.pdf |
| | Depostion Topic List_1-21-22.pdf |

Counsel,

Please see attached deposition schedule and chart of witnesses per topic.

First, given the 2-day requirement for many witnesses, we cannot fit into the schedule all of the witnesses before the April 22nd deadline without double and triple tracking, which we know plaintiffs want to avoid.  Both sides need an extension of the deadline.

Second, we are seeking to designate one of the fact witnesses as a 30(b)(6) witness, but this witness is retired, and we were not able to confirm their consent to be so designated by today.  We expect to have that confirmation shortly.

Regards,

Amy Robinson
Senior Counsel
New York City Law Department
Special Federal Litigation Division
100 Church Street
New York, NY 10007
(212) 356-3518
arobinso@law.nyc.gov

---

**From:** Amy Robinson <arobinson58@nyc.rr.com>
**Sent:** Friday, January 21, 2022 6:43 PM
**To:** Robinson, Amy (LAW) <arobinso@law.nyc.gov>
**Subject:** [EXTERNAL] Emailing: Depostion Schedule_1-21-22, Depostion Topic List_1-21-22

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@cyber.nyc.gov as an attachment (Click the More button, then forward as attachment).

Your message is ready to be sent with the following file or link attachments:

Depostion Schedule_1-21-22
Depostion Topic List_1-21-22

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

**IN RE:  NEW YORK CITY POLICING SUMMER 2020 DEMONSTRATIONS**
**HIGH-RANKING/30(b)(6) DEPOSITION TOPICS**

| TOPIC | WITNESS |
| --- | --- |
| 1 | Michael Baker |
| 6 | Stephen Hughes |
| 7 | Dean Fuleihan |
| 8 | Various Identified 30(b)(6) Witnesses |
| 9 | Gerard Dowling/David Miller/Carrie Talansky |
| 10 | Gerard Dowling/David Miller |
| 11 | James Khan |
| 12 | Thomas Galati |
| 13 | Edward Mullane/Gerard Dowling/Carrie Talansky |
| 14 | Carrie Talansky/Christopher Czark |
| 15 | Carrie Talansky/Stephen Hughes |
| 16 | Gerard Dowling/David Miller |
| 17 | Lauren Foster |
| 18 | Lauren Foster |
| 19 | Michael Baker |
| 20 | John Kanganis |
| 21 | John Kanganis |
| 22 | Michael Baker |