# Exhibit D

```
                                          Page 16
 1                  J. KANGANIS
 2      Q.    Did you speak with your
 3  attorneys in preparation for this
 4  deposition?
 5              MR. MARTS:  Objection.
 6              Inspector, you can answer the
 7        question, but do not discuss any
 8        attorney/client communications that
 9        we had.
10      A.    Yes.
11      Q.    And who did you speak with?
12      A.    Mr. Marts and another attorney
13  from the Law Department.
14      Q.    Did you meet in person, or did
15  you talk through some other means?
16      A.    We met over Teams.
17      Q.    How many times?
18      A.    Approximately about six.
19      Q.    For approximately how long was
20  each of those meetings?
21      A.    From an hour and a half to two
22  hours.
23      Q.    Was anyone else present for the
24  conversation other than Mr. Marts and the
25  other attorney from the Law Department?
```

Page 17

                    J. KANGANIS

1    A.    Pete Callaghan from PALS was on

2  the call and attorneys from the Law

3  Department.

4    Q.    No one else?

5    A.    That's it.

6    Q.    Have you discussed this

7  deposition with anyone other than those

8  attorneys?

9    A.    No.

10        MS. BULL:  I'm going to show

11     our first exhibit which will be

12     marked Kanganis 1.

13        (Whereupon, the aforementioned

14     document was marked as Kanganis

15     Exhibit 1 for identification as of

16     this date by the Reporter.)

17    Q.    Do you see the document on my

18  screen?

19    A.    Yes.

20    Q.    Do you recognize this document?

21    A.    I haven't seen it before, if

22  that's what you are asking.

23    Q.    It says, "Consolidated Notice

24  of Deposition Pursuant to Federal Rule of

Page 18

1                    J. KANGANIS

2    Civil Procedure 30(b)(6)" at the top;

3    correct?

4         A.    Yes.

5         Q.    And you've never seen it

6    before?

7         A.    No.

8         Q.    Do you understand today that

9    you are testifying on behalf of the City of

10   New York and the NYPD; correct?

11        A.    Yes.

12        Q.    And you understand that your

13   answers will be binding admissions on the

14   City of New York and the NYPD?

15        A.    Yes.

16        Q.    I'm going to show you topics 20

17   and topics 21 on page 16.

18              Have you seen the content of

19   those two paragraphs before?

20        A.    Yes.

21        Q.    Are those the topics that

22   you've been designated by the City of New

23   York and the NYPD to testify to today?

24        A.    Yes.

25        Q.    Are these the only topics that

```
                                         Page 19
 1                    J. KANGANIS
 2   you've been designated to testify on?
 3        A.    Yes.
 4        Q.    And are you knowledgeable about
 5   these topics?
 6        A.    Yes.
 7        Q.    What makes you knowledgeable
 8   about topics 20 and 21?
 9              MR. MARTS:  Objection.
10              You can answer.
11        A.    I was the point of contact for
12   the investigations conducted by outside
13   entities into the events of 2020, summer of
14   2020.
15        Q.    And those include the
16   investigations by the Department of
17   Investigation, the Law Department, and the
18   Attorney General's Office?
19        A.    Yes.
20        Q.    Does it include investigations
21   by any local district attorney's office?
22        A.    No.
23        Q.    Did it include the Civilian
24   Complaint Review Board investigations?
25        A.    Yes.
```

```
                                              Page 20

 1                      J. KANGANIS
 2        Q.     What makes you knowledgeable
 3   about the NYPD and City of New York's
 4   response, coordination, and cooperation
 5   with any local district attorney's office?
 6        A.     I'm not aware of any
 7   investigation by a local district
 8   attorney's office into the events that are
 9   cited in the screen.
10        Q.     By the events cited in the
11   screen?
12        A.     The summer 2020 protest it
13   says.  I was not a point of contact.  They
14   had no interaction regarding whatever
15   investigation you are mentioning.
16        Q.     You personally are not aware of
17   any of those investigations you are saying?
18               MR. MARTS:  Objection.
19        A.     You mentioned the district
20   attorneys; right?  That's what you are
21   mentioning?
22        Q.     Yes.
23        A.     Yeah.  I'm not aware of any
24   investigation by the district attorney's
25   office into the police department's
```

```
                                          Page 21
 1                    J. KANGANIS
 2    response to the events in the summer of
 3    2020.
 4        Q.    But you said before that you
 5    were knowledgeable about topic 20; correct?
 6        A.    Yes.
 7        Q.    Is that yes?
 8        A.    Yes.
 9        Q.    What makes you knowledgeable
10    about the NYPD and the City of New York's
11    response, coordination, and cooperation
12    with investigations by any local district
13    attorney's office?
14             MR. MARTS:  Objection.
15             You can answer.
16        A.    I think I just answered that.
17    I'm not aware of any investigation into the
18    summer 2020 protests by the local district
19    attorney's office.
20        Q.    So you're not knowledgeable
21    about that topic?
22             MR. MARTS:  Objection.
23             Asked and answered.
24             MS. BULL:  Are you instructing
25        him not to answer?
```

                          J. KANGANIS

1
2               MR. MARTS:  Objection.  Asked
3          and answered.
4               MS. BULL:  Please answer the
5          question, Deputy Inspector.
6          A.     The answer is I'm not aware of
7     any investigation by any local district
8     attorney's office into the City of New York
9     and the police department's response to the
10    summer 2020 protests.
11         Q.     Did you read or review any
12    materials in preparing to testify today
13    about topics 20 and 21?
14         A.     Yes, I did.
15         Q.     What materials?
16         A.     I read the reports issued by --
17    the preliminary report by your office, the
18    DOI report, the Law Department report, the
19    CCRB report.
20         Q.     Which CCRB report?
21         A.     The one regarding -- I think it
22    was issued in early 2023.
23         Q.     Any other materials?
24         A.     The tracking sheet that I
25    reviewed.

Page 23

```
 1                   J. KANGANIS
 2      Q.    Was that the tracking sheet
 3 related to the Department of Investigations
 4 investigation?
 5      A.    I believe so.
 6      Q.    Any other documents?
 7      A.    Confidentiality agreement
 8 between the NYPD and DOI.
 9      Q.    Has that document been produced
10 in this litigation, to your knowledge?
11      A.    I don't know.
12           MS. BULL:  If not, we would
13        call for production of that document.
14           MR. MARTS:  Please follow up in
15        writing.
16           We will take it under
17        advisement.
18      Q.    Any other documents that you
19 reviewed in preparation for the deposition
20 today?
21      A.    I reviewed a memo that was
22 written in response to the CCRB report.  It
23 was written by Commissioner Talansky.
24      Q.    Was that the NYPD's formal
25 response to the CCRB 2020 report that you
```

```
                                    Page 28
 1                    J. KANGANIS
 2   attorney's offices decisions to decline or
 3   dismiss prosecution of protesters?
 4         A.    I read the Vance document that
 5   I spoke about earlier, Officers D'Andraia
 6   and Michael Sher, no e-mails, no
 7   communications regarding declining of
 8   prosecutions of protesters.
 9         Q.    Have you listened to any audio
10   recordings in preparation for the
11   deposition today?
12                MR. MARTS:  Objection.
13                Scope.
14                You can answer.
15         A.    The only video that I watched
16   was de Blasio's video which is at the top
17   of the screen right now.
18         Q.    Have you looked at any
19   photographs in preparation for the
20   deposition?
21                MR. MARTS:  Objection.
22                Form.
23                You can answer.
24         A.    No.
25         Q.    Did you remember anything after
```

```
                                    Page 29
 1                  J. KANGANIS
 2   reviewing these materials that you did not
 3   remember before?
 4              MR. MARTS:  Objection.
 5              You can answer.
 6       A.    I mean it refreshed my
 7   recollection because, you know, it's almost
 8   three years since the events and it's, you
 9   know, it's almost -- it's more than two
10   years since the reports.  So it brought
11   things, you know, to the surface; it helped
12   clarify things.
13       Q.    Anything else that you remember
14   reviewing in preparation for today that you
15   haven't already specified?
16       A.    That's, you know -- I pretty
17   much told you everything that I reviewed
18   that I can remember.
19              MS.  BULL:  Okay, I'm going to
20         stop sharing my screen.
21       Q.    Other than what you've said
22   before, did you speak with anyone other
23   than your attorney in preparation for this
24   deposition?
25              MR. MARTS:  Objection.
```

```
                                            Page 30
 1                    J. KANGANIS
 2              Asked and answered.
 3        A.    The answer is no.
 4        Q.    Was there anyone that you tried
 5   to speak with in preparation for the
 6   deposition who you were unable to speak
 7   with?
 8              MR. MARTS:  Objection.
 9        A.    No.
10        Q.    Did you conduct any other
11   research in preparation for the deposition?
12        A.    No.
13        Q.    Is there any employee of the
14   City of New York who is more knowledgeable
15   about topics 20 or 21 than you are?
16              MR. MARTS:  Objection.
17              You can answer.
18        A.    I don't think so.
19        Q.    Who else might be knowledgeable
20   about these topics?
21              MR. MARTS:  Objection.
22        A.    The only person I can think of
23   would be Inspector Morrow who was the
24   commanding officer during this time.
25        Q.    Commanding officer of --
```

```
                                          Page 87
 1                    J. KANGANIS
 2        A.      No.
 3               MR. MARTS:  Objection.
 4               Please note my objection for
 5          the record.
 6        Q.    Were you a member of any group
 7    chats during that period of the protests in
 8    2020?
 9               MR. MARTS:  Objection.
10        A.    Yes.
11        Q.    In any of those group messages
12    with other NYPD employees, did anyone
13    discuss the Queens district attorney's
14    announcement to not prosecute protest
15    cases?
16               MR. MARTS:  Objection to form
17          and scope.
18        A.    I don't remember any such
19    discussions.
20        Q.    So when you said that you're
21    not aware of any complaints from officers,
22    were you saying that you definitively did
23    not know of any complaints from officers or
24    are you just saying you don't recall any
25    complaints from officers?
```

```
                                              Page 88

   1                       J. KANGANIS

   2              MR. MARTS:  Objection to form

   3        and scope.

   4              You can answer.

   5        A.    I don't remember any complaints

   6   from officers regarding these decisions not

   7   to prosecute.

   8        Q.    And on behalf of the City of

   9   New York, are you able to answer the

  10   question definitively that the NYPD did not

  11   receive complaints from officers following

  12   the announcements by the district attorney

  13   offices?

  14              MR. MARTS:  Objection to form

  15        and scope of the question.

  16              You can answer, Inspector.

  17        A.    I'm not prepared to answer that

  18   question.

  19        Q.    In the future, Deputy

  20   Inspector, I'm going to ask that if you're

  21   not prepared to answer the question or you

  22   don't know the answer to the question that

  23   you say that instead of answering in the

  24   negative.

  25              I'm going to show you what will
```

```
                                        Page 89
 1                  J. KANGANIS
 2   be marked as Kanganis 6.
 3             (Whereupon, the aforementioned
 4        document was marked as Kanganis
 5        Exhibit 6 for identification as of
 6        this date by the Reporter.)
 7             MS. BULL:  Is it has the Bates
 8        stamp DEF_000031229 through 230.
 9        Q.    Do you see the document on my
10   screen that says "finest message" on the
11   top?
12        A.    Yes.
13        Q.    Do you recognize this document?
14        A.    I know what it is.  So I
15   recognize it as to what it is, yes.
16        Q.    Have you seen it before?
17        A.    Well, it's an administrative
18   bulletin.  It probably came across my
19   phone, so I probably did see it before.
20        Q.    I will just let you read the
21   first page.
22             Let me know when you are
23   finished.
24        A.    Okay, I'm done.
25        Q.    Does reading that refresh your
```

```
                                              Page 90
 1                    J. KANGANIS
 2   recollection  as  to  whether  you've  seen  this
 3   document before?
 4        A.    No.
 5        Q.    The document is dated June 5,
 6   2020, 19:55; correct?
 7              MR. MARTS:  Objection.
 8              You can answer.
 9        A.    Yeah.  That's the time it was
10   sent out.
11        Q.    So who was involved in the
12   creation of this document?
13              MR. MARTS:  Objection.
14        A.    I'm not prepared to answer who
15   was involved in the preparation of the
16   document.
17        Q.    To whom was this message
18   disseminated?
19        A.    All commands.
20        Q.    Was that disseminated on the
21   same date that it was created?
22        A.    I can't speak to its creation.
23   Sent out June 5, 2020.
24        Q.    What is the source of the
25   information in this document about the
```

```
                                    Page 91

 1                   J. KANGANIS
 2   district attorney's offices?
 3        A.    I'm not prepared to answer that
 4   question.
 5             MR. MARTS:  Please note my
 6         objection.
 7        Q.    The message here specifically
 8   says, "despite this announcement, so long
 9   as probable cause exists, members of the
10   service will continue to make arrests for
11   unlawful assembly"; correct?
12        A.    That's what it says.
13             MR. MARTS:  Objection.
14             You can answer.
15        A.    Yes.
16        Q.    And does that sentence
17   accurately reflect the policy of the NYPD
18   at the time?
19             MR. MARTS:  Objection.
20             You can answer.
21        A.    Yes.
22        Q.    Was there any instruction or
23   guidance in this message as to what would
24   constitute probable cause for unlawful
25   assembly?
```

```
                                              Page 92

 1                     J. KANGANIS

 2               MR. MARTS:  Objection to form

 3       and scope.

 4               You can answer.

 5       A.    I think the document speaks for

 6  itself.

 7               So the answer to your question

 8  is no, I don't see any.

 9       Q.    Were there any separate

10  instructions or guidance provided to

11  officers as to what would constitute

12  probable cause for unlawful assembly?

13               MR. MARTS:  Objection to form

14       and scope.

15               You can answer.

16       A.    Not prepared to answer that

17  question.

18       Q.    Is it fair to assume that

19  officers would use documents such as those

20  that we discussed earlier including sample

21  narratives or quick reference guides?

22               MR. MARTS:  Objection to form

23       and scope.

24               You can answer.

25       A.    I'm not prepared to answer that
```

```
                                           Page 93
 1                   J. KANGANIS
 2   question.
 3        Q.    So why did the NYPD instruct
 4   officers to make arrests that the district
 5   attorney offices had said that they'll not
 6   prosecute?
 7             MR. MARTS:  Objection.
 8             Objection to form.
 9             You can answer.
10        A.    I'm not prepared to answer it.
11        Q.    Wouldn't this instruction that
12   they should continue to make arrests where
13   there is probable cause have the effect of
14   arresting individuals only for them to be
15   released without being charged?
16             MR. MARTS:  Objection to form
17        and scope.
18             You can answer.
19        A.    I'm not prepared to answer that
20   question.
21        Q.    And why does the finest message
22   say that we will make arrests for unlawful
23   assembly but it does not say arrest for
24   disorderly conduct?
25             MR. MARTS:  Objection to form
```

                        J. KANGANIS

 1

 2          and scope.

 3                  You can answer.

 4      A.      I'm not prepared to answer that

 5  question.

 6      Q.      It says in here that the Legal

 7  Bureau Criminal Section is the source of

 8  information for any questions about this

 9  message; right?

10      A.      Correct.

11      Q.      Is that a general phone number

12  for the Legal Bureau?

13      A.      Yes.

14      Q.      Who answers that phone number?

15              MR. MARTS:  Objection.

16              You can answer.

17      A.      An attorney who was on call

18  would answer calls to that number.

19      Q.      Did officers, in fact, contact

20  the Legal Bureau with questions about this

21  finest message?

22              MR. MARTS:  Objection.

23              You can answer.

24      A.      Not prepared to answer.

25      Q.      I'm going to go to page two of

```
                                      Page 95
 1                    J. KANGANIS
 2   this document.  It says "finest message" at
 3   the top.  Do you recognize this document?
 4        A.    Again, it's a finest message
 5   sent out on the same day, but it looks like
 6   ten minutes earlier than the one we just
 7   discussed.
 8        Q.    Other than the difference in
 9   the time, do you see a difference in this
10   message?
11              MR. MARTS:  Objection.
12              You can answer.
13        A.    The inclusion of disorderly
14   conduct.
15        Q.    In the subject line.
16        A.    Can you go back to the other
17   one because I think -- could you go down a
18   little more?  Is that the first one?
19        Q.    This is the first one.
20        A.    Okay.  Same subject line.
21        Q.    All right.  So there is a
22   different serial number and a different
23   time for this message; right?
24        A.    Correct.
25              MR. MARTS:  Please note my
```

```
 1                    J. KANGANIS
 2         objection for the record.
 3         Q.    But otherwise, would you agree
 4    there is no difference in the two messages?
 5         A.    Again, can you go back to the
 6    first one?  I didn't memorize the first
 7    one, so --
 8         Q.    We will save time.  I think the
 9    documents speak for themselves.
10         A.    Okay.
11         Q.    How do you explain why there
12    are two separate finest messages saying the
13    same thing?
14         A.    I'm not prepared to answer your
15    question.
16              MR. MARTS:  Please note my
17         objection to form and scope.
18         Q.    You said you're not prepared to
19    answer the question?
20         A.    That's correct.
21         Q.    I'm going to share another
22    exhibit.
23              MR. MARTS:  Just the quick
24         question.  Do you intend to take a
25         break any time soon?
```

```
 1                   J. KANGANIS
 2           MS. BULL:  If you need to take
 3       a break, we can take a break.
 4           MR. MARTS:  What is your plan
 5       in terms of lunch?  I just want to
 6       figure out the logistics.
 7           MS. BULL:  Let's go off the
 8       record for a second.
 9           MR. MARTS:  Thank you.  My
10       apologies.
11           MS. BULL:  Off the record.
12           (Whereupon, at 11:35 a.m., a
13       short recess was taken.
14           At 11:46 a.m., the deposition
15       resumed.)
16      Q.    Deputy Inspector, just one more
17  question going back to what we were talking
18  about before.
19           In any of the investigations
20  related to the NYPD's response to the 2020
21  protests, did any of those investigations
22  raise the issue of the use of prewritten
23  narratives for arrest reports?
24           MR. MARTS:  Objection to form
25       and scope.
```

```
 1                    J. KANGANIS
 2             You can answer.
 3      A.     The answer would be I don't
 4  remember that request coming in.
 5             I would have to look at the
 6  tracker to see if there was such a request.
 7  But as I stand right now, unless you have
 8  something to remind me that it did, my
 9  answer would be no.
10      Q.     So you're not prepared to
11  answer that question?
12             MR. MARTS:  Objection.
13      A.     I don't remember the tracker.
14  It's a large document.
15             I'm not to prepared to answer
16  it right now.
17      Q.     But I'm not talking about just
18  one tracker.  I'm talking about all of the
19  investigations that are part of the topic.
20             MR. MARTS:  Objection.
21             Asked and answered.
22             MS. BULL:  Okay.
23      Q.     You're not aware of that issue
24  being raised at all?
25      A.     I'm not prepared to answer the
```

```
                                          Page 99

  1                     J. KANGANIS
  2     question.
  3          Q.    I'm going to show you what will
  4     be marked Kanganis 7.
  5                (Whereupon, the aforementioned
  6           document was marked as Kanganis
  7           Exhibit 7 for identification as of
  8           this date by the Reporter.)
  9          Q.    Do you see the e-mail on my
 10     screen?
 11          A.    Yes, I do.
 12          Q.    I'm going to scroll through it.
 13     Let me know when you've read it.
 14          A.    I have read it.
 15          Q.    Do you recognize this document?
 16          A.    I recognize it as an e-mail
 17     between Chief Hughes and Commissioner
 18     Talansky, but I haven't seen it before.
 19          Q.    Have you seen the part of the
 20     e-mail is forwarding a message from DA?
 21          A.    Yes, I see.  I mentioned Vance
 22     earlier.  I've seen a press announcement or
 23     article or something.  I've seen that
 24     before.
 25          Q.    So that's the announcement by
```

```
                                          Page 100

 1                    J. KANGANIS
 2   the Manhattan district attorney declining
 3   to prosecute protest arrests?
 4        A.    Yes.
 5        Q.    In Steven Hughes' response to
 6   that e-mail, he has strong feelings
 7   surrounding the announcement?
 8              MR. MARTS:  Objection to form
 9        and scope.
10              You can answer.
11        A.    The e-mail speaks for itself.
12   It wasn't addressed me.  I didn't have any
13   conversations with him.
14        Q.    Did any others within the NYPD
15   share his views to your knowledge?
16              MR. MARTS:  Objection to form
17        and scope.
18        A.    There were no conversations
19   between me and other members of the police
20   department regarding this decision to, you
21   know, what Talansky states in his press
22   release.
23        Q.    And the Vance announcement is
24   dated June 5, 2020; correct?
25        A.    Yes, e-mail to his staff
```

1                    J. KANGANIS

2    apparently.

3         Q.    In the announcement it says

4    that the district attorney's office will

5    decline to prosecute unlawful and

6    disorderly conduct arrests; correct?

7              MR. MARTS:  Objection.

8              You can answer.

9         A.    I believe that's what it says.

10        Q.    Does NYPD or the City of New

11   York have an understanding as to why the

12   district attorney was not prosecuting those

13   two offenses?

14             MR. MARTS:  Objection.

15             Asked and answered.

16             You can answer.

17        A.    The rationale is in his

18   announcement.  Beyond that, the answer to

19   your question is no.

20        Q.    The announcement also says that

21   the office will evaluate and decline to

22   prosecute other protest-related charges

23   where appropriate; right?

24             MR. MARTS:  Objection.

25             You can answer.

```
 1                    J. KANGANIS
 2        A.    That's what it says.
 3        Q.    And the second paragraph
 4   explains that these offenses undermine the
 5   critical bonds between law enforcement and
 6   communities; right?
 7             MR. MARTS:  Objection.
 8             You can answer.
 9        A.    Yes.
10        Q.    And it specifically mentions,
11   quote, "police violence as a crime",
12   unquote?
13             MR. MARTS:  Objection to form
14        and scope.
15             You can answer.
16        A.    That's what it says.
17        Q.    What was the City of New York's
18   response to this reasoning for the district
19   attorney's decision?
20        A.    I'm not prepared to answer that
21   question.
22        Q.    What is the NYPD's
23   understanding as to whether there are any
24   specific examples of violence that
25   contributed to the district attorney's
```

Page 103

```
 1                    J. KANGANIS
 2    statement and decision?
 3              MR. MARTS:  Objection.
 4              You can answer.
 5         A.    I'm not prepared to answer.
 6         Q.    Does the NYPD or the City of
 7    New York agree or disagree that the
 8    prosecution of those offenses undermines
 9    critical bonds between law enforcement and
10    communities that they serve?
11              MR. MARTS:  Objection.
12              You can answer.
13         A.    Not prepared to answer.
14         Q.    On June 5, 2020, did the NYPD
15    have any security details within the
16    district attorney's offices?
17              MR. MARTS:  Objection to form.
18              You can answer.
19         A.    I don't know if on June 5th.
20              I know there were details
21    assigned to Manhattan district attorney's
22    office.
23         Q.    Prior to June 5, 2020, did the
24    NYPD have security details within the
25    district attorney offices?
```

```
 1                    J. KANGANIS
 2       A.    My understanding is yes, they
 3   had details assigned to the district
 4   attorney offices.
 5       Q.    Did the NYPD pull their
 6   security details out of the district
 7   attorney offices shortly after the
 8   announcement that those offices would
 9   decline to prosecute certain protest
10   offenses?
11             MR. MARTS:  Objection to form.
12             You can answer.
13       A.    At a point in time, the
14   personnel assigned to those details were
15   reassigned to enforcement duties as needed.
16       Q.    So the answer is yes.
17       A.    Can you repeat your question?
18       Q.    Did the NYPD pull their
19   security details out of the district
20   attorney offices shortly after the
21   announcement that they would decline to
22   prosecute certain protest arrests?
23             MR. MARTS:  Objection.
24             You can answer.
25       A.    I don't like your
```

```
 1                    J. KANGANIS
 2   characterization pulled.  They reassigned
 3   the personnel that were assigned to those
 4   offices to street -- to other duties.
 5        Q.    Who made those decisions?
 6        A.    I'm not prepared to answer
 7   that.
 8        Q.    Why did they make that
 9   decision?
10        A.    I can't answer that.
11        Q.    When was that decision made?
12        A.    I don't know the date.  I can't
13   tell you the date that it was made.
14        Q.    So you're not prepared to
15   answer that question?
16             MR. MARTS:  Objection.
17        A.    The date of the order, no, I'm
18   not prepared to answer that question.
19        Q.    Isn't it true that district
20   attorney offices were only informed mere
21   hours after their public announcement that
22   the details would be reassigned out of
23   their offices?
24             MR. MARTS:  Objection.
25             You can answer.
```

```
                                     Page 106
 1                    J. KANGANIS
 2       A.    I'm not prepared to answer.  I
 3   don't know when they were informed.
 4       Q.    I will show you what will be
 5   Kanganis 8.
 6            (Whereupon, the aforementioned
 7        document was marked as Kanganis
 8        Exhibit 8 for identification as of
 9        this date by the Reporter.)
10            MS. BULL:  This has the Bates
11        stamp DEF_000267108 through 111.
12       Q.    Do you see the document on my
13   screen?
14       A.    Yes.
15       Q.    Have you seen this document
16   before?
17       A.    Yes.
18       Q.    When did you see this document?
19       A.    Recently within the last week.
20       Q.    And it's a New York Times
21   article dated June 15, 2020?
22       A.    Yes.
23       Q.    The first paragraph says, "A
24   few hours after the Manhattan district
25   attorney announced he would not prosecute
```

```
                                        Page 132
 1                  J. KANGANIS
 2              What is the process for pulling
 3      out requests from the CCRB for other
 4      documents or records from the NYPD?  I am
 5      talking about the time frame of 2020
 6      protests.
 7          A.    Well, there was a CCRB liaison
 8      unit that would produce the documents.
 9      That was not something that came through
10      the Legal Bureau at the time.
11          Q.    Where were they housed within
12      the NYPD?
13          A.    They were housed in Internal
14      Affairs Bureau at the time.
15          Q.    You said, "at the time."  Has
16      that changed since then?
17          A.    I don't know it to be
18      different.
19          Q.    You're not really prepared to
20      answer that question though?
21              MR. MARTS:  Objection.
22          A.    I think I just answered it, but
23      I mean I said they were in IAB when they
24      were going on.  If you are saying where are
25      they right now, I can't -- I'm not prepared
```

```
 1                    J. KANGANIS
 2   to answer that question.
 3        Q.    How many people were in the
 4   CCRB Liaison Unit within IAB?
 5        A.    I don't know.
 6        Q.    Was there any time frame by
 7   which they had to fulfill requests for
 8   documents or records?
 9        A.    Not prepared to answer.  Not my
10   unit.
11        Q.    Did the NYPD members have any
12   obligation regarding CCRB investigations?
13              MS. BULL:  Objection.
14        A.    Our obligation is to cooperate
15   with the CCRB investigations and get them
16   what they need in a timely manner; if they
17   need to speak to the witnesses, notify the
18   witnesses so they can complete
19   investigations.
20        Q.    Were members of service
21   required to comply with requests to be
22   interviewed?
23        A.    They were notified to be
24   interviewed if CCRB requested them.  Were
25   they required is that -- yeah, they are
```

Page 134

```
 1                    J. KANGANIS
 2  required to report to CCRB.  And that's the
 3  question directly to their duties, yeah.
 4       Q.    What happens if someone refused
 5  to comply with an interview?
 6            MR. MARTS:  Objection.
 7            You can answer.
 8       A.    I don't remember the number of
 9  the interim order or the order that they
10  have in their favor, but they can compel
11  testimony.  And if you refuse to answer,
12  there is serious consequences up to and
13  including termination is my understanding.
14       Q.    When you say, "they," are you
15  saying NYPD can compel testimony?
16       A.    CCRB can compel testimony.
17       Q.    So would NYPD do anything to
18  ensure that members of service complied
19  with CCRB?
20       A.    We would make notifications to
21  the individual officers that they are to
22  report to a certain location, CCRB wants to
23  interview them.
24       Q.    But if they refuse to comply,
25  it would be up to CCRB to compel that
```

```
 1                    J. KANGANIS
 2       A.     Like a sealed record.  If
 3  somebody is, you know, somebody's case is
 4  sealed, we need a waiver to share the
 5  footage.  If somebody is a juvenile, we
 6  need a waiver to share that footage.  Those
 7  are the two most prevalent situations or
 8  examples.
 9       Q.     Who would need to provide the
10  waiver?
11       A.     CCRB would have to get it from
12  the complainant and give it to us.
13       Q.     So how would they get a verbal
14  waiver?
15       A.     Over the phone.
16              MR. MARTS:  Objection.
17              Outside the scope.
18              You can answer.
19       A.     At the time they were given
20  over the phone, and on the good-faith
21  representation we accepted those
22  representations from the CCRB.
23       Q.     Who made the decision to accept
24  verbal waivers?
25       A.     I made that decision.
```

1              J. KANGANIS

2      Q.    Why did you make that decision?

3      A.    Because we had a good

4  relationship with CCRB.  We had an open

5  dialogue, and we were working very well

6  together.

7            And that's what they needed to

8  get their job done, so that's what we did.

9      Q.    Any of the procedures that we

10 just talked about, did any of those

11 procedures change after the 2020 protest

12 period?

13     A.    There is -- there was a new

14 body-worn camera Patrol Guide procedure in

15 2020, but I don't know if they

16 incorporated.

17            I believe the verbal waiver

18 still exists, but I'm not certain of that

19 so I can't testify to the fact that it's

20 still in existence.  I believe it is, but

21 I'm not prepared to say for sure.

22     Q.    What was the change; did you

23 says body-worn camera Patrol Guide?

24     A.    Yes, Patrol Guide procedure was

25 expanded.  I'm not familiar with the

```
                                           Page 145
 1                    J. KANGANIS
 2   procedure.  I can't even give you the
 3   number.  But it is in the Patrol Guide, and
 4   I know it was changed in 2020.
 5          Q.    I'm going to show you what will
 6   be marked Kanganis 12.
 7               (Whereupon, the aforementioned
 8          document was marked as Kanganis
 9          Exhibit 12 for identification as of
10          this date by the Reporter.)
11               MS. BULL:  It has the Bates
12          stamp DEF_000175466 through 468.
13          Q.    Do you see the document that
14   says, "Investigations by Civilian Complaint
15   Review Board" on the top?
16          A.    Yes.
17          Q.    Do you recognize this document?
18          A.    Well, I recognize it to be a
19   Patrol Guide procedure.
20          Q.    Have you seen that before?
21          A.    I don't remember seeing it.
22   I've seen almost every Patrol Guide
23   procedure, but -- I'm sure I've seen it
24   before; I just don't remember what is in
25   it.
```

```
 1                    J. KANGANIS
 2        Q.    It says it's issued July 1,
 3   2020; right?
 4        A.    Yes.
 5        Q.    Does that mean that this is a
 6   new section or procedure in the Patrol
 7   Guide that wasn't in place before July 1,
 8   2020?
 9             MR. MARTS:  Objection.
10        A.    This particular procedure may
11   have been in existence prior to that, but
12   there is some change.  There may be some
13   change in it that wasn't reflected in the
14   prior procedure.
15        Q.    Was this section of the Patrol
16   Guide in place before July 1, 2020?
17        A.    I can't say for sure, so I'm
18   not prepared to answer your question.  I
19   believe it was, but I can't say for sure.
20             MS. BULL:  Well, if it was, we
21        will call for the production of that
22        section of the Patrol Guide.
23             MR. MARTS:  We ask that you
24        follow up in writing.
25             And we will take it under
```

                          J. KANGANIS

1                            

2          advisement.   Thank you.

3          Q.     What precipitated any revision

4     or creation of the Patrol Guide?

5          A.     I'm not prepared to answer.

6          Q.     Who made the decision to make

7     any revisions to the patrol guide?

8          A.     I'm not prepared to answer the

9     question.

10         Q.     Since July 1, 2020, has there

11    been any change to this procedure?

12         A.     I'm not prepared to give you an

13    answer to that question.

14         Q.     Does it seem important to you

15    that if you are going to be designated to

16    answer questions about CCRB investigations

17    to know the part of the Patrol Guide called

18    "Investigations by Civilian Complaint

19    Review Board"?

20              MR. MARTS:   Objection to the

21         form of the question.

22         A.     In 2021, my understanding was

23    you were going to ask me about the process

24    in June of 2020 and that time frame, and

25    I'm very prepared to speak about that.

```
                                        Page 160
 1                  J. KANGANIS
 2            MR. MARTS:  Please note my
 3         objection to the record.
 4            MS. BULL:  Off the record.
 5               (Whereupon, at 1:44 p.m., a
 6         short break was taken.
 7               At 1:53 p.m., the deposition
 8         resumed.)
 9            MS. BULL:  Just for the record,
10         I'm going to ask Janna if you could
11         read back the part of Deputy
12         Inspector's answer where he said he
13         was not a member of the agency at the
14         time.
15               (Whereupon, the referred to
16         answer was read back by the
17         Reporter.)
18      Q.    Do you have anything you want
19   to change or add to that response?
20      A.     I will add the following.
21           My recollection is that the
22   department's position was the way that CCRB
23   calculated the number of officers was
24   inaccurate.  They double counted to make
25   the count appear higher than it actually
```

```
 1                    J. KANGANIS
 2   was.
 3              And the second thing I recall
 4   an inaccuracy, the disposition, the
 5   investigation of the sub -- the
 6   substantiation by the CCRB after an
 7   investigation is not a final disposition
 8   until the -- if there is a hearing, a
 9   finding and the police commissioner makes a
10   final determination on that incident.
11              So that's where I point to
12   inaccuracies.
13        Q.    To confirm, despite the fact
14   that you're retired, you consented to speak
15   on behalf of the City of New York today;
16   correct?
17        A.    Yes.
18        Q.    And the CCRB is an entity
19   within the City of New York; correct?
20        A.    Yes.
21        Q.    And the memo that you're
22   talking about that was signed by Carrie
23   Talansky, who contributed to that memo?
24        A.    I'm not prepared to answer that
25   question.
```

```
 1                    J. KANGANIS
 2      Q.     Who directed that memo to be
 3  written?
 4      A.     I can't answer that question.
 5      Q.     And is it the City of New
 6  York's position that the CCRB issued an
 7  inaccurate report?
 8      A.     Yes.
 9             MR. MARTS:  Please note my
10       objection for the record.
11      Q.     What was the process of putting
12  together that memo by Talansky?
13      A.     I'm not prepared to answer
14  that.
15      Q.     What, if anything, did you do
16  to prepare answers related to questions
17  about the memo signed by Carrie Talansky?
18      A.     I read the memo.
19             My understanding was it was in
20  evidence, but apparently it's not, so...
21      Q.     Anything else?
22      A.     That's it.
23      Q.     Is it your testimony that the
24  number that was reported by the CCRB is
25  inaccurate or a mischaracterization of the
```

```
 1                    J. KANGANIS
 2   number of substantiation?
 3              MR. MARTS:  Objection to the
 4        form of the question.
 5              You can answer.
 6        A.    I believe it's inaccurate.  But
 7   what was your alternative answer?
 8        Q.    Well, sorry, I'm trying to pull
 9   up -- is there any other disagreement that
10   the NYPD had with the findings of the
11   report other than what is contained in the
12   memo signed by Talansky?
13              MR. MARTS:  Objection to the
14        form.
15              You can answer.
16        A.    That memo by Commissioner
17   Talansky is the response to the report.
18        Q.    That's not responsive to my
19   question.
20        A.    The question was is there
21   additional beyond outside the memo; was
22   that your question?
23        Q.    Yes.
24        A.    No.
25        Q.    I'm going to share Kanganis 13.
```

```
                                        Page 164
 1                    J. KANGANIS
 2   This is the CCRB 2020 report.  I'm looking
 3   at footnote four.
 4             Is this the part of the report
 5   that you are referring to that was
 6   mentioned in the memo as reflected the
 7   inaccurate number?
 8        A.    Yes.
 9        Q.    And the CCRB here says that if
10   a member of service has substantiated
11   misconduct in more than one complaint they
12   are counted more than once so the total
13   number of members of service was
14   substantiated disorderly misconduct?
15        A.    Yes.
16             MR. MARTS:  Note my objection.
17        A.    Yes.
18        Q.    So you are saying that because
19   six members of service had several CCRB
20   complaints that were substantiated, that
21   over counts the number of individuals who
22   had substantiated complaints?
23        A.    Yes.
24             MR. MARTS:  Objection.
25        Q.    But doesn't the CCRB state in
```

```
 1                    J. KANGANIS
 2   asked for.
 3        Q.    Let's go back to Kanganis 18
 4   which is a DOI report, page 24 ending in
 5   Bates stamp 237.
 6              Do you see this chart that
 7   says, "four sources of NYPD arrest data for
 8   Floyd protests"?
 9        A.    Yes.
10        Q.    Is it accurate that these four
11   sources, MAPC, joint operations, intel
12   SITREPS, and NYPD spreadsheet are the four
13   sources for arrest data from the NYPD?
14        A.    I think that's the four sources
15   that we gave them.  I'm not aware of any
16   others.
17        Q.    At the time DOI made the
18   request, did you investigate whether there
19   were any other sources of data?
20        A.    We didn't do any investigation.
21   We went to where we could get the data for
22   them.  These were the logical locations.
23              We might have requested, you
24   know, something from MAPC and it was taking
25   too long.  So we might have called somebody
```

```
 1                    J. KANGANIS
 2   we knew in joint operations.
 3                  We were just trying to get them
 4   the information as quickly as possible.
 5        Q.     Can you explain what each of
 6   these sources are?
 7        A.     Well, I can explain the first
 8   two.  MAPC is what I mentioned earlier.
 9   They are, you know, when we have arrest
10   processing, Criminal Justice Bureau
11   maintains the identity of those arrested.
12   I mentioned operations.  That would be, you
13   know, the calls into the data.  They would
14   call data regarding not only deployments,
15   but arrests made.  The intel SITREPS, I
16   think those are intelligence division
17   situation reports which may have been in
18   the prior slide and this NYPD spreadsheet,
19   I don't know the basis of it.  It's too
20   broad to identify.
21        Q.     You don't know what NYPD
22   spreadsheet --
23        A.     I don't know what the source of
24   it is.
25        Q.     Do you know what the document
```

```
 1                    J. KANGANIS
 2   is?
 3        A.    No.  I'm not prepared to answer
 4   that.
 5        Q.    How do you explain the
 6   discrepancies in the data collected by
 7   these different reports as shown in the
 8   chart?
 9        A.    Well, I can't answer.
10              I'm not prepared to answer
11   that.
12        Q.    But you remember the part of
13   the report I'm talking about where it
14   discusses where there is discrepancy?
15        A.    Yes, yes.
16              I can't explain to you why one
17   says 75, one says 73 other than the obvious
18   situation that was in existence during
19   these dates and something didn't get done
20   as it was supposed to because in theory
21   everything should have been consistent.
22        Q.    Does the City of New York
23   consider a problem that there are
24   discrepancies in the numbers from these
25   different reports?
```

```
                                              Page 232
 1                    J. KANGANIS
 2              MR. MARTS:  Objection.
 3        A.     Yes.
 4        Q.     And what, if anything, has the
 5   NYPD done to prove their data collection
 6   practices to address this issue?
 7        A.     We accepted the recommendation
 8   of the DOI report, and we implemented it.
 9        Q.     What specific recommendations
10   did you implement that addressed this
11   specific issue?
12        A.     I have to see the
13   recommendations again.
14        Q.     We will get back to that.
15              Anything that's not contained
16   in this recommendation that NYPD did to
17   implement --
18        A.     Not prepared to answer.
19        Q.     So you don't have independent
20   knowledge of what the City implemented to
21   address this issue?
22        A.     No.
23              MR. MARTS:  Objection.
24        Q.     Going to page nine of the
25   report ending in the Bates stamp 222.  I'm
```

```
 1                    J. KANGANIS
 2  going to refer you to footnote seven
 3  starting with there is some ambiguity.
 4        A.    Yes.
 5        Q.    It says, "DOI sought
 6  clarification from NYPD as to the ambiguity
 7  in the system for inputting racial data";
 8  is that correct?
 9        A.    That's correct.
10        Q.    Can you explain the ambiguity
11  in the system?
12        A.    They are explaining it here.
13  They wanted to have a more accurate count
14  about Latino arrestees apparently as they
15  describe it.
16        Q.    Is it accurate that NYPD was
17  unable to resolve that uncertainty?
18        A.    Yes, it's accurate.
19        Q.    Why were they unable to?
20        A.    Because we didn't keep the data
21  in the way that they were asking for it.
22        Q.    Has NYPD done anything since to
23  change their data practices with respect to
24  collecting information about race?
25        A.    Not prepared to answer other
```

```
 1                    J. KANGANIS
 2   than to say whatever recommendations were
 3   made we accepted them all.
 4        Q.    So you don't have any
 5   independent knowledge of what was
 6   implemented to address this issue?
 7        A.    Correct.
 8              MR. MARTS:  Please note my
 9         objection for the record.
10        Q.    Does the NYPD consider or does
11   the City of New York consider it important
12   to collect accurate data about racial
13   breakdown of arrests?
14        A.    Yes.
15              MR. MARTS:  Note my objection.
16        A.    Yes.
17        Q.    I'm going to page ten in the
18   report, footnote nine.  I will go down to
19   the next page.  Read these two sentences,
20   and let me know when you are ready for me
21   to scroll down.
22        A.    I'm ready.
23        Q.    This is the rest of the
24   footnote.  This says, "DOI found divergent
25   numbers regarding the breakdown of the
```

```
 1                    J. KANGANIS
 2   total number of officers injured at
 3   protests"; correct?
 4        A.    Yes.
 5        Q.    Why is that?
 6        A.    Well, medical division is the
 7   source they used, and that is the most
 8   reliable source.  I don't know what their
 9   other source was.
10             They also received TRI reports
11   which are supposed to be done when an
12   officer is injured.  So it could be the
13   reports were not done in every instance.
14   They should have been --
15        Q.    When you say TRI, for the
16   record, do you mean T-R-I?
17        A.    Yes, T-R-I.
18        Q.    What data is maintained in the
19   medical division record --
20             MR. MARTS:  Objection.
21        Q.    -- related to officer injuries?
22        A.    Well, medical division is
23   notified of line-of-duty injuries.
24        Q.    This was a new record produced,
25   and you're not able to answer what other
```

                    J. KANGANIS

1

2    record was produced related to data about

3    officer injury to the DOI?

4         A.    Well, TRI report, they were

5    also produced.  That could be the

6    discrepancy.

7         Q.    Those were the two sources of

8    information?

9         A.    That I recall.

10        Q.    How do you explain the

11   discrepancy between those two sources of

12   data?

13             MR. MARTS:  Objection.

14             Asked and answered.

15        A.    As I said, the TRI report may

16   not have been done considering the

17   situations in the field on these dates.  So

18   that's my explanation.

19        Q.    So they provide information to

20   the medical division that not necessarily

21   created a TRI report?

22        A.    Yes.

23        Q.    Why do you say that the medical

24   division records are the most reliable?

25        A.    Well, because every injury is

1                    J. KANGANIS

2    to be called into them in addition to a

3    report being done, but they -- they would

4    have received notice of officer injuries.

5         Q.    Who gives notice to the medical

6    division about the injury?

7         A.    It could be the police officer,

8    could be the supervisor.

9              MR. MARTS:  Please note my

10         objection.

11              Outside of scope.

12         Q.    Did NYPD do anything to ensure

13    that any officer injury that's reported to

14    the medical division is also reflected in a

15    TRI report?

16         A.    I'm not prepared to answer

17    that.

18         Q.    The DOI report also says that

19    records do not reliably capture the number

20    of injuries sustained by the protestors;

21    correct?

22         A.    Yes.

23         Q.    How does the NYPD collect data

24    on injuries reported by protesters?

25              MR. MARTS:  Objection.

```
 1                     J. KANGANIS
 2              Outside of the scope.
 3      A.      They'll tell you the TRI
 4   report.  It's a two-way street, records the
 5   officers injuries and an injury to a
 6   civilian.
 7      Q.      Any other place where that
 8   would be recorded?
 9      A.      An aided report which is
10   anytime somebody is injured, not
11   necessarily as a result of police action,
12   would be recorded on there.
13      Q.      And if a civilian reports to a
14   police officer or mentions that they are
15   injured, is an officer required to put that
16   information in a TRI report?
17              MR. MARTS:  Objection.
18              Outside of the scope.
19              You can answer.
20      A.      Not prepared to answer.
21      Q.      I'm going to talk about the
22   last category of information that I
23   mentioned before which is interviews.
24              Are you aware of any documents
25   that list every individual that the
```

```
 1                    J. KANGANIS
 2   Department of Investigation interviewed in
 3   the course of their investigation?
 4        A.    A document that lists every --
 5   no, I'm not aware.
 6        Q.    Do you have the information of
 7   what individuals employed by the City of
 8   New York were interviewed by the DOI?
 9              MR. MARTS:  Objection.
10        A.    I do not have it with me.
11        Q.    Do you have it somewhere?
12        A.    I know that some people,
13   high-level people were interviewed.
14              I don't have a list of all
15   people interviewed anywhere.
16        Q.    Was that record maintained by
17   anybody?
18        A.    I can't answer that.  I'm not
19   prepared to answer that.
20              If they made a request for
21   interviews, we recorded the request for
22   interviews and we went about securing the
23   notification.  And they worked out the
24   specifics of when and where that person
25   would be interviewed.
```

```
 1                    J. KANGANIS
 2        Q.    Is there anyone who DOI
 3   requested to interview from the NYPD who
 4   they were unable to interview?
 5        A.    Yeah.  Chief Pichardo.
 6        Q.    And why were they unable to
 7   interview him?
 8        A.    He had retired, and he was no
 9   longer in New York.
10        Q.    And did he decline the
11   interview?
12              MR. MARTS:  Objection.
13        A.    Not prepared to answer.
14              An alternate person from that
15   command was provided or offered.
16        Q.    Do you understand that he has
17   made himself available to be deposed in
18   this litigation?
19              MR. MARTS:  Objection.
20              You can answer.
21        A.    Not prepared to answer.
22        Q.    Did the City of New York desire
23   to interview Chief Pichardo at the time DOI
24   was investigating?
25              MR. MARTS:  Can you repeat the
```

```
 1                    J. KANGANIS
 2        question?
 3              MS. BULL:  Did the City desire
 4        to interview Chief Pichardo at the
 5        time of this investigation.
 6              MR. MARTS:  Are you speaking
 7        about DOI?
 8              MS. BULL:  I'm saying the City
 9        of New York.
10        Q.    But at the time that this
11   request was made.
12        A.    DOI made the request.  I'm not
13   aware of any other request to interview.
14        Q.    Did at any point the City of
15   New York attempt to interview Chief
16   Pichardo in connection with the 2020
17   protests?
18              MR. MARTS:  Objection.
19        A.    Not prepared to answer.
20        Q.    Was there anyone else who DOI
21   requested to interview but did not?
22        A.    Pichardo is the one that I know
23   they requested and did not interview.
24   Other than him, I'm not aware of anybody
25   else.
```

```
                                    Page 242
 1                    J. KANGANIS
 2       Q.    The Law Department also
 3  completed their report reviewing the
 4  protests as directed by the Executive
 5  Order; correct?
 6       A.    Yes.
 7       Q.    What, if anything, was
 8  different in the document information and
 9  witnesses reviewed by the Law Department
10  from what was reviewed by the DOI?
11            MR. MARTS:  Objection.
12            You can answer.
13       A.    Well, the Law Department, DOI
14  gave the documents we provided to them
15  including the interviews to the Law
16  Department.  The Law Department focus was
17  more on the officer health and safety and
18  historical perspective regarding the NYPD's
19  response to prior large-scale protests.
20       Q.    Did the Law Department conduct
21  any interview of any members of the NYPD
22  separate from the interviews conducted by
23  the DOI?
24            MR. MARTS:  Objection to form.
25            I couldn't hear you.
```

```
 1                    J. KANGANIS
 2       Q.    Did the Law Department conduct
 3  any interviews of any members of the NYPD
 4  separate from the interviews conducted by
 5  the DOI?
 6             MR. MARTS:  Objection to the
 7        form of the question.
 8       A.    I don't recall any interviews
 9  other than DOI investigators sharing their
10  interviews with high-level NYPD members
11  with the Law Department.
12             So the answer to your question
13  is no unless you can refresh my
14  recollection.
15       Q.    I'm going to show you what will
16  be Kanganis 19.
17             (Whereupon, the aforementioned
18        document was marked as Kanganis
19        Exhibit 19 for identification as of
20        this date by the Reporter.)
21             MS. BULL:  This has the Bates
22        stamp SOW001641 through 1695.
23       Q.    Do you recognize this document?
24       A.    Yes.  That's the Law Department
25  report.
```

```
 1                    J. KANGANIS
 2       Q.     Page nine -- sorry.
 3       A.     That's all right.
 4       Q.     It says at the very end, "The
 5  Law Department also reviewed DOI
 6  interviewees with NYPD officers in this
 7  report.  All references to discussions with
 8  NYPD are references to DOI's interviewees
 9  with NYPD except where specified that it
10  was a Law Department interviewee."
11       A.     Do they mean interviewees with
12  the NYPD or one of their people outside the
13  NYPD because I'm not aware of any
14  interviews other than the DOI interviewees?
15       Q.     I read this sentence to mean
16  that there were Law Department interviewees
17  separate from DOI.  Can you answer whether
18  there were any such interviewees?
19       A.     Again, I'm going to say no.  I
20  think they are referring to Professor
21  McGuire and all these other academics that
22  they went and spoke to.
23       Q.     Are you aware of any documents
24  listing who the Law Department interviewed
25  in connection with this report?
```

```
                                          Page 245
 1                    J. KANGANIS
 2              MR. MARTS:  Objection.
 3              Outside of the scope.
 4      A.     No.
 5      Q.     How did the Law Department and
 6  DOI coordinate in creation of their
 7  reports?
 8              MR. MARTS:  Objection.
 9      A.     Not prepared to answer.
10              MS. BULL:  Can we take a
11       five-minute break?
12              (Whereupon, 4:01 p.m., a short
13       break was taken.
14              (At 4:10 p.m., the deposition
15       resumed.)
16      Q.     What was the NYPD's response to
17  the published DOI and Law Department
18  reports?
19      A.     We accepted the findings and
20  implemented the recommendations.
21      Q.     Was that also the City of New
22  York's response?
23      A.     Yes.
24      Q.     Did Mayor de Blasio make any
25  public statements about the DOI report
```

```
1                    J. KANGANIS
2    after it was completed?
3         A.    I saw that video.  Is that what
4    you are referring to?
5         Q.    Yes, if that's a public
6    statement.  Are you aware of any other
7    public statements?
8         A.    No, I'm not.
9         Q.    Did he make that statement
10   shortly after the release of the district
11   attorney report?
12        A.    I believe he did.  I'm not
13   certain of the date; but the way he was
14   speaking, it was around the same time.
15        Q.    And in that statement, is it
16   correct that Mayor de Blasio stated that
17   both he and Commissioner Shea agree with
18   the report's analysis and recommendations?
19        A.    Yes.
20        Q.    And that they both agreed to
21   implement the recommendations right away?
22        A.    Yes.
23        Q.    Is that what he said?
24        A.    Yes.  I'm sorry, I said yes.
25        Q.    Mayor de Blasio also said that
```

```
 1                    J. KANGANIS
 2   he had remorse about what happened in the
 3   protests in May and June and wishes he had
 4   done better; correct?
 5        A.     Correct.
 6               MR. MARTS:  Objection.
 7               You can answer.
 8        A.     Yes, that's what he said.
 9        Q.     Do you know what he meant by
10   that exactly?
11               MR. MARTS:  Objection.
12        A.     No.  I can't -- I don't have
13   any basis to answer that.
14        Q.     Who would we need to talk to to
15   determine what he meant?
16               MR. MARTS:  Objection.
17               You can answer.
18        A.     I think it's pretty clear what
19   he said and what he meant by the words he
20   used.
21        Q.     I thought --
22        A.     I don't have a name for you.
23        Q.     Would we have to talk to Mayor
24   de Blasio to know what he meant?
25               MR. MARTS:  Objection.
```

1                    J. KANGANIS

2        A.    I'm not prepared to answer

3   that.

4        Q.    You are also not prepared to

5   answer what he meant; correct?

6        A.    I understood what he said.  It

7   was pretty clear to me.

8        Q.    So what was he looking back on

9   with remorse?

10             MR. MARTS:  Objection.

11             You can answer.

12        A.    Decisions he made as the head

13   of the City.

14        Q.    Which decisions?

15        A.    Not prepared to answer.

16        Q.    Who could answer that?

17             MR. MARTS:  Objection.

18        A.    I think I answered that.  I

19   can't tell you.  I'm not prepared to

20   answer.  de Blasio made a statement.  It

21   seems pretty clear.  I can't interpret it

22   for you.  I don't know who can.

23        Q.    Could Mayor de Blasio answer

24   what decisions he was looking back on with

25   remorse?

```
 1                   J. KANGANIS
 2              MR. MARTS:  Objection.
 3              That's speculation.
 4      A.    I'm not prepared to answer your
 5  question about Mayor de Blasio.
 6      Q.    What has the City and NYPD done
 7  to implement the recommendations of the DOI
 8  and Corporation Counsel reports?
 9      A.    A team was put together of
10  different representatives from different
11  bureaus.  And they went through the
12  recommendations, and they took action on
13  all.
14              But I think the last time I
15  looked one was still pending, putting in
16  the plan to consolidate commission to
17  combat police corruption and Inspector
18  General taking it out of DOI and putting it
19  under CCRB.
20      Q.    Who made the decision that the
21  City would accept and implement those
22  recommendations?
23      A.    For the NYPD, it was
24  Commissioner Shea.
25      Q.    And for the City of New York?
```

```
 1                    J. KANGANIS
 2        A.     Mayor de Blasio.
 3        Q.     And who was part of the team
 4   that you said was implementing the
 5   recommendations?
 6        A.     I don't have identities.  I can
 7   tell you there was a team of
 8   representatives from Strategic Initiatives
 9   Bureau, the Legal Bureau, and different
10   commands that were specific to particular
11   recommendations.  If it was training, it
12   would be Training Bureau representative, et
13   cetera.
14        Q.     Are you prepared to answer
15   exactly who was part of the team?
16        A.     No, I'm not prepared to answer.
17             MR. MARTS:  Please note my
18        objection for the record.
19             Asked and answered.
20        Q.     I'm going to show you what will
21   be marked Kanganis 20.
22             (Whereupon, the aforementioned
23        document was marked as Kanganis
24        Exhibit 20 for identification as of
25        this date by the Reporter.)
```

1                    J. KANGANIS

2        Q.    It says, "Mass Demonstrations

3    Response Recommendations Tracker" on the

4    top; is that right?

5        A.    Correct.

6              MS. BULL:  I will just say for

7          the record that this is the document

8          that was publicly available on the

9          NYPD website.

10       Q.    Is this the tracker document

11   that you've referenced before in this

12   testimony?

13       A.    Yes, it is.

14       Q.    Does this contain all of the

15   recommendations from the DOI and Law

16   Department reports?

17       A.    It's supposed to.

18              I see you have one of four.  If

19   it's the complete document, then yes, it

20   does.

21       Q.    Who was responsible for writing

22   this document?

23       A.    Not prepared to answer.

24       Q.    Does this document accurately

25   describe all the steps that NYPD has taken

1                    J. KANGANIS

2    to implement the reports recommendations?

3         A.    Yes.

4         Q.    And the date of this document

5    is December 22, 2021; correct?

6         A.    Correct.

7         Q.    Does this reflect the final

8    version of this tracking document?

9         A.    I'm not prepared to answer

10   that.

11        Q.    As you said before, every

12   column says complete as status.  I think

13   you said that 21A is the only one that says

14   in progress; is that what you meant before?

15        A.    Yes.

16             MR. MARTS:  My apologies.

17          Could you zoom in a little bit

18           because the font is really small and

19           I'm having difficulty?

20        Q.    When I ask you a specific

21   question, I will zoom in.

22             MR. MARTS:  Thank you.

23        Q.    Were the DOI and Law Department

24   consulted in the implementation of the

25   recommendations?

```
 1                    J. KANGANIS
 2       Q.    But your answer said they
 3  didn't always.  Did they ever?
 4       A.    If they had a conversation with
 5  them, we might ask them why they needed
 6  something.  But, you know, I'm -- I can't
 7  say it was -- did they ever?  Yes, they
 8  did.  But I can't recall specifically an
 9  incident where they did.
10       Q.    Did any request for
11  documentations about any specific
12  complaints they had received trigger any
13  action by the NYPD?
14            MR. MARTS:  Objection.
15            You can answer.
16       A.    I don't understand the question
17  really.  What --
18       Q.    Did the NYPD open any internal
19  investigations into complaints that they
20  learned about through conversations with
21  the OAG?
22            MR. MARTS:  Objection.
23       A.    Not prepared to answer.
24            MR. MARTS:  My apologies.  Just
25        for the record, object to the scope.
```

```
 1                      J. KANGANIS
 2        A.     Not prepared to answer.
 3        Q.     Attorney General James also
 4   called public hearings during the course of
 5   her investigation; right?
 6        A.     Yes.
 7        Q.     On this June 17th, 18th, and
 8   22nd?
 9        A.     If those were the dates, I
10   don't know; but yes.
11        Q.     And the hearing was
12   live-streamed?
13        A.     Yes.
14        Q.     What, if anything, did the City
15   of New York do to track what was said
16   during the hearings?
17               MR. MARTS:   Objection.
18               Outside of the scope.
19        A.     I'm not prepared to answer
20   that.
21        Q.     I'm going to show you what will
22   be marked Kanganis 24.   It has Bates stamp
23   DEF_E_PD_ 00073644 through 645.
24               (Whereupon, the aforementioned
25          document was marked as Kanganis
```

1                    J. KANGANIS

2          Exhibit 24 for identification as of

3            this date by the Reporter.)

4          Q.    I'm going to give you a chance

5    to look at this.  Let me know when you are

6    ready.

7          A.    Okay, I have read it.

8          Q.    Have you seen this before?

9          A.    No.

10          Q.    It appears to be an e-mail from

11    Oleg Chernyavsky --

12          A.    Yes.

13          Q.    -- dated June 19, 2020; right?

14          A.    Yes.

15          Q.    And it is addressed to

16    Commissioner Shea among other executives?

17          A.    Yes.

18          Q.    It summarizes the issues that

19    were raised during the AG's hearings?

20          A.    Yes.

21          Q.    What was the purpose of this

22    summary?

23          A.    Not prepared to answer.

24          Q.    What, if anything, was done in

25    response to the information that was

```
 1                    J. KANGANIS
 2   collected?
 3        A.    Again, I'm not prepared to
 4   answer.
 5              This is the first time I'm
 6   seeing this.
 7        Q.    The attorney general also
 8   posted written testimony that was submitted
 9   during the hearing on her website; correct?
10        A.    I didn't see it.  But if you
11   say it's there, I will take your word for
12   it.
13        Q.    Did anyone at the NYPD or the
14   City of New York direct any individuals to
15   read the written testimony?
16              MR. MARTS:  Objection.
17              Form.
18        A.    Not prepared to answer.
19        Q.    Did the City of New York take
20   any action in response to information
21   collected during the Attorney General's
22   hearings?
23              MR. MARTS:  Objection to form
24        and scope.
25        A.    Not prepared to answer.
```

```
                                        Page 285
 1                  J. KANGANIS
 2      Q.    Did NYPD open any internal
 3  investigations as a result of testimony in
 4  the AG hearings?
 5             MR. MARTS:  Objection to the
 6       scope.
 7      A.    Not prepared to answer.
 8      Q.    Did the hearings testimony
 9  influence the NYPD's response to the
10  protests in any way?
11      A.    Not prepared to answer.
12      Q.    Following the hearings, did the
13  AG publish a preliminary report on her
14  office's findings?
15      A.    Yes.
16      Q.    Was that in July 2020?
17      A.    I believe so.
18      Q.    Was anyone within the NYPD or
19  the City of New York directed to review the
20  preliminary report?
21      A.    Not prepared to answer.
22      Q.    Did the NYPD or the City of New
23  York take any action in response to the
24  information contained within the
25  preliminary report?
```

```
                                          Page 286
 1                    J. KANGANIS
 2        A.     Not prepared to answer.
 3        Q.     Specifically, did the NYPD
 4   consider the recommendations contained
 5   within the report?
 6        A.     Not prepared to answer your
 7   question.
 8        Q.     What, if anything, was done in
 9   response to the recommendations in the AG's
10   preliminary report?
11        A.     Again, I'm not prepared to
12   answer your question.
13        Q.     After receiving requests for
14   information from the Attorney General's
15   Office, Corporation Counsel, and DOI, did
16   the NYPD take any steps to ensure that
17   records were preserved in anticipation of
18   future litigation?
19              MR. MARTS:  Objection.
20              Outside of the scope.
21        A.     Preservation notices were sent
22   out.
23        Q.     And who was responsible for
24   that?
25              MR. MARTS:  Objection.
```

```
 1                    J. KANGANIS
 2              Outside of the scope of the
 3        topics.
 4        A.     Not prepared to answer.
 5        Q.     When were preservation notices
 6   sent out?
 7              MR. MARTS:  Objection.
 8              Outside of the scope of the
 9        topics.
10        A.     I'm not prepared to answer.
11        Q.     How were the preservation
12   notices communicated?
13              MR. MARTS:  Objection.
14              Outside the scope of the
15        topics.
16        A.     I'm not prepared to answer.
17        Q.     I'm going to show you what will
18   be marked Kanganis 25.  This has a Bates
19   stamp DEF_000173545 through 546.
20              (Whereupon, the aforementioned
21         document was marked as Kanganis
22         Exhibit 25 for identification as of
23         this date by the Reporter.)
24        Q.     Do you recognize this document?
25        A.     If you scroll down, I might be
```

Page 288

```
 1                    J. KANGANIS
 2   able to.  Yes.
 3         Q.    What is this document?
 4         A.    It is a preservation notice
 5   with my signature on it.
 6         Q.    It's dated June 22, 2020?
 7         A.    I can't see the top.  Yes.
 8         Q.    To whom was this sent?
 9         A.    The commanding officer,
10   Technical Assistance Response Unit.
11         Q.    Was a similar preservation
12   notice sent to anyone other than the
13   Technical Assistance Response Unit?
14              MR. MARTS:  Objection.
15              Outside of the scope.
16         A.    There were additional
17   preservation notices sent, but I can't tell
18   you to whom.
19         Q.    Is that because you can't
20   recall or you're not prepared to answer
21   that question?
22         A.    Well, I really can't recall the
23   destination of these memos.
24         Q.    What triggered this
25   preservation notice going out?
```

```
 1                    J. KANGANIS
 2              MR. MARTS:  Objection.
 3              Outside of the scope.
 4       A.    It says, "anticipated
 5  litigation against the City and the
 6  department," so that's what triggered it.
 7       Q.    What made the department
 8  anticipate litigation?
 9              MR. MARTS:  Objection.
10              Outside of the scope of the
11       topics.
12       A.    I'm not prepared to answer.
13       Q.    Did you or anyone else in this
14  department send any other preservation
15  notices earlier during the period of the
16  protests?
17              MR. MARTS:  Objection.
18              Outside of the scope of topics.
19       A.    Not prepared to answer.
20       Q.    Did you or anyone else in the
21  department send any other preservation
22  notices after June 22, 2020 during the
23  period of the protests?
24              MR. MARTS:  Objection.
25              Outside of the scope.
```

Page 305

J. KANGANIS

1

2       A.       That was it.  That was the

3   decision not only by Vance's office, but it

4   was an article regarding the other district

5   attorneys in the Bronx, Brooklyn, and

6   Queens to make their decisions.  So there

7   is nothing really to respond to.  Those

8   decisions were made in the prosecutor's

9   office.

10      Q.       Were you prepared at all to

11  talk about any specific decisions such as

12  the affidavit that we showed you at the

13  beginning of this deposition?

14              MR. MARTS:  Objection.

15      A.       Which affidavit are you

16  referencing?

17      Q.       The affidavit in support of

18  dismissing prosecution.

19      A.       No.  I have never seen that

20  document before as I told you when you

21  asked me questions about it.

22      Q.       How did you interpret the part

23  of topic 20 that references any local

24  district attorney's office?

25      A.       Again, I think you want me to

Page 306

1                    J. KANGANIS

2    testify to communications that did not

3    happen.  There was no coordination

4    regarding the decision to dismiss or not

5    prosecute certain cases.  There was no

6    response.

7         Q.    Topic 20, it doesn't talk about

8    dismissals to prosecute.

9         A.    Continuing, if I may, I'm not

10   aware of any investigations similar to

11   that, those that were conducted by CCRB,

12   DOI, Law Department, the AG that were

13   conducted by local district attorneys.

14        Q.    So your interpretation of topic

15   20 was that it only pertained to any

16   investigation by district attorney office

17   that was similar in nature to that of the

18   investigations by the Department of

19   Investigation or the Law Department?

20              MR. MARTS:  Objection.

21              Objection to form.

22              You can answer.

23        A.    Yes.

24        Q.    Would you agree that NYPD and

25   the City of New York's response to the

Page 307

```
 1                      J. KANGANIS
 2   reports mentioned in topic 20 would include
 3   any action taken to implement
 4   recommendations from those reports?
 5        A.     Yes.
 6        Q.     What is your basis for
 7   understanding that topic 20 would only
 8   encompass investigations by district
 9   attorney office that were similar in nature
10   to that of the Law Department or the DOI's
11   investigations?
12              MR. MARTS:  Objection to form.
13              You can answer.
14        A.     Because they all grew up
15   together.  There is no mention of criminal
16   investigations by any local district
17   attorney office, district attorney, CCRB,
18   DOI into the City's responses to the summer
19   of 2020 protests.
20        Q.     Does any local district
21   attorney office in New York conduct any
22   criminal investigations?
23        A.     I'm not aware of any such
24   investigation, any local district attorney
25   office.  They would have come through our
```

```
 1                    J. KANGANIS
 2   team.  There were no such requests.
 3        Q.    Does the local district
 4   attorney office have any authority to
 5   conduct a non-criminal investigation?
 6              MR. MARTS:  Objection.
 7        A.    Listen, I'm not aware of the
 8   Law Department conducting an investigation
 9   either, and they did.
10        Q.    The Law Department was
11   specifically ordered to conduct that
12   investigation by Mayor de Blasio; right?
13        A.    Yes.
14        Q.    So they had authority to
15   conduct that investigation?
16        A.    Yes, they did.
17        Q.    In preparation for this
18   deposition, did you ever ask anyone outside
19   of your legal counsel what type of
20   investigations might be contemplated by
21   topic 20 including involving a district
22   attorney office?
23              MR. MARTS:  Objection.  I
24         apologize for speaking, but can you
25         clarify your question please because
```

```
 1                    J. KANGANIS
 2        I'm a little confused?
 3        Q.    In the course of preparing for
 4   this deposition, did it ever occur to you
 5   that there were no investigations by any
 6   district attorney office falling under the
 7   definition of topic 20 that you thought
 8   existed?
 9            MR. MARTS:  Objection to the
10         form of the question, also asking the
11         witness to speculate.
12        A.    I don't have an answer for you
13   other than what I have already told you.
14        Q.    Is there anything that you want
15   to change or add to your testimony that was
16   given today?
17        A.    No.
18            MS. BULL:  I'm going to turn
19         over questioning to co-counsel Remy
20         Green.
21   EXAMINATION BY
22   MX. GREEN:
23        Q.    Good evening.  I think we
24   should be able to get through what I have
25   very quickly.
```

```
                                              Page 310
 1                      J. KANGANIS
 2              Just so you know, I'm one of
 3      the attorneys on one of the other
 4      consolidated cases.  I am representing a
 5      group of plaintiffs led by a plaintiff
 6      named Adama Sow, A-D-A-M-A   S-O-W.
 7              Within the scope of topic 21B,
 8      what I would like to ask you about is how
 9      the City and the NYPD reacts to
10      declinations to protect suit or decisions
11      to dismiss a prosecution.  I think it
12      should be pretty simple answers.
13              Does the City ever take into
14      account declination to prosecute decisions
15      to revise its policies?
16              MR. MARTS:  Objection to the
17          scope.
18              MX. GREEN:  What --
19              MR. MARTS:  You asked me a
20          question.  I can explain.  I believe
21          there is another topic that's
22          relevant to specific policies.  If
23          I'm not mistaken, it's topic one.
24              MX. GREEN:  But what I asked
25          about was whether the NYPD and the
```

```
1                    J. KANGANIS
2        City's response to decisions by any
3        district attorney to decline to
4        prosecute ever led to changes in
5        policy.
6             What is your argument or what
7        is your objection to that question
8        being within the scope of the NYPD
9        and the City of New York's response
10       to a decision by a district attorney
11       to decline to prosecute?
12            MR. MARTS:  As I said, I
13       believe it is not a topic that
14       addresses changes in policy.
15            MX. GREEN:  That is
16       nonresponsive.
17            What is your objection to being
18       within this topic?
19            MR. MARTS:  I told you my
20       understanding, there is another topic
21       that potentially deals with changes
22       in policies.  In my opinion, it falls
23       under that topic.
24            MX. GREEN:  That's not what --
25       I mean --
```

```
                                    Page 312
 1                    J. KANGANIS
 2            MR. MARTS:  I put my objection
 3         on the record.
 4            MX. GREEN:  I think it's a
 5         bad-faith objection.
 6            MR. MARTS:  If that's what you
 7         think, by all means.
 8            MX. GREEN:  I think it's
 9         nonsensical, but fine.
10      Q.    Deputy Inspector, please answer
11   the question.
12      A.    Can you repeat the question?
13      Q.    Is it your understanding that
14   the City of New York does not take into
15   account declination to prosecute decisions
16   in revising NYPD policy?
17      A.    No.
18      Q.    Sorry, maybe it's because I
19   asked it in a double negative way.
20            Is that no to say that the City
21   does not take those into account?
22      A.    We have a Risk Management
23   Bureau does analysis of, you know, declines
24   to prosecute.
25            And if we see an issue that
```

```
 1                J. KANGANIS
 2  needs to be addressed, we might address it
 3  in training or something like that.
 4       Q.    Did the Risk Management Bureau
 5  take into account at any point any of the
 6  declination to prosecute decisions during
 7  the summer 2020 protests?
 8       A.    Not prepared to answer.
 9       Q.    You're not prepared to answer
10  whether the NYPD and the City of New York
11  response to declination to prosecute
12  decisions during summer 2020 protests
13  involved a consideration by the Risk
14  Management Bureau?
15            MR. MARTS:  Asked and answered.
16       A.    Right.
17       Q.    Did any agency or other
18  decision-making body outside of the Risk
19  Management Bureau take into account
20  declination to prosecute decisions during
21  the summer of 2020 in evaluating NYPD
22  policy?
23       A.    Not prepared to answer.
24       Q.    Did your preparation at any
25  point during this involve speaking to
```

```
                                      Page 314
 1                   J. KANGANIS
 2    anyone at the Risk Management Bureau?
 3         A.    No.
 4              MX. GREEN:  I have nothing
 5         further.
 6              MR. MARTS:  Do you have any
 7         follow-up questions?
 8              MS. BULL:  I do not.
 9              MR. MARTS:  Can we take like an
10         eight-minute break?
11              MS. BULL:  So see you at 5:50?
12              MR. MARTS:  Yes.  Thank you.
13              (Whereupon, at 5:43 p.m., a
14         short recess was taken.
15              At 5:50 p.m., the deposition
16         resumed. )
17              MR. MARTS:  I just want to put
18         on the record the same objections I
19         stated at the beginning of the
20         deposition, that based on how the
21         deposition transpired, I believe it's
22         obvious that the plaintiffs did not
23         comply with the paragraph 12 of the
24         stipulation pertaining to remote
25         deposition as well as Federal Rule of
```

Page 315

                    J. KANGANIS

1

2       Procedure 30.

3           And I also reiterate the same

4       objection as stated in the beginning

5       of the deposition pertaining to

6       certain questions that were asked,

7       questions that were outside the

8       topics 20 and 21 the witness was

9       designated to testify to.

10          And I just want to reiterate

11      the position it's the defendant's

12      position that the answers to those

13      questions are not binding on the

14      City.

15          MS. BULL:  We want to state for

16      the record that we will hold these

17      topics open because of the pervasive

18      lack of preparation that Deputy

19      Inspector Kanganis had for the topics

20      20 and 21 for which the witness was

21      designated to testify to.

22          MR. MARTS:  Obviously, just for

23      the record, we disagree with the

24      objection.

25          MS. BULL:  And we disagree with

Page 316

                    J. KANGANIS

1
2        your objections.
3                MR. MARTS:  I can see that.
4                MS. BULL:  Thank you very much
5        for your time.
6                MR. MARTS:  I would ask that
7        the copy of the transcript be made
8        available.
9                MS. BULL:  Yeah, it will be.
10               (Whereupon, at 5:45 p.m., the
11       Examination of this witness was
12       concluded.)
13
14            °           °           °           °
15
16
17
18
19
20
21
22
23
24
25

Page 317

```
 1                  J. KANGANIS
 2               D E C L A R A T I O N
 3
 4        I hereby certify that having been
 5   first duly sworn to testify to the truth, I
 6   gave the above testimony.
 7
 8        I FURTHER CERTIFY that the foregoing
 9   transcript is a true and correct transcript
10   of the testimony given by me at the time
11   and place specified hereinbefore.
12
13
14
                   _____
15                       JOHN KANGANIS
16
17
18   Subscribed and sworn to before me
19   this _____ day of _____ 20___.
20
21
     _____
22       NOTARY PUBLIC
23
24
25
```

```
                                                Page 318

1                       J. KANGANIS
2                       ERRATA SHEET
           VERITEXT/NEW YORK REPORTING, LLC
3
   CASE NAME:  People of the State of New
4  York, by Letitia James, Attorney General of
   the Sate of New York vs City of New York et
5  al
6  DATE OF DEPOSITION: April 6, 2023
   WITNESS' NAME: John Kanganis
7
   PAGE/LINE(s)/     CHANGE             REASON
8
   ____/_____/_____/_____
9  ____/_____/_____/_____
   ____/_____/_____/_____
10 ____/_____/_____/_____
   ____/_____/_____/_____
11 ____/_____/_____/_____
   ____/_____/_____/_____
12 ____/_____/_____/_____
   ____/_____/_____/_____
13 ____/_____/_____/_____
   ____/_____/_____/_____
14 ____/_____/_____/_____
   ____/_____/_____/_____
15 ____/_____/_____/_____
   ____/_____/_____/_____
16 ____/_____/_____/_____
   ____/_____/_____/_____
17 ____/_____/_____/_____
   ____/_____/_____/_____
18 ____/_____/_____/_____
   ____/_____/_____/_____
19 ____/_____/_____/_____
   ____/_____/_____/_____
20
21                   _____
                        John Kanganis
22 Subscribed and Sworn To
   Before Me This_____Day
23 Of_____, 20  .
24     _____
           Notary Public
25
```

```
                                             Page 319

 1                   J. KANGANIS

 2                    I N D E X

 3   EXAMINATION BY                      PAGE

 4   MS. BULL                            5

 5   MX. GREEN                           309

 6

 7

 8

 9              E X H I B I T S

10   KANGANIS EXHIBITS:

11   EXHIBIT          EXHIBIT

12   NUMBER           DESCRIPTION              PAGE

13   Exhibit 1        2.2022 Consolidated Notice    17

14          of Deposition

15   Exhibit 2        GB email to counsel with    25

16          exhibits

17   Exhibit 3        Documents Bates stamped    45

18          DEF_00323038 through 054

19   Exhibit 4        Documents Bates stamped    64

20          DEF-000323140 through 142

21   Exhibit 5        Documents Bates stamped    71

22          DEF-_PD_00000995 through 998

23   Exhibit 6        Documents Bate stamped    89

24          DEF_000031229 through 230

25   (Continued on next page.)
```

```
                                              Page 320
 1                      J. KANGANIS
 2     (Continued)   E X H I B I T S
 3
 4     KANGANIS EXHIBITS:
 5     EXHIBIT              EXHIBIT
 6     NUMBER               DESCRIPTION              PAGE
 7     Exhibit 7            Documents Bate stamped     99
 8                 DEF_E_PD_00097604 through
 9                 605
10     Exhibit 8            Documents Bate stamped    106
11                 DEF_000267108 through 111
12     Exhibit 9            Documents Bate stamped    113
13                 DEF_00073350 through 353
14     Exhibit 10           NYC Charter Section 440   119
15     Exhibit 11           CCRB NYPD MOU on BWC      124
16                 11/21/19
17     Exhibit 12           Documents Bates stamped   145
18                 DEF_000175466 through 468
19     Exhibit 13           Documents Bates stamped   155
20                 OAG-0406960 through 7549
21     Exhibit 14           CCRB Memorandum 7/15/19   192
22     Exhibit 15           Documents Bates stamps    197
23                 DEF-E_000009673 through
24                 975
25     (Continued on next page.)
```

```
                                              Page 321
 1                      J. KANGANIS
 2    (Continued)   E X H I B I T S
 3
 4    KANGANIS EXHIBITS:
 5    EXHIBIT             EXHIBIT
 6    NUMBER             DESCRIPTION              PAGE
 7    Exhibit 16         Documents Bates stamp DEF_   206
 8                0000174334 through 335
 9    Exhibit 17         Document Bates stamp         209
10                number DEF_ 000164123
11    Exhibit 18         Documents Bates stamp        213
12                DEF_000174210 through 324
13    Exhibit 19         Documents Bates stamp        243
14                SOW001641 through 1695
15    Exhibit 20         Mass Demonstrations          250
16                Response Recommendations
17                Tracker
18    Exhibit 21         Documents Bates stamp        258
19                DEF_00004055524 and ending
20                on 543
21    Exhibit 22         Documents Bates stamp        275
22                DEF_0000405667 ending in
23                671
24    (Continued on next page.)
25
```

```
                                        Page 322

 1                    J. KANGANIS

 2   (Continued)   E X H I B I T S

 3

 4   KANGANIS EXHIBITS:

 5   EXHIBIT              EXHIBIT

 6   NUMBER               DESCRIPTION              PAGE

 7   Exhibit 23        Document Bates stamp        277

 8             DEF_000405663

 9   Exhibit 24        Documents Bates stamp       282

10             DEF_E_PD_ 00073644 through

11             645

12   Exhibit 25        Documents Bates stamp       287

13             DEF_000173545 through 546

14   Exhibit 26        3/15/23 Letter from the     297

15             Legal Aid Society to Mayor

16             Adams

17   Exhibit 27        New York Post Article       301

18             "Civilian Complaint Review

19             Board 'dumped' hundreds of

20             cases on NYPD at last

21             minute: Police sources"

22

23   Exhibits were retained by counsel.

24

25
```

Page 323

1                    **J. KANGANIS**

2        **INFORMATION AND/OR DOCUMENTS REQUESTED**

3     **INFORMATION AND/OR DOCUMENTS                PAGE**

4     **Production of the confidentiality        23**

5     **agreement between the NYPD and DOI**

6     **Production of the section of the          146**

7     **Patrol Guide if it was in place**

8     **before July 1, 2020**

9     **Production of that confidentiality        222**

10    **agreement**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 324

```
 1                    J. KANGANIS
 2              C E R T I F I C A T E
 3

 4    STATE OF NEW YORK        )
                               :  SS.:
 5    COUNTY OF KINGS          )
 6

 7

 8       I, JANNA LIRTSMAN, a Notary Public for
 9    and within the State of New York, do hereby
10    certify:
11       That the witness whose examination is
12    hereinbefore set forth was duly sworn and
13    that such examination is a true record of
14    the testimony given by that witness.
15       I further certify that I am not related
16    to any of the parties to this action by
17    blood or by marriage and that I am in no
18    way interested in the outcome of this
19    matter.
20       IN WITNESS WHEREOF, I have hereunto set
21    my hand this 11th day of April, 2023.
22

23

                _____
24                   JANNA LIRTSMAN
25
```

**[& - 20]** Page 1

| & |
| --- |
| **&**  3:17 |

| 0 |
| --- |

**000009673**
  197:15 320:23
**00000995**  71:9
  319:22
**0000174334**
  206:24 321:8
**000031229**  89:8
  319:24
**00004055524**
  258:21 321:19
**0000405667**
  276:7 321:22
**000164123**
  210:11 321:10
**000173545**
  287:19 322:13
**000174210**
  214:6 321:12
**000175466**
  145:12 320:18
**000267108**
  106:11 320:11
**000323038**  46:5
**000323140**
  64:16 319:20
**000405663**
  278:9 322:8
**00073350**
  320:13
**00073644**
  282:23 322:10

**00097604**  320:8
**00323038**
  319:18
**0406960**  320:20
**054**  46:5
  319:18

| 1 |
| --- |

**1**  3:17 17:13,16
  146:2,7,16
  147:10 148:20
  303:6 319:13
  323:8
**10**  119:7,10
  320:14
**100**  2:13
  194:22
**10005**  2:7
**10007**  2:13
**10038**  6:14
**104**  33:6
**106**  320:10
**10:16**  37:25
**10:20**  38:3
**11**  124:17
  125:3 320:15
**11/21/19**
  320:16
**111**  106:11
  320:11
**1114**  150:4
**113**  320:12
**115**  33:6
**1156a**  74:11,19
  74:24 75:2,12
  75:14

**119**  320:14
**11:35**  97:12
**11:46**  97:14
**11th**  324:21
**12**  145:6,9
  169:21 314:23
  320:17
**12/31/2022**
  31:24
**123e**  122:19
**124**  320:15
**12:11**  117:25
**12:20**  178:21
**12:42**  118:3
**13**  155:20,23
  163:25 168:11
  168:11 180:12
  180:14 320:19
**138**  165:25
  166:11,22
**14**  193:4,7
  266:8 297:12
  320:21
**142**  64:17
  319:20
**145**  320:17
**146**  166:12,22
  323:6
**15**  26:12
  106:21 197:14
  197:18 298:5
  320:22
**155**  320:19
**16**  18:17
  206:18,21

**321:7
**1695**  243:22
  321:14
**17**  4:17 210:4,7
  224:6 266:9
  319:13 321:9
**17th**  282:7
**18**  4:18 26:17
  34:18 122:12
  193:12 195:24
  204:4 213:24
  214:3 229:3
  277:3 321:11
**18th**  282:7
**19**  195:4,14
  196:2 212:12
  243:16,19
  283:13 321:13
**192**  320:21
**197**  320:22
**1986**  31:15
**1997**  31:11
**19:55**  90:6
**1:44**  160:5
**1:53**  160:7
**1a**  210:12

| 2 |
| --- |

**2**  25:17,20
  219:11 319:15
**2.2022**  319:13
**2/13/20**  257:25
**20**  4:15,22
  18:16 19:8
  21:5 22:13
  30:15 39:8

107:23 110:13
205:19 250:21
250:24 261:11
305:23 306:7
306:15 307:2,7
308:21 309:7
315:8,20
317:19 318:23
321:15
**2008**   7:7
**2019**   123:22
191:18 192:16
**2020**   5:25
13:11 19:13,14
20:12 21:3,18
22:10 23:25
24:24 26:23
27:2 34:16,17
34:20 35:8
36:16 43:5,17
44:7 45:15
59:15 60:2,13
61:14 63:7,12
63:24 64:22
70:9,22 79:22
80:3 81:10
82:13 87:8
90:6,23 97:20
100:24 103:14
103:23 106:21
110:7,8 112:2
112:21 126:18
127:12,22
129:3,4 132:5
142:4,5,17

144:11,15
145:4 146:3,8
146:16 147:10
147:24 148:9
148:20,23,25
153:10,15,20
154:3,15,24
155:9,14 164:2
181:18 186:9
190:11 191:14
193:11 196:20
197:2,21 198:4
198:17,20
199:7 201:25
202:3,3 205:15
205:20 206:13
206:14 208:13
212:12 217:3
219:11 241:16
266:5 271:9
272:9 273:23
274:11 277:3
283:13 285:16
288:6 289:22
290:8 293:18
294:2,10,16,24
295:15,19
296:3,11
307:19 313:7
313:12,21
323:8
**2020-05-29**
79:15
**2021**   11:23
32:9 34:18

147:22 252:5
267:10
**2022**   15:4,10
33:25 255:5
**2023**   1:13
22:22 25:24
26:13,17
155:16 297:12
298:5 318:6
324:21
**206**   321:7
**208**   35:11
43:16,22
**209**   321:9
**20th**   2:6
**21**   1:7 4:15,22
18:17 19:8
22:13 30:15
39:8 258:15,18
315:8,20
321:18
**213**   321:11
**21310**   262:15
265:2
**21a**   252:13
266:20
**21b**   303:11
310:7
**22**   197:9 252:5
276:5,6,10
288:6 289:22
321:21
**22107**   262:4,6
**222**   232:25
323:9

**22nd**   282:8
**23**   268:22
278:8,12 322:7
323:4
**230**   89:8
319:24
**237**   229:5
**24**   229:4
269:18 282:22
283:2 322:9
**243**   321:13
**24368**   324:23
**245**   78:23
**25**   36:6 124:8
125:17 192:3
224:7 271:4,5
287:18,22
319:15 322:12
**250**   321:15
**258**   321:18
**26**   196:20,25
198:4,7 224:7
297:20,23
322:14
**265**   221:16
**27**   301:21,24
322:17
**270**   214:13
**275**   321:21
**277**   322:7
**28**   2:6 34:17
153:10 154:14
154:24
**282**   322:9

**[287 - accept]**                                    Page 3

**287**  322:12
**28th**  112:13,24
  206:2
**29**  79:22 80:2
**297**  322:14
**2:31**  178:23

**3**

**3**  26:23 45:23
  46:2 54:5 61:2
  62:11 69:6
  319:17
**3/15/23**  322:14
**30**  1:18 3:16
  4:11,14 5:9 9:4
  13:17 18:2
  25:24 271:23
  315:2
**301**  322:17
**309**  319:5
**31**  15:4,10
  206:13 272:21
**322**  1:7
**324**  214:6
  321:12
**335**  206:25
  321:8
**346**  298:14
**353**  320:13
**38a**  122:17

**4**

**4**  64:10,13
  319:19
**43**  169:22
  171:11,14

172:20 173:4,7
  173:9
**440**  118:18
  119:12,22
  320:14
**45**  319:17
**468**  145:12
  320:18
**4:01**  245:12
**4:10**  245:14

**5**

**5**  64:22 71:3,6
  90:5,23 100:24
  103:14,23
  110:7,8 112:2
  112:21 192:16
  319:4,21
**52**  221:15
**543**  258:22
  321:20
**546**  287:19
  322:13
**57**  214:13
**58**  24:18
  205:18 207:5
**5:43**  314:13
**5:45**  316:10
**5:50**  314:11,15
**5th**  103:19
  112:10,13

**6**

**6**  1:13,18 4:14
  5:9 9:4 13:17
  18:2 89:2,5

318:6 319:23
**605**  320:9
**61**  216:24
**64**  319:19
**645**  282:23
  322:11
**65**  216:24
**66**  214:14,25
  215:4 216:5
**666**  278:14
**67**  217:20
**671**  276:7
  321:23
**69**  172:21

**7**

**7**  99:4,7 320:7
**7/1/20**  148:17
**7/15/19**  320:21
**71**  319:21
**73**  231:17
**74**  216:25
**75**  231:17
**7549**  320:20

**8**

**8**  106:5,8
  320:10
**8/19/2020**
  211:19
**83**  33:5 217:21
**89**  319:23

**9**

**9**  113:16,19
  320:12

**9/10/21**  264:22
  264:23
**90s**  7:9,9,18
**911**  109:12,17
  178:11
**975**  197:15
  320:24
**99**  320:7
**998**  71:9
  319:22
**9:35**  1:14

**a**

**a.m.**  1:14 37:25
  38:3 97:12,14
**ability**  10:19
  49:20 56:15
**able**  26:16 88:9
  124:20 141:11
  173:8 202:15
  235:25 288:2
  309:24
**aboushi**  2:20
**above**  1:21
  49:23 317:6
**absent**  124:8
**academics**
  244:21
**academy**  33:11
  40:17,18,20,25
  41:4 59:11
  214:15 216:5
  216:15
**accept**  128:11
  143:23 159:15
  249:21 300:2,9

**accepted**
142:20 143:21
183:23 232:7
234:3 245:19
**access** 14:17
130:23 131:4
191:5 194:17
194:25 198:15
**accidentally**
195:25
**accommodate**
10:10
**accommodati...**
38:6
**account** 310:14
312:15,21
313:5,19
**accountability**
207:15
**accuracy**
107:10 124:15
156:9 157:8
298:23
**accurate** 44:22
157:3 171:20
187:17 190:17
193:22 196:19
221:21 229:10
233:13,16,18
234:12 257:16
259:24 260:14
301:13
**accurately**
10:16,20 91:17
251:24

**acknowledge**
170:20
**acknowledged**
195:25
**act** 7:14
**acted** 207:15
**acting** 158:19
**action** 12:6
62:13 63:3,21
64:5,8 85:14
196:12 238:11
249:12 268:23
268:25 269:6
269:10 270:17
270:22 281:13
284:20 285:23
307:3 324:16
**actions** 169:4
171:24 173:10
205:14 264:15
**active** 13:3
**activities** 75:16
262:14,16
263:3
**activity** 58:6
86:6,13 224:11
224:16
**acts** 56:7
**actual** 165:16
198:13 217:15
294:13
**actually** 160:25
**adama** 310:6
**adams** 26:14
297:13 298:5

322:16
**add** 10:4
160:19,20
309:15
**addition** 49:22
129:6 237:2
**additional**
50:12 51:13
108:4 128:4
136:15 138:24
138:25 139:10
141:25 163:21
167:3 188:18
188:19 189:19
189:20 199:8
288:16
**additionally**
4:12
**address** 6:11
13:4 43:10
107:22 142:13
142:23 151:21
151:23 180:8
183:19 186:5
188:13,25
190:6 191:21
198:25 199:15
207:24 220:21
232:6,21 234:6
313:2
**addressed**
100:12 128:18
184:2 202:4
232:10 283:15
313:2

**addresses**
165:7 311:14
**addressing**
149:3 178:10
178:11 186:3
190:18 199:11
**adhered** 217:25
**administer**
3:11
**administration**
151:8
**administrative**
89:17 137:23
149:24
**admissions**
18:13
**admitted** 31:7
31:9
**adopt** 185:21
**adopted** 183:18
184:9 185:19
186:7
**advice** 77:8
79:6
**advise** 151:3
**advised** 196:5
**advisement**
23:17 147:2
222:17
**advocate's**
32:17
**affairs** 132:14
266:10
**affect** 10:19

[affidavit - answer]

| | | | |
|---|---|---|---|
| **affidavit** 46:8 | 274:25 313:17 | **alleged** 27:15 | **announcements** |
| 47:8 49:4 | **aggressively** | 54:9 56:8,20 | 82:10,16,25 |
| 50:17 55:17,23 | 78:3 129:5 | 107:16 176:19 | 84:24 85:10,16 |
| 56:14 58:3 | **ago** 13:20 | 205:4 | 85:18,24 86:8 |
| 69:11 305:12 | 119:18,18 | **allowing** | 86:15,21,25 |
| 305:15,17 | **agree** 50:16 | 199:20 | 88:12 114:22 |
| **affidavits** 60:24 | 51:6 69:3 96:3 | **alternate** | **announcing** |
| **aforemention...** | 103:7 167:24 | 240:14 | 109:5 |
| 17:14 25:18 | 169:2 172:11 | **alternative** | **answer** 8:8,18 |
| 45:24 64:11 | 172:19 173:4 | 163:7 211:12 | 9:8,9,20,25 |
| 71:4 89:3 99:5 | 173:24 175:5 | **ambiguity** | 10:4,12 11:25 |
| 106:6 113:17 | 181:5,12,17 | 233:3,6,10 | 12:13,24 15:14 |
| 119:8 124:25 | 182:9 185:11 | **amendment** | 16:6 19:10 |
| 145:7 155:21 | 185:13 187:2 | 75:15 262:14 | 21:15,25 22:4 |
| 193:5 197:16 | 188:7 246:17 | 262:16 263:3 | 22:6 27:10,22 |
| 206:19 210:5 | 299:4 306:24 | 265:2,24 270:6 | 28:14,23 29:5 |
| 213:25 243:17 | **agreed** 3:5,20 | 271:24 | 30:3,17 31:21 |
| 250:22 258:16 | 124:5 128:5 | **amount** 300:6 | 32:4 33:17 |
| 276:8 278:10 | 246:20 299:17 | **analysis** 184:6 | 35:2,22 36:2,3 |
| 282:24 287:20 | **agreement** 23:7 | 223:3,13,17 | 36:22,22 37:11 |
| 297:21 301:22 | 209:25 222:6,8 | 246:18 297:14 | 37:16 38:10,14 |
| **ag** 273:24 | 222:13 323:5 | 312:23 | 38:22 39:3,14 |
| 277:24 285:4 | 323:10 | **analyzing** | 39:19 40:8 |
| 285:13 306:12 | **agrees** 188:9 | 223:20 | 41:15 42:5,14 |
| **ag's** 274:2 | **ahead** 112:19 | **announced** | 42:24 43:8 |
| 283:19 286:9 | 117:2 | 81:11 106:25 | 44:4,11,20,24 |
| **agencies** | **aid** 2:17 26:13 | **announcement** | 45:9,18,19 |
| 129:12,18 | 121:9 297:13 | 83:10 87:14 | 47:19,22,23,25 |
| 130:6,10,14 | 298:4,12 299:4 | 91:8 99:22,25 | 47:25 48:19,21 |
| 184:8 186:2 | 301:8 322:15 | 100:7,23 101:3 | 48:23 49:2,11 |
| 267:6 | **aided** 208:19 | 101:18,20 | 51:5 52:9 |
| **agency** 60:6,19 | 238:9 | 104:8,21 | 53:11,12 54:16 |
| 130:9 158:25 | **al** 318:5 | 105:21 114:16 | 54:21 55:13 |
| 160:13 186:6 | **allegations** | 115:25 116:22 | 56:9,25 57:3 |
| 190:17 191:3 | 177:21 | 304:25 | 58:11,19 59:2 |

**[answer - answer]**                                                    Page 6

| | | | |
|---|---|---|---|
| 59:8,18 61:9 | 104:16,24 | 160:12,16 | 241:19 242:12 |
| 61:21,25 62:2 | 105:6,10,15,18 | 161:24 162:4 | 243:12 244:17 |
| 62:23 63:9,10 | 105:25 106:2 | 162:13 163:5,7 | 245:9 247:7,13 |
| 63:19 64:2,4 | 107:8 108:8 | 163:15 165:5 | 247:17 248:2,5 |
| 65:21 66:23 | 109:9,17 | 165:21 166:17 | 248:11,15,16 |
| 67:3,13 70:2 | 110:10 111:4 | 166:18,25 | 248:20,23 |
| 70:24 72:11,18 | 111:14,16 | 167:4,15,20 | 249:4 250:14 |
| 73:2,11,12,17 | 112:7 113:11 | 168:8,9 170:5 | 250:16 251:23 |
| 74:4,9,14,22 | 114:24 115:6 | 170:18 171:4,8 | 252:9 253:2 |
| 75:6,19,25 | 116:5,20 117:5 | 171:18 174:10 | 254:17 255:2,8 |
| 76:6,13,14 | 117:12 118:15 | 174:19 175:7 | 255:23 256:13 |
| 77:2,3,11,22 | 118:22 120:4 | 175:21 176:2,9 | 256:15,17,25 |
| 78:8,9 79:11 | 120:14 121:13 | 176:13 177:5 | 257:4,9 258:3 |
| 79:17 80:5,14 | 121:22 123:3 | 177:15 179:7 | 258:11,12 |
| 80:17 81:4,6 | 124:11 126:5 | 179:13,21 | 260:4,25 261:2 |
| 81:16 82:2,5,8 | 126:13,21 | 180:11,24 | 261:24 263:6 |
| 83:5,8,14,16,22 | 129:20 130:12 | 183:3,6,10,21 | 263:11,20,21 |
| 84:4,21 85:5 | 131:14 132:20 | 185:10,17,25 | 263:24 264:4,8 |
| 85:12,22 86:4 | 133:2,9 134:7 | 191:2 192:14 | 264:19 265:9 |
| 86:10,11,17 | 134:11 135:21 | 194:9,20 | 265:13,20 |
| 88:4,9,16,17,21 | 138:11,13 | 196:17 198:19 | 266:7,18 267:2 |
| 88:22 90:8,14 | 139:19 140:16 | 201:20 202:24 | 268:21 269:3,8 |
| 91:3,14,20 | 141:4,17 | 203:9,15,20,25 | 269:14,17 |
| 92:4,7,15,16,24 | 143:18 146:18 | 204:2,10,16,22 | 270:14,20 |
| 92:25 93:9,10 | 147:5,8,13,16 | 205:7 209:25 | 271:2,3,10,15 |
| 93:18,19 94:3 | 148:5,6 149:8 | 213:5,11,15 | 271:21 272:10 |
| 94:4,16,18,23 | 150:16 151:6 | 219:25 220:7 | 272:13,18,20 |
| 94:24 95:12 | 151:17 152:5 | 221:6 222:4 | 273:5,11 278:5 |
| 96:14,19 98:2 | 153:5,13 154:9 | 228:16,23 | 280:4,19 281:2 |
| 98:3,9,11,15,25 | 154:21 155:4 | 231:3,9,10 | 281:15,23 |
| 100:10 101:8 | 155:10 156:15 | 232:18 233:25 | 282:2,19 |
| 101:16,18,25 | 156:23,25 | 235:25 237:16 | 283:23 284:4 |
| 102:8,15,20 | 157:4,9,12,24 | 238:19,20 | 284:18,25 |
| 103:4,5,12,13 | 158:2,2,15 | 239:18,19 | 285:7,11,21 |
| 103:18 104:12 | 159:5,10,18,23 | 240:13,20,21 | 286:2,6,12 |

Veritext Legal Solutions

287:4,10,16
288:20 289:12
289:19 290:2
290:15,25
291:10,11,14
291:18,21
292:11,18
293:8,13,17,24
294:5,6,12,17
295:3,16,24
296:8,14 299:2
299:11,22
300:5,14,23
301:5,12,19
302:21 303:10
303:19,24
306:22 307:13
309:12 312:10
313:8,9,23

**answered**
21:16,23 22:3
24:14 30:2
31:20 38:24
45:3 58:10
61:18 66:25
68:25 70:12
98:21 101:15
111:3 112:5
132:22 141:6,7
141:9 148:13
159:21 171:23
183:9 236:14
248:18 250:19
253:18 299:21
304:15 313:15

**answering**
88:23 111:11
115:8 176:11
**answers**  4:23
6:3 18:13
94:14 162:16
310:12 315:12
**anticipate**
289:8
**anticipated**
289:4
**anticipation**
286:17
**anybody**  122:5
198:14 239:17
241:24 277:14
**anymore**  46:24
62:5 213:3
**anytime**  238:10
**apologies**  37:20
37:24 39:12
84:19 97:10
178:19 215:4,7
215:18 252:16
281:24 294:20
**apologize**  37:19
47:6 71:15,23
168:2 176:12
308:24
**apparently**
101:2 162:20
233:14
**appear**  4:8
114:2 160:25
278:17 298:3

**appearance**
47:15 48:3
83:12
**appears**  283:10
302:9
**appendix**
260:19
**appointed**
267:9
**appreciate**  38:7
**appropriate**
101:23 264:14
275:18
**approved**
138:2
**approximate**
12:16
**approximately**
16:18,19
**april**  1:13
318:6 324:21
**area**  32:18,24
**argument**
311:6
**arising**  63:23
**arrest**  35:5,15
35:17 36:4,5
36:16,19,25
37:8 38:12,20
38:22 40:3,14
41:7,22 42:2
42:11 43:23
44:15 45:15
48:6,11,14
52:5,6,14,25

63:15,23 65:15
66:5 67:11
68:22 69:5
82:15 93:23
97:23 208:18
218:18,20,23
218:24 220:2,4
220:11 228:3
229:7,13 230:9
290:23
**arrested**  41:20
230:11
**arrestees**
220:19 233:14
**arresting**  37:12
39:21 42:15
50:9 55:20
62:14,19 93:14
**arrests**  24:24
34:24 36:8
58:15,21 59:14
59:25 60:25
66:17 67:10
72:4 76:17
85:20 86:2
91:10 93:4,12
93:22 100:3
101:6 104:22
107:2 109:7
114:17 116:2
219:6,24 220:4
220:9,17
221:10 224:15
225:12 227:22
230:15 234:13

article   24:22
26:18,24 81:19
81:20,24 82:6
99:23 106:21
108:10 197:5
197:20 198:12
198:23 199:6
199:10 302:3
302:10 304:24
305:4 322:17
articles   24:20
82:12
arturo   253:8,11
ascertain
139:15 225:7
ascertaining
135:11 138:8
227:21
aside   50:12
82:5 84:10
178:6
asked   14:16
21:23 22:2
30:2 31:20
38:18 39:7
43:10 44:13
45:7,10 51:6
58:10 61:18
67:4 68:25
70:12 98:21
101:15 111:3
112:5 148:13
148:22 151:14
171:23 172:16
176:23 177:24

180:2 183:9
209:17 213:14
213:16 219:3
219:14 223:12
223:23 226:18
226:19 228:5,6
229:2 236:14
250:19 253:18
275:5 296:16
299:16,20
304:16 305:21
310:19,24
312:19 313:15
315:6
asking   9:7,21
17:23 40:9
43:18,19,20
44:21 48:19
52:15 75:21
84:8 121:2
154:11 158:6
159:18 174:22
176:13 233:21
309:10
assault   69:18
assembly   49:7
50:20 51:22
52:6,18 54:12
55:25 69:23
82:23 91:11,25
92:12 93:23
assessed   137:25
assessment
263:17,19,25

assigned   41:4
47:14 48:3,10
80:9 103:21
104:3,14 105:3
107:4 129:8,8
129:15,22,23
139:5 140:20
182:24 258:8
268:15
assigning   48:6
48:13
assignment
32:13
assignments
41:5 182:6
assist   12:5
58:23 67:16
135:10,25
136:2,4 138:7
138:20
assistance
67:18 135:24
176:23 288:10
288:13 294:22
assisted   176:24
assisting   34:7
associated
215:9 216:2
217:2 224:17
assume   9:22
55:18 56:17
92:18
assuming
177:16

assurance
279:22,25
assurances
279:14,17
assured   109:14
attachment
197:25
attack   130:5
attacked   129:4
attempt   136:2
188:23 241:15
attempting
228:13
attended
216:21
attention
188:12
attorney   1:4
2:4,4,5 11:10
11:22 12:25
15:20 16:8,12
16:25 19:18
29:23 34:22
36:9,25 37:7
42:10,17 43:4
43:13 45:14
49:6 50:18
55:7 58:22
59:13,23 60:11
62:7 77:20
78:3,19 79:2
81:11 83:20
84:14,25 85:9
88:12 93:5
94:17 100:2

| | | | |
|---|---|---|---|
| 101:12 103:25 104:4,7,20 105:20 106:25 109:5 111:19 112:3 113:7 114:14,19 115:3,10,20 116:18,23 130:17,25 131:3,9 179:4 194:16 246:11 273:16,21 277:25 278:25 279:10 282:3 284:7,21 286:14 290:19 292:8,15 294:14,21 295:4,19 296:2 296:18,19 297:3,4 304:7 306:16 307:9 307:17,17,21 307:24 308:4 308:22 309:6 311:3,10 318:4 **attorney's** 19:21 20:5,8 20:24 21:13,19 22:8 27:14 28:2 34:12 36:17 44:14 61:12 63:4,22 69:11 76:8 87:13 91:2 | 101:4 102:19 102:25 103:16 103:21 115:17 272:4 290:7,10 291:4 292:22 293:6,9 296:10 304:11 305:24 **attorneys** 2:11 16:3 17:3,9 20:20 305:5 306:13 310:3 **audio** 28:9 39:16 **august** 206:13 212:11 **auspices** 267:23 **author** 76:3 **authority** 118:11 120:10 120:16 123:10 137:14 152:23 261:14 274:6 308:4,14 **authorized** 3:11 172:5 **available** 78:18 126:7 240:17 251:8 316:8 **average** 299:5 **aware** 20:6,16 20:23 21:17 22:6 35:6 37:2 37:4 41:8 44:16 66:10,14 | 70:5,6 74:25 75:13 80:24 81:7 86:23 87:21 98:23 115:15 121:7 121:19 122:21 123:9,13 153:6 155:11,18 183:4 191:3 192:16 196:25 212:14 213:6 213:20 229:15 238:24 239:5 241:13,24 244:13,23 246:6 255:4,6 255:9 277:21 278:3 290:16 294:13 295:5 295:17,18,25 296:5,9 297:12 297:17 304:18 308:7 **axon** 140:13,14 **aymen** 2:20 **b** **b** 1:18 4:14 5:9 9:4 13:17 18:2 319:9 320:2 321:2 322:2 **back** 13:23 51:18 55:16 69:2 70:13 71:18 82:18,20 | 95:16 96:5 97:17 122:14 156:22,25 160:11,16 168:5 174:24 175:3 180:12 184:11 188:15 189:10,19 192:24 197:21 215:3,5 223:8 223:11 224:6 226:13 229:3 232:14 248:8 248:24 261:10 275:4 296:15 303:5,15 **backlog** 128:25 129:4 153:19 154:2 190:10 190:11,18 191:8 192:17 197:8 198:22 198:25 199:2 199:12,15 201:24 202:4 **bad** 312:5 **badge** 175:14 176:16 **badges** 170:13 171:20 172:3,8 172:13 173:18 **band** 172:23 175:18 176:6 **bands** 170:20 171:12 172:3,5 |

172:14 173:11
175:10,23
176:8,15
177:13
**bar**  31:7,10
**bargaining**
200:23
**based**  54:9
60:13 61:14
62:6 80:24
81:23 109:21
139:3 167:5,6
167:10 212:18
256:7 277:11
314:20
**basically**
127:16 228:22
**basis**  170:8
175:8 177:7,11
177:14 191:19
230:19 247:13
307:6
**bate**  319:23
320:7,10,12
**bates**  46:4
64:16 71:8
89:7 106:10
145:11 193:9
197:14 206:24
210:10 214:5
214:13 221:15
229:5 232:25
243:21 258:20
276:6 278:8
282:22 287:18

319:17,19,21
320:17,19,22
321:7,9,11,13
321:18,21
322:7,9,12
**bears**  46:4
**began**  112:24
128:11
**beginning**
274:10 305:13
314:19 315:4
**behalf**  8:15,22
18:9 41:15
42:5,24 44:24
59:21 61:7,9
62:24 66:23
68:2 74:4
75:21 88:8
111:22 115:8
159:6,19
161:15
**behavior**  52:22
55:2 57:14
**believe**  4:3 7:7
14:3,18 23:5
35:11 53:16
55:6 78:23
81:20 101:9
112:5,24
114:10 123:21
125:7 130:20
130:23 144:17
144:20 146:19
148:17 151:14
163:6 167:11

194:21 198:13
200:10 205:21
206:2 208:13
217:8 221:10
246:12 253:8
255:22 257:25
262:11 263:7
264:20 265:22
276:23 279:20
285:17 310:20
311:13 314:21
**best**  10:12
125:16,18
254:20
**better**  247:4
**beyond**  43:15
49:25 50:25
101:18 163:21
167:19
**big**  224:22
**bill**  1:9 2:11
**binders**  209:24
**binding**  4:24
18:13 315:13
**bit**  71:18
124:21 127:15
179:7 252:17
**black**  150:13
**blasio**  1:9 2:11
24:18 205:13
245:24 246:16
246:25 247:24
248:20,23
249:5 250:2
308:12

**blasio's**  26:4
28:16
**blood**  324:17
**board**  19:24
26:19 118:7,9
145:15 147:19
148:17 149:2
168:17 302:11
322:19
**body**  79:14,19
79:24 80:10,19
123:24 124:3,5
127:2,3,8,17
128:23 129:7
129:17 130:15
130:21 131:4
131:10,19,25
138:15,17,18
139:17 140:10
141:11,13
142:19 144:14
144:23 169:11
186:13 187:9
188:12 190:8
190:22 191:5,9
191:13 192:10
193:24 194:6
194:11,17
195:5,15,17
196:22 197:8
198:16 201:24
202:10 267:22
313:18
**bonds**  102:5
103:9

borough   62:9
boroughs
  226:18
bottom   47:14
  62:12 114:13
break   10:9,12
  96:25 97:3,3
  117:15 118:2
  122:4,15 160:6
  178:19,22
  179:2 245:11
  245:13 314:10
breakdown
  234:13,25
bring   14:22
broad   60:3,17
  61:19 209:15
  230:20
broader   139:2
  141:21,22
  224:2
broken   227:25
bronx   33:8,9
  81:22 305:5
brooklyn   33:5
  81:21 305:5
brought   29:10
  188:11
bull   2:7 5:2,20
  5:22 17:11
  21:24 22:4
  23:12 25:4,9
  25:15,22 29:19
  37:21 38:8
  39:9 45:21

46:4 47:8 64:9
64:15 71:8,19
89:7 97:2,7,11
98:22 106:10
117:13,22
119:6 124:22
133:13 145:11
146:20 152:20
158:14 160:4,9
166:9 174:24
178:20 193:3,9
195:12 197:13
206:23 210:9
214:5 215:2,5
215:22 222:11
241:3,8 243:21
245:10 251:6
258:20 302:2
309:18 314:8
314:11 315:15
315:25 316:4,9
319:4
bulletin   89:18
bulletins
  149:25
bureau   11:18
  14:5,8,9,11
  15:2,3 31:2,23
  32:6 58:22
  66:15,19 67:8
  67:22 68:4,20
  94:7,12,20
  110:17 126:25
  127:4 132:10
  132:14 187:8

220:10,18
230:10 250:9,9
250:12 267:15
267:24 268:7
271:25 272:2
277:2 312:23
313:4,14,19
314:2
bureaus   249:11
business
  109:18 124:7
  125:17 192:3,3
bwc   320:15

**c**

c   2:2 317:2
  324:2,2
calculated
  160:23
calculation
  165:23
calendar   14:18
  24:5
call   10:24 17:3
  23:13 94:17
  146:21 230:14
callaghan   2:17
  17:2
called   5:15
  147:17 197:6
  220:15 229:25
  237:2 263:2
  282:4 302:10
calls   94:18
  109:12,17
  178:12 230:13

253:22
camera   79:14
  79:20,24 80:10
  80:19 123:25
  124:3,5 127:2
  127:3,8,18
  128:23 129:7
  129:17 130:15
  130:21 131:4
  131:10,25
  138:15,17,19
  139:17 140:10
  141:11,13
  142:19 144:14
  144:23 186:13
  187:9 188:12
  190:8,22 191:6
  191:9,13
  192:10 193:24
  194:6,11,17
  195:6,15,18
  196:22 197:8
  198:16 201:24
  202:10 267:23
cameras   131:19
  139:22 140:2,6
  141:19 169:11
  169:12 186:14
capabilities
  139:21 141:19
capability
  139:24
capable   140:6
captain   32:5,11
  32:23 48:4

**[captain - certain]**                                        Page 12

50:9
**capture** 237:19
**carrie** 161:22
162:17
**case** 1:7 7:11
7:17,18 9:5
53:22 78:20
143:3 151:15
172:22,25
176:4 189:25
191:18,18
204:25 318:3
**cases** 7:23 8:6
8:24 26:19
44:6 78:4
87:15 122:8
127:6 128:4,19
128:21 129:14
130:5 131:11
142:8,14,23
149:3 153:20
154:6,16
175:24 176:4,5
177:9 178:10
189:2 190:10
198:22 262:22
298:15 300:16
300:25 301:15
302:11,24
306:5 310:4
322:20
**catch** 9:10
**categories**
154:5 186:17
208:14 209:4

209:14 212:19
221:18 222:2
**category** 44:6
154:16 187:25
189:7 222:18
238:22
**cause** 50:19
52:5,12,17,25
53:2,15 54:11
55:9,25 56:5
56:22 57:4,10
57:16,22 58:8
58:14 59:14,24
60:8,15,21,22
61:15 63:6,15
69:12,22 70:18
91:9,24 92:12
93:13
**caused** 204:24
**causes** 225:6
227:21
**causing** 199:21
**ccrb** 22:19,20
23:22,25 27:7
118:9,12,20,25
119:25 120:8
120:12 121:4,9
122:8,23
123:10,15,18
123:20 124:7
126:16 127:5
127:17 128:11
129:9,13 130:5
132:3,7 133:4
133:12,15,24

134:2,16,19,22
134:25 135:5,7
135:9,11,15
136:12,14
137:13 138:8
138:20 139:4,7
139:16 140:25
141:10,15
142:6,23,23
143:11,22
144:4 147:16
148:11 149:6
150:6 151:8,13
151:24 152:4
152:25 153:10
153:20 154:4
155:7,12
158:16 160:22
161:6,18 162:6
162:24 164:2,9
164:19,25
165:24 166:11
167:22 168:12
168:25 170:24
174:23 176:19
176:21,25
178:2 180:14
180:19 181:8
182:5,12,14,21
183:8 184:25
186:8,12,16,20
186:21 187:8
187:12,25
188:17 189:9
189:23 190:10

190:20 191:4,9
191:11 192:8
193:11 194:24
195:6,13,16
196:5,19
198:10,14,21
199:13,17,19
200:2,3,9,20
201:5,10
202:13,17,20
203:2 204:5,6
204:11,25
249:19 266:25
268:8 297:15
300:2 301:14
302:23 306:11
307:17 320:15
320:21
**ccrb's** 131:20
158:6 167:25
170:10 172:12
174:7 185:22
298:14,16
299:6 300:9
**central** 260:7
**certain** 8:22
13:4 24:23
53:17 104:9,22
124:2,12 131:7
134:22 139:15
139:23 140:20
144:18 148:14
182:15 194:23
219:4,8,12
246:13 280:17

306:5 315:6
**certification**
3:8
**certify** 317:4,8
324:10,15
**cetera** 250:13
**challenge**
168:16 174:8
174:11 180:8
180:13 183:13
186:11,12,16
190:6 199:16
201:18
**challenges**
168:13,22,24
223:20
**chance** 259:19
283:4
**change** 45:11
142:17 144:11
144:22 146:12
146:13 147:11
160:19 233:23
260:15,22
261:21 266:3
271:8 294:7
309:15 318:7
**changed**
132:16 142:3
145:4
**changes** 128:10
148:20 269:24
270:3,3,4
311:4,14,21

**channels**
191:19 272:3,7
272:8,15
**chaotic** 179:16
**characterizati...**
105:2 166:21
173:5 209:12
**characterize**
125:18
**characterized**
165:19
**charge** 50:19
53:21 57:20
220:22
**charged** 93:15
**charges** 49:7
50:12 51:13,25
60:15 61:16
65:8 101:22
137:22 150:20
151:5 279:11
279:15 280:3
**chart** 229:6
231:8
**charter** 118:16
118:19 119:24
121:3 320:14
**chat** 46:6 64:17
**chats** 87:7
**chernyavsky**
283:11
**chief** 1:10 2:12
99:17 114:6
168:12 240:5
240:23 241:4

241:15 276:22
276:24 277:2
277:14,17
278:19
**chilled** 279:12
**chose** 137:24
**church** 2:13
140:4
**circumstance**
153:23
**circumstances**
52:23 53:9,14
53:20 54:24
65:20 124:9
126:11 127:13
127:21,24
178:5 179:22
180:4 187:22
224:23
**cited** 20:9,10
53:23
**city** 1:9 2:10,11
4:24 7:15 8:15
12:7 18:9,14
18:22 20:3
21:10 22:8
30:14 31:13
42:24 44:24
53:23 59:21
60:10,23 61:7
61:10 62:24
63:2 66:23
68:3 73:4 74:4
75:22 81:10
82:14 83:17

84:15 85:7
88:8 101:10
102:17 103:6
109:22,24
110:24 111:5
111:14,23
115:9,22
118:16,18
119:23 122:18
122:22 130:14
159:7,19
161:15,19
162:5 166:3,14
167:15,24
170:2 172:10
174:6,12,12,15
175:8 176:14
176:18,25
177:16 179:9
181:5,12,17
182:9,18 183:7
185:7,13 186:7
187:2 188:7,9
200:22 225:13
231:22 232:20
234:11 239:7
240:22 241:3,8
241:14 245:21
248:13 249:6
249:21,25
257:16 273:19
282:14 284:14
284:19 285:19
285:22 289:5
294:15 295:17

296:5,9,20
297:6 298:22
304:13 306:25
310:9,13 311:9
312:14,20
313:10 315:14
318:4
**city's** 84:8
167:22 175:22
177:25 180:3
307:18 311:2
**citywide**
255:14 256:6
256:10
**civil** 1:20 2:18
18:2 26:18
107:22 108:18
118:6 178:7
218:15,21
219:11 277:2
**civilian** 19:23
118:8 128:8
129:21 145:14
147:18 148:16
148:25 202:9
238:6,13 267:5
302:10 322:18
**civilians** 170:14
172:15 173:19
177:24
**clarification**
9:21 14:7
233:6
**clarify** 29:12
308:25

**clark** 276:22,24
278:19
**clauses** 207:13
**clear** 37:11
110:23 111:24
131:2 205:3
247:18 248:7
248:21
**cleared** 190:11
**clearly** 165:2
**client** 12:25
16:8
**close** 110:13
204:12 298:17
300:18
**closed** 173:8,10
205:2
**cm** 1:8
**cocktails** 55:5
**code** 14:16
218:2,17,23
219:4,9,17,24
228:4
**coded** 228:8
**codes** 220:4
**collect** 78:17
234:12 237:23
**collected** 231:6
284:2,21
**collecting**
233:24 274:24
**collection**
186:13 232:5
**collective**
200:22

**column** 210:12
224:19 252:12
257:12
**combat** 249:17
266:24
**come** 81:9
139:22 140:13
193:20 203:7
205:12 273:18
275:20 307:25
**comes** 127:17
**coming** 98:4
**command** 15:5
31:17 32:2,11
32:14,21
137:22 227:12
240:15 255:17
292:3,4
**commanding**
30:24,25 31:23
185:4 288:9
**commands**
32:16 33:2,3
90:19 250:10
**comments**
262:20 270:8
**commission**
249:16 266:23
267:16
**commissioner**
1:9 2:12 23:23
99:17 114:4,11
137:21 138:3
158:19,20,23
159:3 161:9

163:16 172:6
202:25 203:10
203:16 204:17
246:17 249:24
259:9 267:8
268:14,16
275:24 276:3
276:14 278:18
283:16 297:14
298:13 300:7
300:16
**communicate**
140:2
**communicated**
117:11 287:12
291:16
**communication**
60:7,20 139:7
142:7 189:14
190:15 191:19
259:8 272:3,8
276:13
**communicati...**
13:2 16:8
27:25 28:7
187:7 254:12
264:12 272:7
272:15 276:23
280:5 303:24
304:4,6 306:2
**communities**
102:6 103:10
**community**
263:22 264:6
266:10 269:19

270:16,22
271:4,7,12
**compel**  134:10
134:15,16,25
137:15 201:13
**compelling**
295:13
**compiling**
155:12
**complain**
198:14
**complainant**
143:12
**complaint**
11:22 19:24
26:18 39:22
118:7,9 135:17
145:14 147:18
148:16 149:2
164:11 200:2
302:10 322:18
**complaint's**
298:17
**complaints**
80:20 86:20,24
87:21,23,25
88:5,11 119:13
164:20,22
166:2,13,21
196:2 280:14
280:21 281:12
281:19
**complete**  9:9
133:18 181:9
181:24 184:6

203:5 208:8
251:19 252:12
255:23,24
256:2 271:18
271:19 272:15
272:17
**completed**
152:9 180:22
206:13 210:24
242:3 246:2
254:4 263:17
**completely**
142:22
**completing**
203:23 267:17
**compliance**
138:16 152:12
153:25
**complied**
134:18 136:19
177:17
**comply**  122:24
123:11 133:21
134:5,24
136:24 137:5,8
137:19 152:18
177:13 200:18
314:23
**complying**
293:2
**computer**
227:16 292:2
**conceal**  169:5
176:8

**concealed**
174:17,21
176:6
**concealment**
174:11,13
175:9,12 177:3
**concern**  149:6
**conclude**  204:6
**concluded**
316:12
**conclusion**
204:13
**conduct**  30:10
49:8,22 50:5
50:11,20 51:12
51:23 53:4
55:10,22,23
56:17,21 57:5
69:23 82:24
93:24 95:14
101:6 152:13
169:9 206:10
208:6 242:20
243:2 307:21
308:5,11,15
**conducted**
19:12 176:21
177:2 216:7
242:22 243:4
263:19 306:11
306:13
**conducting**
268:24 269:6
269:10 308:8

**conducts**  41:9
127:9
**conference**
6:20
**confident**  73:20
154:2
**confidential**
222:5
**confidentiality**
23:7 209:25
222:6,12 323:4
323:9
**confirm**  68:19
161:13
**confused**
111:12 309:2
**confusing**
278:4
**connection**
80:2,11 224:16
241:16 244:25
**consecutive**
178:9
**consent**  200:12
**consented**
161:14 278:24
**consequences**
134:12
**consider**
231:23 234:10
234:11 286:4
300:24
**consideration**
313:13

considered
179:23 262:22
269:24
considering
54:23 224:23
236:16
consistent 4:9
221:11 231:21
consolidate
249:16 266:23
consolidated
17:24 310:4
319:13
constitute
91:24 92:11
constituted
50:3
constitutes
54:25
consulted 76:9
252:24
contact 19:11
20:13 94:19
208:25 209:2
211:7 253:12
contain 251:14
contained
163:11 165:10
184:14 212:4
232:15 262:3
264:7 265:4
285:24 286:4
contemplated
308:20

content 18:18
continuation
268:3
continue 46:23
91:10 93:12
continued
112:13,25
190:9 319:25
320:2,25 321:2
321:24 322:2
continues
40:24
continuing
306:9
continuous
112:23
continuously
256:4
contradict
159:16
contributed
102:25 161:23
200:16
contributing
170:11,25
171:5,11
172:11 173:15
174:5
control 107:5
214:16 215:10
216:6,7,20
257:15,19
258:7 259:16
260:16 261:5

controlled
169:12 186:14
conversation
16:24 281:4
conversations
60:5 84:13
85:8 100:13,18
115:2,10,12,16
115:19 128:15
281:20
convince 49:25
50:25
cooperate
118:19,23,25
119:24 120:12
120:17 121:9
133:14 135:13
135:22 150:5
150:21 151:4
207:24 208:4
213:12 292:7
292:20 293:5
cooperation
20:4 21:11
137:15
coordinate
43:12 245:6
255:18 256:20
coordinating
34:22 36:9
43:4 45:13
257:6
coordination
20:4 21:11
34:13 255:15

256:7,11 260:8
290:6 306:3
copies 275:16
275:18
copy 3:14,17
316:7
corner 140:4
corp 2:18
corporation
2:10 249:8
286:15
correct 10:4
18:3,10 21:5
36:12 41:17
43:2 50:13
61:7,8 76:7
80:7 82:9 83:9
90:6 91:11
94:10 95:24
96:20 100:24
101:6 107:6
116:9,24 124:4
150:3 151:21
155:17 156:6
156:16 157:16
159:7,8 161:16
161:19 166:23
169:24 170:10
171:9 180:19
182:2,3,7,8,16
182:25 183:4,6
184:25 186:9
186:10,24
188:5,6 190:20
191:11 195:2

[correct - date]                                                          Page 17

196:6 199:18
205:21 219:17
219:23 233:8,9
234:7 235:3
237:21 242:5
246:16 247:4,5
248:5 251:5
252:5,6 257:20
266:19 274:8
277:3,7 284:9
295:10 298:18
299:13 317:9
**corrected**
187:16
**corruption**
249:17 266:24
**counsel**  2:10,18
3:6,17 8:5,10
10:22,25 11:2
25:11,23 122:3
142:6 158:11
198:21 249:8
253:9 286:15
302:4 308:19
309:19 319:15
322:23
**count**  129:19
160:25 225:19
233:13 268:20
**counted**  160:24
164:12
**counts**  164:21
**county**  324:5
**couple**  198:3
253:22

**course**  10:5
70:22 109:18
239:3 280:12
282:4 309:3
**court**  1:2 3:13
6:2,22 7:23,25
8:2
**cover**  175:18
259:9 276:13
**covered**  5:11
24:10 172:2,23
176:15
**covers**  209:16
**covid**  110:14
110:14 112:15
172:7 178:7
192:11 200:14
202:9
**cpl**  77:16 78:23
**created**  35:7
67:22 90:21
211:9 236:21
255:16
**creation**  76:9
90:12,22 147:4
245:6
**crime**  57:21
102:11
**crimes**  49:23
178:11
**criminal**  39:22
49:22 56:17
66:18 78:20
94:7 122:13
220:10,17

230:10 272:2
279:11,15,18
280:3 307:15
307:22 308:5
**critical**  102:5
103:9
**crowd**  56:18
57:13 58:4
69:17 107:5
260:16
**crunch**  228:13
**cuomo**  274:4
**curfew**  82:24
**current**  266:22
**currently**  15:6
33:13 49:24
255:21 261:16
**curricular**
263:18
**curriculum**
215:10 216:23
**cv**  1:7

**d**

**d**  3:2 310:6
317:2 319:2
**d'andraia**  28:5
296:3,6
**d1**  119:22
120:17,19
**da**  84:6 99:20
293:20 294:2,8
**das**  60:20
271:24
**data**  209:9,10
222:19,21,23

223:3,8,11,13
223:17,19
224:2,14
228:24 229:7
229:13,19,21
230:13,14
231:6 232:5
233:7,20,23
234:12 235:18
236:2,12
237:23
**database**  140:9
194:17 220:8
220:16
**date**  1:13,21
11:6 15:8
17:17 25:21
46:3 64:14,22
71:7 79:18,21
89:6 90:21
99:8 105:12,13
105:17 106:9
113:20 119:11
125:4 145:10
155:24 193:8
197:19 205:22
206:3,22 210:8
212:13 214:4
218:14 219:10
243:20 246:13
250:25 252:4
258:19 264:23
264:24 267:11
276:11 278:13
283:3 287:23

297:24 301:25
318:6
**dated**   25:24
82:12 90:5
100:24 106:21
191:6 283:13
288:6
**dates**   219:6
225:11 231:19
236:17 282:9
**day**   15:10 95:5
110:7 192:3,3
224:11 225:9
317:19 318:22
324:21
**days**   3:16
110:19 124:7,8
125:17 151:20
152:10 178:9
178:10
**de**   1:9 2:11
24:18 26:4
28:16 205:13
245:24 246:16
246:25 247:24
248:20,23
249:5 250:2
308:12
**deadline**
121:11,13,23
152:6
**deadlines**
124:13,14
128:22

**deal**   201:23
**dealings**   123:15
**deals**   126:25
151:11 311:21
**dealt**   274:18,18
274:19
**december**   15:4
15:10 206:14
208:13 252:5
**decide**   202:25
270:16
**decided**   36:18
37:7 49:6
109:3 221:11
298:15
**decision**   36:24
37:3 44:14
100:20 102:19
103:2 105:9,11
108:16,23
109:2 115:4
143:23,25
144:2 147:6
203:8,11
249:20 295:20
303:25 305:3
306:4 311:10
313:18
**decisions**   28:2
83:19,24 84:16
85:19 88:6
105:5 248:12
248:14,24
304:8,11,14,19
305:6,8,11

310:10,14
311:2 312:15
313:6,12,20
**declination**
63:23 310:14
312:15 313:6
313:11,20
**declinations**
310:10
**decline**   28:2
36:18 86:7
101:5,21 104:9
104:21 240:10
304:8,19 311:3
311:11
**declined**   37:8
44:15
**declines**   312:23
**declining**   24:23
28:7 46:9 47:9
49:17 60:12,24
61:12 85:2
100:2
**dedicated**
190:13
**def**   46:5 64:16
71:9 89:8
106:11 145:12
197:15 206:24
210:11 214:6
258:21 276:7
278:9 282:23
287:19 319:18
319:20,22,24
320:8,11,13,18

320:23 321:7
321:10,12,19
321:22 322:8
322:10,13
**defect**   70:4,15
70:16
**defects**   69:10
**defendant**
55:21 56:20
58:3
**defendant's**
50:11 51:12
315:11
**defendants**
1:11 2:11 5:3
49:21 56:16
211:17
**defending**   12:5
**deferring**   46:9
47:9
**deficiencies**
183:20 186:5
**deficiency**
187:14
**deficient**
187:10
**define**   126:2
**definition**
309:7
**definitively**
87:22 88:10
**delay**   194:5,6
194:10,13
199:22 217:11
217:13

delayed   169:13
  202:19
delays   169:15
  196:21 198:15
  199:17 200:16
  204:24
deleted   296:22
delgado   48:4
  50:9
delivered
  275:19
demler   53:23
demo   72:7,10
  75:22 76:10
demonstration
  72:3 76:18
demonstrations
  26:9 58:15,20
  110:18 112:12
  112:16 251:2
  321:15
demor   114:6
depart   203:2
  203:11
departed
  203:22
department
  1:10 2:10,12
  7:16,21 8:12
  10:24 12:4,5,7
  14:17 15:20
  16:13,25 17:4
  19:16,17 22:18
  23:3 26:5
  31:14 32:17,22

60:5 74:18
75:3 78:25
100:20 107:2
108:13 110:15
111:17 116:9
116:11,16
119:14 149:20
154:20 183:17
183:19 184:9
205:10,11
206:10 208:7
208:22 209:2,7
210:22 211:8
214:9 217:24
226:22 239:2
242:2,9,13,16
242:16,20
243:2,11,24
244:5,10,16,24
245:5,17
251:16 252:23
254:5,9 261:16
261:22 274:19
275:10 278:24
289:6,7,14,21
296:20 297:5,6
306:12,18,19
307:10 308:8
308:10
department's
20:25 22:9
160:22 184:7
210:22
departure
203:6,23

297:15
depend   152:15
  226:17
depending
  149:24
depleting
  107:23
deploy   110:15
deployed
  107:25 108:20
  111:10,20
  113:6 169:8
  185:2 224:10
  225:8 227:5
  261:19
deploying
  261:14,17
deployment
  180:15 182:23
deployments
  230:14
deposed   6:24
  240:17
deposition   1:17
  3:8,9,14 4:6
  6:4 7:11 10:5
  11:5 12:11
  14:23 16:4
  17:8,25 23:19
  25:13 28:11,20
  29:24 30:6,11
  38:3 97:14
  118:3 156:5
  157:15 160:7
  178:23 245:14

302:4 305:13
308:18 309:4
314:15,20,21
314:25 315:5
318:6 319:14
depositions   5:5
  8:15
deputy   5:12,21
  22:5 26:2
  31:22 32:8
  38:9 47:13
  71:11 88:19
  97:16 114:11
  118:5 158:20
  160:11 178:25
  259:9 267:16
  268:14,16
  276:14 278:18
  312:10 315:18
dermot   1:9
  2:12
describe   65:13
  65:18 66:3
  126:15 233:15
  251:25
described   45:5
  49:23 55:9,23
  57:15 58:2,7
  68:2 69:10,19
  131:23 218:7
  273:7
describing   63:5
  69:11 192:17
  297:14

**description**
69:5 319:12
320:6 321:6
322:6
**designated**
4:14,16 5:13
13:17 18:22
19:2 37:9 45:4
45:7 147:15
206:9 208:24
211:6 303:7
315:9,21
**designating**
267:4
**desire**  240:22
241:3
**desk**  47:14 48:3
83:11
**despite**  91:8
161:13
**destination**
190:2 288:23
**detail**  181:3
182:14
**details**  54:6,10
103:15,20,24
104:3,6,14,19
105:22 109:20
112:2 113:10
114:21 116:12
116:17,23
131:8
**determination**
59:5 84:5
161:10 299:25

300:8
**determine**
63:15 207:19
247:15
**determines**
300:17
**develop**  192:8
**developed**
264:13,17,20
265:10
**devora**  114:3,6
114:8
**di**  4:23
**dialogue**  144:5
**differ**  130:22
272:7 290:21
**difference**  95:8
95:9 96:4
275:7
**differences**
221:9
**different**  62:8
73:7 95:22,22
117:14 130:19
132:18 137:6
159:25 220:23
221:3 226:25
231:7,25 242:8
249:10,10
250:9 297:11
**differentiate**
263:15
**differently**
115:21 131:13
131:20

**difficult**  225:4
268:4
**difficulty**
190:21 191:12
225:6 226:12
227:21 228:7
252:19
**digital**  128:15
**direct**  119:21
142:7 150:25
194:16,24
214:12 284:14
**directed**  50:4
130:4 162:2
177:12 208:9
242:4 273:20
285:19
**directing**  24:19
**direction**
152:17 177:14
187:12 213:12
274:3
**directly**  131:4
134:3 257:12
**disagree**  103:7
166:4 171:4
174:4 182:19
186:19 187:2
188:7 315:23
315:25
**disagreement**
163:9 165:18
**disagreements**
254:19

**disagrees**  174:7
187:4
**disapproved**
138:3
**disburse**  55:6
55:15
**disciplinary**
150:20 151:5
152:19 193:25
203:12
**discipline**
137:2,18,20,22
152:14 202:21
205:2 300:10
300:20,25
**disclosed**
120:22
**discon**  261:14
**discover**  195:7
195:16
**discovered**
188:4
**discovery**
78:12,24
130:19
**discrepancies**
221:2 231:6,24
**discrepancy**
231:14 236:6
236:11
**discuss**  16:7
87:13 167:18
304:24
**discussed**  17:7
92:20 95:7

126:11 142:8
153:3,11,16
154:7 202:17
204:25 253:23
274:17 304:23
**discusses**
231:14
**discussing**
265:23 295:3
**discussion**
55:19
**discussions**
87:19 191:4
244:7
**dismiss**  28:3
36:18 37:7
44:15 49:6
85:3 304:2,8
304:20 306:4
310:11
**dismissal**  60:22
**dismissals**
306:8
**dismissed**
49:12 51:2
78:21
**dismissing**
49:15 60:12
61:13 305:18
**disorder**
214:16 215:10
216:6,7,20
218:21 257:15
257:19 258:7
259:16 260:16

261:5
**disorderly**  49:7
50:20 51:23
53:3 55:10,22
56:21 57:5
69:23 82:23
93:24 95:13
101:6 152:13
164:14 169:9
**disposition**
161:4,7
**dispute**  107:10
156:8,17 157:7
170:3,8 181:15
181:23 183:7
183:11 298:22
299:18
**disputes**  174:13
**disregarding**
136:22
**disseminated**
90:18,20
**distance**  139:23
**distributing**
67:20
**distribution**
73:19
**district**  1:2,2
19:21 20:5,7
20:19,24 21:12
21:18 22:7
27:13,25 34:12
34:22 36:9,17
36:25 37:7
42:10,16 43:4

43:13 44:14
45:13 49:6
50:17 55:7
59:13,23 60:11
61:11 62:7
63:4,22 69:10
76:8 77:20
78:2,18 79:2
81:11 83:19
84:14,25 85:9
87:13 88:12
91:2 93:4
100:2 101:4,12
102:18,25
103:16,21,25
104:3,6,19
105:19 106:24
109:5 111:19
112:3 113:7
114:14,19
115:3,10,16,20
116:18,22
130:17,24
131:3,9 194:16
246:10 272:4
290:7,10,19
291:4 292:8,15
292:22 293:6,9
294:14,21
295:4,18,25
296:10,19
297:4 304:7,11
305:4,24
306:13,16
307:8,16,17,20

307:24 308:3
308:21 309:6
311:3,10
**divergent**
234:24
**division**  230:16
235:6,19,22
236:20,24
237:6,14
**document**
17:15,18,21
23:9,13 25:19
25:25 27:12
28:4 45:25
46:7,12,16,19
47:5,12 62:8
62:18,21 64:12
64:15,19,19,21
64:23 65:7
67:5,15,19,25
68:2,4 70:4,6,7
70:21 71:5,11
71:12 72:7,14
72:15,21 73:14
73:22 76:4
77:14 79:4
89:4,9,13 90:3
90:5,12,16,25
92:5 95:2,3
98:14 99:6,15
106:7,12,15,18
113:18 119:9
125:2 145:8,13
145:17 152:10
155:22 168:18

[document - e]                                                      Page 22

169:7 184:12
184:14,17,18
193:6,18
197:11,17
206:20,23
207:2 210:6,13
210:16,24
211:4,10,13,14
211:15,18,22
212:3,15 214:2
214:7 230:25
239:4 242:8
243:18,23
250:23 251:7
251:10,19,22
251:24 252:4,8
256:8 258:17
258:25 259:2,7
260:13 261:13
268:13 272:16
273:8 276:9,12
278:11,15
282:25 287:21
287:24 288:3
297:22,25
301:23 305:20
321:9 322:7
**documentation**
180:16 182:6
183:14 280:24
**documentatio...**
281:11
**documents**
14:22 23:6,18
24:8,10,13,17

25:12 27:6,13
34:23 42:16
62:3 66:20
68:8,20 73:5
92:19 96:9
120:7 121:5
126:17,23
132:4,8 133:8
136:5,9 140:24
141:2 151:11
151:20 155:7
209:4 221:19
222:2,7,9
238:24 242:14
244:23 261:16
267:18 268:6
270:9 274:9
275:8,13
280:16 295:14
296:21 297:7
319:17,19,21
319:23 320:7
320:10,12,17
320:19,22
321:7,11,13,18
321:21 322:9
322:12 323:2,3
**doi** 22:18 23:8
183:16 206:10
208:15,22,25
209:5,18
210:21 211:7
211:13,23
212:5,22,23
213:8,13,18

214:14 215:8
215:15 216:20
217:22 218:9
220:24 221:18
221:23,25
222:20 223:15
223:16 225:18
226:14 229:4
229:17 232:8
233:5 234:24
236:3 237:18
239:8 240:2,23
241:7,12,20
242:10,13,23
243:5,9 244:5
244:14,17
245:6,17,25
249:7,18
251:15 252:23
253:3,9,13
254:11,20
259:13 274:18
275:9 278:4
286:15 296:19
306:12 307:18
323:5
**doi's** 223:4
244:8 307:10
**doing** 174:15
211:13,25
225:4 280:22
**door** 128:17
212:7
**dot** 139:22
140:13

**double** 160:24
312:19
**doubt** 50:2
51:2
**draft** 68:21
259:20 260:14
**drafted** 68:13
116:8
**due** 128:19
172:7 180:9
**duly** 5:16 317:5
324:12
**dumped** 26:19
301:15 302:11
302:23 322:19
**duties** 104:15
105:4 134:3
**duty** 207:24
208:3 235:23

**e**

**e** 2:2,2 3:2,2
4:13,19 14:17
25:11,22 27:24
28:6 71:9,20
74:8 75:23
76:2 99:9,16
99:20 100:6,11
100:25 114:2
116:25 117:6
151:20,23
197:15 282:23
283:10 317:2
319:2,9 320:2
320:8,23 321:2
322:2,10 324:2

324:2
**earlier** 15:23
  24:2 28:5
  38:18 42:3,21
  44:13 48:18
  59:9 92:20
  95:6 99:22
  108:25 122:2
  149:25 151:10
  187:6 217:9
  230:8 262:12
  264:22 267:21
  270:7 274:17
  289:15 296:16
**early** 7:9,18
  13:22 22:22
  112:25 255:5
  274:11
**easily** 228:18
**easy** 223:2
  225:23 267:13
  267:14
**edited** 68:16
**education** 31:4
**effect** 3:12,15
  52:14 93:13
**effective**
  148:20
**efficiency**
  128:10
**efficient** 130:3
**efforts** 125:16
  125:18,20
  126:3

**eight** 33:7,9
  224:9,14,20
  227:20 264:10
  314:10
**either** 26:22
  137:21 218:20
  308:9
**electronically**
  149:22
**element** 116:10
  116:15
**eliminated**
  128:20
**email** 319:15
**emergency**
  50:13
**employed**
  239:7
**employee** 30:13
  159:11
**employees**
  87:12 128:8
  202:10 209:11
**employment**
  33:12
**encompass**
  212:10 307:8
**encompassed**
  82:16
**encounters**
  207:20
**endangered**
  78:5
**ended** 206:13

**ends** 51:19
  278:14
**enforcement**
  86:6,13 102:5
  103:9 104:15
  109:4 128:14
  205:14 225:4
  264:14
**engage** 55:21
**engaged** 56:20
  58:6
**engine** 189:4
**ensure** 58:13
  134:18 207:14
  237:12 286:16
**entire** 116:9
**entities** 19:13
  80:20 131:18
  268:2
**entitled** 148:15
**entity** 161:18
  186:4,6
**enumerated**
  110:2
**environment**
  279:12
**equipment**
  169:8 180:17
**eric** 298:4
**errata** 318:2
**especially**
  189:15
**esq** 2:7,8,14,17
  2:17,18,19,20
  2:20

**essentially**
  165:24
**established**
  269:2,7 272:3
**establishing**
  52:5
**et** 250:12 318:4
**evaluate**
  101:21
**evaluating**
  313:21
**evening** 309:23
**event** 218:2,17
  219:24 255:14
  256:6,10
  261:18 271:7
**events** 13:11
  19:13 20:8,10
  21:2 29:8
  148:24 178:6
  206:2 227:7
  271:25
**eventually**
  116:19
**everybody**
  108:20 113:5
  129:13 217:16
  223:9 225:3,21
**evidence** 49:24
  139:21 140:13
  162:20
**exactly** 131:14
  131:15 247:10
  250:15 255:17
  266:18

**examination**
5:19 309:21
316:11 319:3
324:11,13
**examined** 5:18
**example**
135:15 182:4
182:13,22
270:5
**examples**
102:24 126:10
143:8
**excel** 210:9
**except** 3:21
244:9
**exception**
80:25 154:17
**exceptional**
124:8 126:11
127:21,24
153:23
**exclusive** 124:3
**executive** 24:18
32:5,24 205:18
206:6 207:4
242:4 267:4
**executives**
84:15 209:11
217:17 276:2
279:9 283:16
**exhibit** 17:12
17:16 25:2,7
25:16,20 45:22
46:2 64:13
71:3,6 89:5

96:22 99:7
106:8 113:19
119:10 125:3
145:9 155:23
193:7 197:18
206:21 210:7
214:3 243:19
250:24 258:18
276:10 278:8
278:12 283:2
287:22 297:23
301:24 319:11
319:11,13,15
319:17,19,21
319:23 320:5,5
320:7,10,12,14
320:15,17,19
320:21,22
321:5,5,7,9,11
321:13,15,18
321:21 322:5,5
322:7,9,12,14
322:17
**exhibits** 319:10
319:16 320:4
321:4 322:4,23
**exist** 62:9
112:21 213:3
222:22
**existed** 309:8
**existence**
144:20 146:11
231:18 256:3
**existing** 263:18

**exists** 91:9
144:18
**expand** 263:14
**expanded**
144:25 187:10
**expected** 254:3
**expeditiously**
152:7 187:16
191:22
**experience** 41:6
226:21
**experienced**
168:13
**expired** 300:19
**explain** 54:21
96:11 159:16
188:21 217:18
224:24 230:5,7
231:5,16
233:10 236:10
302:22 303:22
303:23 310:20
**explaining**
233:12
**explains** 38:25
102:4 165:6,22
**explanation**
236:18
**express** 254:11
**expressed**
59:14,23
**extensive**
199:17,21
**extent** 24:16
39:3 48:23

174:3 217:24
**external** 184:7
**extraordinary**
127:13
**extremely**
78:19

**f**

**f** 1:9 2:12 3:2
4:11 324:2
**face** 253:21,21
**fact** 94:19
144:19 161:13
170:7 208:8
292:13
**factor** 170:11
170:25 171:5
171:11 172:11
173:15 174:5
**factors** 204:24
**facts** 9:2 52:23
53:8,14,19
54:9 55:8
65:19 139:6
150:9 207:19
**fail** 179:25
**failed** 292:20
293:5
**failure** 169:6,9
174:21
**fair** 7:13 92:18
204:23 209:3
209:12 212:9
**faith** 125:20
126:2 143:20
312:5

fall  4:22
falling  309:6
falls  311:22
false  169:13,13
  188:14,15,21
  188:22 195:25
familiar  39:2
  42:20 48:22
  53:22 72:2,6
  72:13,20
  122:17 123:4,7
  124:14 144:25
  148:18,19
  217:6 218:6
  262:7
far  24:11
fast  71:16,23
favor  134:10
february  13:22
federal  1:20
  4:10 7:25
  17:25 314:25
feedback  63:4
  77:19 262:22
  263:23 264:6
  269:23
feeling  109:13
feelings  100:6
fell  172:23
field  40:25 41:4
  59:10 67:17,23
  107:19 108:2,4
  108:20 109:10
  110:5,17,21
  111:10,20

112:9,18,20
149:14 223:9
223:14 225:4
225:21,22
226:3,10,11
228:20 236:17
figure  97:6
  141:15
file  211:18
filed  7:14,20,24
  137:22
files  27:7,18
filing  3:7 11:21
filling  62:7
  211:4
final  161:7,10
  252:7
finalized  13:20
find  50:18
  126:8 130:25
  140:9 166:4,14
  185:5 213:4
finding  161:9
  171:10 174:7
  177:25 180:25
  181:6,13
  182:10,19
  183:8 185:8,12
  186:19,25
  187:3 188:8
findings  163:10
  167:25 170:7
  245:19 285:14
fine  108:10
  123:6 215:6

312:9
finest  89:10
  93:21 94:21
  95:2,4 96:12
  219:16,18
finish  9:7 46:22
  46:23 130:12
finished  54:7,8
  71:17 89:23
first  5:16 7:25
  11:4 13:16
  17:12 40:9
  46:19,22,25
  50:8 51:19
  65:23 75:15
  76:16 89:21
  95:18,19 96:6
  96:6 106:23
  138:22 170:23
  186:21 198:3
  207:8 218:14
  230:7 262:13
  262:16 263:2
  265:2,24 270:6
  271:24 284:5
  302:13 317:5
five  12:18
  151:2 178:19
  245:11 259:12
  277:5
floor  2:6
floyd  72:7,10
  75:22 76:10
  79:15 229:8

flsa  7:13 9:5
focus  76:16
  129:9 138:12
  142:22 202:12
  242:16 255:11
focused  129:13
foil  129:11
  130:8,9
follow  23:14
  146:24 152:11
  222:14 290:22
  314:7
followed  79:7
  148:10 155:2
  275:3
following  86:7
  86:14,20 88:11
  160:20 258:5
  270:15 271:12
  279:16 285:12
follows  5:18
font  252:18
footage  79:14
  79:24 123:25
  124:6 141:13
  141:23 143:5,6
  169:10 186:13
  186:22 187:13
  188:3,4 189:9
  189:10 190:22
  191:9 195:6,16
  196:22
footnote  164:3
  165:6,22
  193:12 214:14

214:25 215:4
216:4,25
217:21,22
233:2 234:18
234:24
**force** 3:15 7:18
**foregoing**
317:8
**forgot** 25:4
**form** 3:21
28:22 36:21
42:13 43:7
44:10 49:9
51:14 54:13
56:2,23 58:17
59:16 60:16
61:3 63:8,17
63:25 65:16
66:6 67:12
69:13,24 72:16
72:24 73:10
74:20 75:4,17
75:24 76:11,24
77:9,25 78:22
79:9 80:4,13
81:14 82:22
83:4 84:2,17
84:20 85:4,11
86:3 87:16
88:2,14 92:2
92:13,22 93:8
93:16,25 96:17
97:24 100:8,16
102:13 103:17
104:11 109:8

113:14 116:4
123:2 124:10
126:20 135:12
138:10 139:18
141:16 147:21
153:4,12 154:8
157:21 163:4
163:14 170:17
172:18 179:20
181:20 194:2
198:18 202:8
205:5 220:6
222:22,25
225:10 227:13
228:12,15
242:24 243:7
254:16 274:14
275:15 284:17
284:23 303:18
306:21 307:12
309:10
**formal** 23:24
268:24 291:22
292:12
**formally** 13:21
**formerly** 14:25
**forth** 324:12
**forward** 152:9
**forwarded**
275:5
**forwarding**
99:20
**found** 139:3,12
170:11,24
180:19 181:2,8

181:11 182:12
184:25 186:6
186:21 189:8
189:22 199:19
234:24 298:13
299:5
**foundation**
78:6,16 80:16
**four** 52:22
164:3 168:12
168:24 169:15
207:25 208:2
209:4,10,14
212:18 216:5
221:18 229:7
229:10,12,14
251:18 261:12
298:9
**fourth** 199:16
**frame** 128:6,24
132:5 133:6
147:24
**friday** 142:9,10
**front** 66:21
**frustration**
199:13
**fulfill** 133:7
225:24
**fulfilled** 209:20
212:22,24,24
213:9,19
222:20
**fulfiling**
126:16 131:24
208:21

**full** 262:17
**fully** 10:16,20
150:5,16
213:13
**function**
259:25
**furnishing**
274:21
**further** 3:20
314:5 317:8
324:15
**future** 88:19
286:18

**g**

**g** 5:15 6:13
**gasoline** 55:4
**gb** 319:15
**general** 1:4 2:4
2:5 94:11
109:13 142:6
198:20 249:18
253:9 266:25
273:21 279:10
282:3 284:7
296:18 297:3
318:4
**general's** 11:10
11:22 19:18
273:17 277:25
278:25 284:21
286:14
**generally** 67:7
**generated**
291:23,25
292:13

getting   129:17
  225:14,16
  226:12,13
gina   2:7 5:22
  37:18
give   12:15
  37:18 143:12
  145:2 147:12
  189:25 208:5
  213:2 223:25
  228:18 259:19
  266:15 268:20
  279:14 283:4
given   10:5
  107:15 143:19
  177:18 225:9
  227:5 309:16
  317:10 324:14
gives   72:21
  237:5
giving   158:11
  176:9 224:4
gladly   148:5
go   37:22 51:17
  51:18 54:4
  55:16 65:6,23
  70:13 71:18
  78:10 94:25
  95:16,17 96:5
  97:7 112:19
  116:25 125:8
  126:24 130:19
  151:23 180:12
  184:22 186:18
  212:17 215:3,5

221:15 224:6,7
226:22 229:3
234:18 257:11
261:10 263:13
264:10 276:19
303:5
goes   137:11
  140:24
going   4:4 9:6
  10:11 13:23
  17:11 18:16
  25:15 29:19
  34:11 39:9
  41:25 45:21
  46:18 51:17
  54:4,24 55:16
  62:10 64:9
  65:6 69:2 71:2
  71:10 76:16
  78:10 84:6
  88:20,25 94:25
  96:21 97:17
  99:3,12 110:18
  112:8 117:13
  118:5 122:14
  124:16 125:8
  131:5 132:24
  145:5 147:15
  147:23 152:20
  155:19 157:23
  158:25 159:15
  160:10 163:25
  168:11 172:19
  174:4 178:15
  186:18 190:2

191:7 200:22
205:9 206:14
206:17 210:3
212:7,17
213:23 214:12
217:20 222:18
225:12 226:8
232:24 233:2
234:17 238:21
243:15 244:19
250:20 255:10
255:12,18
258:14 261:10
263:13 266:8
267:10 268:10
268:11 273:15
276:4,5 278:7
282:21 283:4
287:17 288:25
290:4 296:15
297:19 299:3
301:20 304:10
309:18
good   5:21
  71:24 117:23
  125:20 126:2
  143:20 144:3
  199:14 309:23
gothamist
  26:24 197:5
gotten   216:18
governed
  256:23
governing
  43:25 123:19

152:23 153:8
governor
  273:20 274:3
governs   118:11
  120:11
gps   139:24
graduation
  41:3
great   39:16
greater   110:6
green   2:19
  309:20,22
  310:18,24
  311:15,24
  312:4,8 314:4
  319:5
grew   307:14
grounds   34:6
group   48:5
  50:3 70:20
  87:6,11 142:8
  257:3,15,19
  258:7 259:15
  260:24 310:5
guarantee
  280:2
guess   184:22
  199:12 211:14
  227:15 267:10
guidance   59:4
  63:14 85:25
  91:23 92:10
guide   35:4,10
  36:11 38:25
  43:16,22,23

44:8 48:18
72:3 144:14,23
144:24 145:3
145:19,22
146:7,16,22
147:4,7,17
148:6,10 149:6
149:12,14
150:4 257:23
262:3,3,12,24
263:2 265:5,25
266:15,16
270:4 323:7
**guidelines**
125:14 264:13
264:16 265:11
**guides** 92:21
**guilty** 205:4
**gwg** 1:8

**h**

**h** 5:15 319:9
320:2 321:2
322:2
**half** 16:21
191:7
**hand** 324:21
**handful** 7:4
**handle** 223:2
290:9
**handled** 131:13
131:20
**handling**
290:19 291:13
**hands** 41:6
201:3

**happen** 177:8
178:16 179:16
180:5 292:19
293:4 306:3
**happened**
11:21 142:5
174:2,3 181:15
188:10 247:2
**happening**
179:17
**happens** 131:6
134:4 152:8
202:20 204:5
204:11
**hard** 226:8
**head** 129:19
167:13 184:21
248:12
**health** 242:17
**hear** 9:14 27:13
47:22 192:21
195:10 242:25
302:7
**heard** 9:22
199:25
**hearing** 137:23
138:2 161:8
277:19,23
282:11 284:9
**hearings** 282:4
282:16 283:19
284:22 285:4,8
285:12
**held** 1:20 31:17
32:22

**help** 107:5
135:18 141:14
**helped** 29:11
**hereinbefore**
317:11 324:12
**hereunto**
324:20
**high** 78:19
178:8 190:19
239:13 243:10
276:2
**higher** 160:25
**highest** 31:3
**highlighted**
257:11 302:13
**historical**
242:18
**hofstra** 31:5
**hold** 189:24
192:12 315:16
**home** 128:3
129:24 130:2
**hospital** 33:19
34:6
**hour** 16:21
216:5
**hours** 16:22
105:21 106:24
**housed** 132:11
132:13
**hughes** 99:17
100:5
**hundreds**
26:19 148:7
192:18 301:15

302:11,24
322:19

**i**

**iab** 27:18
132:23 133:4
151:8,13,24
267:23 268:8
**identification**
17:16 25:20
46:2 64:13
71:6 89:5 99:7
106:8 113:19
119:10 125:3
145:9 155:23
178:13 193:7
197:18 206:21
210:7 214:3
243:19 250:24
258:18 276:10
278:12 283:2
287:22 297:23
301:24
**identified** 25:3
168:12,25
169:3 172:21
186:11,17
187:25 218:13
**identifies** 69:16
**identify** 49:21
56:15 57:8
69:17 70:15
135:8,16,19
141:12 169:22
171:6,14
172:12 173:9

173:16 174:21
180:9 182:15
182:23 185:4,7
228:9 230:20
**identifying**
138:20 140:6
169:20
**identities** 169:6
174:14,17
250:6
**identity** 170:22
174:12 175:13
175:19 176:8
179:25 230:11
**illegible** 181:22
182:14
**immediate**
151:4 199:14
**immediately**
150:19
**imminent** 50:5
**implement**
232:10,17
246:21 249:7
249:21 252:2
254:21 257:17
267:13 268:5
307:3
**implementati...**
252:24 253:4
254:2 258:6
267:11 271:13
272:22
**implemented**
183:24 184:2

185:19 232:8
232:20 234:6
245:20 256:2
**implementing**
250:4 254:14
**important**
139:6 147:14
234:11
**impose** 204:17
300:19
**imposed** 205:2
**impossible**
196:3
**improper** 201:2
**improve** 128:9
**inability** 171:6
172:12 180:8
**inaccuracies**
161:12 226:4
**inaccuracy**
161:4 165:8
166:23 172:9
173:6
**inaccurate**
138:6 157:19
158:6,7,16
160:24 162:7
162:25 163:6
164:7 165:17
166:5,15
171:21 183:14
**inappropriately**
207:16
**incident** 65:20
139:17 140:5

161:10 179:24
223:24 281:9
**incidents**
182:13 209:7
280:17,23
**incitement** 50:3
**include** 19:15
19:20,23 34:5
83:2,11 307:2
**included** 5:6
126:12 157:12
262:23
**includes** 207:14
207:18
**including** 4:17
92:20 111:18
114:4 134:13
209:5,6 216:5
242:15 308:21
**inclusion** 95:13
**incomplete**
138:6 181:3,22
**inconsistent**
169:14 189:7
**incorporate**
270:16 271:12
**incorporated**
144:16
**incorporates**
271:6
**incorrect**
186:22
**increase** 86:14
109:3

**increased**
128:7
**increasing**
110:12
**independent**
205:13,25
206:9 232:19
234:5 256:5
**indicate** 217:23
218:23 228:3
**indicated** 4:12
4:18
**indicating**
79:25 80:11
**individual**
52:24 53:21
55:21 56:6,7
57:9,11,12,20
57:23 69:18
70:19 134:21
209:6 238:25
**individualized**
50:10 51:11
57:13,22 58:5
58:14 59:25
60:14 61:15
63:6 69:12,22
**individuals**
49:21 56:16
75:7,11 93:14
151:15 164:21
166:22 239:7
277:6 284:14
**influence** 41:21
85:19,25 285:9

information
  34:23 37:10
  69:20 78:18
  90:25 94:8
  114:12 121:5
  135:9,11 138:8
  150:9 152:24
  153:9 155:12
  165:10 173:2
  174:23 175:16
  208:14 209:8
  210:25 220:3
  220:11 223:7
  223:11,22
  225:3,20
  226:12,15
  227:8,11 230:4
  233:24 236:8
  236:19 238:16
  238:22 239:6
  242:8 267:19
  274:10,21,24
  275:4,9,13
  280:14,21
  283:25 284:20
  285:24 286:14
  290:11 296:18
  297:3 323:2,3
informed  36:19
  37:6,13 44:17
  45:8 105:20
  106:3 149:11
initial  139:4
  167:20 190:11

initially  40:16
  40:19 128:2
  206:12 228:17
initiatives
  250:8
injured  78:5
  235:2,12
  238:10,15
injuries  235:21
  235:23 237:4
  237:20,24
  238:5
injury  181:10
  181:25 236:3
  236:25 237:6
  237:13 238:5
input  269:20
  270:16,22
  271:4,7,12
inputting  233:7
inspector  4:13
  5:12,21 16:6
  22:5 25:8,10
  26:2 30:23
  31:22 32:8
  35:3 36:2 38:9
  38:14 45:18
  47:13 54:16
  58:19 59:8
  69:19 71:11
  72:18 73:2
  74:14,22 75:6
  76:13 77:11
  79:11 88:16,20
  97:16 112:7

  117:5 118:5
  178:25 249:17
  266:25 312:10
  315:19
inspector's
  160:12
instance  235:13
instances  81:8
  154:23 155:6
  172:22 176:19
  178:12 181:14
  187:18 195:4
  195:14,24
  203:21 219:5,9
institute  268:23
instruct  93:3
instructed  81:5
instructing
  21:24
instruction
  76:23 77:21
  91:22 93:11
  136:25 264:14
instructions
  63:13 72:22
  85:25 92:10
  264:17 265:11
  300:25
instructor
  33:11
insufficient
  51:11
intel  209:24
  222:7 229:11
  230:15

intelligence
  209:8 221:14
  221:19,22
  230:16
intend  96:24
intent  171:25
intentional
  173:10
intentionally
  173:17
interaction
  20:14
interactions
  273:22
interest  49:13
  49:18 51:2,10
  83:23,25 84:10
interested
  324:18
interim  134:9
  259:20 260:14
  279:10
internal  132:13
  154:20 196:20
  259:11 264:11
  281:18 285:2
interpret  113:8
  248:21 303:9
  305:22
interpretation
  306:14
interpreted
  114:20
interview  43:6
  43:13 134:5,23

Case 1:20-cv-08924-CM   Document 955-4   Filed 04/24/23   Page 129 of 170

[interview - issued]                                                    Page 31

136:18,22
137:10,11
150:11 194:4,7
194:13 240:3,4
240:7,11,23
241:4,13,15,21
241:23 242:21
276:3 277:7,17
278:20 279:8
291:5 292:8,14
292:21
**interviewed**
133:22,24
136:12 169:16
193:24 199:21
200:9,21 239:2
239:8,13,15,25
244:24 275:23
277:15 278:25
293:6
**interviewee**
244:10
**interviewees**
244:6,8,11,14
244:16,18
**interviews**
199:18 200:11
200:13,15,18
201:14 209:10
238:23 239:21
239:22 242:15
242:22 243:3,4
243:8,10
244:14 275:21
275:25 277:21

278:4 280:7
**introduce**
25:16
**investigate**
176:18 179:9
219:22 229:18
273:21
**investigating**
80:20 240:24
280:23
**investigation**
19:17 20:7,15
20:24 21:17
22:7 23:4
24:19 26:6
118:7 135:14
135:24 154:21
155:8 161:5,7
168:14 170:6
177:2 194:12
204:5 205:10
205:14,25
206:9,11
207:11 210:13
228:21 229:20
239:2,3 241:5
253:14 273:25
274:2,7 280:13
280:25 282:5
290:12,20
291:6 293:10
294:23 295:15
296:2,6,10
297:5 306:16
306:19 307:24

308:5,8,12,15
**investigations**
19:12,16,20,24
20:17 21:12
23:3 27:14
97:19,21 98:19
118:20 119:25
120:12 121:10
133:12,15,19
145:14 147:16
147:18 148:10
148:16 149:6
150:6 155:13
169:23 176:22
183:20 199:22
202:18,19
205:11,24
208:6,8 214:10
281:19 285:3
290:16 293:20
294:3,9,14
295:18 306:10
306:18 307:8
307:11,16,22
308:20 309:5
**investigative**
169:15
**investigator**
211:8 253:13
**investigator's**
26:25
**investigators**
136:14 187:12
192:9 197:7
211:7 216:21

243:9
**involve**   123:24
313:25
**involved**   48:6
56:7 69:18
80:18 90:11,15
154:18,19
190:17,18
257:5 313:13
**involvement**
39:20
**involving**
295:15 308:21
**irrelevant**
186:23
**issuance**
190:23 215:16
**issue**   74:18
77:13 97:22
98:23 122:23
123:10 173:20
174:16 178:17
181:18 185:16
187:24 189:3,6
191:6 196:14
200:5 201:8
202:6 209:23
217:14 219:22
223:21 232:6
232:11,21
234:6 280:11
312:25
**issued**   22:16,22
74:23 75:11
77:6,17 146:2

| | | | |
|---|---|---|---|
| 155:12,15 | 59:1 60:1 61:1 | 142:1 143:1 | 212:1 213:1 |
| 156:12 157:10 | 62:1 63:1 64:1 | 144:1 145:1 | 214:1 215:1 |
| 162:6 180:17 | 65:1 66:1 67:1 | 146:1 147:1 | 216:1 217:1 |
| 205:19 224:15 | 68:1 69:1 70:1 | 148:1 149:1 | 218:1 219:1 |
| 227:23 279:9 | 71:1 72:1 73:1 | 150:1 151:1 | 220:1 221:1 |
| **issues**  59:24 | 74:1 75:1 76:1 | 152:1 153:1 | 222:1 223:1 |
| 109:12 139:8 | 77:1 78:1 79:1 | 154:1 155:1 | 224:1 225:1 |
| 169:19 180:9 | 80:1 81:1 82:1 | 156:1 157:1 | 226:1 227:1 |
| 184:3 186:17 | 83:1 84:1 85:1 | 158:1 159:1 | 228:1 229:1 |
| 187:20 191:23 | 86:1 87:1 88:1 | 160:1 161:1 | 230:1 231:1 |
| 198:21 200:23 | 89:1 90:1 91:1 | 162:1 163:1 | 232:1 233:1 |
| 283:18 | 92:1 93:1 94:1 | 164:1 165:1 | 234:1 235:1 |
| **issuing**  75:2,14 | 95:1 96:1 97:1 | 166:1 167:1 | 236:1 237:1 |
| **item**  224:8,9,9 | 98:1 99:1 | 168:1 169:1 | 238:1 239:1 |
| 224:20 227:20 | 100:1 101:1 | 170:1 171:1 | 240:1 241:1 |
| **j** | 102:1 103:1 | 172:1 173:1 | 242:1 243:1 |
| **j**  2:19 4:1 5:1 | 104:1 105:1 | 174:1 175:1 | 244:1 245:1 |
| 5:15 6:1 7:1 | 106:1 107:1 | 176:1 177:1 | 246:1 247:1 |
| 8:1 9:1 10:1 | 108:1 109:1 | 178:1 179:1 | 248:1 249:1 |
| 11:1 12:1 13:1 | 110:1 111:1 | 180:1 181:1 | 250:1 251:1 |
| 14:1 15:1 16:1 | 112:1 113:1 | 182:1 183:1 | 252:1 253:1 |
| 17:1 18:1 19:1 | 114:1 115:1 | 184:1 185:1 | 254:1 255:1 |
| 20:1 21:1 22:1 | 116:1 117:1 | 186:1 187:1 | 256:1 257:1 |
| 23:1 24:1 25:1 | 118:1 119:1 | 188:1 189:1 | 258:1 259:1 |
| 26:1 27:1 28:1 | 120:1 121:1 | 190:1 191:1 | 260:1 261:1 |
| 29:1 30:1 31:1 | 122:1 123:1 | 192:1 193:1 | 262:1 263:1 |
| 32:1 33:1 34:1 | 124:1 125:1 | 194:1 195:1 | 264:1 265:1 |
| 35:1 36:1 37:1 | 126:1 127:1 | 196:1 197:1 | 266:1 267:1 |
| 38:1 39:1 40:1 | 128:1 129:1 | 198:1 199:1 | 268:1 269:1 |
| 41:1 42:1 43:1 | 130:1 131:1 | 200:1 201:1 | 270:1 271:1 |
| 44:1 45:1 46:1 | 132:1 133:1 | 202:1 203:1 | 272:1 273:1 |
| 47:1 48:1 49:1 | 134:1 135:1 | 204:1 205:1 | 274:1 275:1 |
| 50:1 51:1 52:1 | 136:1 137:1 | 206:1 207:1 | 276:1 277:1 |
| 53:1 54:1 55:1 | 138:1 139:1 | 208:1 209:1 | 278:1 279:1 |
| 56:1 57:1 58:1 | 140:1 141:1 | 210:1 211:1 | 280:1 281:1 |

| | | | |
|---|---|---|---|
| 282:1 283:1 | 318:21 | **justified**  52:2 | 60:1 61:1,2 |
| 284:1 285:1 | **joined**  122:3 | 179:18 180:4 | 62:1,10 63:1 |
| 286:1 287:1 | **joint**  229:11 | **justify**  50:11 | 64:1,10,12 |
| 288:1 289:1 | 230:2 | 51:13 60:15 | 65:1 66:1 67:1 |
| 290:1 291:1 | **judge**  3:13 | 61:16 203:11 | 68:1 69:1,6 |
| 292:1 293:1 | **july**  26:23 32:9 | **juvenile**  125:25 | 70:1 71:1,3,5 |
| 294:1 295:1 | 146:2,7,16 | 143:5 | 72:1 73:1 74:1 |
| 296:1 297:1 | 147:10 148:20 | **k** | 75:1 76:1 77:1 |
| 298:1 299:1 | 192:16 285:16 | | 78:1 79:1 80:1 |
| 300:1 301:1 | 323:8 | **k**  5:15 6:13 | 81:1 82:1 83:1 |
| 302:1 303:1 | **june**  64:22 | 224:19 | 84:1 85:1 86:1 |
| 304:1 305:1 | 82:13 90:5,23 | **kadushin** | 87:1 88:1 89:1 |
| 306:1 307:1 | 100:24 103:14 | 198:21 | 89:2,4 90:1 |
| 308:1 309:1 | 103:19,23 | **kanganis**  1:18 | 91:1 92:1 93:1 |
| 310:1 311:1 | 106:21 110:7,8 | 4:1,13,23 5:1 | 94:1 95:1 96:1 |
| 312:1 313:1 | 112:2,10,13,21 | 5:13 6:1,12 7:1 | 97:1 98:1 99:1 |
| 314:1 315:1 | 112:25 129:3 | 8:1 9:1 10:1 | 99:4,6 100:1 |
| 316:1 317:1 | 147:24 148:8 | 11:1 12:1 13:1 | 101:1 102:1 |
| 318:1 319:1 | 148:22 196:20 | 14:1 15:1 16:1 | 103:1 104:1 |
| 320:1 321:1 | 196:25 198:4,6 | 17:1,13,15 | 105:1 106:1,5 |
| 322:1 323:1 | 198:16,20 | 18:1 19:1 20:1 | 106:7 107:1 |
| 324:1 | 201:25 202:3 | 21:1 22:1 23:1 | 108:1 109:1 |
| **james**  1:4 2:5 | 205:19 206:3,3 | 24:1 25:1,17 | 110:1 111:1 |
| 282:3 318:4 | 219:10 247:3 | 25:19 26:1 | 112:1 113:1,16 |
| **janna**  1:21 | 274:11 277:3 | 27:1 28:1 29:1 | 113:18 114:1 |
| 160:10 324:8 | 282:7 283:13 | 30:1 31:1 32:1 | 115:1 116:1 |
| 324:24 | 288:6 289:22 | 33:1 34:1 35:1 | 117:1 118:1 |
| **january**  11:22 | **jury**  49:25 | 36:1 37:1 38:1 | 119:1,7,9 |
| 34:18 | 50:25 | 39:1 40:1 41:1 | 120:1 121:1 |
| **jd**  31:5 | **justice**  5:25 | 42:1 43:1 44:1 | 122:1 123:1 |
| **jersey**  31:8 | 49:13,18 51:3 | 45:1,22,25 | 124:1,17 125:1 |
| **job**  26:25 107:5 | 51:10 83:23,25 | 46:1 47:1 48:1 | 125:2 126:1 |
| 144:8 197:7 | 84:11 220:10 | 49:1 50:1 51:1 | 127:1 128:1 |
| **john**  1:18 6:12 | 220:18 230:10 | 52:1 53:1 54:1 | 129:1 130:1 |
| 317:15 318:6 | 272:2 | 54:5 55:1 56:1 | 131:1 132:1 |
| | | 57:1 58:1 59:1 | |

133:1 134:1
135:1 136:1
137:1 138:1
139:1 140:1
141:1 142:1
143:1 144:1
145:1,6,8
146:1 147:1
148:1 149:1
150:1 151:1
152:1 153:1
154:1 155:1,20
155:22 156:1
157:1 158:1
159:1 160:1
161:1 162:1
163:1,25 164:1
165:1 166:1
167:1 168:1,11
169:1 170:1
171:1 172:1
173:1 174:1
175:1 176:1
177:1 178:1
179:1 180:1,12
181:1 182:1
183:1 184:1
185:1 186:1
187:1 188:1
189:1 190:1
191:1 192:1
193:1,4,6
194:1 195:1
196:1 197:1,17
198:1 199:1

200:1 201:1
202:1 203:1
204:1 205:1
206:1,18,20
207:1 208:1
209:1 210:1,4
210:6 211:1
212:1 213:1,24
214:1,2 215:1
216:1 217:1
218:1 219:1
220:1 221:1
222:1 223:1
224:1,6 225:1
226:1 227:1
228:1 229:1,3
230:1 231:1
232:1 233:1
234:1 235:1
236:1 237:1
238:1 239:1
240:1 241:1
242:1 243:1,16
243:18 244:1
245:1 246:1
247:1 248:1
249:1 250:1,21
250:23 251:1
252:1 253:1
254:1 255:1
256:1 257:1
258:1,15,17
259:1 260:1
261:1,11 262:1
263:1 264:1

265:1 266:1
267:1 268:1
269:1 270:1
271:1 272:1
273:1 274:1
275:1 276:1,5
276:6,9 277:1
278:1,8,11
279:1 280:1
281:1 282:1,22
282:25 283:1
284:1 285:1
286:1 287:1,18
287:21 288:1
289:1 290:1
291:1 292:1
293:1 294:1
295:1 296:1
297:1,20,22
298:1 299:1
300:1 301:1,21
301:23 302:1
303:1,5 304:1
305:1 306:1
307:1 308:1
309:1 310:1
311:1 312:1
313:1 314:1
315:1,19 316:1
317:1,15 318:1
318:6,21 319:1
319:10 320:1,4
321:1,4 322:1
322:4 323:1
324:1

**kaye**   114:3,6,9
   115:13 116:8
**keep**   211:11
   225:20 233:20
**kept**   110:12
   212:6 222:25
**kind**   14:14
   220:20
**kings**   324:5
**knew**   212:7
   219:13 230:2
**know**   10:6,9
   13:20 23:11
   29:7,9,11,16
   37:5,12,17
   46:20,21 47:15
   47:18,23 54:6
   61:23 65:11,19
   65:25 66:8
   67:3,5 68:10
   72:8 74:11
   75:9,10 76:3
   76:19 78:13
   79:4 80:21
   87:23 88:22
   89:14,22 99:13
   100:21 103:19
   103:20 105:12
   106:3 107:17
   108:8,22 109:2
   109:13 111:14
   112:14 113:22
   114:8 118:16
   118:24 119:17
   119:19 120:16

120:20 121:9
121:10 123:22
126:13 127:14
127:23,25
128:5 129:19
130:10 132:17
133:5 140:4,25
143:3 144:15
145:4 147:17
148:8,14
153:23 174:4
176:14 178:5
190:12,15
192:2 196:3
206:8 212:25
214:20,22
215:11 216:18
216:22 218:4
220:11,16,21
221:7 225:20
226:9 227:17
228:2 229:24
230:9,13,19,21
230:23,25
234:20 235:8
239:12 241:22
247:9,24
248:22 258:24
260:20,23
274:5,6 275:23
281:6 282:10
283:5 303:21
310:2 312:23
**knowing** 36:10

**knowledge**
23:10 36:4,7
41:19 48:2
50:10 51:12
56:19 57:14
58:5 59:25
60:14 61:15
63:6 73:21
80:17,25 81:23
100:15 108:17
109:21 111:7
232:20 234:5
256:6
**knowledgeable**
19:4,7 20:2
21:5,9,20
30:14,19
**known** 195:4
195:14

**l**

**l** 3:2,2 317:2
**label** 79:14,25
80:11
**labor** 7:13
32:13,19
**lack** 59:14,24
60:7,13,21
61:14 63:5
182:5 315:18
**laid** 222:19
**language** 69:3
**large** 58:15,20
98:14 109:15
112:15 178:15
178:17 226:9

242:19 255:19
256:21 259:16
**late** 13:22
**latino** 233:14
**law** 2:10 8:11
10:24 12:5
15:20 16:13,25
17:3 19:17
22:18 51:21
52:21 53:22
73:8 102:5
103:9 120:22
128:14 183:17
200:23 205:11
206:10 208:22
209:2 211:8
242:2,9,13,15
242:16,20
243:2,11,24
244:5,10,16,24
245:5,17
251:15 252:23
254:5,9 274:18
275:10 296:19
297:5 306:12
306:19 307:10
308:8,10
**lawsuit** 7:14
11:10 12:10
13:3,15
**lawsuits** 5:24
11:5 12:6,22
13:9 14:15
**lead** 253:13

**leads** 256:16
**learn** 11:4,9
13:16 296:20
297:6
**learned** 11:15
60:10 61:11
82:6 273:19
281:20
**learning** 113:8
**leave** 15:2
**led** 11:5 12:11
310:5 311:4
**legal** 2:17
11:17 14:5,8,9
14:11 15:2,2
26:13 31:2,23
32:6 52:12
58:22 66:15,19
67:8,22 68:3
68:19 94:6,12
94:20 110:17
118:11 126:25
127:4 132:10
158:20 187:8
250:9 259:10
267:9,15,16,24
268:7,14,16
271:25 276:14
278:18 297:13
298:4,12 299:4
301:8 308:19
322:15
**lesson** 215:25
216:19 217:15
217:19

**letitia** 1:3 2:5
  318:4
**letter** 26:13
  203:6,23
  276:25 277:12
  278:17 279:17
  280:6 297:12
  297:17 298:3
  299:12 322:14
**letters** 280:9
**level** 31:3
  239:13 243:10
  276:2
**liaison** 127:5
  132:7 133:4
  141:2 151:9,13
  151:24 208:25
  267:5 268:8
**liberties** 2:18
**liberty** 2:6
**lieutenant**
  32:12
**liked** 218:13
**likelihood**
  78:20
**likely** 50:4
**lillian** 2:8
**limit** 122:10
**limitation**
  120:18 204:4
  204:19 298:18
**limitations**
  122:9,12 204:7
  204:13 299:7
  300:18

**limited** 304:6
**line** 95:15,20
  235:23 318:7
**lines** 187:7
  189:14 190:14
**linked** 193:11
**liquids** 55:3
**lirtsman** 1:22
  324:8,24
**list** 238:25
  239:14 277:5
**listed** 64:19
  262:2
**listen** 113:5
  175:21 188:23
  212:23 291:19
  308:7
**listened** 28:9
**listing** 244:24
**lists** 221:18
  239:4
**litigation** 23:10
  25:23 211:18
  240:18 286:18
  289:5,8
**litigations**
  15:12
**little** 71:18
  95:18 111:12
  124:21 127:15
  179:6 252:17
  279:3 309:2
**live** 200:15
  202:11 282:12

**llc** 318:2
**local** 19:21
  20:5,7 21:12
  21:18 22:7
  130:10 290:7
  290:10 305:23
  306:13 307:16
  307:20,24
  308:3
**location** 134:22
  139:5,6,16
  141:20 182:16
  225:7
**locations**
  112:16 182:23
  229:22
**logged** 4:5
**logic** 62:6
**logical** 229:22
**logistics** 97:6
**long** 16:19
  31:12 91:8
  167:12 178:9
  203:16 229:25
**longer** 158:24
  240:9 260:6
**look** 98:5 207:7
  207:25 214:14
  216:4 218:14
  219:10 225:11
  255:12 283:5
**looked** 28:18
  212:4 249:15
**looking** 56:14
  120:16 127:11

  164:2 248:8,24
  259:12 260:12
  261:12 265:14
**looks** 68:10
  69:4 95:5
  211:10,15
**lot** 139:3
  184:20 225:2
  226:21
**lower** 32:18
**lrad** 265:15,16
**lunch** 97:5
  117:15,20
  118:2
**lying** 115:24

**m**

**m** 310:6
**made** 36:5,25
  82:11 84:5
  85:10,20 86:2
  105:5,11,13
  108:22 109:2
  128:10 142:17
  143:23,25
  147:6 148:20
  152:11 166:3
  183:18 184:8
  185:19,21
  208:17 220:17
  222:25 224:15
  227:22 229:17
  230:15 234:3
  239:20 240:17
  241:11,12
  248:12,20

| | | | |
|---|---|---|---|
| 249:20 265:19 | 91:10 93:4,12 | **march**  13:22 | 27:8,20 28:12 |
| 275:4,16,17 | 93:22 105:8 | 25:24 26:12,17 | 28:21 29:4,25 |
| 289:7 305:8 | 134:20 136:18 | 297:12 298:5 | 30:8,16,21 |
| 316:7 | 144:2 147:6 | **marked**  17:13 | 31:19 32:3 |
| **mail**  4:13,19 | 160:24 165:13 | 17:15 25:17,19 | 33:16 34:25 |
| 25:11,22 74:8 | 171:13 188:14 | 45:22,25 64:10 | 35:18,23 36:13 |
| 75:23 76:2 | 189:20,24 | 64:12 71:3,5 | 36:21 37:15,18 |
| 99:9,16,20 | 223:12 245:24 | 89:2,4 99:4,6 | 37:23 38:5,13 |
| 100:6,11,25 | 246:9 299:25 | 106:7 113:16 | 39:5,12,23 |
| 116:25 117:6 | 300:7 305:6 | 113:18 119:6,9 | 40:5,22 41:11 |
| 151:20,23 | **makes**  19:7 | 125:2 145:6,8 | 41:16,23 42:6 |
| 283:10 | 20:2 21:9 | 155:20,22 | 42:12 43:7 |
| **mails**  14:17 | 55:24 161:9 | 193:6 197:13 | 44:3,10 45:2 |
| 27:24 28:6 | 202:21 | 197:17 206:20 | 45:16 47:3,10 |
| 71:20 114:2 | **making**  42:9 | 210:6 214:2 | 47:17,21 48:8 |
| **main**  126:25 | 128:13 199:2 | 243:18 250:21 | 48:15 49:9 |
| 190:12 | 313:18 | 250:23 258:15 | 50:6,14,21 |
| **maintain** | **managed**  275:8 | 258:17 276:5,9 | 51:14 52:7,19 |
| 220:14 227:11 | 275:13 | 278:11 282:22 | 53:5,12 54:2 |
| 227:14 273:2 | **management** | 282:25 287:18 | 54:13,19 55:11 |
| **maintained** | 200:7,24 | 287:21 297:20 | 56:2,23 57:6 |
| 180:21 216:13 | 260:17 312:22 | 297:22 301:21 | 57:18 58:9,17 |
| 220:5 221:4 | 313:4,14,19 | 301:23 | 58:25 59:6,16 |
| 226:5,16,24 | 314:2 | **marquez**  2:8 | 60:16 61:3,17 |
| 235:18 239:16 | **manhattan** | **marriage** | 61:24 62:16,20 |
| 260:2 | 32:18 81:20 | 324:17 | 63:8,17,25 |
| **maintains** | 100:2 103:21 | **marts**  2:14 4:2 | 64:25 65:16 |
| 220:11,17,18 | 106:24 | 8:7,17 11:2,24 | 66:6,13 67:12 |
| 230:11 | **manner**  133:16 | 12:12,19,23 | 68:24 69:7,13 |
| **major**  174:5 | **manual**  216:3 | 13:13 14:6 | 69:24 70:11,17 |
| **majority**  177:8 | **manufacturer** | 15:13,19 16:5 | 70:23 71:15,21 |
| **make**  52:25 | 140:14 | 16:12,24 19:9 | 72:9,11,16,24 |
| 53:3 54:11 | **mapc**  229:11 | 20:18 21:14,22 | 73:9,16,25 |
| 55:9 59:4 | 229:24 230:8 | 22:2 23:14 | 74:12,20 75:4 |
| 69:21 78:18 | | 24:25 25:6 | 75:17,24 76:11 |

| | | | |
|---|---|---|---|
| 76:24 77:9,24 | 125:19 126:4 | 198:18 199:23 | 271:14 272:11 |
| 78:7,22 79:9 | 126:20 131:16 | 201:15 202:7 | 273:3,9 274:13 |
| 79:16 80:4,13 | 132:21 134:6 | 202:22 203:3 | 275:14 279:23 |
| 81:3,14,16,25 | 135:12,20 | 203:13,18,24 | 281:14,22,24 |
| 82:7,17,22 | 136:6 138:10 | 204:8,14,20 | 282:17 284:16 |
| 83:4,13,21 | 139:18 140:11 | 205:5 213:10 | 284:23 285:5 |
| 84:2,17 85:4 | 140:22 141:5 | 214:24 215:3,6 | 286:19,25 |
| 85:11,21 86:3 | 141:16 143:16 | 215:18 217:4 | 287:7,13 |
| 86:9,16 87:3,9 | 146:9,23 | 218:3 219:21 | 288:14 289:2,9 |
| 87:16 88:2,14 | 147:20 148:12 | 220:6 221:5 | 289:17,24 |
| 90:7,13 91:5 | 149:7 150:12 | 222:3,14 | 290:13,24 |
| 91:13,19 92:2 | 150:22 153:4 | 225:10 226:6 | 291:8,17 292:9 |
| 92:13,22 93:7 | 153:12 154:8 | 228:15 232:2 | 292:16 293:14 |
| 93:16,25 94:15 | 155:3 156:11 | 232:23 234:8 | 293:22 294:4 |
| 94:22 95:11,25 | 156:22 157:20 | 234:15 235:20 | 294:11,19 |
| 96:16,23 97:4 | 158:9 160:2 | 236:13 237:9 | 295:11,22 |
| 97:9,24 98:12 | 162:9 163:3,13 | 237:25 238:17 | 296:7,13,23 |
| 98:20 100:8,16 | 164:16,24 | 239:9 240:12 | 297:9 298:7,19 |
| 101:7,14,24 | 165:4,12,20 | 240:19,25 | 298:24 299:9 |
| 102:7,13 103:3 | 166:6,16,24 | 241:6,18 | 299:15,19 |
| 103:11,17 | 167:8,16 168:2 | 242:11,24 | 300:3,11,21 |
| 104:11,23 | 168:7 170:4,16 | 243:6 245:2,8 | 301:2,9,16 |
| 105:16,24 | 171:7,17,22 | 247:6,11,16,25 | 302:18,25 |
| 107:7,12 | 172:17 174:9 | 248:10,17 | 303:12,17 |
| 108:24 109:8 | 174:18 175:11 | 249:2 250:17 | 304:22 305:14 |
| 110:9 111:2 | 175:25 176:20 | 252:16,22 | 306:20 307:12 |
| 112:4,22 | 177:10,19 | 253:17 254:16 | 308:6,23 309:9 |
| 113:13 114:5 | 178:18 179:19 | 254:23 256:24 | 310:16,19 |
| 114:23 115:5 | 180:23 181:19 | 257:8 258:9 | 311:12,19 |
| 116:3,14 117:3 | 183:2,9 185:6 | 260:3,10,18 | 312:2,6 313:15 |
| 117:18 118:13 | 185:9,24 190:7 | 261:7 263:4,10 | 314:6,9,12,17 |
| 118:21 120:2 | 190:25 194:2,8 | 264:3,18 | 315:22 316:3,6 |
| 120:13,24 | 194:19 195:8 | 265:12 266:6 | **mass**   26:8 |
| 121:15 123:2 | 195:19 196:8 | 268:18 269:12 | 251:2 321:15 |
| 124:10,20,24 | 196:15,23 | 270:12,24 | |

**mat** 198:21
**material**
  215:15,25
  216:12 217:12
**materials** 14:13
  22:12,15,23
  24:4 29:2
  120:21 123:20
  152:24 153:8
  153:14 208:15
  209:9 213:18
  213:22 215:9
  221:15,22
  290:11 294:22
**matter** 4:21
  81:13 324:19
**matters** 5:11
  158:20 259:10
  267:9,17
  268:14,17
  276:15 278:19
**mayor** 1:9 2:11
  24:18 26:4,14
  205:13 245:24
  246:16,25
  247:23 248:23
  249:5 250:2
  297:13 298:4
  308:12 322:15
**mcguire** 244:21
**mean** 29:6
  47:16 48:7,9
  51:9 79:22
  112:11 120:15
  127:12 132:23

  135:23 141:23
  146:5 171:4
  178:6 198:10
  226:17 235:16
  244:11,15
  255:24 311:25
**meaning** 61:22
  136:2 175:13
  225:2 226:2
  255:25 270:4
**means** 16:15
  117:21 170:21
  188:5 312:7
**meant** 224:24
  225:24 247:9
  247:15,19,24
  248:5 252:14
  302:22
**media** 129:24
**medical** 235:6
  235:19,22
  236:20,23
  237:5,14
**medications**
  10:18
**meet** 16:14
**meeting** 11:18
  11:20 14:5
  255:3
**meetings** 11:11
  11:14,15 12:9
  12:14,22 13:24
  13:25 16:20
  253:3,6,7,10,16
  253:20,22,24

  254:6,8,12,25
  255:7
**meets** 55:6
**member** 14:10
  31:13 58:4
  69:16 87:6
  107:25 136:17
  152:8 158:25
  160:13 164:10
  199:18 208:23
  208:23 226:21
  273:12,13
  290:12,21
  291:5,6 292:6
  292:14,19
  293:11 294:15
  294:24 295:21
**members** 14:8
  14:9 78:4 91:9
  100:19 108:4
  110:4,16,21
  111:9,17
  112:10,17
  114:3 119:13
  129:22 133:11
  133:20 134:18
  149:10,19
  150:15 151:3
  151:19 164:13
  164:19 165:25
  166:12,12
  169:5,20 172:7
  177:22 180:21
  182:24 188:24
  193:22 199:20

  200:17,20
  219:15,19
  224:10 242:21
  243:3,10
  256:14 275:21
  277:23 278:24
  280:15 293:21
  294:3,9
**memo** 23:21
  26:24 124:23
  158:18 161:21
  161:23 162:2
  162:12,17,18
  163:12,16,21
  164:6 165:7,9
  165:14 167:3,5
  167:11,19,21
  195:3 196:11
  198:5,8,10,13
  259:13 304:24
**memorandum**
  123:17 124:18
  125:5 192:17
  196:6,13,21
  320:21
**memorandums**
  259:11
**memorializat...**
  271:16,18
  272:14
**memorialized**
  263:9 265:7,21
  266:12 269:15
  270:21 271:20
  272:19

memorize  96:6
memory  167:5
   167:7
memos  288:23
mention  307:15
mentioned
   13:19 20:19
   42:2,21 48:18
   99:21 123:23
   142:20 151:10
   164:6 167:12
   187:15 199:17
   212:19 217:9
   230:8,12
   238:23 257:24
   262:11 290:17
   307:2
mentioning
   20:15,21
mentions  51:20
   102:10 238:14
   257:24
mere  105:20
message  89:10
   90:17 91:7,23
   93:21 94:9,21
   95:2,4,10,23
   99:20 107:3
   219:16,19
messages  14:18
   87:11 96:4,12
met  16:16
metadata  64:21
methods  80:22

michael  2:17
   28:6 296:11
middle  71:22
minute  26:20
   37:20 178:19
   245:11 302:12
   314:10 322:21
minutes  37:22
   95:6
mischaracteri...
   136:7 140:23
   162:25 167:17
   171:15 226:7
mischaracteri...
   170:19
misconduct
   27:15 122:13
   164:11,14
   205:4
missed  128:22
mission  256:22
   259:24 267:18
mistaken
   310:23
misunderstood
   173:13
mobile  128:15
   183:5 225:13
mobilized
   116:9
module  214:15
   214:20,22
   216:6,8
molotov  55:4

moment  24:25
   120:2 217:4
   218:3 280:8
monahan  1:10
   2:12
monster  224:21
   224:25 225:25
month  122:12
   204:4
months  13:19
   119:18 128:20
   199:6 201:23
   202:2,5
morning  5:21
   150:2
morrow  30:23
mos  77:6,12,17
   78:4
moss  225:8
mou  123:21
   124:4,13,22
   128:6 130:24
   153:22 191:18
   192:2,8 320:15
mount  33:19,23
mourn  172:6
mourning
   170:20 171:12
   172:3,4,14,23
   173:11 175:10
   175:17,23
   176:5,8,15
   177:12
move  118:6
   205:9 273:15

moved  225:14
   260:20 268:12
moving  9:9
   117:14 297:11
multiple  189:9
   190:23 191:13
   275:16
mx  309:22
   310:18,24
   311:15,24
   312:4,8 314:4
   319:5

**n**

n  2:2 3:2 5:15
   5:15,15 6:13
   6:13 317:2
   319:2
name  5:22 6:11
   47:4 176:6
   179:11 211:18
   220:21 227:17
   247:22 260:15
   260:22 292:5
   318:3,6
named  72:7
   310:6
names  170:14
   172:15 173:19
   175:13 176:16
   177:3,23
narrative  65:14
   67:9
narratives  66:4
   66:11 68:21
   92:21 97:23

**narrowed**
  187:11
**natural**  268:4
**nature**  122:13
  125:25 179:17
  208:19 220:22
  306:17 307:9
**near**  219:12
**necessarily**
  236:20 238:11
**necessary**
  34:24 43:6,14
  52:13 123:16
  126:8 138:23
  187:11,11
**need**  37:20
  42:17 46:21
  52:21,23 53:19
  67:17 97:2
  107:18 108:3
  108:19 109:10
  109:16,17,20
  110:7,20
  111:25 112:9
  112:17,20,23
  130:21,25
  133:16,17
  137:15 139:9
  139:10 141:24
  143:4,6,9
  178:18 179:23
  203:17 226:22
  247:14 261:16
**needed**  13:4
  42:10 52:17

53:3 104:15
110:3 135:9
142:9,14 144:7
208:6 223:8
224:2 254:2
280:18,24
281:5
**needs**  109:14
  313:2
**negative**  88:24
  188:15 189:4
  312:19
**negatives**
  169:14 188:15
  188:22 196:2
**negotiated**  5:3
**neighborhood**
  33:8
**never**  18:5 65:3
  74:23 193:17
  196:5 305:19
**new**  1:2,3,4,9
  1:23 2:4,5,6,7,7
  2:10,11,13,13
  5:17,23 6:13
  6:14 7:15 8:15
  12:7 18:10,14
  18:22 20:3
  21:10 22:8
  26:18 30:14
  31:8,8,13 35:7
  42:25 44:25
  53:23 59:22
  60:10,23 61:7
  61:10 62:24

63:2 66:23
68:3 73:4 74:5
75:22 81:10
82:14 83:17
84:15 85:7
88:9 101:10
102:17 103:7
106:20 107:13
108:6 109:23
109:25 110:24
111:6,14,23
115:9,13,23,23
122:18,22
139:10 144:13
146:6 159:7,19
161:15,19
162:5 166:3,14
167:15,24
170:2 172:10
174:6,15
182:18 200:22
217:3,9 231:22
234:11 235:24
239:8 240:9,22
241:9,15
245:21 249:25
262:12 265:18
266:13 273:19
273:20 282:15
284:14,19
285:19,22
294:15 296:20
297:6 301:14
302:2,9 304:14
306:25 307:21

311:9 312:14
313:10 318:2,3
318:4,4 322:17
324:4,9
**news**  24:20
  216:23
**nine**  32:25
  110:19 232:24
  234:18 244:2
  265:14
**nmo**  123:24
**non**  308:5
**nonresponsive**
  311:16
**nonsensical**
  312:9
**normal**  227:6,6
  227:8,10
**north**  33:5,6,7
**notary**  1:22
  5:17 317:22
  318:24 324:8
**note**  36:14 39:6
  47:10 50:22
  64:25 73:25
  77:24 87:4
  91:5 95:25
  96:16 113:13
  117:3 120:24
  122:2 131:16
  158:9 160:2
  162:9 164:16
  201:15 219:21
  234:8,15 237:9
  250:17 254:23

256:24 261:7
263:4 272:11
274:13 294:19
295:11
**noted** 180:13
**notice** 5:9
17:24 84:25
136:17 237:4,5
288:4,12,25
292:3 319:13
**noticed** 4:5
**notices** 286:21
287:5,12
288:17 289:15
289:22 296:17
**notification**
136:16 239:23
291:20,22,24
293:2
**notifications**
134:20 292:12
**notified** 13:21
133:23 149:17
200:19,20
235:23 291:22
**notify** 37:3
133:17 136:10
200:8 201:9
**november**
33:24,25
**nowadays**
227:15
**nsu** 33:7
**number** 12:15
32:25 33:9

71:9 94:11,14
94:18 95:22
128:20 129:14
134:8 142:14
145:3 151:18
160:23 162:24
163:2 164:7,13
164:21 165:3
169:4 170:3
172:24 173:15
176:5,6 189:2
193:10 199:4
207:4 209:9,10
210:11 221:9
224:10 225:7,8
226:9 227:22
235:2 237:19
255:11 257:12
257:24 261:12
262:8 263:13
264:10 265:14
266:8,15,16
268:22 269:18
271:5,23
272:21 298:23
299:18 319:12
320:6 321:6,10
322:6
**numbers** 128:7
165:16,18
170:15 172:2
172:16 173:19
174:3 175:14
176:16 177:4
177:23 179:11

228:14 231:24
234:25
**numerous**
208:17
**ny** 2:18
**nyc** 158:16
320:14
**nypd** 2:17 8:16
13:11 14:5
15:5 18:10,14
18:23 20:3
21:10 23:8
26:20,24 32:13
34:13,21 37:6
38:10 41:9,15
42:5,11 58:13
60:10 61:11
63:3,13,21
73:5 75:2,14
84:16,24 85:7
85:15 86:19
87:12 88:10
91:17 93:3
100:14 101:10
103:6,14,24
104:5,18 109:3
113:3,8 114:4
115:2,19 116:8
116:22 118:19
119:24 120:11
121:3 122:23
123:11,18
124:5 126:16
132:4,12
133:11 134:15

134:17 135:10
135:18 136:2,3
136:15 137:9
138:6,7,19
139:14 140:18
141:14 149:10
152:25 153:9
155:8 156:8,12
156:20 157:7
159:11,14
163:10 169:5,6
169:12 170:21
176:23 177:22
180:7 183:13
185:15,21
186:14,21
187:19,22,25
189:8,8 190:6
190:22 191:4
191:13 192:9
195:5,14,24
196:4,12 197:6
198:15 200:4,7
201:7,13,17
205:15 207:20
208:15 209:5
209:10,11,19
211:9,23 212:5
212:22 213:7
217:23 218:22
219:22 223:3
224:19 228:13
229:7,12,13
230:18,21
232:5,16 233:6

233:16,22
234:10 237:12
237:23 240:3
242:21 243:3
243:10 244:6,8
244:9,12,13
249:6,23 251:9
251:25 254:14
254:20 261:3
262:18 263:17
264:13 266:12
269:18 270:16
271:6 273:19
273:22 274:10
274:15 275:8
275:22 277:23
278:23 280:6
281:13,18
284:13 285:2
285:18,22
286:3,16 290:9
294:3,9,13,16
294:23,24
295:12 298:15
298:16 300:19
300:24 301:13
302:12,17,24
304:8,13
306:24 310:9
310:25 311:8
312:16 313:10
313:21 320:15
322:20 323:5
**nypd's** 23:24
36:8 97:20

102:22 169:8
196:21 207:24
208:3 242:18
245:16 285:9
290:6 301:7

**o**

**o** 3:2 5:15
310:6 317:2
**oag** 274:8,19,21
275:6,9,21
277:6 279:8,16
279:25 280:6
280:13 281:21
320:20
**oag's** 277:19
**oath** 3:12 6:7
6:17,21
**object** 281:25
**objection** 8:7
8:17 11:24
12:12,19,23
13:13 14:6
15:13 16:5
19:9 20:18
21:14,22 22:2
27:8,20 28:12
28:21 29:4,25
30:8,16,21
31:19 32:3
33:16 34:25
35:18,23 36:14
36:21 37:15
38:13 39:6,23
40:5,22 41:11
41:16,23 42:6

42:12 43:7
44:3,10 45:2
45:16 47:11,17
47:21 48:8,15
49:9 50:6,14
50:21,22 51:14
51:15 52:7,19
53:5 54:2,13
54:14,19 55:11
56:2,3,23 57:6
57:18 58:9,17
58:25 59:6,16
60:16 61:3,17
61:24 62:16,20
63:8,17,25
65:2,16 66:6
66:13 67:12
68:24 69:7,13
69:24 70:11,17
70:23 72:9,16
72:24 73:9,10
73:16 74:2,12
74:20 75:4,17
75:24 76:11,24
77:9,25 78:7
78:22 79:9,16
80:4,13 81:3
81:14,25 82:7
82:22 83:4,13
83:21 84:2,17
84:19 85:4,11
85:21 86:3,9
86:16 87:3,4,9
87:16 88:2,14
90:7,13 91:6

91:13,19 92:2
92:13,22 93:7
93:8,16,25
94:15,22 95:11
96:2,17 97:24
98:12,20 100:8
100:16 101:7
101:14,24
102:7,13 103:3
103:11,17
104:11,23
105:16,24
107:7,12
108:24 109:8
110:9 111:2
112:4,22
113:14 114:5
114:23 115:5
116:3,14 117:4
118:13,21
120:13,25
121:15 123:2
124:10 125:19
126:4,20
131:17 132:21
133:13 134:6
135:12,20
136:6 138:10
139:18 140:11
140:22 141:5
141:16 143:16
146:9 147:20
148:12 149:7
150:12,22
153:4,12 154:8

| | | | |
|---|---|---|---|
| 155:3 156:11 | 239:9 240:12 | 299:15,19 | **observe** 77:12 |
| 157:20 158:10 | 240:19 241:18 | 300:11,21 | **observed** 77:7 |
| 160:3 162:10 | 242:11,24 | 301:2,9,16 | 77:17 |
| 163:3,13 | 243:6 245:2,8 | 302:18,25 | **obstructing** |
| 164:16,24 | 247:6,11,16,25 | 303:17,18 | 53:16 |
| 165:4,12,20 | 248:10,17 | 304:22 305:14 | **obtain** 208:15 |
| 166:6,16,24 | 249:2 250:18 | 306:20,21 | **obtaining** |
| 167:8,16 168:7 | 253:17 254:16 | 307:12 308:6 | 190:21 191:12 |
| 170:4,16 171:7 | 254:24 256:24 | 308:23 309:9 | **obvious** 231:17 |
| 171:17,22 | 257:8 258:9 | 310:16 311:7 | 314:22 |
| 172:17 174:9 | 260:3,10,18 | 311:17 312:2,5 | **obviously** |
| 174:18 175:11 | 261:8 263:5,10 | 315:4,24 | 277:11 315:22 |
| 175:25 176:20 | 264:3,18 | **objections** 3:21 | **occasion** |
| 177:10,19 | 265:12 266:6 | 39:11 300:4 | 153:24 |
| 179:19 180:23 | 268:18 269:12 | 314:18 316:2 | **occasionally** |
| 181:19 183:2 | 270:12,24 | **objective** | 149:23 |
| 185:6,9,24 | 271:14 272:11 | 207:18 | **occasions** 59:12 |
| 190:7,25 194:2 | 273:3,9 274:14 | **objectives** | 59:22 60:9 |
| 194:8,19 195:8 | 275:14 279:23 | 205:23 206:4 | 61:10,19 |
| 195:19 196:8 | 281:14,22 | 207:11 | **occur** 309:4 |
| 196:15,23 | 282:17 284:16 | **obligated** 121:8 | **occurred** 27:16 |
| 198:18 199:23 | 284:23 285:5 | 136:4 | 178:3,6 187:19 |
| 201:16 202:7,8 | 286:19,25 | **obligation** | 187:21 189:5 |
| 202:22 203:3 | 287:7,13 | 120:19 133:12 | 189:17 |
| 203:13,18,24 | 288:14 289:2,9 | 133:14 135:10 | **occurrence** |
| 204:8,14,20 | 289:17,24 | 135:13,18,22 | 189:16,17 |
| 205:5 213:10 | 290:13,24 | 136:18 | **occurrences** |
| 219:21 220:6 | 291:8,17 292:9 | **obscure** 170:22 | 188:20 |
| 221:5 222:3 | 292:16 293:14 | 172:8 | **occurring** |
| 225:10 226:6 | 293:22 294:4 | **obscured** | 181:16 |
| 228:15 232:2 | 294:11,20 | 170:13 171:19 | **offense** 51:21 |
| 232:23 234:9 | 295:11,22 | 172:2,13 | 52:18 53:3 |
| 234:15 235:20 | 296:7,13,23 | 173:18 | 54:12 55:10,25 |
| 236:13 237:10 | 297:9 298:7,19 | **observations** | **offenses** 57:17 |
| 237:25 238:17 | 298:24 299:9 | 150:10 | 58:8 72:23 |

73:8 81:12
83:2,11 101:13
102:4 103:8
104:10
**offered**   240:15
**office**   2:4 19:18
19:21 20:5,8
20:25 21:13,19
22:8,17 27:14
32:13,17 33:18
36:17 44:14
59:13 61:12
62:7 76:9
77:20 81:11
84:14,25 101:4
101:21 103:22
107:4 114:11
128:9 130:4
139:8 202:12
266:24 277:2
278:2 279:2
286:15 290:10
290:20 291:4
292:8,15,23
293:7,9 294:15
294:22 295:19
305:3,9,24
306:16 307:9
307:17,21,25
308:4,22 309:6
**office's**   34:13
285:14
**officer**   30:24,25
31:23 32:5,19
32:24 33:2

34:3 37:13
39:21 41:19
42:15 43:6,14
48:13 50:9
55:20 62:14,19
81:2 135:3,8
135:16 136:19
136:21 137:13
137:16,17,19
137:24 138:2
138:21 141:12
141:15 154:19
171:14 172:25
174:12,14,21
175:13,19
177:3 205:3
235:12,21
236:3 237:4,7
237:13 238:14
238:15 242:17
288:9 291:16
291:20 292:4
296:2,6,11
300:20
**officers**   27:15
27:19 28:5
35:14 38:19
40:2,13 41:3
48:10 59:4
63:14 65:14
66:4,12,16
67:10,17 68:21
70:8 72:14,21
73:7,15 79:7
79:13 80:8

86:2,20,24
87:21,23,25
88:6,11 92:11
92:19 93:4
94:19 107:3,19
107:23 111:8
111:18 113:3
134:21 139:15
140:19 150:5
160:23 169:7
169:16,22
170:12 171:6
171:19,25
172:12,14
173:9,16,17
174:16 175:15
175:23 176:9
176:15 177:11
177:13,17
178:9 179:10
180:9,15 181:9
181:24 182:15
185:2,3,4
200:8 201:9
207:21 219:23
235:2 238:5
244:6 266:10
**offices**   28:2
34:22 36:9
42:10 43:4,13
45:14 59:23
60:11 63:4
78:19 79:3
81:18 83:20
84:6 85:9

88:13 91:2
93:5 103:16,25
104:4,7,8,20
105:4,20,23
109:5 111:20
112:3 113:8,10
114:14,20
115:3,11,17,20
116:19,23
130:17 131:3
194:16 272:4
290:7 295:4
296:19 297:4
304:7
**officials**   209:11
**oftentimes**
182:7,22
**oh**   24:17
215:22
**okay**   9:23 10:6
10:13 29:19
34:18 46:20,23
48:25 65:12
66:2 68:6
76:21 89:24
95:20 96:10
98:22 113:23
126:22 172:21
178:20 197:3
211:20 212:20
259:22 265:14
283:7 302:15
**oleg**   283:11
**olp**   220:15,16

once 136:11
137:10 164:12
190:10 228:24
ones 33:4
ongoing 254:25
online 220:15
269:23,25
270:7,11
open 26:16,21
127:7 139:7
142:9,14 144:4
187:7 189:14
190:14 198:2
262:20 281:18
285:2 315:17
opened 273:25
operates
118:12
operation
255:21
operational
85:19
operations
73:18 76:3
226:19 227:7
227:11 229:11
230:2,12
opinion 311:22
opposed 275:9
order 24:18
50:13 105:17
107:14 108:13
134:9,9 136:20
136:22 137:8
137:19 205:18

206:6,16 207:4
207:23 218:16
219:13 223:4
242:5 259:20
260:14,15
262:23 264:21
ordered 128:8
200:17 205:13
308:11
orders 55:5,14
organized
256:12
origin 77:7
original 3:9,17
outcome
324:18
outside 4:22
19:12 35:19,24
36:10 39:7
41:24 45:17
48:16 49:10
51:16 52:8,20
53:6 54:3,14
55:12 56:3
57:7,19 59:7
63:18 65:17
66:7 69:14,25
72:25 73:22
74:13 75:15
80:19 113:10
118:14 143:17
163:21 176:25
186:2 195:9,20
196:9,16,24
202:23 203:3

203:14,19
204:9,15 205:6
237:11 238:2
238:18 244:12
245:3 258:10
268:2,19
269:13 270:13
270:25 273:4
273:10 277:22
282:18 286:20
287:2,8,14
288:15 289:3
289:10,18,25
290:14 292:10
292:17 293:15
293:23 295:23
296:24 298:20
298:25 299:10
299:20 300:12
300:22 301:3
301:10,17
302:19 303:2
304:25 308:18
313:18 315:7
outstanding
149:4 189:2
overall 183:13
overlapping
186:3 275:12
275:17
oversight 26:24
197:6 267:5
overwritten
297:8

own 108:17

**p**

p 2:2,2 3:2
p.m. 117:25
118:3 160:5,7
178:21,23
245:12,14
314:13,15
316:10
page 18:17
46:22 49:19
51:19 53:24
54:4 57:15
58:7 62:13
65:7,23 69:2
78:11 89:21
94:25 125:8,9
168:11 169:21
180:14 207:8
214:12 216:24
217:20 221:15
229:4 232:24
234:17,19
244:2 259:12
259:21,23
260:12,13,20
276:19 277:5
298:9 318:7
319:3,12,25
320:6,25 321:6
321:24 322:6
323:3
pages 46:19
47:2 167:11,12
168:21

**pals**  11:17 12:3
  12:10 13:24
  14:2,7,9 15:22
  15:22 17:2
**pandemic**
  107:21 108:19
  112:15 127:25
  178:7 192:11
  218:15
**paper**  138:12
  138:13
**paperwork**
  138:5
**paragraph**
  49:20 50:8
  51:19 57:15
  69:4,21 76:17
  76:20 78:11
  79:7 102:3
  106:23 125:9
  125:15 150:25
  298:10 299:3
  314:23
**paragraphs**
  18:19
**parse**  223:24
**part**  13:25 14:8
  14:25 57:12
  98:19 99:19
  113:2 147:17
  156:9 160:11
  164:4 207:23
  231:12 250:3
  250:15 253:5,7
  253:9,15

  270:22 305:22
**participate**
  254:6
**particular**
  48:11 53:20
  57:21 65:20
  67:5,15,21,25
  70:6 72:23
  75:7,10 79:18
  79:21 108:13
  116:25 146:10
  198:23 216:2
  250:10 276:17
**parties**  1:19 3:7
  4:9 324:16
**partners**
  263:22 264:7
**parts**  13:5
**passed**  170:21
  204:19
**passing**  172:6
**past**  112:13
**patients**  34:7
**patrol**  35:4,9
  36:10 38:24
  43:15,22,23
  44:8 48:17
  144:14,23,24
  145:3,19,22
  146:6,15,22
  147:4,7,17
  148:6,9 149:6
  149:11,13
  150:4 257:23
  262:3,12,24

  263:2 265:4,25
  266:14,16
  270:4 323:7
**patrolling**  34:6
**pd**  71:9 282:23
  319:22 320:8
  322:10
**pdf**  216:24
**peaceful**
  263:16
**peak**  219:12
**penal**  51:21
  52:21 73:8
**penalty**  137:25
**pending**  10:11
  249:15
**people**  1:3 2:5
  5:23 15:22
  128:2 129:15
  133:3 139:5
  199:13 223:10
  225:13,19
  226:2,10 227:4
  239:12,13,15
  244:12 268:15
  318:3
**percent**  107:23
  110:13 169:23
  171:11,14
  172:21 173:5,7
  173:9 194:23
**perform**  223:3
**performed**
  190:5

**period**  34:17
  36:16 44:7
  79:8 80:8 87:7
  121:6,8 142:3
  142:18 144:12
  152:25 153:17
  154:24 202:16
  289:15,23
  299:24
**persistent**
  181:18
**person**  14:4
  16:14 30:22
  41:20 55:19
  56:18,19 69:16
  69:17 77:12
  129:8 135:19
  152:16,18
  211:3 239:24
  240:14
**personal**  41:19
  109:21 111:7
**personally**
  20:16 77:6,17
  86:23 110:25
  208:21
**personnel**
  104:14 105:3
  108:19 126:6
  192:9 202:11
  217:25 219:13
  268:12
**perspective**
  242:18

**pertained**
  306:15
**pertaining**   4:21
  314:24 315:5
**pertinent**   150:9
**pervasive**
  315:17
**pete**   17:2
**peter**   2:17,18
**phone**   14:17
  89:19 94:11,14
  142:11 143:15
  143:20
**photographs**
  28:19
**phrase**   181:21
**phrased**   81:7
  116:4
**pichardo**   240:5
  240:23 241:4
  241:16,22
**picked**   142:10
**piece**   268:13
**place**   24:19
  43:21,25 146:7
  146:16 148:3
  153:15 225:14
  225:15 227:5
  238:7 266:4
  268:2 269:21
  271:8 272:9
  277:22 293:20
  317:11 323:7
**places**   226:25

**plaintiff**   1:5 2:4
  2:19 4:20
  310:5
**plaintiffs**   2:19
  310:5 314:22
**plan**   97:4 192:7
  215:25 216:20
  217:15,19
  249:16 256:20
  266:23 271:24
**planning**
  255:15,19
  256:6,11 257:6
  271:5,7,11
**play**   260:6
**playing**   265:16
**plaza**   6:13
**please**   9:25
  10:6 22:4
  23:14 36:14
  39:6,11,17
  47:10 50:22
  56:12 57:25
  64:25 70:15
  73:25 77:24
  78:13 82:17
  87:4 91:5
  95:25 96:16
  113:13 117:3
  120:24 131:16
  158:13 160:2
  162:9 166:7
  201:15 222:14
  234:8 237:9
  250:17 254:23

  261:7 262:5
  263:4 274:13
  279:4 294:19
  308:25 312:10
**pledged**   78:3
**plus**   52:22
**point**   10:3 11:8
  19:11 20:13
  36:11,15 63:12
  104:13 110:19
  113:6 117:24
  161:11 184:23
  208:25 209:2
  211:7 217:2,7
  223:10 241:14
  253:12 313:5
  313:25
**points**   167:20
**police**   1:9 2:12
  6:13 7:15,21
  12:6,7 20:25
  22:9 31:13
  32:17,22,24,25
  33:10 40:16,18
  40:19,25 41:4
  55:2,3 59:11
  60:5 68:21
  74:18 75:3
  78:25 100:19
  102:11 107:2
  108:13 109:16
  111:16 116:11
  116:16 119:13
  137:21 138:3
  154:18 161:9

  172:5 183:19
  207:15 210:22
  214:15 216:15
  237:7 238:11
  238:14 249:17
  266:24 302:12
  322:21
**policies**   45:12
  154:6,14,17,25
  209:7 262:2,9
  263:8 269:20
  270:10 310:15
  310:22 311:22
**policy**   43:24
  81:13 91:17
  142:16 152:22
  153:7 261:22
  263:15 265:19
  269:24 270:3
  271:8 290:5
  293:20,25
  294:8 311:5,14
  312:16 313:22
**portion**   71:22
**position**   4:19
  49:24 109:22
  115:22 151:16
  160:22 162:6
  167:22 174:20
  175:22 177:25
  180:3 200:11
  225:17 302:17
  315:11,12
**positive**   169:10

[positives - prepared] Page 49

**positives**
169:13 188:14
188:21
**possess** 195:17
**possession**
78:25 79:2
211:23
**possible** 152:7
178:4 230:4
**post** 26:18
301:14 302:3
302:10 322:17
**posted** 269:22
269:25 270:7
270:10 284:8
**potentially**
311:21
**power** 217:2,6
**practice** 201:3
265:16,18
266:3,4
**practices** 232:6
233:23
**precinct** 33:5,6
33:6
**precincts** 185:3
**precipitated**
76:22 77:20
147:3
**preliminary**
22:17 34:8
285:13,20,25
286:10
**premade** 66:4
66:11 67:9

**premise** 175:6
**preparation**
16:3 23:19
25:12 27:4
28:10,19 29:14
29:23 30:5,11
39:21 74:9
90:15 156:5
157:15 197:4
197:24 308:17
313:24 315:18
**prepare** 68:20
150:19 162:16
**prepared** 35:21
38:10,22 39:14
39:19 40:7
41:14 42:4,23
44:23 45:3,9
45:19 47:19,24
47:25 48:25
62:2,23 63:10
63:19 64:6
66:22 70:24
74:3 76:5,14
77:3,22 82:4
83:7,15 86:11
86:17 88:17,21
90:14 91:3
92:16,25 93:10
93:19 94:4,24
96:14,18 98:10
98:15,25
102:20 103:5
103:13 105:6
105:14,18

106:2 113:11
116:5,20
117:12 121:12
121:22 126:14
129:20 131:14
132:19,25
133:9 138:13
141:3,8 144:21
146:18 147:5,8
147:12,25
149:8 151:17
152:5 155:10
157:9 161:24
162:13 166:18
167:4,14,18
168:9 175:6
177:5 179:13
185:17 192:14
196:17 201:11
201:20 202:24
203:9,15,20,25
204:10,16,22
205:7 217:18
219:25 231:3
231:10 232:18
233:25 237:16
238:20 239:19
240:13,21
241:19 245:9
248:2,4,15,19
249:4 250:14
250:16 251:23
252:9 253:2
255:2,8,23
256:13,15,17

256:25 257:4,9
258:3,12 261:2
261:6,24
263:11,21,24
264:4,8 265:9
265:13,20
266:7,17 267:2
268:11,21
269:3,8,14,17
270:14,20
271:3,10,15,21
272:10,13,18
272:20 273:5
273:11 280:4
281:23 282:2
282:19 283:23
284:3,18,25
285:7,11,21
286:2,6,11
287:4,10,16
288:20 289:12
289:19 290:2
290:15,25
291:11,14
292:11,18
293:8,17,24
294:5,12,17
295:8,16,24
296:8,14 299:2
299:11,22
300:5,14,23
301:5,12,19
302:21 305:10
313:8,9,23

preparing
  22:12 35:15
  38:11,12,20
  40:3,14 67:18
  208:16 309:3
presence 50:2
present 2:16
  16:23 45:15
  127:22 153:2
  153:10,18
  154:15,24
presented
  49:25
preservation
  286:21 287:5
  287:11 288:4
  288:11,17,25
  289:14,21
  296:16
preserved
  286:17
press 99:22
  100:21
pretty 24:15
  29:16 107:24
  140:14 209:15
  209:16 247:18
  248:7,21
  310:12
prevalent
  143:7
prevent 201:18
previous 31:25
  32:10,14 261:9

previously
  116:18 119:19
prewritten
  97:22
prior 70:4
  84:23 103:23
  112:21 146:11
  146:14 148:17
  190:23 191:14
  230:18 242:19
  260:23 262:23
priority 190:19
privacy 128:13
probable 50:19
  52:5,12,17,24
  53:2,15 54:11
  55:9,24 56:5
  56:22 57:4,10
  57:16,22 58:7
  58:14 59:14,24
  60:8,15,21
  61:15 63:6,15
  69:12,22 70:18
  91:9,24 92:12
  93:13
probably 89:18
  89:19 201:2
  219:11
problem
  170:12,25
  178:15 225:19
  231:23
problems 224:3
procedural
  270:2

procedure 1:20
  4:10 18:2
  34:21 35:5,6,7
  36:8 38:25
  39:4 41:21
  42:2,20,22
  43:3,9,12,17,20
  43:21,22,23
  48:18,22
  127:15 142:12
  142:16 144:14
  144:24 145:2
  145:19,23
  146:6,10,14
  147:11 148:15
  149:11,23,24
  150:4 257:23
  262:13,24
  265:2,23,24
  266:16 270:6
  290:5,18,21
  291:3 294:8
  315:2
procedures
  40:3,14 41:10
  44:8 45:12
  142:2 144:9,11
  148:7 154:6,14
  154:17,25
  266:13 271:17
proceeding
  193:25 279:19
process 4:4
  41:7 43:25
  48:10,13

126:15,18
  130:20,22
  131:24 132:2
  147:23 148:2
  149:2 153:15
  162:11 194:14
  196:4 268:24
  269:5,11,16
processed 36:5
processing 35:5
  36:8 41:22
  42:2 45:14
  230:10
produce 50:4
  120:7 126:17
  132:8 141:2
produced 23:9
  62:4 148:4
  158:24 211:17
  235:24 236:2,5
producing
  80:18 151:11
  194:5,11
  217:12
product 13:2
production
  23:13 123:19
  126:24 142:18
  146:21 153:21
  196:22 222:12
  295:13 323:4,6
  323:9
professor
  244:20

**progress** 199:3
  252:14 253:4
  255:12 266:21
  271:17
**progression**
  268:4
**promise** 116:21
  117:7,9
**proposed**
  255:13 270:2
**prosecute**
  24:23 36:19,24
  37:8 44:15
  49:18 60:24
  63:23 78:4
  81:12 83:2,11
  85:2 87:14
  88:7 93:6
  100:3 101:5,22
  104:9,22
  106:25 295:21
  303:25 304:19
  306:5,8 310:14
  311:4,11
  312:15,24
  313:6,11,20
**prosecuting**
  72:23 101:12
  109:6 114:16
  115:25
**prosecution**
  28:3 34:24
  35:16 38:12,21
  40:4,15 42:11
  46:9 47:9

49:15 60:12
  61:13 103:8
  131:10 304:2,9
  304:20 305:18
  310:11
**prosecutions**
  28:8 85:3
**prosecutor's**
  305:8
**protect** 310:10
**protest** 20:12
  63:16,24 75:15
  80:2,9,12
  87:14 100:3
  101:22 104:9
  104:22 109:7
  140:21 142:18
  144:11 158:17
  169:23 178:10
  182:25 186:9
  189:15 198:22
  202:19 210:12
  224:11,16
  227:25 271:4
**protester** 56:6
**protesters** 28:3
  28:8 56:18
  207:20 237:24
  263:16
**protestors**
  237:20
**protests** 5:25
  21:18 22:10
  27:16 34:16,21
  36:17 43:5

44:7 59:15
  60:2,13 61:14
  63:7,13 70:9
  70:22 73:6
  79:8 80:8,21
  81:13 86:7,14
  87:7 97:21
  109:4,11,15,16
  126:19 132:6
  142:4,6 153:2
  153:18 155:9
  155:14 168:14
  177:4,24
  179:12 181:18
  183:5 191:14
  205:15 207:16
  222:10 225:9
  229:8 235:3
  241:17 242:4
  242:19 247:3
  255:20 256:21
  257:7 258:8
  259:17 260:7
  264:12,15
  266:5 271:11
  272:5,9 273:23
  285:10 289:16
  289:23 290:9
  293:12,19
  294:2,10,16,25
  295:15,20
  296:3,12
  304:21 307:19
  313:7,12

**protocol**
  199:15
**protocols**
  198:25 275:2
**proud** 148:2
  202:14
**prove** 232:5
**provide** 42:16
  63:13 66:15
  67:8 68:4 73:5
  122:22 124:5
  125:16 136:9
  143:9 151:19
  169:9 170:14
  172:15,25
  173:18 175:15
  177:23 178:13
  179:10 236:19
  267:9,18
  269:20 279:17
  280:20
**provided** 14:13
  14:19 59:4
  66:12 70:8
  72:14 73:15
  92:10 135:7
  138:5 154:3
  179:7 182:4
  211:2 213:14
  215:15 216:10
  220:24 221:19
  221:23,25
  222:24 223:17
  228:25 240:15
  242:14 263:23

279:22
**provides**  127:9
127:18
**providing**
34:23 76:22
136:5 195:25
223:10 279:13
**provision**
152:23 153:8
267:22
**provisions**
149:5
**public**  1:22
5:17 78:5
84:23 85:15
86:14 105:21
109:11,14
111:21 114:11
119:12 130:9
245:25 246:5,7
262:21 273:22
277:19,22
280:15,22
282:4 317:22
318:24 324:8
**publication**
199:9
**publicly**  251:8
**publish**  285:13
**published**
159:12 208:12
214:17 245:17
262:17,20
264:21

**publishing**
262:23
**pull**  104:5,18
163:8 225:17
228:12
**pulled**  105:2
107:4 113:4
**pulling**  113:9
132:2
**purports**
259:13
**purpose**  55:18
66:12 172:4,8
283:21
**purposeful**
171:24 173:6
173:21,22,24
175:9 176:7
**purposefully**
170:13
**pursuant**  1:19
4:11 17:25
274:3
**pursue**  280:3
**purvey**  137:20
**purview**  137:9
176:22
**put**  4:2,7 46:6
47:4,7 66:21
119:4 121:17
170:8 192:11
225:5 238:15
249:9 265:17
268:13 312:2
314:17

**putting**  64:17
162:11 249:15
249:18

**q**

**queens**  32:25
33:6,7 81:21
87:13 305:6
**queries**  188:2
**question**  9:20
9:23 10:11
16:7 22:5
24:14 35:3,22
35:24 36:3,23
38:15,17,23
39:7,13,15,20
40:7,10,12
41:15 42:5,24
44:20,24 45:10
45:20 48:20,21
49:2 51:5,15
52:3,10 53:11
53:13 56:10,11
57:24 59:20
60:4,18 62:24
63:11,20 65:21
67:7,24 70:25
74:4,10 75:5
76:6,15 77:4
77:23 78:9
80:17 81:6
82:5,18,20
83:8,16 88:10
88:15,18,21,22
91:4 92:7,17
93:2,20 94:5

96:15,19,24
97:17 98:11
99:2 101:19
102:21 104:17
105:15,18
111:12,23
113:12 115:18
116:4,6 121:23
125:12 126:14
127:12 132:20
133:2 134:3
138:14 140:16
141:4,9 146:18
147:9,13,21
156:15,23,25
157:5,5,13,25
158:13,15
159:22 161:25
162:4 163:4,19
163:20,22
166:8,10,19
167:20 168:3,5
170:23 172:18
172:20 173:13
173:14,23
174:25 175:3,6
175:21 176:12
179:20 183:6
191:10 192:22
192:24 195:11
195:21 201:6
205:8 213:6,15
241:2 243:7,12
249:5 252:21
257:10 258:4

258:13 260:25
261:9,25
263:12,20
264:5,9 269:4
271:22 278:5
280:19 281:16
286:7,12
288:21 290:3
291:21 294:6
294:18 299:23
300:15 301:6
303:13,15,20
303:22,24
304:15 308:25
309:10 310:20
311:7 312:11
312:12
**questioning**
309:19
**questions**  4:20
9:7,15,18 34:9
34:12,14 38:10
39:3 40:8
48:23 94:8,20
108:9 118:6
147:16 148:5
150:16 162:16
167:10 174:22
212:18 223:4
228:23 280:5
290:5 296:15
303:10 305:21
314:7 315:6,7
315:13

**quick**  72:3,7,10
75:23 76:10
92:21 96:23
**quickly**  62:11
65:24 71:11
187:23 230:4
309:25
**quote**  102:11

**r**

**r**  2:2 3:2 235:16
235:17 317:2
324:2
**race**  233:24
**racial**  5:24
233:7 234:12
**raging**  110:14
**raise**  97:22
**raised**  98:24
190:21 191:12
191:16,17,18
191:21 223:21
283:19
**rank**  31:16,22
31:25 32:10,15
32:21
**ranks**  107:24
**rare**  153:24
187:21 188:10
189:5
**rate**  107:23
110:12,13
**rationale**
101:17
**reacts**  310:9

**read**  22:11,16
24:21,22 26:17
26:23 27:2,6
27:11,12,24
28:4 46:20
49:16 54:5
65:10,12 76:19
76:21 78:13,15
81:19 82:18,20
89:20 99:13,14
113:22 115:14
119:5,16,17,18
119:19,20
150:23 156:7
156:22,25
157:14 158:4
160:11,16
162:18 168:5
174:24 175:3
192:24 197:9
197:20 198:8
198:12,13
206:7,7 224:8
234:19 244:15
259:20,22
279:3 283:7
284:15 297:18
298:10,11
302:13 303:15
**reading**  49:4
71:17 89:25
167:10,21
198:3 215:20
215:23

**reads**  215:21
**ready**  65:11,25
66:2 78:14
218:4,5 234:20
234:22 283:6
**really**  111:11
132:19 154:10
175:20 176:12
189:20 200:6
201:12 252:18
281:17 288:22
304:3 305:7
**reason**  10:15
26:16 49:14
107:17 110:3
152:15 213:3
216:17 318:7
**reasonable**
50:2,25
**reasoning**
102:18 108:12
108:15
**reasons**  83:18
110:2,22,23
111:8 261:13
**reassign**  109:20
112:2
**reassigned**
104:15 105:2
105:22 116:13
**reassigning**
113:9
**reassignment**
114:20

recalibrated
  257:21
recall   7:17 8:4
  8:25 9:2 11:20
  14:21 87:24
  161:3 167:2
  189:16 215:14
  217:11,13
  236:9 243:8
  253:19,21
  276:18 279:7
  279:25 281:8
  288:20,22
receive   37:10
  60:6,24 86:19
  88:11 130:7,8
  130:16 215:9
  215:19,21,24
  217:22 218:9
  222:9 295:12
received   64:21
  84:24 123:14
  217:2 218:11
  218:11 219:13
  219:16,19
  223:5 235:10
  237:4 269:23
  270:8 280:15
  281:12
receives   141:10
receiving
  286:13
recently   106:19
  206:8

recess   38:2
  97:13 314:14
recognizable
  228:12
recognize
  17:21 46:15
  64:23 74:7
  89:13,15 95:3
  99:15,16
  145:17,18
  193:13,15,19
  193:20 207:2
  214:7 243:23
  258:24 259:2,5
  259:6 276:12
  278:15,16
  287:24 297:25
recollection
  24:8 29:7 90:2
  119:3 125:12
  160:21 197:11
  206:15 207:10
  211:22,25
  216:10 243:14
  265:6 277:10
  277:13 278:23
  279:6 280:10
recommendat...
  26:9 186:8
  202:21 203:17
  203:22 204:6
  204:12 232:7
  232:16 255:25
  257:13,17
  259:14 261:13

  261:23 263:14
  264:11 267:3
  267:13 268:5
  268:22 271:5
  271:13,23
  298:16 299:6
  300:2,9,17
recommendat...
  183:18,25
  184:8,10
  185:18,20,22
  186:4,5 203:2
  203:12 232:9
  232:13 234:2
  245:20 246:18
  246:21 249:7
  249:12,22
  250:5,11 251:3
  251:15 252:2
  252:25 254:4
  254:15,21
  266:9 286:4,9
  297:16 298:14
  307:4 321:16
record   4:3,8
  6:10 36:13
  37:22 39:5
  47:5,7,11
  50:23 87:5
  96:2 97:8,11
  120:25 122:2
  125:24 131:17
  143:2 158:10
  160:3,4,9
  162:10 165:2

  201:16 226:4
  227:18 234:9
  235:16,19,24
  236:2 239:16
  250:18 251:7
  254:24 281:25
  312:3 314:18
  315:16,23
  324:13
recorded   4:7
  5:5 26:5 238:8
  238:12 239:21
recording   6:3,3
  227:4
recordings
  28:10 120:7
  126:17 131:25
  194:18
records   120:21
  120:22 122:24
  123:12,19
  127:19 132:4
  133:8 135:6
  136:5,10 138:4
  140:19 142:19
  148:3 152:3
  153:21 180:20
  183:14 208:18
  209:4,6 213:7
  217:23 218:6
  218:10,12,22
  220:18,20,24
  221:3 236:24
  237:19 238:4
  267:22 268:7

272:25 286:17
**recruits**   217:16
**recurring**
   201:19
**redacted**   124:7
   125:16,22
   222:7
**redaction**
   124:6
**redactions**
   128:13
**redeployed**
   107:18
**redone**   187:10
**reduce**   199:2
**reduced**   129:14
   199:5
**reevaluate**
   257:14 259:14
**reevaluated**
   261:4
**reevaluating**
   257:18
**refer**   41:25
   42:21 48:17
   233:2
**reference**   72:3
   72:4,7,10,22
   73:5 75:23
   76:10 92:21
**referenced**   24:2
   27:7 81:21
   251:11 262:10
   263:8 264:21
   266:13 277:16

279:10
**references**
   198:4 244:7,8
   305:23
**referencing**
   121:16,19,20
   277:18 305:16
**referred**   82:19
   156:24 160:15
   168:4 175:2
   192:23 303:14
**referring**   34:16
   142:25 158:18
   164:5 184:17
   198:9 214:24
   215:12 217:8
   244:20 246:4
**reflect**   91:17
   252:7 302:16
**reflected**
   146:13 164:6
   237:14
**reflecting**
   224:14
**reflexion**
   221:21
**reform**   272:21
**refresh**   24:7
   89:25 119:2
   125:11 197:10
   207:9 211:21
   211:24 243:13
   277:9,12
   278:22 280:10

**refreshed**   29:6
**refreshes**   279:5
**refusals**   179:18
   180:4
**refuse**   134:11
   134:24
**refused**   55:5,14
   134:4 136:24
   137:4,7,8
   170:14 173:18
   177:22 179:10
**refuses**   150:20
   152:18
**refusing**   157:24
   169:16
**regarding**
   20:14 22:21
   28:7 60:7 88:6
   100:20 115:25
   123:22 126:23
   128:14 133:12
   153:14 154:3
   159:2 191:5
   196:21 198:15
   198:22 222:6
   230:14 234:25
   242:18 253:3
   262:13 264:12
   265:15 278:19
   279:12 280:2
   303:25 305:4
   306:4
**regular**   109:18
   268:23

**regularly**   271:6
**reiterate**   315:3
   315:10
**reject**   300:2
**rejected**   298:14
**rejoined**   122:4
**relate**   7:12
**related**   7:13
   12:6 14:14
   23:3 27:13,25
   59:15,25 60:13
   61:13 76:18
   81:12 97:20
   101:22 109:7
   142:18 155:8
   155:13 162:16
   169:23 173:11
   202:18 218:20
   227:25 235:21
   236:2 266:9
   290:5,11,20
   291:5 293:10
   293:11 294:8
   294:16,23,24
   295:14,19
   304:20 324:15
**relates**   51:24
   180:14 267:4
**relating**   65:19
**relations**   32:13
   32:19
**relationship**
   144:4 257:2
**release**   100:22
   246:10

released   93:15
relevant   140:10
  209:9 222:2
  271:17 293:19
  310:22
reliable   235:8
  236:24
reliably   237:19
rely   108:10
  165:9
relying   108:6
  108:11,14,17
remedied
  187:19,22
remedy   174:16
  183:13 185:16
  196:13 200:4
  201:7
remember   8:9
  11:6,13 12:2
  13:7 24:6,12
  28:25 29:3,13
  29:18 33:4
  44:19 83:6,15
  87:18 88:5
  98:4,13 107:20
  131:21 134:8
  145:21,24
  157:18 178:4
  206:5 223:9
  226:19 231:12
  264:25 275:24
  276:21 277:13
  280:10

remind   98:8
remorse   247:2
  248:9,25
remote   5:4
  200:12,18
  314:24
remotely
  169:17 199:21
  201:14
remy   2:19
  309:19
reorganization
  268:9
repeat   104:17
  112:8 157:23
  240:25 303:12
  312:12
rephrase   56:13
  154:11 158:13
  166:7,9 173:12
  191:10 195:12
report   22:17,18
  22:18,19,20
  23:22,25 26:6
  107:11 128:9
  134:2,22 149:2
  155:11,15,25
  156:9,13,20
  157:11,19
  158:3,4,6,17,21
  158:22,23
  159:2,14 162:7
  163:11,17
  164:2,4 165:11
  165:15,17,24

  166:11,15,23
  167:22,25
  169:21 170:11
  170:24 171:16
  173:7 180:14
  181:21 183:16
  183:16,17
  185:22,23
  186:9 187:15
  190:24 193:11
  195:3 208:8,11
  208:16 214:10
  214:17 215:16
  216:8,25
  217:21 221:7
  229:4 231:13
  232:8,25
  234:18 236:4
  236:15,21
  237:3,15,18
  238:4,9,16
  242:3 243:25
  244:7,25
  245:25 246:11
  273:17 279:10
  285:13,20,25
  286:5,10 301:8
report's   246:18
  259:14
reported
  150:10 162:24
  188:2 237:13
  237:24
reporter   6:2
  9:10 17:17

  25:21 46:3
  64:14 71:7
  82:21 89:6
  99:8 106:9
  113:20 119:11
  125:4 145:10
  155:24 157:2
  160:17 168:6
  175:4 192:25
  193:8 197:19
  206:22 210:8
  214:4 243:20
  250:25 258:19
  276:11 278:13
  283:3 287:23
  297:24 301:25
  303:16
reporting
  318:2
reports   22:16
  29:10 65:15
  66:5 67:11
  68:22 97:23
  181:10,25
  186:3 208:18
  208:18,19
  218:20,24
  220:2 228:3
  230:17 231:7
  231:25 235:10
  235:13 238:13
  245:7,18 249:8
  251:16 252:2
  307:2,4

| | | | |
|---|---|---|---|
| **represent**  5:22 | **requested** | 212:5,10,11 | **resources** |
| 12:4 64:20 | 125:21 126:9 | 223:5,6 268:6 | 190:13 228:21 |
| 211:16 | 127:10,19 | 274:9,16 275:3 | **respect**  4:16 |
| **representation** | 133:24 138:25 | 275:8,12 | 45:13 233:23 |
| 135:4,4 136:13 | 151:12,19 | 286:13 290:9 | **respectful**  1:19 |
| 137:12 143:21 | 152:10 173:2 | 290:19 291:13 | **respective**  3:6 |
| **representations** | 175:16 188:2 | 291:15 292:13 | 84:6 |
| 143:22 | 188:17 209:5 | 293:10 295:3 | **respond**  10:20 |
| **representative** | 209:19 211:11 | 308:2 | 121:4 191:25 |
| 47:15 48:3 | 212:21 213:8 | **require**  118:19 | 223:4 224:11 |
| 250:12 | 213:18,21 | 119:24 142:21 | 255:19 259:13 |
| **representatives** | 222:20,23 | **required**  52:13 | 268:2 274:15 |
| 249:10 250:8 | 229:23 240:3 | 120:6 121:3 | 305:7 |
| **represented** | 241:21,23 | 133:21,25 | **responded** |
| 8:11 10:22 | 267:19 275:21 | 134:2 152:3 | 121:14 128:4 |
| **representing** | 275:25 291:4 | 203:10 238:15 | 142:15 |
| 310:4 | 323:2 | 292:7 | **responding** |
| **request**  38:6 | **requesting** | **requires** | 42:9 190:4 |
| 42:9 98:4,6 | 138:9 139:16 | 120:11 131:9 | 297:2 |
| 123:11 126:16 | 219:7 224:13 | 150:5,8,15,18 | **response**  13:10 |
| 126:24 127:17 | 277:6 | 151:18 | 20:4 21:2,11 |
| 135:23 139:4 | **requests**  121:4 | **requiring** | 22:9 23:22,25 |
| 186:23 192:2 | 121:14 122:24 | 124:6 | 26:5,9 48:5 |
| 210:13 211:19 | 127:6 128:23 | **research**  30:11 | 63:3,22 85:15 |
| 212:23 216:14 | 129:9,10,11,12 | **reservations** | 97:20 100:5 |
| 217:25 222:11 | 129:13 130:7,8 | 254:13 | 102:18 114:15 |
| 224:8,22 225:5 | 130:16 131:13 | **reserved**  3:22 | 114:21 115:24 |
| 225:23 229:18 | 131:19,24 | **resistance** | 116:7 156:13 |
| 239:20,21 | 132:3 133:7,21 | 181:10,25 | 156:20 157:11 |
| 241:11,12,13 | 169:10 187:9 | 199:20 | 158:21,23 |
| 278:20 281:10 | 189:10,11 | **resolve**  202:6 | 159:3,11,13 |
| 291:19 292:7 | 190:4 191:9 | 233:17 | 160:19 163:17 |
| 292:21 293:5 | 192:18 201:24 | **resolved** | 165:15 184:7 |
| 294:22 295:6,9 | 208:17,22 | 209:24 | 186:23 189:11 |
| 296:17 297:2 | 210:21,23 | | 192:4,6 196:13 |

199:9 210:22
224:19 228:11
242:19 245:16
245:22 251:3
256:21 257:3
257:14,19
258:7 259:15
259:16 260:7
260:24 262:13
262:15 263:2
283:25 284:20
285:9,23 286:9
288:10,13
292:13 296:17
301:7 304:14
306:6,25 311:2
311:9 313:11
321:16
**responses**
169:10,13,14
189:8 212:11
307:18
**responsibilities**
34:4 256:18,19
**responsibility**
151:12 303:10
**responsible**
38:11 42:8,18
129:16 149:15
149:18 211:3
251:21 269:9
274:20,23
286:23 291:12
293:12

**responsive**
163:18 189:9
189:22 190:9
191:5 296:21
297:7
**rest**  234:23
259:10
**restate**  168:23
**result**  128:3
183:20 194:6
238:11 261:22
285:3
**resulted**  169:12
191:17 204:25
295:20
**resulting**
169:15
**results**  188:3
**resumed**  38:4
97:15 118:4
160:8 178:24
245:15 314:16
**retained**
322:23
**retired**  15:7
31:23 161:14
240:8
**retirement**  15:9
31:18
**retrain**  217:16
**retrieved**  196:4
**return**  116:23
117:10 188:3
290:4

**returned**
116:19
**revamped**
217:10
**revamping**
216:19
**reveal**  12:25
**review**  19:24
22:11 25:12
26:8,12,19
27:3,18 65:24
118:7,9 122:14
145:15 147:19
148:17 149:2
179:2 197:4,23
203:17 207:25
210:13 269:21
270:15 285:19
302:11 322:18
**reviewed**  22:25
23:19,21 24:9
24:13,17 29:17
62:3 156:4
168:18 242:9
242:10 244:5
**reviewing**  29:2
29:14 242:3
269:19
**reviews**  268:23
268:25 269:6
269:10 270:17
270:23
**revise**  310:15
**revising**  312:16

**revision**  147:3
**revisions**  147:7
149:13
**revisited**
192:13
**right**  20:20
28:17 35:13
37:21 42:7
44:18 56:15
73:23 74:6,15
94:9 95:21,23
98:7,16 101:23
102:6 114:22
132:25 146:3
150:13 159:19
168:15 169:17
174:22 176:4
180:17 184:24
186:14 189:12
193:23 207:12
214:18 215:23
221:17 228:10
244:3 246:21
251:4 259:17
261:19 266:10
282:5 283:13
299:8 308:12
313:16
**rights**  277:2
**risk**  312:22
313:4,13,18
314:2
**roadway**  74:16
**role**  45:5
208:20 257:14

| | | | |
|---|---|---|---|
| 257:18 259:15 | 87:24 96:12 | 173:7 189:13 | 57:19 58:18 |
| 260:7 261:4 | 111:13 114:15 | 195:3 196:6,11 | 59:7,17 63:18 |
| 268:17 | 114:25 131:12 | 198:6 207:22 | 65:17 66:7 |
| **room** 122:3,5 | 132:24 134:15 | 210:12 214:14 | 69:14,25 72:17 |
| **rosters** 181:3 | 136:3 156:19 | 214:19 215:8 | 72:25 74:13,21 |
| 182:14,22 | 159:9,13 | 216:5,8,25 | 75:5,18 76:12 |
| **rows** 224:7 | 164:18 166:20 | 217:22 228:11 | 76:25 77:10,25 |
| **rule** 4:11 17:25 | 171:3,25 | 229:7 231:17 | 79:10 84:3,18 |
| 77:15 314:25 | 172:20 175:9 | 231:17 233:5 | 87:17 88:3,15 |
| **rules** 1:20 | 177:7 184:15 | 234:24 237:18 | 92:3,14,23 |
| 78:24 122:18 | 187:18 218:25 | 244:4 251:2 | 93:17 94:2 |
| 122:22 130:19 | 219:2 226:5,24 | 252:12,13 | 96:17 97:25 |
| **rush** 217:15 | 241:8 279:24 | 255:14,18 | 100:9,17 |
| **s** | 292:25 | 260:11,13 | 102:14 113:14 |
| | **says** 17:24 | 261:15 263:17 | 118:14 143:17 |
| **s** 2:2 3:2,2 5:15 | 20:13 46:8 | 264:13 265:15 | 195:9,20 196:9 |
| 6:13 310:6 | 47:14 48:4 | 269:18 271:6 | 196:16,24 |
| 318:7 319:9 | 50:8,15,24 | 271:16,19,25 | 202:23 203:4 |
| 320:2 321:2 | 51:3 62:13 | 272:16 289:4 | 203:14,19 |
| 322:2 | 65:7 74:15 | 298:12,21 | 204:9,15,21 |
| **safety** 109:12 | 77:5,16 78:2 | 299:4,13 | 205:6 237:11 |
| 109:13 111:21 | 89:10 91:8,12 | **scale** 178:7,15 | 238:2,18 245:3 |
| 242:17 | 94:6 95:2 | 178:17 242:19 | 258:10 261:8 |
| **salama** 2:18 | 101:3,9,20 | **scene** 58:23 | 268:19 269:13 |
| **sample** 68:20 | 102:2,16 | 264:15 | 270:13,25 |
| 70:7 92:20 | 106:23 107:9 | **scheme** 192:8 | 272:12 273:4 |
| **sanchez** 253:8 | 116:8,15 | **scope** 27:9,21 | 273:10 281:25 |
| 253:11 | 119:12 120:17 | 28:13 35:19,25 | 282:18 284:24 |
| **sanctions** | 120:20 123:6 | 39:8,24 40:6 | 285:6 286:20 |
| 279:11 | 124:17 125:15 | 40:23 41:12,24 | 287:2,8,14 |
| **sate** 318:4 | 144:23 145:14 | 45:17 48:16 | 288:15 289:3 |
| **save** 96:8 | 146:2 157:23 | 49:10 51:16 | 289:10,18,25 |
| **saw** 26:2 69:5 | 164:9 169:18 | 52:8,20 53:6 | 290:14 291:9 |
| 246:3 | 169:21,25 | 54:3,15 55:12 | 292:10,17 |
| **saying** 20:17 | 171:19,24 | 56:4,24 57:7 | 293:15,23 |
| 73:14,20 87:22 | | | |

295:23 296:24
298:8,20,25
299:10,20
300:12,22
301:3,10,17
302:19 303:2
310:7,17 311:8
**screen** 17:19
20:9,11 25:5
28:17 29:20
46:8 73:12
74:7 89:10
99:10 106:13
114:14 119:5
121:18 168:10
193:14
**screenshots**
128:16
**scroll** 46:18
71:10,24 99:12
113:21 234:21
258:23 287:25
**scrolled** 71:16
**scutero** 2:18
**sealed** 120:22
125:24 143:2,4
**sealing** 3:7
**search** 79:19
80:23 138:23
139:2,11,20
140:3,9,17,18
141:21,22
188:18,19
189:4,18 190:5
192:10 196:4

**searched** 80:22
**searches** 126:7
127:9,18
138:24,25
139:10 188:13
**second** 8:2
37:19 49:20
62:12 78:11
97:8 102:3
138:23 161:3
180:13 187:24
190:4 215:20
299:3
**section** 35:9,11
43:16 54:10
66:18 94:7
118:17,18,24
119:12,21,23
122:19 126:12
146:6,15,22
148:9 207:25
208:2 255:15
256:7,11 262:4
262:5,25 265:5
320:14 323:6
**sections** 51:22
**securing**
239:22
**security** 33:18
34:3 103:15,24
104:6,19
**see** 17:18 46:7
49:19 50:7
51:23 55:20
62:7,13 65:9

67:18 71:19
75:23 89:9,19
92:8 95:9 98:6
99:9,21 106:12
106:18 114:13
114:18 117:8
119:14 124:17
125:10 145:13
158:5 168:16
184:4 190:16
193:14,15
194:3 197:11
210:14 229:6
232:12 251:18
260:19,22
267:11 284:10
288:7 312:25
314:11 316:3
**seeing** 73:22
145:21 276:18
276:21 284:6
**seem** 115:12
147:14
**seems** 50:17
70:3 216:8
248:21
**seen** 17:22 18:5
18:18 25:10
46:12 61:5
62:21 65:3
66:9,20 67:6
67:14 68:7,9
68:12 71:12
89:16 90:2
99:18,19,22,23

106:15 113:24
121:24 141:12
145:20,22,23
193:17 210:16
276:16,20
283:8 302:5
305:19
**send** 189:23
225:17,18
289:14,21
**sending** 136:16
226:13
**sends** 127:5
292:3
**senior** 267:4
**sense** 189:21,24
**sent** 76:2 90:10
90:23 95:5
107:2 149:14
149:19,21
150:2 189:10
218:19 219:2
219:14 223:5
225:14 226:13
268:7 275:3
286:21 287:6
288:8,12,17
291:20 298:16
**sentence** 91:16
195:10 215:20
215:24 217:21
218:7 244:15
302:13
**sentences** 198:4
234:19

separate 92:9
96:12 242:22
243:4 244:17
254:8,13
september
129:4 153:20
154:3 199:7
202:3
sergeant 32:16
32:20 33:3
sergey 2:14
serial 95:22
series 259:11
serious 134:12
serve 45:4
103:10
serves 292:4
service 3:16
32:18,24 91:10
107:25 108:5
110:4,16 111:9
111:18 112:10
112:18 129:22
129:24 133:20
134:18 136:17
151:19 152:9
164:10,13,19
166:2,12,13
169:20 172:7
177:22 180:21
182:24 188:25
193:23 199:18
200:17,20
219:15 224:10
290:12,21

291:5,7 292:6
292:14,20
293:11,21
295:21
set 198:24
199:15 267:20
324:12,20
seven 224:9,9
224:20 233:2
263:14
several 13:19
55:4 164:19
274:9
sewell's 297:15
sex 220:21
share 96:21
100:15 143:4,6
163:25 168:10
280:13
shared 25:11
62:18 67:23
73:20 302:3
sharing 25:5
29:20 152:21
243:9
shea 1:9 2:12
114:4 246:17
249:24 275:24
276:3 277:14
277:17 283:16
sheet 22:24
23:2 210:14,20
211:19 212:6
259:9 276:14
318:2

sher 28:6
296:11
shield 170:15
172:2,15
173:19 177:3
177:23 179:11
shootings
154:19,19
short 38:2
97:13 160:6
178:22 202:15
245:12 314:14
shortly 11:21
104:7,20
246:10 267:12
shoving 55:2
show 17:11
18:16 45:21
62:10 64:9
71:2 88:25
99:3 106:4
113:15 124:16
136:21 137:3,4
137:7,8 145:5
155:19 193:3
201:13 206:17
210:3 213:23
243:15 250:20
258:14 276:4
278:7 280:9
282:21 287:17
297:19 301:20
showed 61:2,4
61:20 70:4
149:25 305:12

showing 25:2,7
73:23
shown 231:7
sick 107:23
110:12,13
side 192:10,10
sig 215:10
signature 288:5
324:23
signed 3:10,12
3:15 77:6
161:22 162:17
163:12
similar 62:8
67:19 69:4
70:3,7,21
72:15 225:12
228:4 288:11
306:10,17
307:9
simple 310:12
sinai 33:19,23
single 116:10
sit 192:9
sitreps 229:12
230:15
situation 37:13
41:18 58:2
135:6 138:4
152:19 218:19
230:17 231:18
situations
143:7 236:17
258:5

**[six - stamp]** Page 62

six   16:18 53:16
  125:8,9 164:19
  167:11 259:21
  260:12,13
slapping   55:2
slide   230:18
slow   46:21
  194:11
small   176:5
  252:18
society   26:13
  297:13 298:4
  298:13 301:8
  322:15
software   6:5
somebody
  143:3,5 225:16
  229:25 238:10
somebody's
  143:3
soon   96:25
  152:2
sorry   25:4
  117:2 121:25
  130:11 159:24
  163:8 185:11
  195:22 215:22
  216:3 227:19
  244:2 246:24
  312:18
sort   66:10 67:9
sought   233:5
sound   169:17
sounds   124:14

source   74:8
  79:5 90:24
  94:7 107:14
  108:7 125:14
  221:11 230:23
  235:7,8,9
  274:5
sources   129:11
  130:14 229:7
  229:11,13,14
  229:19 230:6
  236:7,11
  301:14 302:12
  322:21
southern   1:2
sow   2:19 310:6
sow001641
  243:22 321:14
speak   5:7 15:18
  16:2,11 29:22
  30:5,6 39:17
  77:14,15 84:7
  90:22 96:9
  111:5 133:17
  138:14,15
  147:25 159:2
  161:14 176:3
  179:4 194:22
  201:10 295:8
speaking   39:10
  67:8 109:22,24
  111:19,22
  179:24 241:6
  246:14 265:3
  308:24 313:25

speaks   5:10
  39:2 51:4 92:5
  100:11 156:14
  156:21 157:22
  158:3 159:4,17
special   32:12
  43:17,20 218:2
  218:17
specialized
  261:15,17
specific   41:2,8
  44:19,20
  102:24 111:25
  121:5,13,17,20
  139:9 171:12
  175:18 182:23
  183:15,16,25
  186:8 223:23
  232:9,11
  250:10 252:20
  280:17 281:11
  304:18 305:11
  310:22
specifically
  52:16 91:7
  102:10 121:2
  149:16 158:5
  167:9 181:2
  191:23,24
  226:20 281:8
  286:3 308:11
specifics
  239:24
specified   29:15
  244:9 317:11

speculate
  309:11
speculation
  249:3
spoke   15:23
  28:5 59:9,10
  142:11 244:22
  270:6
spoken   15:11
  304:12
spreadsheet
  210:10 229:12
  230:18,22
  267:12
srg   259:25
  261:4,14
ss   324:4
stabilization
  33:8
staff   59:13,22
  100:25
staffing   259:25
stamp   46:5
  64:16 89:8
  106:11 145:12
  193:10 206:24
  210:10 214:6
  214:13 221:16
  229:5 232:25
  243:22 258:21
  276:6 278:9
  282:22 287:19
  321:7,9,11,13
  321:18,21
  322:7,9,12

stamped
319:17,19,21
319:23 320:7
320:10,12,17
320:19
stamps 197:14
320:22
stand 98:7
standard 52:4
52:13 53:15
standardize
264:11
standards 7:14
stands 220:16
start 34:11
46:25 169:19
started 33:24
112:12
starting 34:17
35:16 38:21
78:11 233:3
259:20
starts 76:17
state 1:3,4,22
2:5,6 5:17,23
8:2 130:9
164:25 273:21
315:15 318:3
324:4,9
stated 108:25
110:24 165:7
187:6 195:5,13
195:15 204:3
207:12 246:16
314:19 315:4

statement
51:24 78:6,17
103:2 156:12
157:10,12,14
246:6,9,15
248:20 302:16
302:23
statements
245:25 246:7
279:18
states 1:2 49:12
51:21 100:21
259:24
stating 110:23
173:14 219:16
status 252:12
266:22
statute 57:9
121:17,19,21
122:9,12 123:5
123:8 204:4,7
204:13,18
298:17 299:6
300:18
statutory
125:23
stecklow 2:20
stemming 5:24
steps 35:14
38:19,25
136:16,23
203:7 251:25
254:2 255:13
257:16 286:16

steven 100:5
sticks 167:13
stipulated 3:5
3:20
stipulation
4:10 5:6,7
314:24
stockholders
262:21
stop 29:20
39:10 152:20
stopped 128:13
stopping
117:23
strategic 48:5
250:8 257:3,14
257:18 258:6
259:15 260:24
strategize
256:20
strategy 255:19
257:6
streamed
282:12
streamline 4:4
street 2:6,13
105:4 108:21
113:6 238:4
stress 178:8
strong 100:6
stuck 49:17
stuff 112:11
sub 4:11 53:16
161:5

subdivision
35:12 53:18
subject 4:21
5:11 95:15,20
122:8 123:22
135:17 137:16
submits 204:12
submitted
152:3 196:20
274:9 284:8
subpoena
122:23 123:10
123:14
subpoenaed
155:7
subpoenas
295:13
subscribed
317:18 318:22
subsequent
280:5
substance 34:9
substantiated
164:10,14,20
164:22 166:2
166:13
substantiation
161:6 163:2
sufficient 50:18
61:14 69:20
135:8 202:6
299:25 300:6
sufficiently
50:10 60:14
63:5

**suit** 310:10
**summarizes** 283:18
**summary** 283:22
**summer** 13:11 19:13 20:12 21:2,18 22:10 24:24 35:7 43:17 81:10 127:22 148:25 153:15 307:18 313:7,12,21
**summons** 74:19 74:23 75:2,11 75:14 77:5,13 77:16
**summonsable** 51:20
**summonses** 83:3 224:15 227:22
**supervisor** 150:19 237:8
**supervisors** 58:21
**supplement** 188:24
**supply** 125:20 179:25
**support** 46:8 47:8 52:24 53:15,21 280:24 305:17

**supposed** 231:20 235:11 251:17
**sure** 6:9,12 7:10,19 24:12 24:15,15 38:8 43:11 47:3 118:24 124:22 136:19 139:25 140:14 144:21 145:23 146:17 146:19 152:6 152:11 188:14 218:18 223:12 275:4 279:21 279:24
**surface** 29:11
**surprise** 198:24
**surprised** 190:16
**surrounding** 100:7
**suspected** 49:22 56:16
**suspend** 150:19
**suspension** 151:5
**sustained** 237:20
**sworn** 3:10 5:16 317:5,18 318:22 324:12
**system** 139:22 140:5,8,13,15 140:17 227:3

233:7,11 292:2

**t**

**t** 3:2,2 235:16 235:17 317:2 319:9 320:2 321:2 322:2 324:2,2
**tag** 80:10
**take** 6:21 10:9 23:16 24:19 35:15 38:20 63:3,21 64:5,7 85:15 96:24 97:2,3 117:15 117:20,22 136:15 146:25 171:3 173:20 178:18 196:12 222:16 245:10 269:21 284:11 284:19 285:23 286:16 310:13 312:14,21 313:5,19 314:9
**taken** 1:18 6:7 6:17 38:2 62:14 97:13 118:2 136:23 160:6 178:22 203:7 245:13 251:25 257:17 307:3 314:14
**takes** 191:25
**talansky** 23:23 99:18 100:21

158:19,24 159:3 161:23 162:12,17 163:12,17 167:11
**talk** 16:15 34:15 139:22 202:20 205:9 221:12,14 238:21 247:14 247:23 273:16 305:11 306:7
**talked** 142:3 144:10 154:13 154:25 180:10
**talking** 97:17 98:17,18 128:25 132:5 156:2 161:22 214:23 217:7 231:13 272:23 293:3
**taught** 41:7
**team** 208:24 211:2,3,5,6,8 226:20 249:9 250:3,7,15 267:25 272:22 272:22,25 273:6,12,14 274:17,20 295:2 308:2
**teams** 16:16
**tech** 129:8

technical
  288:10,13
technicians
  129:24
telephone
  253:22
tell   6:7,17 9:15
  9:18 35:12
  48:12 105:13
  107:16 108:8
  110:11 127:20
  128:24 158:7
  168:25 178:15
  185:18 186:18
  238:3 248:19
  250:7 288:17
  292:5
telling   109:25
  111:6
template   65:14
  66:11 67:9
  70:7
templates
  66:16
ten   12:17 95:6
  110:19 124:7
  151:18,20
  152:10 192:3
  234:17 259:23
  265:15
terence   1:10
  2:12
terminal
  128:15

termination
  134:13
terms   5:10
  69:11 97:5
testified   5:18
  277:18
testify   4:16
  6:21 10:16
  18:23 19:2
  22:12 124:15
  144:19 167:4
  304:10,17
  306:2 315:9,21
  317:5
testifying   8:14
  8:21 9:3 18:9
  59:21 61:6
  167:6,9
testimony
  122:25 123:12
  123:20 134:11
  134:15,16
  135:2 137:16
  152:24 153:9
  155:7 158:11
  162:23 179:15
  201:22 251:12
  284:8,15 285:3
  285:8 295:14
  309:15 317:6
  317:10 324:14
text   14:17
thank   4:25 6:15
  37:23 38:5
  97:9 120:3

124:24 147:2
  217:5 252:22
  261:9 314:12
  316:4
theory   231:20
thing   96:13
  152:17 161:3
  190:12 211:13
  212:2
things   4:3
  29:11,12
  120:23 125:25
  128:16 137:7
  184:23 208:19
  220:12,22
think   8:21
  21:16 22:21
  26:15 30:18,22
  50:24 54:10,24
  55:8,24 66:25
  77:15 82:12
  92:5 95:17
  96:8 113:5
  117:23 131:6
  131:23 132:22
  136:8,9 139:21
  140:12 141:9
  141:24 156:13
  159:21 178:14
  178:16 179:22
  194:15 201:6
  202:14 209:21
  220:13 221:8
  221:13 229:14
  230:16 244:20

247:18 248:18
  249:14 252:12
  257:25 262:19
  305:25 309:23
  310:11 312:4,7
  312:8
thinking   125:6
  154:18
third   8:3,4 9:2
  65:6 69:2
  189:6 222:18
thought   141:7
  156:18 223:7
  247:21 262:14
  299:16 309:7
thousand
  128:19 199:5
threat   181:9,25
three   7:4 8:24
  29:8 54:4 65:7
  128:20 169:8
  186:12,17
  202:2,5 209:9
  257:12 265:17
  275:17 276:19
  299:7,24
thursday
  112:24
tickets   83:12
time   1:14,21
  3:22 7:7 8:23
  10:8 30:24
  32:7 34:15,20
  35:16 38:21
  43:5,12,21

| | | | |
|---|---|---|---|
| 44:2 63:7 70:9 | 176:15 179:23 | 89:11 95:3 | 184:5,17,19,20 |
| 73:6 81:9 90:9 | 190:23 191:14 | 119:14 124:18 | 251:3,10 |
| 91:18 95:9,23 | 192:4 227:9 | 125:9 145:15 | 321:17 |
| 96:8,25 104:13 | 265:17 | 184:21 251:4 | **tracking** 22:24 |
| 116:13,24 | **timing** 108:12 | 288:7 | 23:2 210:14,20 |
| 117:10 121:6,7 | **title** 34:2 46:17 | **topic** 21:5,21 | 211:19 212:6 |
| 122:9 126:18 | 64:18 122:17 | 35:25 39:8 | 252:8 |
| 127:11 128:5 | 262:15 | 98:19 117:14 | **traffic** 53:17 |
| 128:24 132:5 | **today** 10:16,19 | 290:6 297:11 | **trained** 35:15 |
| 132:10,14,15 | 10:23 18:8,23 | 303:11 304:6 | 38:19 40:2,13 |
| 133:6 141:20 | 22:12 23:20 | 304:13 305:23 | 175:15,24 |
| 143:19 147:24 | 27:4 28:11 | 306:7,14 307:2 | 177:12 |
| 160:14 177:4 | 29:14 59:21 | 307:7 308:21 | **training** 40:21 |
| 179:17 188:25 | 61:6 148:22 | 309:7 310:7,21 | 40:24 41:5 |
| 189:15 191:20 | 156:6 157:15 | 310:23 311:13 | 59:3,9,10,10 |
| 191:20,20,25 | 161:15 167:15 | 311:18,20,23 | 177:17 189:3 |
| 194:12 198:16 | 197:5,24 261:3 | **topics** 4:15,17 | 204:18 209:8 |
| 199:25 200:14 | 268:12 302:4 | 4:17,22 5:12 | 213:17,21,21 |
| 201:25 202:6 | 303:7 304:17 | 18:16,17,21,25 | 214:16 215:9 |
| 202:16 205:12 | 309:16 | 19:5,8 22:13 | 215:11,14,25 |
| 214:16 229:17 | **today's** 14:23 | 30:15,20 53:7 | 216:3,6,21 |
| 240:23 241:5 | **together** 144:6 | 196:10 287:3,9 | 217:3,9 250:11 |
| 241:10 246:14 | 162:12 192:11 | 287:15 289:11 | 250:12 263:15 |
| 249:14 273:18 | 225:17 249:9 | 289:18 293:16 | 263:18 300:24 |
| 273:24 275:20 | 307:15 | 300:13 301:4 | 313:3 |
| 284:5 290:8 | **told** 11:12 | 301:11,18 | **trainings** 41:9 |
| 293:18 294:2 | 29:17 112:14 | 302:20 303:3,7 | **transcript** |
| 299:5 300:7 | 157:10 301:14 | 315:8,17,19 | 316:7 317:9,9 |
| 316:5 317:10 | 305:20 309:13 | **total** 164:12 | **transpired** |
| **timeline** 153:22 | 311:19 | 221:9 235:2 | 314:21 |
| **timely** 133:16 | **took** 169:5 | **towards** 50:4 | **tri** 235:10,15 |
| **times** 7:3,5,8 | 201:23 202:2 | **track** 169:6 | 236:4,15,21 |
| 16:17 106:20 | 249:12 277:22 | 211:11 282:15 | 237:15 238:3 |
| 107:13 108:7 | **top** 18:2 28:16 | **tracker** 26:10 | 238:16 |
| 115:13,23 | 46:10 65:8 | 98:6,13,18 | |

| | | | |
|---|---|---|---|
| **trial** 3:22 | 101:13 125:9 | **undermine** | **unfulfilled** |
| 208:18 | 137:6 143:7 | 102:4 | 192:18 |
| **tried** 30:4 | 167:12,19 | **undermines** | **uniform** 227:3 |
| **trigger** 281:12 | 169:6 191:7 | 103:8 | **uniformed** |
| **triggered** | 199:6 201:23 | **understand** 6:6 | 107:25 108:4 |
| 288:24 289:6 | 209:6 220:12 | 6:16,19 9:12 | 110:4,16,21 |
| **true** 105:19 | 230:8 234:19 | 9:17 18:8,12 | 111:9,17 112:9 |
| 317:9 324:13 | 236:7,11 238:4 | 35:3 38:15,16 | 112:17 188:24 |
| **truth** 6:7,17 | 253:21 255:11 | 40:11 48:7,9 | **union** 2:18 |
| 317:5 | 260:14 275:17 | 51:9 52:2,10 | 137:12 199:19 |
| **truthfully** | 300:3 303:6 | 52:11,15,16 | 200:10,23 |
| 150:16 | **type** 46:15 | 53:13 73:7 | 201:3,4 |
| **try** 141:18 | 67:25 72:20 | 74:7 118:8 | **unions** 7:14 |
| 191:21 | 179:24 259:6 | 139:25 154:10 | **unit** 11:17,19 |
| **trying** 163:8 | 308:19 | 179:6 184:16 | 12:3,10 13:24 |
| 228:17 230:3 | **types** 221:3 | 228:19 240:16 | 14:2 15:22 |
| **tumultuous** | 270:10 | 281:16 303:20 | 33:8 73:18 |
| 50:5 52:22 | | **understanding** | 76:3 126:24 |
| 54:25 | **u** | 5:4 10:25 11:3 | 127:3,8,18 |
| **turn** 309:18 | | 13:8,14 49:5 | 129:7,16,22 |
| **turned** 139:12 | **u** 3:2 | 51:8,18 62:17 | 130:2,7 131:5 |
| 140:7 186:22 | **unable** 30:6 | 82:15 83:18 | 132:8 133:4,10 |
| 187:13 216:16 | 135:16 169:22 | 84:9,10 101:11 | 141:2 151:11 |
| 223:14 | 185:4 233:17 | 102:23 104:2 | 187:9 188:13 |
| **turning** 189:23 | 233:19 240:4,6 | 108:15 109:19 | 188:24 190:8 |
| **tweaked** | **uncertainty** | 122:11 123:18 | 202:12 216:7 |
| 127:14,14 | 233:17 | 124:18 125:6 | 223:6 257:15 |
| **twice** 112:6 | **under** 23:16 | 134:13 147:22 | 257:19 258:7 |
| **two** 7:4 8:25 | 54:5 146:25 | 148:21 153:25 | 259:16 260:16 |
| 11:7 16:21 | 222:16 249:19 | 162:19 168:24 | 260:17 261:5 |
| 18:19 29:9 | 260:8,24 | 304:5 307:7 | 261:15,17 |
| 46:19 49:19 | 266:25 267:3 | 311:20 312:13 | 288:10,13 |
| 51:19 53:24 | 267:16,23 | **understood** | **united** 1:2 |
| 57:17 58:8 | 268:13,16 | 9:22,24 10:2 | **units** 41:5 |
| 94:25 96:4,12 | 309:6 311:23 | 34:19 248:6 | 131:9 261:18 |
| | **underlying** | | |
| | 83:18 | | |

**university** 31:6
**unknown** 55:3
**unlawful** 49:7
  50:19 51:22
  52:6,18 54:12
  55:25 69:22
  82:23 91:11,24
  92:12 93:22
  101:5
**unparalleled**
  107:21
**unprecedented**
  107:22
**unquote** 102:12
**unrest** 108:18
  178:8 218:15
  219:11
**unseen** 225:12
**unsigned** 3:14
**untenable**
  197:7
**unwritten**
  43:24 153:7
  293:25
**updated** 149:23
**upload** 79:13
**uploaded** 79:25
  80:9,10
**use** 7:18 65:14
  66:4,16 67:10
  72:22 92:19
  97:22 126:6
  140:15 141:18
  170:20 173:21
  175:17 176:7

217:25 218:17
219:17 221:11
257:22,24
**used** 3:14 44:9
  70:21 73:6
  75:9,10 80:10
  80:22 127:23
  128:12 142:21
  154:7 175:23
  211:11 218:18
  218:24 219:4,5
  219:9 220:4
  221:10 226:11
  235:7 247:20
  279:18
**using** 219:23

**v**

**vacation**
  152:16
**vance** 24:23
  28:4 99:21
  100:23 304:24
**vance's** 305:3
**various** 32:16
  33:2 112:16
  130:13
**vehicle** 182:6
**vehicles** 169:7
**vehicular** 53:16
**verbal** 9:25
  128:11 142:21
  143:13,24
  144:17
**verify** 58:21

**veritext** 318:2
**veronica** 2:18
**version** 212:15
  252:8
**versus** 53:23
**vesey** 140:4
**vicinity** 141:20
**video** 6:20
  28:15,16 79:20
  80:19,23 124:8
  125:22 128:12
  128:17 130:25
  186:23 188:2
  189:9,19,20,22
  191:6 192:11
  207:19 209:6
  212:21 246:3
**videoconfere...**
  1:17
**videoconfere...**
  6:5
**videos** 125:16
  127:2,6,10
  139:9,9 154:3
  196:3 213:21
**view** 193:23
**views** 100:15
**vincent** 27:19
  296:2
**violating** 57:9
**violation** 50:12
  77:7,18
**violence** 102:11
  102:24 112:12
  224:17 228:2

**violent** 50:5
  52:22 54:25
  55:22 56:21
  57:14 58:6
  207:19 263:16
**visitors** 34:7
**vitoroulis** 2:17
**voiced** 198:21
**vs** 318:4
**vtl** 74:11,19,24
  75:2,12,14

**w**

**w** 310:6
**wait** 9:6,8
  142:10
**waiting** 158:14
**waived** 3:9
**waiver** 143:4,6
  143:10,14
  144:17
**waivers** 128:11
  128:12 142:21
  142:22,24
  143:24
**walk** 35:13
  38:18
**walking** 74:15
**want** 4:2,7 10:8
  33:3 47:24
  49:16 53:10
  56:25 65:10,24
  71:19 97:5
  108:7,10
  111:13 117:19
  117:20 119:4

**[want - yeah]**                                                         Page 69

122:2 130:15
131:7 135:25
138:14 141:7
148:4 159:15
160:18 176:3
179:6 184:22
194:21 202:20
224:7 280:9
303:5 305:25
309:14 314:17
315:10,15
**wanted**  189:18
199:14 200:21
201:10 206:8
206:12 212:8
213:2 222:22
223:25 233:13
279:8
**wants**  134:22
**warning**
265:16
**warranted**
300:20
**watch**  26:4
**watched**  28:15
**way**  9:10
130:18 160:22
223:25 225:5
228:8 233:21
238:4 246:13
261:3 275:8
285:10 312:19
324:18
**ways**  254:13
269:19

**wear**  177:12
**website**  251:9
262:18 284:9
**week**  106:19
110:20 218:15
**weeks**  299:7,24
**went**  71:22
218:16 219:18
229:21 239:22
244:22 249:11
**whereabouts**
180:16
**whereof**  324:20
**white**  150:14
**wide**  73:19
178:7
**widespread**
176:7
**wish**  10:3
**wishes**  247:3
**withdraw**
189:24
**witness**  1:18
3:10,16,18
5:16 9:4 13:4,5
13:18 52:11
53:10 136:11
136:13 137:17
158:12 309:11
315:8,20
316:11 318:6
324:11,14,20
**witnesses**
133:17,18
136:10 242:9

279:13
**word**  127:24
173:21 284:11
**words**  141:8
247:19
**work**  11:11
13:2 15:6
33:18 128:8,9
129:24 271:23
**worked**  33:22
114:10 201:4
224:4 239:23
**working**  128:2
129:25 130:2
142:8 144:5
178:9 199:14
202:11 216:19
**works**  117:18
**world**  227:6,10
**worn**  79:14,19
79:24 80:10,19
123:24 124:3,5
127:2,3,8,17
128:23 129:7
129:17 130:15
130:21 131:4
131:10,19,25
138:15,17,18
139:17 140:10
141:11,13
142:19 144:14
144:23 169:11
186:13 187:9
188:12 190:8
190:22 191:5,9

191:13 192:10
193:24 194:6
194:11,17
195:5,15,17
196:22 198:16
201:24 202:10
267:22
**worries**  25:6
**writing**  23:15
65:15 66:5,17
67:11 146:24
222:15 251:21
264:2,7
**written**  23:22
23:23 121:23
128:12 142:12
142:22 152:22
158:19 162:3
284:8,15
293:19
**wrong**  215:23
277:15
**wrote**  72:8
75:22 79:4
**wylie**  2:20

**x**

**x**  1:3,11 319:2
319:9 320:2
321:2 322:2

**y**

**yeah**  8:13
20:23 90:9
130:10 133:25
134:3 141:24

**[yeah - zoom]** Page 70

194:10 198:11
202:2 240:5
264:24 265:6
299:14 316:9
**years** 11:7 29:8
29:10 36:6
74:17 75:3
119:17 191:8
**york** 1:2,3,4,9
1:23 2:4,5,6,7,7
2:10,11,13,13
5:17,23 6:14
6:14 7:15 8:16
12:8 18:10,14
18:23 22:8
26:18 30:14
31:8,13 42:25
44:25 53:23
59:22 60:10,23
61:7,10 62:24
63:2 66:24
68:3 73:4 74:5
75:22 81:10
84:15 85:8
88:9 101:11
103:7 106:20
107:13 108:6
109:23,25
110:24 111:6
111:15,23
115:9,13,23,23
122:18,22
159:7,20
161:15,19
166:3,14

167:15,24
170:2 172:10
174:6,15
182:18 200:22
231:22 234:11
239:8 240:9,22
241:9,15
249:25 273:19
273:20 282:15
284:14,19
285:19,23
294:15 296:20
297:6 301:14
302:2,9 307:21
312:14 313:10
318:2,4,4,4
322:17 324:4,9
**york's** 20:3
21:10 82:14
83:17 102:17
162:6 245:22
304:14 306:25
311:9

**z**

**zero** 128:21
129:2,14 199:5
**zoom** 124:21
252:17,21

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.