UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re: New York City Policing During Summer    :         ORDER
2020 Demonstrations                                                         20 Civ. 8924 (CM) (GWG)
                                                                           :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     A telephonic discovery conference to resolve the matter raised in Docket # 955 shall take place on <u>Friday, April 28, 2023, at 11:00 a.m.</u>  A responsive letter must be filed by April 26, 2023.  Additionally, the parties are directed to meet and confer as soon as possible.  If there are any developments at such a meeting that materially change the position a party took in a letter, such party may file a second, supplemental letter as long as the supplemental letter is filed by April 27, 2023.

     To dial into the telephone conference, the attorneys should use the number they were previously provided.  The public may listen to the conference by dialing 877-810-9415 and using access code: 4086346.  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.  Only one attorney for plaintiffs and one attorney for defendant will be permitted to address the Court with respect to this dispute.  When addressing the Court, counsel must <u>not</u> use a speakerphone.  Each attorney is directed to ensure that all other attorneys on the case are aware of the conference date and time.

     SO ORDERED.

Dated:  April 24, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge