# EXHIBIT A





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/23

Justice in Every Borough.

April 21, 2023

**Via ECF**
The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

4/24/23

OK

Colleen McMn

Re:   *In re: New York City Policing During Summer 2020 Demonstrations,*
      *No. 20-CV-8924*
      *This Filing is Related to Payne v. de Blasio*

Dear Judge McMahon:

        We represent the Plaintiffs in *Payne v. de Blasio* and write respectfully with consent of
Defendants and Intervenor-Defendants in the consolidated actions to request that the Court issue
an order granting the *Payne* Plaintiffs permission to file a Corrected Second Amended
Complaint. A Second Amended Complaint was filed on consent at ECF Dkt. No. 938. However,
in Paragraphs 19 and 20 of the Second Amended Complaint, we inadvertently neglected to
remove the official capacity claims against Defendants Bill de Blasio and Terence Monahan in
accordance with the Court's Memorandum Decision and Order Granting in Part and Denying in
Part Defendants' Motion to Dismiss the Amended Complaints, dated July 9, 2021 (ECF Dkt. No.
105). The Clerk's office instructed us to draft a letter asking for the Court's permission to file a
Corrected Second Amended Complaint. Along with this letter, we are filing a copy of the
proposed Corrected Second Amended Complaint we intend to file (Exhibit A), and the consent
of Defendants and Intervenor Defendants (Exhibits B-E).

Respectfully submitted,

NEW YORK CIVIL LIBERTIES UNION
  FOUNDATION

By: *s/Jessica Perry*
  Jessica Perry
  Molly K. Biklen
  Daniel R. Lambright
  Robert Hodgson
  Veronica Salama
  Lisa Laplace
  Christopher T. Dunn
  125 Broad Street, 19th Floor
  New York, NY 10004
  (212) 607-3300
  jperry@nyclu.org
  mbiklen@nyclu.org
  dlambright@nyclu.org
  rhodgson@nyclu.org
  llaplace@nyclu.org
  cdunn@nyclu.org

THE LEGAL AID SOCIETY

By: *s/ Corey Stoughton*
  Corey Stoughton
  Jennvine Wong
  Rigodis Appling
  Paula Garcia-Salazar
  199 Water Street
  New York, NY 10038
  (212) 577-3367
  cstoughton@legal-aid.org
  jwong@legal-aid.org
  rappling@legal-aid.org
  pgarciasalazar@legal-aid.org

*Attorneys for the Payne Plaintiffs*

Cc: All counsel of record