

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

April 25, 2023

**By Electronic Filing**

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

Re: **In re: New York City Policing During Summer 2020 Demonstrations, 1:20-CV-8924 (CM) (GWG) — This Letter Relates to All Cases**

Dear Judge Gorenstein:

I write on behalf of the non-stayed Plaintiffs in the consolidated cases, pursuant to ECF No. 490, to provide a proposed Order regarding agreements reached at a meet and confer on the production of the NYPD Administrative Guide. Plaintiffs sent a copy of this Proposed Order to Defendants on Friday, April 21, 2023, at 3:51 P.M., asking for any objections to the Proposed Order or to providing a date under Paragraph 2 that is on or earlier than May 10, 2023. Defendants have not objected.

We thank the Court for its continued time and attention.

Respectfully Submitted,

_/s/ Lillian Marquez_
Lillian Marquez, Assistant Attorney General
Civil Rights Bureau
Office of the New York State Attorney General
Tel: 212-416-6401
Lillian.Marquez@ag.ny.gov

CC: All counsel of record