UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re* New York City Policing During Summer
2020 Demonstrations

This document relates to all cases

1:20-cv-08924 (CM) (GG)

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED:

1. On or before April 24, 2023, Defendants shall state whether they are going to assert any previously un-asserted objection to producing the entire NYPD Administrative Guide other than privilege.

2. On or before April 28, 2023, if Defendants are not asserting objections, Defendants shall provide a date certain for the complete production of the Administrative Guide aside from privilege, and the production of a privilege log for any withholding.  If Defendants are asserting objections, they shall provide a date certain for production, along with a date certain for articulating any objections.

3. The date(s) provided pursuant to ¶ 2 herein shall be deemed incorporated in this Order.

SO ORDERED:

_____
Hon. Gabriel W. Gorenstein
United States Magistrate Judge