UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

In Re: New York City Policing During Summer 2020 Demonstrations

------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 4/27/2023

**MOTION TO WITHDRAW**

20 Civ. 8924 (CM) (GWG)

**PLEASE TAKE NOTICE** that Daniel Braun hereby withdraws as counsel in the above-captioned consolidated litigation. After April 21, 2023, I will no longer be associated with the Corporation Counsel of the City of New York

Dated: New York, New York
       April 21, 2023

**MEMO ENDORSED**

Motion to withdraw is granted. Please remove Mr. Braun from the docket.

*[signature]*
4/27/2023

Respectfully submitted,

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

By: ___/s/ *Daniel Braun*___
Daniel M. Braun
Senior Counsel
Special Federal Litigation Division