

| | THE CITY OF NEW YORK | |
|---|---|---|
| **HON. SYLVIA HINDS-RADIX**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Sergey Marts**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-5051<br>sermarts@law.nyc.gov |

April 27, 2023

**BY ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: <u>In Re: New York City Policing During Summer 2020 Demonstrations</u>
           20 Civ. 8924 (CMJ)(GWG)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia Hinds-Radix, Corporation Counsel of the City of New York and one of the attorneys assigned to the defense of the above-referenced consolidated matters. Defendants write in furtherance of their Letter in Opposition to Plaintiffs' Application at Dkt. No. 955, which was filed last night. *See* Dkt. 962.

    Defendants did not attach excepts of the deposition transcript of DI Kanganis at the time of the filing of their Opposition. A copy of those excerpts are attached hereto as Exhibit 4 for the Court's benefit. It was an oversight not to include them with the Opposition and Defendants apologize for any inconvenience.

    Thank you for your time and consideration.

                                                  Respectfully submitted,

                                                  *Sergey Marts*
                                                  Sergey Marts
                                                  *Assistant Corporation Counsel*

cc: ALL COUNSEL (*via* ECF)
     Attachments