# EXHIBIT B

```
                                              Page 250
 1                    Lauren Foster
 2      interview of Sergeant Taylor and Sergeant
 3      Taylor's driver.
 4                What is -- I just want to pause
 5      there.
 6                What is a GO 15 interview?
 7         A.     It is the same thing as PG
 8      206-13.  It is the authority under which the
 9      ability to conduct the compelled testimony
10      exists.  And prior to the creation of 206-13,
11      it was known as a GO 15, so they are
12      interchangeable.
13         Q.     Okay.  Thank you.
14                And then I am to going skip down
15      to this last sentence.  Sergeant Wong advised
16      that the rosters of possible sergeants
17      attached to her case file total approximately
18      300 sergeants.  It was unclear how the
19      universe came to be narrowed to that number.
20                So one of my questions to you is,
21      you know, how does an IAB investigator go
22      about narrowing the potential sergeants who
23      might be involved in a particular incident?
24         A.     First, I would -- Sergeant Wong
25      is not an IAB investigator.
```

Page 253

1            Lauren Foster
2     this opportunity to call for production,
3     to the extent it hasn't been produced,
4     because I think the one I showed is the
5     one I have.
6            MS. JACOBS:  I just ask that it
7     be put in writing.
8            MS. MARQUEZ:  Okay.  Understood.
9     Q.    So just to focus on these
10  entries, Captain, 580, 581 and 582, there is
11  reference to a Sergeant Hewitson, who
12  ultimately was indicted as the subject
13  officer in the CCRB case.
14            So my question just to you -- and
15  I understand that this is an investigation,
16  unit investigator, but do IAB investigators
17  interface with CCRB investigators in the same
18  way as this document is suggesting that CCRB
19  investigators interfaced with investigation
20  unit investigators?
21            MS. JACOBS:  Objection, outside
22     the scope.
23     A.    Yeah, I am not sure.
24            This seems to be a lot of
25  interfacing.

```
                                             Page 254
 1                     Lauren Foster
 2             I don't know -- I don't know how
 3    common this level of interaction is.
 4         Q.    Okay.  Would, for instance, an
 5    IAB investigator know if a CCRB investigator
 6    has identified a subject officer?
 7         A.    Not necessarily, unless the CCRB
 8    investigator shared that information.
 9         Q.    Okay.  So it is not as a matter
10    of course that the two are sharing
11    information in that way?
12         A.    No.
13         Q.    Okay.  And I guess as an
14    extension of that, would they -- as a matter
15    of protocol, or in practice, an IAB
16    investigator let a CCRB investigator know
17    when they are going to do an interview of a
18    particular officer?
19         A.    No, that wouldn't be.
20         Q.    Or the vice versa, are you aware
21    of CCRB investigators giving heads up in that
22    way to the IAB?
23         A.    That would not be common.
24         Q.    Okay.  Okay.  Is there any
25    other -- can you describe the general sense
```