

# WYLIE STECKLOW PLLC
LAWYERS FOR THE REST OF US.COM

Wylie Stecklow, Esq.
Carnegie Hall Tower
152 West 57th St, 8th Floor
New York, New York 10019
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/1/2-23

April 28, 2023

*OK — June 22
for this EBT*
*5/1/2023*

**VIA ECF**
Hon. Colleen McMahon
United States District Court
500 Pearl Street
New York, NY 10007

Re:   *Gray et al. v. City Of New York et al.*, Index No. 21-cv-6610 (CM)(GWG)

      *In re: New York City Policing During Summer 2020 Demonstrations,*
      Index No. 20-cv-8924 (CM) (GWG)                    MEMO ENDORSED

Dear Honorable Judge McMahon

        Please recall that I am co-counsel for the Plaintiffs in the Gray matter, referenced
above, that has been consolidated with other matters under the In re: New York City
Policing During 2020 Demonstrations caption and index number.  I write today, with the
consent of the City of New York, to request that the Court allow the parties to schedule one
deposition beyond the current cut-off for depositions.

        Currently, the parties believe that the cut-off for depositions (other than for third
party witnesses Bill de Blasio and former NYPD Commissioner Dermot Shea) is June 16,
2023.  The City of New York has identified Eugene J. Whyte as the deponent for multiple
FRCP 30(b)(6) *Gray* topics.  Unfortunately, the dates proposed by the City of New York for
this deposition, June 13 & June 15, 2023, conflicted with three other depositions that have
now been confirmed for these two dates.  Although Gray has multiple counsel, there are
only a couple with experience handling this type of deposition, and they are also needed at
the scheduled June 13 and June 15 depositions of other witnesses.

        Fortunately, the parties have conferred, and all relevant counsel and parties are
available on June 22, 2023 to take this important deposition.  It is respectfully requested
that this Court allow the parties to take the deposition of Eugene Whyte on June 22, 2023.

                                          Respectfully submitted,

                                          Wylie M. Stecklow