UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: New York City Policing During Summer   :   ORDER
2020 Demonstrations                                              20 Civ. 8924 (CM) (GWG)
                                                                              :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      At the March 6, 2023, conference (Docket # 934) addressing the City's motion for a protective order regarding depositions, see Docket # 841, the Court invited further briefing as to certain deponents. The Court is now in receipt of letters at Docket ## 970, 972, and 979 addressing whether depositions of various proposed deponents should proceed. Because we have postponed briefing as to certain deponents and the City has withdrawn its objection to the deposition of Chief Harry Wedin, see Docket # 972 at 1 n.1, all that is before the Court now is to rule on the proposed depositions of Sgt. Shuzhen Wong and Deputy Inspector Isaac Soberal.

      As to Wong, the Court considers it a close question as to whether there is any great utility in probing Wong's actions given that the issue of whether discipline was ultimately properly pursued or not can be evaluated without Wong's testimony. Nonetheless, the Court sees some utility given the scope of the Gray case and thus will permit a deposition of not more than 3 hours.

      As to Soberal, the City's interpretation of the Court's ruling at the March 6, 2023 conference (Docket # 972 at 1 n.1) is correct. The Court referred to the April 14, 2023, date because the Court wanted to make sure that the person who was the more important witness, Inspector Gallitelli, was promptly deposed. Thus, the Court ruled, based on the briefing before it at that time, that deposing Soberal in addition to Gallitelli was not proportional to the needs of the case. The Court has now considered the additional arguments made by plaintiffs in Docket # 970 and adheres to its view.

      SO ORDERED.

Dated: May 4, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge