AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Jarrett Payne, et al. <br><br> *Plaintiff(s)* <br> v. <br> Mayor Bill de Blasio, et al. <br><br> *Defendant(s)* | Civil Action No. 1:20-cv-08924 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jessica Perry
New York Civil Liberties Union Foundation
125 Broad Street
19th Street
New York, N.Y. 10004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-08924

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

Officer Hensley Caraballo
New York City Police Department - Midtown South Precinct
357 W 35th Street
New York, N.Y. 10001

Officer Stephanie Chen
New York City Police Department - 60th Precinct
2951 West 8th Street
Brooklyn, N.Y. 11224

Officer Taylor Corcoran
New York City Police Department - 75th Precinct
1000 Sutter Avenue
Brooklyn, N.Y. 11208

Commanding Officer of Patrol Borough Bronx, Officer Kenneth Lehr
New York City Police Department - Patrol Borough Bronx
450 Cross Bronx Expressway
Bronx, N.Y. 10457

Officer Bryan S. Rozanski
New York City Police Department - 9th Precinct
321 E 5th Street
New York, N.Y. 10003

Sergeant Majer Saleh
6225 Broadway Apt 1B
Bronx, N.Y. 10471

Officer Jakub Tarlecki
Nassau County Police Department Headquarters
1490 Franklin Avenue
Mineola, N.Y. 11501

Officer Bryan Pizzimenti
New York City Police Department - 122nd Precinct
2320 Hylan Boulevard
Staten Island, N.Y. 10306