

| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **AMY ROBINSON**<br>*Senior Counsel*<br>arobinso@law.nyc.gov<br>Phone: (212) 356-3518<br>Fax: (212) 356-1148 |

**By ECF**  May 10, 2023

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      In Re:  *New York City Policing During Summer 2020 Demonstrations*,
             No. 20 Civ. 8924 (CM) (GWG)
             This filing is related to all cases

Your Honor:

      I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter. Defendants write to respectfully request a two-day extension of time to respond to plaintiffs' letter to the Court dated May 8, 2023, (Dkt. No. 987) from May 10, 2023, to May 12, 2023, pertaining to the deposition of witness Sgt. Jason Saturnin. This is the first request to extend the deadline to respond to plaintiffs' letter at Docket No. 987. Plaintiffs consent to the extension. The extension is necessary to allow the undersigned, who has been engaged in deposition preparation and defending this week, to properly prepare a response.

      Thank you for your consideration of this matter.

                                            Respectfully submitted,

                                            *Amy Robinson s/*
                                            Amy Robinson
                                            *Senior Counsel*

      cc:      ALL COUNSEL (*via* ECF)