UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In Re: New York City Policing During Summer    :         ORDER
2020 Demonstrations
                                                         20 Civ. 8924 (CM) (GWG)
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The Court is in receipt of letters from the parties concerning the duration of the plaintiffs' deposition of Sgt. Jason Saturnin.  See Docket ## 987, 994.  Having considered the fact that Sgt. Saturnin will be deposed on Rule 30(b)(6) topics as well as in his capacity as a Rule 30(b)(1) witness, and because of the importance of this witness, we grant plaintiffs' request (Docket # 987) for an additional half day (3.5 hours) of questioning.  That being said, the Court directs the plaintiffs to be as efficient as possible in their questioning and thus to use fewer than the 10.5 allotted hours if possible.

      SO ORDERED.

Dated: May 15, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge