UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations | 20 Civ. 8924 (CM)(GWG)<br><br>**[PROPOSED] ORDER** |

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

**IT IS HEREBY ORDERED** that with respect to factual information and documents that have been withheld by Defendants from discovery in this case on the ground that such information is protected by the law enforcement investigative privilege ("LEP") (together, "LEP-Withheld Material"), that Defendants shall not:

(1) In support of or in opposition to a motion for summary judgment or for evidence or argument at trial, offer, cite or reference LEP-Withheld Material or any factual information that exists only within LEP-Withheld Material; or

(2) In support of or in opposition to a motion for summary judgment or for evidence or argument at trial, offer, cite or reference testimony from any witnesses describing, citing, referencing, summarizing or relying on LEP-Withheld Material or any factual information that exists only within LEP-Withheld Material.

Dated: _____
          New York, New York

SO ORDERED

_____
Hon. Gabriel W. Gorenstein
United States Magistrate Judge