UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re: New York City Policing During Summer    :         ORDER
2020 Demonstrations                                               20 Civ. 8924 (CM) (GWG)
                                                                            :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

With regard to the motion to preclude (Docket # 931), the parties are in agreement that defendants will not use documents or information withheld on the basis of law enforcement privilege (Docket # 991 at 6; Docket # 996 at 1).

Accordingly, the Court orders that defendants are precluded from using documents or information withheld on the basis of law enforcement privilege in these cases.

To the extent plaintiffs are seeking any other form of relief, this ruling is without prejudice to any request that may be presented in the future to Judge McMahon in the context of summary judgment briefing or a motion in limine before trial.

On a separate point, defendants shall file any application to maintain Docket # 933-1 under seal on or before May 24, 2023. If defendants fail to make such an application by that date, plaintiffs shall file the document in public form.

SO ORDERED.

Dated: May 17, 2023
          New York, New York

                                                                        _____
                                                                        GABRIEL W. GORENSTEIN
                                                                        United States Magistrate Judge