UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re: New York City Policing During Summer  :    ORDER
2020 Demonstrations                                              20 Civ. 8924 (CM) (GWG)
                                                                       :
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     The Court grants the parties' request that it rule on the responsiveness of the sample of documents identified in the appendix to Docket # 998. The Court does not understand, however, why the parties have included in the appendix documents for which plaintiffs agree that the document is "not responsive." The parties should either explain this in a new letter or provide a new appendix that eliminates such documents.

     The documents themselves may be emailed to Chambers for in camera review.

     The telephonic discovery conference to address the matter shall take place on Friday, May 19, 2023, at 3:30 p.m.

     To dial into the telephone conference, the attorneys should use the number they were previously provided. The public may listen to the conference by dialing 877-810-9415 and using access code: 4086346. The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden. Only one attorney for plaintiffs and one attorney for defendant will be permitted to address the Court with respect to this dispute. When addressing the Court, counsel must not use a speakerphone. Each attorney is directed to ensure that all other attorneys on the case are aware of the conference date and time.

     SO ORDERED.

Dated: May 17, 2023
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge