

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | Jenny Weng<br>Senior Counsel<br>jweng@law.nyc.gov<br>Phone: (212) 356-2648 |

May 18, 2023

**By ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      In Re:  *New York City Policing During Summer 2020 Demonstrations*,
             No. 20 Civ. 8924 (CM) (GWG)
             This filing is related to all cases

Your Honor:

      I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and one of the attorneys assigned to the defense of the above-referenced matter. Pursuant to the Court Order dated May 17, 2023 (Docket # 999), Defendants write to advise that Defendants have provided an Accellion link, sent under separate cover to the Court, containing the documents identified in the appendix to Docket # 998 for *in camera* review, as well as the referenced document requests. Defendants further note that we sent the Court the version produced to Plaintiffs since the redactions for privilege and PII are not the subject of the dispute currently before the Court. At Plaintiffs' request, where the cited example document is a parent email, we are also including any child attachment to provide the Court with added context.

      Should the Court have any difficulty accessing the documents provided through Accellion, please notify us and we will, as an alternative, provide the documents on a zip drive.

      Thank you for your time and attention to this matter.

                                        Respectfully submitted,

                                        *Jenny Weng*

                                        Jenny Weng
                                        *Senior Counsel*
                                        Special Federal Litigation Division

cc:     ALL COUNSEL (via ECF)