# ADMINISTRATIVE GUIDE



| Section: Command Operations - Misc. | Procedure No: 316-33 |
|---|---|
| **UNUSUAL DISORDER PLAN ARREST PROCESSING** ||
| DATE ISSUED: 07/01/14 · DATE EFFECTIVE: 07/01/14 · REVISION NUMBER: · PAGE: 1 of 3 ||

| | |
|---|---|
| **PURPOSE** | To detain, process and transport large numbers of prisoners under emergency conditions. |
| **PROCEDURE** | When an emergency situation indicates that anticipated arrests may exceed normal capacity to detain and process prisoners: |

| | | |
|---|---|---|
| **BOROUGH COMMANDER** | 1. | Advise Operations Division of:<br>a.  Escalating prisoner situation<br>b.  Approximate number of prisoners already in system awaiting further processing. |
| **OPERATIONS DIVISION** | 2. | Notify the Police Commissioner, Chief of Department and UPON APPROVAL, Commanding Officer, Criminal Justice Bureau. |
| **COMMANDING OFFICER, CRIMINAL JUSTICE BUREAU** | 3.<br><br>4. | Activate Emergency Arrest Processing Control Center at Criminal Justice Bureau.<br>Be guided by provisions of *A.G. 316-32, "Unusual Disorder Plan Emergency Arrest Processing and Detention Stages."* |
| **EMERGENCY ARREST PROCESSING CONTROL CENTER** | 5. | Implement Emergency Arrest Processing and Detention Procedures.<br>a.  Direct and control prisoner detention, movement and processing<br>b.  Provide guidance to commands concerned<br>c.  Make required notifications. |
| **COMMANDING OFFICER, BOROUGH COURT SECTION** | 6.<br><br>7.<br><br><br><br><br><br><br>8.<br><br><br>9.<br><br>10.<br><br>11. | Activate Emergency Arrest Processing Plans, as directed by Emergency Arrest Processing Control Center.<br>Coordinate:<br>a.  Assignment of personnel in arrest, custodial and arraignment processing<br>b.  Assignment of escort officers and prisoner movement<br>c.  Transportation of prisoners from precinct cells to central booking facilities, STAGE II and STAGE III detention facilities and to court for arraignment, as conditions warrant.<br>Cooperate with borough commanders in facilitating assignment of custodial personnel to STAGE II and STAGE III detention facilities, if necessary.<br>Assign additional Criminal Justice Bureau personnel in accordance with Emergency Plan.<br>Advise Emergency Arrest Processing Control Center of prisoner status, detention space availability and arraignment progress.<br>Direct and coordinate arresting officer's appearance at court, as required. |

# NEW • YORK • CITY • POLICE • DEPARTMENT

## ADMINISTRATIVE GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 316-33 | 07/01/14 | | 2 of 3 |

**COMMANDING OFFICER, BOROUGH COURT SECTION (continued)**

12. Establish and maintain Detention Location Card Index System, utilizing original copy of **DETENTION LOCATION CARD (PD244-140)**, forwarded by precincts to central booking with other arrest related papers.
    a. Cross reference with name of arresting officer.

**BOROUGH COMMANDER**

13. Order initial arrest processing at precinct station houses, in accordance with instructions received from Emergency Arrest Processing Control Center.
14. Provide continuous information to Borough Court Section regarding:
    a. Number of prisoners arrested
    b. Location of prisoners
    c. Need for activation of additional detention facilities.
15. Direct that each precinct involved in emergency arrest processing maintain a Detention Location Card Index.
16. Have preselected STAGE III detention facilities inspected to determine:
    a. Entrance door to be used
    b. Location for detention of male and female prisoners
    c. Availability of separate sanitary facilities for each sex
    d. Availability of telephones
    e. Prisoner capacity
    f. Custodial personnel requirements.

**NOTE** *If conditions require, and BOTH STAGE I and STAGE II facilities are at capacity, direct lodging of excess prisoners at STAGE III facilities in cooperation with Borough Court Section(s) concerned.*

17. Assign supervisory and custodial personnel to STAGE II and STAGE III locations, if conditions warrant activation.
    a. Include female personnel for female prisoners.
18. Coordinate feeding and medical care for prisoners in STAGE III facilities, when activated.
19. Require maintenance of **PRISONER ROSTER (PD244-145)** at each STAGE III facility.

**PRECINCT COMMANDER**

20. Direct initial arrest processing and lodging of prisoners in precinct cells, per instructions of Emergency Arrest Processing Control Center.
21. Assign necessary personnel to arrest processing duties, as follows:
    a. Prisoner search and lodging
    b. Prisoner custody and security
    c. Photographing
    d. Fingerprinting
    e. Property accountability
    f. Maintenance of Detention Location Card Index.

## NEW • YORK • CITY • POLICE • DEPARTMENT

# ADMINISTRATIVE GUIDE

| PROCEDURE NUMBER: | DATE EFFECTIVE: | REVISION NUMBER: | PAGE: |
|---|---|---|---|
| 316-33 | 07/01/14 | | 3 of 3 |

| | | |
|---|---|---|
| **PRECINCT COMMANDER (continued)** | 22. | Order prisoner processing, as follows:<br>a. Proper search<br>b. Identification<br>c. Photographing of arresting officer (<u>SHIELD MUST BE VISIBLE</u>) with prisoner and vouchered property, if any<br>d. Preparation of arrest related forms and reports, as required by the Emergency Arrest Processing Control Center. |
| | 23. | Keep borough commander apprised of:<br>a. Prisoner information (number, status of processing, etc.)<br>b. Cell availability<br>c. Other circumstances pertaining to disorder |
| | 24. | Comply with current procedures re: questioning, processing and lodging of prisoners charged with juvenile delinquency. (<u>SUCH PRISONERS WILL NOT BE BROUGHT TO CENTRAL BOOKING FACILITIES</u>). |
| **COMMANDING OFFICER, BOROUGH COURT SECTION** | 25. | Conduct Emergency Booking Procedures, as directed by Emergency Arrest Processing Control Center. |
| | 26. | Coordinate:<br>a. Personnel assignments to emergency arrest processing duties<br>b. Delivery of fingerprints to FAX terminals<br>c. Operations, prisoner accountability and prisoner movement with borough commands and borough court sections. |
| | 27. | Expedite booking, fingerprinting, photographing and movement of prisoners to arraignment and/or detention, as required. |
| | 28. | Assign arrest numbers and complete arrest required papers forwarded from precincts. |
| | 29. | Maintain statistical data of prisoner flow and related activity. |
| *RELATED PROCEDURES* | *Unusual Disorder Plan Emergency Arrest Processing and Detention Stages (A.G. 316-32)* | |
| *FORMS AND REPORTS* | *DETENTION LOCATION CARD (PD244-140)*<br>*PRISONER ROSTER (PD244-145)* | |

# NEW • YORK • CITY • POLICE • DEPARTMENT

DEF_000045299