# Current Administrative Guide Table of Contents

303 Duties and Responsibilities

304 General Regulations

305 Uniforms and Equipment

308 Complaints

309 Summonses

310 Arrests

313 Property

315 Evidence

316 Command Operations - Misc.

317 Special Commands Operations

318 Disciplinary Matters

319 Civilian Personnel

320 Personnel Matters – General

321 License and Permits

322 Records and Reports

324 Leave, Payroll and Timekeeping

325 Department Property

326 Community Outreach

327 Facilities Management

328 Training

329 Career Development

330 Medical, Health, and Wellness

331 Evaluations

332 Employee Rights/Responsibilities