UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: New York City Policing During Summer     :         ORDER
2020 Demonstrations                                       20 Civ. 8924 (CM) (GWG)
                                                :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    A conference to discuss the application made in Docket # 1003 shall take place on <u>Tuesday, May 23, 2023, at 12:00 noon.</u>  An individual with personal knowledge of the alleged burden in complying with Docket # 961 shall participate in the call.

    To dial into the telephone conference, the attorneys should use the number they were previously provided.  The public may listen to the conference by dialing 877-810-9415 and using access code: 4086346.  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.  Only one attorney for plaintiffs and one attorney for defendant will be permitted to address the Court with respect to this dispute.  When addressing the Court, counsel must <u>not</u> use a speakerphone.  Each attorney is directed to ensure that all other attorneys on the case are aware of the conference date and time.

    SO ORDERED.

Dated: May 22, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge