UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re: New York City Policing During Summer  :  ORDER
2020 Demonstrations
                                                                                  20 Civ. 8924 (CM) (GWG)
                                                              :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      As stated at a conference held today, and in response to the requests in Docket ## 1003 and 1004, defendants shall produce the complete Administrative Guide to plaintiffs on or before May 24, 2024.  In the event this document contains any purportedly privileged material, this production shall not be deemed a waiver of any federal or state privilege in this proceeding or any other federal or state proceeding, as provided in Rule 502(d) of the Federal Rules of Evidence.

      SO ORDERED.

Dated: May 23, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge