# EXHIBIT

# B

| | |
|---|---|
| **From:** | Molly Biklen |
| **To:** | Scutero, Peter (LAW); AG-NYPDLitigation; GrayLegalTeam@dwt.com; Payne Litigation Team; rolonlegalteam@aboushi.com; Lalit Loomba; Steven Bushnell; Stephen Mc Quade; aquinn@quinnlawny.com; PBALitigtationTeam@schlamstone.com; anthony.coles@dlapiper.com |
| **Cc:** | NYC Law Protest Team |
| **Subject:** | [EXTERNAL] RE: In re New York City Policing 20-cv-8924 (CM)(GW): 30(b)(6) Topic 1 & Baker Deposition |
| **Date:** | Monday, May 8, 2023 5:15:35 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Peter,

The wording of topic one was formulated jointly and agreed to by the parties after an extensive meet and confer process. The time period will depend on when the particular Relevant Policy and Procedure in effect at any time during the amended Schedule A protests was adopted, developed, drafted, modified and/or revised. The overall topic goes to the process of modifying, creating and approving policies and then specifically asks about the identities of those involved in its adoption and approval, including the identities of those who had authority over the final approval of each Relevant Policy and Procedure. For example, the approvers of the policy identified at 8(j) (Officers' Use of body worn cameras during a demonstration) might be different than 8(m) (Officers' interaction with, and treatment of, Legal Observers during a demonstration or protest). We do not understand your request for a timeframe of May 1-June 30, 2020, unless you are asserting that all of the policies and procedures were revised during that time period.

Regards,
Molly

**Molly K. Biklen**
Deputy Legal Director
Pronouns: she, her
New York Civil Liberties Union
125 Broad St., Fl. 19, New York, NY 10004
o. 212.607.3300 **|** d. 212.607.3380



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** Scutero, Peter (LAW) <PScutero@law.nyc.gov>

**Sent:** Monday, May 8, 2023 10:46 AM
**To:** AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; GrayLegalTeam@dwt.com; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; rolonlegalteam@aboushi.com; Lalit Loomba <lloomba@quinnlawny.com>; Steven Bushnell <sbushnell@quinnlawny.com>; Stephen Mc Quade <smcquade@pittalaw.com>; aquinn@quinnlawny.com; PBALitigtationTeam@schlamstone.com; anthony.coles@dlapiper.com
**Cc:** NYC Law Protest Team <NYCLawProtestTeam@law.nyc.gov>
**Subject:** In re New York City Policing 20-cv-8924 (CM)(GW): 30(b)(6) Topic 1 & Baker Deposition

Counsel,

We write with respect to the deposition of Chief Baker and Topic 1.

As currently composed, Topic 1 does not contain a relevant timeframe, creating an immense universe of information that is unmanageable for the witness to be expected to know for a deposition.  This lack of a timeframe has put a disproportionate burden on Defendants, and sets the stage for another situation in which the witness may not be prepared to answer.  To avoid such a circumstance, we request that Plaintiffs provide a reasonable timeframe, relevant to the protests, to apply to Topic 1, e.g. May 1, 2020 – June 30, 2020.

We request Plaintiffs provide a response by close of business on Tuesday, May 9th.  Thank you.

Regards,

Peter Scutero
New York City Law Department
100 Church Street
New York, NY  10007
pscutero@law.nyc.gov
T: 212-356-2410