

**THE CITY OF NEW YORK**

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Michael Olney
*Special Associate Counsel*
Phone: (212) 356-1008
molney@law.nyc.gov

May 24, 2023

**By ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York 500
Pearl Street
New York, New York 10007

      Re:  In Re: New York City Policing During Summer 2020 Demonstrations
             20 Civ. 8924 (CMJ)(GWG)

Your Honor:

     I am a Special Associate Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and one of the attorneys assigned to the defense of the above-referenced matter. Defendants write to advise the Court that Docket #933-1 can be filed as part of plaintiffs' motion on the public docket.

     Thank you for your time and consideration.

Respectfully submitted,

*Michael Olney* /s/
Michael Olney
*Special Associate Counsel*

cc:    ALL COUNSEL (*via* ECF)