# EXHIBIT D

| | |
|---|---|
| **From:** | BARROWS, ROBERT [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EE7EAE44D477474A8DB25762CED299AC-BARROWS, RO] |
| **Sent:** | 6/2/2020 3:32:50 PM |
| **To:** | VEGA, FRANK [frank.vega@nypd.org]; ESSIG, JAMES [james.essig@nypd.org] |
| **CC:** | MONAHAN, TERENCE [terence.monahan@nypd.org]; HART, ERNEST [ernest.hart@nypd.org]; CHERNYAVSKY, OLEG [oleg.chernyavsky@nypd.org] |
| **Subject:** | Curfew Finest |
| **Attachments:** | Finest Curfew 6-2-20 Updated.docx |

Chief Vega & Chief Essig –

For your review and dissemination, please find a draft *Finest* message re: today's curfew.

If you have any questions, please feel to reach out.

- Bob

**Bob Barrows**
**Director, Legal Operations and Projects**
**New York City Police Department**
**1 Police Plaza, Room 1406-A**
**New York, NY 10038**
[NR - Phone Number]

---

**From:** CHERNYAVSKY, OLEG <Oleg.Chernyavsky@nypd.org>
**Sent:** Tuesday, June 2, 2020 12:45 PM
**To:** PEMBERTON, DANIELLE <DANIELLE.PEMBERTON@nypd.org>; CAGGIANO, MARISA <MARISA.CAGGIANO@nypd.org>; MORALES, MARTIN <Martin.Morales@nypd.org>; GRIPPO, VINCENT <VINCENT.GRIPPO@nypd.org>; MEISENHOLDER, TANYA <TANYA.MEISENHOLDER@nypd.org>; HART, ERNEST <ERNEST.HART@nypd.org>; BARROWS, ROBERT <ROBERT.BARROWS@nypd.org>; TALANSKY, CARRIE <CARRIE.TALANSKY@nypd.org>
**Subject:** RE: Essential Work during the Curfew of June 2, 2020

See attached.  Let me know if all are good with it.
viruses.

**Finest Message – Curfew**
**June 2, 2020**

      The Mayor has imposed a city-wide curfew that goes into effect tonight, June 2, 2020 at 2000 hours. The curfew is scheduled to be lifted on Wednesday, June 3, 2020 at 0500 hours. Additional guidance will be provided if the curfew is extended. While the curfew is in effect, people and vehicles are not allowed in public except for:

1. Essential workers and employees of essential businesses who are either working or traveling to and from work, including all federal, state, and city employees. Examples of essential workers also include healthcare workers, peace officers, providers of child/senior care, security guards, maintenance workers and media personnel. Examples of essential businesses are grocery stores, pharmacies and restaurants.
2. People experiencing homelessness who do not have access to viable shelter.
3. Individuals seeking medical treatment or medical supplies.

      If MOS observe a person violating the curfew, a C-summons may be issued for Admin. Code 3-108, violating a Mayoral Emergency Order.