

**THE CITY OF NEW YORK**

## LAW DEPARTMENT

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**Sergey Marts**
*Assistant Corporation Counsel*
Phone: (212) 356-5051
sermarts@law.nyc.gov

May 30, 2023

**BY ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                    Re:   In Re: New York City Policing During Summer 2020 Demonstrations,
                          20 Civ. 8924 (CMJ)(GWG)

Your Honor:

        I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York and one of the attorneys assigned to the defense of the above-referenced consolidated matters.

        In accordance with the Court's Order at Docket No. 1018, defendants write to inform the Court that Deputy Chief Baker will be unable to appear for the deposition currently scheduled for June 14, 2023, at 9:30 a.m. Deputy Chief Baker is available today, May 30, 2023, from 6:00 p.m. – 6:30 p.m. for a telephone conference with the Court. Plaintiffs have also confirmed their availability for the telephone conference at that time. Therefore, defendants respectfully request that the Court hold a telephone conference today from 6:00 p.m. – 6:30 p.m.

        Thank you for your time and consideration.

                                            Respectfully submitted,

                                            *Sergey Marts*
                                            Sergey Marts
                                            *Assistant Corporation Counsel*

cc: ALL COUNSEL (*via* ECF)