

May 30, 2023

**Via ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *In re: New York City Policing During Summer 2020 Demonstrations,*
            *No. 20-CV-8924*
            *This Filing is Related to All Cases*

Dear Judge Gorenstein:

    We represent the Plaintiffs in *Payne* and write respectfully on behalf of all non-stayed cases further to our letter dated May 25, 2023 requesting a conference to compel the deposition of Chief Kenneth Lehr before June 14.  *See* ECF 1014.  On May 30, Defendants confirmed that they will produce Chief Lehr for a deposition on Tuesday, June 13 and will produce his responsive text messages by June 6.  Accordingly, Plaintiffs withdraw their letter motion at ECF 1014.

    Thank you for your time and consideration of this matter.

                      Respectfully submitted,

| | |
|---|---|
| NEW YORK CIVIL LIBERTIES UNION FOUNDATION | THE LEGAL AID SOCIETY |
| By: *s/Molly K. Biklen*<br>　Molly K. Biklen<br>　Jessica Perry<br>　Daniel R. Lambright<br>　Robert Hodgson<br>　Veronica Salama<br>　Lisa Laplace<br>　Christopher T. Dunn<br>　125 Broad Street, 19th Floor<br>　New York, NY 10004<br>　(212) 607-3300<br>　jperry@nyclu.org<br>　mbiklen@nyclu.org<br>　dlambright@nyclu.org<br>　rhodgson@nyclu.org<br>　llaplace@nyclu.org<br>　cdunn@nyclu.org | By: *s/ Corey Stoughton*<br>　Corey Stoughton<br>　Jennvine Wong<br>　Rigodis Appling<br>　Paula Garcia-Salazar<br>　199 Water Street<br>　New York, NY 10038<br>　(212) 577-3367<br>　cstoughton@legal-aid.org<br>　jwong@legal-aid.org<br>　rappling@legal-aid.org |

*Attorneys for the Payne Plaintiffs*

Cc: All counsel of record by ECF