# EXHIBIT B

| | |
|---|---|
| **From:** | Bull, Gina |
| **To:** | Marts, Sergey (LAW) |
| **Cc:** | AG-NYPDLitigation; NYC Law Protest Team; Payne Litigation Team; rolonlegalteam@aboushi.com; Gray Legal Team-External; Lalit Loomba; sbushnell@quinnlawny.com; "smcquade@pittalaw.com"; Andrew Quinn; PBA Litigtation Team; "anthony.coles@dlapiper.com" |
| **Subject:** | RE: [EXTERNAL] Kanganis Deposition scheduling |
| **Date:** | Tuesday, May 9, 2023 10:47:09 AM |

Sergey,

The Court made no ruling regarding the 30b6 notice, which is not subject to change since you waived any challenge to the Topics' language, as we laid out in our letter to the Court. It is also abundantly clear what questions we plan to ask since you were present for the deposition and have the transcript. Nonetheless, in the interest of moving this forward, below is a non-exhaustive list of subtopics for DI Kanganis' re-deposition. We reserve all rights to modify this list and ask questions outside of these subtopics and of course you may note any objection to specific questions on the record.

This list should resolve all questions, but if not, please immediately provide times when you are available for a meet and confer this week. In any event, there is no reason to further delay scheduling of DI Kanganis' deposition. There are no fewer high-level and 30b6 depositions scheduled for the first two weeks of June than in May. We withdrew our motion with the Court since you had committed to reschedule DI Kanganis deposition; if you refuse to do so, we will return to the Court and seek sanctions for Defendants' misrepresentation that they were committing to reschedule Kanganis forthwith and without further objection.

1. The NYPD's and City of New York's response, coordination, and cooperation with investigations by any local district attorney's office, including but not limited to these subtopics:
    a. Coordination with local district attorney's offices during the Protests related to arrests of protestors and investigations of members of the NYPD
    b. The NYPD and City of New York's response to decisions by district attorneys to decline/dismiss prosecutions in the Summer 2020 Protests due to lack of sufficiently individualized knowledge/probable cause
    c. The NYPD and City of New York's response to announcements by district attorneys that they would decline to prosecute certain arrests during the Summer 2020 Protests
2. The NYPD's and City of New York's response, coordination, and cooperation with CCRB investigations into the City's responses to the Summer 2020 Protests, including but not limited to these subtopics:
    a. NYPD's compliance with requests by CCRB for materials, information and testimony in their investigations
    b. The City and NYPD's response to the CCRB 2020 Protests Report
3. The NYPD's and City of New York's response, coordination, and cooperation with the DOI and Law Department, responses to the Summer 2020 Protests, including but not limited to these subtopics:
    a. Materials, information and testimony requested by the DOI in their investigation including any gaps of information or conflicting data raised by the DOI in their report
    b. Steps taken by the City and NYPD to implement recommendations of the DOI and Law Department Reports
4. The NYPD's and City of New York's response, coordination, and cooperation with the Attorney General's investigation and Preliminary Report into the Protests, including but not

limited to these subtopics:
      a. The City and NYPD's monitoring of and response to the Attorney General's public hearings and reports
      b. Requests for testimony and documents by the Attorney General's Office

Best,
Gina

**From:** Marts, Sergey (LAW) <semarts@law.nyc.gov>
**Sent:** Monday, May 8, 2023 9:16 PM
**To:** Bull, Gina <Gina.Bull@ag.ny.gov>
**Cc:** AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; NYC Law Protest Team <NYCLawProtestTeam@law.nyc.gov>; Payne Litigation Team <paynelitigationteam@nyclu.org>; rolonlegalteam@aboushi.com; Gray Legal Team-External <graylegalteam@dwt.com>; Lalit Loomba <lloomba@quinnlawny.com>; sbushnell@quinnlawny.com; 'smcquade@pittalaw.com' <SMcQuade@pittalaw.com>; Andrew Quinn <aquinn@quinnlawny.com>; PBA Litigtation Team <PBALitigtationTeam@schlamstone.com>; 'anthony.coles@dlapiper.com' <anthony.coles@dlapiper.com>
**Subject:** [EXTERNAL] Kanganis Deposition scheduling

Good evening Gina,

Although we do agree that the continued deposition needs to be put on the calendar, as you know, we have quite a few 30(b)(6) and high-ranking depositions scheduled for the last two weeks of May. Additionally, the parties still need to hammer out the details pertaining to the questions Plaintiffs intend to ask the 30(b)(6) witness at the continued deposition. This is especially true with respect to what the Court referred to as the "gray areas" in the 30(b)(6) notice. Once that is worked out, Defendants will need time to prepare the witness for the deposition.

Also, at the last court conference, the Court encouraged Plaintiffs to supply questions and/or sub-topics Plaintiffs want the witness to answer. Do Plaintiffs intend to provide Defendants with a list of questions and subtopics Plaintiffs want the witness to answer? Please let us know.

If you still insist on scheduling the continued deposition for the week of May 15 or May 22 without providing Defendants with additional information regarding the questions/subtopics you want the witness to cover, let us know when you are available later this week to meet and confer on this issue so we can seek judicial intervention if necessary.

Sincerely,

Sergey Marts
Assistant Corporation Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, New York 10007
Tel.: 212-356-5051

**From:** Bull, Gina <Gina.Bull@ag.ny.gov>
**Sent:** Friday, May 5, 2023 10:33 AM
**To:** Marts, Sergey (LAW) <semarts@law.nyc.gov>; NYC Law Protest Team <NYCLawProtestTeam@law.nyc.gov>
**Cc:** AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; rolonlegalteam@aboushi.com <rolonlegalteam@aboushi.com>; Gray Legal Team-External <graylegalteam@dwt.com>; Lalit Loomba <lloomba@quinnlawny.com>; sbushnell@quinnlawny.com <sbushnell@quinnlawny.com>; 'smcquade@pittalaw.com' <SMcQuade@pittalaw.com>; Andrew Quinn <aquinn@quinnlawny.com>; PBA Litigtation Team <PBALitigtationTeam@schlamstone.com>; 'anthony.coles@dlapiper.com' <anthony.coles@dlapiper.com>
**Subject:** RE: [EXTERNAL] Kanganis Deposition scheduling

Sergey,

I just left you a voicemail. We really need to get a date on the calendar. Please respond with two dates of availability during the weeks of May 15 and May 22 **by COB Monday**.

Have a good weekend,
Gina

**From:** Marts, Sergey (LAW) <semarts@law.nyc.gov>
**Sent:** Friday, May 5, 2023 12:48 AM
**To:** Bull, Gina <Gina.Bull@ag.ny.gov>; NYC Law Protest Team <NYCLawProtestTeam@law.nyc.gov>
**Cc:** AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; rolonlegalteam@aboushi.com; Gray Legal Team-External <graylegalteam@dwt.com>; Lalit Loomba <lloomba@quinnlawny.com>; sbushnell@quinnlawny.com; 'smcquade@pittalaw.com' <SMcQuade@pittalaw.com>; Andrew Quinn <aquinn@quinnlawny.com>; PBA Litigtation Team <PBALitigtationTeam@schlamstone.com>; 'anthony.coles@dlapiper.com' <anthony.coles@dlapiper.com>
**Subject:** Re: [EXTERNAL] Kanganis Deposition scheduling

Counsel,

Unfortunately, the dates you proposed do not work for Defendants. We are still conferring with DI Kanganis and NYPD and will get back to you. Thank you.

Sincerely,

Sergey Marts
Assistant Corporation Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, New York 10007
Tel.: 212-356-5051

---

**From:** Bull, Gina <Gina.Bull@ag.ny.gov>
**Sent:** Tuesday, May 2, 2023 4:14 PM
**To:** NYC Law Protest Team <NYCLawProtestTeam@law.nyc.gov>
**Cc:** AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; Gray Legal Team-External <GrayLegalTeam@dwt.com>; rolonlegalteam@aboushi.com <rolonlegalteam@aboushi.com>; Lalit Loomba <lloomba@quinnlawny.com>; Steven Bushnell <sbushnell@quinnlawny.com>; 'smcquade@pittalaw.com' <'smcquade@pittalaw.com'>; 'aquinn@quinnlawny.com' <'aquinn@quinnlawny.com'>; PBALitigtationTeam@schlamstone.com <PBALitigtationTeam@schlamstone.com>; 'anthony.coles@dlapiper.com' <'anthony.coles@dlapiper.com'>
**Subject:** [EXTERNAL] Kanganis Deposition scheduling

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Good afternoon,

Plaintiffs are available to re-take DI Kanganis' deposition on May 16 or 18 starting at 9:30 AM. Please confirm by Thursday if DI Kanganis can be scheduled for one of those dates.

Thank you,
Gina

**Gina Bull | Assistant Attorney General & Special Assistant to the First Deputy**
New York State Office of the Attorney General | Executive Division

28 Liberty Street, 23rd Floor | New York, New York  10005
Cell: (646) 574-2180  | Gina.Bull@ag.ny.gov
Pronouns: she/her/hers


**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or

otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.