# EXHIBIT C

| | |
|---|---|
| **From:** | Bull, Gina |
| **To:** | Robinson, Amy (LAW); NYC Law Protest Team |
| **Cc:** | AG-NYPDLitigation; Payne Litigation Team; rolonlegalteam .; Gray Legal Team-External; Lalit Loomba; Steven Bushnell; SMcQuade@pittalaw.com; Andrew Quinn; PBALitigtationTeam@schlamstone.com; Coles, Anthony P. |
| **Subject:** | [EXTERNAL] RE: NYC Protest Lit: Depositions still to be Scheduled |
| **Date:** | Thursday, May 25, 2023 1:02:56 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Hi Amy,

Plaintiffs cannot agree to wait until the very last week of fact discovery to continue DI Kanganis' deposition. We have offered several weeks during which we could re-take his deposition in both May and June. Please explain exactly when he has scheduled vacation and why he is not available during the dates proposed.

Please confirm whether you will provide the name of the second witness for Topic 20/21 and schedule that deposition by tomorrow at 5 pm as we requested. If not, then we are at impasse and will also move the Court to compel Defendants to schedule these depositions.

Gina

**From:** Robinson, Amy (LAW) <arobinso@law.nyc.gov>
**Sent:** Thursday, May 25, 2023 5:28 AM
**To:** Bull, Gina <Gina.Bull@ag.ny.gov>; NYC Law Protest Team <NYCLawProtestTeam@law.nyc.gov>
**Cc:** AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; rolonlegalteam . <rolonlegalteam@aboushi.com>; Gray Legal Team-External <GrayLegalTeam@dwt.com>; Lalit Loomba <lloomba@quinnlawny.com>; Steven Bushnell <sbushnell@quinnlawny.com>; SMcQuade@pittalaw.com; Andrew Quinn <aquinn@quinnlawny.com>; PBALitigtationTeam@schlamstone.com; Coles, Anthony P. <anthony.coles@dlapiper.com>
**Subject:** RE: NYC Protest Lit: Depositions still to be Scheduled

Gina,

Inspector Nikas is confirmed for 6/23.

Chief Lehr's availability for the week of June 19 cannot be confirmed at this time, because he will be in recovery and has post-operative medical appointments that week.

Inspector Kanganis is not available until July due to a planned vacation.  His deposition can take place on July 11 or July 12.  He will be testifying pertaining to the sub-topics on the DA offices, OAG and CCRB.  NYPD is still going through proper channels to identify and designate to designate a witness to testify pertaining to the DOI tracker and related implementation

questions.

Amy


Amy Robinson
Senior Counsel
New York City Law Department
**Special Federal Litigation Division**
100 Church Street
New York, NY 10007
(212) 356-3518
arobinso@law.nyc.gov

---

**From:** Bull, Gina <Gina.Bull@ag.ny.gov>
**Sent:** Wednesday, May 24, 2023 4:04 PM
**To:** Robinson, Amy (LAW) <arobinso@law.nyc.gov>; NYC Law Protest Team
<NYCLawProtestTeam@law.nyc.gov>
**Cc:** AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team
<PayneLitigationTeam@nyclu.org>; rolonlegalteam . <rolonlegalteam@aboushi.com>; Gray Legal
Team-External <GrayLegalTeam@dwt.com>; Lalit Loomba <lloomba@quinnlawny.com>; Steven
Bushnell <sbushnell@quinnlawny.com, SMcQuade@pittalaw.com <SMcQuade@pittalaw.com>;
Andrew Quinn <aquinn@quinnlawny.com>; PBALitigtationTeam@schlamstone.com
<PBALitigtationTeam@schlamstone.com>; Coles, Anthony P. <anthony.coles@dlapiper.com>
**Subject:** RE: [EXTERNAL] RE: NYC Protest Lit: Depositions still to be Scheduled

Hi Amy,

Thank you for your response. We accept the dates for Hughes and Hart, and expect a response from
you today on which of the proposed dates Nikas can be scheduled.

Please get back to us **this Friday at 5 PM** with proposed dates, the identify of, and subtopics for the
Topic 20/21 witnesses. Plaintiffs can take DI Kanganis' deposition and this additional witness on 6/5,
6/6, any day the week of 6/12, 6/20, 6/21, 6/23 or 6/28, with each getting a separate day. If you
cannot make these confirmations by Friday at 5 PM, we will not agree to any further extensions past
June 16 for any additional Topic 20/21 witness.

With respect to Chief Lehr, per Molly's email this morning, please confirm whether Defendants can
make a firm commitment that he will be available the week of June 19.

Please note that Defendants will need to file with the Court a stipulation that the parties have
agreed to schedule these depositions after June 16th based on your representations that any date
prior to the deadline was unworkable.

Gina

---

**From:** Robinson, Amy (LAW) <arobinso@law.nyc.gov>
**Sent:** Wednesday, May 24, 2023 8:30 AM
**To:** Bull, Gina <Gina.Bull@ag.ny.gov>; NYC Law Protest Team <NYCLawProtestTeam@law.nyc.gov>
**Cc:** AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team
<PayneLitigationTeam@nyclu.org>; rolonlegalteam . <rolonlegalteam@aboushi.com>; Gray Legal
Team-External <GrayLegalTeam@dwt.com>; Lalit Loomba <lloomba@quinnlawny.com>; Steven
Bushnell <sbushnell@quinnlawny.com>; SMcQuade@pittalaw.com; Andrew Quinn
<aquinn@quinnlawny.com>; PBALitigtationTeam@schlamstone.com; Coles, Anthony P.
<anthony.coles@dlapiper.com>
**Subject:** RE: [EXTERNAL] RE: NYC Protest Lit: Depositions still to be Scheduled

Gina,

-DCLM Hart is now scheduled for June 22.
-Chief Hughes is now scheduled for June 20
-Insp. Nikas will be going on one of the dates proposed.  I am still trying to coordinate with union
counsel. I should know by today which date works.  I am in a full day deposition today, but will get
back to you on this.
-We have not received DI Kanganis' availability for the continued deposition as of yet.  We are
waiting to hear back from NYPD as to any further designee.
-We believe that we can produce Chief Conroy's texts by June 16.

For all of the reason set forth in my email dated May 19, Lehr is not available on the dates proposed.

Regards,
Amy

---

**From:** Bull, Gina <Gina.Bull@ag.ny.gov>
**Sent:** Tuesday, May 23, 2023 11:04 AM
**To:** Robinson, Amy (LAW) <arobinso@law.nyc.gov>; NYC Law Protest Team
<NYCLawProtestTeam@law.nyc.gov>
**Cc:** AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team
<PayneLitigationTeam@nyclu.org>; rolonlegalteam . <rolonlegalteam@aboushi.com>; Gray Legal
Team-External <GrayLegalTeam@dwt.com>; Lalit Loomba <lloomba@quinnlawny.com>; Steven
Bushnell <sbushnell@quinnlawny.com>; SMcQuade@pittalaw.com; Andrew Quinn
<aquinn@quinnlawny.com>; PBALitigtationTeam@schlamstone.com; Coles, Anthony P.
<anthony.coles@dlapiper.com>
**Subject:** [EXTERNAL] RE: NYC Protest Lit: Depositions still to be Scheduled

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you
recognize the sender and know the content is safe.  Forward suspect email to phish@oti.nyc.gov as an attachment
(Click the More button, then forward as attachment).

Amy,

I just tried to call you. Please provide any response no later than Wednesday at 12 pm. We cannot wait any longer than that to bring this issue before the Court. We've been asking about these depositions for weeks now so you should have a better sense of these witnesses' availability.

In my last email I did not provide any proposed days for the additional Topic 20/21 witness that you mentioned you may designate in our meet-and-confer because Defendants did not identify any additional witnesses by Friday. To the extent you are designating an additional witness for those topics, please identify that witness, the subtopics, and two dates of availability prior to June 16th. If the witness is absolutely not available before June 16th, please provide the reason and one of the dates we proposed for DI Kanganis the week of June 19th.

Thanks,
Gina

---

**From:** Robinson, Amy (LAW) <arobinso@law.nyc.gov>
**Sent:** Monday, May 22, 2023 8:18 PM
**To:** Bull, Gina <Gina.Bull@ag.ny.gov>; NYC Law Protest Team <NYCLawProtestTeam@law.nyc.gov>
**Cc:** AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; rolonlegalteam . <rolonlegalteam@aboushi.com>; Gray Legal Team-External <GrayLegalTeam@dwt.com>; Lalit Loomba <lloomba@quinnlawny.com>; Steven Bushnell <sbushnell@quinnlawny.com>; SMcQuade@pittlaw.com; Andrew Quinn <aquinn@quinnlawny.com>; PBALitigtationTeam@schlamstone.com; Coles, Anthony P. <anthony.coles@dlapiper.com>
**Subject:** RE: NYC Protest Lit: Depositions still to be Scheduled

Gina,

We will be able to respond on Wednesday on the offered dates.

Regards,
Amy

Amy Robinson
Senior Counsel
New York City Law Department
**Special Federal Litigation Division**
100 Church Street
New York, NY 10007
(212) 356-3518
arobinso@law.nyc.gov

**From:** Bull, Gina <Gina.Bull@ag.ny.gov>
**Sent:** Monday, May 22, 2023 1:00 PM
**To:** Robinson, Amy (LAW) <arobinso@law.nyc.gov>; NYC Law Protest Team
<NYCLawProtestTeam@law.nyc.gov>
**Cc:** AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team
<PayneLitigationTeam@nyclu.org>; rolonlegalteam . <rolonlegalteam@aboushi.com>; Gray Legal
Team-External <GrayLegalTeam@dwt.com>; Lalit Loomba <lloomba@quinnlawny.com>; Steven
Bushnell <sbushnell@quinnlawny.com>; SMcQuade@pittalaw.com <SMcQuade@pittalaw.com>;
Andrew Quinn <aquinn@quinnlawny.com>; PBALitigtationTeam@schlamstone.com
<PBALitigtationTeam@schlamstone.com>; Coles, Anthony P. <anthony.coles@dlapiper.com>
**Subject:** [EXTERNAL] RE: NYC Protest Lit: Depositions still to be Scheduled

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you
recognize the sender and know the content is safe.  Forward suspect email to phish@oti.nyc.gov as an attachment
(Click the More button, then forward as attachment).

Amy,

In light of your response, we plan on moving to compel firm dates for the outstanding depositions. In
a last ditch effort to get this resolved, we can offer the following dates for each of the deponents the
week of June 19th. Please confirm **by 1 PM tomorrow** whether you commit to a 490 Order to lock
these dates in. Separately, we are withdrawing the notice for Ternas and are considering
withdrawing the notice for Brian Conroy. As to the latter, if Defendants can similarly commit to
produce the text messages for Conroy by June 16, we can confirm our withdrawal of that notice.

Further, given Chief Lehr's surgery and the possibility of recovery that will be needed, scheduling
him after that risks pushing his deposition far into the future and would highly prejudice the
Plaintiffs.  Given the withdrawal of the Ternas deposition, we propose that he is rescheduled for that
day.

Hart: June 22 as previously proposed
Kanganis: June 20, 21 or 23
Hughes: June 6, 9, 20, 21, 22, or 23
Nikas: June 20, 21, 22 or 23
Lehr: June 6-9

Best,
Gina

**From:** Robinson, Amy (LAW) <arobinso@law.nyc.gov>
**Sent:** Friday, May 19, 2023 9:37 PM
**To:** Bull, Gina <Gina.Bull@ag.ny.gov>; NYC Law Protest Team <NYCLawProtestTeam@law.nyc.gov>
**Cc:** AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team
<PayneLitigationTeam@nyclu.org>; rolonlegalteam . <rolonlegalteam@aboushi.com>; Gray Legal

Team-External <GrayLegalTeam@dwt.com>; Lalit Loomba <lloomba@quinnlawny.com>; Steven
Bushnell <sbushnell@quinnlawny.com>; SMcQuade@pittalaw.com; Andrew Quinn
<aquinn@quinnlawny.com>; PBALitigtationTeam@schlamstone.com>; Coles, Anthony P.
<anthony.coles@dlapiper.com>
**Subject:** RE: NYC Protest Lit: Depositions still to be Scheduled

Gina,

Following yesterday's meet and confer with respect to the rescheduling of certain depositions,
defendants respond as follows:

Plaintiffs cancelled Chief Lehr's deposition for a non-emergent reason three days before his
deposition after he was prepared and ready to be deposed.  Nonetheless, defendants offered
two additional dates for his deposition, May 30 and 31, which plaintiffs rejected.  Due to both
a medical procedure that the Chief is undergoing, recovery from the procedure and conflicts
with the defending attorney's other witness preparation sessions and depositions, Chief Lehr
is not available for deposition before June 16.

Plaintiffs cancelled Chief Hughes' deposition for a non-emergent reason less than three days
before his deposition after he was prepared and ready to be deposed.  Due to conflicts with
the defending attorney's other witness preparation sessions and depositions, Chief Hughes is
not available for deposition before June 16.  In an effort to be accommodating, defendants
inquired if his scheduled deposition in less than a week in another matter could be cancelled so
that plaintiffs could depose Chief Hughes on that date.  Due to the discovery deadline in that
case, however, Chief Hughes' deposition cannot be cancelled to accommodate plaintiffs in the
consolidated cases.

Plaintiffs cancelled Inspector Nikas' deposition for a non-emergent reason less than two days
before his deposition after he was prepared and ready to be deposed.  Defendants have thus
far been unable to coordinate the schedules of the witness, the defending attorney and union
counsel for a deposition to take place before June 16.

Defendants are unable to schedule retired Deputy Inspector Kanganis' continued deposition
before June 16 due to the witness's work commitments prior to that date.

Although plaintiffs made it clear during the meet and confer yesterday of their position
that only defendants are precluded from cancelling depositions for non-emergent reasons,
defendants request that plaintiffs reconsider their position and that an agreement among the
parties to the rescheduling of Chief Baker's deposition can be reached.  Peter Scutero has
responded to Lillian's email regarding the scheduling of this deposition.

Regards,
Amy

Amy Robinson
Senior Counsel
New York City Law Department
**Special Federal Litigation Division**
100 Church Street
New York, NY 10007
(212) 356-3518
arobinso@law.nyc.gov

---

**From:** Bull, Gina <Gina.Bull@ag.ny.gov>
**Sent:** Tuesday, May 16, 2023 10:10 AM
**To:** Robinson, Amy (LAW) <arobinso@law.nyc.gov>; NYC Law Protest Team <NYCLawProtestTeam@law.nyc.gov>
**Cc:** AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; rolonlegalteam . <rolonlegalteam@aboushi.com>; Gray Legal Team-External <GrayLegalTeam@dwt.com>; Lalit Loomba <lloomba@quinnlawny.com>; Steven Bushnell <sbushnell@quinnlawny.com>; SMcQuade@pittalaw.com <SMcQuade@pittalaw.com>; Andrew Quinn <aquinn@quinnlawny.com>; PBALitigtationTeam@schlamstone.com <PBALitigtationTeam@schlamstone.com>; Coles, Anthony P. <anthony.coles@dlapiper.com>
**Subject:** [EXTERNAL] RE: NYC Protest Lit: Depositions still to be Scheduled

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).

Hi Amy,

Thank you for the confirmations. As you know, "defendants shall not cancel a high-level deponent, including a Rule 30(b)(6) witness, unless in case of an emergent situation." ECF No. 921. We will keep Monday's deposition date for Chief Baker unless you can identify an emergent situation that requires the cancellation. Please identify the reason for the cancellation by noon today.

As you are unable to provide dates for Nikas, Chief Hughes, and the continued deposition of DI Kanganis, we would like to meet and confer on this issue ASAP. Please let us know what times you are available in the below windows:

Today, 2-3, 4-5pm
Wednesday, 2-3 pm
Thursday, 9-10am, 11am-2pm

For Chief Lehr, May 30 and 31 unfortunately do not work—the attorney deposing him is out that week. Since this deposition was rescheduled due to the defendants' error regarding Chief Lehr's texts, and since it sounds like Chief Lehr himself is available during the proposed dates of June 6, 7,

8, and 9, would it be possible to make any of those dates work, or any date the following week? If we are unable to agree on any of the proposed dates for Chief Lehr, we would like to discuss that during the meet and confer proposed above.

Best,
Gina

**From:** Robinson, Amy (LAW) <arobinso@law.nyc.gov>
**Sent:** Monday, May 15, 2023 7:29 PM
**To:** Bull, Gina <Gina.Bull@ag.ny.gov>; NYC Law Protest Team <NYCLawProtestTeam@law.nyc.gov>
**Cc:** AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team <PayneLitigationTeam@nyclu.org>; rolonlegalteam . <rolonlegalteam@aboushi.com>; Gray Legal Team-External <GrayLegalTeam@dwt.com>; Lalit Loomba <lloomba@quinnlawny.com>; Steven Bushnell <sbushnell@quinnlawny.com>, SMcQuade@pittalaw.com; Andrew Quinn <aquinn@quinnlawny.com>; PBALitigtationTeam@schlamstone.com>; Coles, Anthony P. <anthony.coles@dlapiper.com>
**Subject:** NYC Protest Lit: Depositions still to be Scheduled

Gina,

- Chief Lehr can be rescheduled to May 31 preferred or May 30 as an alternate.  His defending attorney is not available the first week in June. The Chief is not available the second week in June.
- Sgt. Wohl is confirmed for June 16.
- Sgt. Saturnin is confirmed for May 30 and May 31.
- Officer McCloud is confirmed for June 8.
- We are working with NYPD to obtain new dates for the continued deposition pertaining to Topics 20 and 21.
- As the dates offered for Insp. Nikas and Chief Hughes were rejected, we are working with these witnesses to get  dates that will fit into the schedule.
- Additionally, we need to reschedule Chief Baker and will be providing new dates shortly.

Regards,
Amy

Amy Robinson
Senior Counsel
New York City Law Department
**Special Federal Litigation Division**
100 Church Street
New York, NY 10007
(212) 356-3518
arobinso@law.nyc.gov

**From:** Bull, Gina <Gina.Bull@ag.ny.gov>
**Sent:** Thursday, May 11, 2023 3:47 PM
**To:** NYC Law Protest Team <NYCLawProtestTeam@law.nyc.gov>
**Cc:** AG-NYPDLitigation <AG.NYPDLitigation@ag.ny.gov>; Payne Litigation Team
<PayneLitigationTeam@nyclu.org>; rolonlegalteam . <rolonlegalteam@aboushi.com>; Gray Legal
Team-External <GrayLegalTeam@dwt.com>; Lalit Loomba <lloomba@quinnlawny.com>; Steven
Bushnell <sbushnell@quinnlawny.com>; SMcQuade@pittalaw.com <SMcQuade@pittalaw.com>;
Andrew Quinn <aquinn@quinnlawny.com>; PBALitigtationTeam@schlamstone.com
<PBALitigtationTeam@schlamstone.com>; Coles, Anthony P. <anthony.coles@dlapiper.com>
**Subject:** [EXTERNAL] NYC Protest Lit: Depositions still to be Scheduled

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you
recognize the sender and know the content is safe.  Forward suspect email to phish@oti.nyc.gov as an attachment
(Click the More button, then forward as attachment).

Good afternoon counsel,

There are a number of depositions that still remain unscheduled. Below are dates on which Plaintiffs
are available to take each deposition:

- Nikas: June 5 or 6
- Hughes fact day: June 5, 6, or 8
- Re-deposition of Kanganis: 5/18, 5/24, or 6/8
- Lehr: June 6, 7, 8 or 9 [Reminder to provide Lehr's texts in advance of this deposition.]
- Saturnin: May 30 and 31 [To double check - Amy has confirmed his availability for both
  these dates, subject to the Court's decision on the length of the deposition.]
- Wohl: June 12, 16, or 20  [The Court ordered Sgt. Wohl be scheduled between June 12
  and 23 in Dkt. 977.]

Please confirm whether Defendants are available on any of the proposed dates **by Monday May
15th**. If you are not able to confirm dates for those depositions by Monday, please provide by
Monday times you are available to meet and confer on this issue on Tuesday 5/16 and Wednesday
5/17.

Thank you,
Gina

**Gina Bull | Assistant Attorney General & Special Assistant to the First Deputy**
New York State Office of the Attorney General | Executive Division
28 Liberty Street, 23rd Floor | New York, New York  10005
Cell: (646) 574-2180  | Gina.Bull@ag.ny.gov
Pronouns: she/her/hers

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.