| **Date:** | **Reason for unavailability** |
|---|---|
| June 6, 2023 – July 9, 2023 | DI Kanganis is retired and currently traveling on a cross country road trip. |