STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

June 1, 2023

**BY ECF**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United Stated District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

Re: *In re: New York City Policing During Summer 2020 Demonstrations,*
No. 20-CV-8924 (CM) (GWG)
*This Letter Relates to All Cases*

Dear Judge Gorenstein:

We write on behalf of the non-stayed Plaintiffs in brief response to Defendants' letter noting Plaintiffs' consent to an extension to file the supplemental reply letters due today regarding the Hart and Chernyavsky depositions. Plaintiffs understood that the extension to June 5 to file those letters would apply mutually to Plaintiffs and consent to such a mutual extension only.

Respectfully submitted,

  *s/ Lillian M. Marquez*
Lillian Marquez, Assistant Attorney General
Civil Rights Bureau
Office of the New York State Attorney General
Tel: 212-416-6401
Lillian.Marquez@ag.ny.gov

CC: All counsel of record