# MEMORANDUM ENDORSED



HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

AMY ROBINSON
*Senior Counsel*
arobinso@law.nyc.gov
Phone: (212) 356-3518
Fax: (212) 356-1148

<u>By ECF</u>

June 1, 2023

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

In Re: *New York City Policing During Summer 2020 Demonstrations*,
No. 20 Civ. 8924 (CM) (GWG)
This filing is related to all cases

Your Honor:

I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter. Defendants write to respectfully request a two-day extension of time to June 5, 2023, to file the supplemental reply to plaintiffs' supplemental letter in opposition of defendants' motion to exclude the depositions of former Deputy Commissioner for Legal Matters Ernest Hart and former Assistant Deputy Commissioner for Legal Matters Oleg Chernyavsky. *See* plaintiffs supplemental letter at Docket No. 1012. The extension is necessary as the undersigned became ill this afternoon. Plaintiffs consent to the extension requested by defendants to Monday, June 5.

Thank you for your consideration of this matter.

Respectfully submitted,

*Amy Robinson s/*

Amy Robinson
*Senior Counsel*

cc: ALL COUNSEL (*via* ECF)

**Extension to June 5, 2023, granted for all parties.**

**SO ORDERED.**
**Dated: June 1, 2023**

GABRIEL W. GORENSTEIN
United States Magistrate Judge

1