# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of New York** | **County of Southern District Of New York** | **United States District Court Court** |

Index Number: 1:20-CV-08924
Date Filed: 5/10/2023

DCS2023002891

Plaintiff:
JARRETT PAYNE; ANDIE MALI, CAMILA GINI; VIDAL GUZMAN; VIVIAN MATTHEW KING-YARDE; CHARLIE MONLOUIS-ANDERLE; JAMES LAUREN; MICAELA MARTINEZ; JULIAN PHILLIPS; NICHOLAS MULDER AND COLLEEN MCCORMACK-MAITLAND

vs.

Defendant:
MAYOR BILL DE BLASIO; CHIEF OF DEPARTMENT TERENCE MONAHAN; CITY OF NEW YORK; COMMANDING OFFICER OF PATROL BOROUGH BRONX, CHIEF KENNETH LEHR; SERGEANT MAJER SALEH; OFFICER BRYAN S. ROZANSKI; OFFICER JAKUB TARLECKI; SERGEANT KEITH CHENG; OFFICER MATTHEW TARANGELO; OFFICER STEPHANIE CHEN; OFFICER TAYLOR CORCORAN; OFFICER MATTHEW L. PERRY; DETECTIVE DAMIAN RIVERA; OFFICER BRYAN PIZZIMENTI; OFFICER JOSEPH DECK; LIEUTENANT MICHAEL BUTLER; OFFICER AARON HUSBANDS; SERGEANT THOMAS E. MANNING; ET AL.

For:
NEW YORK CIVIL LIBERTIES UNION
125 Broad Street
19th Floor
New York, NY 10004

Received by Delta Court Service DCA#2094792-DCA on the 15th day of May, 2023 at 4:26 pm to be served on **OFFICER JAKUB TARLECKI, NASSAU COUNTY POLICE DEPARTMENT HEADQUARTERS, 1490 FRANKLIN AVENUE, MINEOLA, NY 11501.**

I, Victor Rawner, being duly sworn, depose and say that on the **18th day of May, 2023** at **10:05 am**, I:

Served a **SUITABLE AGE PERSON** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CORRECTED SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** with **OFFICER ALICE ROGERS FOR OFFICER JAKUB TARLECKI** at **NASSAU COUNTY POLICE DEPARTMENT HEADQUARTERS, 1490 FRANKLIN AVENUE, MINEOLA, NY 11501.**

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 65, Sex: F, Race/Skin Color: WHITE, Height: 5'7", Weight: 180, Hair: GREY, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

STATE OF   NEW YORK
) ss.:
COUNTY OF QUEENS

Subscribed and Sworn to before me on
5-22-2023
by the affiant who is personally known to me.

NOTARY PUBLIC

*[Signature]*
**Victor Rawner**

Delta Court Service DCA#2094792-DCA
87-67 148th Street
2nd Floor
Jamaica, NY 11435
(718) 739-3020

Our Job Serial Number: DCS-2023002891
Ref: 1:20-cv-08924

KATHLEEN JENNIFER RAWNER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RA6399729
Qualified in Nassau County
Commission Expires October 28, 2023

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2b