# Exhibit A

<u>CONSOLIDATED 30(b)(6) NOTICE DESGINATIONS</u>

Topic 1:     Deputy Chief Michael Baker

Topic 6:     Assistant Chief Stephen Hughes

Topic 7:     Former 1st Deputy Mayor Dean Fuleihan

Topic 8:     (a)  Captain David Miller

(b)  Captain David Miller

(c)  Executive Agency Counsel James Conroy

(d)  deleted

(e)  Captain David Miller

(f)  Captain David Miller

(g)  Executive Agency Counsel James Conroy

(h)  Chief Gerard Dowling (SRG)/Captain David Miller (DCU/CMU)

(i)  Assistant Chief Stephen Hughes (policing operations, including traffic safety)/Captain David Miller (crowd and disorder control operations including use of tactics/encirclement)

(j)  Executive Agency Counsel James Conroy

(k)  Captain David Miller

(l)  deleted

(m)  Executive Agency Counsel James Conroy

(n)   Executive Director Public Information Eugene Whyte

(o)  Executive Agency Counsel James Conroy

(p)  Assistant Chief Stephen Hughes

(q)  Assistant Chief Stephen Hughes

(r)  Executive Agency Counsel James Conroy

(s)  Executive Agency Counsel James Conroy

(t)  Officer Athanasi Ternas

(u)  deleted

(v)  Officer Athanasi Ternas

(w)  Officer Athanasi Ternas

(x)  Assistant Chief Stephen Hughes (officers arrest of individuals during a demonstration, including procedures for effecting large-scale arrests)/Lt. Christopher Czark (use of mass or large-scale arrest processing.

1

CONSOLIDATED 30(b)(6) NOTICE DESGINATIONS

          (x) Assistant Chief Stephen Hughes

          (y) Assistant Chief Stephen Hughes

          (z) Assistant Chief Stephen Hughes

          (aa)  Executive Agency Counsel James Conroy

          (bb)  Assistant Chief Stephen Hughes

          (cc)  deleted

          (dd)  Assistant Chief Stephen Hughes

          (ee)  Executive Agency Counsel James Conroy

Topic 9:       (a) Captain David Miller

          (b) Captain David Miller

          (c) Sgt. Jason Saturnin

          (d) deleted

          (e) Captain David Miller

          (f) Captain David Miller

          (g) Executive Agency Counsel James Conroy

          (h) n/a

(i) Sgt. Jason Saturnin (traffic safety)/Captain David Miller (crowd and disorder control operations during a demonstration or protest; including use of tactics or encirclement during a demonstration or protest.

          (j) Sgt. Jason Saturnin

          (k) Captain David Miller

          (l) deleted

(m) Sgt. Jason Saturnin (interaction with observers during a demonstration or protest); Executive Agency Counsel James Conroy (interaction with legal observers during a demonstration or protest).

          (n) Captain Miller/Sgt. Jason Saturnin

          (o) Executive Agency Counsel James Conroy

          (p) Assistant Chief Stephen Hughes

          (q) Captain David Miller

          (r) Captain David Miller/Sgt. Jason Saturnin

          (s) Sgt. Jason Saturnin

          (t) PO Athanasi Ternas

          (u) deleted

          (v) PO Athanasi Ternas

          (w) PO Athanasi Ternas

<u>CONSOLIDATED 30(b)(6) NOTICE DESGINATIONS</u>

    (x) Captain David Miller/Sgt. Jason Saturnin

    (y) Sgt. Jason Saturnin

    (z) Sgt. Jason Saturnin

    (aa) Sgt. Jason Saturnin

    (bb) Captain David Miller/Sgt. Jason Saturnin

    (cc) deleted

    (dd) Captain David Miller/Sgt. Jason Saturnin

    (ee) Executive Agency Counsel James Conroy (as to Summer 2020 protests)

Topic 10:    Captain David Miller

Topic 11:    Officer Athanasi Ternas

Topic 12:    Chief Thomas Galati

Topic 13:
    (a) Assistant Chief Stephen Hughes
    (b) Assistant Chief Stephen Hughes
    (c) Executive Agency Counsel James Conroy
    (d) Assistant Chief Stephen Hughes
    (e) Executive Agency Counsel James Conroy
    (f) Executive Director Public Information Eugene Whyte
    (g) Assistant Chief Stephen Hughes
    (h) Executive Agency Counsel James Conroy

Topic 14:    Executive Agency Counsel James Conroy/Lt. Christopher Czark (determining whether to utilize a MAPC)

Topic 15:    Executive Agency Counsel James Conroy (implementation of curfew orders)/Assistant Chief Stephen Hughes (enforcement)

Topic 16:    Captain David Miller

Topic 17:    Captain Lauren Foster/Executive Director CCRB Jonathan Darche

Topic 18:    Deputy Commissioner DAO Amy Litwin

Topic 19:    Deputy Chief Michael Baker

Topic 20:    Deputy Inspector John Kanganis

Topic 21:    Deputy Inspector John Kanganis

Topic 22:    Deputy Chief Michael Baker