UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In Re: New York City Policing During Summer  :  <u>ORDER</u>
2020 Demonstrations
                                        20 Civ. 8924 (CM) (GWG)
                                                      :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      With regard to the application regarding the deposition of Sergeant Stuart Wohl (Docket ## 841, 855, 872, 1019, 1020, 1034, 1035), plaintiffs may depose Sgt. Wohl exclusively on the topic of training on Constitutional Policing and Community Events that was developed following the 2020 protests.  The Court finds that a deposition as to any other topics would be cumulative and unduly burdensome.  The deposition shall be for a maximum of 3 hours.

      SO ORDERED.

Dated: June 5, 2023
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge