# Exhibit A

(Placeholder Insert: Document Emailed to Chambers)