# Exhibit B

1

2              UNITED STATES DISTRICT COURT

3            SOUTHERN DISTRICT OF NEW YORK

4

5    In Re:  New York City          )Case No.
     Policing During Summer 2020    )1:20-cv-8924
6    Demonstrations                 )(CM)(GWG)
                                     )
7    ---------------------------    )
                                     )
8    This filing is related to:     )
                                     )
9    ALL CASES                      )
                                     )
10                                   )
                                     )
11   --------------------------------)

12

13

14       30(b)(6) VIDEOCONFERENCE DEPOSITION OF

15                  DEAN FULEIHAN

16              New York, New York

17            Thursday, May 11, 2023

18

19

20

21

22

23

24   Reported by:
     TAMI H. TAKAHASHI, RPR, CSR
25   JOB NO. J9635499



1

2                        May 11, 2023

3                        9:16 a.m.

4

5              30(b)(6) Videoconference Deposition

6    of DEAN FULEIHAN, held via Zoom remote

7    videoconferencing software in New York,

8    pursuant to Notice, before TAMI H. TAKAHASHI,

9    a Registered Professional Reporter and Notary

10   Public of the State of New York.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



DEAN FULEIHAN 30B6                                      May 11, 2023
PAYNE vs DEBLASIO                                                3

```
 1

 2   A P P E A R A N C E S:

 3    (All parties appearing remotely)

 4

 5   Representing the Plaintiffs:

 6       NEW YORK CIVIL LIBERTIES UNION

 7            125 Broad Street, 19th Floor

 8            New York, New York  10004

 9            203.610.1771

10       BY:   ROBERT A. HODGSON, ESQ.

11            rhodgson@nyclu.org

12

13

14   Representing the Payne Plaintiffs:

15       NEW YORK CIVIL LIBERTIES UNION

16            125 Broad Street, 19th Floor

17            New York, New York  10004

18            203.610.1771

19       BY:   MOLLY BIKLEN, ESQ.

20            mbiklen@nyclu.org

21

22

23

24

25
```



```
 1

 2   A P P E A R A N C E S:

 3    (All parties appearing remotely)

 4

 5   Representing the People of the State of New

 6   York:

 7        NEW YORK STATE OFFICE OF THE ATTORNEY

 8         GENERAL

 9             28 Liberty Street, 23rd Floor

10             New York, New York  10005-1495

11             646.574.2180

12        BY:   GINA M. BULL, ESQ.

13              gina.bull@ag.ny.gov

14

15

16   Representing the New York City defendants:

17        NEW YORK CITY LAW DEPARTMENT

18             100 Church Street

19             New York, New York  10007

20             212.356.2371

21        BY:   THOMAS DEAN, ESQ.

22              thdean@law.nyc.gov

23

24

25
```



```
 1

 2   A P P E A R A N C E S:

 3    (All parties appearing remotely)

 4

 5   Representing Defendant-Intervenors the

 6   Sergeants Benevolent Association:

 7       QUINN LAW FIRM

 8            399 Knollwood Road, Suite 220

 9            White Plains, New York  10603

10            914.997.0555

11       BY:   MARYKATE ACQUISTO, ESQ.

12            office@quinnlawny.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1

2        IT IS HEREBY STIPULATED AND AGREED

3  by and between the attorneys for the

4  respective parties herein, that filing

5  and sealing be and the same are hereby

6  waived.

7        IT IS FURTHER STIPULATED AND AGREED

8  that all objections, except as to the

9  form of the question, shall be reserved

10  to the time of the trial.

11        IT IS FURTHER STIPULATED AND AGREED

12  that the within deposition may be signed

13  and sworn to before any officer

14  authorized to administer an oath, with

15  the same force  and effect as if signed

16  and sworn to before the Court.

17

18

19

20

21                   -O-

22

23

24

25



1              D. Fuleihan

2    last name correctly?

3         THE WITNESS:  Fuleihan.

4         MR. HODGSON:  Fuleihan.  I'm so

5    sorry.  Fuleihan Exhibit 2.

6         THE WITNESS:  Are we supposed to

7    get out of this exhibit?  I apologize.

8         MR. HODGSON:  You can close out of

9    the first exhibit.

10        MR. DEAN:  I think you can exit

11   here, right there.

12        MR. HODGSON:  And at this point now

13   that you've done it, I think you should

14   be able to just double click on "Exhibit

15   2" and open it.

16        MR. DEAN:  See if that works.  No.

17   How about the Z?

18        MR. HODGSON:  For the court

19   reporter --

20        MR. DEAN:  Here we go.  We've got

21   you now.

22        MR. HODGSON:  -- this is Bates

23   number DEF-E_00052883.  It has been

24   marked "Confidential."

25           (Plaintiffs' Exhibit 2, Bates



```
 1                   D. Fuleihan
 2   DEF-E_000052883, marked for
 3   identification as of this date.)
 4        THE WITNESS:  Fuleihan Exhibit
 5   02288.54?  Oh, no that's the gigabyte.
 6   Sorry.  Is that it, Exhibit 2?
 7        MR. DEAN:  Maybe I can find it.
 8   Just a minute.  Let me just replace you.
 9   Just to show you, see it was right at
10   the bottom here --
11        THE WITNESS:  Yeah.
12        MR. DEAN:  -- Exhibit 2?
13        THE WITNESS:  Yeah.
14        MR. DEAN:  Let me just click on it.
15   There we go.  I'm sorry if you already
16   identified it.  Could you repeat the
17   identification.
18        MR. HODGSON:  The Bates numbers in
19   the bottom right-hand corner.  Did you
20   want me to read it out?
21        MR. DEAN:  No, that's all right.
22        MR. HODGSON:  Yeah, I'll
23   represent -- I'm showing you a one-page
24   email thread that was produced by the
25   defendants.
```



```
 1                    D. Fuleihan

 2              MR. DEAN:  Okay.

 3    BY MR. HODGSON:

 4         Q.   Have you been able to open it and

 5    look at it?

 6         A.   Yes.

 7              MR. DEAN:  Actually, open it but

 8         not yet look at that time.

 9              Why don't you go ahead and read it,

10         if you can.

11              (Witness reviewing document.)

12              MR. HODGSON:  Tell me when you've

13         looked at it.  It's just a page.

14              MR. DEAN:  You should scroll down.

15              THE WITNESS:  Okay.

16    BY MR. HODGSON:

17         Q.   Great.  So these are emails between

18    you and the mayor dated May 28th of 2020,

19    correct?

20         A.   Yes.

21         Q.   And they're arranged

22    chronologically with the earliest email on

23    the bottom and the later email on top,

24    correct?

25         A.   Correct.
```



```
 1                     D. Fuleihan

 2        Q.   So, first, the mayor -- oh, and to

 3   be clear, the mayor's email address here is

 4   bccd@cityhall.nyc.gov, correct?

 5        A.   Correct.

 6        Q.   Okay.  And sometimes it just

 7   appears as "B" in the "From" field, yes?

 8        A.   You may be correct.  I normally see

 9   it this way.

10        Q.   Oh, I see.  Okay.

11             So the mayor writes in his email on

12   May 28th at 8:20 -- no, 9:48 p.m., "We need a

13   group of senior City Hall folks at all

14   protests on police issues from now on."

15   Correct?

16        A.   Correct.

17        Q.   So, as of the night of May 28th,

18   was the Office of the Mayor already sending

19   monitors to these protests?

20        A.   I don't recall.  Before --

21   obviously, after this email, yes.  Before

22   this email, I don't know.

23        Q.   Okay.  And this email doesn't

24   refresh your recollection on whether there

25   were already senior City Hall folks at
```



1                       D. Fuleihan

2    protests on police issues at this point?

3              MR. DEAN:  You're asking before May

4         28th?

5              MR. HODGSON:  Before this email was

6         sent.

7         A.   I don't recall that.

8    BY MR. HODGSON:

9         Q.   So the mayor then writes, "What I'm

10   hearing from firsthand witnesses sounds real

11   and does not conform with the assurances we

12   were getting from PD hierarchy."

13              What did the mayor mean by that?

14        A.   I -- I don't know.  I am assuming

15   this is about reaction to the protests by the

16   NYPD.

17        Q.   And why are you assuming that?

18        A.   By the context of the email.

19        Q.   Okay.  What were the "assurances we

20   were getting from the PD hierarchy"?

21        A.   I don't recall the specifics that

22   he is referring to in this email.  It's

23   obviously about the actions of the NYPD.

24        Q.   Well, what assurances did the mayor

25   have from the PD hierarchy regarding protests



                           D. Fuleihan

1
2   on police issues?

3        A.   I don't know the specifics this is

4   referring to.

5        Q.   Do you know of any assurances that

6   the mayor was getting from the PD hierarchy?

7        A.   On May 28, I do not recall.

8        Q.   Who are the "firsthand witnesses"

9   referred to in this email?

10       A.   I don't know.

11       Q.   What did they report?

12       A.   Again, my assumption here is that

13  they're reporting that they're disappointed

14  with their -- or they're upset about the NYPD

15  reaction.

16       Q.   What about the NYPD reaction?

17       A.   I -- you're -- you're asking me

18  specifics that I just don't know on this

19  specific moment.

20       Q.   On May 28th during what you

21  testified was the first day of George Floyd

22  protests in New York City, were there -- was

23  there any understanding in the Office of the

24  Mayor about how the NYPD would be reacting to

25  those protests?



1              D. Fuleihan

2         MR. DEAN:  Objection to form.

3     A.   The mayor had stated his support

4  for free expression and protests.  The NYPD

5  was aware of that.  They had done this in the

6  past.  This appears to indicate, but I don't

7  have specifics, that the mayor was receiving

8  reports that the -- that it may not be

9  consistent with what he was receiving from

10  the NYPD.  I can't go beyond that.

11  BY MR. HODGSON:

12     Q.   You were the recipient of this

13  email, correct?

14     A.   Yes.

15     Q.   And, at that time, would you have

16  an understanding -- would you have had an

17  understanding of what the mayor was referring

18  to?

19     A.   Most likely.

20     Q.   So you responded, "We'll make it

21  happen" --

22     A.   Yes.

23     Q.   Correct?

24     A.   Correct.

25     Q.   What is "it"?



1              D. Fuleihan

2    press conference that the NYPD's plan was

3    executed nearly flawlessly the night of June

4    4th.

5              Was it the position of the Mayor's

6    Office that the NYPD's plan was executed

7    nearly flawlessly at Mott Haven?

8         A.   It was not.

9         Q.   Why not?

10        A.   There were peaceful protesters who

11   were arrested without the opportunity to

12   disperse.  And I know you get annoyed when I

13   refer to it and I apologize, but that was

14   confirmed in the DOI report.

15        Q.   I'm certainly not annoyed.  I

16   welcome reference to the DOI report.

17        A.   Okay.

18        Q.   So going back to Commissioner

19   Shea's language about a plan being executed

20   nearly flawlessly, was the Mayor's Office

21   aware of a specific NYPD plan regarding the

22   Mott Haven June 4th protest?

23             MR. DEAN:  Well, objection to form.

24        A.   The NYPD was going to address their

25   concerns with what they perceived to be the



1                    D. Fuleihan

2     violence and what they were picking up in

3     intelligence.  What happened that night, no,

4     that was not a plan I was aware of.

5     BY MR. HODGSON:

6          Q.   Okay.  I mean, did the Mayor's

7     Office understand in advance that the NYPD

8     would plan to arrest people right at 8

9     o'clock?

10         A.   And give them no ability to

11    disperse?  No, we did not know that.

12         Q.   Regardless of the ability to

13    disperse, was the Mayor's Office aware of

14    NYPD plans to begin arresting people right at

15    8 o'clock?

16         A.   I don't believe so.  That's not my

17    recollection.

18         Q.   Is it -- was the mayor aware of the

19    NYPD -- of an NYPD plan to begin arresting

20    people right at 8 o'clock at Mott Haven?

21              MR. DEAN:  Objection to form.

22         A.   I don't believe so.

23    BY MR. HODGSON:

24         Q.   Okay.  Would he know?

25              MR. DEAN:  Objection to form.



1                    D. Fuleihan

2          is four pages.  It's an email produced

3          by the City between Mayor de Blasio and

4          Commissioner Shea from the evening of

5          June 4th.

6                    THE WITNESS:  Um-hum.

7                    (Plaintiffs' Exhibit 22, Bates

8          DEF-E_000052961 through EF-E_000052964,

9          marked for identification as of this

10         date.)

11    BY MR. HODGSON:

12         Q.   And I would direct you to the top

13    of the second page, an email from Mayor

14    de Blasio on June 4th at 8:20 p.m. where the

15    mayor wrote, "Calling you now on this."

16         A.   We're not there yet.  Sorry.  7:28,

17    8:18, 8:20.  I don't see it.  I don't see who

18    it's to.

19                   MR. DEAN:  Just is "Calling you now

20         on this."  Back up a little.  Here we

21         are.  Dermot Shea to de Blasio.  Up

22         here, right?  And then City Hall.

23         "Calling you now."

24                   THE WITNESS:  Okay, I think I

25         understand.



```
 1                   D. Fuleihan
 2   BY MR. HODGSON:
 3       Q.   Did Mayor de Blasio call Dermot
 4   Shea at 8:20 on June 4, 2020?
 5             MR. DEAN:  I think the witness
 6        feels the need to look through the --
 7             THE WITNESS:  I'm trying to
 8        understand the email chain.
 9       A.   If he said he was calling him, he
10   called him.
11   BY MR. HODGSON:
12       Q.   And were you on that call?
13       A.   I don't recall.
14       Q.   Do you know what was said on that
15   call?
16       A.   I do not.
17       Q.   So back up on the first page,
18   there's an email from Dermot Shea sent at
19   8:59 p.m. to Mayor de Blasio saying, "Bronx
20   was the 'decolonize this place" protest.
21   Gun, gasoline, et cetera part of crowd."
22       A.   That was the concern over violence.
23       Q.   Sorry, I did not hear what you
24   said?
25       A.   I'm sorry.  That was the -- what I
```



1                        D. Fuleihan

2   stated before, the NYPD's concern about

3   violence.

4        Q.   So this refers to the intelligence

5   you testified about earlier --

6        A.   Right.

7        Q.   -- regarding the potential for

8   violence at Mott Haven, correct?

9        A.   Correct, correct.  And some -- I

10  believe there were -- my recollection of this

11  is there were specific arrests on these

12  issues.

13       Q.   Okay.  On what issues?

14       A.   Guns, gasoline.

15       Q.   And were those arrests of people

16  protesting on the night of June 4th?

17       A.   They were arrests on June 4th.  And

18  I don't recall the exact nature of each

19  arrest.

20       Q.   What is "decolonize this place"?

21       A.   I'm assuming that's -- that's some

22  group.  It's in quotes.  I'm assuming -- I'm

23  assuming he's referencing some -- some group

24  that they were concerned about.

25       Q.   So you don't know the significance



1                     D. Fuleihan

2    of "decolonize this place"?

3         A.   I do not recall or remember this

4    the specific name of that.  And what it's

5    referencing, I'm inferring.

6         Q.   Was it explained by the NYPD to the

7    Mayor's Office on June 4th?

8              MR. DEAN:  Objection to form.

9         A.   I'm quite sure, if this was the

10   group or the individuals they were concerned

11   about, they would have told us earlier on

12   June 4th.  I do not remember exactly what

13   they told us about specific groups.

14   BY MR. HODGSON:

15        Q.   Okay.  Regarding the reference to

16   "gun gasoline, et cetera, part of crowd," did

17   the mayor or anyone from the Mayor's Office

18   ever see evidence of a gun or gasoline that's

19   referred to here?

20             MR. DEAN:  Objection to form.

21        A.   There were arrests made that day

22   that I know one involved a gun.  One -- and I

23   do know there was an arrest about -- on

24   gasoline.  And whether the mayor's City Hall

25   staff saw those, I don't know.



1                       D. Fuleihan

2     BY MR. HODGSON:

3         Q.    And there's a difference between

4     hearing a report of an arrest conveyed

5     verbally and seeing evidence of it in

6     documentary form.

7              Did the mayor or anyone from the

8     Mayor's Office ever see documentary evidence

9     of the guns or gasoline referred to here?

10             MR. DEAN:  Objection to form.

11        A.    I have -- I have no recollection of

12    that.  The NYPD definitely made arrests.  I

13    believe these are actually documented in the

14    DOI report, so I'm assuming there was some

15    accuracy to this.  I'm not suggesting it

16    happened at the -- exactly at the street

17    corner that you have been referring to

18    earlier or that it was a part of the specific

19    protest, but it was clearly part of the area.

20    BY MR. HODGSON:

21        Q.    Okay.  So, again, that wasn't my

22    question.  And I do encourage you to just

23    answer the question presented to you.

24        A.    Okay.

25        Q.    I was asking, on June 4th, did the



1                        D. Fuleihan

2    mayor or anyone in the Mayor's Office see

3    documentary evidence of the guns and gasoline

4    referred to here?

5              MR. DEAN:  Objection to form.

6       A.   Yeah, I -- I can't answer that.

7    BY MR. HODGSON:

8       Q.   Okay.  Did you see any photos of a

9    gun or gasoline confiscated at Mott Haven on

10   June 4th?

11      A.   I don't recall.

12      Q.   Any voucher for items taken into

13   evidence?

14      A.   I don't recall.

15      Q.   Any paperwork associated with

16   arrests for guns or gasoline in the area of

17   Mott Haven that night?

18              MR. DEAN:  Objection to form.

19         Is -- is that different than in

20         documentary form?

21              MR. HODGSON:  Withdrawn.  It's

22         fine.

23   BY MR. HODGSON:

24      Q.   Did the Mayor's Office ever ask for

25   such evidence?



```
 1                D. Fuleihan
 2   A.   I don't recall.
 3        MR. HODGSON:  So you can close out
 4   of this exhibit and open Exhibit 23.
 5   And maybe I didn't --
 6        THE WITNESS:  I don't have it.
 7        MR. HODGSON:  Let me drop some new
 8   exhibits into the chat.
 9        THE WITNESS:  Okay.
10        MR. DEAN:  Are you able to now drop
11   the ones that you believe remain in the
12   deposition that will be presented?
13        MR. HODGSON:  I can do that, sure.
14        MR. DEAN:  Great.  And they begin
15   with 23, right, the new ones?
16        MR. HODGSON:  Yes.
17        MR. DEAN:  Okay.  It's not working
18   for some reason.  Oh, no.
19        MR. HODGSON:  Should we go off the
20   record?  Is there some tech issues?
21        MR. DEAN:  No, I'm doing fine
22   momentary interruptions.  Had you
23   dropped 36 earlier?
24        MR. HODGSON:  Yes, I had.  So 23 is
25   the next one after that.
```



1                        D. Fuleihan

2         A.    No.

3         Q.    Okay.  So did the Mayor's Office

4    ever take any active steps to prohibit those

5    things?

6         A.    It was clear that the mayor did not

7    want those things to happen.  And in one of

8    the very early press conferences where the

9    curfew is done, he said that there were calls

10   for the National Guard.

11            And I believe the governor even

12   publicly stated that.  And he said he did not

13   want that to happen.

14        Q.    But -- okay.  But the Mayor's

15   Office never prohibited the NYPD from using a

16   tactic that it wanted to use over the course

17   of the George Floyd protests, correct?

18            MR. DEAN:  Objection to form.

19        A.    I -- it's a very broad question.  I

20   don't -- don't know how to answer it.

21   BY MR. HODGSON:

22        Q.    Is there an example of a tactic

23   that the NYPD wanted to use that the Mayor's

24   Office said, "No, you cannot"?

25            MR. DEAN:  Objection to form.



1                       D. Fuleihan

2       A.    I don't recall.  I don't recall.

3            MR. HODGSON:  Okay.  If you could

4       open up Exhibit 30.  This is Bates

5       number DEF-E_000030220.  It is a

6       three-page email thread that I'm

7       representing to you was produced by the

8       City from June 11, 2020, with the

9       subject "Protest footage."

10           (Plaintiffs' Exhibit 30, Bates

11       DEF-E_000030220 through DEF-E_000030222,

12       marked for identification as of this

13       date.)

14  BY MR. HODGSON:

15       Q.    And I'll direct your attention to

16  the very first email all the way at the

17  bottom of the document from Freya on

18  Thursday, June 11, 2020, at 5:48 p.m.

19           And she writes, "We'd like to ask

20  PD to release a bunch of body cam videos from

21  the protests and need to define the universe

22  of what we want.  Below are the situation

23  when they are required to have the cameras

24  on.  Given that, what types of incidents

25  would you want to have them release?  We need



1                    D. Fuleihan

2    assuming you know both the mayor and the

3    council can request investigations by the

4    department investigators.

5         Q.   So the document itself states that,

6    on May 31st, the mayor directed the New York

7    City Department of Investigation to conduct a

8    review of the response by the NYPD to the

9    protests.

10             So on May 31st of 2020, what

11   specifically was the mayor responding to when

12   he called for this investigation?

13        A.   The protest to that date and the

14   NYPD response to those protests.

15        Q.   So, as of May 31, 2020, the mayor

16   believed it would be necessary to investigate

17   the NYPD's response to the protests that had

18   occurred?

19             MR. DEAN:   Objection to form.

20        A.   Correct.

21   BY MR. HODGSON:

22        Q.   Was this because of any specific

23   allegations or observations of misconduct by

24   the Office of the Mayor?

25        A.   I don't recall a specific that



1              D. Fuleihan

2    would have led to it, but rather the events

3    as they were evolving on both sides.

4         Q.   These events include allegations of

5    misconduct?

6         A.   Yes.

7         Q.   So the mayor called for this

8    investigation on May 31st, but it was

9    formalized into an executive order on June

10   20, 2020, correct?

11        A.   Correct.

12        Q.   And in that final form, had

13   anything changed in the sort of scope or

14   project that the mayor was instructing the

15   DOI to conduct?

16        A.   It may have been a little more

17   defined.  But DOI understood from the

18   beginning the parameters the mayor was asking

19   for.  And they were -- they had begun the

20   process.  But -- but the executive order

21   defined it.

22        Q.   So how had they begun the process

23   prior to June 20?

24        A.   They had started their -- their --

25   they had started to review material and they

