# Exhibit E

(Placeholder Insert: Document Emailed to Chambers)