# Exhibit F

```
 1
 2              UNITED STATES DISTRICT COURT
 3              SOUTHERN DISTRICT OF NEW YORK
 4
 5   JARRETT PAYNE, et al,
 6                    Plaintiffs,
 7                v.         Case No.
                             1:20-cv-08924
 8   MAYOR BILL DE BLASIO
 9   et al.,
10                    Defendants.
11
12      REMOTE DEPOSITION OF MARCO ANTONIO CARRION
13                    April 20, 2023
14
15
16
17
18
19
20
21
22   Stenographically Reported by:
     Bonnie Pruszynski, RMR, CA CSR No. 13064
23   Job No. J9519203
24
25
```



```
 1
 2
 3
 4                               April 20, 2023
 5                               10:00 a.m.
 6
 7
 8              REMOTE DEPOSITION OF MARCO
 9    ANTONIO CARRION, before Bonnie Pruszynski, CA
10    Certified Shorthand Reporter No. 13064, a
11    Registered Merit Reporter, Certified Livenote
12    Reporter, and Notary Public of the States of New
13    York and Florida.
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1
 2   APPEARANCES:
 3
 4   New York Civil Liberties Union
 5   Attorneys for PlaintiffS
 6          125 Broad Street, 19th Floor,
 7           New York, New York 10004
 8   BY:    Molly Biklen, Esq.
 9              Bobby Hodgson, Esq.
10
11   Alicia Wagner Calzada, PLLC
12   Attorneys for the Gray plaintiffs, National Press
13     Photographers Association:
14           806 Patricia
15           San Antonio, TX 78216
16   BY:  Alicia Calzada, Esq.
17
18   Attorney General of the State of New York
19   for the People of the State of New York
20           28 Liberty Street
21           New York, New York 10005-1400
22   BY:  Lillian M. Marquez, Esq.
23
24
25
```



```
 1
 2   REMOTE APPEARANCES (Continued):
 3
 4   New York City Law Department
 5   Attorneys for the New York City defendants
 6          100 Church Street
 7          New York, New York 10007
 8   By:    Thomas Dean, Esq.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



MARCO ANTONIO CARRION                                          April 20, 2023
JARRETT PAYNE vs MAYOR BILL DE BLASIO                                        5

1                        M. Carrion
2    MARCO ANTONIO CARRION,
3              called as a witness, having been first
4              duly sworn, was examined and testified
5              as follows:                                          11:48
6    EXAMINATION
7    BY MS. BIKLEN:
8         Q.    Good morning, Mr. Carrion.  If you
9    could say your full name for the record,
10   please.                                                        10:03
11        A.    Sure.  Marco Antonio Carrion.
12        Q.    Good morning, Mr. Carrion.  My name
13   is Molly Biklen, and I'm an attorney with the
14   New York Civil Liberties Union, and I
15   represent the plaintiffs in the case.  Today   10:03
16   I will be asking you some questions regarding
17   the protests that occurred starting in the
18   spring and summer of 2020.
19              Before we get started, have you
20   ever been deposed before?                                      10:03
21        A.    Yes.
22        Q.    Okay.  About how many times?
23        A.    One other time.
24        Q.    And was that a civil case?
25        A.    Yes.                                                10:04



800.211.DEPO (3376)
EsquireSolutions.com

1                       M. Carrion
2    able to predict, so -- but, you know, there
3    was no inciting of violence that I saw.
4            MR. DEAN:  Let me just ask you, are
5        you getting fatigued?  I'm just judging                15:41
6        just based on your voice.
7            THE WITNESS:  No, no, no.  I'm
8        fine.
9            MR. DEAN:  Okay.
10           THE WITNESS:  Just have to go back                 15:41
11       in time in my mind.
12           MR. DEAN:  Okay.
13       Q.   What time did you get to the
14   protest in the Bronx on June 4th?
15       A.   Before -- I could not tell you                    15:42
16   time.  It was before the -- before the crowd
17   started to move.
18       Q.   So, during the sort of rally
19   portion?
20       A.   Yes.  I was at the rally.                         15:42
21       Q.   And you're familiar with that area
22   of the Bronx?
23       A.   I am.
24       Q.   Do you recall anything about the --
25   about the rally?                                           15:42



1                       M. Carrion
2    whether individuals serving as protest medics
3    were exempt from the curfew?
4        A.    I don't think I actually thought
5    about that, so I didn't have an understanding          16:05
6    that they were exempt.  I don't think the
7    thought crossed my mind.
8        Q.    So, you didn't have any discussions
9    with anyone in the Mayor's office about
10   whether medics serving as protest medics              16:06
11   would be exempt from the curfew?
12       A.    No.
13       Q.    So, after the march left the plaza
14   down Willis Avenue, you followed it toward
15   the end?                                              16:06
16       A.    I was at the end of the march.  I
17   followed it down Willis Avenue until we got
18   to the 40th, which is -- the march continued,
19   turned.  I stopped.  I snapped some photos,
20   and I tried to figure out what was going on           16:06
21   at the precinct.
22       Q.    Prior to stopping at the 40th
23   precinct, you were with the protest march the
24   whole time?
25       A.    Yes.                                        16:07



1                     M. Carrion
2       Q.    From when you left the plaza?
3       A.    Yes.
4       Q.    From what you saw of the rally, did
5    you have any reason to believe it would lead                16:07
6    to the kind of looting that had been seen on
7    Fordham Road a few days earlier?
8             MR. DEAN:  Objection to form.
9       A.    No.  I had no reason to believe it
10   would lead to any type of looting.                          16:07
11      Q.    As the march was proceeding from
12   the plaza, did police officers accompany the
13   march?
14      A.    Yes.
15      Q.    About how many?                                    16:07
16      A.    I don't recall.
17      Q.    Would you characterize what you saw
18   of the march as orderly?
19      A.    Yes.
20      Q.    Now, you said that you made it back               16:08
21   to the march after arrests were already being
22   made?
23      A.    Yes.
24      Q.    About what time was that?
25      A.    I don't know.  I wasn't watching,                 16:08

