# Exhibit H

(Placeholder Insert: Document Emailed to Chambers)