# Exhibit I

(Placeholder Insert: Document Emailed to Chambers)