# Exhibit J

(Placeholder Insert: Document Emailed to Chambers)