# Exhibit K

1

 1        GALATI - ROUGH TRANSCRIPT

 2   ROUGH DRAFT

 3   DEPOSITION OF THOMAS GALATI TAKEN ON

 4   5/24/23

 5   UNCERTIFIED TRANSCRIPT DISCLAIMER IN THE

 6   MATTER OF

 7   NYC POLICING

 8   The following transcript of proceedings,

 9   or any portion thereof, in the

10   above-titled matter is being delivered

11   UNEDITED and UNCERTIFIED by the court

12   reporter.

13

14   This is an unofficial transcript, which

15   should NOT be relied upon for purposes of

16   verbatim citation of testimony.

17

18   This transcript has not been checked,

19   proofread or corrected.  It is a draft

20   transcript, NOT a certified transcript,

21   and as such it may contain

22   computer-generated mistranslations of

23   stenotype code or electronic transmission

24  errors, resulting in inaccurate or

25  nonsensical word combinations, or

                                                2

 1       GALATI - ROUGH TRANSCRIPT
 2  untranslated stenotype symbols which
 3  cannot be deciphered by non-stenotypists.
 4  Corrections will be made in the
 5  preparation of the certified transcript,
 6  resulting in differences in content, page
 7  and line numbers, punctuation and
 8  formatting.
 9
10
11
12
13
14
15
16
17
18
19
20
21

22

23

24

25

3

1        GALATI - ROUGH TRANSCRIPT

2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3  Case No. 20-cv-8924 (CM)(GWG)
   -----------------------------------x
4  This proceeding is related to:
   Case No. 21-cv-00533 (CM)((GWG)
5
   In re: New York City Policing During
6  Summer Demonstrations,

7  ADAMA SOW, DAVID JAKLEVIC, ALEXANDRA DE
   MUCHA PINO, OSCAR RIOS, BARBARA ROSS,
8  MATTHEW BREDDER, SABRINA ZURKUHLEN, MARIA
   SALAZAR, DARA PLUCHINO, and SAVITRI
9  DURKEE, on behalf of themselves and othes
   similarly situated,
10          Plaintiffs,
   against
11 CITY OF NEW YORK; MAYOR BILL DE BLASIO;
   NEW YORK CITY POLICE DEPARTMENT
12 COMMISSIONER DERMOT SHEA; NEW YORK CITY
   POLICE DEPARTMENT CHIEF OF DEPARTMENT
13 TERENCE MONAHAN; NYPD DETECTIVE EDWARD
   CARRASCO (SHIELD NO. 1567); NYPD OFFICER
14 TALHA AHMAD (SHIELD NO. 21358); NYPD
   OFFICER KEVIN AGRO (SHIELD NO. 8054); and
15 NYPD OFFICERS JOHN and JANE DOES #1 - 40,
         Defendants.
16 -----------------------------------x
              May 24, 2023
17            9:40 a.m.

18         Remote video-teleconference

19 deposition via Zoom of CHIEF THOMAS

20  GALATI, pursuant to notice, before Jineen

21  Pavesi, a Registered Professional

22  Reporter, Registered Merit Reporter,

23  Certified Realtime Reporter and Notary

24  Public of the State of New York.

25

4

1       GALATI - ROUGH TRANSCRIPT

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  Case No. 20-cv-8924 (CM)(GWG)

5  ----------------------------------x

6  In re: New York City Policing during

7  Summer 2020 Demonstrations

8  _____

9  This filing is related to:

10  ALL CASES

11  ----------------------------------x

12

13

14

15

16

17

```
18

19

20

21

22

23

24

25
```

                                                    5

```
 1        GALATI - ROUGH TRANSCRIPT

 2   A P P E A R A N C E S :

 3

 4   LETITIA JAMES
     ATTORNEY GENERAL OF THE STATE OF NEW YORK
 5   28 Liberty Street
     New York, New York 10005
 6        Attorneys for Plaintiff in People of
          the State of New York v. City of New
 7        York, No. 21-cv-322
     BY:  SWATI PRAKASH, ESQ.
 8        swati.prakash@ag.ny.gov
          LILLIAN MARQUEZ, ESQ.
 9        lillian.marquez@ag.ny.gov

10   NEW YORK CIVIL LIBERTIES UNION FOUNDATION
     125 Broad Street, 19th Floor
11   New York, New York 10004
          Co-counsel for Plaintiffs in Payne v.
12        De Blasio, No. 20-cv-8924
     BY:  DANIEL R. LAMBRIGHT, ESQ.
13        dlambright@nyclu.org
          PERRY GROSSMAN, ESQ.
14        pgrossman@nyclu.org
          VERONICA SALAMA, ESQ.
15           - and -
```

```
        THE LEGAL AID SOCIETY
 16     199 Water Street
        New York, New York 10038
 17         Co-counsel for Plaintiffs in Payne v.
            De  Blasio, No. 20-cv-8924
 18     BY: MIKE VITOROULIS, ESQ.
            mvitoroulis@legal-aid.org
 19
        ABOUSI LAW FIRM
 20     1441 Broadway, 5th Floor
        New York, New York
 21         Attorneys for Rolon Plaintiffs
        BY: AYMEN ABOUSHI, ESQ.
 22

 23

 24

 25
```

                                                                6

```
  1         GALATI - ROUGH TRANSCRIPT

  2     A P P E A R A N C E S (Continued):

  3     NYC LAW DEPARTMENT

  4     CORPORATION COUNSEL OF THE CITY OF NEW

  5     YORK

  6     100 Church Street

  7     New York, New York 10007

  8         Attorneys for Defendants DeBlasio,

  9         Shea and Monahan

 10     BY: AMY ROBINSON, ESQ.

 11         arobinson@law.nyc.gov

 12

 13
```

 14  NEW YORK POLICE DEPARTMENT

 15  One Police Plaza

 16  New York, New York

 17      Attorneys for Defendants

 18  BY:  ALEXA LEIST, ESQ.

 19       MATT RUSSO, ESQ.

 20

 21

 22

 23

 24

 25

                                        7

  1       GALATI - ROUGH TRANSCRIPT

  2          S T I P U L A T I O N S

  3

  4      IT IS HEREBY STIPULATED AND AGREED by

  5  and between the Attorneys for the

  6  respective parties hereto that filing and

  7  sealing be and the same are hereby waived.

  8      IT IS FURTHER STIPULATED AND AGREED

  9  that all objections except as to the form

 10  of the question, shall be reserved to the

 11  time of the trial.

12      IT IS FURTHER STIPULATED AND AGREED

13 that the within examination may be signed

14 and sworn to before any notary public with

15 the same force and effect as though signed

16 and sworn to before this Court.

17

18

19

20

21

22

23

24

25

                                        8

1       GALATI - ROUGH TRANSCRIPT

2            T H O M A S   G A L A T I,

3 having been first duly sworn remotely upon

4 agreement of all counsel, as hereinafter

5 certified, was examined and testified as

6 follows:

7 EXAMINATION BY

8 MS. PRAKASH:

9       Q.     Good morning, chief, how are

10  this morning?

11     A.     Well.

12            MS. PRAKASH: Before we get

13  started, let me note for the record that

14  this deposition is being recorded

15  stenographically by the court reporter and

16  by audio visual means through the video

17  conference software Zoom.

18            My name is Swati Prakash, I am

19  an assistant Attorney General in the Civil

20  Rights Bureau with the New York State

21  Office of the Attorney General and I

22  represent plaintiffs in these consolidated

23  litigation People of the State of New

24  York.

25            Why don't we get started with

                                            9

1       GALATI - ROUGH TRANSCRIPT

2   if you could just state your name and your

3   business address.

4      A.     My name is Thomas Galati.

5             My business address, meaning my

6   NYPD business address?

7      Q.     Are you currently employed by

```
11             MS. ROBINSON:  Objection.
12             You can answer.
13     A.      I believe it's probably in some
14 reports that we've had.
15     Q.      Reports meaning after a protest
16 or are you referring back to some of the
17 intel reports, like the situation
18 awareness?
19     A.      I think reports that, you know,
20 at the end of a protest or during a
21 protest that, you know, somebody observed
22 them getting to black bloc mode, as I
23 said.
24             MS. PRAKASH:  I am going to
25 call for the production of any documents
```

                                          196

```
 1      GALATI - ROUGH TRANSCRIPT
 2 pertaining to black bloc that have not yet
 3 been produced, Amy, and I can put this in
 4 writing following this deposition.
 5      Q.     One clarifying question; when I
 6 was asking about the deputy commissioner
 7 for counterterrorism and intelligence and
 8 role that you played and the role that he
```

 9   played, can you just explain or tell me
10   about who was interacting with the office
11   of the mayor, if either of you, and in
12   what capacity.
13       A.      I can't speak for John Miller.
14               I just know that I was not
15   interacting with the mayor's office.
16       Q.      And does the role of deputy
17   commissioner for counterterrorism and
18   intelligence include interactions with the
19   mayor's office?
20       A.      I mean, that's, you know, based
21   on the subject what it was.
22               I've been dealing with the
23   mayor's office when I was in the police
24   department on issues related to that they
25   wanted information from me, you know,

                                        197

 1       GALATI - ROUGH TRANSCRIPT
 2   related to my bureau, but, you know, for
 3   the most part we don't deal with the
 4   mayor's office, that's up to the police
 5   commissioner to deal with the mayor's
 6   office.

```
 7      Q.      By we, you're referring to
 8   intel and --
 9      A.      I can't speak for DCPI, but I
10   would say in general, from the police
11   department, communications from the
12   mayor's office go through the police
13   commissioner.
14      Q.      Thank you.
15              And you did note that you were
16   doing the operational decisions, the
17   deputy commissioner was not involved in
18   terms of operational -- operations of the
19   intel bureau.
20              Are there any categories of
21   decisions concerning NYPD's use of
22   intelligence that the deputy commissioner
23   was involved with during the protest
24   period, that you were not, I should say?
25      A.      That I was not, no, no, no.

                                            198

 1      GALATI - ROUGH TRANSCRIPT
 2      Q.      Okay.
 3      A.      I think no.
 4      Q.      Are you familiar with a
```