# Exhibit L

(Placeholder Insert: Document Emailed to Chambers)