# Exhibit M

(Placeholder Insert: Document Emailed to Chambers)