

DATE:   06/03/2020
TIME:   10:50:23
SER#:   37646623

# FINEST MESSAGE
## General Administrative Information

TO:         ALL COMMANDS

SUBJECT: CURFEW EXTENSION

THE MAYOR'S CITY-WIDE CURFEW HAS BEEN EXTENDED. FROM TONIGHT, JUNE 3, 2020, UNTIL SUNDAY, JUNE 7, 2020, THERE WILL BE A CURFEW EACH NIGHT BEGINNING AT 2000 HRS AND ENDING AT 0500 HRS THE FOLLOWING MORNING.  THE CURFEW WILL BE LIFTED ON MONDAY, JUNE 8, 2020 AT 0500 HRS. WHILE THE CURFEW IS IN EFFECT, PEOPLE AND VEHICLES ARE NOT ALLOWED IN PUBLIC EXCEPT FOR:

1. ESSENTIAL WORKERS AND EMPLOYEES OF ESSENTIAL BUSINESSES WHO ARE EITHER WORKING OR TRAVELING TO AND FROM WORK, INCLUDING ALL FEDERAL, STATE, AND CITY EMPLOYEES. EXAMPLES OF ESSENTIAL WORKERS ALSO INCLUDE HEALTHCARE WORKERS, PEACE OFFICERS, PROVIDERS OF CHILD/SENIOR CARE, SECURITY GUARDS, MAINTENANCE WORKERS AND MEDIA PERSONNEL. EXAMPLES OF ESSENTIAL BUSINESSES ARE GROCERY STORES, PHARMACIES AND RESTAURANTS.

2. PEOPLE EXPERIENCING HOMELESSNESS WHO DO NOT HAVE ACCESS TO VIABLE SHELTER.

3. INDIVIDUALS SEEKING MEDICAL TREATMENT OR MEDICAL SUPPLIES.

IF MOS OBSERVE A PERSON VIOLATING THE CURFEW, A C-SUMMONS MAY BE ISSUED FOR ADMIN. CODE 3-108, VIOLATING A MAYORAL EMERGENCY ORDER.


AUTHORITY: CHIEF OF DEPARTMENT        PO HUCKE 1048 HOURS
OPS. UNIT BROADCAST MESS. NO. 06/03-008

ADMN - SER#: 37646623

DEF_E_PD_00027744