UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IN RE: NEW YORK CITY POLICING DURING   :
SUMMER 2020 DEMONSTRATIONS                              ORDER
                                                                          :     20 Civ. 8924 (CM)(GWG)
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     The request (Docket # 1039) to extend the deadline to submit the reply letter regarding the proposed depositions of former Mayor de Blasio and Commissioner Shea to June 12, 2023, is granted.

     SO ORDERED.

Dated: June 6, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge