

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | JOSEPH M. HIRAOKA, JR<br>*Senior Counsel*<br>jhiraoka@law.nyc.gc<br>Phone: (212) 356-241<br>Fax: (212) 356-114 |

June 7, 2023

**By ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Jarrett Payne, et al. v. City of New York, et al.</u>, 20 Civ. 8924 (CM) (GWG)

Your Honor:

    I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and I am among counsel for the defense in the above-referenced matter. Defendants write to respectfully request an enlargement of time for Police Officer Jakub Tarlecki to answer or otherwise respond to the Second Corrected Amended Complaint. This is defendants' first such request, and no other dates should be affected by this request. Plaintiffs' counsel consents to this request.

    By way of background, plaintiffs filed the Second Corrected Amended Complaint on April 25, 2023, alleging that on multiple dates, members of the New York City Police Department ("NYPD") used excessive force and unlawfully arrested plaintiffs. *See* Docket Entry No. 957. Plaintiffs then filed an Affidavit of Service on June 1, 2023 stating Officer Tarlecki was served on May 18, 2023. *See* Docket Entry No. 1033.

    Additional time is needed to investigate and to speak with defendant Police Officer Jakub Tarkecki to determine whether he can be represented by the Office of the Corporation Counsel. As such, a brief extension of time is requested in order to complete the requisite investigation as required by New York General Municipal Law § 50-k.

    For the foregoing reason, defendants respectfully request that the Court enlarge Officer Tarlecki's time to answer or otherwise respond to the Corrected Second Amended Complaint until June 30, 2023.

Thank you for your consideration herein.

Respectfully submitted,

*Joseph M. Hiraoka, Jr.* s/

Joseph M. Hiraoka, Jr.
*Senior Counsel*
Special Federal Litigation Division

cc: ALL COUNSEL (*via* ECF)