


June 7, 2023

**Via ECF**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York

      Re:    *In re: New York City Policing During Summer 2020 Demonstrations,*
            *No. 20-CV-8924*
            *This Filing is Related to All Cases*

Dear Judge Gorenstein:

      I write on behalf of the Plaintiffs in these consolidated cases to provide a proposed order, stipulated to by the Plaintiffs and the City Defendants, regarding the City's production of certain texts of Former Commissioner Dermot Shea.

      Thank you for your consideration of this matter.

                            Sincerely,


| | |
|---|---|
| By: /s/ *Robert Hodgson* <br> Robert Hodgson <br> Molly K. Biklen <br> Jessica Perry <br> Daniel R. Lambright <br> Daphna Spivak <br> Lisa Laplace <br> Christopher T. Dunn <br> New York Civil Liberties Union Foundation <br> 125 Broad Street, 19th Floor <br> New York, N.Y. 10004 <br> (212) 607-3300 <br> rhodgson@nyclu.org | By: /s/ *Corey Stoughton* <br> Corey Stoughton <br> Jennvine Wong <br> Rigodis Appling <br> The Legal Aid Society <br> 199 Water Street <br> New York, N.Y. 10038 <br> (212) 577-3367 <br> cstoughton@legal-aid.org |

*Attorneys for Plaintiffs in 20 Civ. 8924*