UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations<br><br>This filing is related to:<br>ALL CASES | No. 20 Civ. 8924 (CM)(GWG)<br><br>**STIPULATION AND [PROPOSED] ORDER** |

      **IT IS HEREBY STIPULATED AND AGREED,** by the non-stayed Plaintiffs and Defendants, that the Defendants will produce to the non-stayed Plaintiffs the responsive and non-privileged texts of Former Commissioner Dermot Shea no later than 4 p.m. on June 9, 2023. If Defendants withhold any responsive texts in full as privileged, they shall produce a privilege log within one week of production.

Dated: New York, New York
       June 7, 2023

**STIPULATED AND AGREED:**

Hon. Sylvia O. Hinds-Radix
Corporation Counsel of the City of New York
100 Church Street Rm. 3-207
New York, NY 10007

By: _/s/ Amy Robinson_
      Amy Robinson
      Senior Counsel

*Counsel for Defendants*

- 2 -

NEW YORK CIVIL LIBERTIES UNION FOUNDATION

By:  *s/Molly K. Biklen*
   Molly K. Biklen
   Perry Grossman
   Jessica Perry
   Daniel R. Lambright
   Robert Hodgson
   Veronica Salama
   Lisa Laplace
   Christopher T. Dunn
   125 Broad Street, 19th Floor
   New York, NY 10004
   (212) 607-3300
   mbiklen@nyclu.org

THE LEGAL AID SOCIETY


By: *s/ Corey Stoughton*
   Corey Stoughton
   Jennvine Wong
   Rigodis Appling
   Paula Garcia-Salazar
   199 Water Street
   New York, NY 10038
   (212) 577-3367
   cstoughton@legal-aid.org


*Co-Counsel for Plaintiffs in Payne v. de Blasio, 20 Civ. 8924*

LETITIA JAMES
*Attorney General of the State of New York*

By: /s/ *Lillian Marquez*
Lillian Marquez, *Assistant Attorney General*
Swati Prakash, *Assistant Attorney General*
Travis England, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
(212) 416-8250


*Counsel for Plaintiff in People of the State of New York v. City of New York, No. 21-cv-322*

- 3 -

DAVIS WRIGHT TREMAINE LLP

/s/*Robert D. Balin*
Robert D. Balin
Abigail B. Everdell
Kathleen Farley
Nimra Azmi
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Fax: (212) 489-8340
robbalin@dwt.com

Mickey H. Osterreicher, Esq.
70 Niagara Street
Buffalo, NY 14202
Phone: (716) 983-7800
lawyer@nppa.org

WYLIE STECKLOW PLLC
By: Wylie Stecklow
Wylie Stecklow PLLC
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
NYC NY 10019
t: 212 566 8000
Ecf@wylielaw.com

Alicia Calzada (*pro hac vice*)
ALICIA WAGNER CALZADA, PLLC
Deputy General Counsel
National Press Photographers Association
12023 Radium , Suite B1
San Antonio, TX 78216
Phone: 210-825-1449
Alicia@calzadalegal.com
Wylie Stecklow

*Counsel for Plaintiffs in Gray, et al v. City of New York, et al, No. 21-cv-06610*

The Aboushi Law Firm PLLC

/s/*Tahanie A. Aboushi*
Tahanie A. Aboushi, Esq.

- 4 -

Aymen A. Aboushi, Esq.
The Aboushi Law Firm
1441 Broadway, 5th Floor
New York, NY 10018
Tel: (212) 391-8500
Fax: (212) 391-8508
Aymen@Aboushi.com
Tahanie@Aboushi.com

*Counsel for Plaintiffs in Rolon, et al v. City of New York, et al, No. 21-cv-2548*

**SO ORDERED:**

Dated: _____    _____
         New York, New York                  Hon. Gabriel Gorenstein