UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK          2890 - DCS

**Plaintiff / Petitioner:**
JARRET PAYNE; ANDIE MALI; CAMILA GINI; VIDAL GUZMAN; VIVIAN MATTHEW-KING-YARDE; CHARLIE MONLOUIS-ANDERLE; JAMES LAUREN; MICAELA MARTINEZ; JULIAN PHILLIPS; NICHOLAS MULDER; AND COLLEEN MCCORMACK-MAITLAND

**Defendant / Respondent:**
MAYOR BILL DE BLASIO; ET AL

State of New York County of Dutchess ss.:

**AFFIDAVIT OF SERVICE**

Index No:
1:20-CV-08924
Date Filed: May 10, 2023

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Thu, Jun 08 2023 AT 03:57 PM AT 409 NORTH BROADWAY APT #55, YONKERS, NY 10701 deponent served the within SUMMONS IN A CIVIL ACTION, CORRECTED SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL bearing index #1:20-CV-08924 and filed May 10, 2023 on SERGEANT MAJER SALEH

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation/Agency:** a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation/agency so served to be the corporation/agency described, and knew said individual to be thereof.

[X] **Suitable Person:** by delivering thereat, a true copy of each to "John Doe" - Name Refused a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant's residence/place of business and the reply was affirmative.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said defendant at aforementioned address to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department. Mailed on

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | |
|---|---|---|---|
| Age: 30-38 | Skin Color: White | Gender: Male | Weight: 160-190 lbs. |
| Height: 5'6-5'10 | Hair: Bald | Eyes: | Relationship: Co-Resident |
| Other: Beard & Mustache | | | |

Sean Mahar-Daniels

Delta Court Service
87-67 148th Street
Jamaica, NY 11435

Sworn to before me on 6/12/23

Notary Public

GINA MAHAR-DANIELS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MA6327274
Qualified in Dutchess County
Commission Expires July 6, 202_

2023002890

# AFFIDAVIT OF MAILING

DELTA COURT SERVICE
87-67 148TH STREET
JAMAICA, NY 11435
DCA LICENSE# 2094792

| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **INDEX NO. 1:20-CV-08924** |
| **FOR THE SOUTHERN DISTRICT OF NEW YORK** | **DATE FILED: MAY 10, 2023** |

**JARRETT PAYNE; ANDIE MALI, CAMILA GINI; VIDAL GUZMAN; VIVIAN MATTHEW KING-YARDE; CHARLIE MONLOUIS-ANDERLE; JAMES LAUREN; MICAELA MARTINEZ; JULIAN PHILLIPS; NICHOLAS MULDER AND COLLEEN MCCORMACK-MAITLAND**

-PLAINTIFF(S)

vs.

**MAYOR BILL DE BLASIO; CHIEF OF DEPARTMENT TERENCE MONAHAN; CITY OF NEW YORK; COMMANDING OFFICER OF PATROL BOROUGH BRONX, CHIEF KENNETH LEHR; SERGEANT MAJER SALEH; OFFICER BRYAN S. ROZANSKI; OFFICER JAKUB TARLECKI; SERGEANT KEITH CHENG; OFFICER MATTHEW TARANGELO; OFFICER STEPHANIE CHEN; OFFICER TAYLOR CORCORAN; OFFICER MATTHEW L. PERRY; DETECTIVE DAMIAN RIVERA; OFFICER BRYAN PIZZIMENTI; OFFICER JOSEPH DECK; LIEUTENANT MICHAEL BUTLER; OFFICER AARON HUSBANDS; SERGEANT THOMAS E. MANNING; ET AL.**

-DEFENDANT(S)

STATE OF NEW YORK, COUNTY OF QUEENS

**FLOR ESCALANTE,** BEING DULY SWORN, DEPOSES AND SAYS THAT DEPONENT IS NOT A PARTY TO THIS ACTION, IS OVER 18 YEARS OF AGE AND RESIDES IN THE STATE OF NEW YORK.

ON **6/9/2023** DEPONENT ENCLOSED COPIES OF THE **SUMMONS IN A CIVIL ACTION, CORRECTED SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** IN A POSTPAID SEALED WRAPPERS PROPERLY ADDRESSED TO **SERGEANT MAJER SALEH** AT THE ADDRESS OF **409 NORTH BROADWAY, APARTMENT #55, YONKERS, NEW YORK 10701.** DEPOSITED SAID WRAPPERS IN A POST OFFICE OF THE UNITED STATES POSTAL SERVICE TO BE MAILED BY FIRST CLASS MAIL IN NEW YORK STATE. MARKED PERSONAL AND CONFIDENTIAL. SAID MAILING(S) WAS MADE TO THE DEFENDANT(S) PLACE OF RESIDENCE IF KNOWN. IF UNKNOWN, THE MAILING WAS MADE TO THE DEFENDANT(S) AT HIS/HER LAST KNOWN RESIDENCE.

SWORN TO BEFORE ME ON
6-9-2023

VICTOR RAWNER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RA6399727
Qualified in NASSAU County
Commission Expires 10/28/2023

FLOR ESCALANTE