# EXHIBIT B

```
              UNITED STATES DISTRICT COURT

              SOUTHERN DISTRICT OF NEW YORK


JARRETT PAYNE, et al,

                    Plaintiffs,

                    v.         Case No.
                               1:20-cv-08924
MAYOR BILL DE BLASIO

et al.,

                    Defendants.


     REMOTE DEPOSITION OF MARCO ANTONIO CARRION

                   April 20, 2023











Stenographically Reported by:
Bonnie Pruszynski, RMR, CA CSR No. 13064
Job No. J9519203
```



```
 1
 2
 3
 4                          April 20, 2023
 5                          10:00 a.m.
 6
 7
 8             REMOTE DEPOSITION OF MARCO
 9   ANTONIO CARRION, before Bonnie Pruszynski, CA
10   Certified Shorthand Reporter No. 13064, a
11   Registered Merit Reporter, Certified Livenote
12   Reporter, and Notary Public of the States of New
13   York and Florida.
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1
 2   APPEARANCES:
 3
 4   New York Civil Liberties Union
 5   Attorneys for PlaintiffS
 6           125 Broad Street, 19th Floor,
 7             New York, New York 10004
 8   BY:    Molly Biklen, Esq.
 9             Bobby Hodgson, Esq.
10
11   Alicia Wagner Calzada, PLLC
12   Attorneys for the Gray plaintiffs, National Press
13     Photographers Association:
14           806 Patricia
15           San Antonio, TX 78216
16   BY:  Alicia Calzada, Esq.
17
18   Attorney General of the State of New York
19   for the People of the State of New York
20           28 Liberty Street
21             New York, New York 10005-1400
22   BY:   Lillian M. Marquez, Esq.
23
24
25
```



```
 1
 2   REMOTE APPEARANCES (Continued):
 3
 4   New York City Law Department
 5   Attorneys for the New York City defendants
 6         100 Church Street
 7         New York, New York 10007
 8   By:   Thomas Dean, Esq.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



|    |                                                      |       |
|----|------------------------------------------------------|-------|
| 1  | M. Carrion                                           |       |
| 2  | MARCO ANTONIO CARRION,                               |       |
| 3  |     called as a witness, having been first |       |
| 4  |     duly sworn, was examined and testified |       |
| 5  |     as follows:                  | 11:48 |
| 6  | EXAMINATION                                          |       |
| 7  | BY MS. BIKLEN:                                       |       |
| 8  |    Q.   Good morning, Mr. Carrion. If you |       |
| 9  | could say your full name for the record,             |       |
| 10 | please.                                              | 10:03 |
| 11 |    A.   Sure. Marco Antonio Carrion. |       |
| 12 |    Q.   Good morning, Mr. Carrion. My name |       |
| 13 | is Molly Biklen, and I'm an attorney with the        |       |
| 14 | New York Civil Liberties Union, and I                |       |
| 15 | represent the plaintiffs in the case. Today          | 10:03 |
| 16 | I will be asking you some questions regarding        |       |
| 17 | the protests that occurred starting in the           |       |
| 18 | spring and summer of 2020.                           |       |
| 19 |     Before we get started, have you |       |
| 20 | ever been deposed before?                            | 10:03 |
| 21 |    A.   Yes.           |       |
| 22 |    Q.   Okay. About how many times? |       |
| 23 |    A.   One other time. |       |
| 24 |    Q.   And was that a civil case? |       |
| 25 |    A.   Yes.           | 10:04 |



1                     M. Carrion
2       A.    Yes.
3       Q.    All right.  Which are they?
4       A.    As I recall, Decolonize This Place
5    and FTP.                                                 15:15
6       Q.    And have you heard of the group
7    Take Back the Bronx?
8       A.    I don't recall that name.
9       Q.    What do you know about the group
10   Decolonize This Place?                                   15:15
11            MR. DEAN:  Objection to form.
12      A.    In terms of their history or --
13      Q.    Based on your experience as the
14   Commissioner of the Community Affairs Unit,
15   what was your understanding of this group?               15:16
16            MR. DEAN:  Objection to form.
17      A.    It was started years before by, I
18   think several professors, initially over some
19   protests at some of the city's museums.  And
20   they had expanded and did stuff around police            15:16
21   abolition, the Palestine-Israeli conflict, or
22   the Palestine -- the occupation of Palestine,
23   and other local and global issues.
24      Q.    Have you monitored protests that
25   they had been a part of organizing?                      15:17



800.211.DEPO (3376)
EsquireSolutions.com

1                       M. Carrion
2        A.    Yes.
3        Q.    Do you recall how many?
4              MR. DEAN:  Objection.  Form.
5        A.    I don't recall.                                    15:17
6        Q.    Do you remember, or what was the
7    vibe of the protests that you monitored that
8    were organized in part or whole by Decolonize
9    This Place?
10       A.    You said "vibe"?                                   15:17
11       Q.    Yes.
12       A.    What do you mean by "vibe"?
13       Q.    I'm sorry.  Tenor.
14       A.    In general or just the -- in
15   general their protests that they organized,    15:18
16   or actions?
17       Q.    Based on the ones that you
18   observed.
19       A.    They were very organized, highly
20   political.  Very good at theater.              15:18
21       Q.    What does "very organized" mean?
22       A.    As opposed to many of the protests
23   at the time, which were kind of ad hoc, and
24   many were just people would make an
25   announcement on social media, folks would      15:18



1           M. Carrion
2  just gather at a certain location and decide
3  what to do.  There was always a feeling that
4  Decolonize This Place had a plan of what they
5  were trying to do.  I'm unsure what that plan          15:18
6  was, but they just seemed more organized.
7      Q.    A plan for the protest?
8      A.    Yes.
9      Q.    And I think you said they were very
10 good at theater.  What do you mean by that?            15:19
11     A.    Their graphics.  Their communiques.
12 They were definitely influenced by movements
13 of the past.
14     Q.    Now, did you discuss this planned
15 protest on June 4th in Mott Haven with anyone          15:19
16 in the Mayor's office?
17     A.    I don't recall.
18     Q.    Did you discuss this planned
19 protest with any community members?
20     A.    I don't believe so.                          15:19
21     Q.    What community members?
22     A.    No.  I don't believe so.
23     Q.    Oh.
24     A.    Yeah.
25     Q.    Did you have any discussions about          15:19



| | | |
|---|---|---|
| 1 | M. Carrion | |
| 2 | this planned protest in advance with any | |
| 3 | elected officials from the Bronx? | |
| 4 | A.   I don't believe so. | |
| 5 | Q.   Other than people within the Office | 15:20 |
| 6 | of the Mayor, did you have any discussions | |
| 7 | about this planned protest in advance with | |
| 8 | anyone? | |
| 9 | A.   Only with my staff. | |
| 10 | Q.   What about with the Mayor or his | 15:20 |
| 11 | chief of staff? | |
| 12 | A.   I don't recall. | |
| 13 | Q.   Are you aware -- let me ask you | |
| 14 | first, is it your testimony that you did not | |
| 15 | discuss this protest in advance with anyone | 15:20 |
| 16 | from the NYPD? | |
| 17 | A.   I don't recall. | |
| 18 | Q.   Do you know whether anyone in the | |
| 19 | Mayor's office spoke with anyone in the NYPD | |
| 20 | about the protest on June 4th in Mott Haven | 15:21 |
| 21 | before it occurred? | |
| 22 | A.   I don't know. | |
| 23 | Q.   Did you receive any information | |
| 24 | from the NYPD about its preparations for | |
| 25 | policing the protest in advance? | 15:21 |



```
1                       M. Carrion
2        A.     I don't recall.
3        Q.     Were you aware of any NYPD
4   preparations for policing this protest before
5   it happened?                                          15:21
6        A.     For this particular one?
7        Q.     Yes.
8               MR. DEAN:  Objection.  Form.
9        A.     I don't recall.
10             (Carrion Exhibit 16,                       15:21
11       DEF-E_000017781-782 marked for
12       identification, as of this date.)
13       Q.     I have put what's marked as Carrion
14  Exhibit 16 in the chat.  If you can open it
15  up.  And you should be looking at an e-mail           15:22
16  from you to Dustin Ridener on June 4th at
17  3:53 p.m.
18       A.     Yes.
19       Q.     So, just review this e-mail and
20  then let me know when you are done.                   15:22
21       A.     Okay.
22       Q.     So, you write, "the Hub 149th and
23  3rd is the place where expect most action."
24  And that was -- the Hub at 149th and 3rd is
25  where the Mott Haven protest started?                 15:23
```



```
 1                    M. Carrion
 2           MR. DEAN:  Objection.  Form.
 3      A.   Did I see anything with my own
 4  eyes?  No.                                               16:13
 5           (Carrion Exhibit 21,
 6      CONFIDENTIAL_DEF_DEP_MARCO CARRION
 7      TEXTS_PART 2_00133 through 00135 marked
 8      for identification, as of this date.)
 9      Q.   I'm going to share with you an
10  exhibit marked Exhibit 21, which has text             16:13
11  messages with two participants, 27 total
12  messages, on June 4th, 2020.
13      A.   Okay.
14      Q.   So, these are messages starting --
15  the first message starts on June 4th, 2020,           16:15
16  at 10:15 p.m.?
17      A.   Um-hum.
18      Q.   Can you say verbally yes or no if
19  you agree with that?
20      A.   I'm sorry.  Yes.                             16:15
21      Q.   And the person asks you how are you
22  doing, or "How you doing?"  Based on your
23  reading of these text messages, were you
24  corresponding with someone you knew?
25      A.   Yes.                                          16:15
```



1                        M. Carrion
2        Q.   Do you believe that the person you
3    were corresponding with was in your contacts?
4        A.   Yes.
5        Q.   And based on your reading, do you                16:15
6    know who it was that you were corresponding
7    with?
8        A.   No.
9        Q.   Do you think it was someone within
10   the Mayor's office?                                       16:15
11            MR. DEAN:  Objection.  Form.
12       A.   Yes.
13       Q.   So, the person asks at 10:16 p.m.,
14   "Are they violent?"  You respond, "The
15   protesters, no," at 10:17 p.m.  The person           16:16
16   then asks, "Cops," and you respond at
17   10:17 p.m., "Aggressive."
18            What do you mean by "aggressive"?
19       A.   Yeah.  I can't tell you what I
20   meant by this at that moment.                         16:16
21       Q.   Because you do not remember?
22       A.   I don't remember this particular
23   moment, you know, what was in my mind at
24   10:17 on the 4th.
25       Q.   What do you understand, sitting              16:16



```
 1                      M. Carrion
 2   here today, "aggressive" to mean?
 3           MR. DEAN:  Objection to form.
 4       A.   In reading this series of text
 5   messages, it's -- you know, I said they've              16:17
 6   been using the curfew to arrest protesters
 7   regardless of tenor of march, and that is
 8   what I say my words there -- what I was
 9   referring to.
10       Q.   So, you believed that you saw                  16:17
11   aggressive actions by the police officers on
12   June 4th?
13       A.   I don't recall what I saw.  What I
14   am saying is that in reading what you
15   provided me, what I say in my own words is              16:17
16   that the curfew is being used to arrest
17   protesters regardless of the tenor of the
18   march.  That's exactly -- I'm reading it
19   verbatim.
20       Q.   And was that -- were those actions             16:18
21   consistent with the message that Freya
22   Rigterink had transmitted to you earlier that
23   day about the proposed police response to
24   protests after curfew?
25           MR. DEAN:  Objection to form.                   16:18
```



1                        M. Carrion
2        A.    I don't know.
3        Q.    Do you need to look at what she
4    said again?
5              MR. DEAN:  Objection to form.                    16:18
6        A.    Yeah, I could look at it again.
7        Q.    Okay.  So, if you could turn back
8    to Exhibit 17, and it is the e-mail on
9    June 4th at 5:25 p.m., and the paragraph
10   starting, "Demonstrations after curfew."        16:19
11       A.    Okay.
12       Q.    So, what you report by text here at
13   10:19 on 6/4/2020, that "using the curfew to
14   arrest protesters regardless of the tenor of
15   the march," do you believe that to be             16:19
16   consistent with the expectation written in
17   the e-mail at 5:25 about demonstrations after
18   curfew?
19       A.    What I wrote does not match what
20   Freya put in her e-mail.                          16:19
21       Q.    And at 10:19, you say, "That was
22   from my vantage point and my teams field
23   reports."
24       A.    Yes.
25       Q.    So, the person then says at             16:20



800.211.DEPO (3376)
EsquireSolutions.com

1              M. Carrion
2    10:19 p.m., "Bill must be okaying this," and
3    then at 10:20, "or he doesn't know."  Is that
4    referring to Mayor Bill de Blasio?
5              MR. DEAN:  Objection to form.                16:20
6       A.    I don't know.
7       Q.    Do you read it as referring to
8    Mayor Bill de Blasio?
9       A.    Yes.
10      Q.    Now, you wrote at six -- on             16:20
11   June 20th, 2020, at 10:20, "The deal with PD
12   is they would let folks march if they were
13   peaceful."
14      A.    Yes.
15      Q.    And is that consistent with the          16:20
16   understanding conveyed by Freya at the
17   5:25 e-mail?
18             MR. DEAN:  Objection, form.
19      A.    I can't say what I believed at that
20   moment.  I can only respond to what you           16:21
21   provided me in these documents.
22             I don't know why I believed there
23   was a deal.  I just -- I don't recall.  I
24   don't recall how I received that information.
25   I don't recall what I believed at that            16:21



```
 1                       M. Carrion
 2   moment.  All I know is what I see on the
 3   screen when I am reading.
 4       Q.    And did you generally communicate
 5   accurately in your texts?                              16:21
 6       A.    Yes.
 7       Q.    And that was contemporaneous on the
 8   night of June 4th?
 9       A.    At 10:20 p.m.?
10             MR. DEAN:  Objection to form.                16:22
11       A.    Yeah, I believe so.
12             (Carrion Exhibit 22,
13        DEF-E_000052961-964 marked for
14        identification, as of this date.)
15       Q.    I would like you to look at                  16:22
16   Exhibit 22, and this is another e-mail thread
17   that begins at the top on June 4th at 9:30,
18   and it's in reverse chronological order.
19       A.    Okay.
20             Okay.                                        16:24
21       Q.    Again, this is an e-mail in reverse
22   chronological order, so I would like to start
23   at the back and the first e-mail, from
24   Gabriel Schnake Mahl on June 4th at 5:29 p.m.
25       A.    Um-hum.                                      16:25
```



```
 1                      M. Carrion
 2            MS. BIKLEN:  I'm going to take
 3       silence as a no, so I think you're done,
 4       Mr. Carrion.  Thank you very much.
 5            THE WITNESS:  Thank you.                        17:23
 6                         oOo
 7            I,  MARCO ANTONIO CARRION, the witness
 8     herein, do hereby certify that the foregoing
 9     testimony of the pages of this deposition to be a
10     true and correct transcript, subject to the
11     corrections, if any, shown on the attached page.
12                              _____
13
14     Subscribed and sworn to before me this
15     _____day of _____,_____.
16     _____
17               NOTARY PUBLIC
18
19
20
21
22
23
24
25
```


800.211.DEPO (3376)
EsquireSolutions.com

1

2                C E R T I F I C A T E

3              I, Bonnie Pruszynski, RPR, RMR, do

4    hereby certify that on April 20, 2023,

5    appeared before me, MARCO ANTONIO CARRION.

6              I further certify that the said

7    witness was first duly sworn to testify to the truth

8    in the cause aforesaid.

9              I further certify that the signature

10   of the witness to the foregoing deposition was not

11   specified by counsel.

12             I further certify that I am not

13   counsel for nor in any way related to any of the

14   parties to this suit, nor financially interested in

15   the action.

16             IN WITNESS WHEREOF, I have hereunto

17        set my hand this 1st    of May, 2023.

18

19        _____

20             Bonnie Pruszynski

21

22

23

24

25

