UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re: New York City Policing During Summer    :        ORDER
2020 Demonstrations                                     20 Civ. 8924 (CM) (GWG)
                                                :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

  A conference to discuss Docket # 1055 shall take place on <u>Wednesday, June 21, 2023, at 11:30 a.m.</u>  The City is directed to have an individual participate in the call with personal knowledge of the factual matters raised and who is available to answer questions.  In light of the Court's unavailability for a conference before that date, the Court will modify its ruling in Docket # 1057 to permit a response from defendants to Docket # 1055 to be filed on or before June 20, 2023, at 4:00 p.m.

  To dial into the telephone conference, the attorneys should use the number they were previously provided.  The public may listen to the conference by dialing 877-810-9415 and using access code: 4086346.  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.  Only one attorney for plaintiffs and one attorney for defendant will be permitted to address the Court with respect to this dispute.  When addressing the Court, counsel must <u>not</u> use a speakerphone.  Each attorney is directed to ensure that all other attorneys on the case are aware of the conference date and time.

  SO ORDERED.

Dated: June 14, 2023
   New York, New York

                _____
                GABRIEL W. GORENSTEIN
                United States Magistrate Judge