**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re: New York City Policing During
Summer 2020 Demonstrations

This filing is related to:
ALL CASES

No. 20 Civ. 8924 (CM)(GWG)

**STIPULATION AND [PROPOSED]**
**ORDER**

      **IT IS HEREBY STIPULATED AND AGREED,** by the non-stayed Plaintiffs and

Defendants, that (1) Deputy Commissioner Carrie Talansky shall be deposed as a 30(b)(1) and

30(b)(6) witness on the already scheduled date of June 27, 2023; (2) a second deposition date may

be held on either June 28, 29 or 30 of no more than four hours, if Plaintiffs reasonably believe they

need additional time to complete her deposition; and (3) Defendants will produce to the non-stayed

Plaintiffs a partial production of the pre-deposition materials required by ECF No. 670 for Deputy

Commissioner Carrie Talansky no later than 5 p.m. on June 16, 2023, and a full production of the

pre-deposition materials no later than 5 p.m. on June 21, 2023.

Dated: New York, New York
     June 15, 2023

**STIPULATED AND AGREED:**

Hon. Sylvia O. Hinds-Radix
Corporation Counsel of the City of New York
100 Church Street Rm. 3-207
New York, NY 10007

By:    /s/ *Amy Robinson*

       Amy Robinson
       Senior Counsel

*Counsel for Defendants*

NEW YORK CIVIL LIBERTIES UNION FOUNDATION

By:  *s/Molly K. Biklen*
    Molly K. Biklen
    Perry Grossman
    Jessica Perry
    Daniel R. Lambright
    Robert Hodgson
    Veronica Salama
    Lisa Laplace
    Christopher T. Dunn
    125 Broad Street, 19th Floor
    New York, NY 10004
    (212) 607-3300
    mbiklen@nyclu.org

THE LEGAL AID SOCIETY

By: *s/ Corey Stoughton*
    Corey Stoughton
    Jennvine Wong
    Rigodis Appling
    Paula Garcia-Salazar
    199 Water Street
    New York, NY 10038
    (212) 577-3367
    cstoughton@legal-aid.org

*Co-Counsel for Plaintiffs in Payne v. de Blasio, 20 Civ. 8924*

LETITIA JAMES
*Attorney General of the State of New York*

By: /s/ *Travis England*
Lillian Marquez, *Assistant Attorney General*
Swati Prakash, *Assistant Attorney General*
Travis England, *Deputy Bureau Chief*
Office of the New York State Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
(212) 416-8250

*Counsel for Plaintiff in People of the State of New York v. City of New York, No. 21-cv-322*

DAVIS WRIGHT TREMAINE LLP

/s/*Robert D. Balin*
Robert D. Balin
Abigail B. Everdell
Kathleen Farley
Nimra Azmi
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Fax: (212) 489-8340
robbalin@dwt.com

Mickey H. Osterreicher, Esq.
70 Niagara Street
Buffalo, NY 14202
Phone: (716) 983-7800
lawyer@nppa.org

WYLIE STECKLOW PLLC
By: Wylie Stecklow
Wylie Stecklow PLLC
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
NYC NY 10019
t: 212 566 8000
Ecf@wylielaw.com

Alicia Calzada (*pro hac vice*)
ALICIA WAGNER CALZADA, PLLC
Deputy General Counsel
National Press Photographers Association
12023 Radium , Suite B1
San Antonio, TX 78216
Phone: 210-825-1449
Alicia@calzadalegal.com
Wylie Stecklow

*Counsel for Plaintiffs in Gray, et al v. City of New York, et al, No. 21-cv-06610*

The Aboushi Law Firm PLLC

/s/ *Tahanie Aboushi*
Tahanie A. Aboushi, Esq.

Aymen A. Aboushi, Esq.
The Aboushi Law Firm
1441 Broadway, 5th Floor
New York, NY 10018
Tel: (212) 391-8500
Fax: (212) 391-8508
Aymen@Aboushi.com
Tahanie@Aboushi.com

*Counsel for Plaintiffs in Rolon, et al v. City of New York, et al, No. 21-cv-2548*


**<u>SO ORDERED:</u>**


Dated: _____
       New York, New York              _____
                                         Hon. Gabriel Gorenstein