Case 1:20-cv-08924-CM    Document 1063    Filed 06/16/23    Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S) NEW YORK CIVIL LIBERTIES UNION
125 BROAD STREET, FL. 19 NEW YORK, NY 10004 | PH: (212) 607-3300

Index Number: 1:20-CV-08924-CM
Date Filed: 04/25/2023

JARRETT PAYNE, ETAL

vs

MAYOR BILL DE BLASIO, ETAL

Plaintiff

Defendant

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

## AFFIDAVIT OF SERVICE

Husam Al-Atrash, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **6/15/2023**, at **8:10 PM** at **1038 CROSS BAY BOULEVARD, BROAD CHANNEL, NY 11693-1130**, Deponent served the within **SUMMONS IN A CIVIL ACTION, CORRECTED SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL WITH ATTACHMENTS**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **CHIEF KENNETH LEHR**, Defendant therein named, ( hereinafter referred to as "subject").

By delivering a true copy of each to said subject **personally**; Deponent knew the person so served to be the person described in as said subject therein. A description of is as follows:

**Sex**: Male   **Color of skin**: White   **Color of hair**: Brown   **Age**: 55
**Height**: 5ft9in-6ft0in   **Weight**: 161-200 Lbs.   **Other**:

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on June 16, 2023

Joseph Knight
Notary Public - State of New York
No. 01KN6178241
Qualified in New York County
My Commission Expires 11/26/23

Client's File No.:

Process Server, Please Sign
Husam Al-Atrash
Lic# 1279639
Job #: 2333003

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*
UNITED PROCESS SERVICE