UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

In Re: New York City Policing During Summer 2020 Demonstrations

**MOTION TO WITHDRAW**

20 Civ. 8924 (CM) (GWG)

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that Sergey Marts hereby withdraws as counsel in the above-captioned consolidated litigation. After June 16, 2023, I will no longer be associated with the Corporation Counsel of the City of New York.

Dated: New York, New York
      June 16, 2023

                              HON. SYLVIA O. HINDS-RADIX
                              Corporation Counsel of the City of New York
                              *Attorney for Defendant City of New York*
                              100 Church Street
                              New York, New York 10007
                              (212) 356-5051

                       By: *Sergey Marts*
                              Sergey Marts
                              *Assistant Corporation Counsel*
                              Special Federal Litigation Division

cc:      All Counsel (By ECF)