UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jarrett Payne, et al.

*(List the name(s) of the plaintiff(s)/petitioner(s).)*

____ Civ. 1:20-cv-08924( CM ) ( GG )

- against -

**AFFIRMATION OF SERVICE**

Mayor Bill DeBlasio, et al.

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* __Aaron Moyne__, declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*: __SUMMONS IN A CIVIL ACTION, CORRECTED SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL__

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* __by First Class Mailing in an envelope marked "Personal and Confidential"__ to the following persons *(list the names and addresses of the people you served)*:

Officer Taylor Corcoran - New York City Police Department - Narcotics Division - Brooklyn North
245 Glenmore Avenue, Brooklyn, NY 11207

on *(date you served the document(s))* __On 06/22/2023__.

Dated: 6/22/2023

State of NY
County of NY
Sworn to before me this 22nd
day of June 2023

BETH HAROULES
Notary Public, State of New York
No. 02HA4890292
Qualified in New York County
Commission Expires March 30, 20__

Signature: Aaron S. A. Moyne
Address: 199 Water Street, Fl 4
City, State: New York, NY
Zip: 10038
Telephone Number: 646-413-0758
E-Mail Address: amoyne@legal-aid.org

Rev. 01/2013

# AFFIDAVIT OF SERVICE

| Case:<br>1:20-cv-08924 (CM)(GG) | Court:<br>UNITED STATES DISTRICT COURT; SOUTHERN DISTRICT OF NEW YORK | County: | Job:<br>9072257 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>JARRETT PAYNE; ANDIE MALI; CAMILA GINI; VIDAL GUZMAN; VIVIAN MATTHEW KING-YARDE; CHARLIE MONLOUIS-ANDERLE; JAMES LAUREN; MICAELA MARTINEZ; JULIAN PHILLIPS; NICHOLAS MULDER; and COLLEEN MCCORMACK-MAITLAND, | | **Defendant / Respondent:**<br>MAYOR BILL DE BLASIO; CHIEF OF DEPARTMENT TERENCE MONAHAN; CITY OF NEW YORK; COMMANDING OFFICER OF PATROL BOROUGH BRONX, CHIEF KENNETH LEHR; SERGEANT MAJER SALEH; OFFICER BRYAN S. ROZANSKI; OFFICER JAKUB TARLECKI; SERGEANT KEITH CHENG; OFFICER MATTHEW TARANGELO; OFFICER STEPHANIE CHEN; OFFICER TAYLOR CORCORAN; OFFICER MATTHEW L. PERRY; DETECTIVE DAMIAN RIVERA; OFFICER BRYAN PIZZIMENTI; OFFICER JOSEPH DECK; LIEUTENANT MICHAEL BUTLER; OFFICER AARON HUSBANDS; SERGEANT THOMAS E. MANNING; OFFICERS JOHN DOE 1-26; OFFICER JANE DOE 1; OFFICER DOE ESPOSITO; and OFFICER HENSLEY CARABALLO, | |
| **Received by:**<br>Undisputed Legal | | **For:**<br>LEGAL AID SOCIETY | |
| **To be served upon:**<br>Officer Taylor Corcoran | | | |

I, Michael Gorman, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** PAA QUAGLIANO, 1 Police Plz, New York, NY 10038
**Manner of Service:** Authorized, Jun 22, 2023, 3:55 pm EDT
**Documents:** SUMMONS IN A CIVIL ACTION CORRECTED SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL AFFIDAVIT OF SERVICE

**Additional Comments:**
1) Successful Attempt: Jun 22, 2023, 3:55 pm EDT at 1 Police Plz, New York, NY 10038, received by PAA QUAGLIANO.
Age: 27; Skin Color: Caucasian; Gender: Female; Weight: 145; Height: 5'6"; Hair: Brown;

Michael Gorman
1381333
Date

Undisputed Legal
590 Madison Ave 21st floor
New York, NY 10022

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
6/22/23
Date

Commission Expires
Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

## AFFIDAVIT OF NON-SERVICE

| Case:<br>1:20-cv-08924 (CM) (GG) | Court:<br>UNITED STATED DISTRICT COURT; SOUTHERN DISTRICT OF NEW YORK | County: | Job:<br>9021126 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>JARRETT PAYNE; ANDIE MALI; CAMILA GINI; VIDAL GUZMAN; VIVIAN MATTHEW KING-YARDE; CHARLIE MONLOUIS-ANDERLE; JAMES LAUREN; MICAELA MARTINEZ; JULIAN PHILLIPS; NICHOLAS MULDER; and COLLEEN MCCORMACK-MAITLAND, | | **Defendant / Respondent:**<br>MAYOR BILL DE BLASIO; CHIEF OF DEPARTMENT TERENCE MONAHAN; CITY OF NEW YORK; COMMANDING OFFICER OF PATROL BOROUGH BRONX, CHIEF KENNETH LEHR; SERGEANT MAJER SALEH; OFFICER BRYAN S. ROZANSKI; OFFICER JAKUB TARLECKI; SERGEANT KEITH CHENG; OFFICER MATTHEW TARANGELO; OFFICER STEPHANIE CHEN; OFFICER TAYLOR CORCORAN; OFFICER MATTHEW L. PERRY; DETECTIVE DAMIAN RIVERA; OFFICER BRYAN PIZZIMENTI; OFFICER JOSEPH DECK; LIEUTENANT MICHAEL BUTLER; OFFICER AARON HUSBANDS; SERGEANT THOMAS E. MANNING; OFFICERS JOHN DOE 1-26; OFFICER JANE DOE 1; OFFICER DOE ESPOSITO; and OFFICER HENSLEY CARABALLO, | |
| **Received by:**<br>Undisputed Legal | | **For:**<br>LEGAL AID SOCIETY | |
| **To be served upon:**<br>Officer Taylor Corcoran | | | |

I, Dwight Morant, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Officer Taylor Corcoran, 1000 Sutter Ave New York City Police Department - 75th Precinct, Brooklyn, NY 11208
**Manner of Service:** Bad Address
**Documents:** SUMMONS IN A CIVIL ACTION CORRECTED SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL AFFIDAVIT OF SERVICE

**Additional Comments:**
1) Unsuccessful Attempt: Jun 14, 2023, 8:35 am EDT at 1000 Sutter Ave New York City Police Department - 75th Precinct, Brooklyn, NY 11208 No longer at this location. I spoke to Principal Johnson/ Katherine Johnson. She said he moved to the narcotics division.

_____
Dwight Morant      Date
2018133

Undisputed Legal
590 Madison Ave 21st floor
New York, NY 10022

Subscribed and sworn-to before me by the affiant who is personally known to me.

_____
Notary Public
6/22/23           11/26/26
Date

Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022