UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jarrett Payne, et al.
_____

*(List the name(s) of the plaintiff(s)/petitioner(s).)*

_____ Civ. 1:20-cv-08924( CM ) ( GG )

- against -

**AFFIRMATION OF SERVICE**

Mayor Bill DeBlasio, et al.
_____

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* __Aaron Moyne__, declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*: _____

SUMMONS IN A CIVIL ACTION, CORRECTED SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* __by First Class Mailing in an envelope marked "Personal and Confidential"__ to the following persons *(list the names and addresses of the people you served)*: _____

Officer Hensley Caraballo - Middletown Police Department
2 James Street, Middletown, NY 10940

on *(date you served the document(s))* __On 06/22/2023__.

6/22/2023
Dated

State of NY
County of NY
Sworn to before me this 22nd day of June 2023

BETH HAROULES
Notary Public, State of New York
No. 02HA4890292
Qualified in New York County
Commission Expires March 30, 2027

Signature: Aaron P. G. Moyne

Address: 199 Water Street, 7th Fl

City, State: New York, NY

Zip: 10038

Telephone Number: 646-413-0758

E-Mail Address: amoyne@legal-aid.org

Rev. 01/2013

## AFFIDAVIT OF SERVICE

| Case:<br>1:20-cv-08924<br>(CM) (GG) | Court:<br>UNITED STATES DISTRICT COURT; SOUTHERN DISTRICT OF NEW YORK | County: | Job:<br>9067092 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>JARRETT PAYNE; ANDIE MALI; CAMILA GINI; VIDAL GUZMAN; VIVIAN MATTHEW KING-YARDE; CHARLIE MONLOUIS-ANDERLE; JAMES LAUREN; MICAELA MARTINEZ; JULIAN PHILLIPS; NICHOLAS MULDER; and COLLEEN MCCORMACK-MAITLAND, | | **Defendant / Respondent:**<br>MAYOR BILL DE BLASIO; CHIEF OF DEPARTMENT TERENCE MONAHAN; CITY OF NEW YORK; COMMANDING OFFICER OF PATROL BOROUGH BRONX, CHIEF KENNETH LEHR; SERGEANT MAJER SALEH; OFFICER BRYAN S. ROZANSKI; OFFICER JAKUB TARLECKI; SERGEANT KEITH CHENG; OFFICER MATTHEW TARANGELO; OFFICER STEPHANIE CHEN; OFFICER TAYLOR CORCORAN, OFFICER MATTHEW L. PERRY, DETECTIVE DAMIAN RIVERA; OFFICER BRYAN PIZZIMENTI; OFFICER JOSEPH DECK; LIEUTENANT MICHAEL BUTLER; OFFICER AARON HUSBANDS; SERGEANT THOMAS E. MANNING; OFFICERS JOHN DOE 1-26; OFFICER JANE DOE 1; OFFICER DOE ESPOSITO; and OFFICER HENSLEY CARABALLO, | |
| **Received by:**<br>Undisputed Legal | | **For:**<br>LEGAL AID SOCIETY | |
| **To be served upon:**<br>Officer Hensley Caraballo | | | |

I, Roger Padilla , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** LT. Patrick Cunningham, 2 JAMES STREET, MIDDLETOWN, NY 10940
**Manner of Service:** Authorized, Jun 21, 2023, 5:13 pm EDT
**Documents:** SUMMONS IN A CIVIL ACTION; CORRECTED SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL; AFFIDAVIT OF SERVICE; AFFIDAVIT OF SERVICE BY MAIL

**Additional Comments:**
1) Successful Attempt: Jun 21, 2023, 5:13 pm EDT at 2 JAMES STREET, MIDDLETOWN, NY 10940 received by LT. Patrick Cunningham. Age: 40; Skin Color: Caucasian; Gender: Male; Weight: 180; Height: 5'11"; Hair: Bald;
The recipient confirmed they are authorized to accept

_R Padilla_
Roger Padilla                            Date

Undisputed Legal
590 Madison Ave 21st floor
New York, NY 10022

Subscribed and sworn to before me by the affiant who is personally known to me.

_[signature]_
Notary Public
6/22/23                    11/26/26
Date                       Commission Expires

Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022