UNITED STATES DISTRICT COURT; SOUTHERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
JARRETT PAYNE; ANDIE MALI; CAMILA GINI; VIDAL GUZMAN; VIVIAN MATTHEW KING-YARDE; CHARLIE MONLOUIS-ANDERLE; JAMES LAUREN; MICAELA MARTINEZ; JULIAN PHILLIPS; NICHOLAS MULDER; and COLLEEN MCCORMACK-MAITLAND,

**Defendant / Respondent:**
MAYOR BILL DE BLASIO; CHIEF OF DEPARTMENT TERENCE MONAHAN; CITY OF NEW YORK; COMMANDING OFFICER OF PATROL BOROUGH BRONX, CHIEF KENNETH LEHR; SERGEANT MAJER SALEH; OFFICER BRYAN S. ROZANSKI; OFFICER JAKUB TARLECKI; SERGEANT KEITH CHENG; OFFICER MATTHEW TARANGELO; OFFICER STEPHANIE CHEN; OFFICER TAYLOR CORCORAN; OFFICER MATTHEW L. PERRY; DETECTIVE DAMIAN RIVERA; OFFICER BRYAN PIZZIMENTI; OFFICER JOSEPH DECK; LIEUTENANT MICHAEL BUTLER; OFFICER AARON HUSBANDS; SERGEANT THOMAS E. MANNING; OFFICERS JOHN DOE 1-26; OFFICER JANE DOE 1; OFFICER DOE ESPOSITO; and OFFICER HENSLEY CARABALLO,

**AFFIDAVIT OF SERVICE**

Index No:
1:20-cv-08924 (CM) (GG)

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age. That on Fri, Jun 16 2023 AT 07:45 PM AT 2320 Hylan Blvd New York City Police Department - 122nd Precinct, Staten Island, NY 10306 deponent served the within SUMMONS IN A CIVIL ACTION CORRECTED SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL AFFIDAVIT OF SERVICE on Officer Bryan Pizzimenti

[ ] **Personal service delivery:** By delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporate service delivery:** By serving the above on _____ a domestic corporation, by delivering a true copy thereof to _____ who is the _____, a person authorized to accept service.

[ ] **Partnership service delivery:** By serving the above on _____ by delivering a true copy thereof to _____ _____ a person authorized to accept service.

[X] **Substituted service delivery:** By delivering a true copy thereof to SARGENT FALZARNI a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode.

[ ] **Military Service:** Deponent further states upon information and belief that said person so served is not in the Military Service of State of New York or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Jun 16, 2023, 7:45 pm EDT at 2320 Hylan Blvd New York City Police Department - 122nd Precinct, Staten Island, NY 10306 received by SARGENT FALZARNI. The recipient confirmed they are authorized to accept

**Description:**
Age: 35-50    Skin Color: Caucasian    Gender: Male    Weight: 170-180
Height: 5'9"                Hair: Black                Relationship:
Other

Marcus Charles 2102101-DCA

Sworn to before me on 6/22/23

Notary Public
Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jarrett Payne, et al.

*(List the name(s) of the plaintiff(s)/petitioner(s).)*

Civ. 1:20-cv-08924 ( CM ) ( GG )

- against -

**AFFIRMATION OF SERVICE**

Mayor Bill DeBlasio, et al.

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* __Aaron Moyne__, declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*:

__SUMMONS IN A CIVIL ACTION, CORRECTED SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL__

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* __by First Class Mailing in an envelope marked "Personal and Confidential"__ to the following persons *(list the names and addresses of the people you served)*:

__Officer Bryan Pizzimenti - New York City Police Department - 122 Precinct__
2320 Hylan Blvd, Staten Island, NY 10306

on *(date you served the document(s))* __On 06/22/2023__.

Dated: 6/22/2023

State of NY
Cnty of NY
Sworn to before me this 22nd day of June 2023

BETH HAROULES
Notary Public, State of New York
No. 02HA4890292
Qualified in New York County
Commission Expires March 30, 20__

Signature: Aaron S. A. Moyne
Address: 199 Water Street, F14
City, State: New York, NY
Zip: 10038
Telephone Number: 646-413-0758
E-Mail Address: amoyne@legal-aid.org

Rev. 01/2013