UNITED STATES DISTRICT COURT; SOUTHERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
JARRETT PAYNE; ANDIE MALI; CAMILA GINI; VIDAL GUZMAN; VIVIAN MATTHEW KING-YARDE; CHARLIE MONLOUIS-ANDERLE; JAMES LAUREN; MICAELA MARTINEZ; JULIAN PHILLIPS; NICHOLAS MULDER; and COLLEEN MCCORMACK-MAITLAND,

**Defendant / Respondent:**
MAYOR BILL DE BLASIO; CHIEF OF DEPARTMENT TERENCE MONAHAN; CITY OF NEW YORK; COMMANDING OFFICER OF PATROL BOROUGH BRONX, CHIEF KENNETH LEHR; SERGEANT MAJER SALEH; OFFICER BRYAN S. ROZANSKI; OFFICER JAKUB TARLECKI; SERGEANT KEITH CHENG; OFFICER MATTHEW TARANGELO; OFFICER STEPHANIE CHEN; OFFICER TAYLOR CORCORAN; OFFICER MATTHEW L. PERRY; DETECTIVE DAMIAN RIVERA; OFFICER BRYAN PIZZIMENTI; OFFICER JOSEPH DECK; LIEUTENANT MICHAEL BUTLER; OFFICER AARON HUSBANDS; SERGEANT THOMAS E. MANNING; OFFICERS JOHN DOE 1-26; OFFICER JANE DOE 1; OFFICER DOE ESPOSITO; and OFFICER HENSLEY CARABALLO,

**AFFIDAVIT OF SERVICE**

Index No:
1:20-cv-08924 (CM) (GG)

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age. That on Wed, Jun 14 2023 AT 12:19 PM AT 321 E 5th St New York City Police Department - 9th Precinct, New York, NY 10003 deponent served the within SUMMONS IN A CIVIL ACTION; CORRECTED SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL; AFFIDAVIT OF SERVICE; AFFIDAVIT OF SERVICE BY MAIL on Officer Bryan S. Rozanski

- [ ] **Personal service delivery:** By delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [ ] **Corporate service delivery:** By serving the above on _____ a domestic corporation, by delivering a true copy thereof to _____ who is the _____, a person authorized to accept service.
- [ ] **Partnership service delivery:** By serving the above on _____ by delivering a true copy thereof to _____ _____ a person authorized to accept service.
- [X] **Substituted service delivery:** By delivering a true copy thereof to SGT TIERNEY a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode.
- [ ] **Conspicuous service delivery:** by affixing a true copy of each to the door thereof, the deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat.
- [ ] **Mailing:** On deponent enclosed a copy of same in a postage-paid sealed wrapped properly addressed to at _____, First Class Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise. that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.
- [ ] **Military Service:** Deponent further states upon information and belief that said person so served is not in the Military Service of State of New York or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Jun 14, 2023, 12:19 pm EDT at 321 E 5th St New York City Police Department - 9th Precinct, New York, NY 10003 received by SGT TIERNEY.
The recipient confirmed they are authorized to accept

**Description:**
Age: 45     Skin Color: Caucasian     Gender: Male     Weight: 185
Height: 6'     Hair: Brown     Relationship: _____
Other _____

Michael Gorman
1381333

Sworn to before me on 6/21/23

Notary Public

Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jarrett Payne, et al.

*(List the name(s) of the plaintiff(s)/petitioner(s).)*

Civ. 1:20-cv-08924( CM ) ( GG )

- against -

**AFFIRMATION OF SERVICE**

Mayor Bill DeBlasio, et al,

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* Aaron Moyne, declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*:

SUMMONS IN A CIVIL ACTION, CORRECTED SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* by First Class Mailing in an envelope marked "Personal and Confidential" to the following persons *(list the names and addresses of the people you served)*:

Officer Bryan S. Rozanski - New York City Police Department - 9th Precinct
321 E 5th Street, New York, NY 10003

on *(date you served the document(s))* On 06/22/2023.

Dated: 6/22/2023

State of NY
County of NY
Sworn to before me this 22nd
day of June 2023

BETH HAROULES
Notary Public, State of New York
No. 02HA4890292
Qualified in New York County
Commission Expires March 30, 20__

Signature: Aaron S. Q. Moyne
Address: 199 Water St., F14
City, State: New York, NY
Zip: 10038
Telephone Number: 646-413-0758
E-Mail Address: amoyne@legal-aid.org

Rev. 01/2013