# Exhibit A



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

June 6, 2023

Peter Scutero
Senior Counsel
New York City Law Department
Special Federal Litigation Division
100 Church Street
New York, NY 10007
(212) 356-2410
pscutero@law.nyc.gov

<u>Via E-Mail.</u>

   Re: <u>In re: New York City Policing During Summer 2020 Demonstrations,
     1:20-CV-8924 (CM) (GWG)</u> — Letter Request for Administrative Guide

Dear Mr. Scutero:

  I write regarding the Administrative Guide to, as directed by the Court during the May 23, 2023 conference, specify the provisions for which Defendants shall provide the versions that existed at the time of the Protests, *i.e.* the period from May 28, 2020, to February 12, 2021. I also write on behalf of the non-stayed Plaintiffs in the consolidated cases to request that Defendants clarify the following points regarding the recently produced Administrative Guide ("Admin Guide") marked as DEF_ADMIN_GUIDE_0000001 - DEF_ADMIN_GUIDE_0000914.

  1) During the May 23, 2023, conference, Ms. Fitzpatrick indicated that Defendants could provide a table of contents that contains sections and subsections of the Administrative Guide as it existed for the period of May 28, 2020, to February 12, 2021. Please provide a copy of this expanded table of contents.

  2) During our May 23, 2023, conference, and in previous communications you indicated that the published list recording amendments to the Department Manual, entitled the Department Manual Timeline ("Manual Timeline"),[1] is not a complete list of revisions to

---

[1] https://www.nyc.gov/assets/nypd/downloads/pdf/public_information/Update1.pdf.

the Patrol and Administrative Guides. Please provide a complete list of revisions to the Administrative Guide for the period of for the period of May 28, 2020, to February 12, 2021.

3)  In the Administrative Guide, numerous procedures include a "DATE EFFECTIVE" and have nothing listed for "LAST REVISION." Please confirm that for each procedure that has a blank "LAST REVISION" that there have been no changes made to that procedure since the date it became effective.

   a. For example, on page 147 of the Administrative Guide under Procedure No.: 310-05, there is no "last revision" identified. Please confirm whether this signifies that the policy went into effect on 5/15/2014 and has remained in place, without revisions, until today:



| ADMINISTRATIVE GUIDE | | |
|---|---|---|
| Section: Arrests | | Procedure No: 310-05 |
| REVIEW OF ARREST FOLDER | | |
| DATE EFFECTIVE: 05/15/14 | LAST REVISION: | PAGE: 1 of 1 |

   b. Please confirm that the signification of no identified "last revision" also applies to the following procedure numbers: 303-19, 303-20, 304-19, 308-05, 309-02, 309-03, 309-06, 309-08, 310-03, 315-01, 315-02, 316-01, 316-03, 316-05, 316-07, 316-10, 316-13, 316-16, 316-18, 316-21, 316-22, 316-24, 316-25, 316-29, 316-32, 316-33, 316-40, 316-41, 316-42, 316-43, 316-45, 316-46, 316-47, 322-01, 322-02, 322-03, 322-04, 322-05, 322-07, 322-09, 322-10, 322-11, 322-12, 322-13, 322-14, 322-15, 322-18, 322-20, 322-21, 322-25, 322-27, 322-28, 322-29, 322-31, 322-32, 322-34, 322-35, 322-36, 322-38, 322-39, 322-40, 322-41, 322-42, 322-43, 322-45, 322-46, 322-47, 322-48, 328-01, 328-02, 328-03?

4)  The Manual Timeline indicates that Procedure 328-28 was updated on January 17, 2023. In the Administrative Guide that Defendants produced only Procedure Numbers 328-01, 328-02, and 328-03 were produced. Did any Procedures, beyond 328-01, -02, and -03 from page 681-686 in the Administrative Guide, exist in the "Training" section with the prefix 328- at any time between May 28, 2020, and February 12, 2021?

Updated:     Tuesday, January 17, 2023
Procedure(s):
212-123   217-06   221-05   318-03   218-21   319-07   **328-28**

   a. If yes, please produce any additional procedures that were not produced.

5)  Similarly, please produce any Procedures that existed in the Administrative Guide at any time between May 28, 2020, and February 12, 2021, but were deleted entirely from the

Department Manual prior to June 2023 and thus are not in the current Administrative Guide produced to Plaintiffs.

6) The Manual Timeline also lists Procedure Numbers 304-26, 304-27, and 304-28 as being revised on June 10, 2021, please produce these Procedures.

```
Updated:      Thursday, June 10, 2021
Procedure(s):
202-29    204-09    205-40    205-63    205-68    205-69    205-71    205-72
205-73    206-03    206-10    206-13    208-02    208-03    208-05    210-01
210-08    211-14    212-11    212-77    212-129   215-18    219-14    219-29
219-30    219-32    221-16    221-23    304-01    304-02    304-03    304-04
305-05    304-06    304-07    304-08    304-09    304-10    304-11    304-12
304-13    304-14    304-15    304-16    304-17    304-18    304-20    304-21
304-22    304-23    304-24    304-25    304-26    304-27    304-28
```

7) Below are Procedures that we have identified as possibly most relevant and that appear to have been revised since the Protests. Please produce the following Procedures as they existed during the period of May 28, 2020, to February 12, 2021:

| Section | Procedure No: | Title | Date Effective | Last Revision | Admin Pg. No: |
|---|---|---|---|---|---|
| Duties and Responsibilities | 303-01 | **BOROUGH COMMANDER** | 5/27/2021 | I.O. 27 | 1 |
| Duties and Responsibilities | 303-02 | **BOROUGH EXECUTIVE OFFICER, OPERATIONS** | 5/27/2021 | I.O. 27 | 2 |
| Duties and Responsibilities | 303-03 | **BOROUGH EXECUTIVE OFFICER, ADMINISTRATION** | 5/27/2021 | I.O. 27 | 3 |
| Duties and Responsibilities | 303-04 | **BOROUGH ADJUTANT** | 5/27/2021 | I.O. 27 | 4 |
| Duties and Responsibilities | 303-05 | **BOROUGH OPERATIONS COMMANDER** | 5/27/2021 | I.O. 27 | 5 |
| Duties and Responsibilities | 303-11 | **COMMANDING OFFICER, INVESTIGATIONS UNITS** | 9/6/2022 | I.O. 93 | 11 |

| | | | | | |
|---|---|---|---|---|---|
| General Regulations | 304-01 | **ORDER OF RANK** | 6/10/2021 | I.O. 47 | 28 |
| General Regulations | 304-03 | **COMPLIANCE WITH ORDERS** | 6/10/2021 | I.O. 47 | 30 |
| General Regulations | 304-04 | **FITNESS FOR DUTY** | 4/21/2022 | I.O. 45 | 32 |
| General Regulations | 304-05 | **PERFORMANCE ON DUTY** | 11/4/2021 | I.O. 96 | 34 |
| General Regulations | 304-06 | **PROHIBITED CONDUCT** | 4/4/2022 | I.O. 37 | 36 |
| General Regulations | 304-10 | **FALSE OR MISLEADING STATEMENTS** | 8/26/2021 | I.O. 78 | 47 |
| General Regulations | 304-11 | **COMPLIANCE WITH NEW YORK CITY RIGHT TO KNOW ACT** | 6/10/2021 | I.O. 45 | 49 |
| General Regulations | 304-17 | **DEPARTMENT POLICY PROHIBITING RACIAL PROFILING AND BIAS-BASED POLICING** | 3/2/2022 | I.O. 25 | 62 |
| General Regulations | 304-18 | **DEPARTMENT EMAIL POLICY** | 11/16/2022 | I.O. 111 | 65 |
| General Regulations | 304-21 | **WHEN A MEMBER OF THE SERVICE ENCOUNTERS AN INDIVIDUAL OBSERVING, PHOTOGRAPHING, AND/OR RECORDING POLICE ACTIVITY** | 6/10/2021 | I.O. 47 | 74 |
| Uniforms and Equipment | 305-08 | **REQUIRED EQUIPMENT** | 9/10/2021 | I.O. 81 | 106 |
| Uniforms and Equipment | 305-12 | **SHIELDS/NAMEPLATES/IDENTIFICATION CARDS** | 1/23/2023 | I.O. 58 | 114 |
| Evidence | 315-01 | **EVIDENCE DISCREPANCY - CONTROLLED SUBSTANCES / NARCOTICS** | 9/6/2022 | I.O. 93 | 165 |

| | | | | | |
|---|---|---|---|---|---|
| Evidence | 315-02 | EVIDENCE DISCREPANCY - CONTROLLED SUBSTANCES / NARCOTICS (OUTSIDE LAW ENFORCEMENT AGENCY INVOLVED) | 9/6/2022 | I.O. 93 | 167 |
| Command Operations - Misc. | 316-01 | CRIME AND VANDALISM IN AND AROUND SCHOOLS | 7/1/2020 | N/A | 169 |
| Command Operations - Misc. | 316-29 | CRIME ANALYSIS AND CRIME STRATEGY DEPLOYMENT | 5/27/2021 | I.O. 37 | 200 |
| Command Operations - Misc. | 316-33 | UNUSUAL DISORDER PLAN ARREST PROCESSING | 4/21/2022 | I.O. 44 | 206 |
| Command Operations - Misc. | 316-37 | ACCEPTANCE OF RULE MAKING PETITIONS | 5/15/2014 | N/A | 213 |
| Command Operations - Misc. | 316-40 | PUBLIC ADDRESS AND FIELD COMMUNICATIONS EQUIPMENT | 1/13/2021 | I.O. 7 | 214 |
| Command Operations - Misc. | 316-47 | USE OF LONG RANGE ACOUSTIC DEVICES | 2/9/2022 | I.O. 102 | 228 |
| Disciplinary Matters | 318-01 | COMMAND DISCIPLINES AND AUTHORIZED PENALTIES | 2/16/2022 | I.O. 14 | 230 |
| Disciplinary Matters | 318-02 | ISSUANCE OF SCHEDULE A AND SCHEDULE B COMMAND DISCIPLINES | 2/16/2022 | I.O. 15 | 232 |
| Disciplinary Matters | 318-03 | PREPARATION OF CHARGES AND SPECIFICATIONS OR SCHEDULE C COMMAND DISCIPLINE | 1/17/2023 | R.O. 2 | 236 |

| | | | | | |
|---|---|---|---|---|---|
| Disciplinary Matters | 318-04 | **SERVICE AND DISPOSITION OF CHARGES AND SPECIFICATIONS** | 2/16/2022 | I.O. 13 | 240 |
| Disciplinary Matters | 318-05 | **CAUSE FOR SUSPENSION OR MODIFIED ASSIGNMENT** | 2/16/2022 | I.O. 13 | 242 |
| Disciplinary Matters | 318-06 | **SUSPENSION FROM DUTY UNIFORMED MEMBER OF THE SERVICE** | 12/14/2022 | I.O. 121 | 245 |
| Disciplinary Matters | 318-07 | **SUSPENSION FROM DUTY - CIVILIAN MEMBER OF THE SERVICE** | 3/7/2023 | R.O. 11 | 248 |
| Disciplinary Matters | 318-08 | **MODIFIED ASSIGNMENT** | 3/7/2023 | R.O. 11 | 250 |
| Disciplinary Matters | 318-09 | **MEMBER OF THE SERVICE ARRESTED (UNIFORMED OR CIVILIAN)** | 9/6/2022 | I.O. 93 | 253 |
| Disciplinary Matters | 318-10 | **REMOVAL OF FIREARMS FROM INTOXICATED UNIFORMED MEMBER OF THE SERVICE** | 9/6/2022 | I.O. 93 | 256 |
| Disciplinary Matters | 318-11 | **INTERROGATION OF MEMBERS OF THE SERVICE** | 2/16/2022 | I.O. 18 | 258 |
| Disciplinary Matters | 318-12 | **SEALING DISCIPLINARY RECORDS** | 2/16/2022 | I.O. 18 | 261 |
| Disciplinary Matters | 318-13 | **REMOVAL AND RESTORATION OF FIREARMS** | 3/7/2023 | R.O. 11 | 262 |
| Disciplinary Matters | 318-14 | **CITYWIDE COMMAND DISCIPLINE SYSTEM** | 2/16/2022 | I.O. 13 | 264 |

| | | | | | |
|---|---|---|---|---|---|
| Disciplinary Matters | 318-15 | **ORDERS OF PROTECTION SERVED ON MEMBERS OF THE SERVICE** | 9/6/2022 | I.O. 93 | 265 |
| Disciplinary Matters | 318-16 | **ORDERS OF PROTECTION PROHIBITING OFF-DUTY FIREARMS POSSESSION BY UNIFORMED MEMBERS OF THE SERVICE** | 3/7/2023 | R.O. 11 | 268 |
| Disciplinary Matters | 318-17 | **INVESTIGATION OF CIVILIAN COMPLAINTS** | 2/16/2022 | I.O. 13 | 272 |
| Disciplinary Matters | 318-18 | **DISPOSITION OF DISCIPLINARY CHARGES** | 2/16/2022 | I.O. 18 | 275 |
| Disciplinary Matters | 318-19 | **REVIEW OF DISCIPLINARY ACTION PROPOSED UNDER COMMAND DISCIPLINE** | 2/16/2022 | I.O. 18 | 276 |
| Disciplinary Matters | 318-20 | **RETURN OF PROPERTY TO MEMBER RELIEVED FROM SUSPENSION OR MODIFIED ASSIGNMENT** | 2/16/2022 | I.O. 13 | 278 |
| Disciplinary Matters | 318-21 | **DISMISSAL PROBATION GUIDELINES** | 1/17/2023 | R.O. 2 | 279 |
| Disciplinary Matters | 318-23 | **SUSPENSION/MODIFIED ASSIGNMENT MONITORING PROGRAM** | 2/16/2022 | I.O. 18 | 284 |
| Disciplinary Matters | 318-27 | **DISCIPLINARY PROCESS RECUSAL GUIDELINES** | 2/16/2022 | I.O. 18 | 296 |
| Disciplinary Matters | 318-28 | **INTEGRITY MONITORING FILE** | 12/2/2022 | I.O. 116 | 297 |
| Records and Reports | 322-04 | **FINEST COMMUNICATION SYSTEM** | 8/13/2019 | N/A | 447 |
| Records and Reports | 322-11 | **OFFICIAL COMMUNICATIONS - PREPARATION** | 6/1/2022 | I.O. 67 | 457 |

| Records and Reports | 322-27 | DEPARTMENT FORMS, LOGS AND REPORTS | 6/3/2022 | I.O. 69 | 474 |
|---|---|---|---|---|---|
| Records and Reports | 322-29 | DEPARTMENT DIRECTIVES/TYPES OF DIRECTIVES | 1/2/2023 | R.O. 1 | 478 |
| Records and Reports | 322-36 | REQUESTING/RECOMMENDING PUBLICATION OF DEPARTMENT DIRECTIVES | 1/2/2023 | R.O. 1 | 488 |
| Records and Reports | 322-42 | REQUESTING/RECOMMENDING PUBLICATION OF DEPARTMENT BULLETINS | 12/2/2022 | I.O. 116 | 498 |
| Records and Reports | 322-47 | RETENTION AND DESTRUCTION OF DEPARTMENT RECORDS | 6/3/2022 | I.O. 69 | 509 |
| Records and Reports | 322-48 | REQUEST FOR GEOGRAPHIC INFORMATION SYSTEM (GIS) RELATED SERVICES | 6/6/2022 | I.O. 70 | 511 |
| Training | 328-01 | IN-SERVICE TRAINING PROGRAM | 5/27/2021 | I.O. 27 | 681 |
| Evaluations | 331-01 | EVALUATIONS - GENERAL - MEMBERS OF THE SERVICE | 12/2/2022 | I.O. 116 | 813 |
| Evaluations | 331-02 | EVALUATION OF PROBATIONARY OFFICERS | 11/18/2021 | I.O. 99 | 818 |
| Evaluations | 331-03 | EVALUATION OF POLICE OFFICERS AND DETECTIVES ASSIGNED TO INVESTIGATIVE DUTIES | 11/18/2021 | I.O. 110 | 820 |

| | | | | | |
|---|---|---|---|---|---|
| Evaluations | 331-04 | EVALUATIONS OF POLICE OFFICERS AND DETECTIVES ASSIGNED TO NON-INVESTIGATIVE DUTIES | 11/18/2021 | I.O. 99 | 821 |
| Evaluations | 331-05 | EVALUATIONS OF SERGEANTS/LIEUTENANTS | 11/18/2021 | I.O. 99 | 825 |
| Evaluations | 331-06 | EVALUATION OF CAPTAIN THROUGH DEPUTY CHIEF | 11/18/2021 | I.O. 99 | 827 |
| Evaluations | 331-07 | EVALUATION OF ASSISTANT CHIEFS AND ABOVE/ CIVILIAN MANAGERS | 11/18/2021 | I.O. 110 | 829 |
| Evaluations | 331-08 | EVALUATION OF SUB-MANAGERIAL CIVILIAN PERSONNEL | 11/18/2021 | I.O. 99 | 830 |
| Evaluations | 331-09 | POLICE OFFICER/DETECTIVE SPECIALIST MONTHLY/ QUARTERLY PERFORMANCE REVIEW AND RATING SYSTEM | 11/18/2021 | I.O. 110 | 832 |
| Evaluations | 331-10 | APPEAL OF EVALUATION - UNIFORMED MEMBER OF THE SERVICE | 11/18/2021 | I.O. 99 | 837 |
| Employee Rights/Responsibilities | 332-02 | SEXUAL, ETHNIC, RACIAL, RELIGIOUS, OR OTHER DISCRIMINATORY SLURS THROUGH DISPLAY OF OFFENSIVE MATERIAL | 11/16/2022 | I.O. 111 | 851 |

Please produce all the versions of the Procedures requested above and the answers requested by **June 16, 2023**. If you object to that deadline, within one business day of receipt of this letter, please provide dates and times at which you can meet and confer on the issue.

Sincerely,

By: /s/ *Lillian M. Marquez*
Lillian Marquez, *Assistant Attorney General*
Office of the New York State Attorney General

9

                                        28 Liberty Street, 20th Floor  
                                        New York, NY 10005  
                                        (212) 416-8250  
                                        Lillian.Marquez@ag.ny.gov

CC: All counsel of record