UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: New York City Policing During Summer 2020 Demonstrations | Docket No.: 1:20-cv-08924-CM (L) <br><br> **APPEARANCE OF COUNSEL** |

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Consolidated Plaintiff, People of the State of New York.

Dated: June 27, 2023

By: /s/ _____
**John Marsella** (JM2913)
**Assistant Attorney General**
**New York State Office of the Attorney General**
Rochester Regional Office
144 Exchange Blvd., Suite 200
Rochester, New York 14614
Tel: (585) 327-3225
Fax: (585) 546-7514
john.marsella@ag.ny.gov