

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

Jenny Weng
Senior Counsel
jweng@law.nyc.gov
Phone: (212) 356-2648

June 27, 2023

**BY ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    In Re: *New York City Policing During Summer 2020 Demonstrations*,
        No. 20 Civ. 8924 (CM) (GWG)
        This filing is related to all cases

Your Honor:

    I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, and one of the attorneys assigned to the defense of the above-referenced matter. We write to inform the Court that the deposition of Carrie Talansky scheduled for June 27, 2023 has been canceled due to Ms. Talansky experiencing a medical emergency. Defendants will work with Plaintiffs to reschedule this deposition whether it be with Ms. Talansky or another witness designated to testify on Topics 20 and 21.

    Thank you for your time and attention to this matter.

        Respectfully submitted,

        *Jenny Weng*

        Jenny Weng
        *Senior Counsel*
        Special Federal Litigation Division

cc:    ALL COUNSEL (via ECF)