## BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET)
FRANK HANDELMAN

REF:   8443.01

WRITER'S DIRECT DIAL:
212-277-5825

June 26, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2003

**VIA ECF**
Hon. Colleen McMahon
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Sow et al. v. City Of New York et al.*
        Index No. 21-cv-00533 (CM)(GWG)

        *In re: New York City Policing During Summer 2020 Demonstrations*
        Index No. 20-cv-8924 (CM) (GWG)

*[Handwritten: Extension granted. Colleen McMahon 6/28/2003]*

*MEMO ENDORSED*

Your Honor:

We write on behalf of the *Sow* plaintiffs and the City of New York to request a brief extension of time to submit the unopposed motion for preliminary approval of a class settlement and attendant applications, in the above captioned matter. This is the first application for an extension of this motion.

The parties have been working cooperatively and diligently to bring this matter to Your Honor. However, getting all of the necessary details worked out with the claims administrator and receiving the necessary approvals has proven to be more time consuming than we had initially imagined.

We respectfully request that plaintiffs be allowed to file their unopposed motion for preliminary approval of a class settlement and attendant applications on or before July 19, 2023.

We thank the Court for its consideration of this matter.

Respectfully submitted,

David B. Ranki