UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In Re: New York City Policing During Summer     :         ORDER
2020 Demonstrations                                                         20 Civ. 8924 (CM) (GWG)
                                                                          :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The Court is in receipt of a letter from plaintiffs requesting the Court to compel defendants (the "City") to produce the prior versions of 67 provisions of the Police Department's "Administrative Guide" by June 30, 2023. See Docket # 1073. The City has opposed the request. See Docket # 1078.

      Following a conference last May on this topic, the Court issued an Order directing the City to produce the complete Administrative Guide to plaintiffs as it existed at that date. See Docket # 1006; Docket # 1026 ("May 23 Tr."), at 25, 30. Plaintiffs were permitted to identify "some reasonable number" of provisions in the current version of the Administrative Guide for which the City would provide the versions of as they existed in the relevant time period. See May 23 Tr. at 24. The Court anticipated that much of the Administrative Guide would be irrelevant and that "five or ten" provisions would be produced. Id.

      Plaintiffs now seek 67 such provisions. See Docket # 1073 at 2. They have done little to explain to the Court, however, why the 67 topics are of sufficient relevance that the City should be required to undergo the burdensome manual process of finding and producing the prior versions. See Docket # 1003 at 2-3. And the City's letter demonstrates that there are at least some topics that are of questionable relevance. See Docket # 1078 at 4.

      While the Court had originally contemplated that only "five or ten" provisions would be appropriate, the Court will permit plaintiffs to require production of a maximum of 40 provisions. Plaintiffs shall supply this list by June 29, 2023. In light of the holidays, the Court will require the City to produce the relevant provisions on or before July 14, 2023.

      The parties may extend these dates by mutual agreement and without Court order on the understanding that any such agreeement will have no effect on the expert discovery schedule.

      SO ORDERED.

Dated: June 28, 2023
       New York, New York

                                                                   GABRIEL W. GORENSTEIN
                                                                  United States Magistrate Judge