UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations<br><br>This filing is related to:<br>ALL CASES | No. 20 Civ. 8924 (CM)(GWG)<br><br>**STIPULATION AND [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED AND AGREED,** by the non-stayed Plaintiffs and Defendants in these consolidated cases as follows:

(1) Plaintiffs shall forego a deposition of former New York City Police Commissioner Dermot Shea;

(2) Defendants admit Requests for Admission Nos. 286, 287, 290, 291, 292, and 295 in Plaintiffs' Second Set of Consolidated Requests for Admission to Certain Defendants; and

(3) The parties are precluded from presenting former Commissioner Shea as a witness at trial or submitting an affidavit or a declaration from him in connection with a summary judgment motion.

Dated: New York, New York

June 29, 2023

**STIPULATED AND AGREED:**

Hon. Sylvia O. Hinds-Radix
Corporation Counsel of the City of New York
100 Church Street Rm. 3-207
New York, NY 10007

By:  *Amy Robinson*

    Amy Robinson
    Senior Counsel

- 2 -

*Counsel for Defendants*


NEW YORK CIVIL LIBERTIES UNION FOUNDATION

By: *s/*_____
   Perry Grossman
   Molly K. Biklen
   Jessica Perry
   Daniel R. Lambright
   Robert Hodgson
   Veronica Salama
   Lisa Laplace
   Christopher T. Dunn
   125 Broad Street, 19th Floor
   New York, NY 10004
   (212) 607-3300
   mbiklen@nyclu.org

THE LEGAL AID SOCIETY

By: */s/*_____
   Corey Stoughton
   Jennvine Wong
   Rigodis Appling
   Paula Garcia-Salazar
   199 Water Street
   New York, NY 10038
   (212) 577-3367
   cstoughton@legal-aid.org


*Co-Counsel for Plaintiffs in Payne v. de Blasio, 20 Civ. 8924*

LETITIA JAMES
*Attorney General of the State of New York*

By: /s/_____
Lillian Marquez, *Assistant Attorney General*
Swati Prakash, *Assistant Attorney General*
Travis England, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
(212) 416-8250

- 3 -

*Counsel for Plaintiff in People of the State of New York v. City of New York, No. 21-cv-322*

DAVIS WRIGHT TREMAINE LLP

/s/_____
Robert D. Balin
Abigail B. Everdell
Kathleen Farley
Nimra Azmi
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Fax: (212) 489-8340
robbalin@dwt.com

Mickey H. Osterreicher, Esq.
70 Niagara Street
Buffalo, NY 14202
Phone: (716) 983-7800
lawyer@nppa.org

WYLIE STECKLOW PLLC
By: Wylie Stecklow
Wylie Stecklow PLLC
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
NYC NY 10019
t: 212 566 8000
Ecf@wylielaw.com

Alicia Calzada (*pro hac vice*)
ALICIA WAGNER CALZADA, PLLC
Deputy General Counsel
National Press Photographers Association
12023 Radium , Suite B1
San Antonio, TX 78216
Phone: 210-825-1449
Alicia@calzadalegal.com
Wylie Stecklow

*Counsel for Plaintiffs in Gray, et al v. City of New York, et al, No. 21-cv-06610*

- 4 -

The Aboushi Law Firm PLLC

/s/ _____
Tahanie A. Aboushi, Esq.
Aymen A. Aboushi, Esq.
The Aboushi Law Firm
1441 Broadway, 5th Floor
New York, NY 10018
Tel: (212) 391-8500
Fax: (212) 391-8508
Aymen@Aboushi.com
Tahanie@Aboushi.com

*Counsel for Plaintiffs in Rolon, et al v. City of New York, et al, No. 21-cv-2548*

**SO ORDERED:**

Dated: _____            _____
       New York, New York            Hon. Gabriel W. Gorenstein