

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

July 3, 2023

**VIA ECF**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

  Re:  *People of the State of New York v. City of New York, et al.*, 21 Civ. 322 (CM)
     [rel. *Payne, et al. v. Mayor Bill de Blasio, et al.*, 20 Civ. 8924 (CM)
     *Gray, et al. v. City of New York, et al.*, 21 Civ. 6610 (CM)
     *Rolon, et al. v. City of New York, et al.,* 21 Civ. 2548 (CM)]

Dear Judge McMahon:

   I represent the plaintiff in *People v. City of New York, et al.*, 21 Civ. 322. I write on behalf of the remaining non-stayed plaintiffs seeking injunctive relief in In re: New York City Policing During Summer 2020 Demonstrations, 1:20-cv-08924-CM (in particular, *People*, *Payne*, *Gray*, and *Rolon*), along with Defendant City of New York and Union Intervenors Detectives Endowment Association, and Sergeant Benevolent Association (the "Parties"). The Parties respectfully request that the Court enter the attached proposed order staying discovery and all remaining deadlines for forty five (45) days and setting a status conference following the termination of the 45 day period.

   Thank you for your consideration of this request.

        Sincerely,

        */s/ Travis W. England*
        Travis W. England
        Deputy Bureau Chief
        Civil Rights Bureau
        New York State Office of the Attorney General

cc:  ECF Counsel of Record