UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: New York City Policing During
Summer 2020 Demonstrations

CIVIL ACTION NO. 20 Civ. 8924
(CM)(GWG)

~~[PROPOSED]~~ ORDER

This filing is related to:
ALL NON-STAYED CASES

The Parties' application to stay discovery and all other deadlines for forty-five (45) days

from the date of this order is granted. The Court hereby sets a status conference for September

14, at 2:00 P.M.

Dated: New York, New York
July 5, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/2023

**SO ORDERED:**

Dated: 5 July 2023
New York, New York

Hon. Colleen McMahon