

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2023

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

OMAR J. SIDDIQI
Senior Counsel
phone: (212) 356-2345
fax: (212) 356-3509
osdidiqi@law.nyc.gov

August 18, 2023

**BY ECF**
Honorable Collen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

OK
/s/ Collen McMahon
9/5/2023

Re: *In re N.Y.C. Policing During Summer 2020 Demonstrations*
20 Civ. 8924 (CM)

Your Honor:

       I am a Senior Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to the defense of the NYPD Defendants in this matter. I write jointly with the remaining non-stayed plaintiffs seeking injunctive relief in *In re: New York City Policing During Summer 2020 Demonstrations*, 20-cv-08924-CM (in particular, *People*, *Payne*, *Gray*, and *Rolon*), along with Union Intervenors Detectives Endowment Association, and Sergeant Benevolent Association (the "Parties").

       The parties are very close to completion of the mediation process but require a brief extension. As such, the Parties respectfully request that the Court grant a brief extension until September 5, 2023 of the Order dated July 5, 2023 staying discovery and all other deadlines.

Respectfully submitted,

*Omar J. Siddiqi*
Senior Counsel

cc:  BY ECF
      All Counsel of Record