UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations | 20 Civ. 8924 (CM)(GWG) <br><br> **[PROPOSED] ORDER** |
| This filing is related to: <br><br> *Payne v. de Blasio*, 20 Civ. 8924; <br><br> *People of the State of New York v. City of New York*, No. 21-cv-322; <br><br> *Gray, et al v. City of New York, et al*, No. 21-cv-06610; <br><br> *Rolon, et al v. City of New York*, et al, No. 21-cv-2548. | |

      For good cause shown, and in consideration of the Parties' Joint Motion to Dismiss Injunctive Claims with Prejudice and Retain Jurisdiction, the Court hereby GRANTS the Joint Motion, and specifically retains jurisdiction to enforce attached Stipulated Order Pursuant to Fed. R. Civ. P. 41(a)(2) (the "Agreement") in accordance with its terms for the duration of the Agreement, and incorporates into this Order the terms of the Agreement, which is annexed hereto as Exhibit A.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994) (recognizing that a federal district court may retain jurisdiction to enforce a "dismissal-producing settlement agreement" in its order); *Hendrickson v. United States*, 791 F.3d 354, 358 (2nd Cir. 2015); *see, e.g.*, So-Ordered Stipulation of Voluntary Dismissal With Prejudice, *Dannhauser v. TSG Reporting, Inc.*, No. 16 Civ. 747 (S.D.N.Y. Dec. 20, 2017), ECF No. 93.[1] Subject to the terms of this Order, the Court dismisses the remaining injunctive claims in the consolidated cases in the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

---

[1] *See also* Memo Endorsement Order, *Dannhauser v. TSG Reporting, Inc.*, No. 16 Civ. 747, (S.D.N.Y. July 9, 2019), ECF. No. 109 at 1, 13 (Court's endorsement of magistrate judge's report and recommendation finding the Court did have ancillary jurisdiction to decide dispute.)

SO ORDERED this _____ day of _____, 2023.

                                                                                                                   _____

                                                                                                                    Hon. Colleen McMahon

                                                                                                                    United States District Judge