STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

September 26, 2023

VIA ECF

The Honorable Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

>   Re:   *In re: New York City Policing During Summer 2020 Demonstrations,*
>   No. 20-CV-8924
>   *This Filing is Related to All Cases*

Dear Judge McMahon:

I write on behalf of counsel for all remaining Plaintiffs seeking injunctive relief in the consolidated matters to provide a response to the Police Benevolent Association's (PBA) letter request (ECF No. 1111) seeking an extension of time to submit papers in opposition to the proposed settlement.

Plaintiffs take no position on the PBA's request. However, if the Court decides to grant the PBA's request, Plaintiffs respectfully request that the Court additionally modify the briefing schedule to provide additional time for the settling parties' responses. Because of scheduling conflicts among counsel for Plaintiffs during the week of October 23, Plaintiffs respectfully request the following modifications to the briefing schedule:

- PBA Objections Due: October 6
- Settling Parties' Responses Due: November 1
- PBA Reply Due: November 8

Under this modified schedule, Plaintiffs would also request a brief adjournment of the Court's November 6 conference to the following week, to provide sufficient time for the Court to review the parties' filings under this schedule.

Respectfully submitted,

*/s/ Travis England*

Travis W. England, *Deputy Bureau Chief*
Civil Rights Bureau
Office of the New York State Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
Tel.: (212) 416-6233

*Counsel for Plaintiffs in People of the State of New York v. City of New York, et al.*, No. 21-CV- 322

cc:	All Counsel of Record (by ECF)