UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re New York City Policing During
Summer 2020 Demonstrations                                   20 CV 8924 (CM)(GWG)

_____ _____

# [PROPOSED] ORDER

The briefing schedule set by my Order of September 8, 2023 (ECF No. 1107) and the status conference date set by my Order of September 11, 2023 (ECF 1108) are hereby amended as follows:

| | |
|---|---|
| PBA motion to disapprove: | October 6, 2023 |
| Settling parties' opposition: | November 1, 2023 |
| PBA Reply: | November 13, 2023 |
| Status conference: | November ___, 2023, ___ _.m. |

Dated:  September __, 2023

                                                                               _____
                                                                                             U.S.D.J.

BY ECF TO ALL COUNSEL
BY EMAIL TO MAGISTRATE JUDGE GORENSTEIN