UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/2023

In Re New York City Policing During
Summer 2020 Demonstrations

20 CV 8924 (CM)(GWG)

## [~~PROPOSED~~] ORDER

The briefing schedule set by my Order of September 8, 2023 (ECF No. 1107) and the status conference date set by my Order of September 11, 2023 (ECF 1108) are hereby amended as follows:

        PBA motion to disapprove:    October 6, 2023
        Settling parties' opposition:   November 1, 2023
        PBA Reply:    November 13, 2023
        Status conference:    November 21, 2023, 10 a.m.

Dated: September 27, 2023

_Colleen McMahon_
U.S.D.J.

BY ECF TO ALL COUNSEL
BY EMAIL TO MAGISTRATE JUDGE GORENSTEIN

*There will be no further adjournment.*