```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In Re New York City Policing During
Summer 2020 Demonstrations                              20 cv 8924 (CM)(GWG)


---------------------------------------------------------------x

THIS FILING PERTAINS TO ALL CASES

---------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2023

### ORDER RESCHEDULING CONFERENCE

McMahon, J.:

The briefing schedule was amended by my order of September 27. 2023 (ECF No. 1114) and the status conference was adjourned until the briefing of the PBA motion is complete. The new date for the status conference is now Tuesday, November 21, 2023 at 10 AM.

Dated: October 4, 2023

_____
U.S.D.J.

BY ECF TO ALL COUNSEL
BY EMAIL TO MAGISTRATE JUDGE GORENSTEIN