UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

In Re: New York City Policing During Summer 2020 Demonstrations

Index No. 20-CV-8924(CM)(GWG)

-----------------------------------------------------------

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the Declaration of Louis Anemone, affirmed on October 6, 2023, and all prior pleadings and proceedings herein, the POLICE BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC. will move this Court, before the Hon. Colleen McMahon, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, on November 20, 2023, or such other date as the Court may establish, for an order, pursuant to Rule 41(a)(2), declining to approve the proposed settlement presented by counsel for Plaintiffs and the City of New York.

PLEASE TAKE FURTHER NOTICE THAT any opposition papers are to be filed on the ECF system by November 1, 2023, and any reply papers are to be filed on the ECF by November 13, 2023.

By: /s/ Thomas A. Kissane
Richard H. Dolan
Thomas A. Kissane
26 Broadway, 19th Floor
New York NY 10004
Tel.:   (212) 344-5400
Fax:   (212) 344-7677
Email: rdolan@schlamstone.com
Email: tkissane@schlamstone.com

*Attorneys for The Police Benevolent Association of the City of New York, Inc.*

- and -

**LAW OFFICES OF ROBERT S. SMITH**

Robert S. Smith
7 Times Square, 28th floor
New York, N.Y. 10036
Tel.:  (917) 225-4190
Email: robert.smith@rssmithlaw.com

FREDERICK W. VASSELMAN
Office of the General Counsel
Police Benevolent Association of the
City of New York, Inc.
125 Broad Street, 11th Floor
New York, NY 10004
Tel: (212) 298-9144
E-mail:  fvasselman@nycpba.org

Gaurav I. Shah,
Associate General Counsel
E-mail:  gshah@nycpba.org

*Of Counsel*