

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **OMAR J. SIDDIQI**<br>*Senior Counsel*<br>osiddiqi@law.nyc.gov<br>Phone: (212) 356-2345<br>Fax: (212) 356-1148 |

**By ECF**  October 30, 2023
Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  In Re:  *New York City Policing During Summer 2020 Demonstrations*,
     No. 20 Civ. 8924 (CM) (GWG)
     This filing is related to all cases

Your Honor:

  I am a Senior Counsel in the Special Federal Litigation Division of the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York. I write to respectfully request that the Court extend City Defendants' time to file their Opposition to the PBA's motion from November 1, 2023 to November 3, 2023.

  The DEA and SBA consent to this request.

  The PBA consents to this request, provided that the date for them to file their joint reply to all opposing papers be extended from November 13, 2023 to November 15, 2023.

  The Plaintiffs consent to the City Defendants' request on the condition that any extension for opposition papers should be universal; the plaintiffs also object to any extension of time for the PBA to reply to plaintiffs' opposition papers.

  Defendants respectfully submit that the short requested extension, which is their first request, will not prejudice or delay the case in any way.

  Defendants thank the Court for its consideration of the instant request.

               Respectfully submitted,

               */s/ Omar J. Siddiqi*
               Omar J. Siddiqi
               *Senior Counsel*
               Special Federal Litigation Division

cc:   ALL COUNSEL (*via* ECF)