UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policy During Summer 2020 Demonstrations<br><br>This filing is related to:<br><br>*People v. City of New York*,<br>  1:21-cv-00322-CM (kv) | No. 1:20-cv-08924 (CM) (GWG) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, the undersigned, Nancy Trasande, respectfully moves to withdraw as counsel for the State of New York. In support of this motion, the undersigned certifies that:

1. I will no longer be employed by the New York State Office of the Attorney General effective November 3, 2023. I am not asserting a retaining or charging lien.

2. The State of New York will continue to be represented in this matter by several attorneys from the New York State Office of the Attorney General, including Travis England, Lillian Marquez, Lois Saldana, Colleen Faherty, Swati Prakash, Gregory Morril, and John Marsella.

3. Wherefore, the State of New York respectfully requests that the Court grant this motion for Nancy Trasande to withdraw as counsel.

Dated: November 2, 2023

Respectfully submitted,

LETITIA JAMES
*Attorney General of the State of New York*

By: */s/ Nancy M. Trasande*
Nancy M. Trasande
Office of the New York State Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
(212) 416-8905
nancy.trasande@ag.ny.gov