Ex. 1

```
                                                          Page 1
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   Case No. 20-cv-8924 (CM)(GWG)
     ---------------------------------x
 4   This proceeding is related to:
     Case No. 21-cv-00533 (CM)((GWG)
 5
     In re: New York City Policing During
 6   Summer Demonstrations,
 7   ADAMA SOW, DAVID JAKLEVIC, ALEXANDRA DE
     MUCHA PINO, OSCAR RIOS, BARBARA ROSS,
 8   MATTHEW BREDDER, SABRINA ZURKUHLEN, MARIA
     SALAZAR, DARA PLUCHINO, and SAVITRI
 9   DURKEE, on behalf of themselves and othes
     similarly situated,
10             Plaintiffs,
     against
11   CITY OF NEW YORK; MAYOR BILL DE BLASIO;
     NEW YORK CITY POLICE DEPARTMENT
12   COMMISSIONER DERMOT SHEA; NEW YORK CITY
     POLICE DEPARTMENT CHIEF OF DEPARTMENT
13   TERENCE MONAHAN; NYPD DETECTIVE EDWARD
     CARRASCO (SHIELD NO. 1567); NYPD OFFICER
14   TALHA AHMAD (SHIELD NO. 21358); NYPD
     OFFICER KEVIN AGRO (SHIELD NO. 8054); and
15   NYPD OFFICERS JOHN and JANE DOES #1 - 40,
            Defendants.
16   ---------------------------------x
                   June 20, 2023
17                 10:00 a.m.
18          Remote video-teleconference
19   deposition via Zoom of CHIEF STEPHEN
20   HUGHES, pursuant to notice, before Jineen
21   Pavesi, a Registered Professional
22   Reporter, Registered Merit Reporter,
23   Certified Realtime Reporter and Notary
24   Public of the State of New York.
25
```

Page 2

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   Case No. 20-cv-8924 (CM)(GWG)
 5   ------------------------------------x
 6   In re: New York City Policing during
 7   Summer 2020 Demonstrations
 8   _____
 9   This filing is related to:
10   ALL CASES
11   ------------------------------------x
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2    A P P E A R A N C E S :
 3    LETITIA JAMES
      ATTORNEY GENERAL OF THE STATE OF NEW YORK
 4    28 Liberty Street
      New York, New York 10005
 5         Attorneys for Plaintiff in People of
           the State of New York v. City of New
 6         York, No. 21-cv-322
      BY:   SWATI PRAKASH, ESQ.
 7          swati.prakash@ag.ny.gov
            LILLIAN MARQUEZ, ESQ.
 8          lillian.marquez@ag.ny.gov
            NANCY TRASANDE, ESQ.
 9
      NEW YORK CIVIL LIBERTIES UNION FOUNDATION
10    125 Broad Street, 19th Floor
      New York, New York 10004
11         Co-counsel for Plaintiffs in Payne v.
           De Blasio, No. 20-cv-8924
12    BY:   DANIEL R. LAMBRIGHT, ESQ.
13
      NYC LAW DEPARTMENT
14    CORPORATION COUNSEL OF THE CITY OF NEW
      YORK
15    100 Church Street
      New York, New York 10007
16         Attorneys for Defendants DeBlasio,
           Shea and Monahan and witness
17    BY:    TOBIAS ZIMMERMAN, ESQ.
             tzimmerm@law.nyc.gov
18
       ALSO PRESENT:
19    JOSH LEVIN, ESQ., NYPD LEGAL
20    KEVIN GALLAGHER, Videographer
21
22
23
24
25
```

Page 4

```
 1
 2              S T I P U L A T I O N S
 3
 4        IT IS HEREBY STIPULATED AND AGREED by
 5   and between the Attorneys for the
 6   respective parties hereto that filing and
 7   sealing be and the same are hereby waived.
 8        IT IS FURTHER STIPULATED AND AGREED
 9   that all objections except as to the form
10   of the question, shall be reserved to the
11   time of the trial.
12        IT IS FURTHER STIPULATED AND AGREED
13   that the within examination may be signed
14   and sworn to before any notary public with
15   the same force and effect as though signed
16   and sworn to before this Court.
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1
 2              THE VIDEO TECHNICIAN: We're now
 3   going on the record at approximately 9:59
 4   a.m., today's date is June 20, 2023.
 5              This is Media Unit No. 1 of the
 6   video recorded deposition of Chief Stephen
 7   Hughes taken by the plaintiff in the
 8   matter of New York City Policing During
 9   Summer 2020 Demonstrations.
10              It is filed in the Supreme
11   Court of the State of New York, County of
12   Suffolk, Case No. 20-CV-8924(KM)(GWG).
13              This deposition is being
14   conducted remotely using virtual Zoom
15   technology.
16              My name is Kevin Gallagher, I
17   am the videographer; the court reporter is
18   Jineen Pavesi; we're both from the firm of
19   Veritext Legal Solutions.
20              The attorneys present in the
21   deposition and participating will now
22   identify themselves for the record.
23              MS. PRAKASH:  Good morning,
24   this is Swati Prakash, I am with the New
25   York State Office of the Attorney General
```

Page 6

1
2  on behalf of plaintiffs People of the
3  State of New York.
4           Good morning, chief, how are
5  you today?
6           THE WITNESS:  Morning.
7           MR. ZIMMERMAN:  This is Tobias
8  Zimmerman, New York City Law Department on
9  behalf of the City of New York and the
10 defendants.
11          We need to correct the case,
12 the court that this is in.
13          THE VIDEO TECHNICIAN: I think
14 there was two, what is it, sir?
15          MR. ZIMMERMAN:  It's in the
16 United States District Court for the
17 Southern District of New York.
18          THE VIDEO TECHNICIAN: My
19 apologies.
20          Anybody else identifying
21 themselves?
22          MR. LEVIN:  My name is Josh
23 Levin, L-E-V-I-N, on behalf of New York
24 City Police Department.
25          THE VIDEO TECHNICIAN: Now our

Page 7

1
2  court reporter will swear the witness and
3  we can proceed.
4  S T E P H E N   H U G H E S,
5  having first been duly sworn by a Notary
6  Public of the State of New York, was
7  examined and testified as follows:
8  EXAMINATION BY
9  MS. PRAKASH:
10     Q.      Good morning, chief.
11             Could you please state your
12  full name for the record.
13     A.      Stephen J. Hughes,
14  S-T-E-P-H-E-N, J as in John, Hughes,
15  H-U-G-H-E-S.
16     Q.      What is your present business
17  address?
18     A.      Well, I am retired now, so no
19  longer working.
20     Q.      As I noted at the top of this
21  call, I am counsel for the plaintiffs, one
22  of the set of plaintiffs in the
23  consolidated litigation, I represent the
24  People of the State of New York and I will
25  ask you a series of questions today in

                                                    Page 8

1                    HUGHES
2    your personal capacity.
3              There are other attorneys who
4    represent other plaintiffs in this matter
5    and they will be here in an observing
6    capacity, you may see them in the gallery.
7              Do you understand today that
8    you have taken an oath to tell the truth?
9         A.   Yes, I have.
10        Q.   And do you understand that even
11   though we're on video conference, that
12   oath has the same effect as if you were
13   testifying in court?
14        A.   Yes.
15        Q.   Is there any reason you cannot
16   testify fully and accurately today?
17        A.   No.
18        Q.   You were deposed previously in
19   this litigation as what we call a 30(b)(6)
20   witness, correct?
21        A.   Yes.
22        Q.   Meaning that you were
23   representing the New York City Police
24   Department in that capacity, is that
25   right?

Veritext Legal Solutions
212-267-6868                                516-608-2400

Page 9

1              HUGHES
2       A.     Yes.
3       Q.     Have you been deposed in
4  other --  have you sat through any other
5  depositions?
6       A.     Just recently, about two weeks
7  ago, in another civil litigation on an
8  arrest that was made during Pride Weekend
9  2021, I believe.
10      Q.     So the same rules apply that
11 you probably went through there and that
12 we went through last month for the
13 30(b)(6) deposition, but just to run
14 through very briefly, I am just going to
15 ask you to let me finish my question
16 before you begin speaking so that the
17 court reporter can get everything down.
18      A.     Yes.
19      Q.     You may hear your attorney
20 objecting; unless he instructs you not to
21 answer, you can go ahead and respond to
22 the question.
23             Understand?
24      A.     Understand.
25      Q.     I mentioned your attorney; who

```
 1                   HUGHES
 2   that conversation?
 3       A.      No, there wasn't.
 4       Q.      Again, you probably remember
 5   this from your last deposition, but any
 6   question that I ask you today will never
 7   call for you to divulge any conversation
 8   or substance of any conversation that
 9   you've had with Mr. Zimmerman.
10               So if you are unsure, you can
11   pause and ask to check with him to
12   confirm.
13               Chief, what is your highest
14   level of education?
15       A.      I have a master's degree from
16   John Jay College of Criminal Justice in
17   criminal justice.
18       Q.      We just discussed that you
19   retired from NYPD in May 2022.
20               When did you begin working with
21   NYPD?
22       A.      January 26, 1981.
23       Q.      Had you received your master's
24   degree prior to then or subsequent to
25   1981?
```

Page 19

1                    HUGHES
2      A.       I received my master's degree
3  in February of 2008.
4      Q.       What was your ranking command
5  at the time of your retirement?
6      A.       I was an assistant chief, which
7  is a two star rank, and I was the
8  commanding officer of Patrol Borough
9  Manhattan South.
10      Q.       Prior to that what was your
11  command?
12      A.       I was one star, deputy chief,
13  and I was the commanding officer of the
14  strategic response group.
15      Q.       What were the dates that you
16  were in that role?
17      A.       Roughly January of 2015 until
18  January of 2018 I was the commanding
19  officer of the strategic response group,
20  SRG.
21      Q.       And so approximately when in
22  2018 did you leave that position and move
23  to PBMS?
24      A.       January 2018 I was promoted to
25  two star assistant chief and I was

Page 20

1        HUGHES
2   assigned as the commanding officer of
3   Patrol Borough Manhattan South until my
4   retirement on May 31, 2022, roughly a
5   little over four years.
6        Q.     I should have noted actually
7   earlier that in terms of definitions, I
8   will be referring to the term protests
9   throughout today's deposition; these are
10  the protests that are the subject of this
11  litigation and it sounds like you've
12  already reviewed Amended Schedule A and so
13  you're familiar with the protests I'm
14  referring to, the general time period is
15  late May of 2020 through February 12,
16  2021.
17           Is that understood?
18       A.    Yes.
19       Q.    During that protest period, you
20  were in the rank and command that you were
21  in when you retired, which is to say
22  deputy chief and commanding officer of
23  Patrol Borough Manhattan South, is that
24  right?
25       A.    Assistant chief, two star rank,

Page 21

1              HUGHES
2  as the commanding officer of Patrol
3  Borough Manhattan South.
4      Q.      Thank you for that
5  clarification.
6              What was the geographic scope
7  -- what is or was at that time the
8  geographic scope of Patrol Borough
9  Manhattan South?
10     A.      New York City has five
11 boroughs, since it is so large we have
12 eight patrol boroughs, eight police
13 boroughs, so Manhattan being so large, it
14 is split into two police commands,
15 Manhattan South and Manhattan North, and
16 59th Street being the dividing line.
17             Manhattan South covers 59th
18 down to Battery Park, from the East River
19 to the Hudson River, there is ten police
20 precincts inside that command with roughly
21 2,500 uniform police officers.
22             I was the commanding officer of
23 Manhattan South.
24     Q.      What were your responsibilities
25 in that role?

Page 22

1                    HUGHES
2      A.      It is a large responsibility,
3  it is about public safety and keeping New
4  Yorkers safe.
5              I was in charge of the ten
6  precincts and any police-related incidents
7  that were happening in that borough I'm
8  responsible for, overall daily operation
9  of the patrol boroughs in the precincts to
10 make sure they're all functioning
11 properly.
12     Q.      Given the size and scope of
13 that patrol borough, Manhattan South, and
14 the fact you said there was 2,500
15 uniformed police officers, correct?
16     A.      Correct.
17     Q.      With whom did you interact with
18 on a regular basis as far as were there
19 individuals reporting directly to you?
20     A.      Sure, I have a patrol borough
21 staff, I had three one star chiefs, they
22 are called executive officers, that's one
23 rank below me.
24             I had roughly four inspectors
25 and then I had about two deputy inspectors

Page 23

1           HUGHES
2   and then I had a support staff of roughly
3   maybe three lieutenants, five sergeants
4   and probably about 60 police officers that
5   form my office staff, Patrol Borough
6   Manhattan South.
7           And then there were ten
8   commanding officers of each precinct and
9   each precinct for the most part had one
10  executive officer, another captain, in a
11  rank.
12          So that was pretty much my
13  executive command, I call executives, the
14  rank of captain or above.
15          But roughly I would say I had
16  about 30 executives working for me in
17  Manhattan South, ten being precinct
18  commanding officers who I interacted
19  pretty much on a daily basis.
20      Q.    And the other 20 being
21  executives who were within the PBMS office
22  itself?
23      A.    Right, I had ten in my office
24  roughly and then there were ten other
25  executives in each of the precincts, that

Page 24

1           HUGHES
2    if the commanding officer was off I would
3    interact with the executive officer who
4    would be in charge.
5              So we always had somebody in
6    charge of a precinct and we're a 24/7
7    operation, so I would designate on each
8    shift a captain and an inspector that
9    would be in charge of something if an
10   emergency occurred, they would be required
11   to respond and that would be my
12   communication point at the scene with that
13   duty captain or duty inspector, as we
14   called them, if the CO or the XO wasn't
15   present.
16       Q.     Thank you.
17              Did you have routine meetings
18   with any set of that executive staff you
19   just described?
20       A.     Yes, generally we had a monthly
21   meeting, but because of COVID we stopped
22   having in-person meetings and we went to a
23   Zoom or Team type meetings and we had
24   conference calls.
25              We had our own conference

```
 1
 2            C E R T I F I C A T I O N
 3
 4
 5
 6      I, Jineen Pavesi, a Registered
 7   Professional Reporter, Registered Merit
 8   Reporter, Certified Realtime Reporter and
 9   a Notary Public, do hereby certify that
10   the foregoing witness, STEPHEN HUGHES, was
11   duly sworn on the date indicated, and that
12   the foregoing is a true and accurate
13   transcription of my stenographic notes.
14      I further certify that I am not employed
15   by nor related to any party to this
16   action.
17
18
19
20
21   [signature: Jineen Pavesi, RPR, RMR]
22       JINEEN PAVESI, RPR, RMR, CRR
23
24
25
```