Ex. 2

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  20-cv-8924(CM)(GWG)

5  ----------------------------------

6  In Re:  New York City Policing

7  During Summer 2020 Demonstrations

8  ----------------------------------

9  This filing is related to:

10 ALL CASES

11 ----------------------------------

12

13

14     REMOTE DEPOSITION OF CHIEF STEPHEN HUGHES

15                 May 5, 2023

16                 10:00 a.m., EDT

17

18

19

20

21

22

23 Reported by:

24 Debra Stevens, RCR

25 JOB NO. J9635485



1

2

3                    May 5, 2023

4                    10:00 a.m., EDT

5

6          Remote Deposition of Chief Stephen

7     Hughes, the witness herein, held on the

8     above date and time before Debra

9     Stevens, Realtime Certified Reporter and

10    Notary Public of the State of New York.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1
 2    REMOTE APPEARANCES:
 3
 4     NEW YORK CIVIL LIBERTIES UNION FOUNDATION
 5     Attorneys for Plaintiff Payne [No. 20-cv-8924]
 6              125 Broad Street, 19th Floor
 7              New York, New York 10004
 8        BY:   DANIEL R. LAMBRIGHT, ESQ.
 9              MOLLY BIKLEN, ESQ.
10
11     LETITIA JAMES, Attorney General of the State
12    of New York
13     Counsel for Plaintiff People of the State of
14    New York
15              28 Liberty Street
16              New York, New York 10005
17        BY:   SWATI PRAKASH, ESQ.
18
19     NEW YORK CITY LAW DEPARTMENT
20     Attorneys for Defendant and the Witness
21     Herein
22              31 Chambers Street, Room 105
23              New York, New York 10007-1210
24        BY:   TOBIAS ZIMMERMAN, ESQ.
25                        (Continued)
```



```
 1
 2   REMOTE APPEARANCES:  (Continued)
 3
 4   THE ABOUSHI LAW FIRM
 5   Attorneys for Plaintiff Rolan [21-cv-02548]
 6           4918 4th Avenue
 7           Brooklyn, New York 11220
 8      BY:   TAHANIE ABOUSHI, ESQ.
 9
10
11   Also Present:
12           NANCY TRASANDE, NYS Attorney General
13           GINA BULL, NYS Attorney General
14           MICHAEL VITOROULIS, Legal Aid
15           RIGODIS APPLING, Legal Aid
16           PETER CALLAHAN, NYPD Agency Counsel
17
18
19
20
21
22
23
24
25
```



```
 1              Proceedings
 2         COURT REPORTER:  This is Debra
 3    Stevens, court reporter and notary public
 4    for the State of New York.  I'll ask
 5    counsel to please introduce themselves
 6    and state whom they represent.
 7         MR. LAMBRIGHT:  My name is Daniel
 8    Lambright, on behalf of the New York
 9    Civil Liberties Union for the Payne
10    Plaintiffs.
11         MR. ZIMMERMAN:  Tobias Zimmerman,
12    New York City Law Department,
13    representing the witness and the
14    Defendants.
15         MS. PRAKASH:  I am Swati Prakash,
16    on behalf of Plaintiff People of the
17    State of New York.
18         COURT REPORTER:  Others on the
19    call, please, go ahemad.
20         MS. ABOUSHI:  Tahania Aboushi,
21    Aboushi Law Firm, appearing on behalf of
22    Plaintiff in Rolan vs. City of New York
23    Plaintiffs.
24         MR. HUGHES:  I am Chief Stephen
25    Hughes, retired Assistant Chief Stephen
```



```
 1                    Proceedings
 2         Hughes, NYPD, here as a witness.
 3              MS. TRASANDE:  Nancy Trasande for
 4         State of New York, observing.
 5              MS. BIKLEN:  Molly Biklen, for the
 6         New York Civil Liberties Foundation for
 7         the Payne Plaintiffs, observing.
 8              Whereupon,
 9                CHIEF STEPHEN HUGHES,
10         having been first duly sworn/affirmed,
11         was examined and testified as follows:
12    EXAMINATION BY
13    MR. LAMBRIGHT:
14         Q.   Good morning, Chief Hughes.  My
15    name is Daniel Lambright and I represent the
16    Plaintiffs in Payne v. De Blasio.  Today I
17    will be asking you some questions related to
18    the topics that you have been designated as a
19    30(b)(6) witness.
20              As you know, the deposition is
21    occurring online and here today are a number
22    of other representatives from other cases.
23    They will have their cameras off unless they
24    are asking questions.
25              Additionally, an attorney from the
```



```
 1                    S. HUGHES
 2   Law Department is here and he will have his
 3   camera on and may interpose objections.  But
 4   unlike in court, you must still answer the
 5   question unless specifically instructed to by
 6   Mr. Zimmerman.
 7            Do you understand?
 8       A.   Yes, I do.
 9       Q.   The court reporter will be
10   recording my questions and your answers, so
11   please answer in words.  Can you do that?
12       A.   Yes.
13       Q.   And though you may understand where
14   I am going, please wait until I finish the
15   question to start your answer.  Will you do
16   that?
17       A.   Yes.
18       Q.   And if you don't understand a
19   question that I ask, please let me know.
20   Okay?
21       A.   Yes.
22       Q.   And if you don't remember the
23   answer to a question, also let me know that.
24   Okay?
25       A.   Yes.
```



```
 1                      S. HUGHES
 2            MR. ZIMMERMAN:  Why don't we just
 3       see how it goes.
 4            MR. LAMBRIGHT:  Okay.  Let's move
 5       on.
 6       Q.    I will show you what has been
 7  premarked as Hughes 30(b)(6) Exhibit A.  I am
 8  putting that in the chat right now and I will
 9  share my screen.
10            (So marked for identification as
11       Hughes 30(b)(6) Exhibit A.)
12       Q.    Chief Hughes, can you see my
13  screen?
14       A.    Yes, I can.
15       Q.    Have you seen this document before?
16       A.    Yes.  It's the one that I have in
17  front of me.
18       Q.    What is this document?
19       A.    It says it is some type of
20  affidavit or a summons or a notice.  It says,
21  "Notice of Deposition Pursuant to FED. R. CIV.
22  P. 30(b)(6)."
23       Q.    Do you understand that in today's
24  deposition you will be appearing on behalf of
25  the City of New York?
```



```
 1                          S. HUGHES

 2         A.    Police Department, yes.

 3         Q.    And you have been designated to

 4    testify on Topics 6; 8(i), relating to police

 5    operations, including traffic safety; 8(p),

 6    8(q), 8(x), related to officer arrest of

 7    individuals during a demonstration, including

 8    procedures for effecting large-scale arrests;

 9    8(y), 8(z), 8(bb), 8(dd), 9(p), 13(a), 13(b),

10    13(d), 13(g), 15 related to enforcement.

11              Do you understand that you have

12    been designated to testify on those topics?

13              THE WITNESS:  Tobias, is that

14         correct?

15              MR. ZIMMERMAN:  We didn't get the

16         full list but you can refer back to the

17         email from Amy that designated him.

18              MR. LAMBRIGHT:  I will need the

19         witness to answer.

20         A.    On my sheet I have highlighted

21    yellow sections.  I think we can go through

22    each one of them and then I will let you know

23    if it is highlighted or not.  You just stated

24    about 20 different items.  I am not sure if I

25    have all 20.
```



```
 1                  S. HUGHES
 2   no.
 3            But if they would have went to the
 4   exit to the Holland Tunnel and there was
 5   traffic inside that tunnel, then they would
 6   have been arrested because public safety was
 7   endangered.  Public safety is really the
 8   factor on that.
 9       Q.    Are there specific policies and
10   procedures for effecting arrests during
11   demonstrations or protests?
12       A.    Yes, there are.
13       Q.    What are those policies and
14   procedures?
15       A.    Duties on Unusual Disorder.  That
16   was 213-05.  And Response to First Amendment
17   Activity, 213-20.
18       Q.    You also mentioned a red
19   light/green light policy.  Is that also
20   something that is taken into consideration
21   when determining whether to arrest somebody?
22       A.    Right.  And that is what we relied
23   on every day when we are out there
24   protesting -- policing these events.  It was
25   my opinion we needed clear instruction to the
```



```
 1                     S. HUGHES
 2    police officer.
 3              I have been out to St. Louis before
 4    the second riots in my capacity with the NYPD,
 5    with the Michael Brown situation.  I was out
 6    in Seattle studying their bike -- using bike
 7    officers to respond.  And I have been down to
 8    Washington on a panel to discuss the Baltimore
 9    incident when they had the rioting in
10    Baltimore from Freddie Gray.
11              A lot of the same things came out
12    on each of those three that I have seen was
13    the police officer, the one executing the
14    orders from incident command not being clear
15    on what his duties are and not at the scene of
16    an incident, especially a protest.
17              So my instruction each day out was
18    this red light/green light.  Anybody operating
19    in Manhattan South were operating under these
20    orders.  It is the Patrol Bulletin Manhattan
21    South Field Protest Guidelines.  They are
22    based on all that CIMS and all these Patrol
23    Guide provisions.  As you can see, it is
24    hundreds of pages.  For an actual police
25    officer coming into the city that never worked
```



```
 1                    S. HUGHES
 2   in Manhattan South, I needed to know for a
 3   fact he knew what he should do and not do.
 4   That is why I did the red light/green light.
 5   Makes it very clear for everybody.
 6        Q.    Was the red light/green light in
 7   effect in the other borough commands?
 8        A.    Well, I spoke to Chief Pichardo,
 9   explained what we are doing here because we
10   wanted consistency when to arrest people for
11   civil disobedience and when not.  Early on, he
12   said Steve, let's have a conference call,
13   which we did.  I e-mailed the red light/green
14   light policy to the eight borough commanders
15   and I said these are the the guidelines we are
16   operating in Manhattan South.
17             Additionally, I had Chief Joe
18   Gulotta, if you are familiar.  He was at
19   Randall's Island working operations.  He was
20   deploying our mobile field forces, one
21   captain, two lieutenants, five sergeants and
22   40 officers with bullhorns and flex cuffs.
23   They were going to be our escort teams, arrest
24   teams, based on our needs around the city
25   because we didn't know what boroughs would
```



```
 1                   S. HUGHES
 2   have people.
 3           I sent this to Joe Gulotta.  I
 4   said, Joe, I need you to instruct all the
 5   captains.  My operations staff, whatever
 6   captain was working that day, we e-mailed
 7   these orders to that captain.  And I called
 8   the captain on many occasions.  I turned out
 9   at many a roll call and said listen, this is
10   what I want a police officer to do when civil
11   disobedience is occurring.  That is that red
12   light.
13           I said if you see people blocking
14   34th and 7th and they are blocking a bus and
15   traffic, anything, you are not to make an
16   arrest unless you are authorized by a captain
17   or above on a mobile field force or executive
18   on the police department.
19           The green light, say somebody
20   throws a bottle, an example I repeated, and it
21   goes into a crowd.  That's reckless
22   endangerment.  That's a serious misdemeanor.
23   Say the bottle hits me.  That's a felony,
24   attempted felony assault.  If I have an
25   injury, it's a felony assault.  I said, those
```



```
 1                    S. HUGHES
 2   are serious misdemeanors or felonies where
 3   public safety is in danger.  I said I want an
 4   arrest made.  I don't let people vent.  I am
 5   not going to give people space when serious
 6   misdemeanors or felonies are occurring.
 7            If somebody goes in and
 8   shoplifts -- goes sits down at a restaurant
 9   when protesting and drinks someone's wine,
10   that is petit larceny, right?  Or they maybe
11   damage the glass on the way out, criminal
12   mischief.  That's not a serious misdemeanor.
13   They have a red light.
14            I just want to be clear on that.
15   That is how we operated.  The other boroughs
16   kind of adopted that.
17        Q.   When would you say the red
18   light/green light policy was adopted citywide?
19        A.   I adopted this in 2015, so I had it
20   five or six years, we had been kind of using
21   that.  In Manhattan South this was adopted in
22   2018, before even these incidents.
23   January 18, 2018, I became the borough
24   commander for Manhattan South and I wanted
25   clarity to the police officers when they take
```



```
 1                     S. HUGHES
 2    action and when they don't.
 3              Like in the --
 4        Q.   But during the course of the
 5    protest when was the conversation you had with
 6    Gulotta and the others, Pichardo, about
 7    sending these directions to the other
 8    commanders?
 9        A.   They date they set up Randall's
10    Island, that is the first day they had this, I
11    sent it to Chief Gulotta.  Whatever date
12    Randall's Island was set up, that was the date
13    I actually called and sent it to them.
14    Because they were turning out at Randall's
15    Island.  They could go to Queens, the Bronx or
16    maybe come to Manhattan South.  I said Joe, I
17    am not sure what the other boroughs are doing,
18    but I want them to operate this way.  Because
19    the guides in there, will make arrests when
20    necessary.  There are things in the Patrol
21    Guide responding and CIMS.  This gives more
22    clarity when I want to make an arrest and when
23    I don't.  And don't take independent action.
24              I want them to take independent
25    action, a sergeant or police officers, if a
```



```
 1                    S. HUGHES
 2    serious felony is occurring or a serious
 3    misdemeanor.  It was a little ambiguous in the
 4    guide.   I clarified that with these.  I would
 5    say I spoke within the first two weeks with
 6    Pichardo and then we had a meeting, conference
 7    call and gave it out to everybody.
 8         Q.    The red light/green light policy
 9    was not official policy of the NYPD but it was
10    official policy of Manhattan South?
11         A.    It was incident commander's policy
12    for Manhattan South.  It was given to the
13    other incident commanders, the other eight
14    borough commanders.  I didn't question them,
15    but they pretty much -- Chief Pichardo said
16    let's go with this and they pretty much
17    implemented that policy for the most part.
18         Q.    Okay.
19         A.    Each situation is different, as I
20    mentioned before.  These are guidelines.  That
21    is why it says guidelines there.  There might
22    be a reason why he didn't take action just
23    with civil disobedience.  Some people want to
24    get arrested.  Like I said, people chain
25    themselves.  We ask them to leave, try to give
```



```
 1                    S. HUGHES
 2   them notice.  We have a sound system that is
 3   very effective now.  We put prerecorded
 4   warnings and we give people many opportunities
 5   to leave.  But in certain situations they want
 6   to get arrested for the cause, whatever it
 7   might be, not just George Floyd but any
 8   protest.  We'd make the arrest for civil
 9   disobedience.
10        Q.   I will show you what I have marked
11   Hughes 30(b)(6) Exhibit Q.
12             (So marked for identification as
13        Hughes 30(b)(6) Exhibit Q.)
14        Q.   I will put it in the chat.  I will
15   share my screen on Exhibit Q.  Can you see my
16   screen?
17        A.   Yes.
18        Q.   Do you recognize this document?
19        A.   I don't recognize that.
20        Q.   I can scroll down if you want.
21        A.   Do you know who put that document
22   out?
23        Q.   No.  So you don't recognize this
24   document?
25        A.   That is not my document.
```



```
1                    S. HUGHES

2   other people.  It is pretty much desolate at

3   night.  There is plenty of places to bring

4   specialized equipment and mobilize resources

5   we need to respond.  Likewise, they can deploy

6   from that location to all five boroughs fairly

7   quickly.

8        Q.    Were there any other reasons that

9   led to that decision?

10       A.    No.  It was just based on the

11  amount of looting and rioting on Sunday.  We

12  had hundreds of stores looted and vandalized,

13  and the amount of arrests that were made.  We

14  made over couple hundred arrests that first

15  night, around 235, people looting and being on

16  the street.

17            At that point, you looked around

18  the country, what you saw happening in major

19  cities.  We needed to get -- mobilize the

20  department.  We needed a large space to get

21  there, and Randall's Island really worked for

22  us.

23       Q.    What else occurred on Randall's

24  Island with the mobile field forces?

25       A.    That is where they were broken down
```



```
 1                      S. HUGHES
 2   into the 40-man teams.  That is where they
 3   were given my instruction.  I spoke to Chief
 4   Gulotta.  He instructed everybody turning out
 5   at Randall's Island what our policies were in
 6   that red light/green light policy.
 7         Q.   Chief Gulotta, what is his
 8   position?
 9         A.   He, at the time, was a one-star
10   chief.  He was reassigned from where he was
11   working to Randall's Island to oversee the
12   mobilization of department resources.
13         Q.   Was he in charge of the mobile
14   field forces on Randall's Island?
15         A.   He was in charge of formulating the
16   mobile field forces.  And then at that point
17   operations would assign them based on the
18   needs of the eight patrol boroughs.  Then
19   operations would call me.  Say there were 20
20   field forces; 10 are going to Manhattan South,
21   2 are going to the Bronx, 5 are going to
22   Brooklyn and 3 are going to Queens.
23              So at that point it was up to the
24   borough commander to deploy them where they
25   think, based on what their intelligence has or
```

```
 1                    S. HUGHES
 2    prior incidents, what they might think might
 3    be protests or sensitive locations, to
 4    preposition resources as needed.
 5         Q.    Was there any training provided to
 6    the mobile field forces on Randall's Island?
 7         A.    That is our disorder control unit
 8    is responsible for crowd control training and
 9    measures.  I believe they were on Randall's
10    Island.  I believe that they were conducting
11    refresher training as the officers approached
12    because that is the one thing -- SRG is
13    trained daily.  They work together.  It is
14    very hard to bring people from detective
15    bureau, specialized units together.  Those are
16    the first time those 40 people are working
17    together.  And you had the captain, 2
18    lieutenants, 5 sergeants and 40 officers.
19    This is their first incident, so we wanted
20    them to make sure -- that is getting back to
21    what I was saying about red light/green light.
22    They have clear instruction when they go out
23    there when to take action, when not.  We
24    didn't want independent action.  We wanted to
25    make sure we had the sergeant verifying and
```



```
 1                      S. HUGHES
 2    voiding the arrest prior to transporting in a
 3    prisoner transport vehicle. I wanted the
 4    lieutenant to have the bullhorn to be able to
 5    give warnings if needed.
 6               There was a lot there to break
 7    down.  These instructions on those sheets was
 8    really a basic understanding what that officer
 9    or detective, sergeant, lieutenant and captain
10    needed to be able to perform when they were
11    working at these incidents.
12        Q.   You said DCU was in charge of
13    providing them with training.  Was SRG
14    involved in any other way with the mobile
15    field forces on Randall's Island?
16        A.   They would give them flex cuffs,
17    the bullhorn.  They had like a mass arrest kit
18    that they would hand out.  That was DCU that
19    operated under SRG.
20        Q.   Who made the decision to send the
21    mobile field forces to Randall's Island?
22        A.   That was the operations unit.
23        Q.   So that would be Ed Mullane?
24        A.   Chief Ed Mullane.
25        Q.   Why was that decision made?
```



1

2                        CERTIFICATION

3

4        I, DEBRA STEVENS, a Notary Public for and

5    within the State of New York, do hereby

6    certify:

7        That the witness whose testimony as herein

8    set forth, was duly sworn by me; and that the

9    within transcript is a true record of the

10   testimony given by said witness.

11       I further certify that I am not related to

12   any of the parties to this action by blood or

13   marriage, and that I am in no way interested

14   in the outcome of this matter.

15       IN WITNESS WHEREOF, I have hereunto set my

16   hand this 17th day of May, 2023.

17

18       _Debra Stevens_

19            DEBRA STEVENS, RCR

20

21            *      *      *

22

23

24

25

