# Ex. 4



# Transcript of Terence A. Monahan

**Date:** June 9, 2023
**Case:** Payne, et al. -v- DeBlasio, et al.

Planet Depos
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF NEW YORK
 3     - - - - - - - - - - - - - - - x
 4    In Re:                          :
 5    New York City Policing          :Case No.
 6    During Summer 2020              :20-cv-8924 (CM)(GWG)
 7    Demonstrations                  :
 8                                    :
 9                                    :
10     - - - - - - - - - - - - - - - x
11
12
13         Videotaped Deposition of TERENCE A. MONAHAN
14                     New York, New York
15                    Friday, June 9, 2023
16                         10:04 a.m.
17
18
19
20
21
22
23    Job No.:  495462
24    Pages:   1 - 353
25    Reported By:  Catherine Galati
```

```
 1      Videotaped Deposition of TERENCE A. MONAHAN,
 2   held at the offices of:
 3
 4          NEW YORK CIVIL LIBERTIES UNION
 5          55 Broadway, 15th Floor
 6          New York, New York 10006
 7          (212) 607-3300
 8
 9
10
11
12
13
14
15
16
17
18
19      Pursuant to notice, before Catherine Galati,
20   Notary Public in and for the State of New York.
21
22
23
24
25
```

```
1                A P P E A R A N C E S
2      ON BEHALF OF THE PLAINTIFFS, Payne v.
3   De Blasio, No. 20-cv-8924:
4          COREY STOUGHTON, ESQUIRE
5          PAULA GARCIA-SALAZAR, ESQUIRE (Via Zoom)
6          THE LEGAL AID SOCIETY
7          199 Water Street
8          New York, New York 10038
9          (212) 577-3367
10          -and-
11          MOLLY BIKLEN, ESQUIRE
12          VERONICA SALAMA, ESQUIRE (Via Zoom)
13          NEW YORK CIVIL LIBERTIES UNION FOUNDATION
14          125 Broad Street, 19th Floor
15          New York, New York 10004
16          (212) 607-3300
17
18      ON BEHALF OF THE PLAINTIFFS, Gray, et al., v.
19   City of New York:
20          WYLIE STECKLOW, ESQUIRE
21          WYLIE STECKLOW PLLC
22          152 West 57th Street
23          Carnegie Hall Tower, 8th Floor
24          New York, New York 10019
25          (212) 566-8000
```

```
 1        A P P E A R A N C E S   C O N T I N U E D
 2
 3     ON BEHALF OF THE PLAINTIFF, People of the State
 4  of New York v. City of New York, No. 21-cv-322:
 5          LILLIAN MARQUEZ, ESQUIRE (Via Zoom)
 6          GINA BULL, ESQUIRE (Via Zoom)
 7          OFFICE OF THE NEW YORK STATE
 8          ATTORNEY GENERAL
 9          28 Liberty Street
10          New York, New York 10005
11          (212) 416-8250
12
13     ON BEHALF OF THE PLAINTIFF, Rolon v. City of
14  New York:
15          TAHANIE ABOUSHI, ESQUIRE (Via Zoom)
16          ABOUSHI LAW FIRM PLLC
17          1441 Broadway, 5th Floor
18          New York, New York 10018
19          (212) 391-8500
20
21
22
23
24
25
```

```
 1    A P P E A R A N C E S   C O N T I N U E D
 2
 3  ON BEHALF OF DEFENDANT, CITY OF NEW YORK:
 4       AMY ROBINSON, ESQUIRE
 5       CITY OF NEW YORK LAW DEPARTMENT
 6       100 Church Streeet
 7       New York, New York 10007
 8       (212) 356-3518
 9
10       PETER J. CALLAGHAN, ESQUIRE
11       NYPD LEGAL BUREAU
12       POLICE ACTION LITIGATION SECTION
13       One Police Plaza, Room 1406
14       New York, New York 10038
15       (646) 610-5455
16
17
18  ALSO PRESENT:
19       Maggie Hadley, Esquire (Via Zoom)
20       Michael Vitoroulis
21       Thomas DelVacchio, Videographer
22
23
24
25
```

C O N T E N T S

EXAMINATION OF TERENCE A. MONAHAN                PAGE
        By Ms. Stoughton                            9
        By Mr. Stecklow                           305


               E X H I B I T S
            (Retained by counsel.)

MONAHAN EXHIBIT                                  PAGE
Exhibit 1    List of Training,
               Bates DEF 000322799 - 803           35
Exhibit 2    Email Chain,
               Bates DEF_E_PD 00069320             55
Exhibit 3    7/15/2020 Calendar Entry,
               Bates DEF_E_PD 00099134             57
Exhibit 4    Text Messages, Bates 20                59
Exhibit 5    Chief Monahan's Calendar               62
Exhibit 7    Patrol Guide Section 220-01           177
Exhibit 8    Patrol Guide Section 220-10           187
Exhibit 10   Patrol Guide Section 213-03           187
Exhibit 11   Patrol Guide Section 213-05           189
Exhibit 12   Patrol Guide Section 213-15           190
Exhibit 15   Mobile Field Forces Document          134
Exhibit 16   6/12/2020 Calendar Entry,
               Bates DEF_E_PD 00099125             153

```
1            E X H I B I T S   C O N T I N U E D
2                   (Retained by counsel.)
3     MONAHAN EXHIBIT                                PAGE
4     Exhibit 17   Text Messages, Bates 360           236
5     Exhibit 18   Text Messages, Bates 457           239
6     Exhibit 19   Text Messages, Bates 449           244
7     Exhibit 21   Email, Bates DEF_E_PD 99451        246
8     Exhibit 22   5/28/2020 Meeting Notes
9                   Bates DEF_E_PD 000136801           66
10    Exhibit 24   Finest Message                    165
11    Exhibit 25   Finest Message                    159
12    Exhibit 28   Email Exchange,
13                   Bates DEF_E 56492 - 93          240
14    Exhibit 30   5/28/2020 Email                   116
15    Exhibit 31   Patrol Guide Section 208-20       308
16    Exhibit 32   Video SOW 17085 SOW               309
17    Exhibit 33   Body-Worn Camera Video            316
18    Exhibit 34   Brooklyn Bridge Video             328
19    Exhibit 35   Photographs                       330
20
21
22
23
24
25
```

```
 1              P R O C E E D I N G S                                    10:04:17
 2         THE VIDEOGRAPHER:  Good morning.  Here                        10:04:19
 3  begins Media Number 1 in the videotaped deposition                   10:04:19
 4  of Mr. Terence A. Monahan in the matter of In re                     10:04:23
 5  New York City Policing During Summer of 2020                         10:04:31
 6  Demonstrations, in the United States District                        10:04:36
 7  Court, Southern District of New York, Case Number                    10:04:39
 8  20-CV-8924.                                                          10:04:45
 9         Today is Friday June 9, 2023.  The time on                    10:04:49
10  the video monitor is 10:04 a.m.  The videographer                    10:04:54
11  today is Thomas DelVacchio, representing Planet                      10:05:04
12  Depos.  This deposition is taking place at the New                   10:05:07
13  York City Civil Liberties Union, 55 Broadway, New                    10:05:12
14  York, New York 10006.                                                10:05:16
15         The court reporter today is Catherine                         10:05:19
16  Galati, also representing Planet Depos.                              10:05:22
17         Will the court reporter please swear in or                    10:05:27
18  affirm the witness.
19    Whereupon,
20             TERENCE A. MONAHAN,
21  being first duly sworn or affirmed to testify to
22  the truth, the whole truth, and nothing but the
23  truth, was examined and testified as follows:
24         THE REPORTER:  Counsel, I'm all set to
25  proceed.
```

| | | |
|---|---|---|
| 1 | to the 34th Precinct. I became -- in 1994, I | 10:13:11 |
| 2 | became the commanding officer of the 48 Precinct. | 10:13:18 |
| 3 | Sometime during that, '95, I think it was, I was | 10:13:22 |
| 4 | promoted to deputy inspector. I went -- I believe | 10:13:25 |
| 5 | it was '97 -- to the 46 Precinct, where I was | 10:13:29 |
| 6 | promoted to inspector. In '99, I went back to the | 10:13:33 |
| 7 | 34 as a commanding officer. In 2004, I believe, I | 10:13:39 |
| 8 | was made deputy chief. I went to the Bronx. And | 10:13:47 |
| 9 | in 2014, I went down to the chief of department's | 10:13:54 |
| 10 | office as the executive officer, and I was | 10:14:01 |
| 11 | promoted to assistant chief. In 2016, I was made | 10:14:07 |
| 12 | the chief of patrol. In January 2018, I was the | 10:14:20 |
| 13 | chief of department. | 10:14:25 |
| 14 | Q  Okay, great. | 10:14:26 |
| 15 | A  I may be off by a year or two with some of | 10:14:27 |
| 16 | those earlier ones. | 10:14:31 |
| 17 | Q  Okay. So until you became the XO of the | 10:14:32 |
| 18 | chief of department's office, you were in the | 10:14:37 |
| 19 | Bronx? | 10:14:40 |
| 20 | A  I was in the Bronx. And I think for two | 10:14:40 |
| 21 | years, I went to Queens as the deputy chief and | 10:14:42 |
| 22 | went back to the Bronx. 2012, I think I was the | 10:14:46 |
| 23 | deputy chief in Queens, and then in 2014, I went | 10:14:50 |
| 24 | back to the Bronx. | 10:14:54 |
| 25 | Q  Okay. When you were promoted to assistant | 10:14:54 |

1   NYPD, right?
2       A   Correct.
3       Q   Who else is considered part of the
4   executive staff of the NYPD?
5       A   It's a fairly large executive staff.  So
6   the executive staff would consist of all those
7   chiefs I mentioned, the chief of community
8   affairs, chief of intelligence, and all the
9   numerous deputy commissioners that are on the job.
10  Chief of internal affairs.
11      Q   Is it the case that anyone with the title
12  chief is certainly considered part of the
13  executive staff in NYPD?
14      A   There's chief of, as opposed to assistant
15  chief or deputy chief.  So if you're the chief of
16  a unit, then that would be part of the executive
17  staff.
18      Q   Okay.  Thanks.  As the chief of
19  department, what is your role in policing protests
20  in New York City?
21      A   My role is to oversee what is occurring,
22  making sure that the resources that are necessary
23  are out there, that there's enough coverage for
24  these -- for the details, and who is going to be
25  in charge, who is going to be specifically

10:17:07
10:17:08
10:17:08
10:17:11
10:17:12
10:17:15
10:17:17
10:17:20
10:17:23
10:17:30
10:17:33
10:17:36
10:17:38
10:17:40
10:17:43
10:17:46
10:17:49
10:17:49
10:17:52
10:17:56
10:17:57
10:18:01
10:18:03
10:18:08
10:18:11

| | | |
|---|---|---|
| 1 | assigned the responsibility for those details. | 10:18:13 |
| 2 | Q  Does that include responsibility for | 10:18:20 |
| 3 | planning for anticipated protests? | 10:18:24 |
| 4 | A  Part of the responsibility is to be | 10:18:25 |
| 5 | involved in the planning. | 10:18:27 |
| 6 | Q  Does it include responsibility for | 10:18:28 |
| 7 | reviewing intelligence the NYPD collects about | 10:18:30 |
| 8 | protests? | 10:18:34 |
| 9 | A  It is getting briefed by the Intelligence | 10:18:35 |
| 10 | Bureau about the intelligence prior to any | 10:18:39 |
| 11 | demonstration to assist in the planning. | 10:18:41 |
| 12 | Q  Do those responsibilities include making | 10:18:48 |
| 13 | deployment decisions about protests? | 10:18:51 |
| 14 | A  Yes, it does, through the operations | 10:18:53 |
| 15 | division that works for the chief of department. | 10:18:55 |
| 16 | Q  Would you be involved in any decision to | 10:19:02 |
| 17 | establish a mass arrest processing center? | 10:19:04 |
| 18 | A  No. | 10:19:07 |
| 19 | Q  Whose decision would that be? | 10:19:08 |
| 20 | A  That would come through the court | 10:19:10 |
| 21 | division, which reports to the first deputy police | 10:19:12 |
| 22 | commissioner. | 10:19:16 |
| 23 | Q  Who was the first deputy police | 10:19:19 |
| 24 | commissioner at the time of the 2020 protests? | 10:19:22 |
| 25 | A  Benjamin Tucker. | 10:19:26 |

1   Q   So I understand that Mr. Tucker would make    10:19:30
2   the decision, but would you be involved in the    10:19:35
3   decision to establish a mass arrest processing    10:19:38
4   center at all?                                    10:19:41
5       A   Be involved whether or not one was        10:19:42
6   necessary, and he would be involved through the   10:19:44
7   chief of the court division in how to process it  10:19:47
8   and how it should be run, along with our legal    10:19:50
9   division.                                         10:19:53
10      Q   I think I understand.  So you wouldn't be 10:19:55
11  involved in running the mass arrest processing    10:19:57
12  center, but if I understand you right, you'd be   10:20:00
13  involved in the decision about whether one was    10:20:03
14  necessary or not?                                 10:20:06
15      A   Correct.                                  10:20:07
16      Q   Okay.  As chief of department, would you  10:20:07
17  be involved in establishing operational plans for 10:20:15
18  particular protests?                              10:20:18
19      A   The operational plans would be presented  10:20:21
20  by the chief that's going to be in charge of that 10:20:24
21  area.  If time permits, I would review them, and  10:20:28
22  we'd talk to the operations division to make sure 10:20:33
23  that chief that was going to be the incident      10:20:37
24  commander had the resources necessary that he     10:20:39
25  needed.                                           10:20:41

| | | |
|---|---|---|
| 1 | Q  When you did review -- strike that.  Let | 10:20:48 |
| 2 | me start over. | 10:20:54 |
| 3 | In the instances where you would review | 10:20:57 |
| 4 | the operational plan for a protest as chief of | 10:20:59 |
| 5 | department, were you reviewing it just for terms | 10:21:02 |
| 6 | -- for the purposes of assessing deployment | 10:21:05 |
| 7 | decisions, or were you reviewing it for other | 10:21:08 |
| 8 | reasons as well? | 10:21:10 |
| 9 | A  I was reviewing it to understand what the | 10:21:10 |
| 10 | plans were, if necessary, make any recommendations | 10:21:13 |
| 11 | towards those plans, and to see whatever requests | 10:21:17 |
| 12 | that chief may have and make sure that we can | 10:21:21 |
| 13 | accommodate it as best as possible. | 10:21:24 |
| 14 | Q  And would those recommendations that you | 10:21:28 |
| 15 | make include recommendations about whether the | 10:21:30 |
| 16 | operational plan was appropriate to the | 10:21:33 |
| 17 | circumstances presented? | 10:21:36 |
| 18 | A  Yes. | 10:21:37 |
| 19 | Q  As chief of department, were you involved | 10:21:37 |
| 20 | in training for members of service on how to | 10:21:40 |
| 21 | police protests? | 10:21:43 |
| 22 | A  No. | 10:21:44 |
| 23 | Q  Were you involved in setting policies the | 10:21:45 |
| 24 | NYPD have that govern how members of service | 10:21:49 |
| 25 | should behave at protests? | 10:21:53 |

| | | |
|---|---|---|
| 1 | Q And SRG? | 13:49:30 |
| 2 | A Yes. | 13:49:31 |
| 3 | Q Okay. Thank you. I have another | 13:49:31 |
| 4 | technical question about deployment decisions. So | 13:50:01 |
| 5 | you testified earlier that in general, decisions | 13:50:04 |
| 6 | about how to deploy officers during the summer | 13:50:10 |
| 7 | 2020 protests were made by operations and Chief | 13:50:13 |
| 8 | Mullane, right? | 13:50:17 |
| 9 | A In general, yes. Requests were made to | 13:50:17 |
| 10 | Mullane, and Mullane was the one who was able to | 13:50:21 |
| 11 | get resources that were based on the requests from | 13:50:24 |
| 12 | the borough commanders. | 13:50:26 |
| 13 | Q And that if decisions -- if a call needed | 13:50:28 |
| 14 | to be made about, well, how many do we send here | 13:50:32 |
| 15 | or there, that decision would come up to you; is | 13:50:35 |
| 16 | that right? | 13:50:37 |
| 17 | A Could go to Fausto Pichardo first and then | 13:50:37 |
| 18 | me. | 13:50:40 |
| 19 | Q Okay. What criteria were you using to | 13:50:41 |
| 20 | make those decisions? | 13:50:44 |
| 21 | A Whatever intel we had and whatever was | 13:50:44 |
| 22 | seen on the ground. So it would be conversations | 13:50:47 |
| 23 | with commanders on the ground. If they needed | 13:50:48 |
| 24 | extra resources, or if I was out on the scene -- | 13:50:51 |
| 25 | and it happened on instances where I called | 13:50:53 |

```
1    CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2
3           I, Catherine Galati, the officer before
4    whom the foregoing proceedings were taken, do
5    hereby certify that the foregoing transcript is a
6    true and correct record of the proceedings; that
7    said proceedings were taken by me stenographically
8    and thereafter reduced to typewriting under my
9    supervision; and that I am neither counsel for,
10   related to, nor employed by any of the parties to
11   this case and have no interest, financial or
12   otherwise, in its outcome.
13      IN WITNESS WHEREOF, I have hereunto set my hand
14   this 20th day of June, 2023.
15
16
17   _____
18   NOTARY PUBLIC IN AND FOR THE
19   STATE OF NEW YORK
20
21
22
23
24
25
```