UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In Re: New York City Policing During Summer 2020
Demonstrations

-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/8/2023

**MOTION TO WITHDRAW**

20 Civ. 8924 (CM) (GWG)

**PLEASE TAKE NOTICE** that Sergey Marts hereby withdraws as counsel in the above-captioned consolidated litigation. After June 16, 2023, I will no longer be associated with the Corporation Counsel of the City of New York.

Dated: New York, New York
       June 16, 2023

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the City of New York
*Attorney for Defendant City of New York*
100 Church Street
New York, New York 10007
(212) 356-5051

By: *Sergey Marts*
Sergey Marts
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:   All Counsel (By ECF)

*[Handwritten annotation:]* Remove from ECF list. Close motion.

*Colleen McMahon*
11/8/2023