UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re: NEW YORK CITY POLICING DURING
SUMMER 2020 DEMONSTRATIONS

20 Civ. 8924 (CM)(GWG)

---------------------------------------------------------------x

This Filing Relates to

---------------------------------------------------------------x

SAMIRA SIERRA, et al.,

    Plaintiffs,

-against-

20 Civ. 10291 (CM)(GWG)

CITY OF NEW YORK, et al.,

    Defendants

---------------------------------------------------------------x

WOOD, et al.,

    Plaintiffs,

-against-

20 Civ. 10541(CM)(GWG)

DI BLASIO, et al.,

    Defendants.

---------------------------------------------------------------x

## ORDER TO VACATE

McMahon, J.:

    The Clerk of Court is hereby directed to vacate docket #203 in case 20-cv-10291 and docket #154 in case 20-cv-10541.

Dated: January 18, 2024

_____
U.S.D.J.

BY ECF TO ALL COUNSEL