Thomas A. Kissane
Partner

212 612-1213
TKissane@schlamstone.com

January 4, 2024

**BY ECF**

Hon. Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Schlam Stone & Dolan LLP
26 Broadway, New York, NY 10004
Main: 212 344-5400  Fax: 212 344-7677
schlamstone.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2024

*Oral argument scheduled for 1/29/2024 at 2:00 P.M. in person.*

Colleen McMahon
1/23/2024

Re: *People of the State of New York v. City of New York, et al.*
SDNY No. 20-cv-8924 (CM)(GWG) (consolidated actions)

Dear Judge McMahon:

We are counsel to the Police Benevolent Association. We write for two purposes.

The first is to place before the Court portions of a transcript containing comments by New York City Mayor Eric Adams regarding the Proposed Settlement.

The second is to respectfully request oral argument, at a date convenient to the Court, on the pending motion regarding the Proposed Settlement.

Respectfully,

Thomas A. Kissane

Encl.

Copies To:
All counsel in Consolidated Actions (via ECF).