# COHEN GREEN

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., New York, NY 10007-1312

January 24, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 1/25/2024

By Electronic Filing.

Re: **In Re: New York City Policing During Summer 2020 Demonstrations,**
20 Civ. 8924 (CM)(GWG)

MEMO ENDORSED

Dear Judge McMahon:

As the Court may recall, my firm (with co-counsel) represents the *Rolon* Plaintiffs in the consolidated cases above. I write regarding the Court's Order setting oral argument on the pending motion to vacate the settlement (ECF No. 1141), to request that the Court provide a call-in number to allow all necessary attorneys of record in the matter and the public to attend.

As the Court knows, the number of lawyers in this case is quite large, as is the public's interest in this matter. But, as the Court noted in its order for the initial pretrial conference, it would not be possible to fit "all the members of the public who would want to be present at this conference, even with an overflow courtroom." ECF No. 30. Indeed, at the conference, it was also difficult to seat even the restricted number of attorneys to counsel's table. To accommodate all those interested, and ensure that all necessary counsel can listen, we ask that the Court have a dial-in line open.

As always, we thank the Court for its time and attention on these issues.

Respectfully submitted,

/s/

J. Remy Green
   *Honorific/Pronouns: Mx., they/their/them*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Rolon Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

*Handwritten endorsement:* 1/25/2024 — We will set an overflow courtroom. There will not be a call-in number. [signed]

cc:
All relevant parties by electronic filing.