UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: New York City Policing During Summer 2020 Demonstrations | 1:20-cv-08924-CM<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Corey Stoughton of Selendy Gay Elsberg PLLC, with offices located at 1290 Avenue of the Americas, 17th Floor, New York, New York, 10104 hereby appears on behalf of Plaintiffs Jarrett Payne, Andie Mali, Camila Gini, Vidal Guzman, Charlie Monlouis-Anderle, Jamie Fried, Micaela Martinez, Julian Phillips, Nicholas Mulder, Colleen McCormack-Maitland, and Vivian Matthew King-Yarde in the above-captioned matter.

I hereby **certify** that I am admitted to practice before this Court.

Dated:  New York, NY
        January 25, 2024

SELENDY GAY ELSBERG PLLC

By:   /s/        *Corey Stoughton*
Corey Stoughton
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
cstoughton@selendygay.com

*Attorney for Plaintiffs Jarrett Payne, Andie Mali, Camila Gini, Vidal Guzman, Charlie Monlouis-Anderle, Jamie Fried, Micaela Martinez, Julian Phillips, Nicholas Mulder, Colleen McCormack-Maitland, and Vivian Matthew King-Yarde*