

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE  
CIVIL RIGHTS BUREAU

January 31, 2024

**By Electronic Filing**

Hon. Colleen McMahon, U.S.D.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

      Re:    *In re: New York City Policing During Summer 2020 Demonstrations,*
              *No. 20-CV-8924*
              This Letter is Related to All Cases

Dear Judge McMahon:

      We write to clarify for the Court Plaintiffs' answer to a question raised at Monday's conference regarding whether the action by the Office of the New York State Attorney General is an "enforcement action" for the purposes of applying the analysis under *U.S. SEC v. Citigroup Global Markets, Inc.*, 752 F.3d 285 (2d Cir. 2014). Section 75 of the New York State Executive Law was cited as a basis for the OAG's action, but Plaintiffs should have cited Section 63(1) of that Law, which authorizes the Attorney General to enforce state and federal laws by prosecuting actions in which the state is interested. *See* Am. Compl. ¶ 16, Dkt. No. 21-CV-322.

                                               Sincerely,

                                               *s/ Lillian Marquez*
                                               Lillian Marquez, Deputy Bureau Chief
                                               Law Enforcement Misconduct Investigative Office
                                               Office of the New York State Attorney General
                                               Tel: 212-416-6401
                                               Lillian.Marquez@ag.ny.gov

CC: All counsel of record