UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

In Re: New York City Policing During Summer 2020　　　ORDER
Demonstrations　　　　　　　　　　　　　　　　　　　　20-cv-8924 (CM)(GWG)

_____x

McMahon, J.:

　　Footnote 5 on page 8 of Docket # 1147 is amended to delete the words "now-retired."

Dated: February 7, 2024

_____
U.S.D.J.

BY ECF TO ALL COUNSEL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/24
```