UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

IN RE: NEW YORK CITY POLICING DURING
SUMMER 2020 DEMONSTRATIONS

**[PROPOSED]
ORDER**

------------------------------------------------------------------------ x

20 Civ. 8924 (CM)

**COLLEEN MCMAHON, UNITED STATES DISTRICT JUDGE**

IT IS HEREBY ORDERED that the relief granted in the Court's Order dated February 7, 2024, granting the Settling Parties' Motion to Dismiss at Dkt. No. 1099 is hereby STAYED through March 8, 2024.

SO ORDERED

Dated: _____, 20\_\_\_
       New York, New York

_____
COLLEEN MCMAHON
United States District Judge