AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Payne, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-08924-CM |
| DeBlasio, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor Defendant Police Benevolent Association of the City of New York, Inc.   .

Date:   03/06/2024

/s/ Steven A. Engel
*Attorney's signature*

Steven A. Engel (4097697)
*Printed name and bar number*
Dechert LLP
Three Bryant Park
1095 Sixth Avenue
New York, NY 10036
*Address*

steven.engel@dechert.com
*E-mail address*

(212) 698-3512
*Telephone number*

(212) 698-3599
*FAX number*