**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: New York City Policing During Summer 2020 Demonstrations _____ This filing is related to: JARRETT PAYNE, et al. v. MAYOR BILL DE BLASIO, et al., Case No. 1:20-cv-08924-CM; PEOPLE OF THE STATE OF NEW YORK v. CITY OF NEW YORK, et al., Case No. 1:21-cv-00322-CM; ADAM GRAY, et al. v. CITY OF NEW YORK, et al., Case No. 1:21-cv-06610-CM; and KAYLA ROLON, et al. v. CITY OF NEW YORK, et al., Case No. 1:21-cv-02548-CM. | Case No. 1:20-cv-08924-CM **NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that the POLICE BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC. ("PBA") hereby appeals to the United States Court of Appeals for the Second Circuit from the decision and order of this Court, entered on February 7, 2024 (ECF 1147), and amended on February 8, 2024 (ECF 1148), which granted the settling parties' motion to dismiss and denied the PBA's motion to deny approval of the settlement.

Dated: March 6, 2024
      New York, NY

Frederick W. Vasselman
Office of the General Counsel
Police Benevolent Association of the
City of New York, Inc.
125 Broad Street, 11th Floor
New York, NY 10004
Tel: (212) 298-9144
fvasselman@nycpba.org

Gaurav I. Shah
Senior Associate General Counsel
Gshah@nycpba.org

*Of Counsel*

**DECHERT LLP**

*/s/ Steven A. Engel*
Steven A. Engel
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3512
Fax: (212) 698-3599
steven.engel@dechert.com

*Counsel for Intervenor the Police Benevolent Association of the City of New York, Inc.*