

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CIVIL RIGHTS BUREAU

March 7, 2024

By Electronic Filing

Hon. Colleen McMahon
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

      **Re:** ***In re: New York City Policing During Summer 2020 Demonstrations*,**
           **1:20-CV-8924 (CM) (GWG)**
           **This Letter Relates to All Cases**

Dear Judge McMahon:

      On behalf of Plaintiffs, we submit this letter to request an extension to our opposition to the Police Benevolent Association's motion for stay during appeal (Doc. Nos. 1156–57) from tomorrow Friday, March 8, 2024 to Wednesday, March 13, 2024.  Plaintiffs respectfully submit that this adjournment will not affect any other scheduled date and that this is their first extension request on this motion.

      The unions and the City consent to this request.

      We thank the Court for its time and consideration.

                              Sincerely,

                              */s/  Lois Saldana*
                              Lois Saldana, Assistant Attorney General
                              Civil Rights Bureau
                              Office of the New York State Attorney General
                              Tel: 212-416-8860
                              Lois.Saldana@ag.ny.gov

CC: All counsel of record