

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **OMAR J. SIDDIQI**<br>*Senior Counsel*<br>osiddiqi@law.nyc.gov<br>Phone: (212) 356-2345<br>Fax: (212) 356-1148 |

**By ECF**  
Honorable Colleen McMahon  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007  

March 8, 2024

      In Re:  *New York City Policing During Summer 2020 Demonstrations*,  
               No. 20 Civ. 8924 (CM) (GWG)  
               This filing is related to all cases

Your Honor:

      I am a Senior Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and one of the attorneys assigned to the above-captioned matters. Defendants write in response to the Police Benevolence Association's letter motion requesting a stay pending appeal of the Court's February 7, 2024 Decision and Order. Defendants take no position with regard to the PBA's motion requesting a stay pending appeal.

      By way of background, on February 27, 2024, Defendants did move for a brief stay of the implementation of the Settlement Agreement until such time as the PBA filed a Notice of Appeal. The PBA has now field their Notice of Appeal. While Defendants maintain the positions taken in their February 27th letter regarding the implementation of the Settlement Agreement, they take no position with regard to the PBA's motion requesting a stay pending appeal. Defendants do not believe that the PBA has grounds to appeal the Court's February 27, 2024 Decision and Order.

                                        Respectfully submitted,

                                        */s/ Omar J. Siddiqi*  
                                        Omar J. Siddiqi  
                                          *Senior Counsel*  
                                          Special Federal Litigation Division

cc:     ALL COUNSEL (*via* ECF)