**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581
(212) 805-6325



CHAMBERS OF
COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| TO ALL COUNSEL IN: | *In re: IN RE: NEW YORK CITY POLICING DURING SUMMER 2020 DEMONSTRATIONS*   No. 20-cv-8924 (S.D.N.Y.) |
| FROM: | Judge McMahon |
| RE: | Motion |
| DATE: | April 8, 2024 |

Counsel:

The plaintiffs have failed to respond to the motion for a stay, and their time to do so has expired. I will consider the motion on the PBA's papers.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
U.S.D.J.

BY ECF TO ALL COUNSEL