

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE  
CIVIL RIGHTS BUREAU

April 16, 2024

**By Electronic Filing**

Hon. Colleen McMahon, U.S.D.J.  
United States District Court, Southern District of New York  
Daniel Patrick Moynihan Courthouse, 500 Pearl Street  
New York, New York 10007

      **Re:**   *In re: New York City Policing During Summer 2020 Demonstrations,*  
              No. 20-CV-8924  
              This Letter is Related to All Cases

Dear Judge McMahon:

    I write on behalf of the Settling Parties that are signatories to the Settlement Agreement that was the subject of the Court's February 7, 2024 Decision & Order (ECF No. 1147) granting the Settling Parties' Joint Motion to Dismiss and Retain Jurisdiction (ECF No. 1099) and denying the Police Benevolent Association's ("PBA") Motion asking the Court to decline approval of the Settlement Agreement (ECF No. 1118). Consistent with that Order, and with the Court's recent Decision and Order denying a stay pending appeal, (ECF No. 1165), the Settling Parties submit herewith a renewed stipulated order of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) for the Court's endorsement as to the Settling Parties' claims for injunctive relief. (Ex. A to the attached Proposed Order.) As noted in the Court's February 7 Order (FN 11), the Individual Plaintiffs will submit separate stipulations concerning their claims for monetary relief.

                                                  Sincerely,

                                                  *s/ Lillian Marquez*  
                                                  Lillian Marquez, Deputy Bureau Chief  
                                                  Law Enforcement Misconduct Investigative Office  
                                                  Office of the New York State Attorney General  
                                                  Tel: 212-416-6401  
                                                  Lillian.Marquez@ag.ny.gov

CC: All counsel of record (via ECF)