UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: New York City Policing During Summer 2020 Demonstrations<br><br>This is related to:<br><br>*Payne v De Blasio*, 20 Civ. 8924<br><br>*Rolon v. City of New York*, 21-cv-2548<br><br>*Gray v. City of New York*, 21-cv-6610 | 20 Civ. 8924 (CM)(GWG)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 5/15/24 |

**WHEREAS**, the parties filed their Joint Motion to Dismiss Injunctive Claims with Prejudice and Retain Jurisdiction (ECF No. 1099), (the "Injunctive Agreement"), which was approved by the Court on February 7, 2024 (ECF No. 1147);

**WHEREAS**, the District Court, by Order filed April 17, 2024 (ECF No. 1167) entered a final judgment in this matter on injunctive claims;

**WHEREAS**, this stipulation does not affect plaintiffs' damage claims;

**WHEREAS**, the Police Benevolent Association ("PBA") has filed an appeal of the District Court's February 7, 2024 Decision and Order (ECF No. 1147) entering the Injunctive Agreement to U.S. Court of Appeals for the Second Circuit and that appeal is currently pending;

**WHEREAS** the parties agree that resolution of the issue of attorneys' fees in this matter should await the resolution of any appeal taken by the defendants in this matter;

**IT IS HEREBY STIPULATED AND ORDERED:**

The time for the plaintiffs to file a motion for attorneys' fees and costs in this matter with regard to injunctive relief is extended to sixty days after the issuance of a writ of mandate of any appeal in this matter in the Second Circuit. Should this matter be resolved by means other than by a final appellate order, the time for the plaintiff to file a motion for attorneys' fees and costs is extended to sixty days after the date of such resolution.

Dated: May 13, 2024
New York, New York

SO ORDERED:

HON. COLLEN MCMAHON
UNITED STATES DISTRICT JUDGE

Dated: May 15, 2024

**[SIGNATURE BLOCKS APPEAR ON THE FOLLOWING PAGE]**

| | |
|---|---|
| NEW YORK CIVIL LIBERTIES UNIONFOUNDATION<br>*Attorneys for Payne Plaintiffs*<br>125 Broad Street, 19th Floor<br>New York, New York 10004<br>(212) 607-3300<br><br>By: /s/<br>    Molly K. Biklen | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>    City of New York<br>*Attorney for Defendants*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>BY: /s/<br>    Omar J. Siddiqi<br>    *Senior Counsel* |

*Counsel for Plaintiffs in Rolon, et al v. City of New York, et al, No. 21-cv-2548*

| | |
|---|---|
| **THE ABOUSHI LAW FIRM PLLC**<br><br>*[signature]*<br><br>Tahanie A. Aboushi, Esq.<br>Aymen A. Aboushi, Esq.<br>The Aboushi Law Firm<br>1441 Broadway, 5th Floor<br>New York, NY 10018<br>Tel: (212) 391-8500<br>Tahanie@Aboushi.com<br>Aymen@Aboushi.com | **COHEN&GREEN P.L.L.C.**<br><br>By: *[signature]*<br>Elena L. Cohen<br>J. Remy Green<br>Jessica Massimi<br><br>1639 Centre Street, Suite 216<br>Ridgewood (Queens), NY 11385<br>   t: (929) 888-9480<br>   f: (929) 888-9457<br>   e: elena@femmelaw.com<br>      remy@femmelaw.com<br>      jessica@femmelaw.com<br><br>**GIDEON ORION OLIVER**<br><br>*[signature]*<br>277 Broadway, Suite 1501<br>New York, NY 10007<br>t: 718-783-3682<br>f: 646-349-2914<br>Gideon@GideonLaw.com |

*Counsel for Plaintiffs in Gray, et al v. City of New York, et al, No. 21-cv-06610*

DAVIS WRIGHT TREMAINE LLP

      /s/
Robert D. Balin
Abigail B. Everdell
Kathleen Farley
Nimra Azmi
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Fax: (212) 489-8340
robbalin@dwt.com

-and-

*Mickey H. Osterreicher, Esq.*
70 Niagara Street
Buffalo, NY 14202
Phone: (716) 983-7800
lawyer@nppa.org

WYLIE STECKLOW PLLC

By: Wylie Stecklow
Wylie Stecklow PLLC
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
NYC NY 10019
t: 212 566 8000
Ecf@wylielaw.com

Alicia Wagner Calzada, PLLC
Alicia Wagner Calzada
926 Chulie Drive, Suite 16
San Antonio, TX 78216
210-825-1449
Alicia@calzadalegal.com