UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JARRETT PAYNE, ANDIE MALI, CAMILA GINI, VIDAL GUZMAN, VIVIAN MATTHEW KING-YARDE, CHARLIE MONLOUIS-ANDERLE, JAMES LAUREN, MICAELA MARTINEZ, JULIAN PHILLIPS, NICHOLAS MULDER and COLLEEN MCCORMACK-MAITLAND,

                                                      Plaintiffs,

-against-

MAYOR BILL DE BLASIO, CHIEF OF DEPARTMENT TERENCE MONAHAN, CITY OF NEW YORK, COMMANDING OFFICER OF PATROL BOROUGH BRONX, CHIEF KENNETH LEHR, SERGEANT MAJER SALEH, OFFICER BRYAN S. ROZANSKI, OFFICER JAKUB TARLECKI, SERGEANT KEITH CHENG, OFFICER MATTHEW TARANGELO, OFFICER STEPHANIE CHEN, OFFICER TAYLOR CORCORAN, OFFICER MATTHEW L. PERRY, DETECTIVE DAMIAN RIVERA, OFFICER BRYAN PIZZIMENTI, OFFICER JOSEPH DECK, LIEUTENANT MICHAEL BUTLER, OFFICER AARON HUSBANDS, SERGEANT THOMAS E. MANNING, OFFICERS JOHN DOE 1-26, OFFICER JANE DOE 1, OFFICER DOE ESPOSITO and OFFICER HENSLEY CARABALLO,

**STIPULATION AND ORDER OF DISMISSAL**

20CV08924 (CM) (GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/24

                                                      Defendants.
------------------------------------------------------------------X

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve plaintiffs' damages claims without further proceedings and without admitting any fault or liability; and

        **WHEREAS,** the plaintiffs' remaining claims for injunctive relief are not affected by this Stipulation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The plaintiffs' claims for damages in the above-captioned action are hereby dismissed with prejudice; and

2. The plaintiffs' remaining claims for injunctive relief are not affected by this Stipulation.

3. Notwithstanding the dismissal of the plaintiffs' claims for damages in this action in accordance with this Stipulation of Settlement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of this settlement agreement reached between the parties and set forth in this Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
May 8, 2024

NEW YORK CIVIL LIBERTIES UNION FOUNDATION
*Attorneys for Plaintiffs*
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3300

By: _____
Jessica Perry
*Attorney for Plaintiffs*

The Legal Aid Society
*Attorneys for Plaintiffs*
199 Water Street
New York, NY 10038
(212) 577-3367

By: _____
Philip Desgranges
*Attorney for Plaintiffs*

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, De Blasio, Monahan, Lehr, Rozanski, Tarlecki, Cheng, Tarangelo, Chen, Corcoran, Perry, Rivera, Pizzimenti, Deck, Butler, Husbands, Manning, and Caraballo*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Omar J. Siddiqi
*Senior Counsel*

The Quinn Law Firm, PLLC
*Attorneys for Defendant Majer Saleh*
399 Knollwood Road, Suite 220
White Plains, NY 10603
(914) 997-0555

By: _____
Marykate Acquisto
*Attorney for Defendant Majer Saleh*

SO ORDERED:

_____
Hon. Colleen McMahon
United States District Judge

Dated: __May 15__, 2024