# LAW OFFICES OF ROBERT S. SMITH

**50 Riverside Drive, Apt. 10A, New York, NY 10024 Tel. 917-225-4190**

HON. ROBERT S. SMITH (RET.)
robert.smith@rssmithlaw.com
917.225.4190

July 10, 2024

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    Request to withdraw appearance of Robert S. Smith in *In re New York City Policing During Summer 2020 Demonstrations,* Case 1-20-cv-08924-CM (S.D.N.Y.)

Dear Judge McMahon:

      Pursuant to Local Rule 1.4 and the Court's Individual Rules and Practices, I respectfully request the withdrawal of my appearance as counsel for the The Police Benevolent Association of the City of New York, Inc. (the "PBA") in the above-referenced matter. The PBA has consented to my withdrawal and will continue to be represented by other counsel who have appeared in the matter. No party will be prejudiced by my withdrawal.

      Respectfully submitted,

      */s/ Robert S, Smith*

      Robert S. Smith

cc:    All Counsel of Record (by ECF)

: