

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE  
LAW ENFORCEMENT MISCONDUCT INVESTIGATIVE OFFICE

August 14, 2024

**By Electronic Filing**

Hon. Colleen McMahon, U.S.D.J.  
United States District Court, Southern District of New York  
Daniel Patrick Moynihan Courthouse, 500 Pearl Street  
New York, New York 10007

      **Re:**   *In re: New York City Policing During Summer 2020 Demonstrations,*  
             *No. 20-CV-8924*  
             This Letter is Related to All Cases

Dear Judge McMahon:

      I write on behalf of the Settling Parties that are signatories to the Settlement Agreement that was the subject of the Court's February 7, 2024 Decision & Order (ECF No. 1147) granting the Settling Parties' Joint Motion to Dismiss and Retain Jurisdiction (ECF No. 1099). Consistent with that Agreement, the Settling Parties submit for the Court's consideration and endorsement (1) a Proposed Confidentiality Stipulation and Order; and (2) a Standing Order for the unsealing of certain records that might otherwise be sealed pursuant to New York Criminal Procedure Law §§ 160.50 and/or 160.55. Both items will be needed as part of the Collaborative Process outlined in the Agreement.

                                              Respectfully submitted,

                                              *s/ Lillian Marquez*  
                                              Lillian Marquez, Deputy Bureau Chief  
                                              Law Enforcement Misconduct Investigative Office  
                                              Office of the New York State Attorney General  
                                              Tel: 212-416-6401  
                                              Lillian.Marquez@ag.ny.gov

CC: All counsel of record (via ECF)