**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: NEW YORK CITY POLICING DURING SUMMER 2020 DEMONSTRATIONS | Case No. 20-CV-8924 (CM/GWG) |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, I, Christopher Dunn, respectfully seek leave to withdraw my appearance as attorney for Plaintiffs in this matter because of my departure from the New York Civil Liberties Union ("NYCLU") Foundation. Plaintiffs will continue to be represented in this matter by experienced attorneys from the NYCLU Foundation, who have previously entered their appearances. My withdrawal as counsel would not cause disruption to the proceeding and will not involve assertion of a charging or retaining lien.

Dated: February 6, 2025
    New York, New York

Respectfully submitted,

*/s/ Christopher Dunn*
Christopher Dunn
125 Broad Street, 19th Floor
New York, New York 10004
Tel: (212) 607-3300
cdunn@nyclu.org