UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: NEW YORK CITY POLICING DURING SUMMER 2020 DEMONSTRATIONS

Case No. 20-CV-8924 (CM/GWG)

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, I, Christopher Dunn, respectfully seek leave to withdraw my appearance as attorney for Plaintiffs in this matter because of my departure from the New York Civil Liberties Union ("NYCLU") Foundation. Plaintiffs will continue to be represented in this matter by experienced attorneys from the NYCLU Foundation, who have previously entered their appearances. My withdrawal as counsel would not cause disruption to the proceeding and will not involve assertion of a charging or retaining lien.

Dated: February 6, 2025
New York, New York

Respectfully submitted,

/s/ Christopher Dunn
Christopher Dunn
125 Broad Street, 19th Floor
New York, New York 10004
Tel: (212) 607-3300
cdunn@nyclu.org

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2025

2/24/2025
Granted

MEMO ENDORSED