UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JARRETT PAYNE; ANDIE MALI; CAMILA GINI; VIDAL GUZMAN; VIVIAN MATTHEW KING-YARDE; CHARLIE MONLOUIS-ANDERLE; JAIMIE FRIED; MICAELA MARTINEZ; JULIAN PHILLIPS; NICHOLAS MULDER; and COLLEEN MCCORMACK-MAITLAND,

         Plaintiffs,

v.

MAYOR BILL DE BLASIO; POLICE COMMISSIONER DERMOT SHEA; CHIEF OF DEPARTMENT TERENCE MONAHAN; CITY OF NEW YORK; SERGEANT GYPSY PICHARDO; SERGEANT KEITH CHENG; OFFICER MATTHEW TARANGELO; OFFICER MATTHEW L. PERRY; LIEUTENANT THOMAS R. HARDELL; DETECTIVE DAMIAN RIVERA; OFFICER JACQUELINE VARGAS; OFFICER JOSEPH DECK; LIEUTENANT MICHAEL BUTLER; OFFICER AARON HUSBANDS; SERGEANT THOMAS E. MANNING; OFFICERS JOHN DOE 1-26; OFFICER JANE DOE 1; OFFICER DOE ESPOSITO; and SERGEANT DOE CARABALLO,

         Defendants.

1:20-cv-08924 (CM) (GG)

**MOTION TO WITHDRAW**

---

PLEASE TAKE NOTICE that the undersigned hereby withdraws her appearance as counsel for Plaintiffs Jarrett Payne, Andie Mali, Camila Gini, Vidal Guzman, Vivian Matthew King-Yarde, Charlie Monlouis-Anderle, Jaimie Fried, Micaela Martinez, Julian Phillips, Nicholas Mulder, And Colleen Mccormack-Maitland in the above-captioned matter. Ms. Garcia-Salazar is no longer employed by the Legal Aid Society of New York. Plaintiffs will continue to

be represented by the Legal Aid Society of New York and the New York Civil Liberties Union in this matter.

| | |
|---|---|
| Dated: March 17, 2025<br>       New York, N.Y. | Respectfully submitted,<br><br>*s/ Paula Garcia-Salazar*<br>_____<br>Paula Garcia-Salazar |