UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

NEW YORK CITY POLICING DURING
SUMMER 2020 DEMONSTRATIONS

No. 20 Civ. 8924(CM)(GWG)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that **Tobias E. Zimmerman**, Senior Counsel, should be added as counsel of record on behalf of Muriel Goode-Trufant, Corporation Counsel of the City of New York, as attorney for Defendant City of New York. I certify that I am admitted to practice before this Court.

Dated April 28, 2025
New York, New York

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the City of New York
Attorney for Defendant City of New York
100 Church Street
New York, New York 10007
(212) 356-2423

By: _____
Tobias E. Zimmerman
*Senior Counsel*

cc:  All Parties (**via ECF**)