**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ X

In Re: New York City Policing During Summer
2020 Demonstrations

20-cv-8924 (CM)(GWG)

------------------------------------------------------------------

This filing is related to:

ADAMA SOW, DAVID JAKLEVIC, ALEXANDRA DE
MUCHA PINO, OSCAR RIOS, BARBARA ROSS,
MATTHEW BREDDER, SABRINA ZURKUHLEN,
MARIA SALAZAR, DARA PLUCHINO, and SAVITRI
DURKEE, *on behalf of themselves and others similarly
situated,*

      Plaintiffs,

      - against -

21-cv-00533 (CM)(GWG)

CITY OF NEW YORK; MAYOR BILL DE BLASIO;
NEW YORK CITY POLICE DEPARTMENT
COMMISSIONER DERMOT SHEA; NEW YORK
CITY POLICE DEPARTMENT CHIEF OF
DEPARTMENT TERENCE MONAHAN; NYPD
DETECTIVE EDWARD CARRASCO (SHIELD NO.
1567); NYPD OFFICER TALHA AHMAD (SHIELD
NO. 21358); NYPD OFFICER KEVIN AGRO (SHIELD
NO. 8054); and NYPD OFFICERS JOHN and JANE
DOES # 1- 40,

      Defendants.

------------------------------------------------------------------ X

    **PLEASE TAKE NOTICE** that the undersigned, Marc Arena, respectfully seeks leave to

withdraw his appearance as counsel for Plaintiffs in the above-captioned matter. The undersigned

will be departing the law firm of Beldock Levine & Hoffman LLP on May 30, 2025. The

undersigned's withdrawal as counsel will not cause disruption to the proceeding and will not

involve assertion of a charging or retaining lien. Plaintiffs will continue to be represented by other

attorneys at the firm who have previously entered their appearance.

Dated: May 30, 2025
      New York, New York

                  Respectfully submitted,

                  BELDOCK LEVINE & HOFFMAN LLP

By: _____
                  Marc Arena
                  99 Park Avenue, PH/26th Floor
                  New York, New York 10016
                  (212) 277-5816
                  marena@blhny.com