UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JARRETT PAYNE; ANDIE MALI; CAMILA
GINI; VIDAL GUZMAN; VIVIAN MATTHEW
KING-YARDE; CHARLIE MONLOUIS-
ANDERLE; JAIMIE FRIED; MICAELA
MARTINEZ; JULIAN PHILLIPS; NICHOLAS
MULDER; and COLLEEN MCCORMACK-
MAITLAND,

                Plaintiffs,

v.

MAYOR BILL DE BLASIO; POLICE
COMMISSIONER DERMOT SHEA; CHIEF
OF DEPARTMENT TERENCE MONAHAN;
CITY OF NEW YORK; SERGEANT GYPSY
PICHARDO; SERGEANT KEITH CHENG;
OFFICER MATTHEW TARANGELO;
OFFICER MATTHEW L. PERRY;
LIEUTENANT THOMAS R. HARDELL;
DETECTIVE DAMIAN RIVERA; OFFICER
JACQUELINE VARGAS; OFFICER JOSEPH
DECK; LIEUTENANT MICHAEL BUTLER;
OFFICER AARON HUSBANDS; SERGEANT
THOMAS E. MANNING; OFFICERS JOHN
DOE 1-26; OFFICER JANE DOE 1; OFFICER
DOE ESPOSITO; and SERGEANT DOE
CARABALLO,

                Defendants.

1:20-cv-08924 (CM) (GG)

**MOTION TO WITHDRAW**



Motion granted.
Please remove attorneys
from ECF.

*[signature]*
6/12/2025

PLEASE TAKE NOTICE that the undersigned hereby withdraws her appearance as counsel for Plaintiffs Jarrett Payne, Andie Mali, Camila Gini, Vidal Guzman, Vivian Matthew King-Yarde, Charlie Monlouis-Anderle, Jaimie Fried, Micaela Martinez, Julian Phillips, Nicholas Mulder, And Colleen Mccormack-Maitland in the above-captioned matter. Ms. Garcia-Salazar is no longer employed by the Legal Aid Society of New York. Plaintiffs will continue to

be represented by the Legal Aid Society of New York and the New York Civil Liberties Union in this matter.

Dated: March 17, 2025  
       New York, N.Y.

Respectfully submitted,

*s/ Paula Garcia-Salazar*

Paula Garcia-Salazar