UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

NEW YORK CITY POLICING DURING SUMMER 2020 DEMONSTRATIONS

MOTION TO WITHDRAW MULTIPLE ASSISTANT CORPORATION COUNSELS AS COUNSEL FOR DEFENDANTS

No. 20 Civ. 8924(CM)(GWG)

Pursuant to Rule 1.4(b) of the Local Rules, the Defendant City of New York, by its attorney Muriel Goode-Trufant, Corporation Counsel of the City of New York, respectfully moves this Court for an order permitting the following attorneys to withdraw as counsel of record in the above-captioned matter and all of the cases consolidated thereunder:

- Amy Robinson
- Dara Lynn Weiss
- Bridget Veronica Hamill
- Daniel Michael Braun
- Nadine Ibrahim
- Peter Justin Scutero
- Sergey Marts
- Shannon Riordan
- Stephanie Marie Breslow

*Motion granted. Terminate attorneys from ECF.*

*Colleen McMahon*

*6/12/2025*

The listed individuals have either left the City's employ, or else have been reassigned to other matters, and therefore no longer represent the City of New York or related Defendants ("City Defendants") in this or any other matter. The withdrawal of these attorneys will not prejudice the Court or any parties involved in this matter because the City Defendants will continue to be represented by the Office of Corporation Counsel and the individual Assistant Corporation Counsels remaining on the docket, including Senior Counsels Jenny Sue-Ya Weng, Tobias E. Zimmerman, and Joseph Makoto Hiraoka, Jr.

For the foregoing reasons. the City of New York respectfully requests that this Court grant the motion to withdraw the attorneys listed above as counsel of record for the City Defendants in this and all consolidated matters.

Dated April 28. 2025  
New York, New York

**MURIEL GOODE-TRUFANT**  
Corporation Counsel of the City of New York  
Attorney for Defendant City of New York  
100 Church Street  
New York. New York 10007  
(212) 356-2423

By: _____  
Tobias E. Zimmerman  
*Senior Counsel*

cc:   All Parties (**via ECF**)

- 2 -