UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

In Re: New York City Policing During Summer 2020 Demonstrations

20-cv-8924 (CM)(GWG)

This filing is related to:

ADAMA SOW, DAVID JAKLEVIC, ALEXANDRA DE MUCHA PINO, OSCAR RIOS, BARBARA ROSS, MATTHEW BREDDER, SABRINA ZURKUHLEN, MARIA SALAZAR, DARA PLUCHINO, and SAVITRI DURKEE, *on behalf of themselves and others similarly situated*,

Plaintiffs,

- against -

21-cv-00533 (CM)(GWG)

CITY OF NEW YORK; MAYOR BILL DE BLASIO; NEW YORK CITY POLICE DEPARTMENT COMMISSIONER DERMOT SHEA; NEW YORK CITY POLICE DEPARTMENT CHIEF OF DEPARTMENT TERENCE MONAHAN; NYPD DETECTIVE EDWARD CARRASCO (SHIELD NO. 1567); NYPD OFFICER TALHA AHMAD (SHIELD NO. 21358); NYPD OFFICER KEVIN AGRO (SHIELD NO. 8054); and NYPD OFFICERS JOHN and JANE DOES # 1- 40,

Defendants.

---------------------------------------------------------------------- X

*Motion granted. Remove/Terminate attorney from ECF.*

*Colleen McMahon*
*6/12/2025*

**PLEASE TAKE NOTICE** that the undersigned, Marc Arena, respectfully seeks leave to withdraw his appearance as counsel for Plaintiffs in the above-captioned matter. The undersigned will be departing the law firm of Beldock Levine & Hoffman LLP on May 30, 2025. The undersigned's withdrawal as counsel will not cause disruption to the proceeding and will not involve assertion of a charging or retaining lien. Plaintiffs will continue to be represented by other attorneys at the firm who have previously entered their appearance.

Dated: May 30, 2025
New York, New York

                                        Respectfully submitted,

                                        BELDOCK LEVINE & HOFFMAN LLP

By: _____
Marc Arena
99 Park Avenue, PH/26th Floor
New York, New York 10016
(212) 277-5816
marena@blhny.com