**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------ X

In Re: New York City Policing During Summer
2020 Demonstrations

------------------------------------------------

This filing is related to:

ADAMA SOW, DAVID JAKLEVIC, ALEXANDRA DE
MUCHA PINO, OSCAR RIOS, BARBARA ROSS,
MATTHEW BREDDER, SABRINA ZURKUHLEN,
MARIA SALAZAR, DARA PLUCHINO, and SAVITRI
DURKEE, *on behalf of themselves and others similarly
situated,*

      Plaintiffs,

      - against -

CITY OF NEW YORK; MAYOR BILL DE BLASIO;
NEW YORK CITY POLICE DEPARTMENT
COMMISSIONER DERMOT SHEA; NEW YORK
CITY POLICE DEPARTMENT CHIEF OF
DEPARTMENT TERENCE MONAHAN; NYPD
DETECTIVE EDWARD CARRASCO (SHIELD NO.
1567); NYPD OFFICER TALHA AHMAD (SHIELD
NO. 21358); NYPD OFFICER KEVIN AGRO (SHIELD
NO. 8054); and NYPD OFFICERS JOHN and JANE
DOES # 1- 40,

      Defendants.

------------------------------------------------ X

20-cv-8924 (CM)(GWG)

21-cv-00533 (CM)(GWG)

**MOTION TO WITHDRAW**

     **PLEASE TAKE NOTICE** that I, the undersigned, Deema Azizi, respectfully seek leave

to withdraw as counsel for Consolidated Plaintiffs (Alexandra de Mucha Pino, Barbara Ross, Dara

Pluchino, David Jaklevic, Maria Salazar, Matthew Bredder, Oscar Rios, Sabrina Zurkuhlen, and

Savitri Durkee), in the above-captioned matter, due to departing my role as an associate at the law

firm of Beldock Levine & Hoffman LLP. These Consolidated Plaintiffs will continue to be

represented in this matter by the other counsel of record at Beldock Levine & Hoffman LLP.

I am neither retaining nor charging a lien in this matter.

Dated: July 23, 2025

By: _____
Deema Azizi, Esq.