AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York  ▼

| | | |
|---|---|---|
| Jarett Payne et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   20-CV-8924 |
| DeBlasio et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jarrett Payne et al.                                                                          .

Date:     03/31/2026

_____
*Attorney's signature*

Paula Garcia Salazar, Bar No. 6002158
*Printed name and bar number*
The Legal Aid Society
49 Thomas Street
New York, NY 10003

_____
*Address*

pgarciasalazar@legal-aid.org
*E-mail address*

(646) 522-0356
*Telephone number*

(646) 616-4748
*FAX number*