UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: New York City Policy During Summer 2020
Demonstrations

This filing is related to:

*People v. City of New York,*
1:21-cv-322-CM

No. 1:20-cv-8924
(CM)(GWG)

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, the undersigned, Swati R. Prakash, respectfully moves

to withdraw as counsel for Plaintiff People of the State of New York. In support of this motion,

the undersigned certifies that:

1.    I, Swati Roopa Prakash, will no longer be employed by the New York State

Office of the Attorney General effective June 16, 2026.

2.    I am not asserting a retaining or charging lien.

3.    The People of the State of New York will continue to be represented in this

matter by several attorneys of record from the New York State Office of the Attorney General.

**WHEREFORE**, the New York State Office of the Attorney General respectfully requests that

the Court grant this motion to withdraw.

Dated: June 15, 2026

Respectfully submitted,

*/s/ Swati R. Prakash*
Swati Roopa Prakash
Office of the New York State Attorney
General
28 Liberty Street, 20th Floor
New York, NY 10005
(212) 416-6201
swati.prakash@ag.ny.gov

*Motion granted please remove this attorney from ECF notification.*

*[signature]*
6/16/2026