UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ X

In re: New York City Policing During Summer 2020          :
Demonstrations                                                            :          No. 1:20-cv-8924-CM-CWG
                                                                                 :
                                                                                 :
_____ X

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4. the undersigned, Alexandra Settelmayer, respectfully moves to withdraw as counsel for Plaintiffs Amr Alfiky, Diana Zeyneb Alhindawi, Jemell D. Cole, Jason Donnelly, and Adam Gray. In support of this motion, the undersigned certifies that:

1.      I, Alexandra Settelmayer, am no longer employed by Davis Wright Tremaine LLP, effective as of June 5, 2026.

2.      I am not asserting a retaining or charging lien.

3.      Plaintiffs Amr Alfiky, Diana Zeyneb Alhindawi, Jemell D. Cole, Jason Donnelly, and Adam Gray will continue to be represented by several attorneys of record from Davis Wright Tremaine LLP, Alicia Calzada, Mickey H Osterreicher, and Wylie M. Stecklow.

**WHEREFORE,** the undersigned respectfully requests that the Court grant this motion to withdraw.

Dated: June 16, 2026

Respectfully submitted,

*/s/ Alexandra Settelmayer*
Alexandra Settelmayer