UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————— X
                                              :
In re: New York City Policing During Summer 2020    :
Demonstrations                                :     No. 1:20-cv-8924-CM-CWG
                                              :
                                              :
                                              :
———————————————————————————— X

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4. the undersigned, Alexandra Settelmayer, respectfully

moves to withdraw as counsel for Plaintiffs Amr Alfiky, Diana Zeyneb Alhindawi, Jemell D. Cole,

Jason Donnelly, and Adam Gray. In support of this motion, the undersigned certifies that:

1.      I, Alexandra Settelmayer, am no longer employed by Davis Wright Tremaine LLP,

effective as of June 5, 2026.

2.      I am not asserting a retaining or charging lien.

3.      Plaintiffs Amr Alfiky, Diana Zeyneb Alhindawi, Jemell D. Cole, Jason Donnelly, and

Adam Gray will continue to be represented by several attorneys of record from Davis Wright

Tremaine LLP, Alicia Calzada, Mickey H Osterreicher, and Wylie M. Stecklow.

**WHEREFORE,** the undersigned respectfully requests that the Court grant this motion to

withdraw.

Dated: June 16, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2026

Respectfully submitted,

*/s/ Alexandra Settelmayer*
Alexandra Settelmayer

Motion granted.
Remove counsel Alexandra Settelmayer
from ECF list.

*Colleen McMahon*
6/18/2026